UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>GOLDMONT REALTY CORP.;<br>LEON GOLDENBERG;<br>ABI GOLDENBERG,<br><br>    *Defendants*. | Case No. 1:20-cv-01609-AJN |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ariel Reinitz, an attorney with the law firm of FisherBroyles, LLP, duly admitted to the Bar of this Court, hereby appears as counsel for plaintiff GateGuard, Inc. in the above-captioned action.

Dated: March 31, 2020
       New York, NY

                                          Respectfully Submitted,

                                          By:    /s/ *Ariel Reinitz*
                                                      Ariel Reinitz
                                                      FISHERBROYLES, LLP
                                                      445 Park Avenue, Ninth Floor
                                                      New York, NY 10022
                                                      (646)494-6909
                                                      Ariel.Reinitz@fisherbroyles.com
                                                      *Attorneys for Plaintiff*
                                                      *GateGuard, Inc.*