```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GateGuard Inc.,

                Plaintiff,

–v–

Abi Goldenberg, *et al.*,

                Defendants.

20-cv-1609 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Initial Pretrial Conference in this matter is scheduled for Friday, July 24, 2020 at 3:45 P.M. The conference will be held telephonically. The parties and members of the public may access the Court's dedicated conference line by calling (888) 363-4749 and entering Access Code 919-6964, followed by the pound (#) key.

    SO ORDERED.

Dated: July 23, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge