UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2020
```

GateGuard, Inc.,

                Plaintiff,

–v–

Goldmont Realty Corp., *et al.*,

                Defendants.

20-cv-1609 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The parties relayed to the Court in their Case Management Plan, Dkt 14, that they would seek a referral by October 24, 2020 for alternative dispute resolution. The parties are ordered to inform the Court by October 30, 2020 whether they intend to seek a referral to the mediation program or to the Magistrate Judge for settlement.

      SO ORDERED.

Dated: October 26, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1