# Fisher Broyles

**Ariel Reinitz**
*Partner*
FisherBroyles, LLP
445 Park Avenue
Ninth Floor
New York, NY 10022

Ariel.Reinitz@fisherbroyles.com
Direct: 646.494.6909

November 22, 2020

**MEMORANDUM ENDORSEMENT**

**VIA ECF**

Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *GateGuard, Inc. v. Goldmont Realty Corp., et al.*
              Case No.: 1:20-cv-01609-AJN-GWG

Dear Judge Gorenstein:

    I represent Plaintiff GateGuard, Inc. and write on behalf of all parties to seek a change in the date of the settlement conference in the subject case (currently scheduled for December 1, 2020) (*see* ECF No. 22).

    Pursuant to Section 8 of the Court's Standing Order for Settlement Conferences, the parties have conferred and seek to reschedule the referenced conference to <u>December 17, 2020</u> at <u>10:00 a.m.</u> The undersigned has confirmed the Court's availability with Chambers. As noted, the proposed rescheduling is agreed to by all parties.

                                      Respectfully submitted,
                                      By: /s/ Ariel Reinitz
                                      Ariel Reinitz

cc:    Counsel of Record (via ECF)

**Conference adjourned to December 17, 2020 at 10:00 a.m.  Submissions due December 14, 2020.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**November 23, 2020**