# Fisher Broyles

**Ariel Reinitz**
*Partner*
FisherBroyles, LLP
445 Park Avenue
Ninth Floor
New York, NY 10022

Ariel.Reinitz@fisherbroyles.com
Direct: 646.494.6909

December 11, 2020

**MEMORANDUM ENDORSEMENT**

<u>VIA ECF</u>

Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *GateGuard, Inc. v. Goldmont Realty Corp., et al.*
Case No.: 1:20-cv-01609-AJN-GWG

Dear Judge Gorenstein:

I represent Plaintiff GateGuard, Inc. and write on behalf of all parties to seek a change in the date of the settlement conference in the subject case (currently scheduled for December 17, 2020) (*see* ECF No. 26).

Pursuant to Section 8 of the Court's Standing Order for Settlement Conferences, the parties have conferred and seek to reschedule the referenced conference to <u>January 15, 2021</u> at <u>10:00 a.m.</u> The undersigned has confirmed the Court's availability with Chambers. As noted, the proposed rescheduling is agreed to by all parties.

Respectfully submitted,
By: <u>/s/ Ariel Reinitz</u>
Ariel Reinitz

cc: Counsel of Record (via ECF)

**Conference adjourned to January 15, 2021 at 10:00am.**
**Submissions due January 11, 2021.**

**So Ordered.**

**December 11, 2020**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

---

ATLANTA | AUSTIN | BOSTON | CHARLOTTE | CHICAGO | CINCINNATI | CLEVELAND | COLUMBUS | DALLAS
DENVER | DETROIT | HOUSTON | LONDON | LOS ANGELES | MIAMI | NAPLES | NEW YORK | PALO ALTO
PHILADELPHIA | PRINCETON | SALT LAKE CITY | SEATTLE | WASHINGTON D.C.