# Fisher Broyles

**Ariel Reinitz**
*Partner*
FisherBroyles, LLP
445 Park Avenue
Ninth Floor
New York, NY 10022

Ariel.Reinitz@fisherbroyles.com
Direct: 646.494.6909

January 13, 2021

**MEMORANDUM ENDORSEMENT**

<u>**VIA ECF**</u>

Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *GateGuard, Inc. v. Goldmont Realty Corp., et al.*
              Case No.: 1:20-cv-01609-AJN-GWG

Dear Judge Gorenstein:

     I represent Plaintiff GateGuard, Inc. and write on behalf of all parties to seek a change in the date of the settlement conference in the subject case (currently scheduled for January 15, 2021) (*see* ECF No. 28).

     Pursuant to Section 8 of the Court's Standing Order for Settlement Conferences, the parties have conferred and seek to reschedule the referenced conference to <u>February 18, 2021</u> at <u>2:30 p.m.</u> The undersigned has confirmed the Court's availability with Chambers. As noted, the proposed rescheduling is agreed to by all parties.

                                                    Respectfully submitted,
                                                    By: <u>/s/ Ariel Reinitz</u>
                                                    Ariel Reinitz

cc:    Counsel of Record (via ECF)

**Settlement conference adjourned to February 18, 2021 at 2:30 p.m. Submissions are due February 11, 2021.**

**So Ordered.**

_/s/ Gabriel W. Gorenstein_
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**January 13, 2021**

---

ATLANTA | AUSTIN | BOSTON | CHARLOTTE | CHICAGO | CINCINNATI | CLEVELAND | COLUMBUS | DALLAS
DENVER | DETROIT | HOUSTON | LONDON | LOS ANGELES | MIAMI | NAPLES | NEW YORK | PALO ALTO
PHILADELPHIA | PRINCETON | SALT LAKE CITY | SEATTLE | WASHINGTON D.C.