# Fisher Broyles

**Ariel Reinitz**
*Partner*
FisherBroyles, LLP
445 Park Avenue
Ninth Floor
New York, NY 10022

Ariel.Reinitz@fisherbroyles.com
Direct: 646.494.6909

February 11, 2021

## MEMORANDUM ENDORSEMENT

**VIA ECF**

Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *GateGuard, Inc. v. Goldmont Realty Corp., et al.*
Case No.: 1:20-cv-01609-AJN-GWG

Dear Judge Gorenstein:

I represent Plaintiff GateGuard, Inc. and write seeking adjournment of the settlement conference in the subject case (currently scheduled for February 18, 2021) (*see* ECF No. 30). The purpose of this request is to enable the parties sufficient time to complete the exchange of settlement proposals.

Pursuant to Section 8 of the Court's Standing Order for Settlement Conferences, I have conferred with opposing counsel and seek to reschedule the referenced conference to March 11, 2021 at 2:30 p.m. Chambers has confirmed the Court's availability for this time. Counsel for Defendants consent to this request.

Respectfully submitted,
By: /s/ Ariel Reinitz
Ariel Reinitz

cc: Counsel of Record (via ECF)

**Conference adjourned to March 11, 2021 at 2:30 p.m.  Submissions due March 5, 2021.**

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**February 12, 2021**

---

ATLANTA | AUSTIN | BOSTON | CHARLOTTE | CHICAGO | CINCINNATI | CLEVELAND | COLUMBUS | DALLAS
DENVER | DETROIT | HOUSTON | LONDON | LOS ANGELES | MIAMI | NAPLES | NEW YORK | PALO ALTO
PHILADELPHIA | PRINCETON | SALT LAKE CITY | SEATTLE | WASHINGTON D.C.