# FisherBroyles

**Ariel Reinitz**
*Partner*
FisherBroyles, LLP
445 Park Avenue
Ninth Floor
New York, NY 10022

Ariel.Reinitz@fisherbroyles.com
Direct: 646.494.6909

March 8, 2021

**VIA ECF**

**MEMORANDUM ENDORSEMENT**

Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *GateGuard, Inc. v. Goldmont Realty Corp., et al.*
             Case No.: 1:20-cv-01609-AJN-GWG

Dear Judge Gorenstein:

     I represent Plaintiff GateGuard, Inc. and write seeking adjournment of the settlement conference in the subject case (currently scheduled for March 11, 2021) (*see* ECF No. 36). The purpose of this request is to enable the parties sufficient time to complete the exchange of settlement proposals.

     Pursuant to Section 8 of the Court's Standing Order for Settlement Conferences, I have conferred with opposing counsel and seek to reschedule the referenced conference to <u>March 18, 2021</u> at <u>2:30 p.m.</u> Chambers has confirmed the Court's availability for this time. Counsel for Defendants consent to this request.

                                         Respectfully submitted,
                                         By: <u>/s/ Ariel Reinitz</u>
                                         Ariel Reinitz

cc:    Counsel of Record (via ECF)

MEMORANDUM ENDORSEMENT

20-cv- 1609 DOCUMENT 37

This is now the fifth time the parties have asked the Court to adjourn the settlement conference.  The reason given for the request is identical to the reason given a month ago.   The parties' repeated requests have represented a great inconvenience to the Court as the time slots that were made available to the parties could not be made available to other litigants.  Accordingly, the settlement conference is adjourned sine die.  The parties shall write to the Court only when both sides are fully prepared to participate in a settlement conference.   At the same time the letter is filed on ECF, the parties shall submit to the Court the materials required by Docket #22 (paragraph 3 of the "Standing Order Applicable to Telephonic Settlement Conferences Before Judge Gorenstein").  The Court will schedule the settlement conference at its convenience for a date thereafter.  This Order shall have no effect whatsoever on the parties' obligations to comply with the existing discovery deadlines and other obligations in this case.

So Ordered.

*[signature]*

GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 8, 2021