USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GateGuard, Inc.,

                Plaintiff,

     –v–

Goldmont Realty Corp., *et al.*,

                Defendants.

20-cv-01609 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The post-discovery conference scheduled for May 7, 2021 is adjourned to August 6, 2021 at 3:45 P.M.

    SO ORDERED.

Dated: April 29, 2021
        New York, New York

                                  ALISON J. NATHAN
                             United States District Judge