

### FW: False Teman Claims of MVI "Going out of business"
1 message

**A Goldenberg** <AGoldenberg@goldmontrealty.com>

---

**From:** Samuel Taub <samuel.t@mvisystems.com>
**Sent:** Tuesday, December 10, 2019 1:20 PM
**To:** A Goldenberg <AGoldenberg@goldmontrealty.com>
**Subject:** Fwd: False Teman Claims of MVI "Going out of business"

See below the email I had to send out after his false claims about my company.

**Samuel Taub**

*Chairman, CEO & Founder*

**MVI Industries, LLC**

2607 Nostrand Ave, 1st Flr

Brooklyn, NY 11210

Toll Free: 844-MVI-SYSTEMS

T: 347 960-4726

Visit us at: MVIsystems.com

*This email and any documents accompanying this transmittal may contain information that is confidential or legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance upon the contents of this transmittal is strictly prohibited, and any documents should be returned to the sender immediately. If you have received this transmittal in error, please notify the sender immediately by return email.*

---------- Forwarded message ---------
From: **Samuel Taub** <samuel.t@mvisystems.com>

Date: Wed, Sep 11, 2019 at 7:16 PM
Subject: False Teman Claims of MVI "Going out of business"
To: Sales Team <Sales@mvisystems.com>

Dear Friends,

It has come to our attention that there have been fraudulent emails going out, from a desperate competitor, that claims that MVI is going out of business.

**Nothing could be further from the truth!**

Our company has recently closed on a very large capital injection backed by a powerful team of investors who have full faith in the future success of MVI. As a matter of fact, in a very short time, this new investment has enabled our firm to unlock a vast array of pent up demand through numerous new sales agreements.

**We have never been stronger, and the future has never looked this promising!**

Our newest product, the KeyCom BOLT, has been extremely successful this year. The product has been in such high demand, that we sold out our inventory rapidly, and are excited to receive a new major shipment any day. Its sleek look and all-weather stability, has impressed even the most discerning residents and management companies alike.

Our competitors have of course noticed, and are attacking us with full legal force. They intend to stamp us out with legal fees, false claims, and the like, before we have a chance to take over the market.

There is **NO** validity to any of their claims. We intend to fight them with full force in court. Any reference to "Liquidation" or "Going out of business" claims that were brought forward, were simply negotiation tactics, to try to stamp out ludicrous litigation.

As far as Mr. Ari Teman himself, it is my personal recommendation to stay far away from him, and any of his many companies.

A quick search on him on the internet, will demonstrate all that you need to know about him.

In addition, I would recommend to anyone that seriously entertains his "FREE" offers, that they carefully review his unbelievable "Terms of Services" here: https://gateguard.xyz/legal/terms.php

Please note that by just requesting a quote, you will be signing up for 360 months (30 years!), to ALL of your buildings, and you will need to pay $50k for any building that you decide not to deploy his product on, or take it off of. That's just one of the many outrageous items that you will be agreeing to.

See below from his pricing on his website, all the way at the bottom:

| | |
|---|---|
| Installation: | FREE (Normally $1499) |
| Device: | FREE (Normally $5600) |
| Monthly plans are paid yearly. | First 2 years upfront |
| Security deposit: | $849 |
| CAT5 to Basement/Utility Room: | $849 for up to 5 hours |
| Insurance: | Included FREE ($698 deductible) |
| 1GB Data included: | $17/GB additional |
| Per unit import / setup fee (optional) | $6 |
| 30 Days of records included | Add 1 year +$99/mo |

| | |
|---|---|
| Condo/Coop Service Fees | Due to the nature of the condominium/cooperative buying process involving much longer sales cycles, board meetings, etc. for much lower-volume sales we are unable to extend our free offer. There will be a $5,600 device fee and $849 installation fee added to condo/coop orders and a $99.99/mo additional Condo/Coop Support fee. |

| | |
|---|---|
| Insurance (Free!): | Included in all plans. $698 deductible<br>If someone breaks your device (which is really tough to do!) we'll replace it. |
| Terms: | Shipping & Tax not included. Security Deposit and Gold Plan service required.<br>==360 Month Contract. 24 months paid upfront on install. No refunds or cancellations.==<br>100+ units requires Platinum plan.<br>Fobs/Cards: $3.49/card + $0.55/mo/tenant.<br>Terms & Conditions Apply. |

If anyone would like more details on the lawsuits pending against us, or on our competitors, please reach out to me.

Thank you for being our loyal customers and friends, and I look forward to many more years of serving your needs.

Yours truly,

Samuel Taub

*Chairman, CEO & Founder*

**MVI Systems, LLC**

2607 Nostrand Ave, 1st Flr

Brooklyn, NY 11210

Toll Free: 844-MVI-SYSTEMS

T: 347 960-4726

Visit us at: MVIsystems.com

*This email and any documents accompanying this transmittal may contain information that is confidential or legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance upon the contents of this transmittal is strictly prohibited, and any documents should be returned to the sender immediately. If you have received this transmittal in error, please notify the sender immediately by return email.*