

# KOSS & SCHONFELD, LLP
### ATTORNEYS AT LAW

Writer's email: shira@kandsllp.com
Writer's direct dial: (646) 699-1170

June 3, 2021

**<u>Via NYSCEF</u>**
Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *GateGuard, Inc. v. Goldmont Realty Corp., et al.*
              Case No.: 1:20-cv-01609-AJN-GWG

Dear Judge Gorenstein:

    This office represents defendants Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg in the above referenced action (collectively, the "Defendants"). Defendants hereby withdraw their letter motion, electronically filed on June 1, 2021, as NYSCEF Doc. Nos. 47 and 48, without prejudice.

    We thank the Court for its attention to the above.

                                      Respectfully Submitted,

                                      Shira Goldman Moyal, Esq.

cc: Ariel Reinitz, Esq. (via NYSCEF)