# Ariel Reinitz

| | |
|---|---|
| **From:** | Ariel Reinitz |
| **Sent:** | Tuesday, June 1, 2021 9:17 PM |
| **To:** | Adam Engel |
| **Subject:** | FW: [External Sender]Activity in Case 1:20-cv-01609-AJN-GWG GateGuard, Inc. v. Goldmont Realty Corp. et al. Letter |
| **Attachments:** | [Request to 'meet and confer' re: enforcement of subpoenas to Samuel Taub] (GateGuard v. Goldmont, et al.; SDNY 1:20-cv-01609-AJN-GWG) |
| **Importance:** | High |

Hi (again) Adam – your letter (filed this evening) admits you did not confer with me prior to seeking relief from the Court, in violation of Section 2.A. of Judge Gorenstein's Rules. You also notably omit the fact that I contacted you earlier today *requesting to meet and confer on this issue* (see attached).

That you and I conferred weeks ago in another case – *before* these subpoenas were issued – changes nothing re: the requirement to meet and confer *in this case*. Invoking my recent conference with counsel *for another party*, during which the third-party subpoenas and any purported motion to quash them was *never* discussed (an issue I have separately raised with Mr. Schonfeld) – also does not exempt you from complying with the Court's pre-motion requirements.

Please withdraw your letter and, per my email of earlier today (attached) advise as to your availability to meet and confer re: Plaintiff's anticipated motions to enforce the subpoenas to Mr. Taub, Mr. Soleimani, and ABJ, and any other issues you wish to discuss.

Thanks,
Ariel

**Ariel Reinitz**
Partner

_____

**FisherBroyles, LLP**
direct:  +1.646.494.6909
ariel.reinitz@fisherbroyles.com
www.fisherbroyles.com

The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Tuesday, June 1, 2021 7:13 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** [External Sender]Activity in Case 1:20-cv-01609-AJN-GWG GateGuard, Inc. v. Goldmont Realty Corp. et al. Letter

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if**

receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Engel, Adam on 6/1/2021 at 7:12 PM EDT and filed on 6/1/2021

| | |
|---|---|
| **Case Name:** | GateGuard, Inc. v. Goldmont Realty Corp. et al. |
| **Case Number:** | 1:20-cv-01609-AJN-GWG |
| **Filer:** | Joseph Soleimani |
| | ABJ Properties, Inc. |
| | Samuel Taub |

**Document Number:** 49

**Docket Text:**
**THIRD PARTY LETTER addressed to Magistrate Judge Gabriel W. Gorenstein from Adam Engel dated June 1, 2021 re: Quashing Plaintiff's Third-Party Subpoenas. Document filed by Joseph Soleimani, ABJ Properties, Inc., Samuel Taub. (Attachments: # (1) Exhibit A-H).(Engel, Adam)**

**1:20-cv-01609-AJN-GWG Notice has been electronically mailed to:**

Ariel Reinitz    ariel.reinitz@fisherbroyles.com

Jacob Schindelheim    jjs@kandsllp.com

Shira Moyal    shira@kandsllp.com

Simcha David Schonfeld    sds@kandsllp.com

**1:20-cv-01609-AJN-GWG Notice has been delivered by other means to:**

ABJ Properties, Inc.

Joseph Soleimani

Samuel Taub

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/1/2021] [FileNumber=25979285-0

] [49d9b94374cccd3bc5f93d87366788061d06be12d9d019ce9ca9ccbfe21269b577e068d1aeb740602d6b7df2324e87fbaf5ffa52d66a57fd3981181a7d4c0a1c]]

**Document description:** Exhibit A-H
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/1/2021] [FileNumber=25979285-1
] [13e63534097cd4f720ecc84a32bfc03c6ebfbe7b333ed76aab5d14babc1576cfb91973409fb887f5ce89dd1f4e254648d75ba5fe814181df2312f5b8ec3ded72]]