UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC.,<br><br>                    Plaintiff,<br><br>- against -<br><br>GOLDMONT REALTY CORP.; LEON GOLDENBERG; and ABI GOLDENBERG,<br><br>                    Defendants. | Civil Action No.:  1:20-cv-01609 (AJN) (GWG)<br><br>**NOTICE OF LIMITED APPEARANCE ON BEHALF OF SUBPOENAED PARTIES** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Adam Engel, a member of this Court in good standing, respectfully enters his appearance as counsel for Samuel Taub, Joseph Soleimani, and ABJ Properties, Inc. in the above-referenced action, for the limited purpose of representing them in connection with third-party subpoenas that Plaintiff GateGuard, Inc. has served upon them, and also has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of said parties.

Dated:  Bondville, Vermont
            June 9, 2021

                                                            **THE ENGEL LAW GROUP, PLLC**

                                                            By:  _____
                                                                        Adam E. Engel

                                                            280 Madison Avenue – Suite 705
                                                            New York, NY  10016
                                                            (212) 665-8095

                                                            *Counsel for Subpoenaed Parties*
                                                            *Samuel Taub, Joseph Soleimani, and*
                                                            *ABJ Properties, Inc.*