UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GATEGUARD, INC.,                                            :

                                                                  :        <u>ORDER</u>
                         Plaintiffs,
                                                                  :        20 Civ. 1609 (AJN) (GWG)
   -v.-

                                                                  :
ABI GOLDENBERG, et al.,
                                                                  :

                       Defendants.              :
----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A discovery conference to resolve the matters raised in Docket # 50 shall take place on June 16, 2021, at 11:00 a.m.  It is the Court's intention to decide the matters raised based on the parties' letters unless a party has shown good cause in advance of the conference why formal briefing should be required.

      At the above date and time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must <u>not</u> use a speakerphone.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated: June 14, 2021
       New York, New York

                                                                  _____
                                                                  GABRIEL W. GORENSTEIN
                                                                United States Magistrate Judge