UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GATEGUARD, INC.,                                          :

                                                            :          ORDER
                         Plaintiff,
                                                            :          20 Civ. 1609 (AJN) (GWG)
   -v.-

                                                            :
ABI GOLDENBERG, et al.,
                                                            :

                  Defendants.           :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     At the conference held today, the attorney appearing for defendants (who was not the attorney who wrote the letter to the Court addressing the discovery issue) stated that he had not read the documents being sought by plaintiff. Accordingly, the conference is adjourned to June 17, 2021 at 4:00 p.m. to permit an attorney to appear who has read the documents. The attorney who appears at this conference for defendants and all future conferences must also be the principal trial attorney on this case.

     The time and date of the conference may be changed by following paragraph 1.F of the Court's Individual Practices.

     SO ORDERED.

Dated: June 16, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge