USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7.29.21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GateGuard, Inc.,

           Plaintiff,

   –v–

Goldmont Realty Corp., *et al*.,

           Defendants.

20-cv-1609 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the discovery extensions in this case, the case management conference scheduled for August 6, 2021 is adjourned to November 12, 2021 at 3:45 PM.

SO ORDERED.

Dated: July 29, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge