AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GATEGUARD, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-01609-AJN-GWG |
| GOLDMONT REALTY CORP. et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff GateGuard, Inc.

Date: 08/04/2021

/s/Ronald D. Coleman
*Attorney's signature*

Ronald D. Coleman (NY Reg. No. 2288835)
*Printed name and bar number*

Dhillon Law Group Inc.
256 5th Avenue, 4th Floor
New York, NY 10001
*Address*

rcoleman@dhillonlaw.com
*E-mail address*

(347) 996-4840
*Telephone number*

(646) 358-8082
*FAX number*