| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>-------------------------------------------------------------X<br>GATEGUARD, INC., :<br>:<br>                      *Plaintiff,* :<br>:<br>  - against - :<br>:<br>GOLDMONT REALTY CORP., :<br>LEON GOLDENBERG, ABI GOLDENBERG, :<br>:<br>:<br>                      *Defendants.* :<br>-------------------------------------------------------------X | **MEMORANDUM ENDORSED**<br><br>Docket No. 1:20-CV-01609 (GWG)(AJN)<br><br>**NOTICE OF MOTION TO**<br>**COMPEL ARBITRATION**<br><br>ORAL ARGUMENT NOT<br>REQUESTED |

  **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of Defendants Goldmont Realty Corp. ("Goldmont"), Leon Goldenberg ("Leon") and Abi Goldenberg's ("Abi," collectively, "Defendants") Motion to Compel Arbitration or, in the Alternative, Dismiss Plaintiff's Claims on Substantive Grounds, and the Declaration of Simcha D. Schonfeld, dated October 28, 2021, and the exhibits thereto, Defendants will move this Court, before the Honorable Alison J. Nathan, U.S.D.J., in the United States Courthouse, Southern District of New York, 40 Foley Square, Courtroom 906, New York, New York 10007, on such day when counsel may be heard, for an Order, pursuant to the Federal Arbitration Act, compelling Plaintiff to arbitrate this case before the American Arbitration Association or, granting a stay of proceedings pending arbitration, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
October 28, 2021

                                                       Simcha D. Schonfeld, Esq.
Shira Goldman Moyal, Esq.
**Koss & Schonfeld, LLP**
90 John Street, Suite 503
New York, NY 10038
Direct Dial: (212) 796-8916
*Attorneys for Defendants*
GOLDMONT REALTY CORP.,
LEON GOLDENBERG, ABI
GOLDENBERG

TO:        All Counsel (by ECF)

This motion will be decided by the undersigned. The parties should read paragraph 2.B of the Court's Individual Practices and defendants should file a letter by November 2, 2021, disclosing the briefing schedule as provided in that paragraph.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

October 29, 2021