

**KOSS & SCHONFELD, LLP**
ATTORNEYS AT LAW

November 2, 2021

**By ECF**
Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
GorensteinSettlement@nysd.uscourts.gov

    Re:    *GateGuard, Inc. v. Goldmont Realty Corp., et al.*
            Case No.: 1:20-cv-01609-AJN-GWG

Dear Judge Gorenstein:

    This office represents defendants Goldmont Realty Corp. ("Goldmont"), Leon Goldenberg and Abi Goldenberg in the above referenced action (collectively, the "Defendants"). Defendants filed a Motion to Compel Arbitration on October 28, 2021 (Document No. 69).

    Pursuant to paragraph 2.B of Your Honor's Individual Rules and Practices, Defendants have conferred with opposing counsel and respectfully disclose the following briefing schedule:

Plaintiff's opposition papers due on or before November 15, 2021; and
Defendants' reply papers due on or before November 22, 2021;

We thank the Court for its consideration of the above.

                              Respectfully Submitted,

                              By: /s/ Shira Goldman Moyal
                              Shira Goldman Moyal, Esq.
                              Tel: (646) 699-1170
                              Email: shira@kandsllp.com

cc: Ariel Reinitz, Esq. (via ECF)