UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GateGuard, Inc.,

                Plaintiff,

–v–

Goldmont Realty Corp. et al.,

                Defendants.

20-cv-1609 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Magistrate Judge Gorenstein has approved the parties' request to extend discovery to December 31, 2021. The Court therefore adjourns this post-discovery conference scheduled for November 12, 2021 to February 4, 2022 at 3:30 p.m.

SO ORDERED.

Dated: November 2, 2021
        New York, New York

                                          ALISON J. NATHAN
                                       United States District Judge