

# KOSS & SCHONFELD, LLP
## ATTORNEYS AT LAW

Writer's email: shira@kandsllp.com
Writer's direct dial: (646) 699-1170

November 22, 2021

**By ECF**
Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *GateGuard, Inc. v. Goldmont Realty Corp., et al.*
                Case No.: 1:20-cv-01609-AJN-GWG

Dear Judge Gorenstein:

       This office represents defendants Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg in the above referenced action (collectively, the "Defendants"). Defendants filed their Motion to Compel Arbitration on October 28, 2021. Pursuant to the parties' agreed upon briefing schedule, Plaintiff filed its opposition on November 15, 2021 and Defendants filed their Reply on even date. Accordingly, please note that Defendants' Motion to Compel Arbitration is now fully submitted. A hard copy of Defendants' Reply was mailed to the Court today.

       We thank the Court for its consideration of the above.

                                                    Respectfully Submitted,
                                                    By: /s/ Shira Goldman Moyal
                                                    Shira Goldman Moyal

cc: Ariel Reinitz, Esq. (via ECF)