Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
GATEGUARD, INC.,

               Plaintiff,

     -against-

GOLDMONT REALTY CORP., LEON GOLDENBERG,
and ABI GOLDENBERG,

               Defendants.
Civil Action No. 1:20-cv-01609(AJN)(GWG)
-------------------------------------------x

            (Via Zoom Videoconference)
            December 2, 2021
            9:04 a.m.


     Videoconference Deposition of
ABI GOLDENBERG, before Kristi Cruz, a
Stenographic Reporter and Notary Public of the
State of New York.

Page 3

1                    PROCEEDINGS
2              THE VIDEOGRAPHER: Good morning. We
3        are now going on the record at 9:04 a.m.
4        eastern time on December 2, 2021.
5              Please note that the microphones are
6        sensitive and may pick up whispering,
7        private conversations, and cellular
8        interference. Please turn off all cell
9        phones or place them away from the
10       microphones, as they can interfere with
11       the deposition audio. Audio and video
12       recording will continue to take place
13       unless all parties agree to go off the
14       record.
15             This is Media Unit 1 of the
16       video-recorded deposition of Abi
17       Goldenberg, 30(b)(6) for Goldmont Realty
18       Corp., taken by plaintiff, in the matter
19       of GateGuard Incorporated verse Goldmont
20       Realty Corp., Leon Goldenberg, Abi
21       Goldenberg, filed in the United States
22       District Court, Southern District of New
23       York, Civil Action Number
24       1:20-CV-01609-AJN-GWG. This deposition is
25       being held remotely.

Page 170

1            A. GOLDENBERG
2      A.    To my knowledge, no.
3      Q.    I'm not asking to your knowledge.
4   I'm asking: Did Goldmont Realty Corp. search
5   for documents, physical documents in your
6   office that you're in now relating to this
7   case?
8      A.    I am representing on behalf of
9   Goldmont, that, to my knowledge, Goldmont has
10  not searched any physical documents in
11  relation to this case.  They have checked
12  other forms, electronic.
13     Q.    Which individuals acting on behalf
14  of Goldmont -- well, I'll back up.
15           The signature that we're looking at
16  on page 4 of Exhibit 5, it appears to me, I'm
17  not a forensic expert, but it appears that the
18  document was scanned, it was signed in a hard
19  copy and then scanned into a scanner.
20  Assuming that to be the case, which
21  individuals acting on behalf of Goldmont
22  scanned this document?
23     A.    Myself.
24     Q.    Okay.  You scanned -- you, Abi
25  Goldenberg acting on behalf of Goldmont,

Page 171

1  A. GOLDENBERG
2  scanned the document, specifically the
3  signature page on page 4 of Exhibit 5?
4  A. Yes.
5  Q. Approximately when did Abi
6  Goldenberg acting on behalf of Goldmont scan
7  the document?
8  A. Approximately when it was sent.
9  Between the months of August and September of
10 2019.
11 Q. Okay. Well, I'll go back to the top
12 here. This was sent Friday, August 30, 2019
13 so --
14 A. Oh.
15 Q. -- in that --
16 A. Fair to say, it was Thursday,
17 August 29th.
18 Q. Okay. So give or take a few days --
19 A. Yes.
20 Q. -- somewhere possibly shortly before
21 August 30, 2019, we're talking.
22 What scanner did you use, again on
23 behalf of Goldmont, to scan this document?
24 A. I'm assuming Goldmont's scanner.
25 Q. How many scanners does Goldmont

```
                                              Page 172
 1                       A. GOLDENBERG
 2      have?
 3           A.    Two.
 4           Q.    Okay.  Where are they located?
 5           A.    One is on the main floor, and one is
 6      in the basement.
 7           Q.    And that's the main floor of the
 8      office you mentioned, 1360 --
 9           A.    Yes.
10           Q.    -- East 14th?
11           A.    Yes.
12           Q.    How many pages did you -- again, on
13      behalf of Goldmont Realty Corp., how many
14      pages did you scan into the scanner?
15           A.    I don't know.
16           Q.    Okay.  After the document was
17      scanned -- well, I'll back up.
18                 Goldmont's scanner, does Goldmont's
19      scanner maintain copies of all of the
20      documents that are scanned into it?
21           A.    Not to my knowledge.  It goes to the
22      email of the person that scanned.
23           Q.    Okay.  So in this case, if I
24      understand correctly, you scanned a document
25      into the scanner we just discussed, and then
```

|     | Page 173 |
|-----|----------|
| 1   | A. GOLDENBERG |
| 2   | you received an email of the scan that you |
| 3   | just -- |
| 4   | A.    Yes. |
| 5   | Q.    Okay.  Do you have a copy of that |
| 6   | email? |
| 7   | A.    I would assume so if it's in the |
| 8   | emails. |
| 9   | Q.    Okay. |
| 10 RQ | MR. REINITZ:  Can you provide us |
| 11  | with a copy?  Because we never received a |
| 12  | copy of the email.  Mr. Schindelheim, can |
| 13  | you get us a copy of that? |
| 14  | MR. SCHINDELHEIM:  We ask that you |
| 15  | make all document requests in writing, and |
| 16  | we will take them under advisement upon |
| 17  | receipt. |
| 18  | MR. REINITZ:  Sure, I will.  I'm |
| 19  | just going to note for the record we did |
| 20  | not -- we received, again, we have this, |
| 21  | so it's Binder2.pdf obviously from |
| 22  | Mr. Rubinstein.  To my knowledge -- |
| 23  | THE WITNESS:  Obviously we're only |
| 24  | doing it if I still have that email.  I |
| 25  | have no idea if -- |

|     | Page 174 |
| --- | --- |
| 1   | A. GOLDENBERG |
| 2   | MR. SCHINDELHEIM:  Abi, there's no |
| 3   | question pending. |
| 4   | MR. REINITZ:  Yes, that's |
| 5   | understood. |
| 6   | THE WITNESS:  Okay. |
| 7   | MR. REINITZ:  Again, I'm just, I'm |
| 8   | noting for the record.  It's not a |
| 9   | question to you, Mr. Goldenberg.  We do |
| 10  | not, to my knowledge, have a copy of that |
| 11  | scan, so again, we're just documenting for |
| 12  | Mr. Schindelheim, and I'll follow up in |
| 13  | writing, as you've asked -- |
| 14  | MR. SCHINDELHEIM:  Yes. |
| 15  | MR. REINITZ:  -- for a copy of that |
| 16  | scanned document. |
| 17  | Q.    So, if I understand correctly, |
| 18  | Mr. Goldenberg, around August 30th, like you |
| 19  | said, within a few days, on behalf of |
| 20  | Goldmont, you scanned the document that was |
| 21  | signed by Leon Goldenberg that we've looked |
| 22  | at, and then you mentioned a few minutes ago |
| 23  | that you combined it with another document. |
| 24  | What was that second document; not the scan, |
| 25  | but the second document you combined it with? |