UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GateGuard, Inc.,

                    Plaintiff,

    –v–

Goldmont Realty Corp. et al.,

                    Defendants.

20-cv-1609 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2022

ALISON J. NATHAN, District Judge:

A post-discovery status conference is scheduled in this case for February 4, 2022 at 3:45 p.m. The proceeding will be held telephonically.

It is hereby ordered that within <u>five days</u> prior to the post-discovery status conference, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP;

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates; and

5) **Indicate whether they can do without a conference altogether.**

SO ORDERED.

Dated: January 24, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge