# Fisher Broyles

**Ariel Reinitz**
*Partner*
FisherBroyles, LLP
445 Park Avenue
Ninth Floor
New York, NY 10022

Ariel.Reinitz@fisherbroyles.com
Direct: 646.494.6909

January 26, 2021

**VIA ECF**                                                    MEMORANDUM ENDORSED

Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *GateGuard, Inc. v. Goldmont Realty Corp., et al.*
             Case No.: 1:20-cv-01609-AJN-GWG

Dear Judge Gorenstein:

    I represent Plaintiff GateGuard, Inc. and write on behalf of all parties to seek an extension of the deadline to complete fact discovery in the subject case.

    The parties have made substantial progress to complete discovery but a handful of issues remain. We therefore ask the Court to extend the fact discovery deadline by two weeks to <u>February 9, 2022</u>, to enable the parties to complete such outstanding discovery. As noted, Defendants consent to this request.

                                            Respectfully submitted,
                                            By: <u>/s/ Ariel Reinitz</u>
                                            Ariel Reinitz

cc:    Counsel of Record (via ECF)

Granted.  The discovery deadline is extended to February 9, 2022.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 27, 2022

---

ATLANTA  |  AUSTIN  |  BOSTON  |  CHARLOTTE  |  CHICAGO  |  CINCINNATI  |  CLEVELAND  |  COLUMBUS  |  DALLAS
DENVER  |  DETROIT  |  HOUSTON  |  LONDON  |  LOS ANGELES  |  MIAMI  |  NAPLES  |  NEW YORK  |  PALO ALTO
PHILADELPHIA  |  PRINCETON  |  SALT LAKE CITY  |  SEATTLE  |  WASHINGTON D.C.