UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2022

GateGuard, Inc.,

          Plaintiff,

–v–

Goldmont Realty Corp.,

          Defendants.

20-cv-1609 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the discovery deadline extension (Dkt. No. 97), the Court adjourns the post-discovery conference scheduled for February 4, 2022, to March 4, 2022 at 3:45 p.m.

SO ORDERED.

Dated: January 31, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge