UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2022
```

GateGuard, Inc.,

              Plaintiff,

    –v–

Goldmont Realty Corp. et al.,

              Defendant.

20-cv-1609 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A post-discovery status conference is scheduled in this case for March 4, 2022, at 3:45 p.m. The proceeding will be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. If either counsel believes that the proceeding should be held remotely, counsel should confer with the other side and, no later than <u>three days</u> from this Order, submit a letter request to that effect.

    It is hereby ordered that within <u>five days</u> prior to the post-discovery status conference, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP;

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates; and

5) **Indicate whether they can do without a conference altogether.**

SO ORDERED.

Dated: February 23, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge