```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GateGuard, Inc.,

                Plaintiff,

     –v–

Goldmont Realty Corp. et al.,

               Defendants.

20-cv-1609 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The post-discovery conference scheduled for March 4, 2022, is adjourned to March 11, 2022 at 3:45 p.m.

    SO ORDERED.

Dated: February 23, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1