UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GATEGUARD, INC.                                    :

                                                                  :          <u>ORDER</u>
                          Plaintiff,

                                                                  :          20 Civ. 1609 (VEC) (GWG)
   -v.-
                                                                  :

GOLDMONT REALTY CORP. et al.,         :

                                                                  :
                        Defendants.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Ariel Reinitz has filed a letter dated April 25, 2022 (Docket # 112), seeking to be relieved as counsel for plaintiff. Plaintiff is also represented by Ronald David Coleman, however. Accordingly, Ronald David Coleman is directed to file a letter on behalf of plaintiff on or before May 3, 2022, stating whether plaintiff opposes the application to withdraw and, if so, on what basis.

      SO ORDERED.

Dated: April 27, 2022
       New York, New York

                                                                                        GABRIEL W. GORENSTEIN
                                                                                        United States Magistrate Judge