UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>GOLDMONT REALTY CORP., : LEON GOLDENBERG, ABI GOLDENBERG<br><br>*Defendants*. | 1:20-CV-01609 (GWG)(AJN)<br><br>**CERTIFICATION IN SUPPORT OF MOTION TO BE BE RELIEVED AS COUNSEL** |

RONALD D. COLEMAN, of full age, certifies and says as follows:

1. I am a member of Dhillon Law Group, Inc. and co-counsel of record for plaintiff Gateguard, Inc. in this matter. I make this Certification in support of our firm's motion to be relieved as counsel.

2. Plaintiff has instructed our firm that it no longer represents it in this or any other matter.

3. We have not participated in the litigation of this matter for the last several months.

4. Plaintiff remains represented by Ariel Reinitz, Esq. of the Fisher Broyles law firm in this litigation.

The foregoing is certified to be true to my best knowledge. I understand that if it is not true, I am subject to penalties for perjury.

*[signature]*
RONALD D. COLEMAN

November 22, 2021