

RONALD D. COLEMAN
RCOLEMAN@DHILLONLAW.COM

April 27, 2022

**VIA EMAIL**

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *GateGuard, Inc. v. Goldmont Realty Corp. et al*
1:20-cv-01609-VEC-GWG

Dear Judge Gorenstein:

We write in response to Your Honor's order of today's date (Document Number 113).

As set forth in our motion to withdraw as counsel, filed earlier today, our firm was discharged by Mr. Teman, as plaintiff's principal, late last year. Until today I had been under the impression that our motion to withdraw had been filed but not yet acted upon (hence our continued receipt of ECF notices), as has happened in numerous cases. The cessation of the attorney-client relationship was memorialized by correspondence from us to plaintiff dated October 19, 2021, in which we also stated that all fees had been paid in full. Our firm is asserting no charging lien or other claim.

Because Mr. Teman discharged our firm we cannot comment regarding plaintiff's view of Mr. Reinitz's motion.

Respectfully submitted,

Ronald D. Coleman

#

DHILLON LAW GROUP, INC.
A CALIFORNIA CORPORATION
50 PARK PLACE, SUITE 1105 | NEWARK, NJ 07102 | 973-298-1723