UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>GOLDMONT REALTY CORP., : LEON GOLDENBERG, ABI GOLDENBERG<br>*Defendants.* | MEMORANDUM ENDORSED<br><br>1:20-CV-01609 (GWG)(AJN)<br><br>MOTION TO BE<br>BE RELIEVED<br>AS COUNSEL |

PLEASE TAKE NOTICE that the undersigned attorneys for plaintiff, Gateguard, Inc. shall move before the Court at such time as counsel may be heard for an Order to be relieved as counsel.

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, the undersigned shall rely upon the accompanying certification, together with all pleadings and proceedings on file in this matter.

DHILLON LAW GROUP, INC.

By: _____
Ronald D. Coleman

*Attorneys for Plaintiff*
*Gateguard, Inc.*

Dated: November 22, 2021

In light of the representation that plaintiff consents, the motion to withdraw is granted. Counsel is directed to transmit a copy of this Order to plaintiff by mail and by any electronic means that are available.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
April 27, 2022