UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GATEGUARD, INC.                                  :

              :  <u>ORDER</u>
     Plaintiff,

              :  20 Civ. 1609 (VEC) (GWG)
 -v.-
              :

GOLDMONT REALTY CORP. et al.,  :

              :
     Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

  Ariel Reinitz has filed a letter motion dated April 25, 2022 (Docket # 112), seeking to withdraw as attorney for plaintiff GateGuard, Inc.

  Any party objecting to the withdrawal of counsel shall file its opposition <u>on or before May 12, 2022</u> explaining the basis for the opposition. To the extent Gateguard, Inc. seeks to file opposition, its agent shall provide that opposition to Mr. Reinitz by May 12, 2022, and Mr. Reinitz shall be responsible for filing a letter on ECF that attaches the opposition.

  A hearing on this application shall take place on <u>May 23, 2022, at 2:30 p.m.</u> via telephone. At that time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) A representative of GateGuard with authority to engage counsel <u>must</u> attend this conference, unless a new attorney has filed a notice of appearance on its behalf prior to that date.

  If the motion to withdraw is granted, Gateguard will be given a deadline by which it must obtain a new attorney. Gateguard is warned that if it fails to obtain a new attorney by the court-ordered deadline, the case may be dismissed because a corporation is not permitted to appear in federal court without an attorney.

  Mr. Reinitz is directed to serve a copy of this Order and his motion papers on Gateguard by mail and any available electronic means. Mr. Reinitz shall thereafter make every effort to obtain confirmation <u>by telephone</u> and any other available electronic means that GateGuard's authorized representative actually received the Order and motion papers and that the representative is aware that he or she must dial in to the Court conference on May 23, 2022, at 2:30 p.m. unless a new attorney files a notice of appearance on the corporation's behalf before that date and the new attorney dials in to the conference.

      Mr. Reinitz shall file a sworn statement on or before May 5, 2022 describing his compliance with the previous paragraph.

      SO ORDERED.

Dated: April 28, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge