UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GATEGUARD, INC.                                         :

                                                              :    <u>ORDER</u>
                Plaintiff,
                                                              :    20 Civ. 1609 (VEC) (GWG)

   -v.-
                                                               :

GOLDMONT REALTY CORP. et al.,            :

                                                               :
                Defendants.
-----------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       Discovery having concluded, the parties shall file a letter to the Court by August 26, 2022, indicating whether either party intends to move for summary judgment (which motion would be returnable before Judge Caproni and would have to comply with her individual practices). The parties shall also consult to determine whether any trial of this matter would be a bench trial or a jury trial, and should inform the Court in their letter as to the type of trial.

       SO ORDERED.

Dated: August 23, 2022
       New York, New York

                                                                   GABRIEL W. GORENSTEIN
                                                                   United States Magistrate Judge