UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...........................................................................X

GUATEGUARD, INC.,

                              Plaintiff,            Civil Case No.: 1:20-CV-01609
                                                       (VEC)(GWG)

    -against-

GOLDMONT REALTY CORP.,                            **NOTICE OF MOTION TO**
LEON GOLDENBERG,                                       **DISQUALIFY SIMCHA**
ABI GOLDENBERG,                                              **SCHONFELD AND KOSS &**
                                                                            **SCHONFELD, LLLP**

                                  Defendants.
...........................................................X

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Plaintiff GateGuard, Inc.'s Motion to Disqualify Simcha D. Schonfeld and Koss & Schonfeld, LLP, and the Declaration of Eden P. Quainton, dated September 1, 2022, and the exhibits thereto, Plaintiff will move this Court, before the Honorable Gabriel W. Gorenstein, in the United States Courthouse, Southern District of New York, 40 Foley Square, Courtroom 906, New York, New York 10007, on such day when counsel may be heard, for an Order disqualifying Simcha D. Schonfeld and the firm of Koss & Schonfeld, LLP from further representation of Defendants Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg in the above-captioned matter, and granting such other and further relief as the Court deems just and proper.

Dated:   New York, New York
            September 1, 2022

                                                                                       */s/ Eden Quainton*
                                                                              Eden P. Quainton
                                                                              **QUAINTON LAW, PLLC**
                                                                              2 Park Avenue, 20th Floor
                                                                              New York, New York 10016
                                                                              (212) 419-0575
                                                                              *Attorneys for Plaintiff*
                                                                              *GateGuard, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 1, 2022, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg.

Dated: September 1, 2022

/s/ *Eden P. Quainton*
QUAINTON LAW, PLLC
*Attorneys for Plaintiff*
*GateGuard, Inc.*
2 Park Avenue, 20th Floor
New York, New York 10016
(212) 419-0575
Email: equainton@gmail.com