UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
..............................................................X

GUATEGUARD, INC.,

                Plaintiff,

Civil Case No. 20-cv-1609
(VEC)(GWG)

-against-

GOLDMONT REALTY CORP.,
LEON GOLDENBERG,
ABI GOLDENBERG,

                Defendants.
..............................................................X

## DECLARATION OF EDEN P. QUAINTON

I, Eden P. Quainton, declare under penalty of perjury that the following is true and correct:

1. I am counsel for Plaintiff GateGuard Inc. and its CEO, Ari Teman ("Mr. Teman").

2. Set forth as Exhibit A hereto is a true and accurate copy of a letter from 24 Rabbis expressing support for Mr. Teman, together with exhibits thereto, including the letter of Lawrence Lessig, Professor of Law at Harvard University.

3. Set forth as Exhibit B hereto is a true and accurate extract from the Deposition of Leon Goldenberg, dated August 17, 2021.

4. Set forth as Exhibit C hereto is a true and accurate extract from the Deposition of Abi Goldenberg, dated August 10, 2021 (the "Abi Goldenberg Deposition").

5. Set forth as Exhibit D hereto is a further extract from the Abi Goldenberg Deposition.

6. Mr. Teman has informed me that in the course of the various matters in which he is involved he has learned that Mr. Taub and Mr. Schonfeld are related.

1

Dated: September 1, 2022

                                 /s/ *Eden P. Quainton*
                                 EDEN P. QUAINTON

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 1, 2022, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendants Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg.

Dated: September 1, 2022

/