# EXHIBIT B

Page 311

1     GOLDENBERG
2     A.     When we put them in four or five
3  years ago, the tenants were very happy.  They're
4  not happy, I'm going to put them in all my
5  buildings?  Let's be rational.
6     Q.     Understood.
7     A.     This dispute -- if he had been a
8  mensch, if he had been a regular businessman,
9  there wouldn't be a dispute.  I gave him deposits
10 on all my buildings.  I gave him deposits to put
11 intercoms in all my buildings.  I thought he had
12 a great product.  I just throw out $60,000 like
13 that?  No.  We thought he had a great product.  I
14 tried to go into business with him.  I thought
15 enough of it that I was willing to invest with
16 him until he, you know, exploded.
17          And if he didn't explode and he gave
18 us what we asked for, we might have put in --
19 thank God, we might have put in a million
20 dollars.  Whether we would have taken signature
21 rights on the checks or not, I don't know.  It
22 doesn't really make a difference.  And then he
23 starts playing -- then I order -- even after that
24 I ordered all the intercoms, after I didn't go
25 into business with him, because I still thought