# EXHIBIT C

Abi Goldenberg

for sure, we were on the phone.  There was definitely an exchange of -- meaning, there was an exchange on WhatsApp with me screen shotting the terms or something to him.  I don't remember, but I -- I don't remember getting fully responded to there.  I was on the phone with him at the same time, and we'd speak five times a day those days.

Q    So just -- again, just to kind of paraphrase, you weren't -- you were communicating --

MR. REINITZ:  Strike that.

Q    You went -- you were on GateGuard's website.  You reviewed some of the terms.  You took screen shots of some of the terms.  You were communicating with Mr. Teman about some of the terms.  And then what?  And then at the end of that, let's say, that process, did you sign up or did you not sign up?

A    I signed up.

Q    Moving on to the second, I