# EXHIBIT D

**Page 344**

Abi Goldenberg

Have you ever seen this device?

A     No.

Q     Do you know, or I should say, did you know that Metropolitan Security installed this device?

A     No.

Q     Did you know that Metropolitan Security installed -- was installing MVI devices on Goldmont Properties?

A     No.

Q     Do you know, who at Goldmont, based on your experience, might be involved in dealing with MVI systems other than yourself?

A     One of those three people I mentioned earlier:  Marvin Basch, Jonathan Samet, and Sam Brown.

Q     So is this deposition the first time you are hearing of MVI installing a device on Goldmont's property?

A     A hundred percent.

        MR. REINITZ:  I'm going to show you what's marked as Plaintiff's Exhibit 12.