**Eden P. Quainton**

**Quainton Law, PLLC**
2 Park Avenue, 20th Floor
New York, NY 10016

245 Nassau street
Princeton, nj 08540

Telephone (212) 419-0575; 609-356-0526
Cell: (202) 360-6296
Email equainton@gmail.com

September 8, 2022

**VIA ECF**
Hon. Gabriel W. Gorenstein
Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

Re: GateGuard, Inc. v. Goldmont Realty Corp., et al.
Case No.: 1:20-cv-01609-AJN-GWG
Joint Status Update

Dear Judge Gorenstein:

I represent Plaintiff in the above referenced action. Pursuant to the Court's Order dated August 25, 2022, Dkt. 124 (the "August 25 Order"), the parties hereby provide the following status update:

Since the date of the August 25 Order endorsing the parties proposed briefing schedule for Defendants' contemplated Summary Judgment Motion, Plaintiff filed a Motion to Disqualify Simcha Schonfeld and the firm of Koss & Schonfeld on September 1, 2022. Dkt. 126. The parties propose that Defendants file their Opposition to the Motion to Disqualify on or before September 30, 2022 and that Plaintiff file its Reply on or before October 14, 2022. In light of this motion, the parties further propose that a revised briefing schedule for Defendants' Summary Judgment Motion be deferred until the Court has ruled on the pending Motion to Disqualify.

In addition, as requested by the Court in its August 25 Order, and as previously communicated to the Court, Dkt.125, Plaintiff hereby confirms that he intends to seek a trial by jury.

I thank the Court for its courtesies in this matter.

Respectfully Submitted,

*Eden Quainton*
Eden P. Quainton

cc: All Counsel of Record (via ECF)

The proposed briefing schedule for the motion to disqualify is approved.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

September 21, 2022