

February 7, 2023

**Via ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   GateGuard, Inc. v. Goldmont Realty Corp., et al.
      Case No.: 1:20-cv-01609-VEC-GWG

Dear Judge Caproni:

This office represents defendants Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg in the above referenced action. I respectfully submit this joint letter, on behalf of all parties, to provide a status update with respect to the arbitration of the contract claim, pursuant to the Court's Order dated November 28, 2022 (Docket No. 142). At the outset, counsel apologize to the Court for not having done so earlier, as all counsel understood this Court's Order dated January 17, 2023 resetting deadlines (Docket No. 144) to have included the requirement to provide this update to the Court.

As of the date hereof, due to the press of business and medical issues affecting his new counsel, Plaintiff has not yet commenced arbitration proceedings with respect to the contract claim. Plaintiff contemplates commencing arbitration proceedings no later than February 28, 2023.

Respectfully Submitted,

Simcha D. Schonfeld, Esq.