UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GATEGUARD, INC.,

                        *Plaintiff,*                Civil Case No.: 1:20-cv-01609
                                                      (VEC)(GWG)

    - against -                                   NOTICE OF MOTION

GOLDMONT REALTY CORP.,
LEON GOLDENBERG, and
ABI GOLDENBERG,
                        *Defendants.*
------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that, upon the affirmation of Simcha D. Schonfeld, dated February 9, 2023, together with the exhibits annexed thereto, and upon the Memorandum of Law in support, defendants LEON GOLDENBERG, and ABI GOLDENBERG (collectively, the "Defendants"), by and through their attorneys, Koss & Schonfeld, LLP, will move before the Honorable Valerie E. Caproni, in the United States Courthouse for the Southern District of New York, 40 Foley Square, Room 443, New York, New York 10007, for an order (a) pursuant to FRCP 56, granting Defendants summary judgment and dismissing the complaint of plaintiff GATEGUARD INC., and (b) granting such other and further relief as the Court deems just and proper.

     **PLEASE TAKE FURTHER NOTICE** that, answering papers, if any, to the relief sought herein must be made in writing, filed with the Clerk of the Court and received by the Chambers of the Honorable Valerie E. Caproni, United States District Court Judge for the Southern District of New York, 40 Foley Square, Room 443, New York, and served upon Koss & Schonfeld, LLP, 160 Broadway, 8th Floor, New York, New York, 10038, in accordance with the schedule set by the Court.

Dated: New York, NY
      February 9, 2023

                                              Respectfully submitted,

                                              _____
                                              Simcha D. Schonfeld, Esq.
                                              Breana Harris, Esq.
                                              **Koss & Schonfeld, LLP**
                                              160 Broadway, 8th Floor
                                              New York, NY 10038
                                              Direct Dial: (212) 796-8916
                                              *Attorneys for Defendants*
                                              GOLDMONT REALTY CORP.,
                                              LEON GOLDENBERG, and
                                              ABI GOLDENBERG

## CERTIFICATE OF SERVICE

      The undersigned certifies that on February 9, 2023, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Gateguard, Inc.

Dated: February 9, 2023

                                                                                                                   _/s/_

                                                    Simcha D. Schonfeld, Esq.
Breana Harris, Esq.
**Koss & Schonfeld, LLP**
160 Broadway, 8th Floor
New York, NY 10038
Direct Dial: (212) 796-8916
*Attorneys for Defendants*
GOLDMONT REALTY CORP.,
LEON GOLDENBERG, and
ABI GOLDENBERG