UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
................................................................X
GUATEGUARD, INC.,

                    Plaintiff,

    -against-

GOLDMONT REALTY CORP.,
LEON GOLDENBERG,
ABI GOLDENBERG,

                    Defendants.
................................................................X

Civil Case No.: 1:20-CV-01609 (VEC)(GWG)

## DECLARATION OF EDEN P. QUAINTON

I, Eden P. Quainton, declare under penalty of perjury that the following is true and correct:

1. I am an attorney duly admitted to practice before the courts of the State of New York and in the District Court for the Southern District of New York.

2. I am counsel to ("GateGuard" or the "Company") and Friend or Fraud, Inc. ("FFI").

3. Set forth as Exhibit A hereto is a true and accurate copy of a document Bates stamped GG_00015 that was produced in discovery to Defendants Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg (collectively, Defendants).

4. Set forth as Exhibit B hereto is a true and accurate copy of a document Bates stamped GG__00025 that was produced in discovery to Defendants.

5. Set forth as Exhibit C hereto is a true and accurate copy of the Deposition of Leon Goldenberg, dated August 17, 2021.

6. Set Forth as Exhibit D hereto is an exhibit submitted to Defendant Leon Goldenberg in the course of his August 17, 2021 deposition.

7. Set Forth as Exhibit E hereto is an exhibit submitted to Defendant Leon Goldenberg in the course of his August 17, 2021 deposition.

8. Set Forth as Exhibit F hereto is a true and accurate copy of the Deposition of Abi Goldenberg, dated August 10, 2021.

9. Set forth as Exhibit G hereto is a true and accurate copy of a document Bates stamped GG_00006 that was produced in discovery to Defendants.

10. Set forth as Exhibit H hereto is a true and accurate copy of a document Bates stamped GG__000275-282 that was produced in discovery to Defendants.

11. Set forth as Exhibit I hereto is a true and accurate copy of the Deposition of Ari Teman, dated August 5, 2021.

12. Set forth as Exhibit J hereto is a true and accurate copy of a document Bates stamped GG_00037 that was produced in discovery to Defendants.

13. Set forth as Exhibit K hereto is a true and accurate copy of a document Bates stamped GG_00015 that was produced in discovery to Defendants.

14. Set forth as Exhibit L hereto is a true and accurate copy of a document Bates stamped GG_00002 that was produced in discovery to Defendants.

15. Set forth as Exhibit M hereto is a true and accurate copy of a document Bates stamped GG_00019 that was produced in discovery to Defendants.

16. Set forth as Exhibit N hereto is a true and accurate copy of a document Bates stamped GG_00056 that was produced in discovery to Defendants.

17. Set forth as Exhibit O hereto is a true and accurate copy of a document

Bates stamped GG_00254 that was produced in discovery to Defendants.

18. Set forth as Exhibit P hereto is a true and accurate copy of a document Bates stamped GG_00276 that was produced in discovery to Defendants.

19. Set forth as Exhibit Q hereto is a true and accurate copy of a document Bates stamped GG_00043 that was produced in discovery to Defendants.

20. Set forth as Exhibit R hereto is a true and accurate copy of a document Bates stamped GG_00017 that was produced in discovery to Defendants.

21. Set forth as Exhibit S hereto is a true and accurate copy of a document Bates stamped GG00204-00214 that was produced in discovery to Defendants.

22. Set forth as Exhibit T hereto is a true and accurate copy of a document Bates stamped GG00221-00232that was produced in discovery to Defendants.

23. Set forth as Exhibit U hereto is a true and accurate copy of a document Bates stamped GG00196-00201 that was produced in discovery to Defendants.

24. Set forth as Exhibit V hereto is a true and accurate copy of a document Bates stamped GG_00016 that was produced in discovery to Defendants.

25. Set forth as Exhibit X hereto is a true and accurate copy of a document Bates stamped GG_00046 that was produced in discovery to Defendants.

26. Set forth as Exhibit Y hereto is a true and accurate copy of a document Bates stamped GG00260-00264 that was produced in discovery to Defendants.

27. Set forth as Exhibit K hereto is a true and accurate copy of a document Bates stamped GG_00021 that was produced in discovery to Defendants.

28. Set forth as Exhibit AA hereto is a true and accurate copy of a document Bates stamped GG000214-217 that was produced in discovery to Defendants.

29. Set forth as Exhibit BB hereto is a true and accurate copy of a the Supplemental Responses to Request for Production to Abi Goldenberg with exhibits produced in discovery to GateGuard..

30. Set forth as Exhibit CC hereto is a true and accurate copy of a document Bates stamped GG_00023 that was produced in discovery to Defendants.

31. Set forth as Exhibit DD hereto is a true and accurate copy of the Verified Amended Complaint filed in this action.  document Bates stamped GG_00015 that was produced in discovery to Defendants.

32. Set forth as Exhibit EE hereto is a true and accurate copy of a document Bates stamped GG_00006 that was produced in discovery to Defendants.

33. Set forth as Exhibit FF hereto is a true and accurate copy of a document Bates stamped GG_00003 that was produced in discovery to Defendants.

34. On December 28, 2022,  I received a letter from the firm of Koss & Schonfeld threatening sanctions if GateGuard did not withdraw its claims against Abi and Leon Goldenberg.

By: *Den Quainton*
EDEN P. QUAINTON