---------- Forwarded message ---------
From: **A Goldenberg** <AGoldenberg@goldmontrealty.com>
Date: Mon, Aug 20, 2018, 3:07 PM
Subject: RE: GateGuard & SubletSpy video chat
To: Ari Teman <ari@teman.com>

Ari I didn't remember that I was supposed to join you in appear.in/fof until about 3:00pm I was waiting for a call or email at 2:30 I realize I might be too late. If you are still available let me know

All the best,

Abi Goldenberg

Asset management

Goldmont Realty Corp

1360 E. 14th St.

Brooklyn, NY 11230

718.972.1800 ext 242

347.554.0880 cell

**From:** Ari Teman <ari@teman.com>
**Sent:** Friday, August 17, 2018 10:39 AM
**To:** A Goldenberg <AGoldenberg@goldmontrealty.com>
**Subject:** GateGuard & SubletSpy video chat

Hi Avi,

Great chatting with you. Please LMK when works to do the video chat Monday  or Tuesday next week.
Good Shabbos,
Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**2 MINUTE VIDEO:**

GateGuard.xyz Face Recognition Intercom & AI Doorman

https://youtube.com/watch?v=Ski0UqQZKEU

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.