

Exhibit 140