Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Civil Action No.  1:20-cv-01609-AJN-GWG

- - - - - - - - - - - - - - - - - - - -x

GATEGUARD, INC.,

                    Plaintiff,

           v.

GOLDMONT REALTY CORP.; LEON GOLDENBERG;

ABI GOLDENBERG,

                    Defendants.

- - - - - - - - - - - - - - - - - - - -x

                         August 10, 2021

                         10:04 a.m.

          VIDEO RECORDED DEPOSITION of

ABI GOLDENBERG, taken by Plaintiff,

pursuant to Notice, held via Veritext

Virtual Zoom, before Jamie Ann Stanton, a

Registered Professional Reporter and

Notary Public of the State of New York.

Page 2

A P P E A R A N C E S :

FISHERBROYLES, LLP
445 Park Avenue, 9th Floor
New York, New York 10022
  Attorneys for Plaintiff
BY: ARIEL REINITZ, ESQ.

KOSS & SCHONFELD
90 John Street, Suite 503
New York, New York 10038
  Attorneys for Defendant
BY: SHIRA GOLDMAN MOYAL, ESQ.

ALSO PRESENT:
  Bob Rudis, Videographer
          *     *     *

Page 3

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that the filing, sealing and certification of the within deposition shall be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form of the question, shall be reserved to the time of the trial;

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before the Court.
          *     *     *

Page 4

Abi Goldenberg

THE VIDEOGRAPHER:  Good morning.  We are now going on the record at 10:04 a.m., August 10th, 2021.  Please note that the microphones are sensitive and may pick up whispering and private conversations.  Please mute your microphone whenever possible.  Audio and video recording will continue to take place unless all parties agree to go off the record.

This is media unit one of the video recorded deposition of Abi Goldenberg taken by Counsel --

I'm sorry, on behalf of Defendant or Plaintiffs, this deposition?

MS. GOLDMAN MOYAL:  Deposition is for Plaintiffs.

THE VIDEOGRAPHER:  This is being taken by Counsel for the Defendants (sic) in the matter of GateGuard Inc. versus Goldmont Realty Corp., Leon Goldenberg, Abi Goldenberg

Page 5

Abi Goldenberg filed in the United States District Court, Southern District of New York, civil action number 1:20-cv-01609-AJN-GWT.  This deposition is being held virtually.

My name is Robert Rudis, and I am the videographer.  The court reporter is Jamie Stanton.  And we represent the firm Veritext Legal Solutions.

I am not related to any party in this action, nor am I financially interested in the outcome.

Counsel will please now state their appearances and affiliations for the record.  If there are any objections to proceeding, please state them at the time of your appearance, beginning with the noticing attorney.

MR. REINITZ:  Thank you. Ariel Reinitz, FisherBroyles LLP for Plaintiff, Gateguard, Inc.

MS. GOLDMAN MOYAL:  Shira Goldman Moyal, Koss & Schonfeld for,

2 (Pages 2 - 5)

Page 6

Abi Goldenberg

Defendants.

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness?

REPORTER:  Please raise your right hand.

Do you swear or affirm that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  I affirm.

EXAMINATION BY

MR. REINITZ:

Q    Good morning, Mr. Goldenberg.

A    Good morning, Mr. Reinitz.

Q    Have you ever participated in a deposition before?

A    Yes.

Q    Approximately how long ago was that?

A    Twenty years ago.

Q    Excuse me?

A    Twenty years ago.

Q    Twenty years ago, okay, so it's

Page 7

Abi Goldenberg

been a little while.

Have you ever testified in court in a court proceeding?

A    No.

Q    So just to go over a few preliminary administrative items, I guess.  Most of this deposition will be me asking you questions.  You will answer them.  We need your answers to be verbal.  So nodding or mm-hms won't be reflected in the court record, so please, whatever response that you are going to provide, please provide it orally.

Does that work?

A    Yes.

Q    Have you taken any medication that might affect your ability to testify today?

A    No.

Q    Do you feel all right this morning?

A    Yes.

Q    Did you get a good night's sleep?

Page 8

Abi Goldenberg

A    Yes.

Q    You understand the court reporter just indicated that you are under oath, so all of your answers that you are going to provide today will be truthful?

A    Of course.

Q    Is that correct?

A    Of course.

Q    At any point in time, if I ask a question and you don't understand it, please let me know.  I will make every effort to rephrase the question.

Do you agree?

A    Yes.

Q    So if any answer that you provide to any question, if you are answering, I'm going to take for granted that you understood the question, and that that's why you are answering.  So again, any point if I'm not clear, the questions, and they may well get -- lawyers tend to complicate things so if I'm complicating things and the

Page 9

Abi Goldenberg

question's not clear, please ask me to rephrase it.

Where are you this morning?

A    Lakewood, New Jersey.

Q    Are you at home?

A    Office, office.

Q    What's the address just so we know?

A    177 Avenue of the States, Lakewood, New Jersey  08771.

Q    Is that an office you go to regularly?

A    Yes.

Q    Anyone in the room with you --

A    No.

Q    -- today?

A    No.

Q    Is anyone just outside or anyone else that you know that's nearby?

A    It's an office building, so there are plenty of people here.

Q    Did you bring any documents with you today to the deposition?

A    No.

3 (Pages 6 - 9)

Page 10

Abi Goldenberg

Q   Do you have any devices with you in the room other than the computer that you are on now?

A   Cell phone.

Q   Okay.  Is it on?

A   The screen is off, but technically, it's on, yes.

Q   Okay, okay.  Other than the Zoom, obviously, that you are using now, do you have any other apps open on the computer?

A   Yes.

Q   Okay.  Can you let me know what they are?

A   Word, Excel, Outlook, Adobe and -- and that's it.

Q   Any of those apps -- do you have any documents open in Word or Excel or any of the other apps that you mentioned that are for -- related to this deposition today?

A   No.

Q   Did you review any documents to refresh your recollection for the

Page 11

Abi Goldenberg

purposes of testifying today at the deposition?

A   A few e-mails.

Q   I'm sorry?

A   A few e-mails.

Q   And were you involved in the, we call -- the lawyers call it discovery process, collecting the documents for this lawsuit?

A   Yes.

Q   And were those, the e-mails that you reviewed to refresh your recollection for testifying today, were those e-mails that you produced or provided to be produced for -- during this litigation, during this case?

A   To the best of my ability.

Q   Other than your counsel, so that's as far as I know, that's the Koss & Schonfeld firm and Ms. Moyal, did you discuss your testimony with anyone else before today?

A   My partner, just that I'm not available.

Page 12

Abi Goldenberg

Q   I'm sorry?

A   I just told my partner I'm not available for the day.

Q   And who is your partner?

A   Is name is Jake Schwartz.

Q   And he is your partner -- is that a business?

A   Yes, a management business.

Q   What's the name of the business?

A   Goldmont Properties LLC.

Q   And Goldmont Realty Corp., if I'm not mistaken, is a party to this action, to this lawsuit.

What is the relationship, if any, between Goldmont Properties -- is it -- can you give me the name -- Goldmont Properties LLC?

A   Yes.

Q   What's the relationship, if you know, between Goldmont Properties LLC and Goldmont Realty Corp?

A   Just that I work at both.

Q   You work at both.  What is your

Page 13

Abi Goldenberg

title at Goldmont Properties LLC?

A   I guess you would say partner. I don't have an Operating Agreement yet.

Q   So it's you and Mr. Schwartz, you mentioned.  Are there any other partners --

A   No.

Q   -- in Goldmont Properties?

A   No.

Q   What is Goldmont Properties -- just generally, what is Goldmont Properties LLC's business?

A   We manage properties.

Q   Approximately how many?

MS. GOLDMAN MOYAL:  If you know.

A   Approximately between seven and 10.

Q   Where are the properties located, that Goldmont Properties LLC manages?

A   New Jersey, Pennsylvania, South Carolina.

Q   Are those properties, do you

4 (Pages 10 - 13)

Page 14

Abi Goldenberg
own any of those properties that Goldmont Properties LLC manages?

A   No.

Q   This case, as I think you know, involves my client, GateGuard, Inc.

Just generally, how would you -- what do you know about GateGuard's business? What could you tell me about, as far as you know, what GateGuard does?

A   Is there a question?

MS. GOLDMAN MOYAL: Objection.

You can answer.

A   Can you please rephrase that question?

Q   Sure. Are you familiar with GateGuard, Inc.?

A   Yes.

Q   How do you -- how did you first come to be familiar with GateGuard, Inc.?

A   I got e-mails from GateGuard, Inc.

Q   And GateGuard, we'll just be referring to it as "GateGuard," sort of,

Page 15

Abi Goldenberg
for now, for convenience.

GateGuard, if I understood your last answer correctly, GateGuard sent you an e-mail; is that correct?

A   It was a mass marketing e-mail.

Q   Okay. So you received a mass marketing e-mail from GateGuard.

Do you remember, just generally, what the -- what it was -- what the e-mail was about?

A   Just about installing intercoms.

Q   And as far as you know, GateGuard provides intercoms among other services or intercoms?

MS. GOLDMAN MOYAL: Over objection, you can answer.

A   Can you please rephrase the question?

Q   Does GateGuard, to your knowledge, provide intercoms for apartment buildings?

A   Yes.

Q   Have you been involved in any

Page 16

Abi Goldenberg
business dealings with GateGuard for the purchase of GateGuard intercoms or GateGuard services?

A   Yes.

Q   Do you know approximately when the first time you, let's say, purchased intercom devices or intercom services from GateGuard, approximately when that was?

A   I don't remember for sure, but I think it was September 2018.

Q   And was that -- were you personally involved in that transaction, or were there others at Goldmont Realty Corp that were involved in coordinating that deal?

A   It was me.

Q   And to go back to it again, we talked about Goldmont Properties LLC.

What is your title at Goldmont Realty Corp? Do you have a title at Goldmont?

A   I call myself asset management.

Q   What does that -- what does

Page 17

Abi Goldenberg
that mean to you, asset management?

A   Generally speaking, it means trying to save money and make money for the portfolio.

Q   The portfolio you are referring to is Goldmont Realty Corp.'s portfolio?

A   No.

Q   What portfolio were you referring to?

A   I mean the portfolio that Goldmont Realty manages.

Q   And is that a portfolio of real estate?

A   Yes.

Q   Approximately how many -- are there -- well, what type of real estate does Goldmont Realty Corp primarily manage?

A   Residential.

Q   Approximately, just generally, how many buildings, apartment buildings, does Goldmont Realty Corp. manage?

A   Probably 50-plus.

Q   Over 50?

5 (Pages 14 - 17)

Page 18

Abi Goldenberg

A    Yeah.

Q    Less than a hundred?

A    Probably.

Q    Somewhere between 50 and a hundred buildings.

Does Goldmont Realty Corp. own any of the buildings that it manages?

A    Goldmont Realty doesn't own anything.

Q    So Goldmont Realty Corp., if I understand what you are telling me, is exclusively a property manager, that its entire business is managing properties that are owned by others --

A    Yes.

Q    -- other entities?

So back to GateGuard, do you recall the first building that Goldmont Realty Corp. installed a GateGuard intercom device at?

MS. GOLDMAN MOYAL:  Objection to form.

Over objection, you can answer.

Page 19

Abi Goldenberg

A    I don't remember specifically which one was first, but I think I remember the first three approximately.

Q    What would those be?

A    I think it was 754 East 22nd Street, Brooklyn, New York.  837 East 23rd Street, Brooklyn, New York.  And 65 Willoughby Street, Brooklyn, New York.

Q    And to go back to it, those are all properties that are managed by Goldmont Realty Corp.; is that correct?

A    Correct.

Q    But Goldmont Realty Corp. does not own any of those properties, correct?

A    Correct.

MS. GOLDMAN MOYAL:  Asked and answered.

Q    Who owns the three properties that you just referenced?

MS. GOLDMAN MOYAL:  If you know.

A    Various LLCs.

Q    Do you have an ownership interest in any of those LLCs?

Page 20

Abi Goldenberg

A    I don't think so, but I honestly don't know.

Q    So you might?

A    I may have a very small percentage.

Q    In the discovery process that we talked about a few minutes ago in this case, you mentioned that you were involved and that you collected documents or e-mails.

What e-mail accounts did you search for the e-mails that you collected?

A    Agoldenberg@Goldmontrealty.com.

Q    Any other e-mail accounts?

A    No.

Q    And --

A    I would like to say one thing for the record.  I may -- you asked me if anybody else knows, my wife may know that there's a deposition as well.

Q    Thank you.

You searched AGoldenberg@goldmont.

Page 21

Abi Goldenberg

A    Right.

Q    No other e-mail accounts.

Are there any -- were there any other documents other than e-mails that you searched through or collected?

A    No.

Q    During the -- okay.

What -- off the top of your head, I'm not going to ask for every single one, but do you remember what search terms you used to search for those e-mails?

MS. GOLDMAN MOYAL:  To the extent you recall.

A    Either GateGuard or Teman.

Q    "Teman," is that referring to Ari Teman?

A    Yes, it is.

Q    What -- if you know, what is Mr. Teman's relation or connection to GateGuard?

A    I think he's the owner.

Q    And do you know, have you communicated with Mr. Teman about

6 (Pages 18 - 21)

Page 22

Abi Goldenberg

GateGuard at any point?

A    Yes.

Q    Do you remember generally the first -- when was the first time you communicated directly with Mr. Teman about GateGuard?

A    Approximately the same time as we ordered.  Probably September, maybe August of '18.

Q    Other than e-mails, do you -- is there any social media that you use any apps that you use to communicate about GateGuard that you searched during the discovery process?

A    No.

Q    You didn't collect any chat messages or anything outside of e-mails?

A    No.

Q    Okay.

A    Are you referring specifically for today's deposition?

Q    No, in general. I'm asking in general for the -- during the discovery, during this case, when you were searching

Page 23

Abi Goldenberg

for and collecting documents, I was asking if you searched, other than e-mails, if you searched anywhere else specifically.

A    You weren't asking for today's deposition?

Q    Not -- I was previously, correct. Now I'm asking generally, when you were searching for documents for just the case in general, did you search any social media apps or other places other than e-mail?

A    Are you asking --

MS. GOLDMAN MOYAL:  Over objection.  Objection to form.
You can answer.

A    Are you asking over the last year if I've ever searched an app to jog my memory about this case?

Q    I'm asking if you -- what apps, if any, did you search to collect documents for this case?

A    WhatsApp.

Q    WhatsApp.  Any others?

Page 24

Abi Goldenberg

A    Maybe my old text message.  I don't know.  Generally WhatsApp.

MS. GOLDMAN MOYAL:  I don't want you to guess.  If you know.

A    Okay, I don't know.

MR. REINITZ:  Ms. Moyal, I'm going to send you a couple exhibits here, and I will put them up.  Does that work?  Can I e-mail them to you, and then I can just --

MS. GOLDMAN MOYAL:  Yup, yup, like we said.

MR. REINITZ:  I'm sending those to you.

(Plaintiff's Exhibit 1 was marked for identification, as of this date.)

Q    The first -- Mr. Goldenberg, can you see the exhibit I just put up on the screen? It's Plaintiffs' Exhibit 1. Let me know when you see it.

A    I see it.

Q    All right.  And this is -- I'll flip through it just quickly here.  And

Page 25

Abi Goldenberg

if you want to read it more closely, I will give you a second here.  This is a five-page document.  The title is Defendant's Responses to Plaintiff's First Set of Interrogatories to Defendant Abi Goldenberg.  This is a document we received signed here by Mr. Schonfeld from your attorneys on April 1, 2020. This is a response to our -- to GateGuard's interrogatories, which is a fancy word, sort of written questions that we sent to you during the discovery process in this case and we received the attached responses.

Have you seen this document before?  And I am happy to give you as much time you need to read it if you would like.

MS. GOLDMAN MOYAL:  Yeah, would you like to take your time and read before you respond?  If you want to just scroll down, just let him know.

MR. REINITZ:  Sure, yeah.

7 (Pages 22 - 25)

Page 26

Abi Goldenberg

Q   Take your time.  Let me know when you want to flip.

A   Page 2.

MS. GOLDMAN MOYAL:  The questions start here.  Interrogatory number 1 and the response.

Q   Mr. Goldenberg, just to clarify, this is the question that GateGuard sent to you identifying each electronic, and the response, this is the response that your attorneys forwarded to us, which includes, as far as I'm concerned, you know, which is lawyerly objections here and then there is a sentence here:  Without waiving the above objections, Defendants respond, and then this is a -- an answer.

A   Okay.

Q   And then that continues.  There's about five questions.

A   Okay.  Go to page 2?  Okay.  Okay.

Q   Let me know when you are ready, Mr. Goldenberg.

Page 27

Abi Goldenberg

A   I'm done.

Q   Done, okay.  I know my signature is very interesting.

So this isn't a gotcha.  This -- just to be clear, this is, I would say, the first set of responses we received from your attorneys.  There is a second set, which I will show you in a second

MS. GOLDMAN MOYAL:  There is a corrected set, is what you mean.

Q   There is a revised --

MS. GOLDMAN MOYAL:  Okay.

Q   This is a first set of interrogatory responses, and there is an Exhibit 2, which I am going to show you in a second, which we received.  I don't know what the timeframe was, but it was a few days later --

MS. GOLDMAN MOYAL:  Just so you are clear, sorry to interrupt, there is an uncorrected version and a corrected version.  This is the uncorrected version.

Page 28

Abi Goldenberg

MR. REINITZ:  Well, I would say this is the first set of responses and we received, I think what you termed, revised, a revised set of responses.  So I'm going to ask Mr. Goldenberg just about this first set.  That's all.

Q   Like I said.  It's not a gotcha or a little bait and switch.

A   Are you going to ask a question?

Q   I am going to.  I'm getting there.  It takes me a while.

A   Okay.

Q   So this set of -- first set of responses lists -- I am going to show you here, a number of individuals that you indicated or your attorneys indicated at the time that you spoke to about GateGuard and then it's, I think, the same list with respect to Mr. Teman.

Leon Goldenberg -- is that your father --

A   Yes.

Page 29

Abi Goldenberg

Q   -- Mr. Goldenberg?

And he is also a party to this case.

Samuel Taub, who is Mr. Taub?

A   I don't -- I don't know what you mean by that question.

Q   We'll skip that for now.  Rabbi Steven Pruzansky.

Have you ever spoken to Rabbi Steven Pruzansky?

A   No.

Q   Jacob Rubinstein is mentioned in all documents here.  I think we know who he is.  We'll get to him later.

Ariel Reinitz is myself.  Ari Goldenberg we'll come back to.  Levi Herman, my understanding, Mr. Goldenberg, is that Levi was an employee of GateGuard.  Is that your understanding as well?

A   That's my understanding.

Q   Okay.  Joseph and Benjamin Soleimani.

Did you speak both to Joseph

8 (Pages 26 - 29)

Page 30

Abi Goldenberg

and Benjamin Soleimani about GateGuard?

A    I think I only spoke to Joe specifically before the case.  I happened to have met Ben, business related, so it's possible that over our business discussions, the name came up.

Q    So you -- just to reframe that, you have, let's say, communicated -- you have spoken to both Joseph Soleimani and Benjamin Soleimani at some point --

A    Yes.

Q    -- about --

MS. GOLDMAN MOYAL:  Objection.

Over this case or just in general?

MR. REINITZ:  I'm asking in general, which, I think, Mr. Goldenberg, I just wanted to clarify.

A    In general, I have spoken to both of them, yes.

Q    And Daniel Alessandrino, you've spoken to Mr. Alessandrino --

Page 31

Abi Goldenberg

A    Correct.

Q    -- about -- about -- okay.

So I'm going to close this out here.  And then I am now going to show you what I promised, which is the -- this is now the revised version.

(Plaintiff's Exhibit 2 was marked for identification, as of this date.)

Q    I'll let you -- if you need your time.  As far as I know, I think, you don't have to take my word for it, and you probably shouldn't, but I believe the only changes were to those questions about that list of individuals, but you can take all the time you want to just take a look at this again.  Let me know when you want me to flip.  This is Plaintiff's Exhibit 2.

A    Okay.  Okay.  Okay.  Okay.

Q    All set?

A    All set.

Q    Great.  And now I am going to see if I can pull it up here and do it

Page 32

Abi Goldenberg

side by side.  I have a --

A    I understand -- okay, go on.

Q    I'm sorry?

A    Nothing.

(Plaintiff's Exhibit 3 was marked for identification, as of this date.)

Q    I am going to stop sharing here, and I am going to try to pull this up side by side for a second here and see if I can do it.  See if that works.  How's that?  Can you see them both?

A    Yes.

Q    All right.  So this is Exhibit 3 that I'm showing you.  It says at the top Re:  GateGuard, Inc. versus Goldmont Realty Corp., and there is a title here, Corporate Verification.

Is that your signature, Mr. Goldenberg?

A    Yes, it is.

Q    And that's -- the signature block indicates it's signed by -- is it "Stephan" or "Stephan"?

Page 33

Abi Goldenberg

A    Stephan.

Q    Stephan Abi Goldenberg.  So Stephan, is that your legal, your secular name?

A    Yes.

Q    And this is -- I will show you here.  It's three pages, I'm sorry, Plaintiff's Exhibit 3.  That was page 2, I apologize.  This is page 1.  This is Stephan Abi Goldenberg signing what the lawyers call a verification, which is -- you can read it, just confirm that you -- you know what it says.  Let me know when you are ready.

A    Okay.

Q    So that's page 1.  And this is -- if I -- just to clarify, this is your verification for the second set of responses that I'm showing you here side by side.  That was my understanding from your attorneys.  I just wanted to confirm that this verification that you signed here, which indicates you know the contents are true and accurate in all

9 (Pages 30 - 33)

Page 34

Abi Goldenberg

respects, I just want to confirm that this verification applies to this document here, Exhibit 2, that I'm showing you, because, again, we received them separately from your attorneys, so --

MS. GOLDMAN MOYAL: To the extent you know or recall.

A  You are asking me if I signed off to Howard Jachter, or if I didn't sign off to Howard Jachter?

Q  Well --

A  Is that what you are asking?

Q  You're -- I'm not there yet, but we'll get there. But I am asking right now --

MS. GOLDMAN MOYAL: If you understand the question.

Q  I'm asking right now --

A  I do not remember -- I do not remember which one I -- I saw when I signed. Or whichever one I saw, they're both true.

Q  So this -- this verification,

Page 35

Abi Goldenberg

as far as you recall now, corresponds to one of the two documents, interrogatories I showed you, but you are not sure which? Is that --

A  That is correct.

Q  Okay. All right. In any event, this is your signature, your verification for your interrogatories that I'm showing you -- well, one of the two sets of interrogatories. You also signed here, it says, page 2 that we received. You signed on behalf of Goldmont Realty Corp., as Goldmont's officer.

Are you an officer of Goldmont Realty Corp.?

MS. GOLDMAN MOYAL: To the extent you know, not being an attorney.

A  Right, I can't tell you what officer means. I'm an employee.

Q  Okay, understood, but was there someone at Goldmont Realty Corp., other than you, who instructed you to sign this

Page 36

Abi Goldenberg

on behalf of Goldmont Realty Corp.?

A  No.

Q  So you signed it on your own on behalf of Goldmont Realty Corp.?

A  Yes.

Q  Is there -- and then we have the third page of this is a verification from Leon Goldenberg who you testified is your father.

With respect to this second set of interrogatory responses here, going back to that list of individuals, I'll read them through real quick. We've got Leon Goldenberg, Samuel Taub, those two, I think, were the last response as well. We have Rabbi Howard Jachter, who makes a new appearance in this set of responses.

So have you spoke or communicated with Rabbi Howard Jachter ever --

A  Yes.

Q  -- about anything? Okay. Have you ever communicated with Rabbi Howard Jachter about GateGuard?

Page 37

Abi Goldenberg

A  No.

Q  No, okay. Have you ever communicated with Rabbi Howard Jachter about Ari Teman?

A  Yes.

Q  Approximately when were -- was that the only time you communicated with Rabbi Howard Jachter?

A  One time.

Q  Approximately when was that communication with Rabbi Howard Jachter?

A  It was approximately when Ari was about to jump off a building in Miami.

Q  Can you be more specific about a date?

A  If the suicide letter is dated, then that was the day I spoke to Rabbi Jachter, but I can't tell you for sure.

Q  And did you speak to Rabbi Howard Jachter by phone, by e-mail, another way?

A  By phone.

Q  By phone, okay.

10 (Pages 34 - 37)

Page 38

Abi Goldenberg

So did you call him?  Did he call you?

A    I cannot remember.

Q    Now, going back to -- can you still see both of those documents here?

A    Yes.

MS. GOLDMAN MOYAL:  The one is covered.

MR. REINITZ:  Are they covering each other?

MS. GOLDMAN MOYAL:  Yes.

MR. REINITZ:  Let's figure that out.  The screen isn't big enough for all of this, here.  How about now?  Better?

MS. GOLDMAN MOYAL:  No.

MR. REINITZ:  No?

MS. GOLDMAN MOYAL:  Okay.

MR. REINITZ:  Better?

MS. GOLDMAN MOYAL:  Yes, it takes time.

Q    So going back to the first response here, this request generally asks you to identify each electronic

Page 39

Abi Goldenberg

communication medium, let's say any app, any electronic app, I guess, that you've used to communicate in the last couple years, since 2017.  And your response here is:  E-mail, telephone and WhatsApp.

Is that -- I know it's been a couple months since you verified, since April, is that still correct, or are there any other apps or things that you used, let's say, since then, other than e-mail, telephone and WhatsApp?

MS. GOLDMAN MOYAL:  Objection to form.

Over objection, you can answer.

Q    Mr. Goldenberg?  Have you used any other apps besides e-mail, telephone and what is app to communicate?

A    Communicate, what?

MS. GOLDMAN MOYAL:  Generally, right.

MR. REINITZ:  Generally, yes.

A    Communicate what?

Q    I'm sorry?

Page 40

Abi Goldenberg

A    To communicate what?

Q    Anything.  Just to send messages, calls, I mean, we are on Zoom now.

A    I ask my wife how she's doing, is that how you are referring to?

Q    Yes, any form of communications, anyone?

A    To use text messaging.

Q    So e-mail, telephone, WhatsApp, text messaging.

Anything else?

MS. GOLDMAN MOYAL:  He's just asking is it still correct.

THE WITNESS:  I'm not on any social media, if that's what he's trying to drive at.

MS. GOLDMAN MOYAL:  No.  He is just asking you to confirm, is it correct --

A    Yeah.

MS. GOLDMAN MOYAL:  -- or is it not correct.

A    -- it's correct.

Page 41

Abi Goldenberg

Q    And you just mentioned you don't -- you don't use any social media?

A    No.  But you can find that out.

Q    I'm sorry?

A    You -- you can find that out.

Q    What's that?  I'm not sure?

A    You can verify whether I use social media or not.  I don't have to -- you know.

Q    Okay, okay.  So let's close these out.  While I am just collecting myself here, Mr. Goldenberg, if at any point you need a break or, you know, don't hesitate unless it's during a question.  If I ask you a question, just please answer it, and then, like I said, if you need a break at any point, we can take one.

Going back to your e-mail, you indicated in the interrogatory responses that the e-mail address that you use is AGoldenberg@Goldmont- -- I mean, Goldmont whatever it is, Goldmont Corp or Goldmont Realty --

11 (Pages 38 - 41)

Page 42

Abi Goldenberg

MS. GOLDMAN MOYAL:  I believe that's asked and answered.

MR. REINITZ:  Yeah.

Q    Are there any other e-mail addresses that you have used in the last couple of years besides that one?

A    For what purposes?

Q    Any purposes.

A    Yes.

Q    What are they or what --

A    AbiGold -- A-B-I, G-O-L-D, at Live.com, L-I-V-E, dot com.

Q    Any others?

A    Yes.  Abigold2@Gmail.com.

Q    Okay.

A    And more recently I created Abi, A-B-I, @goldmontrealty.com.

Q    And the first two that you mentioned, Abigold@Live, Abigold@gmail, are those personal e-mail addresses?

A    Yes.

Q    Just jumping back for a second, we talked about collecting the documents.

Did you search either of those

Page 43

Abi Goldenberg

e-mail accounts for any documents relating to GateGuard or Teman?

A    No.

Q    Did you ever use either of those accounts to communicate about GateGuard or Teman?

A    No.

MR. REINITZ:  I'm just pulling a couple of exhibits, Ms. Moyal, and then I am going to send them to you and then we'll go over them.

(Plaintiff's Exhibit 27 was marked for identification, as of this date.)

Q    Okay, Mr. Goldenberg, I am now going to show you Exhibit number 27.

A    Okay.

Q    Can you see it?

A    Yes.  It's not a personal.

Q    I didn't ask the question yet.

MS. GOLDMAN MOYAL:  Let him ask it.

Q    This is a -- and I'll flip

Page 44

Abi Goldenberg

through a couple of pages, here -- a Twitter account.  The name on the Twitter account is Abi Goldenberg?

A    Yes.

Q    @Somersetwalk1?

A    Yes.

MS. GOLDMAN MOYAL:  What exhibit is this?

MR. REINITZ:  This is Exhibit 27.

MS. GOLDMAN MOYAL:  27.

Q    Are you familiar with this Twitter account?

A    This is a synagogue account, yes.

Q    The answer is yes?

A    Yes.

Q    Okay.  And I see there's a post here, July 7, 2019, May 26, 2019.

Did you make these posts?

A    Yes.

Q    The account indicates that it's following on Twitter four other accounts. I'm flipping now to page 2 of the

Page 45

Abi Goldenberg

exhibit, that's Exhibit 27.  It's following DansDeals, Leon Goldenberg, MDS Software and "Jeanne" or "Jeanne" Weisberg.

Are you familiar with any of these Twitter accounts?

A    I am.

Q    Leon Goldenberg, is that, as far as you know, a Twitter account that's associated with your father, Leon Goldenberg?

A    Yes.

Q    Who is Jeanne Weisberg?

A    She is the executive assistant to my father.

Q    I am flipping now to page 3 of Exhibit 27.

This is the likes tab.  And this is a like of a Tweet, it appears, from Mishpacha Magazine.

Do you -- is that you?

A    No.

Q    -- in the picture?  Okay.

Do you know the individual that

12 (Pages 42 - 45)

Page 46

Abi Goldenberg
is in the picture?

A   Yes.  A student of mine.

Q   A student of yours.  Did you like the Tweet for that reason?

A   If it says -- yeah.

Q   Did you like this Tweet?

A   If I liked it, I liked it, right?

MS. GOLDMAN MOYAL:  Do you recall?

Q   I am now showing you page 4 of Exhibit 27, Mr. Goldenberg.  This is a Tweet dated December 13th, 2018.  Reminder, there will be a Parlor meeting tonight to benefit TAG at the home of Abi Goldenberg, 52 Canary Drive, beginning at 8:30 p.m.

52 Canary Drive, is that your home address?

A   Yes.

Q   Did you write this Tweet?

A   Again, I don't -- I don't write Tweets.  I forward them out for the synagogue.

Page 47

Abi Goldenberg

Q   So --

A   We shut down the account -- we didn't shut -- we stopped doing it two years ago.

Q   So is your answer to -- I asked you, did you write this Tweet.  Is your answer no --

A   No.

Q   -- I didn't write the Tweet?

A   It's a little ambiguous.  I sent the Tweet.  I didn't write it.

Q   Okay.  Understood.  We will close out of that exhibit.

So other than Twitter, any other social media that you use?

A   I -- I don't use social media.

Q   Okay.  How about Facebook?

A   I do not use -- do I have an account?  I probably have an account, but I don't use it.  My phone is blocked from all social media, so...

MR. REINITZ:  I am going to send you here, Ms. Moyal, another exhibit.

Page 48

Abi Goldenberg

(Plaintiff's Exhibit 28 was marked for identification, as of this date.)

MR. REINITZ:  Let me know when you can see it.

Q   Mr. Goldenberg, can you see the exhibit?  This is Exhibit 28.

A   I see it.

Q   I am going to zoom in a little bit.  This is a Facebook account of Stephan Goldenberg.  It's got a list here of 10 friends.  I am going to flip to page 2, and you can take a closely look at them.

MS. GOLDMAN MOYAL:  Ari, can we have a closer look at the first page?

MR. REINITZ:  Sure.

MS. GOLDMAN MOYAL:  Can you zoom in on it a lot?

MR. REINITZ:  Yup.

MS. GOLDMAN MOYAL:  You go down a bit?  Got it.  2012.

Q   Mr. Goldenberg, I am showing

Page 49

Abi Goldenberg
you here page 2 of Exhibit 28.

Do you see it on your screen?

A   I see it.

Q   I will give you a minute here.  It looks to me about 10 friends.

Do you know any of the individuals reflected in -- on this page?

A   Yes.

Q   Who, if any of them, do you know?

A   I know Tova Levine Singer.  I know Dena Sondhelm.  I know Steven Guttmann.  I know Yosef Zoimen.  I know Benjy Winkler.  I know David Weissmandl.

Q   So fair to say you know most of the people, most of the friends on this page?

A   I do.

Q   Is this your Facebook account?

MS. GOLDMAN MOYAL:  You have to say it.  Use words.

A   If it says my name, then I guess -- I guess it's my Facebook account.  But again, I mean, this is not

13 (Pages 46 - 49)

Page 50

Abi Goldenberg

something I've logged in in probably close to 10 years.

Q    So to rephrase, if I understood your answer correctly, yes, it's your Facebook account, but you haven't used it in awhile?

A    Right.

MS. GOLDMAN MOYAL:  In over, close to 10 years.

MR. REINITZ:  Right.  That's a while.

Q    And now there is a third page here that I'm showing you.  Most of it's the same.  Again, we've got that list of 10 friends here.  And then there is a like.  We talked about liking Tweets.  So there is a like here of a Facebook page Sweet Bouquets.

Are you familiar with Sweet Bouquets?

A    Yes.

Q    What is Sweet Bouquets?

A    A company my wife had.

Q    Is that in the past?

Page 51

Abi Goldenberg

A    Yes.

Q    What is Sweet Bouquets, just generally, what is Sweet Bouquets business?

A    She made candy centerpieces for a favor for parties.

Q    I think we are done with that one.

Anything else?  Any other accounts that you may have used in the last couple of years that you don't --

MS. GOLDMAN MOYAL:  In the past 10 years, in the past 5 years, in the past 2 years, something else?

Q    Let's say in the past 5 years, any social media or other types of accounts that you might have used for any purposes, personal or business?

A    Nothing -- you are not asking about GateGuard, right?

MS. GOLDMAN MOYAL:  He's just asking generally.

Q    Generally.

MS. GOLDMAN MOYAL:  To the

Page 52

Abi Goldenberg

extent you remember.

A    I don't remember.

MR. REINITZ:  Ms. Moyal, I am sending you another exhibit.

(Plaintiff's Exhibit 26 was marked for identification, as of this date.)

Q    Mr. Goldenberg, let me know when you can see.  This is Plaintiff's Exhibit 26.  And I will zoom in here a bit.  Let me know when you can see it.

A    I see it.

Q    Okay.  So Exhibit 26 is a YouTube account.  I'll show you here, youtube.com/user/metalish1, Abi Goldenberg.

Is this your YouTube account?

A    Yeah, I guess.

Q    And we've redacted this.  There is an upload here from February 2018. It's a Basmitzvah video, about seven minutes long.

Are you familiar with this video?

Page 53

Abi Goldenberg

A    Yes.

Q    Okay.  Did you upload this video?

A    Yes.

Q    So did you upload the video to someone else's YouTube account?

A    No.

Q    So this is -- fair to say this is your YouTube account?

A    Fair to say.

Q    There is also two play lists here.

Did you create these play lists?

A    They're there, I just don't -- can't tell you I remember that.

Q    Is it possible someone else created them?

A    Probably not.

Q    Back to GateGuard.

Other than intercoms --

Mr. Goldenberg, is that coming -- I hear some background noise. Is that in your office or somewhere else?

14 (Pages 50 - 53)

Page 54

Abi Goldenberg

A    It could be outside my office door.

Q    Other than the intercom devices that we've talked about a few minutes ago, and we will talk more about later, are there any other products from -- that you have used, I guess, associated with GateGuard?

MS. GOLDMAN MOYAL:  Objection to form.

Over objection, you can answer.

A    Can you please rephrase that question?

Q    I will ask it differently.

Are you familiar with a service known as PropertyPanel?

A    Yes.

Q    When did you first learn about PropertyPanel?

A    After I installed our -- our GateGuards.

Q    And just generally, is PropertyPanel a service that, I would

Page 55

Abi Goldenberg

say, compliments GateGuard in certain --

MS. GOLDMAN MOYAL:  To the extent you know.

A    It's the way GateGuard is run.

Q    Okay, what --

A    You can't use GateGuard without PropertyPanel.

Q    What does PropertyPanel allow you to do?

MS. GOLDMAN MOYAL:  To the extent you know.

A    To set up -- for me, personally, it allows me to set my tenants up with a password and a pin to get into the building or to delete tenants.

Q    Do you ever -- have you ever used PropertyPanel?

A    Yes.

Q    Do you have an account with PropertyPanel?

A    Yes.

Q    Do you use PropertyPanel often?

A    No.

Page 56

Abi Goldenberg

Q    Do you know just about, roughly speaking, when was the last time you used PropertyPanel was?  Last year?

A    Yes.

Q    You have used it recently?

A    Probably a month ago.

Q    Okay.  And what were you using PropertyPanel for at the time?

A    To add a tenant that moved into a building.

Q    I am going to show you here --

MR. REINITZ:  Let me send it to Ms. Moyal, first.

(Plaintiff's Exhibit 30 was marked for identification, as of this date.)

Q    I will first show you here exhibit -- Exhibit 30.  Let me know when you can see it, Mr. Goldenberg.

A    I see it.

Q    And this is a screen shot, let's see if I can make it bigger, of a PropertyPanel.xyz/login.

Is this the website that you

Page 57

Abi Goldenberg

use when you mentioned you log into PropertyPanel from time to time?  Do you log into PropertyPanel through this website?

A    No, I don't log in.  I -- I'm logged in already.

Q    Okay.  So if I understand you correctly, let's say your browser, you go to this login, and the information is already stored?

A    I don't even get to -- I'm in the next -- I don't see this page.  I'm in the next -- meaning on my computer, I'm past this.

Q    Okay.  Have you ever at any point logged into PropertyPanel.XYZ?

A    If I -- I mean, I would assume when I started three years ago.

Q    Do you recall when you logged in, it looks like it asks you for your e-mail, it asks for a password and then it asks you to check one or two boxes here.

Do you recall if you checked

15 (Pages 54 - 57)

Page 58

Abi Goldenberg
either of those boxes at the time?
 A    I do not remember.
 Q    It's possible that you did when you logged in?
        MS. GOLDMAN MOYAL:  Over objection.
        To the extent you remember.
 A    I don't remember.  It's possible that Ari signed me in.  It's possible I signed in.  I don't remember.
 Q    And "Ari," are you referring to Mr. Teman?
 A    Yes.
 Q    So if I understood your last response correctly, you are suggesting that Mr. Teman may have signed in, signed into PropertyPanel on your computer?
 A    It's possible, but I really don't remember.  It's literally the first time we, you know, met.
        MS. GOLDMAN MOYAL:  Asked and answered.
 Q    Has Mr. Teman ever used your personal computer before?

Page 59

Abi Goldenberg
 A    I don't recall, but I -- it is possible that he's logged in from his office to my computer.  I just don't recall for sure.
 Q    Has Mr. Teman -- at other times, let's say maybe not even related to PropertyPanel, has he ever logged into your computer remotely?
 A    I don't recall.
 Q    Has any other representative of GateGuard ever logged in remotely to your computer?
 A    If it wasn't him, it wasn't anybody.
 Q    So you don't recall if Mr. Teman ever logged in --
        MS. GOLDMAN MOYAL:  Asked and answered.
 Q    How many PropertyPanel accounts do you have?
 A    I think seven.
 Q    Seven?
 A    I think so.
 Q    And are those all for -- all

Page 60

Abi Goldenberg
your personal accounts or?
        MS. GOLDMAN MOYAL:
    Objection.  Do you mean --
        (Simultaneous crosstalk.)
 Q    I'm asking you, personally, Mr. Goldenberg, how many logins do you have to PropertyPanel?
 A    Oh, I only have one.
 Q    Only one?
 A    Yes.
        (Plaintiff's Exhibit 31 was marked for identification, as of this date.)
 Q    Mr. Goldenberg, I am going to show you Exhibit 31.  Let me know when you can see it.  Can you see it?
 A    I can see it.
 Q    This is from PP -- that's PropertyPanel.XYZ Back Office.  That's PropertyPanel's, let's say, database of users of accounts.  And doing a -- let's see if we can do this here.  Doing a search under Goldenb or Goldenberg, retrieved two accounts.  The first is

Page 61

Abi Goldenberg
agoldenberg@goldmontrealty.com, that was created in November, November 23rd, 2018.  And then there is a second account, Stephan Goldenberg, abigold2, that was created on November 29th, 2018.
        Are both of these your PropertyPanel accounts?
 A    Never seen the other one.
 Q    Which one are you referring to?
 A    The personal one.
 Q    So the account under Stephan Goldenberg, using the e-mail address abigold2@gmail, 3475540880, is that your phone number?
 A    That's my phone number.
 Q    So it's your testimony you didn't create this account?
 A    It's not my testimony that I did not create this account, but I do not remember, but as far as I know, like I said, I was logged in once and, as you said, in November 23, 2018, and I never logged back in again, so whatever account I was logged under when I logged in the

16 (Pages 58 - 61)

Page 62

Abi Goldenberg

first time, that's the one I used for the last three years.

MR. REINITZ: Ms. Moyal, I am just going to send you a couple more exhibits, here.

(Plaintiff's Exhibit 5 was marked for identification, as of this date.)

Q    Okay, Mr. Goldenberg, I am now going to show you exhibit, Plaintiff's Exhibit 5. Let me know when you can see it. Can you see it, Mr. Goldenberg --

A    Yes.

Q    -- Exhibit 5?

A    Yes.

Q    Exhibit 5 is an e-mail, it begins -- it's an e-mail from Jacob Rubinstein, jacobrubinsteinesq@gmail. It was sent August 30, 2019. It was sent to ari@teman.com and myself and the subject is: Binder2.pdf. The attachments are binder2.pdf. And Mr. Rubinstein indicates: Please ignore previous e-mail and use the attached.

Page 63

Abi Goldenberg

Now I am going to page 2 here of Exhibit 5, and that begins -- I will flip through real quick, and I will give all the time you need if you want to look at it more closely. This is an agreement that's one of -- that's at issue, I would say, in this case. And the title of the agreement here: Equipment Purchase Agreements Between Goldmont (and related entities) and GateGuard, Inc.

Let's start with the e-mail.

Have you ever seen this e-mail before today?

MS. GOLDMAN MOYAL: To the extent you recall.

A    Probably.

MR. REINITZ: Ms. Moyal, just in general, I mean, Mr. Goldenberg is always --

MS. GOLDMAN MOYAL: I don't --

MR. REINITZ: -- is always going to answer to the extent he recalls.

Page 64

Abi Goldenberg

MS. GOLDMAN MOYAL: Right. I just don't want him to say probably.

To the extent you recall, it's either a yes or a no, I don't want you to guess.

MR. REINITZ: Can we agree that Mr. Goldenberg is always going to answer to the extent he recalls, so we can just --

MS. GOLDMAN MOYAL: Sure.

MR. REINITZ: It just feels like a speaking objection to me.

Q    So Mr. Goldenberg, is that okay with you? Every answer from now on --

MS. GOLDMAN MOYAL: No, if you add --

Q    -- is to the extent you recall.

MS. GOLDMAN MOYAL: If you add it to your question, then that's fine --

Q    Well, how about this?

Mr. Goldenberg, if you ever don't recall something, please say so. How about that?

Page 65

Abi Goldenberg

A    Okay.

Q    The agreement here, and, again, I will give you all the time you would like if you want to read it in detail, but it's about 30 some odd pages.

Have you ever seen this agreement before today?

A    Yes.

Q    And the signature here, again, I know you are not Leon Goldenberg, but does that appear to be Leon Goldenberg, your father's signature?

A    That --

Q    I know --

A    I don't think it's quite -- I don't think it's a question for me.

MS. GOLDMAN MOYAL: I agree. I think that's a question for Leon, who you will have a chance to ask that next week.

Q    Were you present when -- to the extent you were present when Leon Goldenberg signed this agreement, did you see him sign the agreement?

17 (Pages 62 - 65)

Page 66

Abi Goldenberg

MS. GOLDMAN MOYAL:  Objection to form.

Over objection, you can answer.

MR. REINITZ:  You know what, strike it.

A   I don't know.

MS. GOLDMAN MOYAL:  He's not asking it.  He's going to ask another question.

MR. REINITZ:  Strike it.

Q   Did you see Leon Goldenberg sign this agreement?

A   I do not recall.  I definitely gave him the document.  I do not recall if I was in the room while he signed it or was not in the room when he signed it.

Q   Did you ask Leon Goldenberg to sign the -- this agreement?

A   I -- I told him he can sign the agreement.

Q   So more generally, did you discuss this agreement with Leon Goldenberg?

Page 67

Abi Goldenberg

A   Generally, yes.

Q   Approximately when was the first time you recall discussing, I would say, the -- maybe not this exact agreement, because it changed over time, but when did you generally start -- when was the first time -- I'm sorry.

When was the first time generally you --

MS. GOLDMAN MOYAL:  Objection to form.

Can you re-ask it?

Q   When was the first time you discussed this transaction with Leon Goldenberg?

A   I do not recall.

Q   Before the time you discussed with Leon Goldenberg signing this agreement, had you previously discussed the agreement with him at any point?

MS. GOLDMAN MOYAL:  Objection to form.

To the extent you understand, you can answer.

Page 68

Abi Goldenberg

A   If you could rephrase that question, I'd appreciate it.

Q   This e-mail from Mr. Rubinstein is dated August 30, 2019.  He sent the agreement we just discussed, appears to be signed by Leon Goldenberg.

Did you discuss this agreement with Leon Goldenberg before August 30, 2019?

A   Yes.

Q   Do you recall the first time you discussed the agreement with Leon Goldenberg before August 30, 2019?

A   No.

(Plaintiff's Exhibit 33 was marked for identification, as of this date.)

Q   I am now going to show you -- this is Plaintiff's Exhibit 33.  Let me know when you can see it, Mr. Goldenberg?

MS. GOLDMAN MOYAL:  Did you send that to me?  Yeah, you did.

MR. REINITZ:  I'm pretty sure I did.

Page 69

Abi Goldenberg

MS. GOLDMAN MOYAL:  Okay.

Q   Let me know when you can see it, Mr. Goldenberg.

A   I see it.

Q   And this I am going to scroll up.  It's a couple of pages.  This is a WhatsApp chat between Abi Goldenberg and Ari, I believe that's Ari Teman, Mr. Teman.  It starts July 23, 2019, and it goes on for several pages.  The -- I believe by the title of the chat -- I don't know if you can see it here in the -- in the share.  I believe it was titled WhatsApp chat with Abi --

A   Abi deal, is what it says.

Q   Abi deal, all right.

Are you familiar with this --

MS. GOLDMAN MOYAL:  Do you need any time to read it, Abi?

THE WITNESS:  I don't know what he's asking, but --

MR. REINITZ:  I haven't asked anything yet.

MS. GOLDMAN MOYAL:  Before he

18 (Pages 66 - 69)

Page 70

Abi Goldenberg asks.

Q First I am showing you the document, and it's about five pages long. I'm happy to --

MS. GOLDMAN MOYAL: So take your time to scroll through it and have a read.

A Do you want me to read the whole thing before I answer?

Q I am going to have some specific questions. I don't need you to read the whole thing, but you are absolutely entitled to read as much of it as you'd like.

MS. GOLDMAN MOYAL: You can scroll through it real quickly --

MR. REINITZ: Sure.

MS. GOLDMAN MOYAL: -- from the beginning to end to see what it's talking about.

MR. REINITZ: Sure.

Q All right. Let me know when I can flip, Mr. Goldenberg.

A If you want me to read the

Page 71

Abi Goldenberg whole thing, I can. It's just going to take a few minutes.

MS. GOLDMAN MOYAL: Just look through it.

Q Mr. Goldenberg, I don't want to -- I'm waiting for you. Take all the time you need.

A There's a lot here.

Q Take all the time you need, but no more, yeah.

MS. GOLDMAN MOYAL: Take your time.

A I'm not. I'm just reading it and reliving -- and reliving it.

Q I didn't ask you to do that.

A Just what happens.

Q Enjoy, yes, enjoy.

A Enjoy, that's the last emotion that I'm feeling right now.

Q I apologize.

A Okay. Next page. Okay.

Q So this is an open book test, okay. We'll stop you here, and I will ask you a question about a couple of the

Page 72

Abi Goldenberg exchanges.

A Is this reading comprehension?

MS. GOLDMAN MOYAL: He doesn't get to read the whole thing first?

A Is this reading comprehension?

Q You want to read the whole thing, by all means. I was going to ask you a question about some of the exchanges here --

MS. GOLDMAN MOYAL: How about we give him a chance to have a read until the end, and then you can ask him anything you want.

Q Take your time.

MS. GOLDMAN MOYAL: Are you done with this page?

THE WITNESS: I'm done with this page.

Okay.

Okay, next page.

Okay.

Q We're done, right?

A I'm done.

Page 73

Abi Goldenberg

Q Okay. So I am flipping back here to August 2019, August 16th, here. There is some discussion between you and Mr. Teman, well, just generally, about -- about the deal and about executing the deal. And what I want to call your attention to is there is a discussion here in August of 2019, where Mr. Teman tells you -- this is August 16th, at 12:39 p.m. Mr. Teman says: The third party financer will need for the buildings or management co.

Can you see where I'm highlighting?

A Yes.

Q Two years audited or reviewed financials. Tax returns are okay if these are not available. Interim financials, balance sheet profit and loss, etcetera. And a completed application. I'll send pdf to JG.

Then Mr. Teman asks: Can you please get the financials or tax ready? I think this should be easy since you

19 (Pages 70 - 73)

Page 74

Abi Goldenberg

have to file with DOF anyway.

And you respond: I will ask the accountant if he has this on file.

Who is the accountant that you are referring to?

A   Saul Horowitz.

Q   And is that Horowitz?

A   Yes.

Q   H-O-R-O- --

A   Horowitz, W-I-T-Z.

Q   And what is Mr. Horowitz's relationship to Goldmont Realty?

A   He is our in-house CPA.

Q   And so Mr. Teman, just to kind of recap here, Mr. Teman was telling you that the financer will need, let's say, certain documents, certain financial documents, and you indicated that you will ask the accountant if he has the documents on file.

Do you recall if you ever asked Mr. Horowitz about those documents?

A   I did.

Q   Do you recall approximately

Page 75

Abi Goldenberg

when that was?

A   Probably was in the coming days from here.

Q   Did you make that request or that inquiry of Mr. Horowitz, was that by phone, by e-mail, some other way?

A   I either called him on our conference -- I mean on our intercom or e-mail, I do not recall.

Q   Now, I am skipping down to August 29th -- I am sorry, August 26th. There is, I would say, a lot of back and forth, it seems, I would say Mr. Teman is getting anxious about getting the deal executed. And he was going back and forth with you about getting the agreement signed. And then there's a couple of points at which, here, for example, August 22, 2019, you say: Believe it or not, I just walked into the office. He said he has to leave. I said you can't leave before we discuss you. He said okay.

Who are you referring to?

Page 76

Abi Goldenberg

Whose office are you referring to going into?

A   Leon.

Q   So if I understand correctly, Mr. Teman was asking you, basically, to encourage Mr. Leon Goldenberg to sign the agreement?

A   Yes.

Q   And what -- during the conversations that you had, whether it was on August 22nd or another time before the deal was signed, what, if anything, did you tell Leon Goldenberg about the agreement?

A   To the extent that I recall, it was that the lawyer said that the agreement was okay.

Q   Did you discuss with Leon Goldenberg the substance of the deal, in other words, let's say, the number of devices that were covered under the deal? Was that part of the discussion?

A   I don't recall exactly, but he needs as few details as possible.

Page 77

Abi Goldenberg

Q   And "he" is, you are referring to Leon Goldenberg?

A   Yes.

Q   Okay.

A   He doesn't have the time for -- for details.

Q   Okay.

A   So generally speaking, I try to give as few details as pertinent.

Q   So as best you recall now, how did you explain it to him with as few details as possible? What details did you provide?

A   If I remember correctly, it was that it was going to cost us $125 a month for six years, which is going to come out to, if I remember, $9,000 a device, paid out over six years without any further contract obligation. And that, you know, and instead of spending $50 a month for the next 30 years, it was going to be $125 a month for six years and that was it.

Q   So flipping back here, I'm just

20 (Pages 74 - 77)

Page 78

Abi Goldenberg
scrolling up for a second.
Did you mention, in your discussions with Leon Goldenberg, anything about this third-party financer that Mr. Teman references on August 16th?
MS. GOLDMAN MOYAL: Again, Ari, to the extent he recalls.
A   To the extent I recall.
Q   Always to the extent you recall.
A   I -- I -- I explained it to him the way it was explained to me the first time, that Ari was going to go borrow money against -- he had found somebody that was going to lend him money based on our name and our contract and we couldn't care less how -- what he does with our contract, as long as he goes and borrows the money himself. That was how it was explained to me and that's what I explained to my father, that they need -- you know, they need a big contract with a lot of money so they can go and borrow money for legal fees as it was explained

Page 79

Abi Goldenberg
to me.
Q   And the third-party financer, to go back to it, again, if I understood your last response correctly, you did not mention the third-party financer to Leon Goldenberg when you --
MS. GOLDMAN MOYAL: Asked and answered.
Don't answer that.
Q   On August 26, 2019, Mr. Teman writes to you again: Hi Abi -- Mr. Goldenberg, can you hear me okay?
A   Perfect.
Q   Think we'll need -- and this is a quote -- we need audited or reviewed financials. Tax returns will do in a pinch, close quote, for the buildings. Can you please ask your accountant to send them (last two years) you mentioned he should have them. Thank you.
So did you mention this request to the accountant, Mr. Horowitz, after Mr. Teman made the request of you?
MS. GOLDMAN MOYAL: Other

Page 80

Abi Goldenberg
than what he's already testified to?
MR. REINITZ: Well, I'm asking about -- that was the first time we mentioned it, was August 16th. And about the third-party financer.
Q   I'm asking again, Mr. Teman makes a second request on August 26th and I'm asking on August 26th or after that, did you make another request of the accountant?
A   Could you go back to August 16th for a second?
Q   Sure.
A   No, the next one. So August 16th, I said I was going to ask the accountant, which I probably did.
MS. GOLDMAN MOYAL: Again, I don't want you to guess. What you remember.
THE WITNESS: Okay.
A   Okay, can you go back to your question? I'm sorry.
Q   And my question is: On August 26th, Mr. Teman makes a -- another

Page 81

Abi Goldenberg
request, specifically, can you please ask your accountant to send them, last two years, I believe that's referring to these financials, financial documents or tax returns.
Did you make that request of the accountant after August 26th, 2019?
A   I do not recall.
Q   Here on August 27th, Mr. Teman writes again: Hi, Abi, any luck with signature/financials? Smiley face.
Did you follow up after that request on August 27th? Did you follow up with Mr. Horowitz after that message? You've got to give a verbal response, Mr. Goldenberg. I see you shaking your head, but --
A   I really don't remember, but I do know that in this conversation, it said where he's not going to give -- Mr. Horowitz said that Leon will not give his financials for an equipment. I just don't remember if that was earlier -- earlier or later.

21 (Pages 78 - 81)

Page 82

Abi Goldenberg

MR. REINITZ: I am going to move to strike that answer as nonresponsive.

MS. GOLDMAN MOYAL: That is responsive. He responded directly to your question about the financials.

MR. REINITZ: He interjected with a parenthetical, which was not responsive.

MS. GOLDMAN MOYAL: The parenthetical is responsive, but we can fight about it later.

MR. REINITZ: Okay.

Q    I am flipping now to page 4. This is August 28, 2019. Mr. Teman writes to you: Hi, Abi, can you please nudge the accountant and Jacob to get their stuff in today?

Do you recall whether you followed up with Mr. Horowitz about the financials that we discussed after August 28, 2019?

A    I do not recall, but I see my next message said the accountant said he

Page 83

Abi Goldenberg

has to run it by my father.

Q    Which message is that?

A    8/28/19 at 8:50 p.m.

Q    We will read that out. I got the revised edition from Jacob just now so I can get that signed tomorrow.

Is that a reference, Mr. Goldenberg, to the agreement, that we looked at before?

A    Yes.

Q    Accountant told me today -- just parenthetically, the accountant is Mr. Horowitz you are referring to?

A    Yes.

Q    Accountant told me today he has to run it by my father as he is not sure whether or not he will be okay with giving out the tax returns as he usually will only give it to a bank upon pressure.

Are you telling Mr. Teman, essentially, that Mr. Horowitz has not yet provided the financials, requested financials?

Page 84

Abi Goldenberg

MS. GOLDMAN MOYAL: Over objection, you can answer.

A    That's what it seems like to me.

Q    And do you recall whether the -- when the accountant, that's Mr. Horowitz, told you something -- told you this today, do you recall if that was by e-mail or by phone or in person or some other way?

A    I do not remember.

Q    Just in general, do you frequently -- most of the time you communicate with Mr. Horowitz, is that by phone or by e-mail or by some other way?

A    Generally we speak on the phone. And once -- I mean, we e-mail each other frequently as well.

Q    Now, the financer that we've been discussing here that these documents are directed towards, my understanding is that's an entity, a company by the name of Marlin Financial.

Are you familiar with Marlin

Page 85

Abi Goldenberg

Financial?

A    Only from one conversation that I had with them.

Q    When was that conversation approximately?

A    Sometime between August 28th and November something.

Q    And was that a -- did that conversation, your conversation with Marlin Financial, was that in connection with this -- with the agreement that we've been discussing, between GateGuard and Goldmont?

A    Yes.

Q    Do you recall the name of the individual or individuals at Marlin that you spoke to --

A    No.

Q    -- regarding the agreement?

A    No.

Q    Do you recall if you called them or they called you?

A    I called them.

Q    Now, we showed it a few minutes

22 (Pages 82 - 85)

Page 86

Abi Goldenberg

ago and I'm happy to put it back up again, but the agreement, the signed agreement that I showed you as exhibit, I believe, 5, was forwarded by Jacob Rubinstein to Mr. Teman and myself on August 30, 2019.

Now, after that, so that's in the subsequent communication --

A    You are missing one.

Q    I'm sorry?  Can you hear me?

A    Yeah, yeah, I hear you, sorry.

Q    So after Mr. Rubinstein forwarded the signed agreement that we showed -- we reviewed as Exhibit 5 and we have been discussing, in the subsequent messages between you and Mr. Teman, I'm skipping now here to September 10th, Mr. Teman writes:  Hi, Abi, please help us with getting this done today.  As you can imagine, time is very precious in our situation.

What was -- do you know what Mr. Teman was referring to about time being precious?

Page 87

Abi Goldenberg

A    I mean, if you look at the previous message, it talks about the financials, so...

Q    Right.  But my question is, what was Mr. -- if you -- do you know what Mr. Teman was referring to when he said time is very precious in our situation?

A    I assume he's referring to his arrest.

Q    What, if anything, do you know or --

MR. REINITZ:  Strike that.

Q    What did Mr. Teman tell you about his arrest?

A    He told me that he was arrested.

Q    Anything else?

A    He told me that he needs $250,000.

Q    Okay.

A    And he told me that they're liars.

Q    Okay.  Who is the "they" that

Page 88

Abi Goldenberg

you are referring to?

A    I think he was referring to the landlords who -- who he stole the money from or who he was accused -- accused of stealing the money from, I should say.

Q    And you responded here, this is September 10, 2019:  I spoke with the accountant, he said that they should call him in the office tomorrow, and he will deal with them.

The accountant, again, just to clarify, that is still Mr. Horowitz you are referring to here --

A    Yes.

Q    -- is that correct?

A    Yes.

Q    So Mr. Horowitz said that they -- now, they, is that referring to -- is it -- you understand that to be referring to Marlin Financial?  We've --

A    Yeah.

Q    -- discussed a minute ago?

A    Yeah.

Q    So Mr. Horowitz was asking

Page 89

Abi Goldenberg

they, meaning Marlin Financial, should call him, Mr. Horowitz, in the office tomorrow, and he will deal with them.

So Mr. -- you were reporting, if I understand correctly, I want to clarify.  You were reporting that Mr. Horowitz told you that he will deal directly with Marlin Financial; is that correct

A    Yes.

Q    And he provided --

MS. GOLDMAN MOYAL:  Sorry, you wanted to say something else, Abi?

A    I am not -- I'm just not sure what the question is.  The question is just --

MS. GOLDMAN MOYAL:  So you have to understand the question.  So ask him to rephrase if you don't understand it before you answer next time.

THE WITNESS:  Sorry.

MS. GOLDMAN MOYAL:  That's all right.

Page 90

Abi Goldenberg

So -- Mr. Reinitz, can you rephrase?

MR. REINITZ:  That's fine, we will move on.

MS. GOLDMAN MOYAL:  I don't want him to give an answer if he doesn't understand a question.

MR. REINITZ:  Okay.

MS. GOLDMAN MOYAL:  You asked him if Horowitz asked Marilyn to call him directly?  Do you understand that question, Abi?

MR. REINITZ:  I'll back up. I'll back up.

MS. GOLDMAN MOYAL:  Okay.

Q    Mr. Goldenberg, you are reporting here -- you are repeating to Mr. Teman a conversation, you are, let's say, summarizing a conversation for an exchange you had with Mr. Horowitz.

A    Right.

Q    And in which you report that Mr. Horowitz told you that -- or I would say Mr. Horowitz asked that Marilyn --

Page 91

Abi Goldenberg

asked for Marlin to call him.  Is that accurate?  Mr. Horowitz wanted Marlin to call him directly to discuss the financials?

A    That's what it appears to me.

Q    Do you know if Mr. Horowitz ever spoke to Marlin?

A    I do not recall.

Q    Do you know if Mr. Horowitz ever provided the financials that Mr. Teman was asking for to Marlin?

A    He did not.

Q    Did you ever discuss with Mr. Horowitz whether or not the financials should be provided to Marlin?

A    We definitely discussed it from the conversation here.  I just can't remember the whole extent.  I just remember at a certain point after a lot of pressure, I said, you know what, I'm going to reach out to Marlin myself to see what's going on here.  I don't remember if Mr. Horowitz did -- I know he -- he was not understanding why he has

Page 92

Abi Goldenberg

to give financials and therefore he wasn't meeting with them and he wants to speak to them.  I don't know if that came before or after or not, I just don't remember.  And at a certain point of Ari's pressure, I decided that I'm going to call Marlin myself and see what they want.

Q    Just backing up here for a second.  You mentioned pressure.  The accountant -- we read this a minute ago.  You mentioned Mr. Horowitz told you -- I will reread the whole sentence:  Accountant told me today he has to run it by my father as he is not sure whether or not he will be okay with giving out the tax returns as he usually will only give it to a bank under pressure.

Did Mr. Horowitz explain to you why your father doesn't want to give -- provide the tax returns unless there's pressure?

A    Are you specifically referring to this incident, or are you talking

Page 93

Abi Goldenberg

about generally speaking?

Q    Generally.

A    We see no reason to give out our tax returns to anybody that requests it.

Q    So it's simply a matter of, let's say, privacy, not wanting to provide anything beyond what you have to?

A    Did Mr. Trump want to provide his tax returns to everybody?  Do you want to provide your tax returns to me?

Q    Fair enough.  It seems, though, that from the way this is phrased, I would say, that --

MR. REINITZ:  Strike that.

Q    Do you remember -- let me close out of here.  Let me come back to this later.  And I am going to show you now exhibit -- Plaintiff's Exhibit 34.

(Plaintiff's Exhibit 34 was marked for identification, as of this date.)

MR. REINITZ:  Ms. Moyal, I think I sent it to you.  If you don't

24 (Pages 90 - 93)

Page 94

Abi Goldenberg

have it, let me know.

MS. GOLDMAN MOYAL:  I have it.

MR. REINITZ:  Okay.

MS. GOLDMAN MOYAL:  Is this part of the discovery?

MR. REINITZ:  Sure is.

MS. GOLDMAN MOYAL:  It doesn't have a number on it.

MR. REINITZ:  It may not, but it was -- I think it was -- it is.  I can -- it may have been in like one of the WhatsApp, in other words, it's just the raw kind of like a zip file, so it's -- it's not Bates stamped, but it's -- it's in there somewhere.  We can Bates stamp it later.  This is Plaintiff's Exhibit 34.

Q    Do you know, Mr. Goldenberg, whether the devices that were covered under the agreement we were discussing and reviewed for a few minutes, whether the devices were delivered?

A    They were delivered.

Page 95

Abi Goldenberg

Q    Okay.  And where were they delivered to, to your knowledge?

A    1360 East 14th Street.

Q    Is this a photograph of 13 -- as best you can tell, I know it's a little grainy.

Is this a photograph -- it appears to be a photograph of 1360 East 14th Street?

A    Yes.

Q    And this is actually in a vehicle.  And if I zoom out, you can see there is a box that says "Teman" on it.

A    Yes.

Q    Is this -- do you recognize the doorway here?

A    Yes.

Q    What -- how do you recognize it?

A    It's my office.

Q    Is that -- when you say yours, is that the Goldmont Realty Corp.'s office?

A    Goldmont Realty Corp.'s office.

Page 96

Abi Goldenberg

Q    Does Goldmont Realty Corp. own the building?

A    No.

Q    What floor is Goldmont Realty Corp.'s office on in the building?

A    It's first floor.

(Plaintiff's Exhibit 35 was marked for identification, as of this date.)

Q    I am going to show you here Exhibit 35.

MS. GOLDMAN MOYAL:  And same thing, not Bates stamped?

MR. REINITZ:  Correct.

Q    Let me know when you can see it, Mr. Goldenberg.

A    I see.

Q    And this -- let me zoom in here for you for a second, here.

Do you recognize this doorway?

A    I do.

Q    How do you recognize it?

A    It's our office.

Q    "Our," again, that's Goldmont

Page 97

Abi Goldenberg

Realty Corp.'s office?

A    Exactly.

Q    There are a couple of other names that I just wanted to get some clarity on, and I'll zoom in a little more.

The first is Refund Services Associate.  Are you familiar with Refund Services Associate?

A    Very vaguely.

Q    What, if any, knowledge do you have about what Refund Services Associate would be?

A    I have very limited knowledge.

Q    Who is involved in Refund Services Associate?

A    I don't think it's an active company.

Q    And is Leon Goldenberg, to your knowledge, involved in Refund Services Associate?

A    Definitely not day to day.  I haven't heard their name mentioned probably in seven years.

25 (Pages 94 - 97)

Page 98

Abi Goldenberg

Q   Then there's Leon Goldenberg. That's, I assume, Mr. Leon Goldenberg, we've been talking about who is a defendant in this case.

It looks like, it's a little grainy here, but it looks like to me the name underneath there is Saul Horowitz CPA.

Does Mr. Horowitz have an office in the same, I would say, suite, that Goldmont Realty Corp. has an office in?

A   Yes, yes, he does.

Q   And that's -- if I'm reading the door correctly, that's Suite 101?

A   Yes.

Q   So zooming out, now, these are boxes that say "Teman" on them. And these boxes were delivered. Have you -- I will ask it differently.

Have you seen these boxes in Goldmont Realty Corp. offices?

A   Yes.

Q   Where in Goldmont Realty Corp.

Page 99

Abi Goldenberg

offices are they? Are they still there?

A   Yes.

Q   Do you know where they are?

A   Right now they are in the basement.

Q   In the basement. And what's inside -- if you know, what's inside these boxes?

A   Intercoms.

Q   Are those GateGuard intercoms?

A   They are.

Q   Do you know approximately when the devices were delivered to Goldmont Realty Corp.'s office?

A   I don't remember exactly, but if I remember correctly, it was October 29th, is that 2019 -- I think 2019 maybe.

Q   So that's after the agreement we looked at a few minutes ago, after it was signed?

A   Right.

Q   And after that discussion between, whether it's you and Mr. Teman

Page 100

Abi Goldenberg

or the discussions between you and Mr. Horowitz about the financials --

A   Also after an e-mail where we asked you not to deliver.

Q   The intercoms were delivered.

Do you know who was at the office at the time that the intercoms were delivered? Were you there?

A   No, I wasn't there. And whoever was there said that your friends came by to deliver something they said you wanted, so that's --

Q   Who is -- I'm sorry, the pronouns.

A   Shirley in my office said --

Q   What was the name?

A   Shirley.

Q   Said to you?

A   Your friends came by to deliver something.

Q   So someone in the office, I missed the name, I'm sorry?

A   Shirly.

Q   Shirly, S-H-I-R-L-Y; is that

Page 101

Abi Goldenberg

correct?

A   If memory serves me, and it's two years ago, so I can't say for sure.

Q   No problem. No problem.

So someone that you believe was Shirly told -- that's told you, Abi, after -- after the devices were delivered that the people -- I just want to make sure I got this right -- that the people who delivered them told whoever was in the office that they were for you for Abi?

A   Yeah, but this wasn't a delivery service, meaning it was not a Fed Ex or a UPS.

Q   Right. Okay.

And the devices, just two confirm, they are now in the basement of Goldmont's building --

A   Exactly -- exactly like this.

MR. REINITZ:  Okay. I don't know how you guys are doing, I mean, I'm okay, but I don't know if anybody wants to take a five or a 10-minute

26 (Pages 98 - 101)

Page 102

Abi Goldenberg
break.
MS. GOLDMAN MOYAL:  Abi, how are you doing?
THE WITNESS:  I'm fine.  I'm going to have to probably use the restroom in a few minutes, so if you want to take a break for five minutes now.  I just -- I just want to be clear, I need from -- I don't know how long we're going to go, but I usually -- 1:15 to about 2:15, I need to take a break for prayers and for lunch if that's okay.
MR. REINITZ:  So let's --
THE WITNESS:  How about we continue until then?
Do you want to take a short five-minute break?
MR. REINITZ:  Let's -- do you want to take 10 minutes now 'til noon?
MS. GOLDMAN MOYAL:  Yes.
MR. REINITZ:  Let's do it.
THE VIDEOGRAPHER:  Going off the record at 11:51.  This marks the

Page 103

Abi Goldenberg
end of media unit 1.  Thank you.
[A recess was taken.]
THE VIDEOGRAPHER:  We are back on the record at 12:01, and this marks the beginning of media unit number two.  Please proceed.
BY MR. REINITZ:
Q    All set, Mr. Goldenberg?  Looks like your microphone's muted.
A    Yes, I'm all set.
(Plaintiff's Exhibit 4 was marked for identification, as of this date.)
Q    The next exhibit I am going to show you is Plaintiff's Exhibit number 4.  Let me know when you can see it.
A    I can see it.
Q    As with the other WhatsApp chats, if you want to take some time to review it or are familiar with it, whatever you would like, you can have all the time you would like.  I am just going to flip through it here first.  It is a couple of pages of text.  And then

Page 104

Abi Goldenberg
followed by -- these are some screen shots that we received.  One, looks like that's an image and then another screen shot, okay?
A    Okay.
Q    So I am going to go back up to the top here and if you would like to review it, you are welcome to.  If you are all set, just let me know and I'll start with some questions.
MS. GOLDMAN MOYAL:  Take your time.
A    Okay, next page.  Okay.  Okay.  Okay.  Okay.  Okay.  Okay.
Q    That's it.  Okay?
A    Yes.
Q    Exhibit 4 that I am showing you now is a WhatsApp chat between you and Yanky, or I believe formally Jacob Litchfield; is that correct?
A    Yes.
Q    How do you know Mr. Litchfield?
A    He is my intercom guy -- well, no, he is my wiring guy, security alarms,

Page 105

Abi Goldenberg
intercoms, wiring.  It's called 90 load tech.
Q    When you refer to "my," do you mean Goldenberg Realty Corp.?
A    He doesn't work for us.  He's just our vendor, really.
Q    So if I understand you correctly, Mr. Litchfield does intercom work for Goldmont Realty Corp.?
A    Mostly security cameras, also intercoms.
Q    Is Mr. Litchfield -- is that him personally or does he have a company?
A    He has a company.
Q    What's the name of Mr. Litchfield's company?
A    Metropolitan.
Q    Metropolitan is the name of his company?
A    Yeah.
Q    Okay.
A    And there might be some other words, but I don't know.  Metropolitan -- I don't know the whole company.

27 (Pages 102 - 105)

Page 106

Abi Goldenberg

Q    It goes by -- you refer to it or he refers to it as Metropolitan?

A    I think so.

Q    Just colloquially, as we have been saying.

Okay.  When -- how long have you known Mr. Litchfield for?

A    Around 20 years.

Q    That's a while.

A    Yeah.  Most people I do business with are for 20 years, so most people are repeat customers, repeat vendors.

Q    So approximately 20 years, is that approximately the amount of years that you have been working for Goldmont Realty Corp.?

A    No.

Q    Okay.

A    I'm only working there seven years.

Q    You've been working for Goldmont Realty Corp. for seven years.  What were you doing right before that?

Page 107

Abi Goldenberg

A    I was a teacher.

Q    At a school?

A    At a school.

Q    What's the name of the school?

A    For -- from two thousand -- I'm sorry, from 2012 'til COVID until 2020, I was a teacher at Yeshiva Nishmas Hatora.

Q    Can you just spell that?

A    Yeshiva, YESHIVA, Nishmas is N-I-S-H-M-A-S, Hatorah is H-A-T-O-R-A-H.

Q    And that's for, I would say, roughly -- you said 2012 until COVID, so that's, I would say -- let's say roughly seven years?

A    Eight or seven years.

Q    And where is Yeshiva Nishmas Hatora located?

A    Currently, or when I was there?

Q    When you were there.

A    We were originally in Lawrence, New York.  We moved to Cedarhurst, New York.  And then to Woodmere New York.

Q    That's all Long Island?

A    All Long Island, yes.

Page 108

Abi Goldenberg

Q    And you live in New Jersey?

A    Yes.

Q    That's long drive?

A    That's a long drive.  Five hours -- five hours a day.

Q    Wow.  And you were commuting five hours a day from Lakewood, New Jersey, to Long Island on a daily basis to teach at Nishmas Hatorah?

A    Yes, Sunday, yeah.

Q    Wow, that's impressive.  What did you teach there?

A    Mostly Talmud.

Q    And before then, were you teaching --

A    I was teaching in Lakewood for a year-and-a-half.

Q    Where did you teach in Lakewood?

A    It was called Frifeld's -- sorry, Friedlander's.  It closed down about nine years ago.  I can't remember the name.

Q    How long have you lived in

Page 109

Abi Goldenberg

Lakewood?

A    Eleven years.

Q    And before then, where were you living?

A    Israel.

Q    Where in Israel?

A    In Ramallah, Jerusalem.

Q    Jerusalem, and were you teaching in Israel?

A    Not in any official capacity.

Q    Were you studying in Israel?

A    Yes.

Q    Where were you studying?

A    I was in Yeshiva called Yeshiva Torasmoshe for three years.  And a small Yeshiva called Yeshivas Mir for seven years.

Q    So one at a time.  The court reporter going to need those spelled, I think.  Can you spell "Torasmoshe"?

A    T-O-R-A-S-M-O-S-H-E.  2000 to 2003.

Q    Okay.

A    And Yeshivas Mir is

28 (Pages 106 - 109)

Page 110

Abi Goldenberg

Y-E-S-H-I-V-A-S-M-I -- space M-I-R.  From 2003 to 2010.

Q    So that, if I'm doing the math, and I went to law school because I didn't like doing math, so if you have known Mr. Litchfield for about 20 years, did you meet him at Yeshiva Toramoshe?

A    No, no.

Q    No, okay.

A    We took a girl in to live by us in 20 -- 2001 or -- 2001, I think.  She lived in our house for a year.  And when she got married, she married in Jacob Litchfield.

Q    And, Mr. Goldenberg, in that last response, when you said "we," is that your family?

A    My family, yes.

Q    So is that Leon --

A    Yes.

Q    Leon, okay.  So if I understood correctly, you had someone living in your home around that, let's say about 20 some odd years ago and she ended up marrying

Page 111

Abi Goldenberg

Mr. Litchfield and that's how you came to know him?

A    Yes.

Q    Okay.  So does Mr. Litchfield do intercom or security installations on all of Goldmont's buildings?

A    We're not married to him.  I mean, he -- generally speaking, he comes in at a good price and we get good deals, but we're not married to him.

Q    And that's a relationship between -- I'm speaking now of the business relationship between Goldmont Realty Corp. and Mr. Litchfield or his company.

Is that a relationship that you started?

A    No.

Q    Or Mr. Leon Goldenberg started or someone else at Goldmont?

A    Probably somebody else.

Q    Who might it be, if you know?

A    I don't.  Predates me, that's for sure.

Page 112

Abi Goldenberg

Q    Who are the other -- just -- just generally, who at Goldmont Realty Corp. would be responsible for intercoms security cameras?

A    Property managers.

Q    How many property managers does Goldmont Realty Corp. have?

A    Currently or over the years?

Q    Let's say currently.

A    Three.

Q    What are their names?

A    Marvin Basch, M-A-R-V-I-N, B-A-S-C-H.

Q    Anyone else?

A    Jonathan Samet, J-O-N-A-T-H-A-N, S-A-M-E-T.  And Sam Brown, S-A-M, B-R-O-W-N.

Q    Now, back to Exhibit 4, the correspondence here, the chat here begins on 9/11/19, September 11th, 2019.

Is that the first time that you exchanged WhatsApp messages with Mr. Litchfield?

A    It would seem so.

Page 113

Abi Goldenberg

Q    So you weren't, I don't know, let's say, texting, e-mailing?  You weren't communicating with him via app prior to --

A    Generally, we talk on the phone.

Q    And before September 11, 2019, were you in touch with him regularly or occasionally or almost never?

A    I'm not in management, so I don't really hire -- I don't really hire Yanky.  We have a more friendly relationship.  You know --

Q    So if I understand, Mr. Goldenberg, your answer correctly, your day-to-day responsibilities are not -- you're not involved, let's say, hiring intercom installers --

A    No.

Q    -- or security camera installers, like Mr. Litchfield?

A    No.

Q    But others at Goldmont, like you testified, Mr. Basch or Sam Brown,

29 (Pages 110 - 113)

Page 114

Abi Goldenberg

they would primarily be the personnel at Goldmont who would be contacting Mr. Litchfield, if needed?

A    Yes.

Q    Do you know if -- again, those individuals, Mr. Basch, Mr. Samet and Mr. Brown, were they in regular contact with Mr. Litchfield?

MS. GOLDMAN MOYAL:  To the extent you know.

A    I do not know the extent of the relationship at all.

Q    So you had a friendly relationship.  I mean, just as -- as friends or people who are friendly, I mean, were you -- did you see Mr. Litchfield often in, let's say, September or before then, 2019?  Did you see him --

A    Same as usual.  He comes to the office every once in awhile, if I'm there, I say hello to him.

Q    So September 11th, 2019, and I'm showing you here, this is Bates

Page 115

Abi Goldenberg

stamped Defendants 000130.  There is a series -- it looks like to me, these are -- I'm looking here.  5:10 p.m., Yanky Litchfield, and then there is a long block of text we'll go back to.  5:10 p.m. again, Yanky Litchfield.  5:10 p.m., Yanky Litchfield.  5:10 p.m., Yanky Litchfield.  5:10 p.m., Yanky Litchfield.  And it continues.  I am now going to Bates 131.  There's some more links here.  5:10 p.m., Yanky Litchfield, 5:10 p.m., Yanky Litchfield.  So I would say it's a -- a pretty -- it's almost a barrage, it's almost a long string of message after message after message that appears to have been sent sort of all at the same time.

Why was Mr. Litchfield all of a sudden -- again, if you had never been, let's say, exchanging messages with him before, why all of a sudden on September 11, 2019, at 5:10 p.m., was he sending you this barrage of messages; do you know?

Page 116

Abi Goldenberg

MS. GOLDMAN MOYAL:  Objection to the form.

Over objection, you can answer.

A    I can't answer for Yanky Litchfield, really, but I remember, if memory serves, at that point he was on some sort of chat, a vendor's chat or something like that.  And this was posted on a chat, and he just forwarded it all to me.

Q    So these -- now, again, I know the WhatsApp export here is not -- you lose a little bit of context here.  So are you telling me that these messages were messages that Mr. Litchfield was forwarding that you received from others?

A    Only -- if memory serves me, he forward them from a chat.

Q    So again, as Ms. Moyal would say, to the extent you know, did Mr. Litchfield, himself, write any of these messages?

A    No.  To the extent that I know,

Page 117

Abi Goldenberg

absolutely not.

Q    So these -- as far as you know, all of these were messages -- just to kind of recap.  These were all messages Mr. Litchfield received in a different chat --

A    He didn't receive them that day.  I think he was part of a group chat and somebody had -- had posted about 10, 12 posts and he copied them all and forwarded them to me at one shot.

Q    And had you spoken or e-mailed or communicated with Mr. Litchfield shortly before 5:10 p.m. on September 11, 2019?

A    Not that I remember.

Q    So this was -- I'm trying to put myself in your shoes, Mr. Goldenberg.  So out of the blue, you receive -- I don't know, your phone starts buzzing, one after another after another with messages from Mr. Litchfield --

A    Right.

Q    -- with these string of

30 (Pages 114 - 117)

Page 118

Abi Goldenberg

messages from Mr. Litchfield.

Was it -- did it come as a surprise to you?

A   I mean, Mr. Litchfield knew that I had business dealings with GateGuard.  I mean, he's my -- he did help me in the past with wiring issues that I'd had on a GateGuard, so he knew there was relationship here.  It's just -- I mean, it was a surprise because I wasn't anticipating it, but, you know, if it was posted somewhere and he sent it to me, I guess I wasn't surprised.

Q   So going back -- go ahead, sorry.

A   I'm sorry.  Just a wire got caught up.  Do you hear me?

MS. GOLDMAN MOYAL:  Yes.

Q   I hear you.  I don't see you very well.

A   My wire got caught in the chair, and it seems to have broken, so I just want to make sure the audio still works.

Page 119

Abi Goldenberg

Q   All set?

A   Yeah.

Q   So you just testified a second ago, Mr. Goldenberg, that Mr. Litchfield had done some work on at least one, let's say, GateGuard device; is that correct?

A   If I remember correctly, there was one device that needed to be wired.  I had called him down to wire it.  It is possible that he, you know, before that wiring, he knew that I was -- I mean, he did try to sell me an intercom sometime before I met Ari, he tried to sell me a different device that was too expensive for us.  And -- and at that point I told him that I can't do it, it's too expensive for us and that's when I went online to search for other devices and that's when I found -- fell into GateGuard.

Q   Okay, so --

A   So as soon as we were in a relationship, if I remember correctly, from these e-mails, it was in September

Page 120

Abi Goldenberg

of '18 or something, so as of September of '18, Litchfield knew that I was using somebody else.

Q   So Mr. Litchfield or his company, Metropolitan, as you referred to it, if I'm understanding your testimony now, in addition to wiring, he also sells intercoms; is that correct?

A   No.  No.  He wires intercoms.  He buys them and he wires them.  He introduced me to a vendor which, if I'm -- again, if I know correctly, it was a friend of his who was selling intercoms and he was going to hopefully install them.

Q   So just to recap it again because I think I've got it, but Mr. Litchfield and Metropolitan, do not, to your knowledge, sell intercoms, but they do install intercoms and Mr. Litchfield had referred you to a friend of his who was selling intercoms --

A   Right.

Page 121

Abi Goldenberg

Q   -- is that correct?

A   Yes.

Q   Who is the friend that he referred you to?

A   If I remember correctly, it was called MVI-something.

Q   And that was, again, if I understand, if I just understood you now, that was before, let's say, roughly September 2018, when you --

A   Yes.

Q   Okay.  And did you meet with MVI?

A   Yes.

Q   And you just -- you already testified, your conclusion was that it was too expensive for your needs --

A   Yes.

Q   -- Goldmont's needs?  Okay.

And Mr. Litchfield, again, I think you also testified to, I just want to clarify, Mr. Litchfield introduced you to MVI because he -- you understood he had some sort of an incentive?

31 (Pages 118 - 121)

Page 122

Abi Goldenberg

A    I don't -- I don't -- he doesn't always do things because he has a financial incentive.  It could be he was helping out a friend.  I'm not -- I can't really say why.  It could be he had an incentive and it could be he was just helping out a friend.

Q    Okay, understood.

A    Or he felt that he was helping us.  Could have been one of the three.

Q    Fair enough.

So Mr. Litchfield introduces you to MVI.  You make a decision that it's too expensive.  You --

A    I remember the e-mails from GateGuard.

Q    Yeah.

A    And then I look online for GateGuard.

Q    Right.

MS. GOLDMAN MOYAL:  Let him ask you the question.

MR. REINITZ:  Right.

Q    So you were in touch with

Page 123

Abi Goldenberg

GateGuard.  You purchased some of GateGuard's devices or services.  And do you recall approximately when Mr. Litchfield, as you testified a minute ago to, Mr. Litchfield was involved in -- whether it was installing or servicing the GateGuard intercoms?

A    He definitely did not install them.

Q    Okay.

A    If I remember, and, again, it's sketchy, that he helped me with one of them, with a wiring job on one of them.

Q    Okay.

A    But I don't have any recollection of the time.

Q    Do you recall the building that it was connected to?

A    There were several that he was called onsite for.  I don't remember -- at that point, since then, he's gone to try to fix a few of them, but I don't recall, no, I don't recall which building it was.

Page 124

Abi Goldenberg

Q    So back to the messages, here, Mr. Litchfield, as you testified, as you understand, receives these series of messages about, let's say, GateGuard or Mr. Teman or other issues, and forwards them or sends them to you, sort of, all in a -- in a batch, sort of one by one, on September 11, 2019, at 5:10 p.m.

A    In a batch.  Not one by one.

Q    Okay, so he forwards them all together.  I just mean they were presented here together, but all at the same time, basically.  And you then reply about 34 minutes later:  Thank you.

Did you ever have any other discussion with Mr. Litchfield after that about all these messages?

A    It's definitely possible.  Like I said, we had a friendly relationship.  It's possible we got on a call.  And I don't know -- I didn't run to call him that day, but there was probably a phone call at some point and he -- you know, I said what happened.  I don't recall.  I

Page 125

Abi Goldenberg

don't recall the exact details.

Q    You don't recall the details, but if I understood you correctly, it sounds like you probably did have some -- whether you spoke to him or you e-mailed him, there was some sort of a follow up --

A    I did not e-mail --

MS. GOLDMAN MOYAL:  Objection.  Mischaracterization.

MR. REINITZ:  Okay.

MS. GOLDMAN MOYAL:  He said it's possible, we're friendly, may have gotten on a call, but he was not sure.

MR. REINITZ:  Fair enough.

Q    Did you discuss these -- this, I would say, string of messages here, on September 11th, that you received on September 11, 2019, did you discuss them with anyone else after you got them?

A    Not that I recall.

Q    Just for context, here, again, September 11, 2019, if I understand

32 (Pages 122 - 125)

Page 126

Abi Goldenberg

correctly, at that point, Goldmont is using -- had been using GateGuard intercoms for, let's say, approximately a year, you agree?

A   Yeah.

Q   Roughly --

A   Roughly.

Q   -- roughly --

A   Roughly.

Q   Roughly a year.

And the substance of these messages are obviously pretty -- I would I'd say it's pretty insulting, certainly, to GateGuard and Mr. Teman.

MS. GOLDMAN MOYAL:  Is there a question there?

A   Insulting?  Insulting?  What insulting?

MS. GOLDMAN MOYAL:  Is there a question or --

(Simultaneous crosstalk.)

MR. REINITZ:  Well, I'm getting to the question.  Yes, that's my statement, and I am getting to a

Page 127

Abi Goldenberg

question.

MS. GOLDMAN MOYAL:  Thank you for the opinion.

MR. REINITZ:  Yup, my pleasure.

A   I just wish I saw this message in a year earlier.

Q   And I just want to ask about -- now, he provides you with the -- there's a link to GateGuard's website, here.  And the message here from Mr. Litchfield continues is:  However, what no one ever does is scroll down all the way to the bottom -- I am just going to highlight, here -- where his draconian terms are written down he locks all of his customers into a 360-month deal, yes, 30 years, and if you remove the unit or cancel the service, there is a $50,000 fine, yes, $50,000.  Eventually, his customers all rip it off because it's a horrible product that really doesn't work (check app store reviews), so he then sends them a 50K bill, and then sues them

Page 128

Abi Goldenberg

when they don't pay.

So let's work backwards, here.

Do you agree that GateGuard really doesn't --

MS. GOLDMAN MOYAL:  You are asking him -- sorry, you are asking him to agree about something that Mr. Litchfield wrote?  I'm asking.

THE WITNESS:  Mr. Litchfield did not even write it.  Mr. Litchfield forwarded it.

MS. GOLDMAN MOYAL:  Let me correct.

You are asking him to give his opinion about something that Mr. Litchfield pasted into a chat; is that right?

MR. REINITZ:  I am -- well, I'll ask it differently.  I don't think there's anything objectionable, but I am asking if he agrees that GateGuard doesn't really work as an intercom.

Q   Do you agree with that,

Page 129

Abi Goldenberg

Mr. Goldenberg?

A   I think that's a very broad question.

MS. GOLDMAN MOYAL:  I object.

Q   What --

MS. GOLDMAN MOYAL:  You can -- you can specify.

Q   Does Goldmont still use GateGuard intercoms at any of its buildings?

A   Yes.

Q   Approximately how many buildings does Goldmont use GateGuard intercoms at currently?

A   Seven, seven.

Q   Do the GateGuard intercoms at those seven buildings work as intercoms?

A   I'm sorry, it's still a very broad question.  It opens the door, if that's what you want to know.  It doesn't do all the things that it was promised to do.  It's not an artificial intelligence device.  It doesn't store the pictures. It's -- it has its limitations, so yes,

33 (Pages 126 - 129)

Page 130

Abi Goldenberg

it does release the door, if that's what you want to say working is, but it is very limited in its abilities.

Q    Well, so let's start simple. What does it do? You mentioned it opens the door.

A    Releases the door, yes.

Q    Releases the door. Does it do anything else?

A    No.

Q    Nothing, okay.

What -- you alluded to a few things it doesn't do. What doesn't the GateGuard intercom do, to your knowledge

A    One of the things we were told is that if your plumber needs to go into the building, you can set him up a code on an app, which not one time did it work. If you need to open the building for a real estate broker, you could send them a code for a specific time and he can go in. Not one time did that work. It told you that it can memorize people's faces, and not one time did that work.

Page 131

Abi Goldenberg

So, you know, it -- it does release a door which, you know, you can buy that product in Lowe's for $120 and that's about it. It has a fancy frame. But it doesn't do the things that it's supposed to be doing.

Q    Do you agree that --

MR. REINITZ:  I will ask it differently.

Q    Other than the seven GateGuard buildings that you just mentioned a minute ago, what other intercoms does Goldmont use at its other buildings?

MS. GOLDMAN MOYAL:  Ari, you meant other than the seven buildings, seven GateGuard buildings?

MR. REINITZ:  Yes. Let's back up.

Q    I think, Mr. Goldenberg, you testified that -- and please correct me if I get this wrong -- Goldmont manages approximately 50 to 100 apartment buildings; is that correct?

A    Yes.

Page 132

Abi Goldenberg

Q    Goldmont Realty Corp. manages between 50 and 100 buildings. You then, just a minute ago, I believe, testified that GateGuard intercoms are installed on seven of those buildings; is that correct?

A    Correct.

Q    So the remaining -- whatever it would be -- 50 to a hundred minus seven --

A    Yes.

Q    -- what other intercoms does Goldmont use at those buildings?

A    So again, I'm not in management, so I can't tell you every single building. I know that one of the more popular ones is called a DoorKing.

Q    I missed that, I am sorry, Door?

A    DoorKing is one of the more popular ones, but besides the DoorKing, I don't think we have door king in every one of our buildings. Besides the DoorKing, I'm not familiar with any other

Page 133

Abi Goldenberg

product. It's not -- it's not my job.

Q    Those DoorKing intercoms, are those serviced or installed by Mr. Litchfield?

A    They're installed by Mr. Litchfield.

Q    I'm sorry?

A    They are installed and serviced by Mr. Litchfield.

Q    And Mr. --

A    I'm sorry, not everyone. My managers do not have to use Mr. Litchfield, although he is probably the guy that they usually call, but there --

MS. GOLDMAN MOYAL:  Again, I don't want you to guess. To the extent you know.

A    To the extent I know. I can't tell you every single one. We don't have any company policy saying that Mr. Litchfield has every contract for our building, so I don't know.

Q    Sure. Okay. So now other than GateGuard and other than DoorKing, to

Page 134

Abi Goldenberg

your knowledge, Goldmont does not use any other intercoms? To your knowledge, again, I know that's not your purview but --

MS. GOLDMAN MOYAL: Asked and answered.

A    I do know that --

MS. GOLDMAN MOYAL: Okay, to the extent you just answered that, I'm going to tell him not to answer unless you have something else to say.

Q    Anything else, Mr. Goldenberg?

A    I would assume that we use other intercoms besides the DoorKing and GateGuard. I just don't have any knowledge of any company that we do use.

Q    So going back to 2018, you mentioned that you reviewed or you vetted the MVI device --

A    I didn't -- I had a meeting with them.

Q    Okay. You had a meeting with MVI, decided it wasn't a fit. Then I think you mentioned -- please correct me

Page 135

Abi Goldenberg

if I got this wrong -- you went online and searched for alternatives and found GateGuard; is that correct?

A    Yes.

Q    Okay. And ended up going with GateGuard for a number of buildings.

A    Yes.

Q    Was that a -- did you have a different set of responsibilities at Goldmont at the time that you were looking for intercoms, but now you are no longer responsible for intercoms?

A    I was never responsible for intercoms. They just let me in because I was tech savvy, so they thought that I should sit in on the original meeting with the MVI. And then once I went to that meeting, I just took the initiative to look for a similar service online to save the company money in my capacity as asset management, not in my capacity as management.

Q    And I believe -- just in your last response, just to clarify, you said

Page 136

Abi Goldenberg

they asked you to sit in the meeting, something like that.

Q    Who is "they"?

A    Whoever arranged the meeting with them. Again, it could be any one of my managers, it could be Yanky, it could be my father. I don't remember.

Q    So you don't remember how the meeting with MVI came about, but somebody pulled you in and said, hey, Abi, we want you to come sit in this meeting because you are tech savvy.

Q    Who was at the meeting with MVI?

A    Yanky Litchfield was there. I don't remember. I would assume Sam Brown was there. And it's possible Leon was there, but I don't remember if he was there or wasn't there.

Q    So definitely you, definitely Yankee, maybe Leon, maybe Sam, maybe some others.

A    Yeah.

Q    Anyone for MVI?

Page 137

Abi Goldenberg

A    Yeah. They had two or three guys at that meeting.

Q    Anyone else?

A    I do not know.

Q    So back to the WhatsApp chat messages with Mr. Litchfield. Again, we got a long sort of string of messages here about GateGuard, about Mr. Teman.

And the message here says: What no one ever does is scroll down to the bottom where his draconian terms are written down. He locks all his customers into a 360-month deal, yes, 30 years.

Are you familiar with the terms that are referenced here?

A    Yes.

Q    How are you familiar with these terms?

A    After my initial purchase of 10 devices, which was done on the phone with Ari without ever going to the website -- again, I don't mean -- I did see the website, but I didn't sign up on the website.

35 (Pages 134 - 137)

Page 138

Abi Goldenberg

So at that point, in February, maybe, of '19, he ran a promotion for free devices, and that was when I first saw this -- this 360-month deal.

Q    And that is, just to clarify, you saw this -- the terms that was on GateGuard's website?

A    Yes.

Q    And so what was your -- did you sign up?  Did you not sign up?  How did you respond when you were reviewing the terms?

A    It sounded a little scary to me and I asked Ari about it and Ari said, no, no, no, it's not for you, it's for bad customers, this and that, and this is to protect you so you never have to pay more than $50 a month for the next 30 years.  It's all about your protection.

Q    And --

A    And at that point we were very friendly and I trusted him, unfortunately.

Q    And so you reviewed the terms

Page 139

Abi Goldenberg

on GateGuard's website --

A    Not all of them.  I just quickly scrolled through a few things that stood out and I saw the $50,000, I saw the 360-month deal.  And he -- he made me feel comfortable that it didn't apply to me.

Q    So fair to say you reviewed some of the terms on the website?

A    It's 34 pages long.  I definitely did not read 34 pages.  I was already a customer of his without ever having to click on accept terms and conditions, so the first time we were a customer, we bought all of our devices through a phone call, he sent me an invoice and I sent them a check and that was it.  There was no signups, there was no agreements, there was no anything.

Q    Okay.

A    I don't even think I signed the contract.  I just paid an invoice -- I paid 10 invoices.

Q    And so going back to, you are

Page 140

Abi Goldenberg

on GateGuard's website, you are reading -- again, I think I just understood you to testify, you read some of the terms, maybe not all of them, but you read some of them.

A    I guess it's called skimming the terms.

Q    Okay.  You skimmed the terms you -- I think you testified that you raised some concerns with Mr. Teman about some of them.  You said, I think the term was scary, you felt some of them were scary; is that correct?

A    I was -- yeah, something like that.

Q    And then what?

A    And then I asked Ari, what's -- you know, because Ari was pressuring me because -- he was pressuring me because he wanted to inflate his numbers that we should sign up for 50 intercoms and he wanted me to do it now.  He's accustomed to doing it now, now, now, now.

So I said let me -- I said I

Page 141

Abi Goldenberg

never saw these terms and conditions before.  I am a customer of yours for six months, this is the first time I'm he seeing it, so I went to skim the terms and conditions and I said, Ari, this is crazy.  He said, no, no, it's not for guys like you.  No, no, we're friends.  Don't worry, it's just for bad people.  It's for people who aren't responsible.  It's to protect you, to make sure you are protected, make sure your prices don't go up.  And a bunch of things he kept saying like don't worry about these terms and conditions.  And like an idiot, yes, I believed him.

Q    You just mentioned that Mr. Teman was telling you things, just to paraphrase, certain terms maybe weren't for you, but were for bad people.

Was he telling you this, was this by e-mail or by WhatsApp or by phone or --

A    It was not by e-mail.  If I remember correctly, but I -- I can't say

36 (Pages 138 - 141)

Page 142

Abi Goldenberg

for sure, we were on the phone. There was definitely an exchange of -- meaning, there was an exchange on WhatsApp with me screen shotting the terms or something to him. I don't remember, but I -- I don't remember getting fully responded to there. I was on the phone with him at the same time, and we'd speak five times a day those days.

Q   So just -- again, just to kind of paraphrase, you weren't -- you were communicating --

MR. REINITZ:  Strike that.

Q   You went -- you were on GateGuard's website. You reviewed some of the terms. You took screen shots of some of the terms. You were communicating with Mr. Teman about some of the terms. And then what? And then at the end of that, let's say, that process, did you sign up or did you not sign up?

A   I signed up.

Q   Moving on to the second, I

Page 143

Abi Goldenberg

guess, page of these WhatsApp chats with Mr. Litchfield.

Mr. Litchfield -- well, I should say, whoever it is that is writing this -- let's take -- do you know who wrote these messages? If you claim it wasn't Mr. Litchfield, did Mr. Litchfield tell you who wrote them?

MS. GOLDMAN MOYAL:  Objection to form.

Over objection, you can answer.

A   I really have no clue, but if I -- if I understood or remember correctly, there were multiple people speaking on this chat that was for low voltage vendors, multiple people were stating their opinion.

Q   Okay.

A   I wasn't on that chat, so I cannot tell you who, I have no knowledge.

Q   So to ask it differently: You don't know, other than Mr. Litchfield who sent these to you, you don't know who

Page 144

Abi Goldenberg

wrote any of these messages, let's say, that you received on September 11, 2019?

A   Not one.

Q   So that's September 11th. Now, going back to maybe an hour or so ago, you testified -- I would say we looked at I think it was Exhibit 5, but either way it was the signed -- the agreement that was signed by Leon Goldenberg, it was 30 some odd pages that was sent by Mr. Rubinstein, I would say, on August 30, 2019. I'm happy to pull that back up, but if you could take my word for it right now, August 30, 2019.

And so these messages that you were getting from Mr. Litchfield are, what's that, about 10, 11 days -- less than two weeks later. You are getting a whole lot of messages from Mr. Litchfield that are pretty negative, I would say, about GateGuard and about Mr. Teman.

Did you -- did that cause you any concern about the agreement that Goldmont had signed or that, let's say,

Page 145

Abi Goldenberg

Leon Goldenberg had signed --

MS. GOLDMAN MOYAL:

A   At this point in time, there was nothing -- there was nothing there that he sent me that I didn't already know.

Q   So fair to say that this actually didn't -- you weren't -- you weren't particularly concerned about these messages --

A   I was very concerned about GateGuard, if you are asking that question. I was concerned before I ever signed that agreement on August 30th. I never wanted to sign the agreement. I was being threatened by Ari for a $5 million lawsuit. So I only signed it because I was trying to get him off my back. I figured I would mitigate the disaster by agreeing to give him $9,000, in my opinion, was a coercion, but I -- I was ready to pay $9,000 a building for the buildings to get him off my back. I never wanted to sign the agreement. I

37 (Pages 142 - 145)

Page 146

Abi Goldenberg never wanted to be in bed with him anymore. I mean, he -- you know, the -- the -- six months before that, Pesachim, he sends me a text message of him eating a cheeseburger during the Seder, what was that? That was just to tell me that he's upset at me and because of me, he is now eating chametz on Pesach. I already now that he was on drugs. I already knew that he was depressed. I never wanted to be in business with him. I never wanted to have anything do with him. I was just afraid of all these other things that he sent me, after everything else, that I felt this was the easiest way to get him off our back.

So no, this didn't -- this didn't surprise me at all, every single thing I knew about him and everything turned out to be true. I just wish I knew it a year before. At that point in time, there was nothing that Yanky was telling me that I didn't already know 10 times more than Yanky.

Page 147

Abi Goldenberg

And you can see from my reaction, I was not surprised, not one -- there was nothing in there that surprises me. It just further tells you the story about Ari Teman, unfortunately. Unfortunately had a good career path in front of him and fell off the bandwagon.

Q   You mentioned just a second ago, Mr. Goldenberg, that Mr. Teman had threatened you with, I think it was, correct me if I'm wrong, a $5 million lawsuit; is that correct?

A   Again, I don't remember the exact numbers, but something in that -- in that range.

Q   Approximately when did Mr. Teman make that threat?

A   March of 2019, approximately. Very approximately.

Q   And was that threat made by e-mail or text or some other way?

A   I can't tell you, but probably at first on the phone because in those days, like I said, we were talking all

Page 148

Abi Goldenberg the time, and I don't remember, but you have all of the messages, so you would know if it was in the WhatsApp or an e-mail.

Q   So it's your testimony that Mr. Teman approximately -- and I don't want to nail you down to a specific date, but at some time in, let's say, early to mid 2019, he threatened you or, let's say, Goldmont, with a -- you know, a multimillion dollar lawsuit?

A   Yes.

Q   And that -- okay, and that was concerning, I would assume and it sounds like from your testimony that was concerning to you?

A   Yes.

Q   Did Mr. Teman, at the time that he was making these threats, mention any basis, what the basis for the lawsuit would be?

A   Yeah. The contract. The contract.

Q   Okay.

Page 149

Abi Goldenberg

A   The $50,000 times however many buildings he had.

Q   So -- and how many buildings was that?

A   I don't remember offhand.

Q   So 50 --

A   I think it was 41, 39. I don't remember an exact number.

Q   Well, so let's work backwards, here. In March 2019, how many buildings was -- did Goldmont have, let's say, under contract -- I don't mean that in a legal sense, but how many buildings was GateGuard -- did Goldmont order GateGuard devices for in March 2019?

A   Well, Goldmont --

MS. GOLDMAN MOYAL:  Objection to form.

A   Ari Teman put on his website all the buildings he thought he got from public properties, he put that on his website and he basically said click here, click here, click here, and you have your order for free.

38 (Pages 146 - 149)

Page 150

Abi Goldenberg

So there was no -- I did not know the buildings. I did not -- I didn't even notice at the time that half the buildings we don't manage, half the buildings we don't own, half the buildings I don't have even the rights to click on there. He said put all your buildings -- I got all your buildings, just click all, click here, accept, accept, and you are going to get all these devices for free.

Q   You didn't -- let me ask this the right way.

You didn't review the list of buildings before you clicked accept?

A   No.

Q   So the list of buildings, let's just, for argument's sake, it could have been a list of all buildings, you didn't -- you had no connection to whatsoever --

A   Or a building that we sold three years prior that was still on building record as being ours or something like that. Or a building that

Page 151

Abi Goldenberg

we -- we don't manage anymore because management took away from us or management sold it or different company or who knows what. There was -- you know, our names are on records of -- I don't even know where he pulls his records from, so I can't answer that to you. But he definitely populated the website with our buildings.

Q   I am a little confused, so I just want to clarify.

So he populated -- your testimony is that Mr. Teman populated GateGuard's website with the buildings that -- I want to say it the right way -- buildings that at some point were connected to Goldmont, maybe?

A   Yeah, yes.

Q   Okay.

A   But not -- not -- not -- I would say there were probably a few buildings that were never connected to Goldmont but maybe to a partner of somebody that we manage, you know,

Page 152

Abi Goldenberg

that -- again, in relation, it could go in a million ways, so I don't know how vague you want to keep relation.

Q   And you sent -- and you went to the website, just referenced, that you claim Mr. Teman populated. And I want to be very clear on this, you did -- did you or did you not review the list of buildings before you signed up?

MS. GOLDMAN MOYAL:  Asked and answered. He's already answered that.

MR. REINITZ:  Can the reporter read back that testimony, then? Do you have it?

A   I can't say that I remember a hundred percent at that point if I read every single building or not, but I do remember, again, and this is as far as I remember that I clicked on click all or, you know, select all, a long list of buildings, it was a select all. There was agree to terms and conditions and something else and then submit.

Q   And you -- just to be very

Page 153

Abi Goldenberg

clear, Mr. Goldenberg, you went through and you clicked -- you agreed to the terms and conditions and you clicked submit?

A   Right. Right.

Q   And I know we touched on this like a minute ago, but all of the -- let's just say, sort of a general -- the gist, if you will, of the messages that Mr. Litchfield was forwarding to you, in September -- September 11, 2019, you testified a minute ago and I just want to be very clear on this, you -- you knew, I would say, a lot of the -- a lot of this information already about GateGuard or already about Mr. Teman that's before --

MS. GOLDMAN MOYAL:  Again, if that's the question, it's already asked and answered.

MR. REINITZ:  Okay.

Q   I am now flipping to the next page here on the -- this chat with Mr. Litchfield. And then there's some exchanges, it seems, you know, maybe

Veritext Legal Solutions
212-279-9424            www.veritext.com            212-490-3430

Page 154

Abi Goldenberg
about intercom installations, can I send -- I'm just reading here, from September 16, 2019. Yanky Litchfield says: Hi, Abi, I can send my guys to run the wire on East 22nd and 23rd today. Is there a super there?

So again, at the time were you more involved in the intercom or the wiring than you were today?

A    No, never was.

Q    Why was Mr. Litchfield messaging you about it, then?

A    I'm assuming it had to do with GateGuard, meaning he was running the wire for GateGuard.

Q    Is that -- East 22nd and 23rd, are those buildings of Goldmont's?

A    Yeah, those are Goldmont's, those are buildings that we manage that have GateGuards on them.

Q    Right. And --

A    And I reference -- I reference I'll ask Andrew, who was one of our property managers in 2019, because he was

Page 155

Abi Goldenberg
a property manager for that building.

Q    And so, again, Mr. Litchfield is contacting you because you, I would say, are the -- well, do you agree that you were sort of the primary contact at Goldmont for GateGuard and GateGuard intercoms?

A    Yes. The only contact.

Q    The only contact?

A    He had worked with Andrew, but just -- Andrew was helping him in different installations.

Q    I just want to circle back one more time.

Do you recall, regarding the lawsuit, the threats of million dollar lawsuits that you mentioned, you testified that Mr. Teman, in March -- approximately March 2019, threatened you with a $5 million lawsuit, and that, again, if I understand correctly, I want to be very clear about this, that was based on a claim of, let's say, $50,000 per building?

Page 156

Abi Goldenberg
MS. GOLDMAN MOYAL:  Objection to form.

Over objection, you can answer.

A    And that was the basis, I think.

Q    Do you know if he ever made that threat in writing?

MS. GOLDMAN MOYAL: Objection. Asked and answered, I believe.

But over objection, you can answer.

A    If it was, you have -- you have it. In the WhatsApps or in the e-mails.

Q    So moving on here, in December 2, 2019, there is, I would say, a string of -- I mean, it says media omitted here.

A    Yeah.

Q    So it's omitted. But this is -- I'm looking here, 7:06 p.m., 7:06 p.m. So kind of similar to the string of messages from Mr. Litchfield

Page 157

Abi Goldenberg
that we saw above.

What are all these -- what are these media here that you were sending Mr. Litchfield?

A    I asked -- I asked --

MS. GOLDMAN MOYAL:  Again --

A    I asked him if --

REPORTER:  I'm sorry, I can't hear anything. You're all speaking at the same time. So the last thing I have is:

What are all these -- what are these media here that you were sending Mr. Litchfield?

And then --

MS. GOLDMAN MOYAL:  Just adding -- just adding to the extent he remembers.

A    I asked Mr. Litchfield if I can update the alarm in my house to a smart alarm and he asked for pictures of my alarm board and I sent him approximately 15 pictures of my alarm board in my house.

40 (Pages 154 - 157)

Page 158

Abi Goldenberg

Q    So these are, as best you recall, these are pictures of alarm -- alarm systems in your house, let's just say?

A    Yes.

Q    And were there other -- I mean, Mr. Litchfield, here, doesn't appear to immediately respond, so were you speaking to him separately?

A    I probably -- I mean, 7:06 is when I get home about, so I was probably on the phone with him in the car and I probably said, you know, as soon as I get home, I'll send you the pictures. And then he probably called me and asked for some other pictures and I sent him other pictures, you know, a few -- an hour later. That's -- that's the extent of my knowledge of that communication.

Q    And the phone calls with Mr. Litchfield, that's by, just sort of regular, like cell phone, or is that WhatsApp call or what --

A    Regular phone, regular phone

Page 159

Abi Goldenberg

call.

Q    Okay. And then the next message in the exchange, here, Mr. Litchfield sends you -- the message says, I'm going to read it here, Shmuli, S-H-M-U-L-I, Taub, T-A-U-B, and then there's a phone number here, +1(929)888-5270.

Do you know anybody by the name of Shmuli Taub?

A    Yes.

Q    How do you know Mr. Taub?

A    Yanky Litchfield introduced me to him.

Q    Who is -- is --

A    I think -- I think you must know him if you have been suing him for the last three years, you probably have a lot of dealings with him back and forth. You probably just deposed him for a few hours, so something tells me you know Sam Taub.

Q    Sam, or is that also known -- he also goes by Samuel Taub?

Page 160

Abi Goldenberg

A    I don't know. We call him Shmuli.

Q    Shmuli?

A    But I think you know him better than I do.

Q    Your first -- did you first meet Mr. Taub through Mr. Litchfield?

A    If you want to get technical, when I was a little boy, he once did an installation job in my parent's house, so technically, I probably met him 25 years ago.

Q    Okay.

A    But I haven't been in contact with him for the last 25 years.

Q    And then the next time, was Mr. Litchfield -- or you testified a while -- a few minutes ago about the meeting with MVI at --

A    You know MVI -- you know MVI and Sam Taub is the same person, I guess, you are putting two and two together.

Q    My question was whether Mr. Taub was present at the meeting --

Page 161

Abi Goldenberg

A    No.

Q    -- with -- okay.

Mr. Taub absolutely was not present, but you recall --

A    Absolutely.

Q    -- you don't --

A    Absolutely -- absolutely not.

Q    And I am going to take a breath for half a second, here.

Mr. Goldenberg, you have a hard stop at 1:15 you said?

MS. GOLDMAN MOYAL: Yes. Do you need to take some more time? Do you need like five, 10 minutes before? Up to you.

THE WITNESS: I personally don't. You know, I need at 1:15.

MR. REINITZ: Just administrative-wise. So it's 1:15, and then we will be back on at 2:15. Is that?

THE WITNESS: That works for me if it works for you. That's my general schedule.

41 (Pages 158 - 161)

Page 162

Abi Goldenberg

MR. REINITZ: Shira, is that okay?

MS. GOLDMAN MOYAL: Yup, that works.

Q   So Mr. Taub -- Mr. Litchfield sends you Mr. Taub's phone number on December 5, 2019.

Had you -- at that point had you met Mr. Taub, other than that incident that you mentioned where he installed the intercom 25 years ago, had you met Mr. Taub before September -- December 5, 2019?

A   Not to the extent of my knowledge.

Q   Had you spoken -- putting aside the 25-year-prior --

A   No.

Q   -- installation, had you communicated with Mr. Taub prior to December 5, 2019?

A   Actually, I don't have a timeframe. I'm just -- I just assume from this message that this was the first

Page 163

Abi Goldenberg

time I called him.

Q   Okay.

A   But I -- I don't have a timeframe of when I actually first spoke with Mr. Taub. I just assume I asked Yanky for his number, and he sent it to me.

Q   So you -- in what context, because there's no -- as you can -- we are looking at it together, there is no context here. So what was the context in which you asked Mr. Litchfield for Mr. Taub's phone number?

A   I think at that point we both had Ariel Reinitz in common, and I just wanted to hear some of the way it's going to go.

Q   Is that -- can you be more specific as to what the common thread was between you and Mr. Taub?

A   I don't remember exactly the timeframe, but if I remember correctly I was either sued at that point or about to be sued. And I asked Yanky if I could

Page 164

Abi Goldenberg

speak to Sam Taub, because he was being sued as well, so, you know, I just wanted to know what to expect, you know, having never been involved in a lawsuit in 20 years.

Q   How did you know that Mr. Taub was -- as the lawyers would say, was involved in litigation with GateGuard?

A   I don't know. It was public knowledge. Maybe Yanky told me. Maybe I found it online. Maybe -- I -- I don't know. Maybe Ari -- Ari probably -- you know what, I knew it from Ari. Ari told me. Ari sent me the lawsuit on a WhatsApp document.

Q   So Mr. Teman told you --

A   Sent me the document of the lawsuit on a WhatsApp.

Q   The lawsuit, just to clarify, that's the lawsuit between GateGuard and MVI and Mr. Taub?

A   Yes.

Q   So what else, if anything, did Mr. Teman tell you about Mr. Taub?

Page 165

Abi Goldenberg

A   That they stole his whole -- that they had a meeting with him. They deceived him, and they stole everything from him.

Q   And just to go back to what you testified to a minute ago, so you -- at that point, whether you were involved in a lawsuit or you were about to become involved in a lawsuit with GateGuard, you asked -- I just want to clarify again, you asked Mr. Litchfield to connect you with Mr. Taub so that you could -- I don't know, let's just say -- compare notes with him about where -- what to expect; is that accurate?

A   I don't know what compare notes means, but, you know, maybe just a shoulder to cry on. Maybe just some sympathy.

Q   Fair enough.

So after you received the -- Mr. Taub's number, what did you do next? Did you call him? Did you message him?

A   I can't -- I don't remember at

42 (Pages 162 - 165)

Page 166

Abi Goldenberg

12/5/2019, but I'd assume at some point over the day, I would have called him.

Q    Called him directly, right? You know, just, out of the blue?

A    Copied the number, called, yes.

Q    So you didn't -- I don't know, you didn't send him a WhatsApp or a text or something or an e-mail before that?

A    You know what, I don't remember. I don't remember.

Q    Have you ever exchanged messages with -- WhatsApp messages with Mr. Taub?

A    A few. You have them.

Q    No, I don't think I do.

A    You should -- then I didn't. If I -- if I didn't -- if you don't, then I didn't do it.

Q    So you are --

A    I don't know. I don't know. I don't remember is what I -- I don't --

Q    Is it -- is it your testimony, Mr. --

A    I sent you e-mail -- I sent you

Page 167

Abi Goldenberg

e-mails between me and Sam Taub, that, for sure, you have in your possession.

Q    Okay.

A    I don't remember if I -- I do not remember if I WhatsApp Sam Taub or not. I don't remember.

MR. REINITZ: Ms. Moyal, maybe at the break you can produce -- if there are any WhatsApp messages we don't have.

MS. GOLDMAN MOYAL: Sure. To the extent, I know everything has been produced.

Q    Okay. All right. I want to clarify this, Mr. Goldenberg, because it is important.

Is it your testimony that you did or did not exchange WhatsApp messages with Mr. Taub?

A    At that point on December 5, 2019?

Q    Ever. Have you ever sent or received a WhatsApp message from -- to or from Mr. Samuel Taub?

Page 168

Abi Goldenberg

A    I really can't answer that. And there's definitely a possibility that we did exchange WhatsApps. The first form of communication we had after the phone call was e-mail. He sent me three e-mails which I forwarded. I don't remember. I just don't remember about the WhatsApp.

Q    We do have -- we'll probably look at them, I guess, after lunch. We do have a couple of e-mails from Mr. Taub to you.

Did you ever send a reply or send any e-mails back to Mr. Taub?

MS. GOLDMAN MOYAL: Again, to the extent you know.

A    If I -- if I did, you would have -- I would have forwarded it.

MS. GOLDMAN MOYAL: Again, I don't want you to guess.

THE WITNESS: I don't know, I don't -- I don't -- I really --

MS. GOLDMAN MOYAL: Then you should tell him that, so...

Page 169

Abi Goldenberg

Q    So Mr. Taub, so you pick up the phone -- if I understood your testimony a minute ago, correct -- you pick up the phone, you call Mr. Taub, and what do you say? Just, hey? Did you -- did you mention Mr. Litchfield in your conversation?

A    I don't remember.

Q    What did Mr. Taub tell you about his experiences with GateGuard?

A    They weren't positive.

Q    I would expect as much. Can you be a bit more specific? Did he tell you --

A    Did -- what? Did he tell me what? That he was being sued and that he hates them and that they're crazy and that they're trying to take away their business. I don't remember. You know, I can't -- we probably had three or four conversations since then. And -- I mean, one time he definitely said it's a frivolous lawsuit and -- and that Ari sent out an e-mail to all his customers

43 (Pages 166 - 169)

## Page 170

Abi Goldenberg

that they're closing down. He was very upset about that, that they were closing down and he wants all his customers. I remember that conversation.

Q   And in your last answer, Mr. Goldenberg, when you say "they," you are referring to MVI, MVI systems --

A   Yes, yes.

Q   -- that they were -- they were closing down, okay.

A   Ari Teman sent out a mass e-mail that MVI was closing down and all the customers should now come to Ari Teman. I do remember Sam Taub telling me that on a phone call. I don't remember if it was that conversation or a different one. I mean, I probably called him up, I told him I'm setting sued and he said me, yeah, it's going to be -- it's going to be hellhole.

MS. GOLDMAN MOYAL:  Again, I don't want you to say probably. I want --

THE WITNESS:  Okay.

## Page 171

Abi Goldenberg

MS. GOLDMAN MOYAL:  -- what you remember.

A   I -- I really don't remember the conversation, I'm sorry.

Q   When was the last time -- you mentioned a few conversations. When was the last time you spoke to Mr. Taub?

A   Do not remember.

Q   Was it within the last six months?

MS. GOLDMAN MOYAL:  If you know.

A   I don't remember. I don't remember. I really don't remember. I -- I -- I bumped into him one time at a real estate show. I think that was pre-COVID, so I just don't remember.

Q   Have you been in touch with Mr. Taub -- well, certainly since this lawsuit began, so have you been in touch with Mr. Taub in the last year, let's say?

A   I've probably, yes, had a phone

## Page 172

Abi Goldenberg

conversation with him in the last year, I just -- again, I do not remember.

Q   And what do you -- whenever it happened to have been, your most recent conversation -- you know, so I understand you had initial conversation with him, you mentioned, I think a shoulder to cry on, what -- the follow-up conversations, what were -- what was the substance of those? What were you guys talking about?

A   If, to the extent of my knowledge, we had a conversation about the suicide note, we had a conversation about his lawsuit. We had a conversation that he won his lawsuit, and he was going for appeal. And we had a conversation about -- about -- about this incident with -- with Ari sending out an e-mail to all his customers.

I mean, otherwise, I -- I had nothing to tell him about my lawsuit. I had no updates, so I don't remember discussing this lawsuit. I don't remember ever talking specifically about

## Page 173

Abi Goldenberg

this lawsuit with him.

Q   Beyond the lawsuits, you know, going back to where, I guess, where we started at least with respect to MVI did you guys ever talk business?

A   No.

Q   Did he ever want to --

A   No.

Q   Did Mr. Litchfield ever try to pitch you to install MVI --

A   No.

Q   -- systems for --

A   Again, since then, no.

Q   So going, now, to the next page, here, I think you allude to it a minute ago, so there is a whole bunch of -- sorry, 12/5, right, that is Mr. Litchfield sends you Mr. Taub's number. And then media omitted here. What's that? It looks like 9/23 at the same time or within the same minute, he sent you, I don't know, do you know what that was?

A   I do not.

44 (Pages 170 - 173)

Veritext Legal Solutions
212-279-9424          www.veritext.com          212-490-3430

Page 174

Abi Goldenberg

Q    9:24, a minute later, media omitted, do you know what that was?

A    I do not remember. I'm just trying -- I don't remember.

Q    9:55, right, media omitted, 10:12, media omitted, 10:49, media omitted. Okay.

I am not trying to play gotcha here, or at least not this time. It looks, this was actually --

A    Oh, these are voice notes. These are voice notes.

Q    Right. So --

A    These are voice notes back and forth. I can't tell you what they're about, though.

Q    And we asked you, is this a screen shot from your phone?

A    Yeah, appears so.

Q    Did you -- did you take that screen shot?

A    Appears so.

Q    Same thing here?

A    Yeah.

Page 175

Abi Goldenberg

Q    Is that from your phone?

A    Yeah.

Q    What kind of phone is it?

A    A Samsung Note 20.

Q    Is that -- do you have it with you?

A    Yes.

Q    So it's my understanding that all of these, some or all of these voice notes are no longer, you know, no longer playable?

A    Correct.

Q    Is that your understanding, too, you can't play any of these notes?

(Internet interruption.)

Q    I'm sorry?

A    If I tried to do it, if I tried to play it and it didn't play, then I do not have it. Unless -- unless there's some -- some other place where it's stored that I'm not familiar with.

Q    Can you check on your phone now? Can you see if the notes --

MS. GOLDMAN MOYAL:

Page 176

Abi Goldenberg

Objection. No, I'm not going to allow that. He's here for a deposition, not for an examination of his phone.

Also, it's 1:15, so I guess we should take a break right now.

MR. REINITZ:  Okay.

MS. GOLDMAN MOYAL:  And we will be back at 2:15.

MR. REINITZ:  So everybody, 2:15? All set? Okey doke, see you then.

THE VIDEOGRAPHER:  Off the record at 1:15. This marks the media unit number two. Thank you.

(Whereupon, a luncheon recess was taken.)

*    *    *    *

Page 177

Abi Goldenberg

[Whereupon, after a luncheon recess was taken, the following was had:]

A F T E R N O O N   S E S S I O N

THE VIDEOGRAPHER:  We are back on the record at 2:16, and this marks the beginning of media unit number three, thank you.

MS. GOLDMAN MOYAL:  Just on the record, I would like to reserve defendant's right to review the transcript before it's finalized.

MR. REINITZ:  Noted.

Q    Mr. Goldenberg, ready to go?

A    I'm ready to go.

Q    Before we broke for lunch, we were reviewing Plaintiff's Exhibit number 4. Pull that back up.

Mr. Goldenberg, can you hear me? Because I'm hearing a fair amount of background noise.

45 (Pages 174 - 177)

Page 178

Abi Goldenberg

A    I hear you.  My office door is closed.  There are people in the main hall talking.

Q    Okay.  Can you see Exhibit 4?  I will flip back to the top here.

A    Yeah.

Q    Again, this is the chat exchange.  WhatsApp chat, it's between yourself and Mr. Litchfield.  And we were in the middle of discussing, here, I'm looking at December 5, 2019, Mr. Litchfield are provided Mr. Taub's phone number to you, and you were describing how you had, I guess, contacted him and had a -- had a call with him about Mr. Teman, about your respective lawsuits were pending -- anticipated lawsuits.

MS. GOLDMAN MOYAL:  Objection to mischaracterization.  I don't know that he said that he was talking about his own lawsuit, but...

MR. REINITZ:  Okay, fair enough.

Page 179

Abi Goldenberg

Q    Did -- at any point during the conversation you had with Mr. Taub, did you discuss Mr. Teman's, let's say, his criminal -- the criminal prosecution that he was undergoing at the time, the criminal case he had?

MS. GOLDMAN MOYAL:  Objection to form.

Over objection, you can answer.

A    Perhaps.  I don't remember everything we spoke about.

Q    Turning to the next page, here.  A few days later, this is now here, December 11, 2019.  It's omitted, here, but there is a note, I believe the file name that was sent is Teman suicide note.  And is that Mr. Litchfield sending you Mr. Teman's suicide note?

And before you answer, I will flip here to the screen shots here, which, I believe, that's a pdf here.

A    It appears to me that he sent it to me.  I replied I sent this out.  He

Page 180

Abi Goldenberg

sent it to me.  I sent it to Taub.

Q    And that was -- to the best of your recollection, that was the same day that you received the suicide note?

A    I don't remember.

Q    How did you receive the suicide note?

A    WhatsApp.

Q    And that was from -- Mr. Teman sent it to you on WhatsApp?

A    Mr. Teman created a new chat that had several people on the lawsuit, several people that he was suing and I think you were on -- on the chat, as well, and Rabbi Jachter was on the chat.  And he sent it, I think, on that chat, I believe, if I remember.

Q    Well, I'm asking.  I was not on that particular chat.

A    You were.  You were.  It's okay, but you were.

Q    Okay.  So this was a -- if I understand correctly, it was a chat with multiple people, yourself and others, and

Page 181

Abi Goldenberg

he then sent, I guess he uploaded or he sent this pdf of a suicide note and that's how you received it; is that correct?

A    Yes.

Q    Okay.

A    It could be he also sent it in another chat, I don't remember, but he definitely created a chat that day with about 10 people in it, and he sent it in that chat along with some pictures.

Q    Okay.  Understood.

And then your message here to Mr. Litchfield -- now, do you know -- I apologize, I will take a step back.

Do you know how Mr. Litchfield got a copy of the suicide note?

A    No, I do not remember.

Q    Okay.  Did you ever ask him?

A    I don't remember that either.

Q    So you -- Mr. Litchfield sent it, this suicide note, here, as a pdf, to you?

A    Yes.

46 (Pages 178 - 181)

Page 182

Abi Goldenberg

Q   And you reply here -- I know it's a little dark, but I think you can make it out.  I'm reading, I believe this is your --

A   Yes.

Q   -- response:  I sent this out today.  He sent it to me!  I sent it to Taub.

When you say you sent to Taub, are you referring to Mr. Samuel Taub, Mr. Taub we spoke about before the break?

A   Probably, yes.

Q   Could it -- is there any other Taub that you might have been referring to?

A   I don't -- I don't think so.

Q   Do you recall how you sent it to Mr. Taub?

A   I do not remember.

Q   Could you -- did you --

A   It could have been -- it could have been an e-mail and it could have been WhatsApp.  I just don't remember.

Q   So most likely it was either

Page 183

Abi Goldenberg

e-mail or WhatsApp, you sent this suicide note to Taub -- to Mr. Taub?

MS. GOLDMAN MOYAL:  Again, I don't want you to guess.  If you know.

A   I don't.

Q   Fair enough.

Is there any other way other than e-mail or WhatsApp that you might have sent it to Mr. Taub?

A   I cannot -- I can't think of any.  I do not know.

Q   Did Mr. Taub respond or reply to you when you sent it to him?

A   I do not remember.

Q   Did you ever discuss the -- Mr. Teman's suicide note with Mr. Taub?

A   I probably did.

Q   Do you recall approximately when you spoke to him about it?

A   If I did, it would have been that day.  Or maybe the next day.

Q   And do you remember what, if anything -- do you know if Mr. Taub had received the suicide note before you sent

Page 184

Abi Goldenberg

it to him?

A   I -- I don't remember.  He could have been on that chat, I just don't remember if he was or wasn't.

Q   What did -- what did Mr. Taub tell you about the -- what were his thoughts about the suicide note?

A   The same -- the same thoughts everybody had.

Q   Let's start with you.

What thoughts did you have about it?

A   How far is he going to go to try to con us into giving him money.

Q   Okay.  So you -- fair to say you saw it as a -- a scheme, you know, some kind of a scheme Mr. Teman was playing to -- to try to get you to give him money?

A   Yes.

Q   Okay.

A   As the rest of that chat went.  Please give me money now, or I'm going to jump.  So he made it very clear his

Page 185

Abi Goldenberg

intentions was to get money out of us.

Q   Okay.  We haven't gone -- touched on it too much yet, but we -- we'll get to it, but take it a step back.

Did you ever discuss potentially investing in GateGuard with Mr. Teman?

A   Me, personally?

Q   Yes.

A   No.

Q   Did you ever discuss with Mr. Teman the possibility of others investing in GateGuard?

A   Yes.

Q   In those discussions, who -- who were you -- what others were you discussing potential -- potentially investing in GateGuard?

A   Leon Goldenberg.

Q   Leon Goldenberg, that's your father?

A   Yes.

Q   Anyone else during those conversations that you discussed

47 (Pages 182 - 185)

Page 186

Abi Goldenberg

potentially investing in GateGuard?

A   Can you -- could you quantify that question?

Q   Other than Leon Goldenberg, did you discuss with Mr. Teman any other individuals --

MS. GOLDMAN MOYAL:  Did you discuss what with Mr. Teman?

MR. REINITZ:  Yeah.

Q   I'm asking if other than Leon Goldenberg, which you testified to, you spoke to Mr. Teman about Leon Goldenberg potentially investing in GateGuard. Anyone else?  Was there any other people that you discussed with Mr. Teman --

MS. GOLDMAN MOYAL:  Objection -- objection to form.

Over objection, you can answer.

Q   Besides --

A   I'm not sure when you are talking about.  Are you talking about --

Q   At any time.

A   At any time, yes, I've

Page 187

Abi Goldenberg

mentioned other names.

Q   Okay.  Was that -- at any point did your discussions, let's say, with Mr. Taub, did you discuss -- did you mention to Mr. Taub that you had -- you were involved in discussions with GateGuard about potential investment, either for your father or others?

A   Again, could you please quantify that question?

Q   Sure.  You testified that you spoke to Mr. Taub a number of times about, let's just say, about Mr. Teman, about GateGuard.

Were any of those discussions, did you mention the potential investment that you discussed with GateGuard?

MS. GOLDMAN MOYAL:  Objection to form.

Over objection, you can answer.

A   You know, I don't remember specifically.

Q   In any of those discussions

Page 188

Abi Goldenberg

with Mr. Taub, did you discuss the agreement or any of the agreements you had with GateGuard?

A   Are you referring to this -- well, which agreement are you referring?

Q   Well, let's say, the last one, the most recent one that was signed, we saw that was signed by Mr. Leon Goldenberg.

A   I don't remember.

Q   Did you discuss with -- in any of your discussions with Mr. Taub, did it ever come up that Mr. Teman claimed that the Goldmont owed GateGuard money?

A   I would assume yes.  I mean, that's why we're here --

MS. GOLDMAN MOYAL:  Abi, I don't want you to assume.  I don't want you to assume.

A   I don't know.  I mean --

MS. GOLDMAN MOYAL:  Then that should be your answer.  I don't want you to assume anything.

THE WITNESS:  Okay.  Okay.

Page 189

Abi Goldenberg

Q   Did any of your discussions with Mr. Taub, did you describe any -- let's say, any problems that you had with GateGuard's intercoms?

A   I don't remember.

Q   In any of your discussions with Mr. Taub, did you discuss GateGuard's terms, some of the terms that we discussed before lunch today?

A   Yes.

Q   In any of your discussions with Mr. Taub, did you discuss whether or not, let's say, GateGuard's terms would be enforceable in court?

A   I don't remember.

Q   In any of your discussions with Mr. Taub, did you discuss this lawsuit?

A   Yes.

Q   I'm going to -- let's take a look, here, at Plaintiff's Exhibit 7.

(Plaintiff's Exhibit 7 was marked for identification, as of this date.)

Q   And I will zoom out and I will

48 (Pages 186 - 189)

Page 190

Abi Goldenberg

give you time, Mr. Goldenberg, to take a look at this. I just want to initially confirm this is the -- the suicide note we were talking about a minute ago that you --

A   Yes.

Q   -- received --

A   Yes.

Q   -- from Mr. Teman. Page 2, page 3.

Do you want to read through it?

A   No.

Q   Looks good? Okay. Fair enough.

So in this suicide note, there are a number of individuals mentioned. There's yourself and Leon Goldenberg, Jacob Rubinstein, who we discussed before, who was the attorney that was involved in this -- in the agreement, in connection with the agreement. Mark Silber of Rhodium.

Do you know Mark Silber?

A   Not personally.

Page 191

Abi Goldenberg

Q   Do you know of Mr. Silber?

A   Again, only through this.

Q   Have you ever -- to your knowledge, have you ever met Mr. Silber?

A   I never met Mr. Silber.

Q   And Joe Soleimani and his brother, Ben. We touched on them briefly this morning.

Have you ever met Mr. Soleimani -- let's be specific. Have you ever met Mr. Joseph Soleimani?

A   I don't believe so.

Q   Had you ever -- I know you testified already you have spoken to, you've communicated to both Joseph and Benjamin Soleimani.

Had you communicated with either of them before receiving this note?

A   I don't remember the timeline. I don't -- I don't believe it was before this note, but I don't know.

Q   Now, if we go a little further down, here. There's a mention here of

Page 192

Abi Goldenberg

MVI systems.

Is that, as far as you know, that's the MVI that we spoke about earlier today that you considered at a time to use for Goldmont, but ultimately decided against using it; is that correct

A   Yes.

Q   Samuel Taub, that's the Mr. Taub that we discussed earlier.

Is that your understanding?

A   Yes.

Q   He is affiliated with MVI systems.

Shragie Aranoff. Do you know Mr. Aranoff?

A   No, I don't.

Q   There is another individual here named Jacob Guttwillig.

Do you know who Mr. Jacob Guttwillig is?

A   No.

Q   I'll assume, but instead of assuming, I'll ask: You have never spoken to Mr. Guttwillig?

Page 193

Abi Goldenberg

A   No.

Q   Have you ever communicated with Mr. Guttwillig?

A   No.

Q   Okay. And there's another individual here named Daniel Alessandrino. We mentioned Mr. Alessandrino briefly this morning.

Have you -- had you spoken to Mr. Alessandrino before receiving this note?

A   I don't -- again, I don't remember the timeline. I spoke to him -- I spoke to him twice. I just don't remember if it was -- I don't remember.

Q   When -- when -- do you know what the dates were of those --

A   No.

Q   -- conversations?

A   No.

Q   Were those in-person conversations --

A   No.

Q   -- or on the phone?

49 (Pages 190 - 193)

Page 194

Abi Goldenberg

A   On the phone.

Q   So you spoke to Mr. Alessandrino by phone.

Did he call you?  Did you call him?

A   One time, he called me.  And one time, I called him.

Q   Do you know if that was before this lawsuit was filed, which is, let's just say, first week in December 2019?

A   I think -- I don't remember.

Q   And did you call him first?

A   No.  The first time -- if I -- I believe the first time he called me.

Q   Okay.  And he called you.  Did you know -- did you expect him to call you or was it a surprise?

A   I was expecting -- I was expecting it.

Q   And how did you know to expect --

A   Somebody -- somebody gave him my number.  One of the people in this list, I just don't remember which one.

Page 195

Abi Goldenberg

Q   So one of the -- just to be clear about the list, you are saying one of the individuals we've mentioned in this --

A   That I have had contact with.

Q   It wasn't Abi Goldenberg, I assume?

A   No.

Q   Was it Leon Goldenberg?

A   No, no.

Q   Okay.

A   It was either Sam Taub or Joe Soleimani.

Q   So either Mr. Taub or Mr. Soleimani, to your knowledge, gave Mr. Alessandrino your number and they then -- either -- let's say either Taub or Soleimani, then, gave you a heads up, let's say, that Mr. Alessandrino would be calling you?

A   They said they passed on my number because he wanted to interview other people that were -- that had complaints.

Page 196

Abi Goldenberg

Q   And complaints, we are talking about, specifically complaints about GateGuard?

A   Yes.

Q   Or complaints about Mr. Teman?

A   Yeah.  I mean, I don't -- I think it was more about GateGuard.  You know what?  I don't remember.

Q   So do you know if those were by e-mail?  Did you get any e-mails --

A   No.

Q   Okay.  By phone or WhatsApp?

A   Yeah, yeah.

Q   Okay.  Well, what -- did you -- were there any WhatsApp chats about --

A   No.  Chats?  No, no.  Someone sent me a message, I just don't remember what it was.

Q   What kind of message?

A   A text message.  I don't remember.  I think -- I think somebody sent me his number.  I don't remember.  Or someone -- I don't -- I really -- I don't remember.

Page 197

Abi Goldenberg

Q   In the suicide note, here, Mr. Teman writes that:  They -- again, I don't want to ask you to interpret too much what he -- you know.  They are rich.  Let's say, yourself and Leon Goldenberg and maybe your -- maybe Goldmont, they are rich and will fight for years before paying the bill --

MS. GOLDMAN MOYAL:  Wait.  Can you read at least the entire sentence so we have some context?

MR. REINITZ:  Sure.

MS. GOLDMAN MOYAL:  Instead, their "Frum" lawyer --

Q   Instead their "Frum" lawyer told our attorney on a recorded call (ask him!) That they are rich and will fight for years before paying the bill.

Is the notion that -- do you agree -- well, let's just start with you.

Do you intend to fight for years before paying the bill that's due?

A   I never made such a statement.

Q   Okay.

50 (Pages 194 - 197)

Page 198

Abi Goldenberg

(Reporter asked for clarification.)

A   I never made such a statement.

Q   The next sentence here: In his office months ago, Leon even laughed to me about how vendors are idiots to think they'll get paid.

Were you present when, as Mr. Teman recounts, Leon Goldenberg made such a statement?

A   I do not remember this statement.

Q   Did you ever -- have you ever heard Leon Goldenberg make comments about paying or not paying vendors?

A   Leon Goldenberg pays every single vendor that exists. 2,200 vendors. Not one vendor has owed one red cent, so he would never make such a comment, unless it was facetiously.

MR. REINITZ: I am going to close this out, here. Just give me a second, here. I'm going to send you a couple of exhibits, Ms. Moyal.

Page 199

Abi Goldenberg

(Plaintiff's Exhibit 8 was marked for identification, as of this date.)

MR. REINITZ: I am going to show you here, Plaintiff's Exhibit 8.

Q   Let me know when you can see it, Mr. Goldenberg.

A   I see it.

Q   And this is --

MS. GOLDMAN MOYAL: You sent it?

MR. REINITZ: I just sent it.

MS. GOLDMAN MOYAL: Okay. I think it's just coming.

Q   This is an e-mail that Mr. Taub sent to you from Samuel Taub to AGoldenberg@goldmontrealty.

That's your e-mail, right, Mr. Goldenberg?

A   Yes, yes.

Q   Forward: False Teman claims of MVI "going out of business."

Mr. Taub writes here: See below the e-mail I had to send out after

Page 200

Abi Goldenberg

his false claims about my company.

And that was on December 10, 2019.

Is this the e-mail that you had, I believe testified before lunch today that Mr. Taub was -- I think, you characterized, he was really upset about Mr. Teman claiming MVI was going out of business. Is this the e-mail you were referring to that you understand Mr. --

A   Possibly.

Q   And I apologize, I should have shown it to you first, here. Take your time, read through it.

A   It has nothing to do with me, so I have nothing to read.

Q   Okay. So December 10, 2019, Mr. Taub sends you this e-mail.

What was the context? Was this part of your conversation with him about, you mentioned that you were, let's say, comparing notes about your lawsuit and his lawsuit with GateGuard.

Was this part of that

Page 201

Abi Goldenberg

discussion? Is that why he sent this to you?

A   I don't remember.

Q   But you did testify that he told you about being upset, about Mr. Teman or GateGuard's claims that MVI was going out of business?

A   He definitely told it to me. Could be it was this e-mail. I just don't remember the context. Like I said, I don't remember the exact phone calls or I don't remember the exact -- I know he had mentioned this. It could be this is how he mentioned it to me.

Q   Okay. And there is a -- I will note here, there is a reference to the terms that we discussed earlier today. Please note that by requesting a quote, you will be signing up for 360 months, 30 years! All of your buildings. And you will need to pay 50K for any building that you decide not to deploy this product on or to take it off.

Did you ever discuss that with

51 (Pages 198 - 201)

Page 202

Abi Goldenberg

Mr. Taub, any aspect of GateGuard's terms --

A    I don't remember.

Q    -- as far as the length of the agreement is concerned?

A    I don't remember specific conversations.

Q    I am now going to show you Plaintiff's Exhibit 9.

(Plaintiff's Exhibit 9 was marked for identification, as of this date.)

Q    And this is also -- let me know when you can see it, Mr. Goldenberg.

A    I can see it.

Q    The subject here is:  More Teman lawsuits.

And the date, also, December 10, 2019, the same date as the last e-mail we just looked at from Samuel Taub to A. Goldenberg, more Teman lawsuits, see attached.

And there are three attachments here, which are -- I apologize, I will

Page 203

Abi Goldenberg

let you -- there are 45 pages here, so they're kind of long, but I will flip through it for you. If you can tell me how much time you need. But the file names are 20190708USvTeman_hearing. The second pdf is Teman e-mails. And the third is 6529X06 Amended Notice of Criminal Transfer to Southern District of New York.

So here is the first document. Let me know when I can flip to the next page.

A    You could -- I don't think I have to read this.

Q    I will just flip through it, then. The first is a letter from the firm Koss & Schonfeld to Mr. Teman regarding Big City Realty LLC, PCR.

Are you familiar with Big City Realty?

A    No.

Q    And that's signed by Mr. Schonfeld, who is one of your attorneys in this case?

Page 204

Abi Goldenberg

A    Okay.

Q    The second document here is a, I would say, a docket sheet from Mr. Teman's case in the Southern District of Florida. And there are a number of documents here. This is Mr. Teman's arrest warrant. This is the Complaint charging with Teman with bank fraud.

Did you at any point, Mr. Goldenberg -- I'm not going to quiz you on it, but did you read these documents at any point?

A    Probably.

Q    I am going to flip through these kind of quickly, here. So this is the criminal complaint. The criminal complaint is signed, I'll note, by Daniel Alessandrino, who we discussed a minute ago.

This is, again, another part of the docket, Mr. Teman's -- some more documents that are part of the docket in Mr. Teman's criminal case. I'm just going to flip through those rather

Page 205

Abi Goldenberg

quickly. Again, an arrest warrant. There are more documents that are part of this. This is a transcript of Mr. Teman's hearing, I'm not sure if it's his arraignment, legal proceedings in Florida in connection with his arrest. And that's the end.

Now, Mr. Taub -- I am going back to the top, Mr. Goldenberg.

Mr. Taub forwarded these documents to you. Did you discuss any of them with him?

A    Subsequently?

Q    At any time did you discuss any of these documents with Mr. Taub?

A    I don't remember.

Q    Do you remember if you discussed any aspect of Mr. Teman's criminal charges against him with Mr. Taub?

A    I'm not saying I didn't. I just -- I don't remember specific conversations about Teman. I mean, it was a general complaint about Mr. Teman.

52 (Pages 202 - 205)

Page 206

Abi Goldenberg

I can't tell you if we discussed his criminal case, if we discussed his lawsuit against BCR. I can't tell you what -- you know, I just don't remember the conversations.

Q I am now going to show you, Mr. Goldenberg, this is going to be Plaintiff's Exhibit 10.

(Plaintiff's Exhibit 10 was marked for identification, as of this date.)

Q Let me know when you can see it.

A I see it.

Q And this is a -- I would say, is a court alert, in the case of 3660 Broadway BCR, et al. versus GateGuard, Inc., et al.

I'm going to now flip down to the third page. This is dated, again, December 10, 2019, same date as the last two e-mails from Mr. Taub. Mr. Taub forwarded this to you, and he writes here: See below.

Page 207

Abi Goldenberg

And below that is a message from Simcha Schonfeld to Mr. Taub regarding the case 3660 Broadway BCR versus GateGuard Inc.

Why did Mr. Taub send you this e-mail?

A He sent me three e-mails in a row, as you can see, at 12:12, 12:18 and 12:20. Again, I don't remember the timeframe, but I think you said that the first time I got his number was at 12:05, five days prior. We may have spoken the day before. And he just said, hey, look, what's going on with him. I just don't remember -- I don't remember the specific conversations, but he was obviously trying to establish that I'm not the only one that's going through this. Don't worry, there are other people out there. But, again, I'm -- I'm talking to Sam, which I have no idea why he sent it. I just don't remember.

Q Understood.

Approximately when did you

Page 208

Abi Goldenberg

retain the firm Koss & Schonfeld? Was Koss & Schonfeld representing you before this lawsuit was filed? Let's say before --

A No.

Q Make it simple --

A No.

Q Before December 2019?

A No.

Q Did you retain -- so you retained Koss & Schonfeld after this lawsuit was filed; is that correct?

A Yes.

Q Did you ever discuss Koss & Schonfeld with Mr. Taub?

A I believe so.

Q What did Mr. Taub tell you about Koss & Schonfeld?

A He said he's a good lawyer.

Q And did Mr. Taub -- well, do you know if Koss & Schonfeld represents Mr. Taub?

A I do not. I do not know.

Q Do you know if Koss & Schonfeld

Page 209

Abi Goldenberg

represents MVI in any matters?

A I do not know.

Q Did Mr. Taub tell you anything about the -- in your discussions with him or your other correspondence with him, did Mr. Taub tell you anything about the -- this BCR, 3660 Broadway BCR case against GateGuard and Mr. Teman?

A Besides sending this e-mail?

Q Did you discuss any other aspects, anything else related to this case?

A I don't -- I don't remember.

Q And Mr. Goldenberg, can you just -- have you spoken to Mr. Taub at any point, let's say, in the last six months?

A I think you asked that already.

Q Okay.

MS. GOLDMAN MOYAL: Asked and answered.

Q The last three months?

A No.

Q Okay. Do you know if anyone

53 (Pages 206 - 209)

Page 210

Abi Goldenberg

else at Goldmont has been in touch with Mr. Taub in the last few months?

A    I wouldn't know.

MR. REINITZ:  I'm just sending you another exhibit, Ms. Moyal.

(Plaintiff's Exhibit 11 was marked for identification, as of this date.)

Q    Mr. Goldenberg, I am going to show you Plaintiff's Exhibit 11.  Let me know when you can see it.

A    I see it.

Q    And this is -- it's 24 pages, so it's not short.  And this is a -- again, an extracted WhatsApp chat sequence between Mr. Teman and yourself. And I'll -- if you want to read through it or take your time to look it over, let me know.

MS. GOLDMAN MOYAL:  And this was also produced, but does not have Bates stamps?

MR. REINITZ:  That's right.

Page 211

Abi Goldenberg

This is -- just to be very clear, I'm going to get to it.  This -- there's the text and then there's the images and what I did here, I'm not playing games, we -- I incorporated some of these images instead of -- it will have a file name here.  And so we just put it in line instead of having to jump back and forth.  But that's -- otherwise, all the texts have all been produced.

Q    Do you want to take a look at this, Mr. Goldenberg?

A    Again, there's not much on the first page.

Who is GG?

Q    GG, in one of the extracted, GateGuard had a backup, I think a backup device.  So on one of the extracted WhatsApps, it came out as GG instead of Teman.

MS. GOLDMAN MOYAL:  And Mr. Reinitz, you are sure that the photo, that the images corresponds to

Page 212

Abi Goldenberg

the number --

MR. REINITZ:  Yeah.

MS. GOLDMAN MOYAL:  -- that you attached --

MR. REINITZ:  Yeah, I'm happy to --

MS. GOLDMAN MOYAL:  -- every one of them?

MR. REINITZ:  Yes.  I am happy to show them to you -- yes. This is so I don't have to bounce back and forth.

MS. GOLDMAN MOYAL:  As long you are representing --

THE WITNESS:  How can I --

MR. REINITZ:  I am representing, yes, that each one of the files here is reproduced below in full.

MS. GOLDMAN MOYAL:  Each image JPEG file --

MR. REINITZ:  Yes.

MS. GOLDMAN MOYAL:  -- attached.

Page 213

Abi Goldenberg

MR. REINITZ:  I will be very clear.  I have not included all of them.

THE WITNESS:  Yes.

MR. REINITZ:  I have only included some.  I have this batch. And again, I have all -- I can show you every single one.  This is just a -- I don't know, a demonstrative, I guess, for simplicity, so for the screen share, but every last image that we have and all the extracted files have been produced and you can double check me on all of them.

MS. GOLDMAN MOYAL:  All right.  As long as you're representing to us.

MR. REINITZ:  Yeah, yes.

A    Okay.  Okay.  Okay.  Okay. Okay.  Okay.  Okay.  Okay.  Okay.  Okay. Okay.  Okay.  Yeah.  Okay.  Okay.  Okay. Okay.  Okay.

MS. GOLDMAN MOYAL:  I am going to object to this communication

54 (Pages 210 - 213)

Page 214

Abi Goldenberg

because it says that "this communication is sent for settlement purposes only."

MR. REINITZ: Okay.

MS. GOLDMAN MOYAL: So I don't know that this should be used as an exhibit in the first place.

And to the extent that it applies to the whole document, then the entire thing should be redacted, since it says "settlement purposes only."

MR. REINITZ: Let's make this simple, because I don't know that I'm that interested in this page anyway.

MS. GOLDMAN MOYAL: I don't know that it applies only to this page. That's my point.

MR. REINITZ: Okay. Mr. Goldenberg -- really?

MS. GOLDMAN MOYAL: I don't know what it applies to.

MR. REINITZ: Okay. We can ask the person who wrote it.

Page 215

Abi Goldenberg

Q    Mr. Goldenberg, when you wrote, "this communication is sent for settlement purposes only," were you referring to Mr. Teman's communications, let's say, months or years prior or were you referring to the message that you sent?

MS. GOLDMAN MOYAL: Was it to multiple messages? Was it to just one message? I don't know.

MR. REINITZ: Like I said, I'm very happy to redact that. I have no interested in this specific page --

MS. GOLDMAN MOYAL: To the extent Abi can respond to that, that's fine. If he can't, I -- I don't think that -- I think the entire thing should be redacted.

MR. REINITZ: Like I said, I will stipulate to redacting the entire message. The documents have all been produced in multiple form. This is clearly -- Ms. Moyal, this is a message at the very end of a --

Page 216

Abi Goldenberg

MS. GOLDMAN MOYAL: That's fine. You said you were going to ask him --

MR. REINITZ: -- lengthy correspondence.

MS. GOLDMAN MOYAL: So if he can confirm that --

Q    On what basis --

MS. GOLDMAN MOYAL: -- that's fine.

Q    On what basis could a statement in this context apply -- can that apply to in the statements he made, messages he sent, months or years prior?

MS. GOLDMAN MOYAL: Right. But if he is saying about this that this is for settlement purposes only, then that should not be used here or included in the first place in an exhibit.

MR. REINITZ: I -- like I said, I am happy to stipulate to redacting this page, if you would like. I have no interest in it. I'm

Page 217

Abi Goldenberg

showing Mr. Goldenberg the entirety.

If I -- if I didn't show him a portion of it, you would have a right to say, well, show him the whole sequence, show him the whole check. So you know --

MS. GOLDMAN MOYAL: That's fine, you said you were going to ask him, so you can ask.

Q    Mr. Goldenberg, when you wrote on December 15th, 2019, "this communication is for settlement purposes only," were you referring to messages you had sent months or possibly years prior or were you referring to, let's say, the messages you had -- message you had just sent to Mr. Teman, let's say, on December 15, 2019?

A    I was not -- I was not referring to messages from years prior.

Q    Thank you, okay.

A    But I was -- I was referring to any sort of back and forth technical in the -- in the days, you know, in the days

55 (Pages 214 - 217)

Page 218

Abi Goldenberg

and weeks leading up to that.

Q    So fair to say, let's say, for simplicity, because, again, I'm flipping back here. You want to go to the end and then --

A    I think we are at the end, no?

Q    Yes. That's the last page.

A    Okay.

Q    So just looking back here --

A    Yeah.

Q    -- let's start with December, right? We are in July. We agree it doesn't apply to communications -- I don't even know that you -- okay, your last response before that is July 12, 2019.

Can we -- do you agree, Mr. Goldenberg, that your statement "for settlement purposes only" that you made in December -- I will flip back to it -- December --

A    Could you scroll --

Q    Yeah.

A    -- could you scroll up one page

Page 219

Abi Goldenberg

before that? Right there.

Q    Can you agree that --

MS. GOLDMAN MOYAL:  Let him have a look. If you go back up one.

MR. REINITZ:  Sure.

MS. GOLDMAN MOYAL:  Thanks.

A    Yeah, I don't believe that anything prior to that message was part of the settlement purposes only.

Q    Thank you.

And, again, I just want to be very clear. I don't think you were -- between July 12, 2019, and February, I think this is all Mr. Teman, Ari, Ari, Ari, Ari, so that's all -- I don't think you responded, so it wouldn't make much sense for that to be the case. But okay, so now that we've gone through that lengthy chat, we are going to go all the way back up here to February 6, 2019 -- oh, I'm sorry. Here, this is GG again. That's from a backup device, but this is Mr. Teman writing.

We started the device giveaway

Page 220

Abi Goldenberg

and already in under two hours we have orders from Philly, Newark, Brooklyn. The locksmith called. I think he is your locksmith and wants to push the devices too. Thankfully it's going even better than expected. Very quickly I will send you a link as I mentioned so you can get the rest of the devices free.

I know it was a few hours ago, but to your knowledge, is that -- when you referenced Mr. Teman, let's say, populating GateGuard's website with a bunch of buildings from Goldmont, is that what you are referring to, this language?

A    Yes, I think so.

Q    So you responded here a day later, that's February 7th of 2019: Please do, we would love that.

Mr. Teman responds the same day: Here you go. And he provides a link GateGuardxyz/order/key/.

Mr. Teman says: Please let me know if there are any edits. You can add/remove buildings from the list.

Page 221

Abi Goldenberg

Okay?

You respond: -- that's a voice message which has been produced separately but I won't make you listen to it now.

Then there is a discussion here. I believe it was in response to some questions you had. Mr. Teman says: The pricing is $49 per month. First two years paid upfront. If you run a cat5 cable that's $849, but you might be able to do wi-fi on many buildings with Entech so you can wait on that.

When Mr. Teman wrote here, the pricing is $49 a month first two years paid upfront, did you understand at the time that that was the only -- those are the only terms of the proposed agreement between GateGuard and Goldmont, or were there other terms that might be applicable?

A    Yes, I assumed, when he said free, he meant free plus this $1,200 plus perhaps 849 if I needed a wiring, which

56 (Pages 218 - 221)

Page 222

Abi Goldenberg

would come out to $2,000 per device.

Q   And then, I believe this is -- well, I am not going to put words in your mouth.

Is this -- when you testified earlier today about taking some screen shots of the terms that you were reading, are these the screen shots here?  I'm showing you Abi Goldenberg, this is the image file, and then there is the screen shot here with a note from you:  Some of this stuff is scary.

A   Yes.

Q   Is that what you were referring to?

A   Yes.

Q   And what specifically, if you recall, what did you find scary about the picture here?

A   I think if you scroll down, you will see what I was referring to.

Q   So starting with this image, is there anything that you felt at the time was scary in this screen shot?

Page 223

Abi Goldenberg

A   Probably removing/disabling device, $50,000.

Q   Next image, here, again, you can take a look.  Anything scary in that image?

A   Yes.

Q   What was scary?

A   You agree we transfer the right to replace to anyone at our sole discretion.  You agree we may access your properties 24/7/365 (always, at any time), and that you will provide access on request within 30 minutes at any time.  You agree we may install, break, drill, replace, and/or modify locks which provide access to any area... you agree to provide GateGuard access to any room, section, floor... you agree that any time over 90 minutes will be billed to your -- to you at our hourly rates.

I think every one of those sentences are pretty scary from my perspective.

Q   Okay, fair enough.

Page 224

Abi Goldenberg

Has -- to your knowledge, has GateGuard, I don't know, acted on any of these terms?  Has it accessed Goldmont's properties, I don't know, at odd hours or without your permission; do you know?

A   To my -- I mean, the original wiring was done on a Sunday, and I know my supers were very upset about it.  But since the initial install, I don't believe that they have.  But they're reserving the right, which, again, from my perspective, is scary.

Q   Understood.

Here's another -- another couple of screen shots here.  Again, I want to be very clear, Mr. Goldenberg.  You took these screen shots; is that correct?

A   It's my computer.  I mean, yeah, I would assume it did.

Q   Now, in some of these -- sorry to flip here.  I'm looking at the second image on this page.

A   Okay.

Page 225

Abi Goldenberg

Q   And there are a number of properties listed, 20 Baughman Place, Brooklyn.

Is that one of Goldmont Realty's properties that it manages?

A   Yes.

Q   141 St. Marks Place, Staten Island.

Is that one of Goldmont's properties that it manages?

A   Yes.

Q   1610 Avenue R, Brooklyn, New York, is that one of Goldmont's properties that it manages?

A   Not anymore.

Q   Okay.  And I notice here that there are check boxes next to each building.  20 Baughman and 141 St. Marks Place are checked.  1610 Avenue R is not checked.

Do you -- did you uncheck that box?

A   I would assume so.  I -- I do remember a select all button on the top,

57 (Pages 222 - 225)

Page 226

Abi Goldenberg
which I did, and then it is possible that
I took out some.
Q   It appears -- you would agree,
from this screen shot it appears 1610
Avenue R is deselected?
A   Right.
Q   Right, okay.
And then, again, we discussed,
there's the terms which we've discussed.
You have screen shots here, and you have
comments to Mr. Teman above about them
being scary.
A   Right.
Q   So fair to say that you read
some of them?
A   Yes.
Q   And Mr. Teman, here, responds,
he says: What's scary? And Mr. Teman
continues: We don't expect to actually
enter the building without permission.
It just protects our installers from
being accused of trespassing.
A   Okay.
Q   Mr. Teman continues: We supply

Page 227

Abi Goldenberg
battery, the ancillary equipment lets us
put wi-fi repeaters so tenants who use
the tablets can get wi-fi and we can
attach signal boosters.
So I recall earlier today -- I
just want to clarify this -- you
mentioned that after you had raised
concerns with Mr. Teman about some of the
terms, let's say some of the scary terms
we have been talking about, that he, I
don't know, resolved, let's say, those
concerns by telling you that the terms
were not for you?
MS. GOLDMAN MOYAL:
Objection.
Q   Or not for Goldmont?
MS. GOLDMAN MOYAL:  Sorry,
objection to the mischaracterization.
You can answer.
MR. REINITZ:  I didn't finish
my question.
Q   But my question was: Was
this -- was this -- is this the part that
you -- the messages or the communications

Page 228

Abi Goldenberg
you were referring to when you said --
you testified earlier that Mr. Teman,
let's say, made you, you know, reassured
you that you didn't have to worry about
the scary terms?
A   Not in its entirety.  I mean,
this wasn't my main question.  He
definitely did respond here, but if I
remember correctly, we were on the phone
as well.  And when I asked him about the
360 months and about the -- about the not
selling buildings, which was something
else that I picked up here, he didn't
actually address -- he addressed two of
the least scary parts of the terms and
conditions in this -- in this comment
right here.
Q   And -- okay.
The next message here in the
exchange is about a week later,
February 14, 2019.  You tell Mr. Teman:
I have many checks for you.  What do you
want me to do with them?
What were you referring to?

Page 229

Abi Goldenberg
What were those checks for?
A   $1200 that he wanted upfront.
Q   And that was payment for the
buildings that you had signed -- that you
had signed up through the website?
A   Yes.
Q   So fair to say between, again,
February 7, 2019 and February 14, 2019,
you went ahead and you placed the order
for -- we don't have to get to the exact
number, but for some number of buildings
through the GateGuard website?
A   Yes.
Q   And then on February 14, 2019,
again, you are telling Mr. Teman that you
are prepared -- you have checks that you
are going to pay GateGuard for those
buildings; is that correct?
A   Correct.
Q   We'll now fast forward to --
fast forward to March -- May 1, 2019.  So
that's, I would say, a little less than
three months later, after -- let's say
after you had signed up through the

58 (Pages 226 - 229)

Page 230

Abi Goldenberg

website.

Mr. Teman asks you: Can we still use you as a reference? I won't tell your dad. Smiley face. People ask us all the time for a reference.

And you respond: I have been a good reference for you in the past. I generally don't mind being a reference. My problem is what am I supposed to tell them regarding signing up -- regarding, signing up means signing up for 30 years, no cancellation and possibility of going up every year by 10 percent. And if you sell a building, we owe the full contract?

So on May 1, 2019, again, just to recap, Mr. Teman's asking you to be a reference and you're expressing -- would you agree you are expressing some hesitation --

A    Yes.

Q    -- about being a reference?

A    Yes.

Q    And is it fair to say that your

Page 231

Abi Goldenberg

concerns about being a reference for GateGuard are -- relate to, let's say, some of the terms or GateGuard's -- that we discussed earlier, some of GateGuard's terms that it imposes on its customers; is that -- is that fair?

A    Could you rephrase that question?

Q    Sure. Were -- was the basis of some of your concerns, did that stem from the -- GateGuard's terms?

A    No, that was not the basis.

Q    What was the basis for your concern about being a reference for GateGuard?

A    Ari's selling a $300 device at a very high markup, and the device is only as good as the back end. And if the back end is not stable, the device is worthless and that's the basis for me not really wanted to let anybody buy a smart device that's dependant on one person operating a company, not being stable. That wasn't something I was prepared to

Page 232

Abi Goldenberg

tell Ari in the text message.

Q    So what you just explained now, you would agree, that that wasn't reflected -- that's not reflected in your response to Mr. Teman here?

A    Correct.

Q    You are --

A    It -- it's also true.

Q    Fair enough.

A    I wouldn't -- I wouldn't be able to -- I would not be able to answer these questions if I was a reference, but that's not the basis.

Q    Okay. But what you -- what you wrote to Mr. Teman is, again, my problem is what am I supposed to tell them -- I guess that's people who might want a reference for whether GateGuard's a good intercom, let's say. What am I supposed to tell them regarding, signing up means signing up for 30 years.

So fair to say you didn't -- you were -- you didn't want to tell others that they should sign up for

Page 233

Abi Goldenberg

GateGuard and get into a 30 years agreement with GateGuard?

MS. GOLDMAN MOYAL: I think that's asked and answered.

MR. REINITZ: Okay.

Q    No cancellations, and possibility of going up every year by 10 percent.

So going back to your testimony earlier today, Mr. Goldenberg, my understanding was that when you signed up for GateGuard through the website, you were under the impression, again, if I understood your testimony, you were under the impression that GateGuard -- that the -- the scary terms, let's say, GateGuard's scary terms don't apply to you? Mr. Teman reassured you that they did not apply to Goldmont; is that -- is that accurate?

MS. GOLDMAN MOYAL: Objection to form.

Over objection, you can answer.

59 (Pages 230 - 233)

Page 234

Abi Goldenberg

A    Correct.

Q    I'm sorry, I didn't hear your response.

A    Could you repeat the question?

Q    Sure.  My understanding, based on your testimony earlier today, is that you, after seeing -- seeing some of GateGuard's, let's kill them, scary terms on the website, you proceeded to sign up for GateGuard because Mr. Teman reassured you that the scary terms did not apply to Goldmont, you didn't have to worry about them; is that accurate?

A    Yes.

Q    Were -- was the 30-year term, was that one of the terms that Mr. Teman reassured you did not apply to Goldmont?

A    As I said earlier, I think I answered this question earlier.

MS. GOLDMAN MOYAL:  Asked and answered.

Q    You still have to answer.  I mean, it's -- it's an objection.

MS. GOLDMAN MOYAL:  What was

Page 235

Abi Goldenberg

the -- what was the question?  I'm confused as well.

MR. REINITZ:  I am asking about -- specifically about the 30-year term.

MS. GOLDMAN MOYAL:  Right.

Q    Is this --

A    Ari -- Ari said to me on a phone call that the 30 years is there to protect you.  It's there so you don't have a price increase.  So yes, that made me feel better.  And, again, you are skipping two months of a lot of negativity between February -- three months, February and May.  So in February, we were good friends, speaking five times a day.  In May, you could just read the messages from -- from March 13th about 'til May 1st, you will get the picture of what happened in between then.

Q    Which is?

A    Which is the destabilization total.  You can go up and you can read it, talking about eating cheeseburgers,

Page 236

Abi Goldenberg

talking about killing him, talking about he's dying to not -- I mean, talking about all of this craziness.

Q    Okay.  Understood --

A    So yeah, the world was different on May 1, 2019 than on February 7th when Ari assured me on the phone that the 30 years is something -- is there for my protection, not for him.  He didn't mention that there's a 10 percent increase every year, and he's going to apply that to me because he can.

Q    Okay, understood.

So again, on May 1st, 2019, was it your understanding that the 30-year term did not apply to Goldmont?

MS. GOLDMAN MOYAL:  Asked and answered.

Q    Was it your understanding on May 1, 2019, that the no cancellation term did not apply to Goldmont?

A    It is my understanding on May 1st, that Ari was planning on enforcing that.

Page 237

Abi Goldenberg

Q    Okay.  Was it your understanding on May 1, 2019, that the possibility of going up, let's just assume, you know, some of the pricing going up every year by 10 percent, was it your understanding that that did or did not apply to Goldmont?

A    It did apply.

Q    And was it your understanding on May 1, 2019, that the term, pertaining to, if you sell a building, we owe the full contract, was it your understanding that that term did or did not apply to Goldmont?

A    Would apply to Goldmont.

Q    So a little further down, this is a few minutes later, you respond: Ari, if you want me to be a reference, I would have to feel more comfortable that we can have a good working continuous relationship.  That means I can't feel threatened by you.  I agree to pay $50 a month going forward.  We would understand if in five years from now that has to

60 (Pages 234 - 237)

Page 238

Abi Goldenberg

increase, say, $5, $10, based on your cost. Normal increase, not subject to 10 percent every year. And if the system doesn't work or gets outdated in five to 10 years from now, we can both agree that it's time for a new system. Not that we are tied in for 30 years. Also, if a building is sold, the intercom company can't have a veto right in a sale.

So is it fair to say that at this point you are attempting to, let's say, renegotiate some of the terms with -- with GateGuard?

MS. GOLDMAN MOYAL: Objection.

Over objection, you can answer.

A    I don't know that that was my intention. I don't know. What I was trying to point out, why it is I can't be a reference for his company.

Q    So Mr. Teman then responds a minute later: I do not think it's fair to ask me to renegotiate terms when we

Page 239

Abi Goldenberg

first agreed to $1,500 per building and fees and now it's zero dollars per building because I thought we were getting a $1 million investment.

So whatever your understanding was at the time, from Mr. Teman's response, you would agree that he considered it to be an attempt to renegotiate some of the GateGuard -- GateGuard's terms?

A    I can't speak for -- for Ari.

MS. GOLDMAN MOYAL: Yeah, objection to the question.

Q    So you respond, then, a few minutes later: Ari -- going to the next page -- okay, so this is about free devices. A few minutes later, Mr. Teman says: If you want to negotiate a fair deal where you pay upfront more and I can't raise the rates, okay, but otherwise, I'll stick to this deal.

And you respond: What does that look like to you, dollars and cents or cents?

Page 240

Abi Goldenberg

So fair to say you are asking Mr. Teman at that point to make a proposal to you to renegotiate some of the terms between GateGuard and Goldmont?

A    Fair to say.

Q    And then Mr. Teman responds here: The deal we had discussed was $1500 per device plus 849 per install plus 120 months times $49.99 per building. That's $8,347.80 per building for 10 years. It's nothing to you, but $425,737.80 to us means I can hire and grow, and I will still be in a hole but the business will survive and not be running on fumes. You can pay that upfront on the 51 devices, you can have the devices for 10 years, service included, no price raised. You can subtract the amount already paid, of course.

And then, say, about less than two months later, Mr. Teman follows up and he says: Actually, no, I will not offer you that deal. No way. Your

Page 241

Abi Goldenberg

father tried to bait and switch me and take full control of my company. I am not going to give you any new deal.

So at that point, was it your understanding that any of the previous -- the terms that Goldmont -- that were included in Goldmont's original order from the website, was it your understanding that any of those terms no longer applied to Goldmont or they still applied?

A    I don't remember.

Q    Do you recall if after March -- I'm sorry, after May 1, 2019, you had any further negotiations with Mr. Teman about any of Goldmont's -- any of the terms that applied to Goldmont?

A    Again, May 1st, I -- I assumed that relationship was over.

Q    Meaning? Meaning what?

A    I don't know. Meaning Ari lost control and he's not interested and he doesn't want to talk to me again.

Q    Okay.

61 (Pages 238 - 241)

Page 242

Abi Goldenberg

A   Which happened back and forth for three months.

Q   Okay.

MR. REINITZ:  Can we take a five-minute break?

MS. GOLDMAN MOYAL:  Sure.

MR. REINITZ:  Great.  We are off the record at 3:36.  This marks the end of media unit number three.  Thank you.

[A recess was taken.]

THE VIDEOGRAPHER:  We are back on the record at 3:44, and this marks the beginning of media unit four.  Please proceed.

BY MR. REINITZ:

Q   I am going to bring back Exhibit 11.  Let me know when you can see it, Mr. Goldenberg.

A   I see it.

Q   This is the same WhatsApp chat we were discussing a few minutes ago.

If I understood your testimony just before the break correctly, you

Page 243

Abi Goldenberg

indicated that after, let's say, May 1, 2019, when Mr. Teman -- I'm highlighting it here, says:  Actually, no, I will not offer you that deal.  Your father tried to bait and switch me and take full control over my company.  I'm not going to give you any new deal.

I believe you testified before the break, I just want to clarify, was that the last time that GateGuard and Goldmont had any -- tried to renegotiate any aspect of their deal?

A   I do not remember.

Q   Okay.  And just as an aside, what -- did Goldmont or Leon Goldenberg ever try to take control of GateGuard?

A   You have to ask Ari that.

Q   Well, I'm asking you.

A   Goldmont -- we had a conversation where Ari wanted us to be invested and my father said we cannot invest in you, but if my son was helping running -- running the books of the company, then perhaps we'd make an

Page 244

Abi Goldenberg

investment in the company.

Q   The company you are referring to is GateGuard?

A   Yes.

Q   Do you recall --

A   And the only way we would make investments is if we had control of the books.

Q   And can you just clarify what you mean by "control of the books"?

A   Means we write the checks.

Q   "We," "we," being Goldmont?

A   Goldmont, yes.

Q   So if I understand correctly, you, Leon Goldenberg, and Mr. Teman had a discussion or, let's say, at least one discussion about potential investment in GateGuard; is that correct?

A   Correct.

Q   And one of the terms that Leon Goldenberg proposed or that Goldmont proposed was that Leon or you or someone other than Mr. Teman would have control over the books --

Page 245

Abi Goldenberg

A   Of writing checks.

Q   Does Goldmont have such a relationship with any other businesses?

A   I don't know -- I don't know all the relationships we have with every business.

Q   Okay.  To your knowledge, does Goldmont have any -- any type of relationship in which it writes the checks?

A   Yes.

Q   Okay.  What businesses do you know of Goldmont having such an arrangement?

A   We have some properties in Detroit, we have a partner there.  The partner does the hands-on management and we write the checks.

Q   What's the name of the partner?

A   Ellie Blumenkehl.

Q   Can you spell that last name for the record?

A   B-L-U-M-E-N-K-E-H-L.

Q   And that, if I understand

62 (Pages 242 - 245)

Veritext Legal Solutions
212-279-9424    www.veritext.com    212-490-3430

Page 246

Abi Goldenberg

correctly, Mr. Goldenberg, that is an investment Goldmont has made in certain properties in Detroit?

A    Not Goldmont.

Q    I'm sorry, that --

A    They're partnerships.  Goldmont writes the checks.  I don't know who the partners are.

Q    I'm sorry, were there partners in those?

A    I do not know.

Q    Are you one of the partners in those arrangements?

A    Again, I do not know.

Q    So it's possible you are a partner in one of these businesses?

A    I -- I -- I -- I invest --

MS. GOLDMAN MOYAL:  He said he doesn't know.

A    I don't know.  I invest in deals, but I don't personally invest the money, so I wouldn't know.

Q    Is Leon Goldenberg -- do you know if Leon Goldenberg is a partner in

Page 247

Abi Goldenberg

any of these businesses in Detroit?

A    Again, I would assume so, but I do not know.

Q    Other than the businesses you mentioned with Mr. Blumenkehl in Detroit, do you know of any other comparable arrangements that Goldmont writes the checks for?

A    I definitely do not know the scope of all the businesses that they have relationships with where they write the checks, no.  The only one I'm -- I am anticipate specifically familiar with is the one in Detroit.

Q    So again, Mr. Teman, back to the chat, here, Mr. Teman on March 1st is saying I'm not going to give you any new deal.

And now I am flipping to the next page, here.  This is now June 4, 2019.  Mr. Teman writes -- can you see it, Mr. Goldenberg?

A    Yes, yes.

Q    Mr. Teman writes to you:  I

Page 248

Abi Goldenberg

think I have a solution that will work for both of us, make both very happy and will bring us back to a happy and decent relationship, which I would like very much.  Can you chat?

And you responded:  Sorry, I was busy yesterday.  If you want to speak now, I am available.

So -- and you testified a minute ago that in May, early May 2019, it really -- the relationship with Mr. Teman, was, let's say, strained, would you agree?

A    Yes.

Q    And you really didn't want -- if I understood your earlier testimony, you really didn't want at that point to have any further -- any more business relationship --

A    I didn't -- I didn't expect to have any further business relationship.

Q    Okay.  Did anything change between then and June 2019?

A    Just Ari's ups and downs, I

Page 249

Abi Goldenberg

guess.

Q    So early June, again, June 4, 2019, Mr. Teman reaches out.  He says he has an idea, a solution that will work for both of us, and he asks if you can chat.

At that point, were you interested in missing any potential business opportunity with Mr. Teman?

A    I was never interested.  I was always operating, it's scary.

Q    So you respond here:  If you want to speak now, I'm available.

Now, the next message is June 12, 2019, about a week later.  Mr. Teman writes:  Hi, Abi, are you able to catch up?  The financing company will do the deal so I would like to find a way to make it work.

Do you recall if you had any discussions between June 5, 2019, and June 12, 2019, with Mr. Teman?

A    I do not recall any specific conversation, but I do know that in that

63 (Pages 246 - 249)

Page 250

Abi Goldenberg

time period he told me about somebody that would honor and pay him based on the contracts with Goldmont and that's what he was referring to June 4th.

Q   And just to be clear, that's the financing here, as you understand it, is the company you just mentioned, that would pay, as you understood it, pay Mr. Teman for GateGuard's deal with Goldmont?

A   If Goldmont pays -- yes, pays out the contract, they're going to front him the money is how he said it.

Q   Okay.

MS. GOLDMAN MOYAL:  Can you read that answer back, please?

THE WITNESS:  Can I repeat if it?

MS. GOLDMAN MOYAL:  No, not yet.

[The requested portion of the record was read.]

MS. GOLDMAN MOYAL:  Thank you.

Page 251

Abi Goldenberg

Q   Now, I'm looking here at June -- the very last message here, June 28, 2019.  Mr. Teman writes:  Had another chat with the friend at the WH.

I believe that's a reference to White House, which is mentioned in some of the messages above.

I can help, but I need the deal closed.  I don't have the bandwidth to do both.

Did you discuss another deal with Mr. Teman in June 2019?

A   Specific -- besides the one that we spoke about just now between June 5th and June 17th, or whenever that was, the page before?

Q   Right.

A   Not that I know of.

Q   Okay.  So this is -- and then in June 28, 2019, Mr. Teman follows up, he says:  Can we get a number today and finalize?  July 3, 2019, Mr. Teman says: I really need this done.

And then a few days later,

Page 252

Abi Goldenberg

Mr. Teman tells you -- this is January -- I'm sorry, July 10, 2019.

Mr. Teman writes:  I have a personal emergency, I need to speak to you.

And he writes a few minutes later:  I was arrested July 3rd. Federal.

And you respond about an hour later:  Oh, my, what the hell? Everything okay?  Is there something that I can do for you?

What were you offering -- or what did you think you might be able to do for Mr. Teman under those circumstances?

A   Just be there for him.

Q   So you were just offering like just as a friend to support him?

A   Yeah.

Q   Okay.

A   I can't imagine anything else that I personally could do for him, if he is arrested federally.

Page 253

Abi Goldenberg

Q   And then about, less than a day -- I would say about a day later, Mr. Teman writes to you:  Hi, Abi, agreement in your in-box.  Thank you.

Do you know what agreement that's in reference to?

A   That's when he -- that's when we agreed to $125 a month for six years at a total cost of -- if I remember correctly, it was $9,000 a device or something over six years.

Q   So as you understand it, that was, I guess, a further part of the same sequence of negotiations back and forth that we looked at over a period of months.  This was, I guess, the next -- the latest --

A   It was all by -- it was all by phone, so there's nothing here that talks about that deal.

Q   Okay.

A   You know, he started at 250 a month for 10 years and we told him no way.  It was back and forth.  I think the

64 (Pages 250 - 253)

Page 254

Abi Goldenberg

deal that we agreed to on July 11th or 12th or whatever it was, earlier, it was $125 a month for 6 years.

Q   And was it your understanding that that was essentially you were -- Goldmont was renegotiating the previous terms that it had accepted through the website, let's say, in --

A   On February.

Q   -- February?

A   Yes.

Q   So your understanding was the -- I just want to be very clear, when -- you know, if and when Goldmont executed this agreement with GateGuard, that would essentially -- I don't want to be too lawerly about it, but essentially, that would replace the earlier set of terms from the website; is that -- is that your understanding?

A   That was my understanding.

Q   Okay.  When Mr. Teman told you he was arrested and you had a conversation with him, it looks like

Page 255

Abi Goldenberg

within 24 to 48 hours, let's say, of getting that news, did he tell you anything about him being arrested?

A   Did he tell me?

Q   Yes.

A   Yes.

Q   What did he tell you?

A   I told me basically what -- what is written here.  It was his worst nightmare.  He told me he was arrested because he, you know -- he was referring to some checks or something.  If I remember correctly, I told him -- I don't remember, I don't remember the whole thing.  I really don't remember the conversation except he told me that he was -- he was arrested and I was sympathetic to him, to his plight.

MR. REINITZ:  I am going to send you another exhibit, Ms. Moyal.

MS. GOLDMAN MOYAL:  How many more exhibits are there for the rest of the day?

MR. REINITZ:  I don't know.

Page 256

Abi Goldenberg

I don't know.  We'll see.  I don't know myself.  Not too many.

(Plaintiff's Exhibit 36 was marked for identification, as of this date.)

Q   Mr. Goldenberg, I am now going to show you Plaintiff's Exhibit 36.  Let me know when you can see it.

A   Okay.

Q   It's four pages.  Let me know -- I guess it's in sequence.

Do you want to stop from the bottom or stop from the top or --

A   It doesn't matter.

Q   All right.  Let me know when I can flip.

A   You can flip.  Okay.  Okay.  Okay.

Q   We'll start at the bottom.

Who is Avi Goldenberg?

A   Cousin.

Q   Have you ever spoken to him about Mr. Teman?

A   Yes.

Page 257

Abi Goldenberg

Q   Have you ever spoken to him about GateGuard?

A   I don't recall.

Q   Approximately how many times have you spoken to Avi Goldenberg about, let's say, Mr. Teman?

A   A handful.  I mean, he's a -- he's a lawyer and I asked -- reached out to him to see if he knew of a good lawyer to represent me.

Q   And is that in connection with this -- this case?

A   Yes.

Q   Approximately when was the first time that you spoke to Mr. Avi Goldenberg about Mr. Teman?

A   In the timeframe of the lawsuit.  I can't tell you if it was when I knew it was coming or when it came, but I don't remember.

Q   And what did Avi Goldenberg -- did he tell you anything, give you his thoughts about the lawsuit?

A   No.  No, he didn't -- he

65 (Pages 254 - 257)

Page 258

Abi Goldenberg

didn't -- I don't believe he looked at the lawsuit. I was just asking him for a good litigator. He is not a litigator.

Q  Okay. Flipping back up one page. Now, this is an e-mail, I'm looking at the top of page 3, in Exhibit 36. An e-mail from Avi Goldenberg to Stephen Pruzansky on July 9, 2020, so that's a little over a year ago now.

And I'll just -- I guess we can read out the whole -- it's not that long: Rabbi Pruzansky, I am writing about your most recent post about Ari Teman. My uncle is one of a number of frum landlords who Mr Teman took advantage of. I dont have an opinion on the length or fairness of his sentence and it may very well be worth examining. But I think it would be worth your while to speak to some of the frum Jews Mr. Teman took advantage of (including issuing threats and slander against them while refusing to go to beis din) before maintaining a

Page 259

Abi Goldenberg

full throated defense of his actions and partially slandering them and their business practices. It is possible that after investigation you may rest with your initial conclusions as stated in the post: Long sentences are rarely fair or just. But at least hear out some of the people who have been harassed and threatened by Mr. Teman and then decide if maybe keeping him locked up isn't such a bad thing. If you are interested in having that discussion, please let me know and I will be happy to put you in touch, Avi.

And I am flipping up one page, here. There is a response by Rabbi Pruzansky on July 9th. Avi Goldenberg responds again: Understood, but then you should consider removing the post until you have spoken to the people he's threatened and defrauded.

And then on August 4th, so about a month later, so about exactly a year ago, Avi Goldenberg, it appears,

Page 260

Abi Goldenberg

forwards the message to you and to Leon Goldenberg, it appears. It says: The back and forth is here. I have no problem following up again. Rabbinic negligence in my opinion.

Then you respond a couple minutes later to Avi Goldenberg and CCing Leon/Aggi Goldenberg: I agree with your assessment 100 percent.

MS. GOLDMAN MOYAL: Is there a question?

MR. REINITZ: There will be, a couple.

Q  So there is a reference here, more than one reference about a post, removing -- Avi Goldenberg asks Rabbi Steven Pruzansky to remove a post apparently about Mr. Teman.

Do you know what that's referring to?

A  It was -- I mean, I'm not familiar with Steven Pruzansky, but it seems like he posted something on his blog -- I don't know, does he have a

Page 261

Abi Goldenberg

blog? I don't know. Avi sent me the link to the post, so I saw the post, but I can't tell you where it is.

Q  But you know generally that Rabbi Pruzansky wrote a blog post about Mr. Teman, and that's what it is in reference to --

A  Correct.

Q  -- here?

A  Yes.

Q  So again, if I understand correctly, Mr. -- Avi Goldenberg is asking or suggesting to Rabbi Pruzansky that he remove the post about Mr. Teman, and Rabbi Pruzansky, I think you suggest more than once, and apparently he doesn't do that.

I'm just going to jump back. We will come back to this in a second. I am going to show you the post here that's Plaintiff's Exhibit 37.

(Plaintiff's Exhibit 37 was marked for identification, as of this date.)

66 (Pages 258 - 261)

Page 262

Abi Goldenberg

Q   Let me know when you can see it.

A   I can see it.

Q   So I will give you a chance to read it, here. I don't think it's that long, but this is the post you mentioned reading at the time?

A   Yes. Okay. Okay.

Q   That's it.

A   Okay.

Q   Mr. Goldenberg, you mentioned before, is this the blog post that you mentioned reading at the time?

A   I believe so.

Q   That Avi Goldenberg had sent you?

A   I believe so.

Q   And you indicated -- I am going to pull it back up in a minute, but I believe you indicated something to the effect of you agreed with Avi Goldenberg's assessment 100 percent of the --

A   That's what I wrote.

Page 263

Abi Goldenberg

Q   -- the situation, okay.

MS. GOLDMAN MOYAL:  Sorry, objection.

Was that to a specific e-mail or was that to --

THE WITNESS:  Yeah.

MS. GOLDMAN MOYAL:  -- the entire blog? I think that was responding to a specific e-mail.

THE WITNESS:  Yeah, yeah.

MS. GOLDMAN MOYAL:  So we'll --

THE WITNESS:  That was reference to the blog.

MS. GOLDMAN MOYAL:  Exactly --

THE WITNESS:  That was referring.

(Simultaneous crosstalk.)

REPORTER:  I'm sorry, you're talking at the same time. I can't take you both down.

MS. GOLDMAN MOYAL:  Sorry. Go for it.

Page 264

Abi Goldenberg

A   I mean, you really didn't ask the question, Ariel, but if you were going to ask the question, that I agree that a Rabbi should do due diligence.

MS. GOLDMAN MOYAL:  Let him ask the questions. I was just objecting. Mischaracterization. Go ahead.

Q   So starting from the end of the post here, Rabbi Pruzansky in this blog post is, I would say, asking or suggesting or promoting Mr. Teman's go fund me fundraiser for a legal defense fund. And there is a link here, https://www.gofundme.com/f/justice-matters-ari-teman-legal-defense-fund.

So is it your -- was it your opinion that you were expressing to -- well, I will ask in general.

Is it your opinion that it was inappropriate for Rabbi Pruzansky to support Mr. Teman's legal defense funds?

A   No. I was not referring to that part of this blog.

Page 265

Abi Goldenberg

Q   What is your -- do you think Rabbi Pruzansky should not have supported Mr. Teman's legal defense fund?

A   I don't have an opinion either way.

Q   But did you agree with Avi Goldenberg, and I will pull it back up. I don't want to -- I'm not trying to play a gotcha here.

MS. GOLDMAN MOYAL:  Yeah, how about you pull it up --

MR. REINITZ:  Okay, that's fair.

MS. GOLDMAN MOYAL:  -- just so --

(Simultaneous crosstalk.)

MR. REINITZ:  We will pull them both up together. I think I can do that again.

MS. GOLDMAN MOYAL:  Just on the record, as far as I understand, there is a 4:07 p.m. e-mail by Avi saying:  The back and forth is here. I have no problem following up again.

67 (Pages 262 - 265)

Page 266

Abi Goldenberg

Rabbinic negligence in my opinion, to which 4:13 --

MR. REINITZ:  Ms. Moyal, I am going to pull -- we're going to have it all right here.  I got it.

MS. GOLDMAN MOYAL:  Great.

MR. REINITZ:  Let me know -- I think we can do it side by side, I think.

Q   How about now?  Can you see them both?

A   Yes.

Q   I will move it to the top.  Okay, so again, going back to your response here.  Avi Goldenberg, I agree with your assessment 100 percent.

Avi Goldenberg's assessment, and I just want to clarify what -- what you agreed with a hundred percent, Avi Goldenberg asserted that Rabbi Pruzansky should consider removing the blog post.

Do you agree with that?  Rabbi Pruzansky --

MS. GOLDMAN MOYAL:

Page 267

Abi Goldenberg

Objection.

I don't see how you are getting to that.  There's a clear follow up from 4:07 e-mail by Avi and the response that you just read at 4:13 saying I agree with you to that prior e-mail.  So I don't know how you are --

MR. REINITZ:  Okay.

MS. GOLDMAN MOYAL:  -- getting that --

MR. REINITZ:  Fair enough.

Q   Do you agree -- Avi Goldenberg wrote to Rabbi Pruzansky suggesting that Rabbi remove this blog post.  Do you agree that the Rabbi should have removed the blog post?

A   I don't have an opinion either way on that comment.

Q   Do you agree -- do you believe that the Rabbi should not have -- Rabbi Pruzansky should not have publicly supported Mr. Teman's legal defense fund?

MS. GOLDMAN MOYAL:

Page 268

Abi Goldenberg

Objection.

A   I do not have an opinion -- I don't have an opinion on that either way.

MS. GOLDMAN MOYAL:  Over objection, you can answer, yeah.

Q   Do you believe that keeping Mr. Teman locked up isn't such a bad thing?

A   I don't have an opinion on that either way.

Q   Now, there's a reference here in Avi Goldenberg's e-mail to Mr. Teman refusing to go to beis din.

Mr. Goldenberg, do you know, what is a beis din?  B-E-I-S, D-I-N?

A   A rabbinic court.

Q   What is it?

A   A rabbinic court, a Jewish Court.

Q   Did Mr. Teman ever refuse to go a beis din and dispute with Goldmont?

A   Not to my knowledge.  We never -- we never -- it wasn't -- meaning, he could have gone to beis din

Page 269

Abi Goldenberg

if he wanted to take us to beis din.

Q   Did you ever propose going to a beis din, a rabbinic court, to resolve this dispute with GateGuard?

A   I don't remember.

Q   Did you ever discuss, let's say, with Leon Goldenberg, the possibility of resolving Goldmont's dispute with GateGuard in a rabbinic court, in a beis din?

MS. GOLDMAN MOYAL:  Over objection.

You can answer.

MR. REINITZ:  What's the objection?

MS. GOLDMAN MOYAL:  It's the same question being asked over again, but go for it.

MR. REINITZ:  I am asking if Mr. Goldenberg discussed it with Leon.

MS. GOLDMAN MOYAL:  I hear you, go for it.

A   Just from my knowledge of Ari Teman's tactics, there was no way he was

68 (Pages 266 - 269)

Page 270

Abi Goldenberg

going to go to beis din. That's just something I knew. Maybe I stressed that to my father, that we could never go to beis din, this is going to wind up in court, because that's just what he does, he sues people.

Q    Have you, personally, ever been involved in any sort of dispute in a beis din, a Rabbinic court?

A    I was a witness to years ago in a beis din.

Q    It to your knowledge, has Goldmont Realty Corp. been a party to any dispute in a beis din, in a rabbinic court?

A    In my time there, no, but my father has definitely been in beis din in his life, but I don't have any knowledge of any proceedings.

Q    So would you agree, then, that Avi Goldenberg's, let's say, assertion to Rabbi Pruzansky that Mr. Teman refused to go to beis din, do you agree that that's false?

Page 271

Abi Goldenberg

MS. GOLDMAN MOYAL:  False in relation to this dispute; do you mean?

MR. REINITZ:  That's correct.

(Simultaneous crosstalk.)

A    I'm not sure what the question is.

MS. GOLDMAN MOYAL:  Neither am I.  Objection to form.

Can you rephrase?

Q    Do you agree that Mr. Teman never refused to go to a beis din in his dispute, in GateGuard's dispute with Goldmont?

A    I do not think he ever disagreed to go to beis din.

Q    I'm sorry?

A    I don't think that he ever disagreed to go a beis din in these proceedings.  Beis din never came up.

Q    Did Mr. Teman ever take advantage of you?

A    I believe he did.

Q    In what way?

A    I felt threatened by him for

Page 272

Abi Goldenberg

many -- for many months. I felt that his entire terms and conditions were trying to take advantage of any unassuming person. I felt that he abused my kindness in order to get me to make a deal that was not a good deal. I believe that he constantly, you know, took advantage my kindness to -- to create a situation where I probably over extended myself in order to try to be nice to him and try to get -- do things that nobody in my position would have ever done for him. I mean, he sent me threatening messages, numerous occasions. He posted Facebook -- he slandered my name on Facebook, which was sent to me by various people. He was making threats to me. He's threatened to kill himself because of me. I feel that I've basically been abused by him for a better part of two years. So I think any of that abuse is called being taken advantage of.

Q    You mentioned a Facebook message.

Page 273

Abi Goldenberg

What was the message?

A    It was shortly after the suicide note. I don't know. Someone sent me a link to it and my phone does not allow me to go on Facebook so I never saw the post. Something about me and my father and no one should accept Sukkot (phonetic) from us because we steal money, we're thieves.

Q    So you didn't see the post. You were just made aware of it? Is that --

A    No, I saw -- I saw what's called, I think the title head and then someone -- like if I remember, someone like screen shot the first two lines of the post. But it was taken down shortly thereafter. By the time I asked somebody else to get me the full post, it was taken down.

Q    Who was it that sent you the post?

A    If I remember correctly, it was Avi Goldenberg.

69 (Pages 270 - 273)

Page 274

Abi Goldenberg

Q   How did he send that to you? Was it by e-mail or WhatsApp or some other way?

A   I don't remember.

MR. REINITZ:  Ms. Moyal, I don't believe we received that.  Can you obtain and produce a copy of that --

MS. GOLDMAN MOYAL:  Please follow up in writing.

MR. REINITZ:  -- correspondence?  Sure.

MS. GOLDMAN MOYAL:  Please follow it up in writing, and we will take it under advisement.

Q   So do you agree that Mr. Teman's, the behavior that you just described at length a minute ago and characterized it as Mr. Teman taking advantage of your kindness, I believe were sort of generally one of the ways you expressed it, do you believe that's a basis for Mr. Teman to go to prison?

MS. GOLDMAN MOYAL:  Over

Page 275

Abi Goldenberg

objection, you can answer.

A   What he's done to me, he should go to prison?  No, I don't think he should go to prison for what he's done to me.

MS. GOLDMAN MOYAL:  Just off the record.

[Discussion held off the record.]

MS. GOLDMAN MOYAL:  I just wanted to get a ballpark idea of --

MR. REINITZ:  I've got a little ways to go.

MS. GOLDMAN MOYAL:  Do you think you will be done today, is my question, or should we cut it here?

MR. REINITZ:  Let's go off the record, then, and --

MS. GOLDMAN MOYAL:  Okay, sure.

MR. REINITZ:  And we'll talk some more about that.

THE VIDEOGRAPHER:  Off the record at 4:23.  This marks the end of

Page 276

Abi Goldenberg

media unit number four.  Thank you.

[A recess was taken.]

THE VIDEOGRAPHER:  We are back on the record at 4:26.  This marks the beginning of media unit number five.  Thank you.

BY MR. REINITZ:

Q   Are those exhibits back up for you, Mr. Goldenberg?

A   Yes.

Q   Before Avi Goldenberg wrote this e-mail to Rabbi Pruzansky, did you or Leon Goldenberg, if you know, did either of you speak to him about wanting to talk to people about your experience with Mr. Teman?

A   No.

Q   So this offer here that Avi Goldenberg was making to Rabbi Pruzansky, if you are interested in having that discussion with his uncle, presumably Leon Goldenberg, please let me know.  I will be happy to put you in touch. That -- is your understanding that was

Page 277

Abi Goldenberg

unsolicited offer?  In other words, Leon Goldenberg, you never indicated to Avi Goldenberg that you wanted to have this discussion with Rabbi Pruzansky?

A   I don't remember.  I don't remember if he first sent -- sent us the article.  I just don't remember the timeframe.  If he asked me if I would be willing to talk to Rabbi Pruzansky.  I think he asked if I would be willing.  I just don't remember, but again, that was -- that was in terms of representing landlords who Rabbi Pruzansky badmouthed as bad landlords.  That was the extent of what we wanted -- what we disagreed with Rabbi Pruzansky, how he badmouthed an industry without doing due diligence.  We were not talking about beis din, we were not talking about court, we were not talking about jail.  We were talking about how Rabbi Pruzansky could go and badmouth an industry without doing due diligence.

Q   We've got it pulled up here.

70 (Pages 274 - 277)

Page 278

Abi Goldenberg

Which part of it -- it's not very long. Which section of the --

A   He contracted with several New York City landlords, some with checkered reputations, and knowing of their history, inserted a clause in the contract that allows him to issue "remotely created checks" and debit the bank accounts of landlords who are in arrears. Apparently, it is a similar clause to one that Airbnb uses to protect itself against non-paying customers. We give permission to write checks. Each landlord he signed -- he's alluding and referencing that the bad people in this transaction are the landlords. That's what he's trying to insinuate. Again, that could be a fund raising, you know, ploy, I don't know. But he's insinuating that the people in the wrong here are the landlords, not Ari. And just badmouthed the industry to me without doing any due diligence, didn't sit well with us. That's what we're referring to, that he

Page 279

Abi Goldenberg

should have done some due diligence before he makes a post about us. Not Ari, not the fundraiser, not beis din, not jail.

Q   So your understanding, I think, I just want to be really very clear about this, your understanding was that Rabbi Pruzansky was referring to you, to Avi Goldenberg, Leon Goldenberg --

A   No, no, no, no. He was absolutely not talking about us. He was talking about landlords. I'm a landlord. Not referring specifically to me. He doesn't know who I am. Never heard of me. I'm not the one that he did that -- this happened to. But by him blanketing landlords is referring to me in a roundabout way. That's all I'm referring to.

Q   I want to be very precise about this. Your reading of Rabbi Pruzansky's block post here. Rabbi Pruzansky writes, again, this is in the context of what did he do, referring to Mr. Teman: What did

Page 280

Abi Goldenberg

he do to face a sentence that, in today's America, murderers, robbers, looters, rioters, arsonists and anarchists would not receive even if they were arrested, prosecuted and convicted? The facts are somewhat complicated but boil down to this.

So my understanding and I'm asking you to tell me if you read this differently is that Rabbi Pruzansky is now about to give a brief summary of Mr. Teman's criminal case. So Ari founded a company called GateGuard to provide a sort of virtual doorman to residential buildings across the country. He contracted with several New York City landlords. Some with checkered reputations and knowing of their history, inserted a clause in the contract that allows him to issue "remotely created checks" and debit the bank accounts of landlords who are in arrears.

Skipping to the next paragraph: Each landlord --

Page 281

Abi Goldenberg

A   You are skipping another one.

Q   Yeah.

A   Each landlord -- it seems crystal clear if it is read.

Another insinuation that we, you know, that the landlords didn't read what he sent to them as if it was clear context, everything was clear, hunky-dory by Ari and the landlords just failed to pay him. They failed to have bad reputations and they failed to read the agreement. That's three strikes against landlords in that paragraph. If you are a landlord. Not if you are an attorney. If you are a landlord.

Q   So again, I want to be very clear about this, Mr. Goldenberg, your reading of this is that Rabbi Pruzansky is referring to you, Goldmont --

MS. GOLDMAN MOYAL: Objection.

A   No.

MS. GOLDMAN MOYAL: He's already testified and explained that

71 (Pages 278 - 281)

Page 282

Abi Goldenberg

that is not the case. You are trying to put words in his mouth. He said that twice, but it's not the cause.

THE WITNESS: I probably said it four times, but it's okay.

MS. GOLDMAN MOYAL: Probably.

Q    The next paragraph -- and I am skipping to the second sentence here: When several invoices went unpaid after services were rendered, Ari warned the companies and then duly exercised this clause in the contract creating the checks, depositing them in his account and was soon after arrested and charged with bank fraud, the creation of these very checks.

So did Mr. Teman or GateGuard ever deposit any remotely created checks drawn on --

A    No.

Q    -- Goldmont's accounts?

A    No.

Q    At trial -- I am continuing Rabbi Pruzansky's post: At trial, claims

Page 283

Abi Goldenberg

made by the landlords and their representatives that the contracts were entered into without being read – and that references to this arrangement were somehow ignored or they simply didn't recall them – were allowed to stand and accorded great weight.

Did you testify at Mr. Teman's trial?

A    No.

MS. GOLDMAN MOYAL: You are talking about the criminal trial or something else?

MR. REINITZ: Criminal trial, yes.

Q    Did you testify -- I'm sorry --

A    No.

Q    Do you know any of the individuals who testified at Mr. Teman's trial?

A    No. I mean, I may know them if I know who they were, but I don't know anybody that testified.

Q    Did you attend Mr. Teman's

Page 284

Abi Goldenberg

trial? Did you go to court?

A    No.

Q    Mr. Teman, were you aware that Mr. Teman was recently sentenced to prison?

A    No.

Q    It's my understanding that Joseph Soleimani was one of the witnesses at Mr. Teman's trial.

Were you aware of that?

A    Not to my knowledge.

Q    Did you -- when you spoke to Mr. Soleimani, I know you -- I believe you spoke to him a few times. Did you discuss the fact that he was a witness in Mr. Teman's criminal case?

A    I don't remember having that conversation.

Q    Do you remember the first time you spoke to Mr. Soleimani?

A    I do not remember still.

Q    Do you recall who contacted who?

A    I don't remember the specifics.

Page 285

Abi Goldenberg

Q    It's possible you called him? You reached out to him?

MS. GOLDMAN MOYAL: Objection. He said he doesn't know.

A    I don't -- I don't remember.

Q    Have you ever sent a WhatsApp message to Joseph Soleimani?

A    I don't remember offhand.

Q    Have you ever received an a WhatsApp message from Joseph Soleimani?

A    And I don't remember offhand.

Q    Have you ever sent an e-mail to Joseph Soleimani?

A    Yes.

Q    Approximately when was the -- was the first time you sent an e-mail to Joseph Soleimani?

A    I don't remember. We were doing business together about -- I don't remember, about six months ago, we were trying to do some business together.

Q    What was the nature of the business you and Mr. Soleimani were communicating --

72 (Pages 282 - 285)

Page 286

Abi Goldenberg

A    A real estate transaction.

REPORTER:  Just please try not to speak over each other.

Q    Was Mr. Soleimani attempting to -- was he seeking to sell some real estate to you?

A    Yes.

Q    Did the transaction go forward? Did you complete the transaction?

A    No.

Q    What was the -- just generally, where was the property that Mr. Soleimani was selling, attempting to sell to you?

A    Brooklyn.

Q    Do you recall the address?

A    No.

Q    Do you recall what neighborhood it was in?

A    I know whereabouts, but I don't know what the neighborhood is called. It's somewhere in the Beverley section of Brooklyn.  I just don't remember the specific address.

Q    Did Mr. Teman come up in your

Page 287

Abi Goldenberg

communications with Mr. Soleimani by e-mail?

A    In terms of the property?  I don't believe so, but I don't remember.

Q    In any -- in any of your e-mail communications with Mr. Soleimani.

A    I don't remember.

Q    Do you recall if you spoke to Mr. Soleimani before, let's say, January 20, 2019 -- I'm sorry, 2020 -- January 20, 2020?

MS. GOLDMAN MOYAL:  Objection to form.

You can answer.

A    I think we spoke about this already.  During the time of the suicide note, we were -- we were on a chat together.  That was December of '19, if I remember correctly.

Q    Who -- who else do you recall was on the -- in the chat besides you and Mr. Soleimani?

A    I remember you were on the chat.  I remember Rabbi Jachter was on

Page 288

Abi Goldenberg

the chat.  I think that Rhodium Capital, I forget his name, was on the chat.  I forgot his name, Rhodium Capital. Maybe -- maybe, I don't know, I don't remember who else.  There was about seven people in that chat.

Q    I am going back to the e-mail here with Avi Goldenberg and Rabbi Pruzansky on July 9th.

A    Yes.

Q    Avi Goldenberg references some of the Frohm Jews Mr. Teman took advantage of.

Other than yourself, that you have testified to already, and let's say, Leon Goldenberg, do you know of any other people, Jews or otherwise, that Mr. Teman took advantage of?

A    The Soleimanis.

Q    I'm sorry?

A    The Soleimanis.

Q    That's -- I just want to -- I didn't hear.

A    Joe --

Page 289

Abi Goldenberg

Q    Joe Soleimani?

A    Joe and Ben.

Q    Okay.

A    Rhodium Capital, Rhodium Group. Sam Taub.

Q    So your understanding is that Mr. Teman took advantage of Mr. Taub in what way?

A    I'm just -- and anybody that's had a dealing with him, I felt took advantage, I can't speak more than that because I don't know the specifics. Anything else?  We spoke about Taub already, so I would ask how he feels, Mr. Taub.

Q    Did Mr. Taub, in your communication with him, ever indicate that felt taken advantage of by Mr. --

A    No, no.

MR. REINITZ:  I am sending you an exhibit, Ms. Moyal.

(Plaintiff's Exhibit 38 was marked for identification, as of this date.)

73 (Pages 286 - 289)

Page 290

Abi Goldenberg

MR. REINITZ: Okay, sorry, bear with me, here.

Q Mr. Goldenberg, I am going to show you this exhibit, and I am going to ask you to take a look at it, and let me know if you have seen any parts of this e-mail thread that I'm sharing.

MS. GOLDMAN MOYAL: Do I have this one?

MR. REINITZ: I just sent it to you. Let me know.

MS. GOLDMAN MOYAL: I do not have it. Okay.

Q Take a look, Mr. Goldenberg, let me know when I can flip. And my question to you is whether you have seen any part of this e-mail and are you familiar with any part --

A No.

Q -- of this e-mail?

A No.

Well, it definitely backs up my story about Steve Pruzansky's animosity to the New York landlords, but no, I've

Page 291

Abi Goldenberg

never seen this communication.

Q All set --

MS. GOLDMAN MOYAL: What exhibit -- what exhibit is that?

MR. REINITZ: This is Exhibit 38, I'm sorry.

Q So Mr. Goldenberg, I asked you and I just want to clarify your testimony is that you are not familiar with any of these e-mails?

A I'm not familiar with this, no.

Q Do you know anyone by the name Sarah Stern?

A No, I do not.

Q Do you know anyone using an e-mail address SarahSternNYC@gmail.com?

A I do not.

Q There is a link here, August 31, 2020, discusses, like you just mentioned already, landlords refusing to pay for goods and services that were rendered. It's just a stereotype like you mentioned, that kind of echoes what you expressed a few minutes ago in your

Page 292

Abi Goldenberg

testimony. There is a link here to I think it's a sentencing. Let's just say it's a submission. It's a filing of Mr. Teman's criminal case.

Are you familiar with that, that submission?

MS. GOLDMAN MOYAL: I'm sorry, can you produce the link, so we know what you are talking about?

MR. REINITZ: Sure, I guess.

MS. GOLDMAN MOYAL: It's only fair.

MR. REINITZ: That's fair.

Q In the meantime -- let me see if I can pull it up.

Mr. Goldenberg, do you recall reading any documents from Mr. Teman's criminal case?

A The one that was sent by Sam Taub that you pulled up hours ago.

Q Okay. Besides the documents that Mr. Taub sent you and the e-mails we reviewed, have you seen any other documents from Mr. Teman's criminal case?

Page 293

Abi Goldenberg

A I don't know. I have been over Teman for about a year. I've moved on with my life. I don't Google him. I don't know follow up.

MR. REINITZ: You want me to send this to you, Ms. Moyal? You have the link there.

MS. GOLDMAN MOYAL: I think as long as you put it up, that's fine.

MR. REINITZ: Okay. All right. Let me do that.

Q I just pulled this, Mr. Goldenberg, this is the link that I was referring to. I am not going to read the whole document. It's 10 pages, as it's noted in the e-mail, but this is basically sentencing. The government respectfully submits this letter in advance of sentencing in this matter. For the reasons explained below, the government believes sentence within the guideline range of 30 to 37 months would be sufficient.

And then -- it's a lengthy

74 (Pages 290 - 293)

Page 294

Abi Goldenberg

discussion of Mr. Teman's case and the reasons that the government, the prosecutors in this case were asking for a specific sentence.

Have you ever seen this document?

A    I do not remember seeing this document.

Q    I will just flip through it here quickly.  I don't think it's necessary to read it all.  And you have the link, okay.

Do you know anyone who -- other than Avi Goldenberg, do you know anyone who contacted Rabbi Pruzansky about his support of Mr. Teman?

A    No.  I mean, not to my knowledge.

Q    Do you know anyone Avi Goldenberg who was considering, who was considering approaching or contacting Rabbi Pruzansky about his support of Mr. Teman?

A    I was probably considering.

Page 295

Abi Goldenberg

Q    But if I understand your testimony, in the end, you did not actually contact Rabbi Pruzansky?

MS. GOLDMAN MOYAL:  Objection to form.

A    I don't remember ever contacting Rabbi Pruzansky.

Q    Have you contacted or communicated with Rabbi Pruzansky on any other issues unrelated, let's say, to Mr. Teman --

A    No, no, no.

Q    But right now your testimony us you don't recall if you ever --

A    If I sent him -- if I sent him an e-mail?  I don't remember if I did or didn't send an e-mail.  I definitely didn't speak to him.  I don't recall.  I really don't recall.

Q    You sound unsure.

Did you maybe draft, I mean, did you maybe prepare an e-mail and maybe not send it?

A    I don't remember.

Page 296

Abi Goldenberg

Q    Have you ever done that?  Have you ever written an e-mail and not sent it?

A    Have I ever written an e-mail and not sent it?  Sure.

MS. GOLDMAN MOYAL:  Over objection, you can answer.

Q    Did you ever discuss with Leon Goldenberg whether Leon Goldenberg should contact Rabbi Pruzansky about his support of Mr. Teman?

A    I don't specifically remember, but definitely when we got that e-mail from Avi Goldenberg, we probably discussed it, but I can't -- I can't remember any specific conversation what we said or Pruzansky.

Q    Well, what -- what -- do you recall what was Leon Goldenberg's response to learning that Rabbi Pruzansky was supporting Mr. Teman's legal defense fund?

A    I don't remember.

Q    Mr. Goldenberg, do you know

Page 297

Abi Goldenberg

anyone who has ever been accused of a crime?

A    Yes.

Q    Other than Mr. Teman?

A    Yes.

Q    Have you ever been accused of a crime?

MS. GOLDMAN MOYAL:  Over objection, you can answer.

A    Not to my knowledge.

Q    Have you ever been arrested?

A    No.

MS. GOLDMAN MOYAL:  Over objection, you can answer.

Q    Do you know anyone who has ever been arrested?

A    Yes.

Q    Do you know anyone who's been sentenced to jail?

A    Yes.

Q    Who?  Can I ask --

MS. GOLDMAN MOYAL:  No. Objection.

A    Why do I have to answer that?

75 (Pages 294 - 297)

Page 298

Abi Goldenberg

MS. GOLDMAN MOYAL: I'm not going to allow you to answer that.

MR. REINITZ: On what basis?

MS. GOLDMAN MOYAL: That's completely irrelevant. You can ask about his criminal history, but not about anyone else.

MR. REINITZ: Okay. I don't agree, but...

A   You want me to name Jack Cohen?

Q   I'm sorry?

MS. GOLDMAN MOYAL: No, we don't want you to name anyone.

THE WITNESS: I didn't think so. Like what's going to help if I name some random name?

MS. GOLDMAN MOYAL: Nothing. No answer.

Q   Have you ever participated in an effort to prosecute someone who was accused of a crime?

MS. GOLDMAN MOYAL: Objection.

Over objection, you can

Page 299

Abi Goldenberg

answer.

A   Not to my knowledge.

Q   And I am asking because I could pull it back up if you would like.

We discussed -- when Mr. Teman had told you he was arrested, you had offered to see --

MS. GOLDMAN MOYAL: We are talking --

Q   -- see if there was any way you could help him?

MS. GOLDMAN MOYAL: We are talking apart from Teman, that's correct.

MR. REINITZ: That's correct.

MS. GOLDMAN MOYAL: I don't think that had changed so it's still apart from Teman.

MR. REINITZ: That's right.

MS. GOLDMAN MOYAL: Great.

Q   Other than -- just to be very clear, other than Mr. Teman, have you offered to assist anyone else that you know who is facing criminal allegations?

Page 300

Abi Goldenberg

A   Not my knowledge.

Q   Other than Mr. Teman, have you considered reaching out to people who were involved in the collection of collecting defense funds to ask them to stop their involvement in that effort?

MS. GOLDMAN MOYAL: Over objection, you can answer.

A   I don't think so.

MS. GOLDMAN MOYAL: You mean generally, related to this case, related to something else?

MR. REINITZ: Other than -- I mean, Mr. Goldenberg testified that he was --

MS. GOLDMAN MOYAL: You mean generally?

MR. REINITZ: General, yeah.

MS. GOLDMAN MOYAL: Okay.

Q   You testified a little while ago about a couple of calls, I believe, two, between you and Daniel Alessandrino?

A   Yes.

Q   Did you know at that time that

Page 301

Abi Goldenberg

Mr. Alessandrino was trying to put Mr. Teman in prison?

A   Yes.

Q   And did -- when you knew -- did you know that before you spoke to him the first time?

A   I know he -- I know he was making a case. He called me. He had some questions.

Q   And when you spoke to him, was it your understanding that you were reporting Mr. Teman for -- you were claiming that Mr. Teman was committing crimes against you?

MS. GOLDMAN MOYAL: Objection to form.

Over objection, you can answer.

Committing crimes against you? Can you rephrase that?

MR. REINITZ: Sure.

Q   Was it your understanding when you spoke to Mr. Alessandrino that you were reporting Mr. Teman -- reporting --

76 (Pages 298 - 301)

Page 302

Abi Goldenberg

A   I wasn't -- I wasn't reporting. He asked me questions. I answered them.

Q   Okay.

A   Just like you are asking me questions, I answered them.

Q   Okay. Did you speak to -- other than Mr. Alessandrino, who is a -- as I understand it, a detective in the New York police department, did you speak to any other NYPD personnel about Mr. Teman?

A   No.

Q   Other than Mr. Alessandrino, did you speak to any federal prosecutors about --

A   No.

Q   -- Mr. Teman?

A   Oh, I don't think so. I don't -- he one time told me that he wanted me to speak to a prosecutor. I don't remember if I had that conversation. I don't remember. He said he will call me if he needs me. I don't think that conversation ever happened.

Page 303

Abi Goldenberg

Q   Do you know the name of the prosecutor?

A   No.

Q   In your discussions with Mr. Alessandrino, did you mention anything about your proposed investment in GateGuard?

A   I don't remember.

Q   In your communications with Mr. Alessandrino, did you discuss anything about GateGuard's terms?

A   I don't remember.

Q   Did -- in your communications with Mr. Alessandrino, did you discuss anything about threats Mr. Teman made against you?

A   I do believe there was a conversation where I was scared about something, and I -- I expressed that to Mr. Alessandrino.

Q   In your communications with Mr. Alessandrino, did you provide him with any documents?

A   Not that I remember.

Page 304

Abi Goldenberg

Q   I know we locked at it a few minutes ago. I'm happy to pull it back up.

Did you provide Mr. Alessandrino with a copy of Mr. Teman's suicide note?

A   I don't remember.

Q   Did you, in your communications with Mr. Alessandrino, did you mention anything about Mr. Teman's, I would say, his reassurances, that the scary terms that we talked about before, scary terms didn't apply to Goldmont?

A   I don't remember.

Q   Did you ever discuss with Leon Goldenberg how Mr. Teman's criminal case might affect the -- let's say, the outcome of this case, of this lawsuit, between --

MS. GOLDMAN MOYAL: Objection.

Over objection, you can answer.

A   I don't understand the

Page 305

Abi Goldenberg

question. I'm sorry.

Q   Did you ever discuss with Leon Goldenberg how, let's say, if Mr. Teman -- make it very simple, if Mr. Teman went to prison, how that may benefit Goldmont in this case?

A   I don't believe so.

MS. GOLDMAN MOYAL: Same objection.

Q   Did you ever discuss with Mr. Taub how -- if Mr. Teman went to prison, that may be an advantage to Goldmont in this case?

MS. GOLDMAN MOYAL: Same objection.

A   I don't remember having that conversation. I don't remember ever thinking that him going to jail with stop this lawsuit, so I think this it was up to Ari, not up to jail. So I don't -- I don't have that belief.

MR. REINITZ: I am about to send you an exhibit, Ms. Moyal.

(Plaintiff's Exhibit 17 was

77 (Pages 302 - 305)

Page 306

Abi Goldenberg

marked for identification, as of this date.)

Q    Mr. Goldenberg, let me know when you can see Plaintiff's Exhibit 17. Can you see it?

A    Yup.

Q    Take a minute to review it, and I am going to ask you if it refreshes your recollection about any of your conversations with --

A    Yes.

Q    -- Mr. Alessandrino?

A    I remember the name Kedar now. Kedar Bhatia.  I remember Kedar Bhatia now.  Okay.

Q    Have you ever seen this e-mail?

A    No.

Q    Do you know who Kedar Bhatia is?

A    That's the -- that was the -- that was the -- whatever you call, the attorney -- the prosecutor, I guess you would call him.

Q    This is an e-mail from Daniel

Page 307

Abi Goldenberg

Alessandrino --

A    As -- as I said, he asked me questions and I answered them.

Q    Okay. Daniel.Alessandrino@NYPD.org to Kedar Bhatia, and that's on Monday, January 13, 2020, 5:38 p.m.

Now the first line in this e-mail is a date, 1/13/2020, 1715.

Does this refresh your recollection as to when you spoke to Detective Alessandrino?

A    No, it doesn't.

Q    You said --

A    I said it doesn't.  It could be.  It could be.  I just don't know.

Q    Was that --

A    We know that the suicide note was in December, so December, January, makes sense, but I just can't tell you better than that.

Q    Abi Goldenberg, that's your name, right?

A    Yes, yes.

Page 308

Abi Goldenberg

Q    Nine checks, I'm reading Detective Alessandrino's e-mail to Mr. Bhatia.

It appears to me -- again, I'm not going to ask you to agree one way or the other.  It appears to me that this is a summary of, let's say, a call or a communication with you.

A    Could be.

Q    Could be.

Nine checks from 10/8/2018 to 1360 East 14th Street, Suite 11, Brooklyn, New York, 11230, where for 12 devices, checks were authorized.

Does this refresh your recollection as to what one of the topics of your discussion with Detective Alessandrino was?

A    Like I said before, he asked me questions and I answered them.

Q    Okay.  Do you recall telling Detective Alessandrino about nine checks?

A    That number would basically make sense, but if you are asking, I

Page 309

Abi Goldenberg

would have thought there was 10 checks. Maybe one -- we ordered 10 devices, so that's why the number makes sense.  I just -- I mean --

MS. GOLDMAN MOYAL:  He is just asking if you remember and if this makes sense --

A    No, I don't -- I don't remember the specifics.

Q    Before you spoke to Detective Alessandrino, either time, or any of the times you had spoken to him, did you review any documents before you spoke to him?

MS. GOLDMAN MOYAL:  If you recall.

A    My review, it was my check register.

Q    So if I understand you correctly, before you spoke to Detective Alessandrino --

A    No, if I reviewed something, it was my check register.  I don't know if I did or didn't or I just had it in memory

Veritext Legal Solutions
212-279-9424           www.veritext.com           212-490-3430

Page 310

Abi Goldenberg

that I sent him 10 checks on 10/8 and I checked my e-mail when I sent out the checks. The only other thing I could have used was my check register --

MS. GOLDMAN MOYAL: He is not asking you what you used. He is asking you specifically did you review documents before talking to --

THE WITNESS: I don't remember. I don't remember.

MS. GOLDMAN MOYAL: Okay.

REPORTER: Please. I want to ask you again to please wait for each other to finish speaking.

MS. GOLDMAN MOYAL: Apologies.

Q    1360 East 14th Street, Suite 11, do you recognize that address?

A    Almost.

Q    Is that almost, let's say, Goldmont's address?

A    Almost, yes.

Q    Do you recall if you provided Detective Alessandrino of copies of any

Page 311

Abi Goldenberg

checks?

A    I don't remember.

Q    Detective Alessandrino writes here: The we're -- I think that might be were -- were for 12 devices.

Do you know what he's referring to, what the devices are?

A    Yes.

Q    What 12 devices?

A    In October of 2018, I ordered -- I ordered 10 buildings from Ari. I paid in full. And one of the buildings has three gates, so one of the buildings had two extra devices, so it was 12 -- 12 devices.

Q    At this moment -- I'm reading from Detective Alessandrino's e-mail -- only seven of the 12 devices were installed.

Do you know what he is referring to?

A    Yes. Ari only had seven devices installed.

Q    The next line: The

Page 312

Abi Goldenberg

relationship went bad when Avi refused to invest in GateGuard and Teman began threatening them that they owed him millions of dollars in contract violations.

Do you know if Mr. Teman ever made a threat of million dollars -- millions of dollars in contract violations, did he ever make that threat in writing?

MS. GOLDMAN MOYAL: Apart from what we've testified to this far?

MR. REINITZ: I'm sorry?

MS. GOLDMAN MOYAL: Apart from what Mr. Goldenberg has testified to thus far in terms of threats or are you including those?

MR. REINITZ: I'm asking in general.

Ms. Moyal, can we just tone down the speaking objections? If you want to object, object.

MS. GOLDMAN MOYAL: I will.

MR. REINITZ: Okay.

Page 313

Abi Goldenberg

MS. GOLDMAN MOYAL: I am just trying to clarify the question, because it doesn't --

(Simultaneous crosstalk.)

THE WITNESS: We've answered this question so many times, I mean --

MS. GOLDMAN MOYAL: Exactly.

THE WITNESS: He's threatened me on the phone for sure. You want to know if I have it in writing, I don't know if I have it in writing.

Q    So as far as you recall, there's no written record of the millions of dollars of contract violations from Mr. Teman?

A    Right. But if you read those 26 pages of WhatsApp chats.

Q    Next line here, he, I assume that's referring to you, Avi Goldenberg, he was never made aware of the terms and conditions until March of 2019 when Abi was looking around Teman's website.

Do you know what that's referring to?

79 (Pages 310 - 313)

Page 314

Abi Goldenberg

A    Do you have a question?

Q    Do you know what Detective Alessandrino is referring to that you were never made aware of the terms until March 2019 when you were looking around Teman --

A    From October 2018 when I bought the first 12 devices, I didn't know anything about terms and conditions. I never saw a website. I never saw a contract. I never signed a contract. I never went online. I never clicked accept.

Q    And --

A    I think he's referring to February, though, but again, I think it was February of 2019.

MS. GOLDMAN MOYAL:  I'm just objecting to the fact that this is an e-mail written by a detective and not by Abi himself, and you're asking him questions about it, so.

Q    Okay. I'm asking -- I want to be very clear, I'm asking about what you

Page 315

Abi Goldenberg

told Detective Alessandrino and --

MS. GOLDMAN MOYAL:  No, you're asking him whether he knows what the e-mail is referring to.

MR. REINITZ:  Right.

MS. GOLDMAN MOYAL:  That's different.

MR. REINITZ:  Fair enough.

Q    Did you tell Detective Alessandrino that you were not made aware of GateGuard's terms and conditions until you were looking around Teman's website?

A    I still don't remember, but if it's written here, then I would assume that if he asked me if I knew about the terms and conditions, I told him that I didn't in October.

Q    Do you recall if you told Detective Alessandrino anything about your communications with Mr. Teman, some of the messages we've discussed --

A    I really seem to not recall most of the conversation.

Q    The next bullet point: Abi

Page 316

Abi Goldenberg

confronted Teman who stated that these is -- that these are not for you and that the contract is only for 10 years only to lock them in on the 50 monthly fee.

Did you tell Detective Alessandrino that Mr. Teman told you that the terms, GateGuard's terms are, quote, not for you?

A    Apparently, if it's written here, then I told -- I said that to him, but I don't remember.

Q    Do you recall, whether you told Detective Alessandrino that Mr. Teman told you that the contract was only for 10 years?

A    Yes. I have that e-mail from Ari.

Q    I'm not asking that. I'm asking --

A    I don't remember. No, I do not remember.

Q    Do you recall -- again, if -- if this was a conversation that you had, it seems you don't recall a lot of it,

Page 317

Abi Goldenberg

but if it happened on January 13, 2020, do you know if that was your first or your second conversation with Detective Alessandrino?

A    I assume it was my second. I don't remember, but I think it was my second.

Q    Do you recall approximately how long that conversation was?

A    Not very long. Fifteen, 20 minutes, if I remember correctly.

Q    How about your first conversation with Detective Alessandrino? Do you remember about how long that was?

A    Five, six minutes.

Q    Okay.

A    If I remember.

Q    And do you recall if this second conversation was, about January 13, 2020, about how many days in advance or weeks in advance was your first conversation with Detective Alessandrino?

A    Everything was probably within

80 (Pages 314 - 317)

Page 318

Abi Goldenberg

two weeks, the whole time -- we spoke twice and it was probably within two weeks of each other.

Q    Did Detective Alessandrino tell you anything about any other witnesses in Mr. Teman's criminal case?

A    No.  Just that he has a bunch. He said he has a bunch of witnesses.

Q    Did Detective Alessandrino tell you anything about Mr. Schonfeld, your attorneys, his communications with Mr. Schonfeld if he had any?

A    Not that I remember.

Q    Did Detective Alessandrino -- did you communicate to Detective Alessandrino that Mr. Schonfeld was representing you --

A    I don't remember.

Q    -- in this case?

A    I don't remember.

Q    Was there anyone on the call, your call -- either of your calls with Detective Alessandrino other than you and him?

Page 319

Abi Goldenberg

A    I don't think so, but now that I see -- I don't know, I don't think so, I don't remember.  On my end, no.  I don't remember on his end.

Q    After your call -- either of your calls with Detective Alessandrino, did you discuss either of those calls with anyone?

A    Again, don't remember.

Q    So it's possible that until your -- until your testimony here today, you haven't discussed your communications with Detective Alessandrino with anyone?

A    Specific or the general?

Q    Anyone at all?  Is this the first time you've ever discussed your communications --

A    The fact that I was on the phone with a detective?

Q    Yeah.

A    No, it's not the first time.

Q    Do you recall when the first time was that you mentioned that to anyone?

Page 320

Abi Goldenberg

MS. GOLDMAN MOYAL:  Can you just clarify it?  Mentioning that he was on the phone with anyone or talking substantively about the phone call?

Q    Discussing the fact that he was communicating with Detective Alessandrino, either time.

Other than today, when was the first time you mentioned simply that fact alone to anyone?

A    I'm pretty sure I had mentioned it to my father.

Q    Would that have been --

A    But that would be a very general context.  Not a specific, you know, phone conversation.

Q    Do you think you mentioned to your father after both calls?  You just mentioned the fact that you spoke to --

A    I don't know.  It depends if he was around or not.  If he was, you know, if he wasn't, then I didn't call him about it.

Page 321

Abi Goldenberg

Q    What -- what did Leon Goldenberg say when he heard about your calls with Detective Alessandrino --

A    I -- I -- have no recollection.

Q    Do you know if Leon Goldenberg communicated with Detective Alessandrino?

A    I do not believe so, but I can't answer for him.

Q    So other than Leon Goldenberg, is there anyone else that you discussed your call with Detective Alessandrino?

A    Not that I remember.

Q    Did you discuss either of your calls with Detective Alessandrino with Joseph Soleimani?

(INAUDIBLE.)

Q    Did you speak --

REPORTER:  I'm sorry I didn't hear the answer.

A    Correct.  Correct.  I don't remember.  He's asking me a lot of questions about a very significant part of my life.

Q    Did you speak to Joseph

81 (Pages 318 - 321)

Page 322

Abi Goldenberg

Soleimani at any time, let's say, within a week of your call with Detective Alessandrino on January 13, 2020?

A    I still can't answer.  I have no idea.  No recollection.

Q    Do you have or can you obtain your phone records from that period of time?

A    That's up to -- that's up to my lawyer.

Q    Understood.  Understood.  I am a saying is it --

A    I'm not hiding if I did or didn't.

Q    Okay.

A    I just -- it's up to my lawyer to decide if she wants to do that.

Q    Fair enough?

A    This has nothing to do with me.

MR. REINITZ:  Ms. Moyer, we will coordinate separately to make a request from Mr. Goldenberg's phone logs from that period of time.

MS. GOLDMAN MOYAL:  Again,

Page 323

Abi Goldenberg

please follow up in writing, and we take it under advisement.

MR. REINITZ:  Yeah, yeah, understood, understood.

Q    Now, your discussions other than your, let's say, recent communications with Mr. Soleimani, Mr. Joseph Soleimani about a recent business deal in Brooklyn, do you recall when the first time you spoke to Joseph Soleimani was?

A    It was -- it was in the timeframe of the suicide note.

Q    Have you ever spoken to Mr. Soleimani with anyone else?  Was there anyone else on the call other than you and him?

A    No.

Q    Had you ever spoken to -- you talked about Samuel Taub?  Have you ever spoken to Mr. Taub with anyone else on the call other than you and him?

A    Not that I'm aware of.

Q    Have you ever spoken to -- when

Page 324

Abi Goldenberg

you had been in touch with Mr. Jacob Litchfield, Yanky Litchfield, were you on any calls with Mr. Litchfield with anyone other than you and him?

A    Not that I'm wear of.

Q    When you were in your discussions with Mr. Soleimani, did you mention at any point the discussions that you had to invest, potentially invest in GateGuard?

A    Can you repeat that question?

Q    When you -- in your communications with Mr. Soleimani, did Goldmont or Leon Goldenberg's potential investment in GateGuard ever come up?

A    I don't remember.  It's definitely possible.

Q    Do you know if Mr. Soleimani ever discussed potentially investing in GateGuard?

A    I have no idea.

Q    Did he ever mention anything to you about potential -- his consideration of a potential investing in GateGuard?

Page 325

Abi Goldenberg

A    I don't remember.

Q    Did Mr. Soleimani ever discuss his use of GateGuard's intercoms?

A    Yes.

Q    What did Mr. Soleimani tell you about his use of GateGuard's intercoms?

A    I don't remember specifics.

Q    So all you remember, if I understand your testimony, is that Mr. Soleimani mentioned something about GateGuard's intercoms?

A    I mean, that was the basis for our -- for our relationship, was that we installed GateGuards in entire buildings, so you are asking me if we spoke about the fact that he installed it, again, that was the basis of the relationship.

Specifics, I don't remember.  I mean, this was a discussion on Ari Teman and GateGuard.  I don't remember what we specifically talked about.

Q    Did you ever discuss GateGuard's pricing with Mr. Soleimani?

A    I don't remember.

82 (Pages 322 - 325)

Page 326

Abi Goldenberg

Q   Did you ever discuss any features of GateGuard's device with Mr. Soleimani?

A   I don't remember.

Q   Did you ever discuss the length of GateGuard's terms on its website with Mr. Soleimani?

A   I would assume so, but again, I don't remember specifics.

Q   Did you ever discuss any checks that Goldmont or you wrote to GateGuard with Mr. Soleimani?

A   I don't remember.

Q   Did you ever discuss any remotely created checks that Mr. Teman deposited from Mr. Soleimani's accounts? Did you discuss that with Mr. Soleimani?

A   I would say assume so. Again, that was, you know, the basis of our relationship.

Q   Why would you assume so?

A   Because that was his connection to Teman.

Q   Can you be more specific? What

Page 327

Abi Goldenberg

was Joseph Soleimani's connection to Teman?

A   Being that that was the -- again, I don't remember specific conversations. I just -- I know that he was the one that they -- that they deposited checks on his account.

Q   Did you discuss the -- your negotiations of the agreement that we saw earlier today signed by Leon Goldenberg? Did you discuss that agreement with Joseph Soleimani?

A   I don't remember.

Q   Did you discuss this lawsuit with Mr. Soleimani?

A   Yes.

Q   What did you tell Mr. Soleimani about this lawsuit?

A   We subpoenaed him, so he called me.

Q   When was that approximately?

A   Whenever you subpoenaed him.

Q   Let's just -- roughly, I don't have the --

Page 328

Abi Goldenberg

A   It's got to be in your records. I didn't subpoena him.

Q   Understood. Let's --

A   I have no idea. He was very upset. He called me up. I don't remember.

Q   So let's say -- again, I'm not going to bore any of us with pulling up the exact date, but fair to say that was in the last six months?

A   I don't remember.

Q   And you are correct, Mr. Soleimani did receive a subpoena in this case. And he reached out to you, he called you; is that correct?

A   Correct.

Q   Did he send you a text or an e-mail or any --

A   No, he called me on the phone.

Q   He has your phone number?

A   Yes.

Q   Do you have his phone number?

A   Yeah.

Q   And so he called you. And what

Page 329

Abi Goldenberg

did he say?

A   I was subpoenaed.

Q   Okay.

A   I got -- I got three calls on that day, so I was popular.

Q   Was -- who were the other calls from?

A   Jacob Litchfield. Sam Taub, I think, I don't remember. Not my mother-in-law yet.

Q   I'm sorry?

A   Nothing.

Q   So let's start with Mr. Soleimani. I think you already testified, but I just want to dig in a little more. You said Mr. Soleimani, if I remember correctly, was upset about the subpoena he received in this case?

A   He was upset. He was frustrated. I can't give you his emotion. He wasn't -- he wasn't at the beach happy.

Q   He wasn't thanking you for it?

A   He wasn't thanking me for the

Page 330

Abi Goldenberg

subpoena, no.

Q   What did you discuss with him about the subpoena?

A   Nothing.  He asked me if I know a lawyer that can represent him.

Q   What did you respond?

A   I said I don't know.  I'm working with Simcha.  If you want his number, you can probably have it.  That was the end of the conversation, from what I recall.

Q   Did Mr. Soleimani ask -- did Mr. Soleimani -- I'm sorry.

Did Mr. Soleimani ask you to pay for his lawyer --

A   No.

Q   -- to represent him?

A   No.

MS. GOLDMAN MOYAL:  Objection.

You can answer.

MR. REINITZ:  What's the objection?

MS. GOLDMAN MOYAL:  Whether

Page 331

Abi Goldenberg

he paid -- he asked to be paid?

MR. REINITZ:  Whether he asked Mr. Goldenberg --

MS. GOLDMAN MOYAL:  To pay.

MR. REINITZ:  -- to pay.

MS. GOLDMAN MOYAL:  Yeah.

MR. REINITZ:  -- the fees for his attorney.  What's wrong with that?

MS. GOLDMAN MOYAL:  You objected last time to legal fees, so I'm allowed to object on this grounds.  So whatever your objection was last time, that's what it is.

MR. REINITZ:  I'm asking about a conversation between Mr. Soleimani and Mr. Goldenberg --

MS. GOLDMAN MOYAL:  I understand.

MR. REINITZ:  Let's move on.

A   He did not.  He did not.

Q   Did Mr. Soleimani, during your conversation -- was it just one conversation or did you speak to him several times about the subpoena?

Page 332

Abi Goldenberg

A   I think it was one conversation.

Q   Was there any follow-up e-mails --

A   No.

Q   -- messages --

A   It was probably text messages, you know, here's his number, but not more than that.

Q   I'm sorry, whose number are you referring to?

A   Simcha's.

Q   That's Mr. Schonfeld, your attorney in this case?

A   Yes.

Q   You indicated that you --

A   I will send him Simcha's number, and he could be in touch with him.

Q   Did Mr. Soleimani mention any other subpoenas that he's received in any other cases?

A   No.

Q   Did Mr. Soleimani, did he

Page 333

Abi Goldenberg

explain why he was upset receiving the subpoena?

A   He wasn't upset.  He was happy.

MS. GOLDMAN MOYAL:  Just answer the question.

A   No, he didn't say why he was upset.  And I don't know why you keep saying he was upset.  I don't know.  He wasn't happy.  I don't know what his emotion was.  I had misspoke when I said he was upset.

Q   Did Mr. Soleimani, other than asking for you to refer him to a lawyer, what else, if anything, did Mr. Soleimani want when he called you?

A   Nothing.  Not to my knowledge, to my memory.

Q   So if I understand correctly, it probably would have been a pretty short conversation?

A   Yeah.

Q   You mentioned that Mr. Taub also reached out to you about the same time; is that correct?

84 (Pages 330 - 333)

Page 334

Abi Goldenberg

A   I know Mr. Litchfield. I don't know if it was Mr. Taub or somebody else. But I think there were three calls that day.

Q   Let's start with Mr. Litchfield.

Mr. Litchfield reached out to you. How was that? By phone?

A   I think so, yes.

Q   Well, we've seen your -- the WhatsApp messages. I didn't see any. Do you know if there were any WhatsApp messages since then between you and Mr. Litchfield?

A   I don't know offhand, no. I mean, we are in communication, so we have -- you know, a business relationship. So --

Q   When --

A   -- I don't know.

Q   Fair enough.

When, just roughly, was the last time you sent or received a WhatsApp message from Mr. Litchfield?

Page 335

Abi Goldenberg

A   I actually think -- again, I don't know if it was WhatsApp, but I think the last time we actually spoke was about the subpoena.

Q   And the subpoena to Mr. Litchfield, he called you up, again, about the same time you said as Mr. Soleimani.

What did Mr. Litchfield say?

A   He just told me, he said -- he just said something like, oh, sitting at home and somebody is trying to subpoena me and then he said I realize it was probably from your case. That was it. And he said no big deal. Don't worry about it.

Q   Mr. Litchfield said no big deal?

A   Yeah, don't worry about it.

Q   So again, if I understand, that sounds like also pretty short call; is that fair?

A   Yeah. Again, I can't tell you if we spoke about work for five minutes

Page 336

Abi Goldenberg

after, I don't remember. But it wasn't like a very big topic, getting the subpoena.

Q   Did Mr. Litchfield make any request to you about attorneys --

A   No.

Q   -- like Mr. Soleimani did?

A   No.

Q   No mention of an attorney?

A   No.

Q   Before that, before Mr. Litchfield reached out to you about the subpoena, approximately when was the -- when did you speak to him prior? What was the most recent time before then?

A   Mr. Litchfield?

Q   Yes.

A   I don't know, but we're in contact.

Q   And it's -- I want to be very clear about this, you are in contact with Mr. Litchfield but is that still regarding intercoms or is that about

Page 337

Abi Goldenberg

other things?

A   I mean, again, I'm not involved in the intercoms, so I -- I call him if there is a problem with the wiring in the office. I call him if there's an Internet problem. If I need a new outlet. Not specifically about intercoms, no.

Q   Now, Mr. Taub, I know you mentioned a minute ago you weren't sure, but do you recall ever speaking to Mr. Taub about the subpoena he received in this case?

A   I don't remember. I actually don't remember.

Q   Did --

A   I don't remember. I don't remember.

Q   Okay. Did Mr. Taub, in any of your prior conversations with Mr. Taub, let's say, around the time of Mr. Teman's suicide note, did you ever discuss your investment offer to GateGuard with Mr. Taub? The discussions -- I'm

85 (Pages 334 - 337)

Page 338

Abi Goldenberg

sorry --

MR. REINITZ: I'll rephrase that.

Q    In your discussions with Mr. Taub around the time of Mr. Teman's suicide note, did you ever discuss the -- the potential investment that you had discussed with Mr. Teman in the past?

A    I don't remember.

Q    Did you ever, in those prior communications, that's by phone, that's by e-mail, by WhatsApp, did you ever discuss any -- with Mr. Taub any problems Goldmont had with GateGuard devices, GateGuard intercoms?

A    You are talking about specifically devices, not Teman?

Q    Let's just say, more generally, GateGuard's intercom services, so that could be the device, that could be the Web, the service that connects to the device.

A    I'm sure it came up, yes.

Q    In any of your earlier

Page 339

Abi Goldenberg

discussions, communications, I would say, with Mr. Taub, did you discuss the agreement that we saw earlier today that had Leon Goldenberg's signature on it, written between GateGuard and Goldmont? Did you ever discuss that with Mr. Taub?

A    I don't remember.

Q    Now, in some of the e-mails that we saw earlier today, I guess that Mr. Taub sent you, there were a number of references to GateGuard's terms.

Did you ever discuss any aspect of GateGuard's terms with Mr. Taub?

A    I don't remember.

Q    In any of your communications at any time with Mr. Taub, did you ever discuss -- other than the subpoena, I'm sorry, other than your discussion about the subpoena, did you ever discuss this lawsuit with Mr. Taub at any other time?

MS. GOLDMAN MOYAL: Objection to form.

You can answer.

A    This is the first time I called

Page 340

Abi Goldenberg

him was about the lawsuit, we established that already.

Q    And what did you tell Mr. Taub about this lawsuit when you first spoke to him?

A    I asked -- I -- I basically asked him to tell me what to expect, that's all.

Q    So you didn't -- if I understand you correctly, you didn't tell him anything about the background of this case?

A    I probably did. He probably asked. I probably did. I just don't remember the specifics -- the specifics of the conversation.

Q    So you -- and, again, I want to get the chronology right, you received Mr. Taub's phone number from Mr. Litchfield. If I understand correctly, you called Mr. Taub. You just testified a second ago you probably gave him, let's say, an overview of the case?

A    Right.

Page 341

Abi Goldenberg

Q    Of this case?

A    Mm-hm.

Q    Your understanding of this case?

A    Again, in its infantry (sic). Not now. We are talking about when it first came.

Q    Right, right.

And -- and then what? And then you asked him? I just want to be clear, you asked him for --

A    What to expect, how long -- you know, just what to expect, how long it's going to go on for. Just advice.

Q    Did you discuss potential legal fees with Mr. Taub?

A    I don't remember.

Q    Did Mr. Taub tell you anything about his legal fees and MVI's lawsuit with GateGuard?

A    I don't remember.

Q    Did Mr. Taub tell you anything about his attorney or his attorneys in his lawsuit, MVI's lawsuit with

86 (Pages 338 - 341)

Page 342

Abi Goldenberg

GateGuard?

A   He mentioned -- I think he mentioned their name.  I can't even tell you what it is, but he mentioned their name.

MR. REINITZ:  I am going to move to another exhibit here.  I don't know if now is the time, would anybody want a five-minute break.

THE WITNESS:  I would like a five-minute break.

MR. REINITZ:  How are we doing on the clock?

THE VIDEOGRAPHER:  We are off the record at 5:35.  This marks the end of media unit number five.

[A recess was taken.]

THE VIDEOGRAPHER:  We are back on the record at 5:43.  This marks the beginning of media unit number six.  Thank you.

BY MR. REINITZ:

Q   Mr. Goldenberg, I am going to show you Plaintiff's Exhibit --

Page 343

Abi Goldenberg

MR. REINITZ:  Ms. Moyal, I just sent you a couple exhibits.

MS. GOLDMAN MOYAL:  Yup.

Q   This is going to be Plaintiff's Exhibit 39.

(Plaintiff's Exhibit 39 was marked for identification, as of this date.)

Q   Let me know when you can see it.

A   I could see it.

Q   And this, I know you testified earlier, you don't spend too much time on Facebook, so this is a Facebook post from July 23rd of this year.

A   Okay.

Q   By MVI systems.  I want to read you here:  We got to install this really cool KeyCom BOLT for Metropolitan Security - Goldmont Realty.

A   Okay.

Q   Now these offices can enjoy peace of mind provided through our seamless security system.

Page 344

Abi Goldenberg

Have you ever seen this device?

A   No.

Q   Do you know, or I should say, did you know that Metropolitan Security installed this device?

A   No.

Q   Did you know that Metropolitan Security installed -- was installing MVI devices on Goldmont Properties?

A   No.

Q   Do you know, who at Goldmont, based on your experience, might be involved in dealing with MVI systems other than yourself?

A   One of those three people I mentioned earlier:  Marvin Basch, Jonathan Samet, and Sam Brown.

Q   So is this deposition the first time you are hearing of MVI installing a device on Goldmont's property?

A   A hundred percent.

MR. REINITZ:  I'm going to show you what's marked as Plaintiff's Exhibit 12.

Page 345

Abi Goldenberg

(Plaintiff's Exhibit 12 was marked for identification, as of this date.)

Q   Let me know when you can see it, Mr. Goldenberg.

A   I see it.

Q   Great.  Flip to -- do you see the top, here?  If you want to take a look, I can zoom out here.  Let me know -- let me know when you are ready.

A   Okay.  Okay.

Q   So starting from the bottom here, and this is a Bates stamped Defendants 00018.  This begins on February 28, 20919.  It's an e-mail -- an e-mail from Ari Teman to Goldmont@aol.com.

Do you know, is that Leon Goldenberg's e-mail address?

A   Yes.

Q   A. Goldenberg, I believe that's you.

Yechiel Bromberg.  Who is Yechiel Bromberg?

87 (Pages 342 - 345)

Page 346

Abi Goldenberg

A    My father's friend.

Q    Have you ever met Yechiel Bromberg?

A    Yes, yes.

Q    To your knowledge, has Leon Goldenberg ever made an investment together with Mr. Bromberg?

MS. GOLDMAN MOYAL:  In this case?  Somewhere else?  Can you specify?

Q    I'm asking whether Mr. --

A    I don't know of anything specific.  I'm not involved in their finances and investments.

Q    Okay.

A    I mean -- I wouldn't know anything specific.

Q    Well, maybe more generally, we're going to discuss -- and we've touched on it already.  We'll discuss it more now in a minute.

Let's say, Mr. Leon Goldenberg's, I would say, you know, he was considering or he was discussing,

Page 347

Abi Goldenberg

let's say, at minimum, an investment in GateGuard.

Other than GateGuard, do you know of any other investments in technology companies that Leon Goldenberg has made?

A    I don't know anything specific.

Q    Do you know, other than GateGuard, do you know of any other technology companies that Leon Goldenberg has discussed making an investment in?

A    I was definitely present at a meeting where we discussed the technology company.  It never went through.

Q    What was the name of the company?

A    I don't remember, but something about co-living.

Q    I'm sorry, I didn't --

A    It was something about co-living.

Q    Co-living?

A    Co-living, yes.

Q    Other than co-living and other

Page 348

Abi Goldenberg

than GateGuard, do you know of any other, let's say, startup companies Leon Goldenberg has considered investing in?

A    I don't know anything specific, no.

Q    Other than GateGuard and possibly other than that co-living company you mentioned, have you been involved in any discussions to invest in any startup companies?

A    No.

Q    Okay.  Back to this e-mail in Exhibit 1.  The next person on this e-mail from Mr. Teman is Barry Schecter.

Do you know Mr. Schecter?

A    I met him.

Q    And who is he?

A    He -- he seems to be Yechiel Bromberg's accountant.

Q    Is the only time -- have you met him just once or several times?

A    I met him one time with Yechiel and Ari.

Q    So in any event, February 28,

Page 349

Abi Goldenberg

1:17 p.m., Mr. Teman writes to this group:  Some great updates.  We just landed the archdiocese as a client.  He mentioned a new hire, Levi.  Talks about an ad.  Talks about, I'm looking at number 4 here in this e-mail, looks like two more guys from Crown Heights will join the round with around 700K.

Do you know what Mr. Teman was referring to with respect to the round?

A    I mean, he told me several times he's looking to raise $5 million.

Q    So it's fair to say this is an e-mail Mr. Teman was raising to this group about a potential investment --

A    Yes.

Q    -- in GateGuard?

A    He was trying to, yes.

Q    Right.

A    To update them.

Q    Right.  So Mr. Bromberg replies back a few minutes later.  And actually, he doesn't -- I apologize?

A    He forwards.

88 (Pages 346 - 349)

Page 350

Abi Goldenberg

Q   Right, that's correct.  Thank you.

So this is a forward here of Mr. Teman's "amazing updates" e-mail, subject.  Mr. Bromberg writes to Jerry Weissman, so he's new to the party.

Who is Jerry Weissman?

A   My friend.

Q   Your friend?

A   Mutual friend.  Both, I guess my father's.

Q   Have you ever met Jerry Weissman?

A   Yes.

Q   How many times?

A   I believe we pray under the same schul, so.

MR. REINITZ:  For the record, I know what you mean, but Ms. Stanton --

A   I -- what should I tell you?  I don't know.  50, 75 -- I don't -- I have no idea.

Q   All right -- I would say --

Page 351

Abi Goldenberg

sorry.

A   We're in the same social circle, so I can't tell you.  In regard to GateGuard, one time.

Q   Thank you.

All I was trying to do, you are welcome to correct me, Mr. Goldenberg, just to clarify that your previous answer was a reference to that you pray at the same synagogue?  Is that accurate?

A   We did, when I was a kid.

Q   Okay.  And what synagogue is that, just for --

A   Called Khal Sasregen.

Q   Oh, wow.  I think you have to spell that.

A   I can't.  It's not even called Sasregen.  That's what it's called on the street.  I don't even know what it's called.  In the street, it's called Sasregen, S-A-S-R-A-G-E-N (sic).

Q   Where is that, just generally, where is it located?

A   On the corner of 24th and

Page 352

Abi Goldenberg

Avenue M.

Q   That's pretty specific, okay.

So you know Jerry Weissman from synagogue as does, I assume, Leon Goldenberg?

A   Yes.

Q   And does Mr. Schecter also pray at that synagogue?

A   Not that I -- no.  I mean, I don't think so.  I don't remember.

Q   Now, I know you live in Lakewood, so you may not pray there often.  Do you know if Leon Goldenberg still --

A   Does not, he does not.

Q   What synagogue does Leon Goldenberg pray at now; do you know?

A   It's called Avram Nachum (phonetic), I think.

Q   Where is that?

A   It's on Bedford -- no.  It's -- yeah, it's on Bedford between J and K.

Q   So Mr. Bromberg writes to Mr. Weissman CCing Leon Goldenberg, Barry

Page 353

Abi Goldenberg

Schecter, I guess that's it.

A   Yeah.

Q   And he says:  Hi, Jerry.  See below.  We are trying to put together a group to that Leon has negotiating power with this guy.  I expect my accountant Barry Schecter will get back to me Monday the latest with his opinion on value.  Do you have any interest?  I can get his guy, Ari Teman, to come to your office and give you the complete "shpiel" for product and his plans.

So Mr. Bromberg indicates that the discussion it appears among the group here, if Mr. Bromberg, Mr. Weissman, Leon Goldenberg and Mr. Schecter, was focused on putting together -- they were trying to put together a group so that Leon, your father, has negotiating power with Mr. Teman.

Did you ever have any discussions with Leon Goldenberg about ways to get negotiating power over Mr. Teman?

89 (Pages 350 - 353)

Page 354

Abi Goldenberg

A   No.

Q   Have you ever had any discussions or communications with Leon Goldenberg regarding trying to get negotiating power in other business contexts?

A   No.

Q   So this is -- and I don't know if you reviewed this e-mail before, but is it fair to say this is the first time that you heard that Leon Goldenberg was trying to get negotiating power over --

MS. GOLDMAN MOYAL: Objection.

Q   -- Ari Teman?

MS. GOLDMAN MOYAL: I am going to object to that because this is not from Leon. You can ask him himself next week, but this is coming from Yechiel Bromberg.

THE WITNESS: Right.

Q   I am asking Mr. Abi Goldenberg. I am not asking about whether or not anything Mr. Leon Goldenberg did or

Page 355

Abi Goldenberg

didn't do. I'm asking if that Mr. Abi Goldenberg had ever heard Leon make such a statement in other contexts.

MS. GOLDMAN MOYAL: Objection to form.

You can answer.

A   I don't know. I've never seen such a term. I don't know. I have no idea what he means by that.

Q   Would you -- how long -- I know you worked -- you testified earlier today you now work at, I guess, both at Goldmont Realty Corp., who is a party in this case and also Goldmont Properties, LLC?

A   Yes.

Q   Is Leon Goldenberg affiliated with Goldmont Properties, LLC?

A   No.

Q   So with respect to your involvement with Goldmont Realty Corp., about how long have you been working, been doing business with Leon Goldenberg for?

Page 356

Abi Goldenberg

A   Seven years.

Q   So in the seven years that you have been --

MR. REINITZ: I'm sorry. Scratch that.

Q   What would you say, in your experience, is Leon Goldenberg's day-to-day role at Goldmont Realty Corp.?

MS. GOLDMAN MOYAL: Over objection, you can answer.

A   He is a CEO, signs the checks, manages the budget.

Q   Have you been involved, other than with GateGuard and with Mr. Teman, have you been involved in any other negotiations between Leon Goldenberg and any other -- anyone else with respect to Goldmont Realty Corp.?

MS. GOLDMAN MOYAL: I'm sorry, was the question with Gold- -- with GateGuard?

THE WITNESS: Yeah.

A   No.

Q   Other than GateGuard.

Page 357

Abi Goldenberg

MS. GOLDMAN MOYAL: Other than GateGuard? So just any negotiations that Goldmont has had with Leon?

MR. REINITZ: I'm asking whether --

THE WITNESS: I'm not sure what you are asking.

Q   I'm asking if Mr. Goldenberg who is testifying now has been involved in any other -- other than negotiations with GateGuard, has Mr. Goldenberg been involved in any other business negotiations with Leon Goldenberg?

A   Yes.

Q   What was the most recent time that you were involved in a business negotiation with Leon Goldenberg?

A   It's not my job to negotiate.

MS. GOLDMAN MOYAL: Yeah, I am going to object. This is just a fishing expedition. I don't know what you're looking for specifically. If you have a specific negotiation in

90 (Pages 354 - 357)

Page 358

Abi Goldenberg

mind, feel free to ask him about that, but this is just about nothing.

MR. REINITZ:  Okay, we will move on.

Q    So Mr. Bromberg writes that the group here, we are trying to put together a group so that Leon has negotiating power with this guy, referring to Mr. Teman.

Did -- in any of your discussions with Leon Goldenberg about a potential investment in GateGuard, did you ever discuss ways in which you could maximize the benefit to Goldmont?

A    I am not -- I don't understand your question.

Q    Did you ever discuss -- other than in meetings, one or more meetings that you may have had with Mr. Teman, did you discuss separately the negotiations with Leon Goldenberg, how you would negotiate, let's say, with Mr. Teman?

A    I still don't understand the question.

Page 359

Abi Goldenberg

MS. GOLDMAN MOYAL:  I don't either.

Q    Flipping to the next e-mail, here, Mr. Weissman -- I'm sorry, at the top here, Mr. Weissman replies:  What is it about?  To the group.

And Mr. Bromberg replies again, apparently to the group:  This is the system I mentioned to you the other day.  It is nothing like the download you did (Brivo) the basic system Leon or his son Abi can give you a full description since they have it in some of their buildings and just ordered for the rest of their properties.

Did you ever discuss -- this is now February 28, 2019, do you recall ever discussing your order of GateGuard devices with Mr. Bromberg?

A    My original order?  Not if the project works?

Q    Let's start even simpler.

Did you ever discuss GateGuard with Yechiel Bromberg?

Page 360

Abi Goldenberg

A    Yes.

Q    Approximately how many times did you discuss GateGuard with Yechiel Bromberg?  More than once?

A    Probably.

Q    More than five times?

A    Sounds -- probably between three and five times.

Q    At any point in your discussions with Mr. Bromberg, did Mr. Bromberg give you the impression he was interested in investing in GateGuard?

A    There's always very thought out.  If the numbers make sense, he would be interested.  If the numbers don't make sense, he is not interested.  And it was very clear to him that Barry was going to give him a direction whether to be interested or not be interested and that's why I went to Barry with Yechiel and Ari.

Q    Did you ever attend a meeting or any meetings at which Mr. Bromberg and Mr. Teman were present?

Page 361

Abi Goldenberg

A    Yes.

Q    Where -- how many meetings did you attend where Mr. Bromberg and Mr. Teman were present?

A    At least two, maybe three.

Q    Where were those meetings?  Let's start with the first meeting.  Where was the first meeting held; do you know?

A    The first meeting, I remember, was at Barry Schecter's office.

Q    And where is that?  Just generally.

A    Somewhere in Manhattan.  Midtown, if I remember correctly, but I don't remember.

Q    When approximately was that?

A    About February.

Q    Okay.

A    2019.

Q    Safe to say that was after you had placed the order that we discussed earlier on GateGuard's website?

A    I don't remember.  No, it -- I

91 (Pages 358 - 361)

Page 362

Abi Goldenberg

don't remember. No. It's possible that the order happened after the meeting with Barry.

Q    Did you -- what did you tell -- what, if anything, did you tell Mr. Bromberg about GateGuard?

A    I told him the device works and that Ari's plan was to basically be a service for Fed Ex, Amazon, and Ari told it to me.

Q    Who else other than, let's say, the focus on this e-mail, that's Mr. Weissman, Mr. Bromberg --

A    Mr. Weissman -- Mr. Weissman was not at the meeting by Barry Schecter.

Q    Well --

A    Leon -- Leon was not either.

Q    Okay. So you were there?

A    I was there. Ari Teman was there. Yechiel Bromberg. Ellie -- I don't remember Ellie's last name, Ellie -- I don't remember his last name. Ellie was there and Barry was there.

Q    So the meeting that you

Page 363

Abi Goldenberg

mentioned at, I believe you testified at Mr. Schecter's office, was that the first time that you had ever discussed the possibility of an investment in GateGuard with Mr. Teman?

A    No. Mr. Teman came to our office first.

Q    And our office, you are referring to Goldmont Realty --

A    Correct.

Q    -- office?

A    Yes.

Q    And approximately when was that?

A    Sometime -- again, I don't remember for sure, but I would say in December. Maybe January.

Q    And was that after Goldmont had placed, let's say, an initial order for GateGuard intercoms?

A    It's for initial 10.

Q    I will ask it differently: Was Goldmont a customer of GateGuard's at that point?

Page 364

Abi Goldenberg

A    Yes.

Q    And the meeting was at Goldmont's office in Brooklyn; is that correct?

A    Yes, yes.

Q    Who was there, other than yourself and Mr. Teman?

A    And my father, Leon.

Q    What was discussed at the meeting?

A    Avi was presenting an investment opportunity.

Q    And do you recall generally what the financial term -- well, how much money was Mr. Teman looking to raise?

A    $5 million, if I remember correctly.

Q    And what, if any, response, did Leon Goldenberg have to Mr. Teman's, let's say, pitch to invest in GateGuard?

A    I don't remember the specifics of the -- I don't remember the specific numbers, but there was no way he was putting $5 million into a company. And

Page 365

Abi Goldenberg

he said he would like to speak it over with some of his friends.

Q    So if I understand you correctly, it wasn't sort of a hard no? In other words, Leon didn't just say to Mr. Teman, no, I'm not interested, but he said -- is that fair?

A    He did not say a hard no.

Q    So --

A    I mean, it wouldn't have progressed if he said no, right?

Q    I'm sorry? Say that again?

A    It wouldn't have progressed if he said no. It would have been over.

Q    So at the first meeting, that was with you and Mr. Goldenberg -- and Leon Goldenberg in Brooklyn, Mr. Teman made a pitch for an investment of, let's say, around roughly $5 million, and Leon Goldenberg's responds -- and maybe your response, too, I don't know -- was we're not ready to do it yet, but let me -- let me talk to some other people and see where it goes; is that fair?

92 (Pages 362 - 365)

Page 366

Abi Goldenberg

A    I think you're putting some words in there --

Q    Okay, that's fair.

A    -- so I don't want to -- I can't tell you specifically how the wording was.

Q    That's fair.  After --

MS. GOLDMAN MOYAL:  Objection to the mischaracterization.

MR. REINITZ:  That's fair.

Q    After the meeting, did you discuss the investment with Leon Goldenberg separately, say, without Mr. Teman present?

A    The investment from the company?  I mean, usually we have a follow up with some of the leads, we talk about it, does it make sense, is there anything there?  You know, some sort of -- I'm not investing any amount of money, so I would not be involved in the financial, you know, aspect of that.

Q    So is it your testimony that at no point -- you personally were not going

Page 367

Abi Goldenberg

to have any involvement in the investment --

A    No.

Q    -- potential investment in GateGuard?

A    Hundred percent.

Q    Did -- let's say, were you involved in any way in, let's say, promoting the investment to other investors who might be interested?

A    I was -- I was trying to help Ari out, so I went against my family's wishes to Manhattan, sat there for a few hours that night, to try to, again -- I wasn't making anything off this, I was just trying to let them understand how the product works.  I was not pitching the investment.  I was explaining how the product works for us.

Q    And so after the initial meeting in Brooklyn with yourself and Leon Goldenberg and Mr. Teman, when was the next time that you personally discussed the potential investment in

Page 368

Abi Goldenberg

GateGuard with Mr. Teman?

A    I don't remember.

Q    When was the -- you mentioned one or more follow-up meetings.

Do you recall when the next -- when the next follow-up meeting was after that initial meeting?

A    No.  No.  I think I was in their office a second time before with Barry, but I don't remember.

Q    And you did testify a minute or two about the meeting in Mr. Schecter 's office in Manhattan?

A    Yes.

Q    Were there any other investment meetings with Mr. Teman after that?

A    Yes.

Q    How many?

A    One with Jerry Weissman.

Q    Where was that meeting?

A    In Jerry's office.

Q    And where is that, just generally?

A    Nostrand and Flatlands.  -- no,

Page 369

Abi Goldenberg

no, Flatbush and Flatlands, I think.

Q    Is that in Brooklyn?

A    Yes.

Q    And who do you recall being present at that meeting?

A    Leon, Yechiel, Jerry, myself, Ari and maybe this Ellie -- oh, Pasternack.  His name is Ellie Pasternack.

Q    And after -- this is now, as I understand it, after several meetings.

At that point did anyone make an offer to invest in GateGuard at that meeting?

A    No, not that I'm aware of.  I know Jerry was very unimpressed.

Q    So Jerry was not interested in investing.

Did you say anything to Mr. Teman that may have given him -- did you say anything to Mr. Teman about making an investment in GateGuard?

A    Not that I remember.

Q    Did you hear anyone else at the

93 (Pages 366 - 369)

Page 370

Abi Goldenberg

meeting tell Mr. Teman that they were going to make an investment in GateGuard?

A    Not that I remember.

Q    Were there any -- when you left that meeting, was your impression that anyone at the meeting was going -- intended to make an investment in GateGuard?

A    My impression was generally unimpressed.  And no.  My impression, and I didn't have a read on Yechiel, but I knew he was dependant on Barry and he had not heard back from Barry at that point.

Q    After -- can you guys hear me okay?  There's some noise here?

MS. GOLDMAN MOYAL:  I think there is a car somewhere.

MR. REINITZ:  It's outside my window.

THE VIDEOGRAPHER:  It's a little bit annoying for the video.

MR. REINITZ:  It's annoying for all of us.

MS. GOLDMAN MOYAL:  While we

Page 371

Abi Goldenberg

are here, can you give me a read on how much time is left?

THE VIDEOGRAPHER:  Around 20 minutes.

MR. REINITZ:  Sorry, okay.

Q    After the meeting at Mr. Weissman's office in Brooklyn, did you have any other -- you, personally, have any other discussions with Mr. Teman about an investment in GateGuard?

A    Probably followed up and asked me what are their thoughts, but I don't remember specific.

Q    Were there any follow-up meetings, let's say, between you and Mr. Teman and Leon Goldenberg regarding investment after that meeting at Mr. Weissman's office?

A    I don't believe so, but -- I don't believe so.  I think -- I think the last meeting -- I know we were supposed to speak again, but I think the last physical meeting was -- was that Jerry Weissman meeting.

Page 372

Abi Goldenberg

Q    Were there any follow-up calls between you and Mr. Teman and Leon Goldenberg about the potential investment after the meeting at Mr. Weissman's office?

A    I don't recall.

MR. REINITZ:  I'm really sorry to do this, but it's still going -- it's done.

I am now going to show you, Mr. Goldenberg, a -- this is Plaintiff's Exhibit 18.  Let me know when you can see it.

(Plaintiff's Exhibit 18 was marked for identification, as of this date.)

A    I see it.

Q    And this is an e-mail from Mr. Teman dated August 14th, 2019, that's to both myself and Jacob Rubinstein.  Forward:  TERMS-GG. JR.  And this has an attachment, an attachment, Confirmation of Understanding - GateGuard_Goldmont.

I will give you a minute to

Page 373

Abi Goldenberg

read it here, if you would like.

A    Okay.  Okay.

Q    Have you seen this e-mail before?

A    I don't remember.

Q    I am just going to swap it out here.  I am going to show you the document here that's attached and it's going to be Plaintiff's Exhibit 19.

(Plaintiff's Exhibit 19 was marked for identification, as of this date.)

Q    Let me know when you can see it.

A    I can see it.

Q    If you want to read it, take a look and let me know when you are ready.

A    Okay.  Okay.

Q    Have you ever seen this document?

A    Yes.

Q    Do you recall the first time -- when the first time you saw it was?

A    Probably a similar time that we

Veritext Legal Solutions

212-279-9424          www.veritext.com          212-490-3430

Page 374

Abi Goldenberg
got the whole contract.

Q   I am just going to read a portion of this, here.

The purpose of this document is to record the extenuating circumstances under which GateGuard came to offer and accept terms which are highly advantageous and preferential to Goldmont.

And they have narrative here: Throughout 20919, two GateGuard customers attempted to avoid paying fees owed to GateGuard by initiating fraudulent chargebacks.

And then it continues:  In view of these dire circumstances, GateGuard urgently needed an infusion of capital to ensure its ongoing operations.  As a result, GateGuard offered Goldmont a highly advantageous proposal that provides GateGuard with a much needed cash infusion in exchange for lower overall payments over the term of the agreement.

Page 375

Abi Goldenberg

Without getting into the numbers for second, Mr. Goldenberg, does that -- does that, I would say, very generally reflect of your understanding of your agreement between GateGuard and Goldmont --

A   Not -- not even a little bit.

Q   Okay.  So how does your understanding of the agreement between GateGuard and Goldmont differ?

A   I mean, what Ari is trying to say here is that he's giving me a steal on the deal because he's in trouble.

Q   I guess you don't see it that way?

A   I don't see that it's worth one red penny, the whole deal.  So whatever I was giving him, again, is under much, much pressure and much threat and, you know, this whole deal between me and Ari from July, whatever, was just to avoid this that we're in the middle of now.

Q   I am just continuing:  A copy of the payment terms proposed by

Page 376

Abi Goldenberg
GateGuard and accepted by Goldmont is attached.  As detailed in the attached terms, this agreement resulted in an estimated total savings to Goldmont of $3,600,000 plus as compared to GateGuard's expected revenues under the standard pricing previously accepted by Goldmont.

A   So funny.

Q   As also detailed in the attached terms, GateGuard agreed to deliver a boiler monitoring computer at an estimated total savings to Goldmont of $1,450,000.

Accordingly, the extenuating circumstances described above which all but forced GateGuard to agree to the present terms, have resulted in lost estimate revenues to GateGuard of $5,050,000.

A   Wow, wow, wow, I feel rich now. I feel rich.  I saved 5 million bucks by signing an agreement with Ari Teman. Wow.

Page 377

Abi Goldenberg

MS. GOLDMAN MOYAL:  Is there a question?

MR. REINITZ:  I was trying.

MS. GOLDMAN MOYAL:  Go for it.

Q   So fair to say, Mr. Goldenberg, that that is not your current impression of the agreement that Goldmont signed with GateGuard?

A   I'll leave that up to --

MS. GOLDMAN MOYAL:  Just give a yes or no answer.  Just give him an answer.

THE WITNESS:  Okay, what's the question?

Q   Is it fair to say that this, the portion I just read about, let's say, the total lost estimated revenues and the total savings to Goldmont of, let's say, over $5 million, fair to say that's not your current impression of the agreement?

A   It was never my impression, and it's still not my impression.

Q   Was that something that you

Veritext Legal Solutions
212-279-9424    www.veritext.com    212-490-3430

Page 378

Abi Goldenberg mentioned to Mr. Teman at the time, let's say, before Goldmont signed the agreement, that you didn't believe this was an actual savings or an actual benefit to Goldmont?

A   Many a time.

Q   Is that in writing?  Did you express that in writing?

A   I don't know.

Q   You expressed it verbally?

A   Definitely expressed it verbally.  I mean, we're talking about a $300 piece times 60.  You can do the math.  $18,000, $19,000, $20,000, $30,000.  And now he's telling me to save $5 million on 60 devices, 40 devices, however many -- you can make that a hundred devices, it's not $5 million.

Q   So is it -- maybe to state differently, do you feel that Goldmont received no -- no benefit or no savings --

A   No.

Q   -- under the agreement with

Page 379

Abi Goldenberg GateGuard?

A   Exactly.

Q   So fair to say, Goldmont, you believe today, would have been better off with its prior agreement with GateGuard than this one?

A   If GateGuard upheld what they originally represented, possibly, but if they were going to act like animals, then no.

Q   Can you clarify what you mean by "act like animals"?

A   Enforces 34 pages terms and conditions that he has on his website.

Q   So if -- maybe to say it differently, if GateGuard didn't enforce all of its terms and conditions, that would have been preferable to Goldmont, than --

MS. GOLDMAN MOYAL:  Objection.  That's not exactly what he said.

MR. REINITZ:  Okay, okay, fair enough.

Page 380

Abi Goldenberg

Give me a second here.  I think we are just about done.

How are we doing on the clock, Bob?  I know we're getting there.

THE VIDEOGRAPHER:  We have 10 minutes.

MR. REINITZ:  10 minutes, okay, we'll wrap it up.

Q   Mr. Goldenberg, during your testimony today, other than, let's say, during the breaks, were you in communication?  Were you receiving any messages from anyone at any time?

MS. GOLDMAN MOYAL:  Objection.

I'm sorry, can you specify the question?

MR. REINITZ:  I'm asking if Mr. Goldenberg received any communication regarding this deposition today other than during breaks?

A   Other than my wife asking when

Page 381

Abi Goldenberg I'm going to be home?

Q   I guess not.

A   My wife had asked me a few times before when I'm going to be home.

Q   Anyone else other than your wife?

A   My partner asked me if I need a coffee three times.

Q   Other than your partner and your wife, you don't know?

A   No.  No.

Q   One of the questions -- I can pull it back up if you would like -- in your interrogatories, we asked about your ownership interest and any entities in which you personally had an ownership interest in, let's say, over the past roughly three years.

Do you know that information?

A   What's the question?

MS. GOLDMAN MOYAL:  I believe that was asked and answered earlier.

But over objection, you can answer.

96 (Pages 378 - 381)

Page 382

Abi Goldenberg

A   What's the question?

Q   What entities do you have currently or have you had over --

MR. REINITZ:  I'm sorry, I'll start simple.

Q   What entities do you currently have an ownership interest in?

MS. GOLDMAN MOYAL:  I believe that's asked and answered, and the answer was he wasn't sure.

THE WITNESS:  No, no.  I have an ownership interest in many, many --

MS. GOLDMAN MOYAL:  Okay.

THE WITNESS:  In many things. I just don't -- I'm not -- I'm not sure what the question is.

Q   It's:  Can you -- do you know any -- can you name any entity in which you have an ownership interest in right now?

A   You are talking about an LLC?

Q   Any corporation, an LLC --

A   Yes, yes, yes.

Q   Which -- what entities can you

Page 383

Abi Goldenberg

name that you currently have an ownership interest in?

A   896 Madison realty LLC.

Q   Anything else?

A   Essex Package Realty LLC.

Q   Essex Package?

A   Yeah.

Q   Anything else?

A   A&S Family Group LLC.

Q   Anything else?

A   We have Goldmont Properties LLC.

Q   Okay.  Anything else?

A   Again, there are others, but not to my knowledge of specifics.  Those are the only ones that I play a role in.

Q   Do you know if Leon Goldenberg has an ownership interest in any of the entities you just mentioned?

A   I don't think he does.

Q   So I mean, just in general, backing all the way up, any time I asked you a question that was in any way unclear, and I know there were a bunch, did you ask for clarification each time I

Page 384

Abi Goldenberg

did that?

A   To the best of my ability.

Q   So any time, is it fair to say any time you actually answered a question --

A   No.

Q   I didn't ask my question, so let me ask my question.

Any time you answered a question, did you understand the question that was being asked?

A   To the best of my ability.

Q   Were all the answers that you gave today based on your own personal knowledge?

A   Yes.

Q   And I recognize, you know, a lot of times, especially when we were going back a few years, it can be -- it can take sometimes minutes sometimes longer to remember details, so is there anything over the course of the deposition that, let's say, that jogged your memory that you recalled at some

Page 385

Abi Goldenberg

point that you want to add now to your answers, which you may not have mentioned fully the first time?

A   I can't think of it.

Q   Any answers that you gave today that now, with the benefit of hindsight, you want to change?

A   Are you referring to my social media?

MS. GOLDMAN MOYAL:  He's just asking generally if there's anything.

THE WITNESS:  I do not communicate on social media.  I'm fine with that even though Ariel decided that he had video from 2012 or something.

A   I mean, again, I had a conversation with a detective, we saw that clearly.  You are asking me if I changed that, I spoke to the Attorney General, again, I don't remember having a conversation with them.  So I'm -- I am not saying it never happened.  I just don't remember.  I don't know if I made

97 (Pages 382 - 385)

Page 386

Abi Goldenberg
that clear.

Q    Did you just testify,
Mr. Goldenberg, that you spoke to the
Attorney General about Mr. --

A    No.

MS. GOLDMAN MOYAL:
Objection.  Mischaracterization.

A    No.  I said I don't remember if
I ever spoke -- I don't believe if I ever
spoke to them, and I don't remember ever
speaking to them.

Q    Okay.  Anything you want to add
to your testimony today to make it more
accurate?

MS. GOLDMAN MOYAL:  I think
you've already asked him that.

MR. REINITZ:  I asked him if
he wanted to change.

MS. GOLDMAN MOYAL:  No, you
have asked him a few times, pretty
solid questions.  Abi, do you have
anything else?

THE WITNESS:  No.  I've got
to go re-connect with my 10 friends

Page 387

Abi Goldenberg
from Facebook.

MS. GOLDMAN MOYAL:  Okay.

MR. REINITZ:  Last one?  I
have one more.

MS. GOLDMAN MOYAL:  Sure.

Q    Are there any questions that I
asked you today that you would have
answered differently if I had asked them
in a different way?

MS. GOLDMAN MOYAL:
Objection.

I have no idea what that
means and you would have to specify a
specific question and that's an unfair
question to begin with.

A    I don't know what that means
either, so I can't answer the question.

MR. REINITZ:  Fair enough.
I'm all set here.

MS. GOLDMAN MOYAL:  All
right.  Thanks, everyone.  Thanks,
Abi.

THE WITNESS:  Thank you.

THE VIDEOGRAPHER:  This

Page 388

concludes today's testimony given by
Abi Goldenberg as stipulated by all
parties.  The total number of media
units used was six, and will be
retained by Veritext Legal Solutions.
We are off the record at 6:31.  Thank
you very much.

(Time noted:  6:31 p.m.)

_____

ABI GOLDENBERG

Subscribed and sworn to before me
this ____ day of _____, 2021.

_____

NOTARY PUBLIC

Page 389

LITIGATION SUPPORT INDEX

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| A. Goldenberg | Mr. Reinitz | 6 |

DIRECTION TO WITNESS NOT TO ANSWER

| Page | Line | Page | Line |
|---|---|---|---|
| 297 | 22 | | |

REQUEST FOR PRODUCTION OF DOCUMENTS

| Page | Line | Page | Line |
|---|---|---|---|
| 274 | 16 | 322 | 20 |

98 (Pages 386 - 389)

Page 390

E X H I B I T S
PLAINTIFF'S DESCRIPTION          PAGE
Exhibit 1  Defendant's Response to
    Plaintiff's First Set of
    Interrogatories to Defendant
    Abi Goldenberg          24

Exhibit 2  Defendant's Response to
    Plaintiff's First Set of
    Interrogatories to Defendant
    Abi Goldenberg (Revised)      31
Exhibit 3  Re: GateGuard, Inc. v.
    Goldmont Realty Corp., Leon
    Goldenberg and Abi Goldenberg
    Verification, 13 pages      32

Exhibit 27  Abi Goldenberg @Somersetwalk1
    Twitter          43
Exhibit 28  Stephan Goldenberg Facebook   48
Exhibit 26  Abi Goldenberg YouTube      52
Exhibit 30  PropertyPanel.xyz login    56
Exhibit 31  PP.XYZ back office users    60
Exhibit 5  Binder2.pdf e-mail      62
Exhibit 33  WhatsApp chat with Abi deal
    7/23/19          68

Exhibit 34  photo of 1360 E. 14th Street  93

Exhibit 35  photo of delivery to
    Suite 101          96
Exhibit 4  000130-000133, and three
    screen shots of WhatsApp
    images          103
Exhibit 7  "Goodbye.  A Suicide Note."
    3 pages          189

Exhibit 8  000036-000039      199

Page 391

E X H I B I T S
    (CONTINUED)
EXHIBIT    DESCRIPTION          PAGE
Exhibit 9  000040-000084      202
Exhibit 10  NYSEF Alert, 4 pages    206
Exhibit 11  Abi/Teman WhatsApp chat
    12/6/18, 24 pages      210

Exhibit 36  000116-000119      256

Exhibit 37  Rabbi Pruzansky Blog, 2 pages 261

Exhibit 38  Sarah Stern e-mail, 8/30/20,
    3 pages          289
Exhibit 17  SDNY_003239-3240      305
Exhibit 39  MVI Systems July 23,
    9:13 a.m., Facebook post,
    1 page          343
Exhibit 12  000017-000019      344
Exhibit 18  8/14/2019 e-mail, 2 pages    372
Exhibit 19  Confirmation of
    Understanding, 2 pages    373

    (Exhibits retained by Veritext.)

Page 392

CERTIFICATION

    I, JAMIE ANN STANTON, a Notary Public, do here hereby certify that the foregoing witness, ABI GOLDENBERG, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes.

    I further certify that I am not employed by nor related to any parties to this action.

    IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of August, 2021.


    JAMIE ANN STANTON, RPR

Page 393

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Gateguard Inc v. Goldmont Realty Corp; Leon
DATE OF DEPOSITION: 8/10/2021
WITNESSES' NAME: Abi Goldenberg

| PAGE | LINE (S) | CHANGE | REASON |
|------|----------|--------|--------|
| | | | |

                    _____
                         Abi Goldenberg
SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF _____, 20__.

_____          _____
(NOTARY PUBLIC)          MY COMMISSION EXPIRES:

99 (Pages 390 - 393)

**[& - 2012]**                                                                 Page 1

| & | | | |
|---|---|---|---|
| **&** 2:10 5:25 11:21 203:18 208:2,3,12 208:15,19,22,25 | 144:18 146:24 161:15 181:11 200:3,18 202:20 206:9,10,22 230:14 233:8 236:11 237:6 238:2,3,6 240:12 240:18 252:3 253:24 293:16 309:2,3 310:2 311:12 316:4,16 363:22 380:8,9 386:25 391:5 | 311:16,16,19 314:9 344:25 345:2 391:14 | **177** 9:10 |
| **0** | | **12/5** 173:18 | **17th** 251:16 392:15 |
| **000017-000019** 391:14 | | **12/5/2019** 166:2 | **18** 22:10 120:2,3 372:13,15 391:15 |
| **000036-000039** 390:25 | | **12/6/18** 391:6 | **18,000** 378:15 |
| **000040-000084** 391:4 | | **120** 131:4 240:10 | **189** 390:24 |
| **000116-000119** 391:7 | | **1200** 229:3 | **19** 138:3 287:19 373:10,11 391:16 |
| **000130** 115:2 | **10/8** 310:2 | **125** 77:16,23 253:9 254:4 | **19,000** 378:15 |
| **000130-000133** 390:22 | **10/8/2018** 308:12 | **12:01** 103:5 | **199** 390:25 |
| **00018** 345:15 | **100** 131:23 132:3 260:10 262:23 266:17 | **12:05** 207:12 | **1:15** 102:12 161:12,18,20 176:5,14 |
| **003239-3240** 391:11 | **10022** 2:6 | **12:12** 207:9 | **1:17** 349:2 |
| **01609** 1:4 5:5 | **10038** 2:12 | **12:18** 207:9 | **1:20** 1:4 5:5 |
| **08771** 9:11 | **101** 98:16 390:21 | **12:20** 207:10 | **1st** 235:20 236:15 236:24 241:19 247:17 |
| **1** | **103** 390:23 | **12:39** 73:11 | |
| **1** 24:16,21 25:9 26:7 33:10,17 103:2 159:9 229:22 230:17 236:7,21 237:3,11 239:5 241:15 243:2 348:14 390:4 391:13 | **10:04** 1:14 4:4 | **12th** 254:3 | **2** |
| | **10:12** 174:7 | **13** 95:5 307:7 317:2,21 322:4 390:10 | **2** 26:4,22 27:17 31:8,20 33:9 34:4 35:12 44:25 48:14 49:2 51:15 63:2 156:18 190:10 390:6 391:8,15,16 |
| | **10:49** 174:7 | **131** 115:11 | |
| | **10th** 4:4 86:18 | **1360** 95:4,9 308:13 310:18 390:19 | **2,000** 222:2 |
| **1,200** 221:24 | **11** 113:8 115:23 117:15 124:9 125:21,25 144:3 144:18 153:12 179:16 210:8,12 242:19 308:13 310:19 391:6 | **13th** 46:14 235:19 | **2,200** 198:18 |
| **1,450,000** 376:15 | | **14** 228:22 229:9,15 | **20** 106:9,12,15 110:7,12,24 164:6 175:5 225:3,19 287:11,12 317:11 371:4 389:10 393:22 |
| **1,500** 239:2 | | **141** 225:8,19 | |
| **1/13/2020** 307:10 | | **14th** 95:4,10 308:13 310:18 372:20 390:19 | |
| **10** 1:13 13:19 48:13 49:6 50:3 50:10,16 51:14 88:8 101:25 102:21 117:10 137:20 139:24 | **11230** 308:14 | **15** 157:24 217:19 | **20,000** 378:15 |
| | **11:51** 102:25 | **1500** 240:9 | **2000** 109:22 |
| | **11th** 112:21 114:24 125:20 144:5 254:2 | **15th** 217:12 | **2001** 110:12,12 |
| | | **16** 154:4 389:10 | **2003** 109:23 110:3 |
| | | **1610** 225:13,20 226:5 | **2010** 110:3 |
| | **12** 117:11 218:16 219:14 249:16,23 308:14 311:6,10 | **16th** 73:3,10 78:6 80:5,13,16 | **2012** 48:24 107:7 107:13 385:16 |
| | | **17** 305:25 306:5 391:11 | |
| | | **1715** 307:10 | |

**[2017 - 4:23]**

Page 2

**2017** 39:5
**2018** 16:12 46:14 52:21 61:3,6,23 121:11 134:18 311:11 314:8
**2019** 44:20,20 62:20 68:5,10,14 69:10 73:3,9 75:20 79:11 81:8 82:16,23 86:7 88:8 99:18,19 112:21 113:8 114:19,24 115:23 117:16 124:9 125:21,25 144:3 144:13,15 147:19 148:10 149:11,16 153:12 154:4,25 155:20 156:18 162:8,14,22 167:22 178:12 179:16 194:11 200:4,18 202:20 206:22 208:9 217:12,19 218:17 219:14,21 220:18 228:22 229:9,9,15 229:22 230:17 236:7,15,21 237:3 237:11 241:15 243:3 247:22 248:11,24 249:4 249:16,22,23 251:4,13,21,23 252:3 287:11 313:22 314:6,18 359:18 361:21 372:20
**20190708usvte...** 203:6

**202** 391:4
**2020** 25:9 107:7 258:10 287:11,12 291:20 307:8 317:2,21 322:4
**2021** 1:13 4:5 388:14 392:16
**206** 391:5
**20919** 345:16 374:12
**210** 391:6
**22** 75:20 389:6
**22nd** 19:6 76:12 154:6,17
**23** 61:23 69:10 391:12
**23rd** 19:8 61:3 154:6,17 343:16
**24** 210:15 255:2 390:5 391:6
**24/7/365** 223:12
**24th** 351:25
**25** 160:12,16 162:12,18
**250** 253:23
**250,000** 87:21
**256** 391:7
**26** 44:20 52:6,11 52:14 79:11 313:18 390:14
**261** 391:8
**26th** 75:12 80:8,9 80:25 81:8
**27** 43:14,18 44:11 44:12 45:2,18 46:13 390:11
**274** 389:10
**27th** 81:10,14
**28** 48:2,8 49:2 82:16,23 251:4,21 345:16 348:25

359:18 390:13
**289** 391:10
**28th** 85:7
**297** 389:6
**29th** 61:6 75:12 99:18
**2:15** 102:12 161:21 176:9,11
**2:16** 177:10

**3**

**3** 32:6,16 33:9 45:17 190:11 251:23 258:7 390:9,24 391:10
**3,600,000** 376:6
**30** 56:15,19 62:20 65:6 68:5,9,14 77:22 86:7 127:18 137:14 138:19 144:10,13,15 201:20 223:14 230:12 232:22 233:2 234:16 235:6,10 236:9,16 238:8 293:23 390:15
**30,000** 378:16
**300** 231:17 378:14
**305** 391:11
**30th** 145:15
**31** 60:12,16 291:20 390:8,16
**32** 390:10
**322** 389:10
**33** 68:16,20 390:18
**34** 93:20,21 94:19 124:15 139:11,12 379:14 390:19
**343** 391:13
**344** 391:14

**3475540880** 61:14
**35** 96:8,12 390:20
**36** 256:4,8 258:8 391:7
**360** 127:18 137:14 138:5 139:6 201:20 228:12
**3660** 206:17 207:4 209:8
**37** 261:22,23 293:23 391:8
**372** 391:15
**373** 391:16
**38** 289:23 291:7 391:9
**3867** 392:18
**39** 149:8 343:6,7 391:12
**3:36** 242:9
**3:44** 242:14
**3rd** 252:8

**4**

**4** 46:12 82:15 103:12,16 104:18 112:19 177:22 178:5 247:21 249:3 349:7 390:22 391:5
**40** 378:17
**41** 149:8
**425,737.80** 240:13
**43** 390:12
**445** 2:5
**45** 203:2
**48** 255:2 390:13
**49** 221:10,16
**49.99** 240:10
**4:07** 265:23 267:5
**4:13** 266:3 267:7
**4:23** 275:25

**4:26** 276:5
**4th** 250:5 259:23

**5**

**5** 51:14,16 62:7,12
62:15,17 63:3
86:5,15 144:8
145:18 147:12
155:21 162:8,14
162:22 167:21
178:12 238:2
249:22 349:13
364:17,25 365:20
376:23 377:21
378:17,19 390:17
**5,050,000** 376:21
**50** 17:24,25 18:5
77:21 131:23
132:3,10 138:19
140:22 149:7
237:23 316:5
350:23
**50,000** 127:20,21
139:5 149:2
155:24 223:3
**503** 2:11
**50k** 127:25 201:22
**51** 240:17
**52** 46:17,19 390:14
**56** 390:15
**5:10** 115:4,7,8,8,9
115:12,13,23
117:15 124:9
**5:35** 342:16
**5:38** 307:8
**5:43** 342:20
**5th** 251:16

**6**

**6** 219:21 254:4
389:4

**60** 378:14,17
390:16
**62** 390:17
**65** 19:8
**6529x06** 203:8
**68** 390:18
**6:31** 388:7,9

**7**

**7** 44:20 189:21,22
229:9 390:24
**7/23/19** 390:18
**700k** 349:9
**75** 350:23
**754** 19:6
**7:06** 156:23,24
158:11
**7th** 220:18 236:8

**8**

**8** 199:2,6 390:25
**8,347.80** 240:11
**8/10/2021** 393:3
**8/14/2019** 391:15
**8/28/19** 83:4
**8/30/20** 391:9
**837** 19:7
**849** 221:12,25
240:9
**888-5270** 159:9
**896** 383:4
**8:30** 46:18
**8:50** 83:4

**9**

**9** 202:10,11 258:10
391:4
**9,000** 77:18 145:21
145:23 253:11
**9/11/19** 112:21
**9/23** 173:21
**90** 2:11 105:2
223:20

**929** 159:9
**93** 390:19
**96** 390:21
**9:13** 391:12
**9:24** 174:2
**9:55** 174:6
**9th** 2:5 259:18
288:10

**a**

**a&s** 383:10
**a.m.** 1:14 4:4
391:12
**abi** 1:10,17 4:1,14
4:25 5:1 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1,7 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1,3,11 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1,18 43:1
44:1,4 45:1 46:1
46:16 47:1 48:1
49:1 50:1 51:1
52:1,16 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1,8
69:15,16,17,20
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1,12 80:1 81:1
81:11 82:1,17

83:1 84:1 85:1
86:1,19 87:1 88:1
89:1,14 90:1,13
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1,7,13
102:1,3 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
136:11 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1,5
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1,18 189:1
190:1 191:1 192:1
193:1 194:1 195:1
195:7 196:1 197:1

**[abi - advisement]**

198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
215:16 216:1
217:1 218:1 219:1
220:1 221:1 222:1
222:10 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1,17
250:1 251:1 252:1
253:1,4 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1,23
308:1 309:1 310:1
311:1 312:1 313:1

313:22 314:1,22
315:1,25 316:1
317:1 318:1 319:1
320:1 321:1 322:1
323:1 324:1 325:1
326:1 327:1 328:1
329:1 330:1 331:1
332:1 333:1 334:1
335:1 336:1 337:1
338:1 339:1 340:1
341:1 342:1 343:1
344:1 345:1 346:1
347:1 348:1 349:1
350:1 351:1 352:1
353:1 354:1,23
355:1,2 356:1
357:1 358:1 359:1
359:13 360:1
361:1 362:1 363:1
364:1 365:1 366:1
367:1 368:1 369:1
370:1 371:1 372:1
373:1 374:1 375:1
376:1 377:1 378:1
379:1 380:1 381:1
382:1 383:1 384:1
385:1 386:1,22
387:1,23 388:3,11
390:5,8,10,11,14
390:18 391:6
392:6 393:3,21
**abigold** 42:12,20
42:20
**abigold2** 42:15
61:5,14
**abilities** 130:4
**ability** 7:18 11:18
384:3,13
**able** 221:12
232:12,12 249:17
252:15

**absolutely** 70:14
117:2 161:4,6,8,8
279:12
**abuse** 272:22
**abused** 272:5,21
**accept** 139:14
150:10,11,16
273:8 314:14
374:8
**accepted** 254:8
376:2,8
**access** 223:11,13
223:17,18
**accessed** 224:4
**accorded** 283:8
**account** 44:3,4,14
44:15,23 45:10
47:3,20,20 48:11
49:20,25 50:6
52:15,18 53:7,10
55:21 61:4,12,18
61:20,24 282:14
327:8
**accountant** 74:4,5
74:20 79:19,23
80:11,17 81:3,8
82:18,25 83:12,13
83:16 84:7 88:9
88:12 92:12,15
348:20 353:7
**accounts** 20:12,16
21:3 43:2,6 44:24
45:7 51:11,18
59:20 60:2,22,25
61:8 278:10
280:22 282:22
326:17
**accurate** 33:25
91:3 165:16
233:21 234:14
351:11 386:15

392:9
**accused** 88:5,5
226:23 297:2,7
298:22
**accustomed**
140:23
**act** 379:10,13
**acted** 224:3
**action** 1:4 5:4,13
12:15 392:13
**actions** 259:2
**active** 97:18
**actual** 378:5,5
**ad** 349:6
**add** 56:10 64:17
64:20 220:25
385:2 386:13
**adding** 157:18,18
**addition** 120:8
**address** 9:8 41:22
46:20 61:13
228:15 286:16,24
291:17 310:19,22
345:20
**addressed** 228:15
**addresses** 42:6,21
**administrative** 7:7
161:20
**adobe** 10:16
**advance** 293:20
317:22,22
**advantage** 258:17
258:23 271:22
272:4,9,23 274:21
288:14,19 289:8
289:12,19 305:13
**advantageous**
374:9,21
**advice** 341:15
**advisement**
274:16 323:3

**[affect - answered]**

**affect** 7:18 304:18
**affiliated** 192:13
  355:18
**affiliations** 5:16
**affirm** 6:8,12
**afraid** 146:14
**aggi** 260:9
**ago** 6:20,22,24,25
  20:8 47:5 54:6
  56:7 57:19 86:2
  88:23 92:12 99:21
  101:4 108:23
  110:25 119:5
  123:6 131:13
  132:4 144:6
  147:10 153:8,13
  160:13,19 162:12
  165:7 169:4
  173:17 190:5
  198:6 204:20
  220:10 242:23
  248:11 258:11
  259:25 270:11
  274:19 285:21
  291:25 292:21
  300:22 304:3
  337:11 340:23
**agoldenberg** 20:15
  20:25 41:23 61:2
  199:18
**agree** 4:11 8:15
  64:7 65:18 126:5
  128:4,8,25 131:8
  152:23 155:5
  197:21 218:13,18
  219:3 223:9,11,15
  223:17,19 226:4
  230:20 232:4
  237:23 238:6
  239:8 248:14
  260:9 264:4 265:7

266:16,23 267:7
267:14,17,21
270:21,24 271:11
274:17 298:10
308:6 376:18
**agreed** 3:4,10,14
  153:3 239:2 253:9
  254:2 262:22
  266:20 376:12
**agreeing** 145:21
**agreement** 13:4
  63:6,9 65:3,8,24
  65:25 66:14,20,22
  66:24 67:6,20,21
  68:6,8,13 75:18
  76:8,15,18 83:9
  85:12,20 86:3,4,14
  94:22 99:20 144:9
  144:24 145:15,16
  145:25 188:3,6
  190:21,22 202:6
  221:19 233:3
  253:5,6 254:16
  281:13 327:10,12
  339:4 374:25
  375:6,10 376:4,24
  377:9,22 378:4,25
  379:6
**agreements** 63:10
  139:20 188:3
**agrees** 128:22
**ahead** 118:15
  229:10 264:9
**airbnb** 278:12
**ajn** 1:4 5:5
**al** 206:18,19
**alarm** 157:21,22
  157:23,24 158:3,4
**alarms** 104:25
**alert** 206:17 391:5

**alessandrino**
  30:24,25 193:8,9
  193:11 194:4
  195:17,20 204:19
  300:23 301:2,24
  302:8,14 303:6,11
  303:15,21,23
  304:6,10 306:13
  307:2,13 308:19
  308:23 309:12,22
  310:25 311:4
  314:4 315:2,11,20
  316:7,14 317:5,14
  317:24 318:5,10
  318:15,17,24
  319:7,14 320:9
  321:4,7,12,15
  322:4
**alessandrino's**
  308:3 311:18
**allegations** 299:25
**allow** 55:9 176:2
  273:6 298:3
**allowed** 283:7
  331:12
**allows** 55:14 278:8
  280:21
**allude** 173:16
**alluded** 130:13
**alluding** 278:15
**alternatives** 135:3
**amazing** 350:5
**amazon** 362:10
**ambiguous** 47:11
**amended** 203:8
**america** 280:3
**amount** 106:16
  177:24 240:20
  366:21
**anarchists** 280:4

**ancillary** 227:2
**andrew** 154:24
  155:11,12
**animals** 379:10,13
**animosity** 290:24
**ann** 1:19 392:4,19
**annoying** 370:22
  370:23
**answer** 7:9 8:17
  14:14 15:4,18
  18:25 23:17 26:18
  39:16 41:17 44:17
  47:6,8 50:5 54:13
  63:24 64:9,15
  66:5 67:25 70:10
  79:10 82:3 84:3
  89:21 90:7 113:16
  116:5,6 134:11
  143:13 151:8
  156:5,14 168:2
  170:6 179:11,21
  186:20 187:22
  188:23 227:20
  232:12 233:25
  234:23 238:18
  250:17 268:6
  269:14 275:2
  287:15 296:8
  297:10,15,25
  298:3,19 299:2
  300:9 301:19
  304:24 321:9,20
  322:5 330:22
  333:6 339:24
  351:9 355:7
  356:11 377:13,14
  381:25 382:11
  387:18 389:5
**answered** 19:18
  42:3 58:23 59:19
  79:9 134:7,10

**[answered - asked]** Page 6

152:12,12 153:20 156:11 209:22 233:5 234:20,22 236:19 302:3,6 307:4 308:21 313:6 381:23 382:10 384:5,10 387:9

**answering** 8:19,21

**answers** 7:10 8:5 384:14 385:3,6

**anticipate** 247:14

**anticipated** 178:19

**anticipating** 118:12

**anxious** 75:15

**anybody** 20:21 59:15 93:5 101:24 159:10 231:22 283:24 289:10 342:9

**anymore** 146:3 151:2 225:16

**anyway** 74:2 214:16

**aol.com.** 345:18

**apart** 299:14,19 312:12,15

**apartment** 15:23 17:22 131:23

**apologies** 310:17

**apologize** 33:10 71:21 181:16 200:13 202:25 349:24

**app** 23:19 39:2,3 39:19 113:4 127:24 130:19

**apparently** 260:19 261:17 278:11 316:10 359:9

**appeal** 172:17

**appear** 65:12 158:8

**appearance** 5:19 36:18

**appearances** 5:16

**appears** 45:20 68:6 91:6 95:9 115:17 174:20,23 179:24 226:4,5 259:25 260:3 308:5,7 353:15

**applicable** 221:22

**application** 73:22

**applied** 241:11,12 241:18

**applies** 34:3 214:10,18,23

**apply** 139:8 216:13,13 218:14 233:18,20 234:12 234:18 236:13,17 236:22 237:8,9,14 237:16 304:14

**appreciate** 68:3

**approaching** 294:22

**approximately** 6:20 13:15,18 16:6,9 17:16,21 19:4 22:8 37:7,11 37:13 67:3 74:25 85:6 99:13 106:15 106:16 123:4 126:4 129:13 131:23 147:17,19 147:20 148:7 155:20 157:23 183:19 207:25 257:5,15 285:16 317:9 327:22

336:14 360:3 361:18 363:14

**apps** 10:11,18,20 22:13 23:12,21 39:10,18

**april** 25:9 39:9

**aranoff** 192:15,16

**archdiocese** 349:4

**area** 223:17

**argument's** 150:19

**ari** 21:18 29:16 37:5,13 48:16 58:10,12 62:21 69:9,9 78:8,14 119:14 131:15 137:22 138:15,15 140:18,19 141:6 145:17 147:6 149:20 164:13,13 164:14,14,15 169:24 170:12,14 172:19 219:15,15 219:16,16 232:2 235:9,9 236:8,24 237:19 239:12,16 241:22 243:18,21 258:15 264:17 269:24 278:22 279:4 280:13 281:10 282:11 305:21 311:13,23 316:18 325:20 345:17 348:24 353:11 354:16 360:22 362:10,20 367:13 369:8 375:12,21 376:24

**ari's** 92:7 231:17 248:25 362:9

**ariel** 2:8 5:22 29:16 163:16 264:3 385:15

**arraignment** 205:6

**arranged** 136:5

**arrangement** 245:15 283:5

**arrangements** 246:14 247:8

**arrears** 278:11 280:23

**arrest** 87:11,16 204:8 205:2,7

**arrested** 87:18 252:8,25 254:24 255:4,11,18 280:5 282:15 297:12,17 299:7

**arsonists** 280:4

**article** 277:8

**artificial** 129:23

**aside** 162:17 243:15

**asked** 19:17 20:20 42:3 47:6 58:22 59:18 69:23 74:22 79:8 90:10,11,25 91:2 100:5 134:6 136:2 138:15 140:18 152:11 153:20 156:11 157:6,6,8,20,22 158:16 163:6,13 163:25 165:11,12 174:18 198:2 209:19,21 228:11 233:5 234:21 236:18 257:9 269:18 273:19 277:9,11 291:8

302:3 307:3
308:20 315:16
330:5 331:2,4
340:7,8,15 341:11
341:12 371:12
381:4,8,15,23
382:10 383:22
384:12 386:17,18
386:21 387:8,9
**asking** 7:9 22:23
23:3,6,9,14,18,21
30:18 34:10,14,16
34:20 40:15,20
51:20,23 60:6
66:10 69:22 76:6
80:4,7,9 88:25
91:12 128:7,7,9,15
128:22 145:13
180:19 186:11
230:18 235:4
240:2 243:19
258:3 261:14
264:12 269:20
280:10 294:4
299:4 302:5
308:25 309:7
310:7,8 312:19
314:22,24,25
315:4 316:19,20
321:22 325:16
331:15 333:14
346:12 354:23,24
355:2 357:6,9,10
380:20,25 385:12
385:20
**asks** 38:25 57:21
57:22,23 70:2
73:23 230:3 249:6
260:17
**aspect** 202:2
205:19 243:13

339:13 366:23
**aspects** 209:12
**asserted** 266:21
**assertion** 270:22
**assessment** 260:10
262:23 266:17,18
**asset** 16:24 17:2
135:22
**assist** 299:24
**assistant** 45:15
**associate** 97:9,10
97:13,17,22
**associated** 45:11
54:8
**assume** 57:18
87:10 98:3 134:14
136:17 148:15
162:24 163:6
166:2 188:16,19
188:20,24 192:23
195:8 224:21
225:24 237:5
247:3 313:19
315:15 317:6
326:9,19,22 352:5
**assumed** 221:23
241:19
**assuming** 154:14
192:24
**assured** 236:8
**attach** 227:5
**attached** 25:15
62:25 202:23
212:5,25 373:9
376:3,3,12
**attachment**
372:23,23
**attachments** 62:22
202:24
**attempt** 239:9

**attempted** 374:13
**attempting** 238:12
286:5,14
**attend** 283:25
360:23 361:4
**attention** 73:8
**attorney** 5:20
35:20 190:20
197:17 281:15
306:23 331:9
332:15 336:10
341:24 385:21
386:5
**attorneys** 2:7,13
25:9 26:12 27:8
28:19 33:22 34:6
203:25 318:12
336:6 341:24
**audio** 4:9 118:24
**audited** 73:17
79:16
**august** 1:13 4:4
22:10 62:20 68:5
68:9,14 73:3,3,9
73:10 75:12,12,20
76:12 78:6 79:11
80:5,8,9,13,16,25
81:8,10,14 82:16
82:23 85:7 86:7
144:13,15 145:15
259:23 291:20
372:20 392:16
**authorized** 308:15
**available** 11:25
12:4 73:19 248:9
249:14
**avenue** 2:5 9:10
225:13,20 226:6
352:2
**avi** 256:21 257:6
257:16,22 258:8

259:15,18,25
260:8,17 261:2,13
262:16,22 265:7
265:23 266:16,18
266:20 267:5,14
268:13 270:22
273:25 276:12,19
277:3 279:9 288:9
288:12 294:15,20
296:15 312:2
313:20 364:12
**avoid** 374:13
375:22
**avram** 352:19
**aware** 273:12
284:4,11 313:21
314:5 315:11
323:24 369:16
**awhile** 50:7
114:22

**b**

**b** 42:12,18 112:14
112:18 159:7
245:24 268:16
390:2 391:2
**back** 16:19 18:18
19:10 29:17 36:13
38:5,23 41:20
42:23 53:21 60:20
61:24 73:2 75:13
75:16 77:25 79:4
80:12,22 86:2
90:14,15 93:18
103:5 104:7
112:19 115:6
118:15 124:2
131:19 134:18
137:6 139:25
144:6,14 145:20
145:24 146:17
152:14 155:14

**[back - billed]**                                                    Page 8

159:20 161:21 165:6 168:15 173:4 174:15 176:9 177:10,22 178:6 181:16 185:5 205:10 211:10 212:12 217:24 218:5,10 218:21 219:5,21 231:19,20 233:10 242:2,14,18 247:16 248:4 250:17 253:15,25 258:5 260:4 261:19,20 262:20 265:8,24 266:15 276:5,9 288:8 299:5 304:3 342:20 348:13 349:23 353:8 370:14 381:14 384:20 390:16

**background** 53:24 177:25 340:12

**backing** 92:10 383:22

**backs** 290:23

**backup** 211:19,19 219:23

**backwards** 128:3 149:10

**bad** 138:17 141:9 141:20 259:12 268:8 277:15 278:16 281:11 312:2

**badmouth** 277:23

**badmouthed** 277:14,17 278:22

**bait** 28:10 241:2 243:6

**balance** 73:20

**ballpark** 275:12

**bandwagon** 147:8

**bandwidth** 251:10

**bank** 83:20 92:19 204:9 278:10 280:22 282:16

**barrage** 115:15,24

**barry** 348:15 352:25 353:8 360:18,21 361:12 362:4,16,24 368:11 370:13,14

**basch** 112:13 113:25 114:7 344:17

**based** 78:16 155:24 234:6 238:2 250:3 344:13 384:15

**basement** 99:6,7 101:19

**basic** 359:12

**basically** 76:6 124:14 149:23 255:9 272:20 293:18 308:24 340:7 362:9

**basis** 108:9 148:21 148:21 156:6 216:9,12 231:10 231:13,14,21 232:14 274:24 298:4 325:13,18 326:20

**basmitzvah** 52:22

**batch** 124:8,10 213:7

**bates** 94:16,18 96:14 114:25 115:11 210:24

345:14

**battery** 227:2

**baughman** 225:3 225:19

**bcr** 206:4,18 207:4 209:8,8

**beach** 329:23

**bear** 290:3

**bed** 146:2

**bedford** 352:22,23

**began** 171:22 312:3

**beginning** 5:20 46:17 70:20 103:6 177:11 242:15 276:6 342:21

**begins** 62:18 63:3 112:20 345:15

**behalf** 4:16 35:13 36:2,5

**behavior** 274:18

**beis** 258:25 268:14 268:16,22,25 269:2,4,11 270:2,5 270:9,12,15,18,24 271:12,16,19,20 277:19 279:4

**belief** 305:22

**believe** 31:14 42:2 69:9,12,14 75:21 81:4 86:5 101:6 104:20 132:4 135:24 156:12 179:17,23 180:18 182:4 191:13,22 194:15 200:6 208:17 219:8 221:8 222:3 224:11 243:9 251:6 258:2 262:15,18,21

267:21 268:7 271:23 272:7 274:7,21,23 284:14 287:5 300:22 303:18 305:8 321:8 345:22 350:17 363:2 371:20,21 378:4 379:5 381:22 382:9 386:10

**believed** 141:16

**believes** 293:22

**ben** 30:5 191:8 289:3

**benefit** 46:16 305:7 358:15 378:6,22 385:7

**benjamin** 29:23 30:2,11 191:17

**benjy** 49:15

**best** 11:18 77:11 95:6 158:2 180:3 384:3,13

**better** 38:16,20 160:5 220:6 235:13 272:21 307:22 379:5

**beverley** 286:22

**beyond** 93:9 173:3

**bhatia** 306:15,15 306:19 307:7 308:4

**big** 38:14 78:23 203:19,20 335:16 335:18 336:3

**bigger** 56:23

**bill** 127:25 197:9 197:19,23

**billed** 223:20

**binder2.pdf** 390:17
**binder2.pdf.** 62:22 62:23
**bit** 48:11,24 52:12 116:15 169:14 370:22 375:8
**blanketing** 279:17
**block** 32:24 115:6 279:23
**blocked** 47:21
**blog** 260:25 261:2 261:6 262:13 263:9,15 264:11 264:25 266:22 267:16,18 391:8
**blue** 117:20 166:5
**blumenkehl** 245:21 247:6
**board** 157:23,24
**bob** 2:17 380:5
**boil** 280:7
**boiler** 376:13
**bolt** 343:20
**book** 71:23
**books** 243:24 244:9,11,25
**boosters** 227:5
**bore** 328:9
**borrow** 78:14,24
**borrows** 78:19
**bottom** 127:15 137:12 256:14,20 345:13
**bought** 139:16 314:8
**bounce** 212:12
**bouquets** 50:19,21 50:23 51:3,4
**box** 95:14 225:23 253:5

**boxes** 57:23 58:2 98:19,20,22 99:9 225:18
**boy** 160:10
**break** 41:14,18 102:2,8,13,19 167:9 176:6 182:12 223:15 242:6,25 243:10 342:10,12
**breaks** 380:13,24
**breath** 161:9
**brief** 280:12
**briefly** 191:8 193:9
**bring** 9:23 242:18 248:4
**brivo** 359:12
**broad** 129:3,20
**broadway** 206:18 207:4 209:8
**broke** 177:20
**broken** 118:23
**broker** 130:21
**bromberg** 345:24 345:25 346:4,8 349:22 350:6 352:24 353:14,16 354:21 358:6 359:8,20,25 360:5 360:11,12,24 361:4 362:7,14,21
**bromberg's** 348:20
**brooklyn** 19:7,8,9 220:3 225:4,13 286:15,23 308:14 323:10 364:4 365:18 367:22 369:3 371:8

**brother** 191:8
**brown** 112:18 113:25 114:8 136:17 344:18
**browser** 57:9
**bucks** 376:23
**budget** 356:13
**building** 9:21 18:19 37:14 55:16 56:11 96:3,6 101:20 123:18,24 130:18,20 132:17 133:23 145:23 150:22,24,25 152:18 155:2,25 201:22 225:19 226:21 230:15 237:12 238:9 239:2,4 240:11,11
**buildings** 15:23 17:22,22 18:6,8 73:13 79:18 111:7 129:11,14,18 131:12,14,16,17 131:24 132:3,6,14 132:24 135:7 145:24 149:3,4,11 149:14,21 150:3,5 150:6,7,9,9,16,18 150:20 151:10,15 151:17,23 152:10 152:22 154:18,20 201:21 220:14,25 221:13 228:13 229:5,12,19 280:16 311:12,14 311:15 325:15 359:14
**bullet** 315:25
**bumped** 171:17

**bunch** 141:13 173:17 220:14 318:8,9 383:24
**business** 12:8,9,11 13:13 14:9 16:2 18:14 30:5,6 51:5 51:19 106:12 111:14 118:6 146:12 169:20 173:6 199:23 200:10 201:8 240:15 245:7 248:19,22 249:10 259:4 285:20,22 285:24 323:10 334:18 354:6 355:24 357:14,18
**businesses** 245:4 245:13 246:17 247:2,5,11
**busy** 248:8
**button** 225:25
**buy** 131:3 231:22
**buys** 120:11
**buzzing** 117:21

**c**

**c** 2:2 112:14
**cable** 221:12
**call** 11:8,8 16:24 33:12 38:2,3 73:7 88:9 89:3 90:11 91:2,4 92:8 124:21,22,24 125:15 133:15 139:17 158:24 159:2 160:2 165:24 168:6 169:5 170:16 178:16 194:5,5,13 194:17 197:17 235:10 302:24

306:22,24 308:8
318:22,23 319:6
320:6,24 321:12
322:3 323:17,23
335:22 337:4,6
**called** 75:8 85:22
85:23,24 105:2
108:21 109:15,17
119:10 121:7
123:21 132:18
140:7 158:16
163:2 166:3,4,6
170:18 194:7,8,15
194:16 220:4
272:23 273:15
280:14 285:2
286:21 301:9
327:20 328:6,16
328:20,25 333:16
335:7 339:25
340:22 351:15,18
351:19,21,21
352:19
**calling** 195:21
**calls** 40:4 158:21
201:12 300:22
318:23 319:7,8
320:20 321:4,15
324:4 329:5,7
334:4 372:2
**camera** 113:21
**cameras** 105:11
112:5
**canary** 46:17,19
**cancel** 127:20
**cancellation**
230:13 236:21
**cancellations**
233:7
**candy** 51:6

**capacity** 109:11
135:21,22
**capital** 288:2,4
289:5 374:18
**car** 158:13 370:18
**care** 78:18
**career** 147:7
**carolina** 13:24
**case** 11:17 14:5
20:9 22:25 23:11
23:20,23 25:14
29:4 30:4,16 63:8
98:5 179:7 203:25
204:5,24 206:3,17
207:4 209:8,13
219:18 257:13
280:13 282:2
284:17 292:5,19
292:25 294:2,4
300:12 301:9
304:17,19 305:7
305:14 318:7,20
328:15 329:19
332:15 335:15
337:14 340:13,24
341:2,5 346:10
355:15 393:2
**cases** 332:23
**cash** 374:23
**cat5** 221:11
**catch** 249:18
**caught** 118:18,22
**cause** 144:23
282:4
**ccing** 260:8 352:25
**cedarhurst** 107:22
**cell** 10:5 158:23
**cent** 198:20
**centerpieces** 51:6
**cents** 239:24,25

**ceo** 356:12
**certain** 55:2 74:18
74:18 91:20 92:6
141:19 246:3
**certainly** 126:14
171:21
**certification** 3:6
392:2
**certify** 392:5,11
**chair** 118:23
**chametz** 146:9
**chance** 65:20
72:13 262:5
**change** 248:23
385:8 386:19
393:5
**changed** 67:6
299:18 385:21
**changes** 31:15
**characterized**
200:8 274:20
**chargebacks**
374:15
**charged** 282:15
**charges** 205:20
**charging** 204:9
**chat** 22:17 69:8,12
69:15 104:19
112:20 116:9,9,11
116:20 117:7,9
128:17 137:6
143:17,21 153:23
178:8,9 180:12,15
180:16,17,20,24
181:9,10,12 184:4
184:23 210:17
219:20 242:22
247:17 248:6
249:7 251:5
287:18,22,25
288:2,3,7 390:18

391:6
**chats** 103:20 143:2
196:16,17 313:18
**check** 57:23
127:24 139:18
175:23 213:15
217:6 225:18
309:18,24 310:5
**checked** 57:25
225:20,21 310:3
**checkered** 278:5
280:18
**checks** 228:23
229:2,17 244:12
245:2,11,19 246:8
247:9,13 255:13
278:9,14 280:22
282:14,17,19
308:2,12,15,23
309:2 310:2,4
311:2 326:11,16
327:8 356:12
**cheeseburger**
146:6
**cheeseburgers**
235:25
**chronology**
340:19
**circle** 155:14
351:4
**circumstances**
252:17 374:6,17
376:17
**city** 203:19,20
278:5 280:17
**civil** 1:4 5:4
**claim** 143:7 152:7
155:24
**claimed** 188:14
**claiming** 200:9
301:14

**claims** 199:22 200:2 201:7 282:25

**clarification** 198:3 383:25

**clarify** 26:9 30:21 33:18 88:13 89:7 121:23 135:25 138:6 151:12 164:20 165:11 167:16 227:7 243:10 244:10 266:19 291:9 313:3 320:3 351:9 379:12

**clarity** 97:6

**clause** 278:7,12 280:20 282:13

**clear** 8:22 9:2 27:6 27:22 102:10 152:8 153:2,14 155:23 184:25 195:3 211:2 213:3 219:13 224:17 250:6 254:14 267:4 279:7 281:5 281:8,9,18 299:23 314:25 336:23 341:11 360:18 386:2

**clearly** 215:24 385:20

**click** 139:14 149:23,24,24 150:8,10,10 152:20

**clicked** 150:16 152:20 153:3,4 314:13

**client** 14:6 349:4

**clock** 342:14 380:5

**close** 31:4 41:11 47:14 50:3,10 79:18 93:17 198:23

**closed** 108:22 178:3 251:10

**closely** 25:2 48:14 63:6

**closer** 48:17

**closing** 170:2,3,11 170:13

**clue** 143:14

**code** 130:18,22

**coercion** 145:22

**coffee** 381:9

**cohen** 298:11

**collect** 22:17 23:22

**collected** 20:10,14 21:6

**collecting** 11:9 23:2 41:12 42:24 300:6

**collection** 300:5

**colloquially** 106:5

**com** 42:13

**come** 14:21 29:17 77:17 93:18 118:3 136:12 170:14 188:14 222:2 261:20 286:25 324:16 353:11

**comes** 111:9 114:21

**comfortable** 139:7 237:20

**coming** 53:24 75:3 199:15 257:20 354:20

**comment** 198:21 228:17 267:20

**comments** 198:15 226:12

**commission** 393:25

**committing** 301:14,20

**common** 163:16 163:20

**communicate** 22:13 39:4,19,20 39:24 40:2 43:6 84:15 318:16 385:14

**communicated** 21:25 22:6 30:9 36:20,24 37:4,8 117:14 162:21 191:16,18 193:3 295:10 321:7

**communicating** 113:4 142:13,19 285:25 320:8

**communication** 37:12 39:2 86:9 158:20 168:5 213:25 214:3 215:3 217:13 289:18 291:2 308:9 334:17 380:14,22

**communications** 40:9 215:5 218:14 227:25 287:2,7 303:10,14,22 304:9 315:21 318:12 319:13,18 323:8 324:14 338:12 339:2,16 354:4

**commuting** 108:7

**companies** 282:12 347:6,11 348:3,11

**company** 50:24 84:23 97:19 105:14,15,17,20 105:25 111:16 120:6 133:21 134:17 135:21 151:4 200:2 231:24 238:9,22 241:3 243:7,25 244:2,3 249:18 250:8 280:14 347:15,17 348:9 364:25 366:17

**comparable** 247:7

**compare** 165:14 165:17

**compared** 376:6

**comparing** 200:23

**complaint** 204:8 204:17,18 205:25

**complaints** 195:25 196:2,3,6

**complete** 286:10 353:12

**completed** 73:21

**completely** 298:6

**complicate** 8:24

**complicated** 280:7

**complicating** 8:25

**compliments** 55:2

**comprehension** 72:3,7

**computer** 10:3,12 57:14 58:18,25 59:4,9,13 224:20 376:13

**con** 184:15

**concern** 144:24 231:15

**concerned**  26:14
  145:10,12,14
  202:6
**concerning**  148:15
  148:17
**concerns**  140:11
  227:9,13 231:2,11
**concludes**  388:2
**conclusion**  121:17
**conclusions**  259:6
**conditions**  139:15
  141:2,6,15 152:23
  153:4 228:17
  272:3 313:22
  314:10 315:12,17
  379:15,18
**conference**  75:9
**confirm**  33:13,22
  34:2 40:20 101:19
  190:4 216:8
**confirmation**
  372:23 391:16
**confronted**  316:2
**confused**  151:11
  235:3
**connect**  165:12
  386:25
**connected**  123:19
  151:18,23
**connection**  21:21
  85:11 150:21
  190:22 205:7
  257:12 326:23
  327:2
**connects**  338:22
**consider**  259:20
  266:22
**consideration**
  324:24
**considered**  192:5
  239:9 300:4 348:4

**considering**
  294:21,22,25
  346:25
**constantly**  272:8
**contact**  114:8
  155:6,9,10 160:15
  195:6 295:4
  296:11 336:21,23
**contacted**  178:16
  284:23 294:16
  295:9
**contacting**  114:3
  155:4 294:22
  295:8
**contents**  33:25
**context**  116:15
  125:24 163:9,12
  163:12 197:12
  200:20 201:11
  216:13 279:24
  281:9 320:17
**contexts**  354:7
  355:4
**continue**  4:10
  102:17
**continued**  391:2
**continues**  26:20
  115:10 127:13
  226:20,25 374:16
**continuing**  282:24
  375:24
**continuous**  237:21
**contract**  77:20
  78:17,19,23
  133:22 139:23
  148:23,24 149:13
  230:16 237:13
  250:13 278:8
  280:20 282:13
  312:5,9 313:15
  314:12,12 316:4

  316:15 374:2
**contracted**  278:4
  280:17
**contracts**  250:4
  283:3
**control**  241:3,23
  243:7,17 244:8,11
  244:24
**convenience**  15:2
**conversation**
  81:20 85:3,5,10,10
  90:19,20 91:18
  169:8 170:5,17
  171:5 172:2,6,7,13
  172:14,15,17
  179:3 200:21
  243:21 249:25
  254:25 255:17
  284:19 296:17
  302:23,25 303:19
  305:18 315:24
  316:24 317:4,10
  317:14,20,23
  320:18 330:11
  331:16,23,24
  332:3 333:21
  340:17 385:19,23
**conversations**  4:8
  76:11 169:22
  171:7 172:9
  185:25 193:20,23
  202:8 205:24
  206:6 207:17
  306:11 327:6
  337:21
**convicted**  280:6
**cool**  343:20
**coordinate**  322:22
**coordinating**
  16:16

**copied**  117:11
  166:6
**copies**  310:25
**copy**  181:18 274:8
  304:6 375:24
**corner**  351:25
**corp**  1:9 4:25
  12:13,23 16:16,22
  17:18,23 18:7,11
  18:20 19:12,14
  32:18 35:14,17,24
  36:2,5 41:24 96:2
  98:12,23,25 105:5
  105:10 106:18,24
  111:15 112:4,8
  132:2 270:14
  355:14,22 356:9
  356:19 390:9
  393:2
**corp.'s**  17:7 95:23
  95:25 96:6 97:2
  99:15
**corporate**  32:19
**corporation**
  382:23
**correct**  8:9 15:5
  19:12,13,15,16
  23:9 31:2 35:6
  39:9 40:15,21,24
  40:25 88:16 89:10
  96:15 101:2
  104:21 119:7
  120:9 121:2
  128:14 131:21,24
  132:7,8 134:25
  135:4 140:14
  147:12,13 169:4
  175:13 181:5
  192:7 208:13
  224:19 229:19,20
  232:7 234:2

244:19,20 261:9 271:4 299:15,16 321:21,21 328:13 328:16,17 333:25 350:2 351:8 363:11 364:5

**corrected** 27:12 27:24

**correctly** 15:4 50:5 57:9 58:16 76:5 77:15 79:5 89:6 98:16 99:17 105:9 110:23 113:16 119:8,24 120:13 121:6 125:4 126:2 141:25 143:16 155:22 163:23 180:24 228:10 242:25 244:15 246:2 253:11 255:14 261:13 273:24 287:20 309:21 317:12 329:18 333:19 340:11,22 361:16 364:18 365:5

**correspondence** 112:20 209:6 216:6 274:13

**corresponds** 35:2 211:25

**cost** 77:16 238:3 253:10

**counsel** 3:4 4:15 4:22 5:15 11:19

**country** 280:16

**couple** 24:8 39:4,8 42:7 43:10 44:2 51:12 62:5 69:7 71:25 75:19 97:4

103:25 168:12 198:25 224:16 260:7,14 300:22 343:3

**course** 8:8,10 240:21 384:23

**court** 1:2 3:17 5:3 5:8 6:4 7:4,4,12 8:3 109:19 189:15 206:17 268:17,19 268:20 269:4,11 270:6,10,16 277:20 284:2

**cousin** 256:22

**covered** 38:9 76:22 94:21

**covering** 38:11

**covid** 107:7,13 171:18

**cpa** 74:14 98:9

**craziness** 236:4

**crazy** 141:7 169:18

**create** 53:14 61:18 61:20 272:9

**created** 42:17 53:19 61:3,6 180:12 181:10 278:9 280:21 282:19 326:16

**creating** 282:13

**creation** 282:16

**crime** 297:3,8 298:22

**crimes** 301:15,20

**criminal** 179:5,5,7 203:9 204:17,17 204:24 205:20 206:3 280:13 283:13,15 284:17 292:5,19,25 298:7

299:25 304:17 318:7

**crosstalk** 60:5 126:22 263:20 265:17 271:5 313:5

**crown** 349:8

**cry** 165:19 172:8

**crystal** 281:5

**current** 377:8,22

**currently** 107:19 112:9,10 129:15 382:4,7 383:2

**customer** 139:13 139:16 141:3 363:24

**customers** 106:13 127:18,22 137:13 138:17 169:25 170:4,14 172:20 231:6 278:13 374:12

**cut** 275:17

**cv** 1:4 5:5

### d

**d** 42:12 268:16

**dad** 230:5

**daily** 108:9

**daniel** 30:24 193:7 204:18 300:23 306:25

**daniel.alessandri...** 307:6

**dansdeals** 45:3

**dark** 182:3

**database** 60:21

**date** 24:18 31:10 32:8 37:17 43:16 48:4 52:8 56:17 60:14 62:9 68:18 93:23 96:10

103:14 148:8 189:24 199:4 202:13,19,20 206:12,22 210:10 256:6 261:25 289:25 306:3 307:10 328:10 343:9 345:4 372:17 373:13 392:7 393:3

**dated** 37:18 46:14 68:5 206:21 372:20

**dates** 193:18

**david** 49:15

**day** 12:4 37:19 97:23,23 108:6,8 113:17,17 117:9 124:23 142:10 166:3 180:4 181:10 183:22,22 207:14 220:17,21 235:18 253:3,3 255:24 329:6 334:5 356:9,9 359:10 388:14 392:15 393:22

**days** 27:20 75:3 142:10 144:18 147:25 179:15 207:13 217:25,25 251:25 317:21

**deal** 16:17 69:16 69:17 73:6,7 75:15 76:13,20,22 88:11 89:4,8 127:18 137:14 138:5 139:6 239:20,22 240:8 240:25 241:4 243:5,8,13 247:19

249:19 250:10 251:9,12 253:21 254:2 272:7,7 323:10 335:16,19 375:14,18,21 390:18
**dealing** 289:11 344:14
**dealings** 16:2 118:6 159:20
**deals** 111:10 246:22
**debit** 278:9 280:22
**deceived** 165:4
**december** 46:14 156:18 162:8,14 162:22 167:21 178:12 179:16 194:11 200:3,18 202:20 206:22 208:9 217:12,19 218:12,21,22 287:19 307:20,20 363:18
**decent** 248:4
**decide** 201:23 259:10 322:18
**decided** 92:7 134:24 192:7 385:15
**decision** 122:14
**defendant** 2:13 4:17 25:6 98:5 390:5,7
**defendant's** 25:5 177:15 390:4,6
**defendants** 1:11 4:23 6:2 26:17 115:2 345:15
**defense** 259:2 264:14,17,23

265:4 267:24 296:22 300:6
**definitely** 66:15 91:17 97:23 123:9 124:19 136:21,21 139:12 142:3 151:9 168:3 169:23 181:10 201:9 228:9 247:10 270:18 290:23 295:18 296:14 324:18 347:13 378:12
**defrauded** 259:22
**delete** 55:16
**deliver** 100:5,12 100:20 376:13
**delivered** 94:24,25 95:3 98:20 99:14 100:6,9 101:8,11
**delivery** 101:15 390:20
**demonstrative** 213:10
**dena** 49:13
**department** 302:10
**dependant** 231:23 370:13
**depends** 320:22
**deploy** 201:23
**deposed** 159:21
**deposit** 282:19
**deposited** 326:17 327:8
**depositing** 282:14
**deposition** 1:16 3:7,14 4:14,18,20 5:6 6:18 7:8 9:24 10:22 11:3 20:22 22:22 23:7 176:3

344:19 380:23 384:24 393:3
**depressed** 146:11
**describe** 189:3
**described** 274:19 376:17
**describing** 178:15
**description** 359:13 390:3 391:3
**deselected** 226:6
**destabilization** 235:23
**detail** 65:5
**detailed** 376:3,11
**details** 76:25 77:7 77:10,13,13 125:2 125:3 384:22
**detective** 302:9 307:13 308:3,18 308:23 309:11,21 310:25 311:4,18 314:3,21 315:2,10 315:20 316:6,14 317:4,14,23 318:5 318:10,15,16,24 319:7,14,20 320:8 321:4,7,12,15 322:3 385:19
**detroit** 245:17 246:4 247:2,6,15
**device** 18:21 77:18 119:7,9,15 129:24 134:20 211:20 219:23,25 222:2 223:3 231:17,18 231:20,23 240:9 253:11 326:3 338:21,23 344:2,6 344:21 362:8
**devices** 10:2 16:8 54:4 76:22 94:21

94:24 99:14 101:8 101:18 119:19 123:3 137:21 138:4 139:16 149:16 150:12 220:5,9 239:18 240:17,18 308:15 309:3 311:6,8,10 311:15,16,19,24 314:9 338:15,18 344:10 359:20 378:17,17,19
**didn't** 283:6
**differ** 375:11
**different** 117:6 119:15 135:10 151:4 155:13 170:18 236:7 315:8 387:10
**differently** 54:16 98:21 128:20 131:10 143:23 280:11 363:23 378:21 379:17 387:9
**dig** 329:16
**diligence** 264:5 277:18,24 278:24 279:2
**din** 258:25 268:14 268:16,22,25 269:2,4,11 270:2,5 270:10,12,15,18 270:24 271:12,16 271:19,20 277:19 279:4
**dire** 374:17
**directed** 84:22
**direction** 360:19 389:5

**directly** 22:6 82:6 89:9 90:12 91:4 166:4
**disabling** 223:2
**disagreed** 271:16 271:19 277:16
**disaster** 145:21
**discovery** 11:8 20:7 22:15,24 25:13 94:7
**discretion** 223:11
**discuss** 11:22 66:24 68:8 75:23 76:19 91:4,14 125:18,21 179:4 183:16 185:6,12 186:6,9 187:5 188:2,12 189:8,13 189:18 201:25 205:12,15 208:15 209:11 251:12 269:7 284:16 296:9 303:11,15 304:16 305:3,11 319:8 321:14 325:3,23 326:2,6 326:11,15,18 327:9,12,15 330:3 337:23 338:7,14 339:3,7,13,18,20 341:16 346:20,21 358:14,18,21 359:17,24 360:4 366:13
**discussed** 67:15,18 67:20 68:6,13 82:22 88:23 91:17 185:25 186:16 187:18 189:10 190:19 192:10 201:18 204:19

205:19 206:2,3 226:9,10 231:5 240:8 269:21 296:16 299:6 315:22 319:13,17 321:11 324:20 338:9 347:12,14 361:23 363:4 364:10 367:25
**discusses** 291:20
**discussing** 67:4 84:21 85:13 86:16 94:22 172:24 178:11 185:18 242:23 320:7 346:25 359:19
**discussion** 73:4,8 76:23 99:24 124:17 201:2 221:7 244:17,18 259:13 275:9 276:22 277:5 294:2 308:18 325:20 339:19 353:15
**discussions** 30:7 78:4 100:2 185:16 187:4,7,16,25 188:13 189:2,7,12 189:17 209:5 249:22 303:5 323:6 324:8,9 337:25 338:5 339:2 348:10 353:23 354:4 358:12 360:11 371:10
**dispute** 268:22 269:5,10 270:9,15 271:3,13,13

**district** 1:2,3 5:2,3 203:9 204:5
**docket** 204:4,22 204:23
**document** 25:4,7 25:16 34:4 66:16 70:4 164:16,18 203:11 204:3 214:10 293:16 294:7,9 373:9,21 374:5
**documents** 9:23 10:19,24 11:9 20:10 21:5 23:2 23:10,23 29:14 35:3 38:6 42:24 43:2 74:18,19,21 74:23 81:5 84:21 204:7,13,23 205:3 205:12,16 215:22 292:18,22,25 303:24 309:14 310:9 389:9
**dof** 74:2
**doing** 40:6 47:4 60:22,23 101:23 102:4 106:25 110:4,6 131:7 140:24 277:18,23 278:23 285:20 342:14 355:24 380:4
**doke** 176:11
**dollar** 148:12 155:17
**dollars** 239:3,24 312:5,8,9 313:15
**door** 54:3 98:16 129:20 130:2,7,8,9 131:3 132:20,23 178:2

**doorking** 132:18 132:21,22,25 133:3,25 134:15
**doorman** 280:15
**doorway** 95:17 96:21
**dory** 281:9
**dot** 42:13
**double** 213:15
**download** 359:11
**downs** 248:25
**draconian** 127:16 137:12
**draft** 295:22
**drawn** 282:20
**drill** 223:15
**drive** 40:18 46:17 46:19 108:4,5
**drugs** 146:10
**due** 197:23 264:5 277:18,23 278:23 279:2
**duly** 282:12 392:7
**dying** 236:3

**e**

**e** 2:2,2 11:4,6,12 11:15 14:22 15:5 15:6,8,11 20:11,12 20:13,16 21:3,5,13 22:11,18 23:4,13 24:10 37:22 39:6 39:12,18 40:11 41:20,22 42:5,13 42:21 43:2 57:22 61:13 62:17,18,24 63:12,13 68:4 75:7,10 84:10,16 84:18 100:4 109:22 110:2 112:17 113:3 117:13 119:25

**[e - exchanging]** Page 16

122:16 125:6,9 141:22,24 147:22 148:5 156:16 166:9,25 167:2 168:6,7,12,15 169:25 170:13 172:19 177:6,6 182:23 183:2,9 196:11,11 199:16 199:19,25 200:5 200:10,19 201:10 202:21 203:7 206:23 207:7,8 209:10 245:24,24 258:6,8 263:5,10 265:23 267:5,8 268:13,16 274:3 276:13 285:13,17 287:3,6 288:8 290:8,18,21 291:11,17 292:23 293:17 295:17,18 295:23 296:3,5,14 306:17,25 307:10 308:3 310:3 311:18 314:21 315:5 316:17 328:19 332:5 338:13 339:9 345:16,17,20 348:13,15 349:7 349:15 350:5 351:22 354:10 359:4 362:13 372:19 373:4 390:2,17,19 391:2 391:9,15
**earlier** 81:24,25 127:8 192:5,10 201:18 222:7 227:6 228:3 231:5

233:11 234:7,19 234:20 248:17 254:3,19 327:11 338:25 339:4,10 343:14 344:17 355:12 361:24 381:23
**early** 148:9 248:11 249:3
**easiest** 146:16
**east** 19:6,7 95:4,9 154:6,17 308:13 310:18
**easy** 73:25
**eating** 146:5,9 235:25
**echoes** 291:24
**edition** 83:6
**edits** 220:24
**effect** 3:16 262:22
**effort** 8:14 298:21 300:7
**eight** 107:16
**either** 21:16 42:25 43:5 58:2 64:5 75:8 144:8 163:24 181:21 182:25 187:9 191:19 195:13,15,18,18 265:5 267:19 268:4,11 276:15 309:12 318:23 319:6,8 320:9 321:14 359:3 362:18 387:18
**electronic** 26:11 38:25 39:3
**eleven** 109:3
**ellie** 245:21 362:21 362:23,24 369:8,9

**ellie's** 362:22
**else's** 53:7
**emergency** 252:5
**emotion** 71:19 329:22 333:11
**employed** 392:12
**employee** 29:19 35:22
**encourage** 76:7
**ended** 110:25 135:6
**enforce** 379:17
**enforceable** 189:15
**enforces** 379:14
**enforcing** 236:25
**enjoy** 71:18,18,19 343:23
**ensure** 374:19
**entech** 221:13
**enter** 226:21
**entered** 283:4
**entire** 18:14 197:11 214:11 215:18,21 263:9 272:3 325:15
**entirety** 217:2 228:7
**entities** 18:17 63:11 381:16 382:3,7,25 383:19
**entitled** 70:14
**entity** 84:23 382:19
**equipment** 63:9 81:23 227:2
**errata** 393:1
**especially** 384:19
**esq** 2:8,14
**essentially** 83:23 254:6,17,18

**essex** 383:6,7
**establish** 207:18
**established** 340:2
**estate** 17:14,17 130:21 171:18 286:2,7
**estimate** 376:20
**estimated** 376:5 376:14 377:19
**et** 206:18,19
**etcetera** 73:21
**event** 35:8 348:25
**eventually** 127:21
**everybody** 93:11 176:10 184:10
**ex** 101:16 362:10
**exact** 67:5 125:2 147:15 149:9 201:12,13 229:11 328:10
**exactly** 76:24 97:3 99:16 101:21,21 163:22 259:24 263:17 313:8 379:3,22
**examination** 6:13 176:4 389:3
**examining** 258:20
**example** 75:20
**excel** 10:16,19
**exchange** 90:21 142:3,4 159:4 167:19 168:4 178:9 228:21 374:23
**exchanged** 112:23 166:12
**exchanges** 72:2,11 153:25
**exchanging** 115:21

[exclusively - far]                                                    Page 17

exclusively  18:13
excuse  6:23
executed  75:16
  254:16
executing  73:6
executive  45:15
exercised  282:12
exhibit  24:16,20
  24:21 27:17 31:8
  31:20 32:6,16
  33:9 34:4 43:14
  43:18 44:9,11
  45:2,2,18 46:13
  47:14,25 48:2,8,8
  49:2 52:5,6,11,14
  56:15,19,19 60:12
  60:16 62:7,11,12
  62:15,17 63:3
  68:16,20 86:4,15
  93:20,20,21 94:19
  96:8,12 103:12,15
  103:16 104:18
  112:19 144:8
  177:21 178:5
  189:21,22 199:2,6
  202:10,11 206:9
  206:10 210:6,8,12
  214:8 216:21
  242:19 255:21
  256:4,8 258:8
  261:22,23 289:22
  289:23 290:5
  291:5,5,7 305:24
  305:25 306:5
  342:8,25 343:6,7
  344:25 345:2
  348:14 372:13,15
  373:10,11 390:4,6
  390:9,11,13,14,15
  390:16,17,18,19
  390:20,22,24,25

391:3,4,5,6,7,8,9
391:11,12,14,15
391:16
exhibits  24:8
  43:10 62:6 198:25
  255:23 276:9
  343:3 391:18
exists  198:18
expect  164:4
  165:16 169:13
  194:17,22 226:20
  248:21 340:8
  341:13,14 353:7
expected  220:7
  376:7
expecting  194:19
  194:20
expedition  357:23
expensive  119:15
  119:18 121:18
  122:15
experience  276:16
  344:13 356:8
experiences
  169:11
expires  393:25
explain  77:12
  92:20 333:2
explained  78:12
  78:13,21,22,25
  232:3 281:25
  293:21
explaining  367:19
export  116:14
express  378:9
expressed  274:23
  291:25 303:20
  378:11,12
expressing  230:19
  230:20 264:19

extended  272:10
extent  21:15 34:9
  35:19 52:2 55:4
  55:12 58:8 63:16
  63:24 64:4,9,18
  65:23 67:24 76:16
  78:8,9,10 91:19
  114:11,12 116:22
  116:25 133:18,19
  134:10 157:18
  158:19 162:15
  167:13 168:17
  172:12 214:9
  215:16 277:15
extenuating  374:6
  376:16
extra  311:15
extracted  210:17
  211:18,20 213:13

                  f

f  177:6 264:16
face  81:12 230:5
  280:2
facebook  47:18
  48:11 49:20,24
  50:6,18 272:16,17
  272:24 273:6
  343:15,15 387:2
  390:13 391:12
faces  130:25
facetiously  198:21
facing  299:25
fact  284:16 314:20
  319:19 320:7,11
  320:21 325:17
facts  280:6
failed  281:10,11
  281:12
fair  49:16 53:9,11
  93:13 122:12
  125:17 139:9

145:8 165:21
177:24 178:24
183:7 184:16
190:14 218:3
223:25 226:15
229:8 230:25
231:7 232:10,23
238:11,24 239:19
240:2,6 259:7
265:14 267:13
292:13,14 315:9
322:19 328:10
334:22 335:23
349:14 354:11
365:8,25 366:4,8
366:11 377:7,17
377:21 379:4,25
384:4 387:19
fairness  258:19
false  199:22 200:2
  270:25 271:2
familiar  14:17,21
  44:13 45:6 50:20
  52:24 54:17 69:18
  84:25 97:9 103:21
  132:25 137:15,18
  175:22 203:20
  247:14 260:23
  290:19 291:10,12
  292:6
family  110:18,19
  383:10
family's  367:13
fancy  25:12 131:5
far  11:20 14:10
  15:14 26:13 31:12
  35:2 45:10 61:21
  117:3 152:19
  184:14 192:3
  202:5 265:22
  312:13,17 313:13

fast 229:21,22
father 28:24 36:10
  45:11,16 78:22
  83:2,17 92:16,21
  136:8 185:22
  187:9 241:2 243:5
  243:22 270:4,18
  273:8 320:14,20
  353:20 364:9
father's 65:13
  346:2 350:12
favor 51:7
features 326:3
february 52:21
  138:2 219:14,21
  220:18 228:22
  229:9,9,15 235:15
  235:16,17 236:8
  254:10,11 314:17
  314:18 345:16
  348:25 359:18
  361:19
fed 101:16 362:10
federal 252:9
  302:15
federally 252:25
fee 316:5
feel 7:21 139:7
  235:13 237:20,22
  272:20 358:2
  376:22,23 378:21
feeling 71:20
feels 64:12 289:15
fees 78:25 239:3
  331:8,11 341:17
  341:20 374:13
fell 119:20 147:8
felt 122:10 140:13
  146:16 222:24
  271:25 272:2,5
  289:11,19

fi 221:13 227:3,4
fifteen 317:11
fight 82:13 197:8
  197:18,22
figure 38:13
figured 145:20
file 74:2,4,21
  94:15 179:17
  203:5 211:8
  212:22 222:11
filed 5:2 194:10
  208:4,13
files 212:19 213:14
filing 3:6 292:4
finalize 251:23
finalized 177:16
financer 73:12
  74:17 78:5 79:3,6
  80:6 84:20
finances 346:15
financial 74:18
  81:5 84:24 85:2
  85:11 88:21 89:2
  89:9 122:4 364:15
  366:23
financially 5:13
financials 73:18
  73:20,24 79:17
  81:5,12,23 82:7,22
  83:24,25 87:4
  91:5,11,16 92:2
  100:3
financing 249:18
  250:7
find 41:4,6 222:19
  249:19
fine 64:21 90:4
  102:5 127:21
  215:17 216:3,11
  217:9 293:10
  385:14

finish 227:21
  310:15
firm 5:10 11:21
  203:18 208:2
first 14:20 16:7
  18:19 19:3,4 22:5
  22:5 24:19 25:6
  27:7,15 28:3,7,16
  38:23 42:19 48:17
  54:20 56:14,18
  58:20 60:25 62:2
  67:4,8,9,14 68:12
  70:3 72:6 78:13
  80:4 96:7 97:8
  103:24 112:22
  138:4 139:15
  141:4 147:24
  160:7,7 162:25
  163:5 168:4
  194:11,13,14,15
  200:14 203:11,17
  207:12 211:16
  214:8 216:20
  221:10,16 239:2
  257:16 273:17
  277:7 284:20
  285:17 301:7
  307:9 314:9 317:3
  317:13,23 319:17
  319:22,23 320:11
  323:11 339:25
  340:5 341:8
  344:19 354:11
  361:8,9,11 363:3,8
  365:16 373:23,24
  385:4 390:4,7
fisherbroyles 2:4
  5:22
fishing 357:23
fit 134:24

five 25:4 26:21
  70:4 101:25 102:8
  102:19 108:5,6,8
  142:9 161:15
  207:13 235:18
  237:25 238:5
  242:6 276:7
  317:16 335:25
  342:10,12,17
  360:7,9
fix 123:23
flatbush 369:2
flatlands 368:25
  369:2
flip 24:25 26:3
  31:19 43:25 48:13
  63:4 70:24 103:24
  178:6 179:22
  203:3,12,16
  204:15,25 206:20
  218:21 224:23
  256:17,18 290:16
  294:10 345:8
flipping 44:25
  45:17 73:2 77:25
  82:15 153:22
  218:4 247:20
  258:5 259:16
  359:4
floor 2:5 96:5,7
  223:19
florida 204:6
  205:7
focus 362:13
focused 353:17
follow 81:13,14
  125:7 172:9 267:5
  274:11,15 293:5
  323:2 332:4
  366:18 368:5,7
  371:15 372:2

**followed** 82:21 104:2 371:12

**following** 44:24 45:3 177:3 260:5 265:25

**follows** 240:23 251:21

**force** 3:16

**forced** 376:18

**foregoing** 392:6,8

**forget** 288:3

**forgot** 288:4

**form** 3:11 18:23 23:16 39:14 40:8 54:11 66:3 67:12 67:23 116:3 143:11 149:19 156:3 168:5 179:9 186:18 187:20 215:23 233:23 271:9 287:14 295:6 301:17 339:23 355:6

**formally** 104:20

**forth** 75:14,17 159:20 174:16 211:10 212:13 217:24 242:2 253:15,25 260:4 265:24

**forward** 46:24 116:20 199:22 229:21,22 237:24 286:9 350:4 372:22

**forwarded** 26:12 86:5,14 116:11 117:12 128:12 168:7,19 205:11 206:24

**forwarding** 116:18 153:11

**forwards** 124:6,11 260:2 349:25

**found** 78:15 119:20 135:3 164:12

**founded** 280:14

**four** 44:24 169:21 242:16 256:11 276:2 282:6

**frame** 131:5

**fraud** 204:9 282:16

**fraudulent** 374:14

**free** 138:4 149:25 150:12 220:9 221:24,24 239:17 358:2

**frequently** 84:14 84:19

**friedlander's** 108:22

**friend** 120:14,23 121:4 122:5,8 251:5 252:20 346:2 350:9,10,11

**friendly** 113:13 114:14,16 124:20 125:14 138:23

**friends** 48:13 49:6 49:17 50:16 100:11,20 114:16 141:8 235:17 365:3 386:25

**frifeld's** 108:21

**frivolous** 169:24

**frohm** 288:13

**front** 147:8 250:13

**frum** 197:15,16 258:16,22

**frustrated** 329:21

**full** 212:20 230:15 237:13 241:3 243:6 259:2 273:20 311:13 359:13

**fully** 142:7 385:4

**fumes** 240:16

**fund** 264:14,15,17 265:4 267:24 278:19 296:23

**fundraiser** 264:14 279:4

**funds** 264:23 300:6

**funny** 376:10

**further** 3:9,13 77:19 147:5 191:24 237:17 241:16 248:19,22 253:14 392:11

## g

**g** 42:12 351:22

**games** 211:6

**gateguard** 1:6 4:24 5:23 14:6,10 14:18,21,22,24,25 15:3,4,8,15,21 16:2,3,4,9 18:18 18:20 21:16,22 22:2,7,14 26:10 28:21 29:20 30:2 32:17 36:25 43:3 43:7 51:21 53:21 54:9 55:2,5,7 59:12 63:11 85:13 99:11 118:7,9 119:7,21 122:17 122:20 123:2,8 124:5 126:3,15 128:4,23 129:10

129:14,17 130:15 131:11,17 132:5 133:25 134:16 135:4,7 137:9 144:22 145:13 149:15,15 153:16 154:15,16 155:7,7 164:9,21 165:10 169:11 185:7,14 185:19 186:2,14 187:8,15,18 188:4 188:15 196:4,8 200:24 206:18 207:5 209:9 211:19 221:20 223:18 224:3 229:13,18 231:3 231:16 233:2,3,13 233:16 234:11 238:14 239:10 240:5 243:11,17 244:4,19 254:16 257:3 269:5,10 280:14 282:18 303:8 312:3 324:11,16,21,25 325:21 326:12 337:24 338:15,16 339:6 341:21 342:2 347:3,4,10 348:2,7 349:18 351:5 356:15,22 356:25 357:3,13 358:13 359:19,24 360:4,13 362:7 363:5,21 364:21 367:6 368:2 369:14,23 370:3,9 371:11 372:24 374:7,12,14,17,20 374:22 375:6,11

**[gateguard - going]** Page 20

376:2,12,18,20
377:10 379:2,6,8
379:17 390:9
393:2
**gateguard's** 14:8
25:11 123:3
127:11 138:8
139:2 140:2
142:16 151:15
189:5,8,14 201:7
202:2 220:13
231:4,5,12 232:19
233:18 234:9
239:11 250:10
271:13 303:12
315:12 316:8
325:4,7,12,24
326:3,7 338:20
339:12,14 361:24
363:24 376:7
**gateguards** 54:23
154:21 325:15
**gateguardxyz**
220:22
**gates** 311:14
**general** 22:23,24
23:11 30:17,19,22
63:19 84:13 153:9
161:25 205:25
264:20 300:19
312:20 319:15
320:17 383:21
385:22 386:5
**generally** 13:12
14:7 15:10 17:3
17:21 22:4 23:9
24:3 38:24 39:22
39:23 51:4,23,24
54:24 66:23 67:2
67:7,10 73:5 77:9
84:17 93:2,3

111:9 112:3 113:6
230:9 261:5
274:22 286:12
300:12,18 338:19
346:19 351:23
361:14 364:14
368:24 370:10
375:5 385:12
**getting** 28:13
75:15,15,17 86:20
126:24,25 142:7
144:17,19 239:5
255:3 267:4,12
336:3 375:2 380:5
**gg** 211:17,18,21
219:22 372:22
**girl** 110:11
**gist** 153:10
**give** 6:9 12:18 25:3
25:17 49:5 63:4
65:4 72:13 77:10
81:16,21,22 83:20
90:7 92:2,18,21
93:4 128:15
145:21 184:19,24
190:2 198:23
241:4 243:8
247:18 257:23
262:5 278:14
280:12 329:21
353:12 359:13
360:12,19 371:2
372:25 377:12,13
380:2
**giveaway** 219:25
**given** 369:21
388:2
**giving** 83:19 92:17
184:15 375:13,19
**gmail** 42:20 61:14
62:19

**gmail.com** 291:17
**gmail.com.** 42:15
**go** 4:12 7:6 9:12
16:19 19:10 26:22
32:3 43:12 48:23
57:9 78:14,24
79:4 80:12,22
102:11 104:7
115:6 118:15
130:17,23 141:12
152:2 163:18
165:6 177:18,19
184:14 191:24
218:5 219:5,20
220:21 235:24
258:25 263:25
264:8,13 268:14
268:21 269:19,23
270:2,4,24 271:12
271:16,19 273:6
274:24 275:4,5,14
275:18 277:22
284:2 286:9
341:15 377:5
386:25
**goes** 69:11 78:19
106:2 159:25
365:25
**going** 4:3 7:13 8:6
8:19 21:10 24:8
27:17 28:6,11,13
28:17 31:4,5,24
32:9,10 36:12
38:5,23 41:20
43:11,18 47:23
48:10,13 56:12
60:15 62:5,11
63:2,24 64:8
66:10 68:19 69:6
70:11 71:2 72:9
75:16 76:2 77:16

77:17,22 78:14,16
80:16 81:21 82:2
91:22,23 92:7
93:19 96:11 102:6
102:11,24 103:15
103:23 104:7
109:20 115:11
118:15 120:15
127:15 134:11,18
135:6 137:22
139:25 144:6
150:11 159:6
161:9 163:17
170:20,21 172:16
173:4,15 176:2
184:14,24 189:20
198:22,24 199:5
199:23 200:9
201:8 202:9
204:11,15,25
205:9 206:7,8,20
207:15,19 210:11
211:3 213:25
216:3 217:9
219:20 220:6
222:4 229:18
230:13 233:8,10
236:13 237:4,6,24
239:16 241:4
242:18 243:7
247:18 250:13
255:20 256:7
261:19,21 262:19
264:4 266:5,5,15
269:3 270:2,5
288:8 290:4,5
293:15 298:3,16
305:19 306:9
308:6 328:9
341:15 342:7,24
343:5 344:23

**[going - goldenberg]**

| | | | |
|---|---|---|---|
| 346:20 354:18 | 69:1,4,8 70:1,24 | 168:1 169:1 170:1 | 257:1,6,17,22 |
| 357:22 360:18 | 71:1,6 72:1 73:1 | 170:7 171:1 172:1 | 258:1,9 259:1,18 |
| 366:25 370:3,7 | 74:1 75:1 76:1,7 | 173:1 174:1 175:1 | 259:25 260:1,3,8,9 |
| 372:10,11 373:7,8 | 76:14,20 77:1,3 | 176:1 177:1,18,23 | 260:17 261:1,13 |
| 373:10 374:3 | 78:1,4 79:1,7,13 | 178:1 179:1 180:1 | 262:1,12,16 263:1 |
| 379:10 381:2,5 | 80:1 81:1,17 82:1 | 181:1 182:1 183:1 | 264:1 265:1,8 |
| 384:20 | 83:1,9 84:1 85:1 | 184:1 185:1,20,21 | 266:1,16,21 267:1 |
| **gold** 356:21 | 86:1 87:1 88:1 | 186:1,5,12,13 | 267:14 268:1,15 |
| **goldenb** 60:24 | 89:1 90:1,17 91:1 | 187:1 188:1,10 | 269:1,8,21 270:1 |
| **goldenberg** 1:9,10 | 92:1 93:1 94:1,20 | 189:1 190:1,2,18 | 271:1 272:1 273:1 |
| 1:17 4:1,15,25,25 | 95:1 96:1,17 97:1 | 191:1 192:1 193:1 | 273:25 274:1 |
| 5:1 6:1,15 7:1 8:1 | 97:20 98:1,2,3 | 194:1 195:1,7,10 | 275:1 276:1,10,12 |
| 9:1 10:1 11:1 12:1 | 99:1 100:1 101:1 | 196:1 197:1,6 | 276:14,20,23 |
| 13:1 14:1 15:1 | 102:1 103:1,9 | 198:1,10,15,17 | 277:1,3,4 278:1 |
| 16:1 17:1 18:1 | 104:1 105:1,5 | 199:1,8,20 200:1 | 279:1,10,10 280:1 |
| 19:1 20:1 21:1 | 106:1 107:1 108:1 | 201:1 202:1,15,22 | 281:1,18 282:1 |
| 22:1 23:1 24:1,19 | 109:1 110:1,16 | 203:1 204:1,11 | 283:1 284:1 285:1 |
| 25:1,7 26:1,8,25 | 111:1,20 112:1 | 205:1,10 206:1,8 | 286:1 287:1 288:1 |
| 27:1 28:1,7,23 | 113:1,16 114:1 | 207:1 208:1 209:1 | 288:9,12,17 289:1 |
| 29:1,2,17,18 30:1 | 115:1 116:1 117:1 | 209:15 210:1,11 | 290:1,4,15 291:1,8 |
| 30:20 31:1 32:1 | 117:19 118:1 | 211:1,14 212:1 | 292:1,17 293:1,14 |
| 32:21 33:1,3,11 | 119:1,5 120:1 | 213:1 214:1,21 | 294:1,15,21 295:1 |
| 34:1 35:1 36:1,9 | 121:1 122:1 123:1 | 215:1,2 216:1 | 296:1,10,10,15,25 |
| 36:15 37:1 38:1 | 124:1 125:1 126:1 | 217:1,2,11 218:1 | 297:1 298:1 299:1 |
| 39:1,17 40:1 41:1 | 127:1 128:1 129:1 | 218:19 219:1 | 300:1,15 301:1 |
| 41:13 42:1 43:1 | 129:2 130:1 131:1 | 220:1 221:1 222:1 | 302:1 303:1 304:1 |
| 43:17 44:1,4 45:1 | 131:20 132:1 | 222:10 223:1 | 304:17 305:1,4 |
| 45:3,9,12 46:1,13 | 133:1 134:1,13 | 224:1,17 225:1 | 306:1,4 307:1,23 |
| 46:17 47:1 48:1,7 | 135:1 136:1 137:1 | 226:1 227:1 228:1 | 308:1 309:1 310:1 |
| 48:12,25 49:1 | 138:1 139:1 140:1 | 229:1 230:1 231:1 | 311:1 312:1,16 |
| 50:1 51:1 52:1,9 | 141:1 142:1 143:1 | 232:1 233:1,11 | 313:1,20 314:1 |
| 52:17 53:1,23 | 144:1,10 145:1,2 | 234:1 235:1 236:1 | 315:1 316:1 317:1 |
| 54:1 55:1 56:1,20 | 146:1 147:1,10 | 237:1 238:1 239:1 | 318:1 319:1 320:1 |
| 57:1 58:1 59:1 | 148:1 149:1 150:1 | 240:1 241:1 242:1 | 321:1,3,6,10 322:1 |
| 60:1,7,15,24 61:1 | 151:1 152:1 153:1 | 242:20 243:1,16 | 323:1 324:1 325:1 |
| 61:5,13 62:1,10,13 | 153:2 154:1 155:1 | 244:1,16,22 245:1 | 326:1 327:1,11 |
| 63:1,19 64:1,8,14 | 156:1 157:1 158:1 | 246:1,2,24,25 | 328:1 329:1 330:1 |
| 64:23 65:1,11,12 | 159:1 160:1 161:1 | 247:1,23 248:1 | 331:1,4,17 332:1 |
| 65:24 66:1,13,19 | 161:11 162:1 | 249:1 250:1 251:1 | 333:1 334:1 335:1 |
| 66:25 67:1,16,19 | 163:1 164:1 165:1 | 252:1 253:1 254:1 | 336:1 337:1 338:1 |
| 68:1,7,9,14,21 | 166:1 167:1,16 | 255:1 256:1,7,21 | 339:1 340:1 341:1 |

**[goldenberg - goldmont]**                                                  Page 22

342:1,24 343:1
344:1 345:1,6,22
346:1,7 347:1,6,11
348:1,4 349:1
350:1 351:1,8
352:1,6,14,18,25
353:1,17,23 354:1
354:5,12,23,25
355:1,3,18,24
356:1,17 357:1,10
357:13,15,19
358:1,12,22 359:1
360:1 361:1 362:1
363:1 364:1,20
365:1,17,18 366:1
366:14 367:1,23
368:1 369:1 370:1
371:1,17 372:1,4
372:12 373:1
374:1 375:1,3
376:1 377:1,7
378:1 379:1 380:1
380:11,21 381:1
382:1 383:1,17
384:1 385:1 386:1
386:4 387:1 388:3
388:11 389:4
390:5,8,10,10,11
390:13,14 392:7
393:3,21
**goldenberg's**
262:23 266:18
268:13 270:22
296:20 322:23
324:15 339:5
345:20 346:24
356:8 365:21
**goldman**   2:14 4:19
5:24,25 13:16
14:12 15:17 18:22
19:17,21 21:14

23:15 24:4,12
25:20 26:5 27:11
27:14,21 30:14
34:8,18 35:18
38:8,12,17,19,21
39:13,21 40:14,19
40:23 42:2 43:23
44:8,12 46:10
48:16,20,23 49:21
50:9 51:13,22,25
54:10 55:3,11
58:6,22 59:18
60:3 63:15,21
64:2,11,16,19
65:18 66:2,9
67:11,22 68:22
69:2,19,25 70:6,16
70:19 71:4,12
72:4,12,17 78:7
79:8,25 80:18
82:5,11 84:2
89:13,18,24 90:6
90:10,16 94:3,6,9
96:13 102:3,22
104:12 114:10
116:2 118:19
122:22 125:10,13
126:16,20 127:3
128:6,13 129:5,7
131:15 133:16
134:6,9 143:10
145:3 149:18
152:11 153:18
156:2,10 157:7,17
161:13 162:4
167:12 168:16,20
168:24 170:22
171:2,13 175:25
176:8 177:13
178:20 179:8
183:4 186:8,17

187:19 188:18,22
197:10,14 199:11
199:14 209:21
210:22 211:23
212:4,8,14,21,24
213:16,24 214:6
214:17,22 215:9
215:15 216:2,7,10
216:16 217:8
219:4,7 227:15,18
233:4,22 234:21
234:25 235:7
236:18 238:15
239:13 242:7
246:19 250:16,20
250:24 255:22
260:11 263:3,8,12
263:16,24 264:6
265:11,15,21
266:7,25 267:11
267:25 268:5
269:12,17,22
271:2,8 274:10,14
274:25 275:7,11
275:15,20 281:21
281:24 282:7
283:12 285:4
287:13 290:9,13
291:4 292:8,12
293:9 295:5 296:7
297:9,14,23 298:2
298:5,13,18,23
299:9,13,17,21
300:8,11,17,20
301:16 304:21
305:9,15 309:6,16
310:6,12,16
312:12,15,24
313:2,8 314:19
315:3,7 320:2
322:25 330:20,25

331:5,7,10,18
333:5 339:22
343:4 346:9
354:14,17 355:5
356:10,20 357:2
357:21 359:2
366:9 370:17,25
377:2,5,12 379:21
380:16 381:22
382:9,14 385:11
386:7,16,20 387:3
387:6,11,21
**goldmont**   1:9 4:24
12:12,13,17,19,22
12:23 13:2,9,11,12
13:21 14:2 16:15
16:20,21,23 17:7
17:12,18,23 18:7,9
18:11,19 19:12,14
20:25 32:18 35:14
35:16,24 36:2,5
41:23,23,24,24
63:10 74:13 85:14
95:23,25 96:2,5,25
98:12,23,25 99:14
105:10 106:17,24
111:14,21 112:3,8
113:24 114:3
126:2 129:9,14
131:14,22 132:2
132:14 134:2
135:11 144:25
148:11 149:12,15
149:17 151:18,24
155:7 188:15
192:6 197:7 210:2
220:14 221:20
225:5 227:17
233:20 234:13,18
236:17,22 237:8
237:15,16 240:5

241:7,11,18
243:12,16,20
244:13,14,22
245:3,9,14 246:3,5
246:7 247:8 250:4
250:11,12 254:7
254:15 268:22
270:14 271:14
281:20 304:14
305:7,14 324:15
326:12 338:15
339:6 343:21
344:10,12 345:18
355:14,15,19,22
356:9,19 357:4
358:15 363:10,19
363:24 372:24
374:10,20 375:7
375:11 376:2,5,9
376:14 377:9,20
378:3,6,21 379:4
379:19 383:12
390:9 393:2
**goldmont's** 35:14
101:20 111:7
121:20 154:18,19
224:4 225:10,14
241:8,17 269:9
282:22 310:22
344:21 364:4
**goldmontrealty**
199:18
**goldmontrealty....**
61:2
**goldmontrealty....**
20:15 42:18
**good** 4:2 6:15,16
7:24 111:10,10
147:7 190:14
208:20 230:8
231:19 232:19

235:17 237:21
257:10 258:4
272:7
**goodbye** 390:24
**goods** 291:22
**google** 293:4
**gotcha** 27:5 28:9
174:9 265:10
**gotten** 125:15
**government**
293:18,22 294:3
**grainy** 95:7 98:7
**granted** 8:19
**great** 31:24 242:8
266:7 283:8
299:21 345:8
349:3
**grounds** 331:12
**group** 117:9 289:5
349:3,16 353:6,15
353:19 358:7,8
359:7,9 383:10
**grow** 240:14
**guess** 7:8 13:3
24:5 39:3 49:24
49:24 52:19 54:8
64:6 80:19 118:14
133:17 140:7
143:2 160:22
168:11,21 173:4
176:5 178:15
181:2 183:5
213:11 232:18
249:2 253:14,17
256:12 258:12
292:11 306:23
339:10 350:11
353:2 355:13
375:15 381:3
**guideline** 293:23

**guttmann** 49:14
**guttwillig** 192:19
192:21,25 193:4
**guy** 104:24,25
133:15 353:7,11
358:9
**guys** 101:23 137:3
141:8 154:5
172:11 173:6
349:8 370:15
**gwg** 1:4
**gwt** 5:5

**h**

**h** 74:10 100:25
107:11,11,11
109:22 110:2
112:14,17 159:7
245:24 390:2
391:2
**half** 108:18 150:4
150:5,6 161:10
**hall** 178:4
**hand** 6:7 392:15
**handful** 257:8
**hands** 245:18
**happened** 30:4
124:25 172:5
235:21 242:2
279:17 302:25
317:2 362:3
385:24
**happens** 71:17
**happy** 25:17 70:5
86:2 144:13 212:6
212:11 215:13
216:23 248:3,4
259:14 276:24
304:3 329:23
333:4,10
**harassed** 259:9

**hard** 161:11 365:5
365:9
**hates** 169:18
**hatora** 107:8,18
**hatorah** 107:11
108:10
**head** 21:10 81:18
273:15
**heads** 195:19
**hear** 53:24 79:13
86:11,12 118:18
118:20 157:10
163:17 177:23
178:2 234:3 259:8
269:22 288:24
321:20 369:25
370:15
**heard** 97:24
198:15 279:15
321:3 354:12
355:3 370:14
**hearing** 177:24
203:6 205:5
344:20
**heights** 349:8
**held** 1:18 5:6
275:9 361:9
**hell** 252:11
**hellhole** 170:21
**hello** 114:23
**help** 86:19 118:8
251:9 298:16
299:12 367:12
**helped** 123:13
**helping** 122:5,8,10
155:12 243:23
**hereto** 3:5
**hereunto** 392:15
**herman** 29:18
**hesitate** 41:15

**hesitation** 230:21
**hey** 136:11 169:6
  207:14
**hi** 79:12 81:11
  82:17 86:19 154:5
  249:17 253:4
  353:4
**hiding** 322:14
**high** 231:18
**highlight** 127:15
**highlighting** 73:15
  243:3
**highly** 374:8,21
**hindsight** 385:7
**hire** 113:12,12
  240:13 349:5
**hiring** 113:19
**history** 278:7
  280:19 298:7
**hm** 341:3
**hms** 7:11
**hole** 240:14
**home** 9:6 46:16,20
  110:24 158:12,15
  335:13 381:2,5
**honestly** 20:3
**honor** 250:3
**hopefully** 120:15
**horowitz** 74:7,8
  74:11,23 75:6
  79:23 81:15,22
  82:21 83:14,23
  84:8,15 88:13,18
  88:25 89:3,8
  90:11,21,24,25
  91:3,7,10,15,24
  92:13,20 98:8,10
  100:3
**horowitz's** 74:12
**horrible** 127:23

**hour** 144:6 158:18
  252:10
**hourly** 223:21
**hours** 108:6,6,8
  159:22 220:2,10
  224:5 255:2
  292:21 367:15
**house** 74:14
  110:13 157:21,25
  158:4 160:11
  251:7
**how's** 32:13
**howard** 34:11,12
  36:17,20,25 37:5,9
  37:12,22
**https** 264:16
**hundred** 18:3,6
  132:10 152:17
  266:20 344:22
  367:7 378:19
**hunky** 281:9

**i**

**idea** 207:22 249:5
  275:12 322:6
  324:22 328:5
  350:24 355:10
  387:13
**identification**
  24:17 31:9 32:7
  43:15 48:3 52:7
  56:16 60:13 62:8
  68:17 93:22 96:9
  103:13 189:23
  199:3 202:12
  206:11 210:9
  256:5 261:24
  289:24 306:2
  343:8 345:3
  372:16 373:12
**identify** 38:25

**identifying** 26:10
**idiot** 141:15
**idiots** 198:7
**ignore** 62:24
**ignored** 283:6
**image** 104:4
  212:22 213:12
  222:11,23 223:4,6
  224:24
**images** 211:4,7,25
  390:23
**imagine** 86:21
  252:23
**immediately** 158:9
**important** 167:17
**imposes** 231:6
**impression** 233:14
  233:16 360:12
  370:6,10,11 377:8
  377:22,23,24
**impressive** 108:12
**inappropriate**
  264:22
**inaudible** 321:17
**incentive** 121:25
  122:4,7
**incident** 92:25
  162:11 172:18
**included** 213:3,7
  216:20 240:19
  241:8
**includes** 26:13
**including** 258:23
  312:18
**incorporated**
  211:6
**increase** 235:12
  236:12 238:2,3
**index** 389:2
**indicate** 289:18

**indicated** 8:4
  28:19,19 41:21
  74:19 243:2
  262:19,21 277:3
  332:17 392:8
**indicates** 32:24
  33:24 44:23 62:24
  353:14
**individual** 45:25
  85:17 192:18
  193:7
**individuals** 28:18
  31:16 36:13 49:8
  85:17 114:7 186:7
  190:17 195:4
  283:20
**industry** 277:18
  277:23 278:23
**infantry** 341:6
**inflate** 140:21
**information** 57:10
  153:16 381:20
**infusion** 374:18,23
**initial** 137:20
  172:7 224:10
  259:6 363:20,22
  367:21 368:8
**initially** 190:3
**initiating** 374:14
**initiative** 135:19
**inquiry** 75:6
**inserted** 278:7
  280:20
**inside** 99:8,8
**insinuate** 278:18
**insinuating** 278:20
**insinuation** 281:6
**install** 120:15,21
  123:9 173:11
  223:15 224:10
  240:9 343:19

**installation** 160:11 162:20
**installations** 111:6 154:2 155:13
**installed** 18:20 54:22 132:5 133:4 133:6,9 162:12 311:20,24 325:15 325:17 344:6,9
**installers** 113:19 113:22 226:22
**installing** 15:12 123:7 344:9,20
**instructed** 35:25
**insulting** 126:14 126:18,18,19
**intelligence** 129:23
**intend** 197:22
**intended** 370:8
**intention** 238:20
**intentions** 185:2
**intercom** 16:8,8 18:21 54:4 75:9 104:24 105:9 111:6 113:19 119:13 128:24 130:15 154:2,9 162:12 232:20 238:9 338:20
**intercoms** 15:13 15:15,16,22 16:3 53:22 99:10,11 100:6,8 105:2,12 112:4 120:9,10,14 120:20,21,24 123:8 126:4 129:10,15,17,18 131:13 132:5,13 133:3 134:3,15 135:12,13,15

140:22 155:8 189:5 325:4,7,12 336:25 337:4,9 338:16 363:21
**interest** 19:25 216:25 353:10 381:16,18 382:8 382:13,20 383:3 383:18
**interested** 5:14 214:16 215:14 241:23 249:9,11 259:12 276:21 360:13,16,17,20 360:20 365:7 367:11 369:18
**interesting** 27:4
**interim** 73:19
**interjected** 82:8
**internet** 175:16 337:7
**interpret** 197:4
**interrogatories** 25:6,11 35:3,9,11 381:15 390:5,7
**interrogatory** 26:6 27:16 36:12 41:21
**interrupt** 27:22
**interruption** 175:16
**interview** 195:23
**introduced** 120:12 121:23 159:14
**introduces** 122:13
**invest** 243:23 246:18,21,22 312:3 324:10,10 348:10 364:21 369:14

**invested** 243:22
**investigation** 259:5
**investing** 185:7,14 185:19 186:2,14 324:20,25 348:4 360:13 366:21 369:19
**investment** 187:8 187:17 239:5 244:2,18 246:3 303:7 324:16 337:24 338:8 346:7 347:2,12 349:16 358:13 363:5 364:13 365:19 366:13,16 367:3,5,10,19,25 368:16 369:23 370:3,8 371:11,18 372:4
**investments** 244:8 346:15 347:5
**investors** 367:11
**invoice** 139:18,23
**invoices** 139:24 282:10
**involved** 11:7 15:25 16:14,16 20:10 97:16,21 113:18 123:6 154:9 164:5,9 165:8,10 187:7 190:21 270:9 300:5 337:3 344:14 346:14 348:10 356:14,16 357:11,14,18 366:22 367:9
**involvement** 300:7 355:22 367:2

**involves** 14:6
**irrelevant** 298:6
**island** 107:24,25 108:9 225:9
**israel** 109:6,7,10 109:12
**issue** 63:7 278:8 280:21
**issues** 118:8 124:6 295:11
**issuing** 258:23
**items** 7:7

**j**

**j** 112:17 352:23
**jachter** 34:11,12 36:17,20,25 37:5,9 37:12,20,22 180:16 287:25
**jack** 298:11
**jacob** 29:13 62:18 82:18 83:6 86:5 104:20 110:14 190:19 192:19,20 324:2 329:9 372:21
**jacobrubinsteine...** 62:19
**jail** 277:21 279:5 297:20 305:19,21
**jake** 12:6
**jamie** 1:19 5:9 392:4,19
**january** 252:2 287:11,12 307:7 307:20 317:2,21 322:4 363:18
**jeanne** 45:4,4,14
**jerry** 350:6,8,13 352:4 353:4 368:20 369:7,17 369:18 371:24

**[jerry's - know]** Page 26

**jerry's** 368:22
**jersey** 9:5,11
  13:23 108:2,9
**jerusalem** 109:8,9
**jewish** 268:19
**jews** 258:22
  288:13,18
**jg** 73:22
**job** 123:14 133:2
  160:11 357:20
**joe** 30:3 191:7
  195:13 288:25
  289:2,3
**jog** 23:19
**jogged** 384:24
**john** 2:11
**join** 349:9
**jonathan** 112:16
  344:18
**joseph** 29:23,25
  30:10 191:12,16
  284:9 285:8,11,14
  285:18 321:16,25
  323:9,11 327:2,13
**jpeg** 212:22
**jr** 372:22
**july** 44:20 69:10
  218:13,16 219:14
  251:23 252:3,8
  254:2 258:10
  259:18 288:10
  343:16 375:22
  391:12
**jump** 37:14
  184:25 211:10
  261:19
**jumping** 42:23
**june** 247:21
  248:24 249:3,3,16
  249:22,23 250:5
  251:3,4,13,16,16

  251:21
**justice** 264:16

**k**

**k** 245:24 352:23
**kedar** 306:14,15
  306:15,19 307:6
**keep** 152:4 333:8
**keeping** 259:11
  268:7
**kept** 141:13
**key** 220:22
**keycom** 343:20
**khal** 351:15
**kid** 351:12
**kill** 234:9 272:19
**killing** 236:2
**kind** 74:15 94:15
  117:5 142:11
  156:24 175:4
  184:18 196:20
  203:3 204:16
  291:24
**kindness** 272:6,9
  274:21
**king** 132:23
**knew** 118:5,9
  119:12 120:3
  146:10,20,22
  153:14 164:14
  257:10,20 270:3
  301:5 315:16
  370:13
**know** 8:13 9:9,20
  10:14 11:20 12:22
  13:17 14:5,8,10
  15:14 16:6 19:22
  20:3,21 21:20,24
  24:3,5,6,22 25:24
  26:2,14,24 27:3,19
  29:6,14 31:12,18
  33:14,14,24 34:9

  35:19 39:7 41:10
  41:14 45:10,25
  48:5 49:7,11,12,13
  49:13,14,14,15,16
  52:9,12 55:4,12
  56:2,19 58:21
  60:16 61:21 62:12
  65:11,15 66:6,8
  68:21 69:3,13,21
  70:23 77:20 78:23
  81:20 86:23 87:6
  87:12 91:7,10,21
  91:24 92:4 94:2
  94:20 95:6 96:16
  99:4,8,13 100:7
  101:23,24 102:10
  103:17 104:10,23
  105:24,25 111:3
  111:23 113:2,14
  114:6,11,12
  115:25 116:13,22
  116:25 117:3,21
  118:12 119:11
  120:13 124:22,24
  129:21 131:2,3
  132:17 133:18,19
  133:23 134:4,8
  137:5 140:19
  143:6,24,25 145:7
  146:3,24 148:4,11
  150:3 151:6,7,25
  152:3,21 153:7,25
  156:8 158:14,18
  159:10,13,18,22
  160:2,5,21,21
  161:18 164:3,4,4,7
  164:10,13,14
  165:14,17,18
  166:5,7,10,21,21
  167:13 168:17,22
  169:20 171:14

  172:6 173:3,23,23
  174:3 175:11
  178:21 181:15,17
  182:2 183:5,12,24
  184:17 187:23
  188:21 190:24
  191:2,14,23 192:3
  192:15,20 193:17
  194:9,17,21 196:9
  196:10 197:5
  199:7 201:13
  202:14 203:12
  206:5,13 208:22
  208:24,25 209:3
  209:25 210:4,13
  210:21 213:10
  214:7,15,18,23
  215:11 217:7,25
  218:15 220:10,24
  224:3,5,6,8 227:12
  228:4 237:5
  238:19,20 241:22
  242:19 245:5,5,14
  246:8,12,15,20,21
  246:23,25 247:4,7
  247:10 249:25
  251:19 253:6,23
  254:15 255:12,25
  256:2,3,9,12,16
  259:14 260:20,25
  261:2,5 262:2
  266:8 267:8
  268:15 272:8
  273:4 276:14,23
  278:19,20 279:15
  281:7 283:19,22
  283:23,23 284:14
  285:5 286:20,21
  288:5,17 289:13
  290:7,12,16
  291:13,16 292:10

293:2,5 294:14,15
294:20 296:25
297:16,19 299:25
300:25 301:6,8,8
303:2 304:2 306:4
306:19 307:17,19
309:24 311:7,21
312:7 313:11,12
313:24 314:3,9
317:3 319:3
320:18,22,23
321:6 324:19
326:20 327:6
330:5,8 332:9
333:8,9,10 334:2,3
334:13,16,18,21
335:3 336:20
337:10 341:14
342:9 343:10,13
344:4,5,8,12 345:5
345:11,11,19
346:13,17,24
347:5,8,9,10 348:2
348:5,16 349:10
350:20,23 351:20
352:4,12,14,18
354:9 355:8,9,11
357:23 361:10
365:22 366:20,23
369:17 371:22
372:13 373:14,18
375:21 378:10
380:5 381:11,20
382:18 383:17,24
384:18 385:25
387:17
**knowing** 278:6
280:19
**knowledge** 15:22
95:3 97:12,15,21
120:20 130:15

134:2,3,17 143:22
158:20 162:16
164:11 172:13
191:5 195:16
220:11 224:2
245:8 268:23
269:24 270:13,19
284:12 294:19
297:11 299:3
300:2 333:17
346:6 383:15
384:16
**known** 54:18
106:8 110:6
159:24
**knows** 20:21 151:5
315:4
**koss** 2:10 5:25
11:20 203:18
208:2,3,12,15,19
208:22,25

**l**

**l** 42:12,13 100:25
159:7 245:24,24
**lakewood** 9:5,11
108:8,17,20 109:2
352:13
**landed** 349:4
**landlord** 278:15
279:13 280:25
281:4,15,16
**landlords** 88:4
258:17 277:14,15
278:5,10,17,22
279:13,18 280:18
280:23 281:7,10
281:14 283:2
290:25 291:21
**language** 220:15
**latest** 253:18
353:9

**laughed** 198:6
**law** 110:5 329:11
**lawerly** 254:18
**lawrence** 107:21
**lawsuit** 11:10
12:15 145:18
147:13 148:12,21
155:17,21 164:5
164:15,19,20,21
165:9,10 169:24
171:22 172:15,16
172:22,24 173:2
178:23 180:13
189:18 194:10
200:23,24 206:4
208:4,13 257:19
257:24 258:3
304:19 305:20
327:15,19 339:21
340:2,5 341:20,25
341:25
**lawsuits** 155:18
173:3 178:18,19
202:18,23
**lawyer** 76:17
197:15,16 208:20
257:9,10 322:11
322:17 330:6,16
333:14
**lawyerly** 26:14
**lawyers** 8:24 11:8
33:12 164:8
**leading** 218:2
**leads** 366:18
**learn** 54:20
**learning** 296:21
**leave** 75:22,23
377:11
**left** 370:5 371:3
**legal** 5:10 33:4
78:25 149:14

205:6 264:14,17
264:23 265:4
267:24 296:22
331:11 341:16,20
388:6
**lend** 78:16
**length** 202:5
258:18 274:19
326:6
**lengthy** 216:5
219:20 293:25
**leon** 1:9 4:25
28:23 36:9,15
45:3,9,11 65:11,12
65:19,23 66:13,19
66:24 67:15,19
68:7,9,13 76:4,7
76:14,19 77:3
78:4 79:6 81:22
97:20 98:2,3
110:20,22 111:20
136:18,22 144:10
145:2 185:20,21
186:5,11,13 188:9
190:18 195:10
197:6 198:6,10,15
198:17 243:16
244:16,21,23
246:24,25 260:2,9
269:8,21 276:14
276:23 277:2
279:10 288:17
296:9,10,20
304:16 305:3
321:2,6,10 324:15
327:11 339:5
345:19 346:6,23
347:6,11 348:3
352:5,14,17,25
353:6,16,19,23
354:4,12,19,25

355:3,18,24 356:8
356:17 357:5,15
357:19 358:8,12
358:22 359:12
362:18,18 364:9
364:20 365:6,18
365:20 366:13
367:23 369:7
371:17 372:3
383:17 390:9
393:2

**letter** 37:18
203:17 293:19

**levi** 29:17,19 349:5

**levine** 49:12

**liars** 87:24

**life** 270:19 293:4
321:24

**liked** 46:8,8

**likes** 45:19

**liking** 50:17

**limitations** 129:25

**limited** 97:15
130:4

**line** 211:9 307:9
311:25 313:19
389:6,6,9,9 393:5

**lines** 273:17

**link** 127:11 220:8
220:22 261:3
264:15 273:5
291:19 292:2,9
293:8,14 294:13

**links** 115:12

**list** 28:22 31:16
36:13 48:12 50:15
150:15,18,20
152:9,21 194:25
195:3 220:25

**listed** 225:3

**listen** 221:5

**lists** 28:17 53:12
53:15

**litchfield** 104:21
104:23 105:9,13
106:8 110:7,15
111:2,5,15 112:24
113:22 114:4,9,18
115:5,7,8,9,10,12
115:13,19 116:7
116:17,23 117:6
117:14,23 118:2,5
119:5 120:3,5,19
120:22 121:21,23
122:13 123:5,6
124:3,17 127:12
128:9,10,11,17
133:5,7,10,14,22
136:16 137:7
143:3,4,8,8,24
144:17,20 153:11
153:24 154:4,12
155:3 156:25
157:5,15,20 158:8
158:22 159:5,14
160:8,18 162:6
163:13 165:12
169:7 173:10,19
178:10,13 179:19
181:15,17,22
324:3,3,4 329:9
334:2,7,8,15,25
335:7,10,18 336:5
336:13,18,24
340:21

**litchfield's** 105:17

**literally** 58:20

**litigation** 11:17
164:9 389:2

**litigator** 258:4,4

**little** 7:2 28:10
47:11 48:10 95:7
97:6 98:6 116:15
138:14 151:11
160:10 182:3
191:24 229:23
237:17 258:10
275:14 300:21
329:17 370:22
375:8

**live** 42:20 108:2
110:11 352:12

**live.com** 42:13

**lived** 108:25
110:13

**living** 109:5
110:23 347:19,22
347:23,24,25
348:8

**llc** 12:12,19,22
13:2,21 14:3
16:20 203:19
355:16,19 382:22
382:23 383:4,6,10
383:12 393:1

**llc's** 13:13

**llcs** 19:23,25

**llp** 2:4 5:22

**load** 105:2

**located** 13:21
107:18 351:24

**lock** 316:5

**locked** 259:11
268:8 304:2

**locks** 127:17
137:13 223:16

**locksmith** 220:4,5

**log** 57:2,4,6

**logged** 50:2 57:7
57:17,20 58:5
59:3,8,12,17 61:22

61:24,25,25

**login** 56:24 57:10
390:15

**logins** 60:7

**logs** 322:24

**long** 6:20 52:23
70:4 78:19 102:11
106:7 107:24,25
108:4,5,9,25 115:6
115:15 137:8
139:11 152:21
203:3 212:14
213:17 258:13
259:7 262:7 278:2
293:10 317:10,11
317:15 341:13,14
355:11,23

**longer** 135:13
175:11,11 241:11
384:22

**look** 31:18 48:14
48:17 63:5 71:4
87:2 122:19
135:20 168:11
189:21 190:3
207:14 210:20
211:13 219:5
223:5 239:24
290:6,15 345:10
373:18

**looked** 83:10
99:21 144:7
202:21 253:16
258:2

**looking** 115:4
135:12 156:23
163:11 178:12
218:10 224:23
251:2 258:7
313:23 314:6
315:13 349:6,13

357:24 364:16
**looks** 49:6 57:21
  98:6,7 103:9
  104:3 115:3
  173:21 174:11
  190:14 254:25
  349:7
**looters** 280:3
**lose** 116:15
**loss** 73:21
**lost** 241:22 376:19
  377:19
**lot** 48:21 71:9
  75:13 78:24 91:20
  144:20 153:15,15
  159:20 235:14
  316:25 321:22
  384:19
**love** 220:19
**low** 143:17
**lowe's** 131:4
**lower** 374:23
**luck** 81:11
**lunch** 102:14
  168:11 177:20
  189:10 200:6
**luncheon** 176:16
  177:2

**m**

**m** 107:11 109:22
  110:2,2 112:13,17
  112:18 159:7
  245:24 352:2
**madison** 383:4
**magazine** 45:21
**mail** 15:5,6,8,11
  20:12,16 21:3
  23:13 24:10 37:22
  39:6,12,18 40:11
  41:20,22 42:5,21
  43:2 57:22 61:13

62:17,18,24 63:12
63:13 68:4 75:7
75:10 84:10,16,18
100:4 125:9
141:22,24 147:22
148:5 166:9,25
168:6 169:25
170:13 172:19
182:23 183:2,9
196:11 199:16,19
199:25 200:5,10
200:19 201:10
202:21 207:7
209:10 258:6,8
263:5,10 265:23
267:5,8 268:13
274:3 276:13
285:13,17 287:3,6
288:8 290:8,18,21
291:17 293:17
295:17,18,23
296:3,5,14 306:17
306:25 307:10
308:3 310:3
311:18 314:21
315:5 316:17
328:19 338:13
345:16,17,20
348:13,15 349:7
349:15 350:5
354:10 359:4
362:13 372:19
373:4 390:17
391:9,15
**mailed** 117:13
  125:6
**mailing** 113:3
**mails** 11:4,6,12,15
  14:22 20:11,13
  21:5,13 22:11,18
  23:4 119:25

122:16 156:16
167:2 168:7,12,15
196:11 203:7
206:23 207:8
291:11 292:23
332:5 339:9
**main** 178:3 228:8
**maintaining**
  258:25
**making** 148:20
  272:18 276:20
  301:9 347:12
  367:16 369:23
**manage** 13:14
  17:19,23 150:5
  151:2,25 154:20
**managed** 19:11
**management** 12:9
  16:24 17:2 73:13
  113:11 132:16
  135:22,23 151:3,4
  245:18
**manager** 18:13
  155:2
**managers** 112:6,7
  133:13 136:7
  154:25
**manages** 13:22
  14:3 17:12 18:8
  131:22 132:2
  225:6,11,15
  356:13
**managing** 18:14
**manhattan** 361:15
  367:14 368:14
**march** 147:19
  149:11,16 155:19
  155:20 229:22
  235:19 241:14
  247:17 313:22
  314:6

**marilyn** 90:11,25
**mark** 190:22,24
**marked** 24:17
  31:9 32:7 43:15
  48:3 52:7 56:16
  60:13 62:8 68:17
  93:22 96:9 103:13
  189:23 199:3
  202:12 206:11
  210:9 256:5
  261:24 289:24
  306:2 343:8
  344:24 345:3
  372:16 373:12
**marketing** 15:6,8
**marks** 102:25
  103:6 176:14
  177:11 225:8,19
  242:9,15 275:25
  276:6 342:16,21
**markup** 231:18
**marlin** 84:24,25
  85:11,17 88:21
  89:2,9 91:2,3,8,12
  91:16,22 92:8
**married** 110:14,14
  111:8,11
**marrying** 110:25
**marvin** 112:13
  344:17
**mass** 15:6,7
  170:12
**math** 110:4,6
  378:15
**matter** 4:23 93:7
  256:15 293:20
**matters** 209:2
  264:17
**maximize** 358:15
**mds** 45:3

mean 17:2,11 27:12 29:7 40:4 41:23 49:25 57:18 60:4 63:19 75:9 84:18 87:2 101:23 105:5 111:9 114:15,17 118:5,7 118:11 119:12 124:12 137:23 146:3 149:13 156:19 158:7,11 169:22 170:18 172:21 188:16,21 196:7 205:24 224:7,20 228:7 234:24 236:3 244:11 257:8 260:22 264:2 271:3 272:14 283:22 294:18 295:22 300:11,15 300:17 309:5 313:7 325:13,20 334:17 337:3 346:17 349:12 350:20 352:10 365:11 366:17 375:12 378:13 379:12 383:21 385:18

meaning 57:14 89:2 101:15 142:3 154:15 241:21,21 241:22 268:25

means 17:3 35:22 72:9 165:18 230:12 232:21 237:22 240:13 244:12 355:10 387:14,17

meant 131:16 221:24

media 4:13 22:12 23:12 40:17 41:3 41:9 47:16,17,22 51:17 103:2,6 156:19 157:4,14 173:20 174:2,6,7,7 176:14 177:11 242:10,15 276:2,6 342:17,21 385:10 385:14 388:4

medication 7:17

medium 39:2

meet 110:8 121:13 160:8

meeting 46:15 92:3 134:21,23 135:17,19 136:2,5 136:10,12,14 137:3 160:20,25 165:3 347:14 360:23 361:8,9,11 362:3,16,25 364:3 364:11 365:16 366:12 367:22 368:7,8,13,21 369:6,15 370:2,6,7 371:7,18,22,24,25 372:5

meetings 358:19 358:19 360:24 361:3,7 368:5,17 369:12 371:16

memorize 130:24

memory 23:20 101:3 116:8,19 309:25 333:18 384:25

mention 78:3 79:6 79:22 148:20

169:7 187:6,17 191:25 236:11 303:6 304:10 324:9,23 332:21 336:10

mentioned 10:21 13:6 20:9 29:13 41:2 42:20 57:2 79:20 80:5 92:11 92:13 97:24 130:6 131:12 134:19,25 141:17 147:9 155:18 162:11 171:7 172:8 187:2 190:17 193:8 195:4 200:22 201:14,15 220:8 227:8 247:6 250:8 251:7 262:7,12,14 272:24 291:21,24 319:24 320:11,13 320:19,21 325:11 333:23 337:11 342:3,4,5 344:17 348:9 349:5 359:10 363:2 368:4 378:2 383:19 385:3

mentioning 320:3

message 24:2 81:15 82:25 83:3 87:3 115:16,16,16 127:7,12 137:10 146:5 159:4,5 162:25 165:24 167:24 181:14 196:18,20,21 207:2 215:7,11,22 215:25 217:17 219:9 221:4 228:20 232:2

249:15 251:3 260:2 272:25 273:2 285:8,11 334:25

messages 22:18 40:4 86:17 112:23 115:21,24 116:16 116:17,24 117:4,5 117:23 118:2 124:2,5,18 125:19 126:13 137:7,8 143:7 144:2,16,20 145:11 148:3 153:10 156:25 166:13,13 167:10 167:19 215:10 216:14 217:14,17 217:21 227:25 235:19 251:8 272:15 315:22 332:7,8 334:12,14 380:15

messaging 40:10 40:12 154:13

met 30:5 58:21 119:14 160:12 162:10,13 191:5,6 191:10,12 346:3 348:17,22,23 350:13

metalish1 52:16

metropolitan 105:18,19,24 106:3 120:6,19 343:20 344:5,8

miami 37:15

microphone 4:9

microphone's 103:10

microphones 4:6

Page 31

**mid** 148:10
**middle** 178:11
  375:23
**midtown** 361:16
**million** 145:18
  147:12 152:3
  155:17,21 239:5
  312:8 349:13
  364:17,25 365:20
  376:23 377:21
  378:17,19
**millions** 312:5,9
  313:14
**mind** 230:9 343:24
  358:2
**mine** 46:3
**minimum** 347:2
**minus** 132:10
**minute** 49:5 88:23
  92:12 101:25
  102:19 123:5
  131:13 132:4
  153:8,13 165:7
  169:4 173:17,22
  174:2 190:5
  204:19 238:24
  242:6 248:11
  262:20 274:19
  306:8 337:11
  342:10,12 346:22
  368:12 372:25
**minutes** 20:8
  52:23 54:5 71:3
  85:25 94:23 99:21
  102:7,8,21 124:15
  160:19 161:15
  223:14,20 237:18
  239:16,18 242:23
  252:7 260:8
  291:25 304:3
  317:12,16 335:25

349:23 371:5
380:8,9 384:21
**mir** 109:17,25
**mischaracterizat...**
  125:11 178:21
  227:19 264:8
  366:10 386:8
**mishpacha** 45:21
**missed** 100:23
  132:19
**missing** 86:10
  249:9
**misspoke** 333:11
**mistaken** 12:14
**mitigate** 145:20
**mm** 7:11 341:3
**modify** 223:16
**moment** 311:17
**monday** 307:7
  353:8
**money** 17:4,4
  78:15,16,20,24,25
  88:4,6 135:21
  184:15,20,24
  185:2 188:15
  246:23 250:14
  273:10 364:16
  366:22
**monitoring** 376:13
**month** 56:7 77:16
  77:21,23 127:18
  137:14 138:5,19
  139:6 221:10,16
  237:24 253:9,24
  254:4 259:24
**monthly** 316:5
**months** 39:8 141:4
  146:4 171:12
  198:6 201:20
  209:18,23 210:3
  215:6 216:15

217:15 228:12
229:24 235:14,16
240:10,23 242:3
253:17 272:2
285:21 293:23
328:11
**morning** 4:3 6:15
  6:16 7:22 9:4
  191:9 193:9
**mother** 329:11
**mouth** 222:5
  282:3
**move** 82:3 90:5
  266:14 331:20
  342:8 358:5
**moved** 56:10
  107:22 293:3
**moving** 142:25
  156:17
**moyal** 2:14 4:19
  5:24,25 11:21
  13:16 14:12 15:17
  18:22 19:17,21
  21:14 23:15 24:4
  24:7,12 25:20
  26:5 27:11,14,21
  30:14 34:8,18
  35:18 38:8,12,17
  38:19,21 39:13,21
  40:14,19,23 42:2
  43:11,23 44:8,12
  46:10 47:24 48:16
  48:20,23 49:21
  50:9 51:13,22,25
  52:4 54:10 55:3
  55:11 56:14 58:6
  58:22 59:18 60:3
  62:4 63:15,18,21
  64:2,11,16,19
  65:18 66:2,9
  67:11,22 68:22

69:2,19,25 70:6,16
70:19 71:4,12
72:4,12,17 78:7
79:8,25 80:18
82:5,11 84:2
89:13,18,24 90:6
90:10,16 93:24
94:3,6,9 96:13
102:3,22 104:12
114:10 116:2,21
118:19 122:22
125:10,13 126:16
126:20 127:3
128:6,13 129:5,7
131:15 133:16
134:6,9 143:10
145:3 149:18
152:11 153:18
156:2,10 157:7,17
161:13 162:4
167:8,12 168:16
168:20,24 170:22
171:2,13 175:25
176:8 177:13
178:20 179:8
183:4 186:8,17
187:19 188:18,22
197:10,14 198:25
199:11,14 209:21
210:7,22 211:23
212:4,8,14,21,24
213:16,24 214:6
214:17,22 215:9
215:15,24 216:2,7
216:10,16 217:8
219:4,7 227:15,18
233:4,22 234:21
234:25 235:7
236:18 238:15
239:13 242:7
246:19 250:16,20

**[moyal - night]**

250:24 255:21,22 260:11 263:3,8,12 263:16,24 264:6 265:11,15,21 266:4,7,25 267:11 267:25 268:5 269:12,17,22 271:2,8 274:6,10 274:14,25 275:7 275:11,15,20 281:21,24 282:7 283:12 285:4 287:13 289:22 290:9,13 291:4 292:8,12 293:7,9 295:5 296:7 297:9 297:14,23 298:2,5 298:13,18,23 299:9,13,17,21 300:8,11,17,20 301:16 304:21 305:9,15,24 309:6 309:16 310:6,12 310:16 312:12,15 312:21,24 313:2,8 314:19 315:3,7 320:2 322:25 330:20,25 331:5,7 331:10,18 333:5 339:22 343:2,4 346:9 354:14,17 355:5 356:10,20 357:2,21 359:2 366:9 370:17,25 377:2,5,12 379:21 380:16 381:22 382:9,14 385:11 386:7,16,20 387:3 387:6,11,21

**moyer** 322:21

**multimillion** 148:12

**multiple** 143:16 143:18 180:25 215:10,23

**murderers** 280:3

**mute** 4:8

**muted** 103:10

**mutual** 350:11

**mvi** 121:7,14,24 122:14 134:20,24 135:18 136:10,15 136:25 160:20,21 160:21 164:22 170:8,8,13 173:5 173:11 192:2,4,13 199:23 200:9 201:7 209:2 343:18 344:9,14 344:20 391:12

**mvi's** 341:20,25

**n**

**n** 2:2 107:11 112:13,17,17,18 177:6,6,6 245:24 268:16 351:22

**nachum** 352:19

**nail** 148:8

**name** 5:7 12:6,10 12:18 30:7 33:5 44:3 49:23 78:17 84:23 85:16 97:24 98:8 100:17,23 105:16,19 107:5 108:24 159:10 179:18 211:8 245:20,22 272:16 288:3,4 291:13 298:11,14,17,17 303:2 306:14 307:24 342:4,6

347:16 362:22,23 369:9 382:19 383:2 393:2,3

**named** 192:19 193:7

**names** 97:5 112:12 151:6 187:2 203:6

**narrative** 374:11

**nature** 285:23

**nearby** 9:20

**necessary** 294:12

**need** 7:10 25:18 31:11 41:14,18 63:5 69:20 70:12 71:8,10 73:12 74:17 78:22,23 79:15,16 102:10 102:12 109:20 130:20 161:14,15 161:18 201:22 203:5 251:9,24 252:5 337:7 381:8

**needed** 114:4 119:9 221:25 374:18,22

**needs** 76:25 87:20 121:18,20 130:17 302:24

**negative** 144:21

**negativity** 235:15

**negligence** 260:6 266:2

**negotiate** 239:19 357:20 358:23

**negotiating** 353:6 353:20,24 354:6 354:13 358:8

**negotiation** 357:19 357:25

**negotiations** 241:16 253:15

327:10 356:17 357:4,12,15 358:21

**neighborhood** 286:18,21

**neither** 271:8

**never** 61:9,23 113:10 115:20 135:14 138:18 141:2 145:16,25 146:2,11,12 151:23 154:11 164:5 191:6 192:24 197:24 198:4,20 249:11 268:24,24 270:4 271:12,20 273:6 277:3 279:15 291:2 313:21 314:5,11,11,12,13 314:13 347:15 355:8 377:23 385:24

**new** 1:3,21 2:6,6 2:12,12 5:3 9:5,11 13:23 19:7,8,9 36:18 107:22,22 107:23 108:2,8 180:12 203:10 225:13 238:7 241:4 243:8 247:18 278:4 280:17 290:25 302:10 308:14 337:7 349:5 350:7 393:1

**newark** 220:3

**news** 255:3

**nice** 272:11

**night** 367:15

**night's** 7:24
**nightmare** 255:11
**nine** 108:23 308:2
    308:12,23
**nishmas** 107:8,10
    107:17 108:10
**nodding** 7:11
**noise** 53:24 177:25
    370:16
**non** 278:13
**nonresponsive**
    82:4
**noon** 102:21
**normal** 238:3
**nostrand** 368:25
**notary** 1:21 3:15
    388:17 392:5
    393:25
**note** 4:5 172:14
    175:5 179:17,18
    179:20 180:5,8
    181:3,18,23 183:3
    183:17,25 184:8
    190:4,16 191:20
    191:23 193:12
    197:2 201:17,19
    204:18 222:12
    273:4 287:18
    304:7 307:19
    323:14 337:23
    338:7 390:24
**noted** 177:17
    293:17 388:9
**notes** 165:15,17
    174:12,13,15
    175:11,15,24
    200:23 392:10
**notice** 1:18 150:4
    203:8 225:17
**noticing** 5:20

**notion** 197:20
**november** 61:3,3,6
    61:23 85:8
**nudge** 82:18
**number** 5:4 26:7
    28:18 43:18 61:15
    61:16 76:21 94:10
    103:7,16 135:7
    149:9 159:8 162:7
    163:7,14 165:23
    166:6 173:20
    176:15 177:12,22
    178:14 187:13
    190:17 194:24
    195:17,23 196:23
    204:6 207:12
    212:2 225:2
    229:12,12 242:10
    251:22 258:16
    276:2,7 308:24
    309:4 328:21,23
    330:10 332:9,11
    332:19 339:11
    340:20 342:17,22
    349:7 388:4
**numbers** 140:21
    147:15 360:15,16
    364:24 375:3
**numerous** 272:15
**nypd** 302:11
**nypd.org** 307:6
**nysef** 391:5

**o**

**o** 42:12 74:10,10
    107:11 109:22,22
    112:17,18 177:6,6
    177:6
**oath** 8:5
**object** 129:5
    213:25 312:23,23
    331:12 354:18

357:22
**objected** 331:11
**objecting** 264:8
    314:20
**objection** 14:13
    15:18 18:22,24
    23:16,16 30:15
    39:13,15 54:10,12
    58:7 60:4 64:13
    66:2,4 67:11,22
    84:3 116:2,4
    125:11 143:10,12
    149:18 156:2,4,11
    156:13 176:2
    178:20 179:8,10
    186:18,18,19
    187:19,21 227:16
    227:19 233:22,24
    234:24 238:16,17
    239:14 263:4
    267:2 268:2,6
    269:13,16 271:9
    275:2 281:22
    285:5 287:13
    295:5 296:8
    297:10,15,24
    298:24,25 300:9
    301:16,18 304:22
    304:23 305:10,16
    330:21,24 331:13
    339:22 354:15
    355:5 356:11
    366:9 379:22
    380:17 381:24
    386:8 387:12
**objectionable**
    128:21
**objections** 3:10
    5:18 26:15,17
    312:22

**obligation** 77:20
**obtain** 274:8 322:7
**obviously** 10:10
    126:13 207:17
**occasionally**
    113:10
**occasions** 272:15
**october** 99:18
    311:11 314:8
    315:18
**odd** 65:6 110:25
    144:11 224:5
**offer** 240:25 243:5
    276:19 277:2
    337:24 369:14
    374:7
**offered** 299:8,24
    374:20
**offering** 252:14,19
**offhand** 149:6
    285:9,12 334:16
**office** 9:7,7,12,21
    53:25 54:2 59:4
    60:20 75:22 76:2
    88:10 89:3 95:21
    95:24,25 96:6,24
    97:2 98:11,12
    99:15 100:8,16,22
    101:12 114:22
    178:2 198:6 337:6
    353:11 361:12
    363:3,8,9,12 364:4
    368:10,14,22
    371:8,19 372:6
    390:16
**officer** 35:15,16,22
**offices** 98:23 99:2
    343:23
**official** 109:11
**oh** 60:9 174:12
    219:22 252:11

302:19 335:12
351:16 369:8
**okay** 6:25 10:6,9,9
10:14 15:7 21:8
22:20 24:6 26:19
26:22,22,23 27:3
27:14 28:15 29:23
31:3,21,21,21,21
32:3 33:16 35:7
35:23 36:23 37:3
37:25 38:19 41:11
41:11 42:16 43:17
43:19 44:19 45:24
47:13,18 52:14
53:3 55:6 56:8
57:8,16 62:10
64:14 65:2 69:2
71:22,22,24 72:21
72:22,23 73:2,18
75:24 76:18 77:5
77:8 79:13 80:21
80:22 82:14 83:18
87:22,25 90:9,16
92:17 94:5 95:2
101:17,22,24
102:14 104:5,6,14
104:14,14,15,15
104:15,15,16
105:22 106:7,20
109:24 110:10,22
111:5 119:22
121:13,20 122:9
123:11,15 124:11
125:12 130:12
133:24 134:9,23
135:6 139:21
140:9 143:20
148:14,25 151:20
153:21 159:3
160:14 161:3
162:3 163:3 167:4

167:15 170:11,25
174:8 176:7 178:5
178:24 180:22,23
181:7,13,20
184:16,22 185:3
187:3 188:25,25
190:14 193:6
194:16 195:12
196:13,15 197:25
199:14 200:18
201:16 204:2
209:20,25 213:20
213:20,20,20,21
213:21,21,21,21
213:21,22,22,22
213:22,22,23,23
214:5,20,24
217:22 218:9,15
219:18 221:2
223:25 224:25
225:17 226:8,24
228:19 232:15
233:6 236:5,14
237:2 239:17,21
241:25 242:4
243:15 245:8,13
248:23 250:15
251:20 252:12,22
253:22 254:23
256:10,18,18,19
258:5 262:9,9,11
263:2 265:13
266:15 267:10
275:20 282:6
289:4 290:2,14
292:22 293:11
294:13 298:9
300:20 302:4,7
306:16 307:5
308:22 310:12
312:25 314:24

317:17 322:16
329:4 337:20
343:17,22 345:12
345:12 346:16
348:13 351:13
352:3 358:4
361:20 362:19
366:4 370:16
371:6 373:3,3,19
373:19 375:9
377:15 379:24,24
380:10 382:14
383:13 386:13
387:3
**okey** 176:11
**old** 24:2
**omitted** 156:20,22
173:20 174:3,6,7,8
179:16
**once** 61:22 84:18
114:22 135:18
160:10 261:17
348:22 360:5
**ones** 132:18,22
383:16
**ongoing** 374:19
**online** 119:19
122:19 135:2,20
164:12 314:13
**onsite** 123:21
**open** 10:11,19
71:23 130:20
**opens** 129:20
130:6
**operating** 13:4
231:24 249:12
**operations** 374:19
**opinion** 127:4
128:16 143:19
145:22 258:18
260:6 264:19,21

265:5 266:2
267:19 268:3,4,10
353:9
**opportunity**
249:10 364:13
**orally** 7:14
**order** 149:15,25
220:22 229:10
241:8 272:6,11
359:19,21 361:23
362:3 363:20
**ordered** 22:9
309:3 311:12,12
359:15
**orders** 220:3
**original** 135:17
224:7 241:8
359:21
**originally** 107:21
379:9
**outcome** 5:14
304:19
**outdated** 238:5
**outlet** 337:8
**outlook** 10:16
**outside** 9:19 22:18
54:2 370:19
**overall** 374:24
**overview** 340:24
**owe** 230:15 237:12
**owed** 188:15
198:19 312:4
374:13
**owned** 18:15
**owner** 21:23
**ownership** 19:24
381:16,17 382:8
382:13,20 383:2
383:18
**owns** 19:19

**[p - philly]** Page 35

**p**

**p** 2:2,2
**p.m.** 46:18 73:11
  83:4 115:4,7,8,8,9
  115:12,13,23
  117:15 124:9
  156:23,24 265:23
  307:8 349:2 388:9
**package** 383:6,7
**page** 25:4 26:4,22
  33:9,10,17 35:12
  36:8 44:25 45:17
  46:12 48:14,18
  49:2,8,18 50:13,18
  57:13 63:2 71:22
  72:18,20,22 82:15
  104:14 143:2
  153:23 173:16
  179:14 190:10,11
  203:13 206:21
  211:16 214:16,19
  215:14 216:24
  218:8,25 224:24
  239:17 247:21
  251:17 258:6,7
  259:16 389:3,6,6,9
  389:9 390:3 391:3
  391:13 393:5
**pages** 33:8 44:2
  65:6 69:7,11 70:4
  103:25 139:11,12
  144:11 203:2
  210:15 256:11
  293:16 313:18
  379:14 390:10,24
  391:5,6,8,10,15,16
**paid** 77:18 139:23
  139:24 198:8
  221:11,17 240:20
  311:13 331:2,2

**paragraph** 280:24
  281:14 282:8
**paraphrase**
  141:19 142:12
**parent's** 160:11
**parenthetical** 82:9
  82:12
**parenthetically**
  83:13
**park** 2:5
**parlor** 46:15
**part** 76:23 94:7
  117:9 200:21,25
  204:21,23 205:3
  219:9 227:24
  253:14 264:25
  272:21 278:2
  290:18,19 321:23
**partially** 259:3
**participated** 6:17
  298:20
**particular** 180:20
**particularly**
  145:10
**parties** 3:5 4:11
  51:7 388:4 392:13
**partner** 11:24
  12:3,5,7 13:3
  151:24 245:17,18
  245:20 246:17,25
  381:8,10
**partners** 13:7
  246:9,10,13
**partnerships**
  246:7
**parts** 228:16 290:7
**party** 5:12 12:14
  29:3 73:12 78:5
  79:3,6 80:6
  270:14 350:7
  355:14

**passed** 195:22
**password** 55:15
  57:22
**pasted** 128:17
**pasternack** 369:9
  369:10
**path** 147:7
**pay** 128:2 138:18
  145:23 201:22
  229:18 237:23
  239:20 240:16
  250:3,9,9 281:11
  291:22 330:16
  331:5,6
**paying** 197:9,19
  197:23 198:16,16
  278:13 374:13
**payment** 229:4
  375:25
**payments** 374:24
**pays** 198:17
  250:12,12
**pcr** 203:19
**pdf** 73:22 179:23
  181:3,23 203:7
**peace** 343:24
**pending** 178:18
**pennsylvania**
  13:23
**penny** 375:18
**people** 9:22 49:17
  101:9,10 106:11
  106:13 114:16
  141:9,10,20
  143:16,18 178:3
  180:13,14,25
  181:11 186:15
  194:24 195:24
  207:20 230:5
  232:18 259:9,21
  270:7 272:18

  276:16 278:16,21
  288:7,18 300:4
  344:16 365:24
**people's** 130:24
**percent** 152:17
  230:14 233:9
  236:12 237:6
  238:4 260:10
  262:23 266:17,20
  344:22 367:7
**percentage** 20:6
**perfect** 79:14
**period** 250:2
  253:16 322:8,24
**permission** 224:6
  226:21 278:14
**person** 84:10
  160:22 193:22
  214:25 231:23
  272:5 348:14
**personal** 42:21
  43:21 51:19 58:25
  60:2 61:11 252:5
  384:15
**personally** 16:14
  55:14 60:6 105:14
  161:17 185:9
  190:25 246:22
  252:24 270:8
  366:25 367:24
  371:9 381:17
**personnel** 114:2
  302:11
**perspective**
  223:24 224:13
**pertaining** 237:11
**pertinent** 77:10
**pesach** 146:9
**pesachim** 146:4
**philly** 220:3

**[phone - post]** Page 36

phone 10:5 37:22 37:24,25 47:21 61:15,16 75:7 84:10,16,18 113:7 117:21 124:23 137:21 139:17 141:22 142:2,8 147:24 158:13,21 158:23,25,25 159:8 162:7 163:14 168:6 169:3,5 170:16 171:25 174:19 175:2,4,23 176:4 178:14 193:25 194:2,4 196:13 201:12 228:10 235:10 236:9 253:20 273:5 313:10 319:20 320:4,5,18 322:8 322:23 328:20,21 328:23 334:9 338:12 340:20

phonetic 273:9 352:20

photo 211:25 390:19,20

photograph 95:5,8 95:9

phrased 93:14

physical 371:24

pick 4:6 169:2,4

picked 228:14

picture 45:24 46:2 222:20 235:21

pictures 129:24 157:22,24 158:3 158:15,17,18 181:12

piece 378:14

pin 55:15

pinch 79:18

pitch 173:11 364:21 365:19

pitching 367:18

place 4:11 175:21 214:8 216:20 225:3,8,20

placed 229:10 361:23 363:20

places 23:12

plaintiff 1:7,17 2:7 5:23

plaintiff's 24:16 25:5 31:8,20 32:6 33:9 43:14 48:2 52:6,10 56:15 60:12 62:7,11 68:16,20 93:20,21 94:19 96:8 103:12 103:16 177:21 189:21,22 199:2,6 202:10,11 206:9 206:10 210:8,12 256:4,8 261:22,23 289:23 305:25 306:5 342:25 343:5,7 344:24 345:2 372:13,15 373:10,11 390:3,4 390:7

plaintiffs 4:17,20 24:21

plan 362:9

planning 236:24

plans 353:13

play 53:12,14 174:9 175:15,19 175:19 265:9 383:16

playable 175:12

playing 184:19 211:5

please 4:5,8 5:15 5:18 6:4,6 7:12,14 8:13 9:2 14:15 15:19 41:17 54:14 62:24 64:24 73:24 79:19 81:2 82:17 86:19 103:7 131:21 134:25 184:24 187:10 201:19 220:19,23 242:16 250:17 259:13 274:10,14 276:23 286:3 310:13,14 323:2

pleasure 127:6

plenty 9:22

plight 255:19

ploy 278:20

plumber 130:17

plus 17:24 221:24 221:24 240:9,10 376:6

point 8:11,22 22:2 30:11 41:14,18 57:17 67:21 91:20 92:6 116:8 119:16 123:22 124:24 126:2 138:2,22 145:4 146:22 151:17 152:17 162:9 163:15,24 165:8 166:2 167:21 179:2 187:3 204:10,13 209:17 214:19 238:12,21 240:3 241:5 248:18 249:8 315:25

324:9 360:10 363:25 366:25 369:13 370:14 385:2

points 75:19

police 302:10

policy 133:21

popular 132:18,22 329:6

populated 151:9 151:13,14 152:7

populating 220:13

portfolio 17:5,6,7 17:9,11,13

portion 217:4 250:22 374:4 377:18

position 272:13

positive 169:12

possession 167:3

possibility 168:3 185:13 230:13 233:8 237:4 269:9 363:5

possible 4:9 30:6 53:18 58:4,10,11 58:19 59:3 76:25 77:13 119:11 124:19,21 125:14 136:18 226:2 246:16 259:4 285:2 319:11 324:18 362:2

possibly 200:12 217:15 348:8 379:9

post 44:19 258:15 259:7,20 260:16 260:18 261:3,3,6 261:15,21 262:7 262:13 264:11,12

**[post - property]** Page 37

266:22 267:16,18
273:7,11,18,20,23
279:3,23 282:25
343:15 391:12
**posted** 116:10
117:10 118:13
260:24 272:15
**posts** 44:21 117:11
**potential** 185:18
187:8,17 244:18
249:9 324:15,24
324:25 338:8
341:16 349:16
358:13 367:5,25
372:4
**potentially** 185:7
185:18 186:2,14
324:10,20
**power** 353:6,20,24
354:6,13 358:9
**pp** 60:19
**pp.xyz** 390:16
**practices** 259:4
**pray** 350:17
351:10 352:8,13
352:18
**prayers** 102:13
**pre** 171:18
**precious** 86:21,25
87:8
**precise** 279:21
**predates** 111:24
**preferable** 379:19
**preferential** 374:9
**preliminary** 7:7
**prepare** 295:23
**prepared** 229:17
231:25
**present** 2:16 65:22
65:23 160:25
161:5 198:9

347:13 360:25
361:5 366:15
369:6 376:19
**presented** 124:13
**presenting** 364:12
**pressure** 83:21
91:21 92:7,11,19
92:23 375:20
**pressuring** 140:19
140:20
**presumably**
276:22
**pretty** 68:24
115:14 126:13,14
144:21 223:23
320:13 333:20
335:22 352:3
386:21
**previous** 62:24
87:3 241:6 254:7
351:9
**previously** 23:8
67:20 376:8
**price** 111:10
235:12 240:19
**prices** 141:12
**pricing** 221:10,16
237:5 325:24
376:8
**primarily** 17:18
114:2
**primary** 155:6
**prior** 113:5 150:23
162:18,21 207:13
215:6 216:15
217:15,21 219:9
267:8 336:15
337:21 338:11
379:6
**prison** 274:24
275:4,5 284:6

301:3 305:6,13
**privacy** 93:8
**private** 4:7
**probably** 17:24
18:4 22:9 31:14
47:20 50:2 53:20
56:7 63:17 64:3
75:3 80:17 97:25
102:6 111:22
124:23 125:5
133:14 147:23
151:22 158:11,12
158:14,16 159:19
159:21 160:12
164:13 168:10
169:21 170:18,23
171:25 182:13
183:18 204:14
223:2 272:10
282:5,7 294:25
296:15 317:25
318:3 330:10
332:8 333:20
335:15 340:14,14
340:15,23 360:6,8
371:12 373:25
**problem** 101:5,5
230:10 232:16
260:5 265:25
337:5,7
**problems** 189:4
338:14
**proceed** 103:7
242:16
**proceeded** 234:10
**proceeding** 5:18
7:4
**proceedings** 205:6
270:20 271:20
**process** 11:9 20:7
22:15 25:14

142:22
**produce** 167:9
274:8 292:9
**produced** 11:15
11:16 167:14
210:23 211:12
213:14 215:23
221:4
**product** 127:23
131:4 133:2
201:24 353:13
367:18,20
**production** 389:9
**products** 54:7
**professional** 1:20
**profit** 73:20
**progressed** 365:12
365:14
**project** 359:22
**promised** 31:6
129:22
**promoting** 264:13
367:10
**promotion** 138:3
**pronouns** 100:15
**properties** 12:12
12:17,19,22 13:2,9
13:11,13,14,20,21
13:25 14:2,3
16:20 18:14 19:11
19:15,19 149:22
223:12 224:5
225:3,6,11,15
245:16 246:4
344:10 355:15,19
359:16 383:12
**property** 18:13
112:6,7 154:25
155:2 286:13
287:4 344:21

**propertypanel** 54:18,21,25 55:8,9 55:19,22,24 56:4,9 57:3,4 58:18 59:8 59:20 60:8 61:8
**propertypanel's** 60:21
**propertypanel.xyz** 56:24 57:17 60:20 390:15
**proposal** 240:4 374:21
**propose** 269:3
**proposed** 221:19 244:22,23 303:7 375:25
**prosecute** 298:21
**prosecuted** 280:6
**prosecution** 179:5
**prosecutor** 302:21 303:3 306:23
**prosecutors** 294:4 302:15
**protect** 138:18 141:11 235:11 278:12
**protected** 141:12
**protection** 138:20 236:10
**protects** 226:22
**provide** 7:13,14 8:6,18 15:22 77:14 92:22 93:9 93:10,12 223:13 223:17,18 280:15 303:23 304:5
**provided** 11:16 83:24 89:12 91:11 91:16 178:13 310:24 343:24

**provides** 15:15 127:10 220:21 374:22
**pruzansky** 29:9,11 258:9,14 259:18 260:18,23 261:6 261:14,16 264:11 264:22 265:3 266:21,24 267:15 267:23 270:23 276:13,20 277:5 277:10,14,17,22 279:9,23 280:11 281:19 288:10 294:16,23 295:4,8 295:10 296:11,18 296:21 391:8
**pruzansky's** 279:22 282:25 290:24
**public** 1:21 3:15 149:22 164:10 388:17 392:5 393:25
**publicly** 267:23
**pull** 31:25 32:10 144:13 177:22 262:20 265:8,12 265:18 266:5 292:16 299:5 304:3 381:14
**pulled** 136:11 277:25 292:21 293:13
**pulling** 43:10 328:9
**pulls** 151:7
**purchase** 16:3 63:9 137:20
**purchased** 16:7 123:2

**purpose** 374:5
**purposes** 11:2 42:8,9 51:19 214:4,12 215:4 216:18 217:13 218:20 219:10
**pursuant** 1:18
**purview** 134:4
**push** 220:5
**put** 24:9,20 86:2 117:19 149:20,22 150:8 211:9 222:4 227:3 259:14 276:24 282:3 293:10 301:2 353:5,19 358:7
**putting** 160:23 162:17 353:18 364:25 366:2

**q**

**quantify** 186:3 187:11
**question** 3:11 8:12 8:14,18,20 14:11 14:16 15:20 26:9 28:12 29:7 34:19 41:16,16 43:22 54:15 64:20 65:17 65:19 66:11 68:3 71:25 72:10 80:23 80:24 82:7 87:5 89:16,16,19 90:8 90:13 122:23 126:17,21,24 127:2 129:4,20 145:14 153:19 160:24 186:4 187:11 227:22,23 228:8 231:9 234:5 234:20 235:2 239:14 260:12

264:3,4 269:18 271:6 275:17 290:17 305:2 313:3,7 314:2 324:12 333:6 356:21 358:17,25 377:3,16 380:19 381:21 382:2,17 383:23 384:6,8,9 384:11,11 387:15 387:16,18
**question's** 9:2
**questions** 7:9 8:23 25:12 26:6,21 31:15 70:12 104:11 221:9 232:13 264:7 301:10 302:3,6 307:4 308:21 314:23 321:23 381:13 386:22 387:7
**quick** 36:14 63:4
**quickly** 24:25 70:17 139:4 204:16 205:2 220:7 294:11
**quite** 65:16
**quiz** 204:11
**quote** 79:16,18 201:19 316:8

**r**

**r** 2:2 74:10 100:25 107:11 109:22 110:2 112:13,18 177:6 225:13,20 226:6 351:22
**rabbi** 29:8,10 36:17,20,25 37:5,9 37:12,19,21 180:16 258:14

259:17 260:17 261:6,14,16 264:5 264:11,22 265:3 266:21,23 267:15 267:16,17,22,22 270:23 276:13,20 277:5,10,14,17,22 279:8,22,23 280:11 281:19 282:25 287:25 288:9 294:16,23 295:4,8,10 296:11 296:21 391:8

**rabbinic** 260:5 266:2 268:17,19 269:4,10 270:10 270:15

**raise** 6:6 239:21 349:13 364:16

**raised** 140:11 227:8 240:19

**raising** 278:19 349:15

**ramallah** 109:8

**ran** 138:3

**random** 298:17

**range** 147:16 293:23

**rarely** 259:7

**rates** 223:21 239:21

**raw** 94:15

**reach** 91:22

**reached** 257:9 285:3 328:15 333:24 334:8 336:13

**reaches** 249:4

**reaching** 300:4

**reaction** 147:3

**read** 25:2,18,22 33:13 36:14 65:5 69:20 70:8,9,13,14 70:25 72:5,8,13 83:5 92:12 139:12 140:4,6 152:14,17 159:6 190:12 197:11 200:15,17 203:15 204:12 210:19 226:15 235:19,24 250:17 250:23 258:13 262:6 267:6 280:10 281:5,7,12 283:4 293:15 294:12 313:17 343:18 370:12 371:2 373:2,17 374:3 377:18

**reading** 71:14 72:3,7 98:15 140:3 154:3 182:4 222:8 262:8,14 279:22 281:19 292:18 308:2 311:17

**ready** 26:24 33:15 73:24 145:23 177:18,19 345:11 365:23 373:18

**real** 17:13,17 36:14 63:4 70:17 130:21 171:17 286:2,6

**realize** 335:14

**really** 58:19 81:19 105:7 113:12,12 116:7 122:6 127:23 128:5,23 143:14 168:2,23 171:4,16 196:24

200:8 214:21 231:22 248:12,16 248:18 251:24 255:16 264:2 279:7 295:20 315:23 343:19 372:8

**realty** 1:9 4:24 12:13,23 16:15,22 17:7,12,18,23 18:7 18:9,11,20 19:12 19:14 32:18 35:14 35:17,24 36:2,5 41:25 74:13 95:23 95:25 96:2,5 97:2 98:12,23,25 99:15 105:5,10 106:18 106:24 111:15 112:3,8 132:2 203:19,21 270:14 343:21 355:14,22 356:9,19 363:10 383:4,6 390:9 393:2

**realty's** 225:6

**reason** 46:5 93:4 393:5

**reasons** 293:21 294:3

**reassurances** 304:12

**reassured** 228:4 233:19 234:11,18

**recall** 18:19 21:15 34:9 35:2 46:11 57:20,25 59:2,5,10 59:16 63:16 64:4 64:18,24 66:15,16 67:4,17 68:12 74:22,25 75:10 76:16,24 77:11

78:9,11 81:9 82:20,24 84:6,9 85:16,22 91:9 123:4,18,24,24 124:25 125:2,3,23 155:16 158:3 161:5 182:18 183:19 222:19 227:6 241:14 244:6 249:21,24 257:4 283:7 284:23 286:16,18 287:9,21 292:17 295:15,19,20 296:20 308:22 309:17 310:24 313:13 315:19,23 316:13,23,25 317:9,19 319:23 323:10 330:12 337:12 359:18 364:14 368:6 369:5 372:7 373:23

**recalled** 384:25

**recalls** 63:25 64:9 78:8

**recap** 74:16 117:5 120:17 230:18

**receive** 117:8,20 180:7 280:5 328:14

**received** 15:7 25:8 25:14 27:8,18 28:4 34:5 35:13 104:3 116:18 117:6 125:20 144:3 165:22 167:24 180:5 181:4 183:25 190:8 274:7

285:10 329:19 332:22 334:24 337:13 340:19 378:22 380:21

**receives** 124:4

**receiving** 191:19 193:11 333:2 380:14

**recess** 103:3 176:16 177:3 242:12 276:3 342:18

**recognize** 95:16 95:19 96:21,23 310:19 384:18

**recollection** 10:25 11:14 123:17 180:4 306:10 307:12 308:17 321:5 322:6

**record** 4:4,12 5:17 7:12 20:20 102:25 103:5 150:24 176:14 177:10,14 242:9,14 245:23 250:23 265:22 275:8,10,19,25 276:5 313:14 342:16,20 350:19 374:6 388:7

**recorded** 1:16 4:14 197:17

**recording** 4:10

**records** 151:6,8 322:8 328:2

**recounts** 198:10

**red** 198:19 375:18

**redact** 215:13

**redacted** 52:20 214:11 215:19

**redacting** 215:21 216:24

**refer** 105:4 106:2 333:14

**reference** 83:8 154:23,23 201:17 230:4,6,8,9,19,23 231:2,15 232:13 232:19 237:19 238:22 251:6 253:7 260:15,16 261:8 263:15 268:12 351:10

**referenced** 19:20 137:16 152:6 220:12

**references** 78:6 283:5 288:12 339:12

**referencing** 278:16

**referred** 120:6,22 121:5

**referring** 14:25 17:6,10 21:17 22:21 40:7 58:12 61:10 74:6 75:25 76:2 77:2 81:4 83:14 86:24 87:7 87:10 88:2,3,14,19 88:21 92:24 170:8 182:11,15 188:5,6 200:11 215:5,7 217:14,16,21,23 220:15 222:15,22 228:2,25 244:3 250:5 255:12 260:21 263:19 264:24 278:25 279:9,14,18,19,25 281:20 293:15

311:7,22 313:20 313:25 314:4,16 315:5 332:12 349:11 358:9 363:10 385:9

**refers** 106:3

**reflect** 375:5

**reflected** 7:11 49:8 232:5,5

**reframe** 30:8

**refresh** 10:25 11:13 307:11 308:16

**refreshes** 306:9

**refund** 97:8,9,13 97:16,21

**refuse** 268:21

**refused** 270:23 271:12 312:2

**refusing** 258:24 268:14 291:21

**regard** 351:4

**regarding** 85:20 155:16 203:19 207:4 230:11,11 232:21 336:25 354:5 371:17 380:22

**register** 309:19,24 310:5

**registered** 1:20

**regular** 114:8 158:23,25,25

**regularly** 9:13 113:9

**reinitz** 2:8 5:21,22 6:14,16 24:7,14 25:25 28:2 29:16 30:18 38:10,13,18 38:20 39:23 42:4 43:9 44:10 47:23

48:5,19,22 50:11 52:4 56:13 62:4 63:18,23 64:7,12 66:6,12 68:24 69:23 70:18,22 80:3 82:2,8,14 87:14 90:2,4,9,14 93:16,24 94:5,8,11 96:15 101:22 102:15,20,23 103:8 122:24 125:12,17 126:23 127:5 128:19 131:9,18 142:14 152:13 153:21 161:19 162:2 163:16 167:8 176:7,10 177:17 178:24 186:10 197:13 198:22 199:5,13 210:5,25 211:24 212:3,6,10 212:17,23 213:2,6 213:19 214:5,14 214:20,24 215:12 215:20 216:5,22 219:6 227:21 233:6 235:4 242:5 242:8,17 255:20 255:25 260:13 265:13,18 266:4,8 267:10,13 269:15 269:20 271:4 274:6,12 275:13 275:18,22 276:8 283:15 289:21 290:2,11 291:6 292:11,14 293:6 293:11 298:4,9 299:16,20 300:14 300:19 301:22

305:23 312:14,19
312:25 315:6,9
322:21 323:4
330:23 331:3,6,8
331:15,20 338:3
342:7,13,23 343:2
344:23 350:19
356:5 357:6 358:4
366:11 370:19,23
371:6 372:8 377:4
379:24 380:9,20
382:5 386:18
387:4,19 389:4
**relate** 231:3
**related** 5:12 10:21
30:5 59:7 63:10
209:12 300:12,13
392:12
**relating** 43:3
**relation** 21:21
152:2,4 271:3
**relationship** 12:16
12:21 74:13
111:12,14,17
113:14 114:13,15
118:10 119:24
124:20 237:22
241:20 245:4,10
248:5,12,20,22
312:2 325:14,18
326:21 334:19
**relationships**
245:6 247:12
**release** 130:2
131:2
**releases** 130:8,9
**reliving** 71:15,15
**remaining** 132:9
**remember** 15:9
16:11 19:2,4
21:11 22:4 34:21

34:22 38:4 52:2,3
53:17 58:3,8,9,11
58:20 61:21 77:15
77:18 80:20 81:19
81:24 84:12 91:19
91:20,24 92:6
93:17 99:16,17
108:23 116:7
117:17 119:8,24
121:6 122:16
123:12,21 136:8,9
136:17,19 141:25
142:6,7 143:15
147:14 148:2
149:6,9 152:16,19
152:20 163:22,23
165:25 166:11,11
166:22 167:5,6,7
168:8,8 169:9,20
170:5,15,16 171:3
171:4,10,15,16,16
171:19 172:3,23
172:25 174:4,5
179:12 180:6,18
181:9,19,21
182:20,24 183:15
183:23 184:3,5
187:23 188:11
189:6,16 191:21
193:14,16,16
194:12,25 196:9
196:18,22,23,25
198:12 201:4,11
201:12,13 202:4,7
205:17,18,23
206:6 207:10,16
207:16,23 209:14
225:25 228:10
241:13 243:14
253:10 255:14,15
255:15,16 257:21

269:6 273:16,24
274:5 277:6,7,8,12
284:18,20,22,25
285:6,9,12,19,21
286:23 287:5,8,20
287:24,25 288:6
294:8 295:7,17,25
296:13,17,24
302:22,23 303:9
303:13,25 304:8
304:15 305:17,18
306:14,15 309:7,9
310:11,11 311:3
315:14 316:12,21
316:22 317:7,12
317:15,18 318:14
318:19,21 319:4,5
319:10 321:13,22
324:17 325:2,8,9
325:19,21,25
326:5,10,14 327:5
327:14 328:7,12
329:10,18 336:2
337:15,16,18,19
338:10 339:8,15
340:16 341:18,22
347:18 352:11
361:11,16,17,25
362:2,22,23
363:17 364:17,22
364:23 368:3,11
369:24 370:4
371:14 373:6
384:22 385:22,25
386:9,11
**remembers**
157:19
**reminder** 46:15
**remotely** 59:9,12
278:9 280:21
282:19 326:16

**remove** 127:19
220:25 260:18
261:15 267:16
**removed** 267:17
**removing** 223:2
259:20 260:17
266:22
**rendered** 282:11
291:23
**renegotiate** 238:13
238:25 239:10
240:4 243:12
**renegotiating**
254:7
**repeat** 106:13,13
234:5 250:18
324:12
**repeaters** 227:3
**repeating** 90:18
**rephrase** 8:14 9:3
14:15 15:19 50:4
54:14 68:2 89:20
90:3 231:8 271:10
301:21 338:3
**replace** 223:10,16
254:19
**replied** 179:25
**replies** 349:22
359:6,8
**reply** 124:14
168:14 182:2
183:13
**report** 90:23
**reporter** 1:20 5:9
6:4,6 8:4 109:20
152:14 157:9
198:2 263:21
286:3 310:13
321:19
**reporting** 89:5,7
90:18 301:13,25

**[reporting - roughly]**

301:25 302:2 393:1

**represent** 5:10 257:11 330:6,18

**representative** 59:11

**representatives** 283:3

**represented** 379:9

**representing** 208:3 212:15,18 213:17 277:13 318:18

**represents** 208:22 209:2

**reproduced** 212:19

**reputations** 278:6 280:19 281:12

**request** 38:24 75:5 79:22,24 80:8,10 81:2,7,14 223:14 322:23 336:6 389:9

**requested** 83:24 250:22

**requesting** 201:19

**requests** 93:5

**reread** 92:14

**reserve** 177:14

**reserved** 3:11

**reserving** 224:12

**residential** 17:20 280:16

**resolve** 269:4

**resolved** 227:12

**resolving** 269:9

**respect** 28:22 36:11 173:5 349:11 355:21 356:18

**respectfully** 293:19

**respective** 3:5 178:18

**respects** 34:2

**respond** 25:22 26:17 74:3 138:12 158:9 183:13 215:16 221:3 228:9 230:7 237:18 239:15,23 249:13 252:10 260:7 330:7

**responded** 82:6 88:7 142:7 219:17 220:17 248:7

**responding** 263:10

**responds** 220:20 226:18 238:23 240:7 259:19 365:21

**response** 7:13 25:10 26:7,11,12 36:16 38:24 39:5 58:16 79:5 81:16 110:17 135:25 182:7 218:16 221:8 232:6 234:4 239:8 259:17 266:16 267:6 296:21 364:19 365:22 390:4,6

**responses** 25:5,15 27:7,16 28:3,6,17 33:20 36:12,18 41:21

**responsibilities** 113:17 135:10

**responsible** 112:4 135:13,14 141:10

**responsive** 82:6,10 82:12

**rest** 184:23 220:9 255:23 259:5 359:15

**restroom** 102:7

**result** 374:20

**resulted** 376:4,19

**retain** 208:2,11

**retained** 208:12 388:6 391:18

**retrieved** 60:25

**returns** 73:18 79:17 81:6 83:19 92:18,22 93:5,11 93:12

**revenues** 376:7,20 377:19

**review** 10:24 103:21 104:9 150:15 152:9 177:15 306:8 309:14,18 310:8

**reviewed** 11:13 73:17 79:16 86:15 94:23 134:19 138:25 139:9 142:16 292:24 309:23 354:10

**reviewing** 138:12 177:21

**reviews** 127:24

**revised** 27:13 28:5 28:5 31:7 83:6 390:8

**rhodium** 190:23 288:2,4 289:5,5

**rich** 197:5,8,18 376:22,23

**right** 6:7 7:21 21:2 24:24 32:15 34:17

34:20 35:7,21 39:22 46:9 50:8 50:11 51:21 64:2 69:17 70:23 71:20 72:24 87:5 89:25 90:22 99:5,23 101:10,17 106:25 117:24 120:25 122:21,24 128:18 144:15 150:14 151:16 153:6,6 154:22 166:4 167:15 173:18 174:6,14 176:6 177:15 199:19 210:25 213:17 216:16 217:5 218:13 219:2 223:9 224:12 226:7,8,14 228:18 235:7 238:10 251:18 256:16 266:6 293:12 295:14 299:20 307:24 313:17 315:6 340:19,25 341:9,9 349:20,22 350:2,25 354:22 365:12 382:20 387:22

**rights** 150:7

**rioters** 280:4

**rip** 127:22

**robbers** 280:3

**robert** 5:7

**role** 356:9 383:16

**room** 9:15 10:3 66:17,18 223:18

**roughly** 56:2 107:13,14 121:10 126:7,8,9,10,11

327:24 334:23
365:20 381:19
**round** 349:9,11
**roundabout**
279:19
**row** 207:9
**rpr** 392:19
**rubinstein** 29:13
62:19,23 68:4
86:6,13 144:12
190:19 372:21
**rudis** 2:17 5:7
**run** 55:5 83:2,17
92:15 124:22
154:5 221:11
**running** 154:15
240:16 243:24,24

**s**

**s** 2:2 100:25
107:11,11 109:22
109:22 110:2,2
112:14,17,18
159:7 177:6,6,6
268:16 351:22,22
368:13 390:2
391:2 393:5
**safe** 361:22
**sake** 150:19
**sale** 238:10
**sam** 112:17 113:25
136:17,22 159:22
159:24 160:22
164:2 167:2,6
170:15 195:13
207:21 289:6
292:20 329:9
344:18
**samet** 112:16
114:7 344:18
**samsung** 175:5

**samuel** 29:5 36:15
159:25 167:25
182:11 192:9
199:17 202:21
323:21
**sarah** 291:14
391:9
**sarahsternnyc**
291:17
**sasregen** 351:15
351:19,22
**sat** 367:14
**saul** 74:7 98:8
**save** 17:4 135:21
378:16
**saved** 376:23
**savings** 376:5,14
377:20 378:5,23
**savvy** 135:16
136:13
**saw** 34:22,23
127:7 138:5,7
139:5,6 141:2
157:2 184:17
188:9 261:3 273:7
273:14,14 314:11
314:11 327:10
339:4,10 373:24
385:19
**saying** 106:6
133:21 141:13
195:3 205:22
216:17 247:18
265:24 267:7
322:13 333:9
385:24
**says** 32:16 33:14
35:12 46:6 49:23
69:16 73:11 95:14
137:10 154:5
156:19 159:6

214:2,12 220:23
221:9 226:19
239:19 240:24
243:4 249:4
251:22,23 260:3
353:4
**scared** 303:19
**scary** 138:14
140:13,14 222:13
222:19,25 223:5,8
223:23 224:13
226:13,19 227:10
228:6,16 233:17
233:18 234:9,12
249:12 304:12,13
**schecter** 348:15,16
352:8 353:2,8,17
362:16 368:13
**schecter's** 361:12
363:3
**schedule** 161:25
**scheme** 184:17,18
**schonfeld** 2:10
5:25 11:21 25:8
203:18,24 207:3
208:2,3,12,16,19
208:22,25 318:11
318:13,17 332:14
**school** 107:3,4,5
110:5
**schul** 350:18
**schwartz** 12:6
13:5
**scope** 247:11
**scratch** 356:6
**screen** 10:7 24:21
38:14 49:3 56:22
104:2,4 142:5,17
174:19,22 179:22
213:12 222:7,9,11
222:25 224:16,18

226:5,11 273:17
390:22
**scroll** 25:23 69:6
70:7,17 127:14
137:11 218:23,25
222:21
**scrolled** 139:4
**scrolling** 78:2
**sdny** 391:11
**sealing** 3:6
**seamless** 343:25
**search** 20:13
21:12,12 23:11,22
42:25 60:24
119:19
**searched** 20:24
21:6 22:14 23:3,4
23:19 135:3
**searching** 22:25
23:10
**second** 25:3 27:9
27:10,18 32:11
33:19 36:11 42:23
61:4 78:2 80:8,13
92:11 96:20 119:4
142:25 147:9
161:10 198:24
203:7 204:3
224:23 261:20
282:9 317:4,6,8,20
340:23 368:10
375:3 380:2
**section** 223:19
278:3 286:22
**secular** 33:4
**security** 104:25
105:11 111:6
112:5 113:21
343:21,25 344:5,9
**seder** 146:6

**see** 24:20,22,23
31:25 32:11,12,13
38:6 43:20 44:19
48:6,7,9 49:3,4
52:10,12,13 56:20
56:21,23 57:13
60:17,17,18,23
62:12,13 65:25
66:13 68:21 69:3
69:5,13 70:20
73:14 81:17 82:24
91:23 92:8 93:4
95:13 96:16,18
103:17,18 114:17
114:20 118:20
137:23 147:2
175:24 176:11
178:5 199:7,9,24
202:15,16,23
206:13,15,25
207:9 210:13,14
222:22 242:19,21
247:22 256:2,9
257:10 262:2,4
266:11 267:3
273:11 292:15
299:8,11 306:5,6
319:3 334:12
343:10,12 345:5,7
345:8 353:4
365:24 372:14,18
373:14,16 375:15
375:17
**seeing** 141:5 234:8
234:8 294:8
**seeking** 286:6
**seen** 25:16 61:9
63:13 65:7 98:22
290:7,17 291:2
292:24 294:6
306:17 334:11

344:2 355:8 373:4
373:20
**select** 152:21,22
225:25
**sell** 119:13,14
120:20 230:15
237:12 286:6,14
**selling** 120:14,23
228:13 231:17
286:14
**sells** 120:8
**send** 24:8 40:3
43:11 47:24 56:13
62:5 68:23 73:22
79:20 81:3 130:21
154:3,5 158:15
166:8 168:14,15
198:24 199:25
207:6 220:7
255:21 274:2
293:7 295:18,24
305:24 328:18
332:18
**sending** 24:14
52:5 115:24 157:4
157:15 172:19
179:19 209:10
210:6 289:21
**sends** 124:7
127:25 146:5
159:5 162:7
173:19 200:19
**sense** 149:14
219:18 307:21
308:25 309:4,8
360:15,17 366:19
**sensitive** 4:6
**sent** 15:4 25:13
26:10 47:12 62:20
62:20 68:5 93:25
115:17 118:13

139:17,18 143:25
144:11 145:6
146:15 152:5
157:23 158:17
163:7 164:15,18
166:25,25 167:23
168:6 169:25
170:12 173:23
179:18,24,25
180:2,2,11,17
181:2,3,8,11,22
182:7,8,8,10,18
183:2,10,14,25
196:18,23 199:11
199:13,17 201:2
207:8,22 214:3
215:3,8 216:15
217:15,18 261:2
262:16 272:14,17
273:5,22 277:7,7
281:8 285:7,13,17
290:11 292:20,23
295:16,16 296:3,6
310:2,3 334:24
339:11 343:3
**sentence** 26:16
92:14 197:12
198:5 258:19
280:2 282:9
293:22 294:5
**sentenced** 284:5
297:20
**sentences** 223:23
259:7
**sentencing** 292:3
293:18,20
**separately** 34:6
158:10 221:5
322:22 358:21
366:14

**september** 16:12
22:9 86:18 88:8
112:21 113:8
114:19,24 115:23
117:15 119:25
120:2 121:11
124:9 125:20,21
125:25 144:3,5
153:12,12 154:4
162:13
**sequence** 210:18
217:6 253:15
256:12
**series** 115:3 124:4
**serves** 101:3 116:8
116:19
**service** 54:17,25
101:15 127:20
135:20 240:18
338:22 362:10
**serviced** 133:4,9
**services** 15:16
16:4,8 97:8,10,13
97:17,21 123:3
282:11 291:22
338:20
**servicing** 123:7
**set** 25:6 27:7,9,12
27:15 28:3,5,8,16
28:16 31:22,23
33:19 36:11,18
55:13,14 103:9,11
104:10 119:2
130:18 135:10
176:11 254:19
291:3 387:20
390:4,7 392:15
**sets** 35:11
**setting** 170:19
**settlement** 214:3
214:12 215:4

216:18 217:13 218:20 219:10
**seven** 13:18 52:22 59:22,23 97:25 106:21,24 107:15 107:16 109:17 129:16,16,18 131:11,16,17 132:6,11 288:6 311:19,23 356:2,3
**shaking** 81:17
**share** 69:14 213:12
**sharing** 32:9 290:8
**sheet** 73:20 204:4 393:1
**shira** 2:14 5:24 162:2
**shirley** 100:16,18
**shirly** 100:24,25 101:7
**shmuli** 159:6,11 160:3,4
**shoes** 117:19
**short** 102:18 210:16 333:21 335:22
**shortly** 117:15 273:3,18
**shot** 56:22 104:5 117:12 174:19,22 222:12,25 226:5 273:17
**shots** 104:3 142:17 179:22 222:8,9 224:16,18 226:11 390:22
**shotting** 142:5
**shoulder** 165:19 172:8

**show** 27:9,17 28:17 31:5 33:7 43:18 52:15 56:12 56:18 60:16 62:11 68:19 93:19 96:11 103:16 171:18 199:6 202:9 206:7 210:12 212:11 213:8 217:3,5,6 256:8 261:21 290:5 342:25 344:24 372:11 373:8
**showed** 35:4 85:25 86:4,15
**showing** 32:16 33:20 34:5 35:10 46:12 48:25 50:14 70:3 104:18 114:25 217:2 222:10
**shown** 200:14
**shpiel** 353:12
**shragie** 192:15
**shut** 47:3,4
**sic** 4:23 341:6 351:22
**side** 32:2,2,11,11 33:20,21 266:9,9
**sign** 34:12 35:25 65:25 66:14,20,21 76:7 137:24 138:11,11 140:22 142:22,23 145:16 145:25 232:25 234:10
**signal** 227:5
**signature** 27:4 32:20,23 35:8 65:10,13 81:12 339:5 392:18

**signed** 3:15,16 25:8 32:24 33:23 34:10,23 35:12,13 36:4 58:10,11,17 58:17 65:24 66:17 66:18 68:7 75:18 76:13 83:7 86:3 86:14 99:22 139:22 142:24 144:9,10,25 145:2 145:15,18 152:10 188:8,9 203:23 204:18 229:5,6,25 233:12 278:15 314:12 327:11 377:9 378:3
**significant** 321:23
**signing** 33:11 67:19 201:20 230:11,12,12 232:21,22 376:24
**signs** 356:12
**signups** 139:19
**silber** 190:23,24 191:2,5,6
**simcha** 207:3 330:9
**simcha's** 332:13 332:18
**similar** 135:20 156:24 278:11 373:25
**simple** 130:5 208:7 214:15 305:5 382:6
**simpler** 359:23
**simplicity** 213:11 218:4
**simply** 93:7 283:6 320:11

**simultaneous** 60:5 126:22 263:20 265:17 271:5 313:5
**singer** 49:12
**single** 21:11 132:17 133:20 146:19 152:18 198:18 213:9
**sit** 135:17 136:2,12 278:24
**sitting** 335:12
**situation** 86:22 87:9 263:2 272:10
**six** 77:17,19,23 141:3 146:4 171:11 209:17 253:9,12 285:21 317:16 328:11 342:22 388:5
**sketchy** 123:13
**skim** 141:5
**skimmed** 140:9
**skimming** 140:7
**skip** 29:8
**skipping** 75:11 86:18 235:14 280:24 281:2 282:9
**slander** 258:24
**slandered** 272:16
**slandering** 259:3
**sleep** 7:25
**small** 20:5 109:16
**smart** 157:21 231:22
**smiley** 81:12 230:5
**social** 22:12 23:12 40:17 41:3,9 47:16,17,22 51:17 351:3 385:9,14

**software** 45:4
**sold** 150:22 151:4
  238:9
**sole** 223:10
**soleimani** 29:24
  30:2,10,11 191:7
  191:11,12,17
  195:14,16,19
  284:9,14,21 285:8
  285:11,14,18,24
  286:5,13 287:2,7
  287:10,23 289:2
  321:16 322:2
  323:8,9,12,16
  324:8,14,19 325:3
  325:6,11,24 326:4
  326:8,13,18
  327:13,16,18
  328:14 329:15,17
  330:13,14,15
  331:17,22 332:21
  332:25 333:13,15
  335:9 336:8
**soleimani's** 326:17
  327:2
**soleimanis** 288:20
  288:22
**solid** 386:22
**solution** 248:2
  249:5
**solutions** 5:11
  388:6
**somebody** 78:15
  111:22 117:10
  120:4 136:10
  151:25 194:23,23
  196:22 250:2
  273:19 334:3
  335:13
**somersetwalk1**
  44:6 390:11

**somewhat** 280:7
**son** 243:23 359:12
**sondhelm** 49:13
**soon** 119:23
  158:14 282:15
**sorry** 4:16 11:5
  12:2 27:22 32:4
  33:8 39:25 41:5
  67:8 75:12 80:23
  86:11,12 89:13,23
  100:14,23 107:7
  108:22 118:16,17
  128:7 129:19
  132:19 133:8,12
  157:9 171:5
  173:18 175:17
  219:22 224:22
  227:18 234:3
  241:15 246:6,10
  248:7 252:3 263:3
  263:21,24 271:17
  283:17 287:11
  288:21 290:2
  291:7 292:9
  298:12 305:2
  312:14 321:19
  329:12 330:14
  332:11 338:2
  339:19 347:20
  351:2 356:5,21
  359:5 365:13
  371:6 372:9
  380:18 382:5
**sort** 14:25 25:12
  115:17 116:9
  121:25 124:7,8
  125:7 137:8 153:9
  155:6 158:22
  217:24 270:9
  274:22 280:15
  365:5 366:20

**sound** 295:21
**sounded** 138:14
**sounds** 125:5
  148:15 335:22
  360:8
**south** 13:23
**southern** 1:3 5:3
  203:9 204:5
**space** 110:2
**speak** 29:25 37:21
  84:17 92:4 142:9
  164:2 239:12
  248:8 249:14
  252:5 258:21
  276:15 286:4
  289:12 295:19
  302:7,10,15,21
  321:18,25 331:24
  336:15 365:2
  371:23
**speaking** 17:3
  56:3 64:13 77:9
  93:2 111:9,13
  143:17 157:10
  158:9 235:17
  310:15 312:22
  337:12 386:12
**specific** 37:16
  70:12 130:22
  148:8 163:20
  169:14 191:11
  202:7 205:23
  207:16 215:14
  249:24 251:14
  263:5,10 286:24
  294:5 296:17
  319:15 320:17
  326:25 327:5
  346:14,18 347:8
  348:5 352:3
  357:25 364:23

371:14 387:15
**specifically** 19:2
  22:21 23:5 30:4
  81:2 92:24 172:25
  187:24 196:3
  222:18 235:5
  247:14 279:14
  296:13 310:8
  325:22 337:8
  338:18 357:24
  366:6
**specifics** 284:25
  289:13 309:10
  325:8,19 326:10
  340:16,16 364:22
  383:15
**specify** 129:8
  346:11 380:18
  387:14
**spell** 107:9 109:21
  245:22 351:17
**spelled** 109:20
**spend** 343:14
**spending** 77:21
**spoke** 28:20 30:3
  36:19 37:19 85:18
  88:8 91:8 125:6
  163:5 171:9
  179:13 182:12
  183:20 186:13
  187:13 192:4
  193:14,15 194:3
  251:15 257:16
  284:13,15,21
  287:9,16 289:14
  301:6,11,24
  307:12 309:11,14
  309:21 318:2
  320:21 323:11
  325:16 335:4,25
  340:5 385:21

**[spoke - supported]**                                            Page 47

386:4,10,11
**spoken** 29:10
  30:10,22,25
  117:13 162:17
  191:15 192:25
  193:10 207:13
  209:16 256:23
  257:2,6 259:21
  309:13 323:15,20
  323:22,25
**st** 225:8,19
**stable** 231:20,24
**stamp** 94:18
**stamped** 94:16
  96:14 115:2
  345:14
**stamps** 210:24
**stand** 283:7
**standard** 376:8
**stanton** 1:19 5:9
  350:21 392:4,19
**start** 26:6 63:12
  67:7 104:11 130:5
  184:11 197:21
  218:12 256:20
  329:14 334:6
  359:23 361:8
  382:6
**started** 57:19
  111:18,20 173:5
  219:25 253:23
**starting** 222:23
  264:10 345:13
**starts** 69:10
  117:21
**startup** 348:3,11
**state** 1:21 5:15,18
  378:20
**stated** 259:6 316:2
**statement** 126:25
  197:24 198:4,11

198:13 216:12
  218:19 355:4
**statements** 216:14
**staten** 225:8
**states** 1:2 5:2 9:10
**stating** 143:19
**steal** 273:9 375:13
**stealing** 88:6
**stem** 231:11
**stenographic**
  392:10
**step** 181:16 185:5
**stephan** 32:25,25
  33:2,3,4,11 48:12
  61:5,12 390:13
**stephen** 258:9
**stereotype** 291:23
**stern** 291:14 391:9
**steve** 290:24
**steven** 29:9,11
  49:13 260:18,23
**stick** 239:22
**stipulate** 215:21
  216:23
**stipulated** 3:3,9,13
  388:3
**stipulations** 3:2
**stole** 88:4 165:2,4
**stood** 139:5
**stop** 32:9 71:24
  161:12 256:13,14
  300:7 305:19
**stopped** 47:4
**store** 127:24
  129:24
**stored** 57:11
  175:22
**story** 147:5 290:24
**strained** 248:13
**street** 2:11 19:7,8
  19:9 95:4,10

308:13 310:18
  351:20,21 390:19
**stressed** 270:3
**strike** 66:7,12 82:3
  87:14 93:16
  142:14
**strikes** 281:13
**string** 115:15
  117:25 125:19
  137:8 156:19,25
**student** 46:3,4
**studying** 109:12
  109:14
**stuff** 82:19 222:13
**subject** 62:21
  202:17 238:3
  350:6
**submission** 292:4
  292:7
**submit** 152:24
  153:5
**submits** 293:19
**subpoena** 328:3
  328:14 329:19
  330:2,4 331:25
  333:3 335:5,6,13
  336:4,14 337:13
  339:18,20
**subpoenaed**
  327:20,23 329:3
**subpoenas** 332:22
**subscribed** 388:13
  393:22
**subsequent** 86:9
  86:16
**subsequently**
  205:14
**substance** 76:20
  126:12 172:10
**substantively**
  320:5

**subtract** 240:20
**sudden** 115:20,22
**sued** 163:24,25
  164:3 169:17
  170:19
**sues** 127:25 270:7
**sufficient** 293:24
**suggest** 261:16
**suggesting** 58:16
  261:14 264:13
  267:15
**suicide** 37:18
  172:14 179:18,20
  180:5,7 181:3,18
  181:23 183:2,17
  183:25 184:8
  190:4,16 197:2
  273:4 287:17
  304:7 307:19
  323:14 337:23
  338:7 390:24
**suing** 159:18
  180:14
**suite** 2:11 98:11,16
  308:13 310:18
  390:21
**sukkot** 273:8
**summarizing**
  90:20
**summary** 280:12
  308:8
**sunday** 108:11
  224:8
**super** 154:7
**supers** 224:9
**supply** 226:25
**support** 252:20
  264:23 294:17,23
  296:11 389:2
**supported** 265:3
  267:24

**supporting** 296:22
**supposed** 131:6
  230:10 232:17,20
  371:22
**sure** 14:17 16:11
  25:25 35:4 37:20
  41:7 48:19 59:5
  64:11 68:24 70:18
  70:22 80:14 83:17
  89:15 92:16 94:8
  101:4,10 111:25
  118:24 125:16
  133:24 141:11,12
  142:2 167:3,12
  186:22 187:12
  197:13 205:5
  211:24 219:6
  231:10 234:6
  242:7 271:6
  274:13 275:21
  292:11 296:6
  301:22 313:10
  320:13 337:11
  338:24 357:8
  363:17 382:11,17
  387:6
**surprise** 118:4,11
  146:19 194:18
**surprised** 118:14
  147:3
**surprises** 147:4
**survive** 240:15
**swap** 373:7
**swear** 6:4,8
**sweet** 50:19,20,23
  51:3,4
**switch** 28:10 241:2
  243:6
**sworn** 3:17 388:13
  392:7 393:22

**sympathetic**
  255:19
**sympathy** 165:20
**synagogue** 44:15
  46:25 351:11,13
  352:5,9,17
**system** 238:4,7
  343:25 359:10,12
**systems** 158:4
  170:8 173:13
  192:2,14 343:18
  344:14 391:12

**t**

**t** 74:11 107:11
  109:22 112:17,17
  159:7 177:6 390:2
  391:2
**tab** 45:19
**tablets** 227:4
**tactics** 269:25
**tag** 46:16
**take** 4:11 8:19
  25:21 26:2 31:13
  31:17,18 41:19
  48:14 70:6 71:3,7
  71:10,12 72:16
  101:25 102:8,13
  102:18,21 103:20
  104:12 143:6
  144:14 161:9,14
  169:19 174:21
  176:6 181:16
  185:5 189:20
  190:2 200:14
  201:24 210:20
  211:13 223:5
  241:3 242:5 243:6
  243:17 263:23
  269:2 271:21
  272:4 274:16
  290:6,15 306:8

  323:3 345:9
  373:17 384:21
**taken** 1:17 4:15,22
  7:17 103:3 176:17
  177:3 242:12
  272:23 273:18,21
  276:3 289:19
  342:18
**takes** 28:14 38:22
**talk** 54:6 113:6
  173:6 241:24
  275:22 276:16
  277:10 365:24
  366:18
**talked** 16:20 20:8
  42:24 50:17 54:5
  304:13 323:21
  325:22
**talking** 70:21
  92:25 98:4 147:25
  172:11,25 178:4
  178:22 186:23,23
  190:5 196:2
  207:21 227:11
  235:25 236:2,2,3
  263:22 277:19,20
  277:21,21 279:12
  279:13 283:13
  292:10 299:10,14
  310:9 320:5
  338:17 341:7
  378:13 382:22
**talks** 87:3 253:20
  349:5,6
**talmud** 108:14
**taub** 29:5,5 36:15
  159:7,11,13,23,25
  160:8,22,25 161:4
  162:6,10,13,21
  163:6,21 164:2,7
  164:22,25 165:13

  166:14 167:2,6,20
  167:25 168:12,15
  169:2,5,10 170:15
  171:9,21,23 179:3
  180:2 182:9,10,11
  182:12,15,19
  183:3,3,10,13,17
  183:24 184:6
  187:5,6,13 188:2
  188:13 189:3,8,13
  189:18 192:9,10
  195:13,15,18
  199:16,17,24
  200:7,19 202:2,22
  205:9,11,16,21
  206:23,23 207:3,6
  208:16,18,21,23
  209:4,7,16 210:3
  289:6,8,14,16,17
  292:21,23 305:12
  323:21,22 329:9
  333:23 334:3
  337:10,13,20,21
  337:25 338:6,14
  339:3,7,11,14,17
  339:21 340:4,22
  341:17,19,23
**taub's** 162:7
  163:14 165:23
  173:19 178:13
  340:20
**tax** 73:18,24 79:17
  81:6 83:19 92:18
  92:22 93:5,11,12
**teach** 108:10,13,19
**teacher** 107:2,8
**teaching** 108:16
  108:17 109:10
**tech** 105:3 135:16
  136:13

[technical - terms]

**technical** 160:9 217:24
**technically** 10:8 160:12
**technology** 347:6 347:11,14
**telephone** 39:6,12 39:18 40:11
**tell** 14:9 35:21 37:20 53:17 76:14 87:15 95:6 132:16 133:20 134:11 143:9,22 146:7 147:23 164:25 168:25 169:10,14 169:16 172:22 174:16 184:7 203:4 206:2,4 208:18 209:4,7 228:22 230:5,10 232:2,17,21,24 255:3,5,8 257:19 257:23 261:4 280:10 307:21 315:10 316:6 318:5,10 325:6 327:18 335:24 340:4,8,11 341:19 341:23 342:4 350:22 351:4 362:5,6 366:6 370:2
**telling** 18:12 74:16 83:22 116:16 141:18,21 146:24 170:15 227:13 229:16 308:22 378:16
**tells** 73:10 147:5 159:22 252:2

**teman** 21:16,17,18 21:25 22:6 28:22 37:5 43:3,7 58:13 58:17,24 59:6,17 69:9,10 73:5,9,11 73:23 74:15,16 75:14 76:6 78:6 79:11,24 80:7,25 81:10 82:16 83:22 86:6,17,19,24 87:7 87:15 90:19 91:12 95:14 98:19 99:25 124:6 126:15 137:9 140:11 141:18 142:19 144:22 147:6,10 147:18 148:7,19 149:20 151:14 152:7 153:17 155:19 164:17,25 170:12,15 178:17 179:18 180:10,12 184:18 185:8,13 186:6,9,13,16 187:14 188:14 190:10 196:6 197:3 198:10 199:22 200:9 201:7 202:18,22 203:7,18 204:9 205:24,25 209:9 210:18 211:22 217:18 219:15,24 220:12,20,23 221:9,15 226:12 226:18,19,25 227:9 228:3,22 229:16 230:3 232:6,16 233:19 234:11,17 238:23 239:18 240:3,7,23

241:16 243:3 244:16,24 247:16 247:17,22,25 248:13 249:4,10 249:17,23 250:10 251:4,13,21,23 252:2,4,16 253:4 254:23 256:24 257:7,17 258:15 258:17,22 259:10 260:19 261:7,15 264:17 268:8,13 268:21 270:23 271:11,21 274:20 274:24 276:17 279:25 282:18 284:4,5 286:25 288:13,18 289:8 293:3 294:17,24 295:12 296:12 297:5 299:6,14,19 299:23 300:3 301:3,13,14,25 302:12,18 303:16 305:5,6,12 312:3,7 313:16 314:7 315:21 316:2,7,14 325:20 326:16,24 327:3 338:9,18 345:17 348:15 349:2,10,15 353:11,21,25 354:16 356:15 358:10,20,23 360:25 361:5 362:20 363:6,7 364:8,16 365:7,18 366:15 367:23 368:2,17 369:21 369:22 370:2 371:10,17 372:3

372:20 376:24 378:2 391:6
**teman's** 21:21 179:4,20 183:17 204:5,7,22,24 205:5,19 215:5 230:18 239:7 264:13,23 265:4 267:24 269:25 274:18 280:13 283:9,20,25 284:10,17 292:5 292:18,25 294:2 296:22 304:7,11 304:17 313:23 315:13 318:7 337:22 338:6 350:5 364:20
**teman.com** 62:21
**tenant** 56:10
**tenants** 55:15,17 227:3
**tend** 8:24
**term** 140:12 234:16 235:6 236:17,22 237:11 237:14 355:9 364:15 374:24
**termed** 28:5
**terms** 21:12 127:16 137:12,15 137:19 138:7,13 138:25 139:10,14 140:5,8,9 141:2,5 141:14,19 142:5 142:17,18,20 152:23 153:4 189:9,9,14 201:18 202:3 221:19,21 222:8 224:4 226:10 227:10,10

**[terms - threatened]** Page 50

227:13 228:6,16
231:4,6,12 233:17
233:18 234:9,12
234:17 238:13,25
239:11 240:5
241:7,10,17
244:21 254:8,20
272:3 277:13
287:4 303:12
304:12,13 312:17
313:21 314:5,10
315:12,17 316:8,8
326:7 339:12,14
372:22 374:8
375:25 376:4,12
376:19 379:14,18
**test** 71:23
**testified** 7:3 36:9
80:2 113:25 119:4
121:17,22 123:5
124:3 131:21
132:4 140:10
144:7 153:13
155:19 160:18
165:7 186:12
187:12 191:15
200:6 222:6 228:3
243:9 248:10
281:25 283:20,24
288:16 300:15,21
312:13,16 329:16
340:23 343:13
355:12 363:2
**testify** 7:18 140:4
201:5 283:9,17
368:12 386:3
**testifying** 11:2,14
357:11
**testimony** 6:9
11:22 61:17,19
120:7 148:6,16

151:14 152:14
166:23 167:18
169:3 233:10,15
234:7 242:24
248:17 291:9
292:2 295:3,14
319:12 325:10
366:24 380:12
386:14 388:2
**text** 24:2 40:10,12
103:25 115:6
146:5 147:22
166:8 196:21
211:4 232:2
328:18 332:8
**texting** 113:3
**texts** 211:11
**thank** 5:21 20:23
79:21 103:2
124:15 127:3
176:15 177:12
217:22 219:11
242:11 250:24
253:5 276:2,7
342:22 350:2
351:6 387:24
388:7
**thankfully** 220:6
**thanking** 329:24
329:25
**thanks** 219:7
387:22,22
**thieves** 273:10
**thing** 20:19 70:10
70:13 71:2 72:5,9
96:14 146:20
157:11 174:24
214:11 215:18
255:16 259:12
268:9 310:4

**things** 8:24,25
39:10 122:3
129:22 130:14,16
131:6 139:4
141:13,18 146:14
272:12 337:2
382:15
**think** 14:5 16:12
19:3,6 20:2 21:23
28:4,21 29:14
30:3,19 31:12
36:16 51:8 59:22
59:24 65:16,17,19
73:25 79:15 88:3
93:25 94:12 97:18
99:18 106:4
109:21 110:12
117:9 120:18
121:22 128:21
129:3 131:20
132:23 134:25
139:22 140:3,10
140:12 144:8
147:11 149:8
156:7 159:17,17
160:5 163:15
166:16 171:18
172:8 173:16
180:15,17 182:3
182:17 183:11
194:12 196:8,22
196:22 198:7
199:15 200:7
203:14 207:11
209:19 211:19
215:17,18 218:7
219:13,15,16
220:4,16 222:21
223:22 233:4
234:19 238:24
248:2 252:15

253:25 258:20
261:16 262:6
263:9 265:2,19
266:9,10 271:15
271:18 272:22
273:15 275:4,16
277:11 279:6
287:16 288:2
292:3 293:9
294:11 298:15
299:18 300:10
302:19,25 305:20
311:5 314:16,17
317:7 319:2,3
320:19 329:10,15
332:2 334:4,10
335:2,4 342:3
351:16 352:11,20
366:2 368:9 369:2
370:17 371:21,21
371:23 380:3
383:20 385:5
386:16
**thinking** 305:19
**third** 36:8 50:13
73:11 78:5 79:3,6
80:6 203:8 206:21
**thought** 135:16
149:21 239:4
309:2 360:14
**thoughts** 184:8,9
184:12 257:24
371:13
**thousand** 107:6
**thread** 163:20
290:8
**threat** 147:18,21
156:9 312:8,10
375:20
**threatened** 145:17
147:11 148:10

155:20 237:23 259:10,22 271:25 272:19 313:9

**threatening** 272:14 312:4

**threats** 148:20 155:17 258:23 272:18 303:16 312:17

**three** 19:4,19 33:8 57:19 62:3 109:16 112:11 122:11 137:2 150:23 159:19 168:6 169:21 177:12 202:24 207:8 209:23 229:24 235:15 242:3,10 281:13 311:14 329:5 334:4 344:16 360:9 361:6 381:9,19 390:22

**throated** 259:2

**tied** 238:8

**time** 3:12 5:19 8:11 16:7 22:5,8 25:18,21 26:2 28:20 31:12,17 37:8,10 38:22 56:3,9 57:3,3 58:2 58:21 62:2 63:5 65:4 67:4,6,8,9,14 67:18 68:12 69:20 70:7 71:8,10,13 72:16 76:12 77:6 78:14 80:5 84:14 86:21,24 87:8 89:22 100:8 103:20,23 104:13 109:19 112:22

115:18 123:17 124:14 130:19,22 130:23,25 135:11 139:15 141:4 142:9 145:4 146:23 148:2,9,19 150:4 154:8 155:15 157:11 160:17 161:14 163:2 169:23 171:6,8,17 173:22 174:10 179:6 186:24,25 190:2 192:6 194:7,8,14 194:15 200:15 203:5 205:15 207:12 210:20 221:18 222:24 223:13,14,19 230:6 238:7 239:7 243:11 250:2 257:16 262:8,14 263:22 270:17 273:19 284:20 285:17 287:17 300:25 301:7 302:20 309:12 318:2 319:17,22 319:24 320:9,11 322:2,9,24 323:11 331:11,14 333:25 334:24 335:4,8 336:16 337:22 338:6 339:17,21 339:25 342:9 343:14 344:20 348:21,23 351:5 354:11 357:17 363:4 367:24 368:10 371:3 373:23,24,25

378:2,7 380:15 383:22,25 384:4,5 384:10 385:4 388:9

**timeframe** 27:19 162:24 163:5,23 207:11 257:18 277:9 323:14

**timeline** 191:21 193:14

**times** 59:7 142:9 146:25 149:2 187:13 235:18 240:10 257:5 282:6 284:15 309:13 313:7 331:25 348:22 349:13 350:16 360:3,7,9 378:14 381:5,9 384:19 386:21

**title** 13:2 16:21,22 25:4 32:19 63:8 69:12 273:15

**titled** 69:15

**today** 7:19 8:6 9:17,24 10:22 11:2,14,23 63:14 65:8 82:19 83:12 83:16 84:9 86:20 92:15 154:6,10 182:8 189:10 192:5 200:7 201:18 222:7 227:6 233:11 234:7 251:22 275:16 319:12 320:10 327:11 339:4,10 355:12 379:5 380:12,23 384:15 385:6

386:14 387:8

**today's** 22:22 23:6 388:2

**today's** 280:2

**told** 12:3 66:21 83:12,16 84:8,8 87:17,20,23 89:8 90:24 92:13,15 101:7,7,11 119:16 130:16,24 164:11 164:14,17 170:19 197:17 201:6,9 250:2 253:24 254:23 255:9,11 255:14,17 299:7 302:20 315:2,17 315:19 316:7,11 316:13,15 335:11 349:12 362:8,10

**tomorrow** 83:7 88:10 89:4

**tone** 312:21

**tonight** 46:16

**top** 21:9 32:17 104:8 178:6 205:10 225:25 256:14 258:7 266:14 345:9 359:6

**topic** 336:3

**topics** 308:17

**toramoshe** 110:8

**torasmoshe** 109:16,21

**total** 235:24 253:10 376:5,14 377:19,20 388:4

**touch** 113:9 122:25 171:20,22 210:2 259:15 276:24 324:2

**[touch - ups]** Page 52

332:19
**touched** 153:7
  185:4 191:8
  346:21
**tova** 49:12
**transaction** 16:14
  67:15 278:17
  286:2,9,10
**transcript** 177:16
  205:4
**transcription**
  392:9
**transfer** 203:9
  223:9
**trespassing** 226:23
**trial** 3:12 282:24
  282:25 283:10,13
  283:15,21 284:2
  284:10
**tried** 119:14
  175:18,18 241:2
  243:5,12
**trouble** 375:14
**true** 33:25 34:24
  146:21 232:9
  392:9
**trump** 93:10
**trusted** 138:23
**truth** 6:10,10,11
**truthful** 8:7
**try** 32:10 77:9
  119:13 123:23
  173:10 184:15,19
  243:17 272:11,12
  286:3 367:15
**trying** 17:4 40:18
  117:18 145:19
  169:19 174:5,9
  207:18 238:21
  265:9 272:3
  278:18 282:2

285:22 301:2
313:3 335:13
349:19 351:7
353:5,18 354:5,13
358:7 367:12,17
375:12 377:4
**turned** 146:21
**turning** 179:14
**tweet** 45:20 46:5,7
  46:14,22 47:7,10
  47:12
**tweets** 46:24 50:17
**twenty** 6:22,24,25
**twice** 193:15 282:4
  318:3
**twitter** 44:3,3,14
  44:24 45:7,10
  47:15 390:12
**two** 35:3,11 36:15
  42:19 47:4 53:12
  57:23 60:25 73:17
  79:20 81:3 101:4
  101:18 103:7
  107:6 137:2
  144:19 160:23,23
  176:15 206:23
  220:2 221:10,16
  228:15 235:14
  240:23 272:21
  273:17 300:23
  311:15 318:2,3
  349:8 361:6
  368:13 374:12
**type** 17:17 245:9
**types** 51:17

**u**

**u** 159:7,7 245:24
**ultimately** 192:6
**unassuming** 272:4
**uncheck** 225:22

**uncle** 258:16
  276:22
**unclear** 383:24
**uncorrected** 27:23
  27:25
**undergoing** 179:6
**underneath** 98:8
**understand** 8:3,12
  18:12 32:3 34:19
  57:8 67:24 76:5
  88:20 89:6,19,21
  90:8,12 105:8
  113:15 121:9
  124:4 125:25
  155:22 172:6
  180:24 200:11
  221:17 237:24
  244:15 245:25
  250:7 253:13
  261:12 265:22
  295:2 302:9
  304:25 309:20
  325:10 331:19
  333:19 335:21
  340:11,21 358:16
  358:24 365:4
  367:17 369:12
  384:11
**understanding**
  29:18,20,22 33:21
  84:22 91:25 120:7
  175:9,14 192:11
  233:12 234:6
  236:16,20,23
  237:3,7,10,13
  239:6 241:6,10
  254:5,13,21,22
  276:25 279:6,8
  280:9 284:8 289:7
  301:12,23 341:4
  372:24 375:5,10

391:16
**understood** 8:20
  15:3 35:23 47:13
  50:4 58:15 79:4
  110:22 121:9,24
  122:9 125:4 140:4
  143:15 169:3
  181:13 207:24
  224:14 233:15
  236:5,14 242:24
  248:17 250:9
  259:19 322:12,12
  323:5,5 328:4
**unfair** 387:15
**unfortunately**
  138:24 147:6,7
**unimpressed**
  369:17 370:11
**unit** 4:13 103:2,6
  127:19 176:15
  177:11 242:10,15
  276:2,6 342:17,21
**united** 1:2 5:2
**units** 388:5
**unpaid** 282:10
**unrelated** 295:11
**unsolicited** 277:2
**unsure** 295:21
**update** 157:21
  349:21
**updates** 172:23
  349:3 350:5
**upfront** 221:11,17
  229:3 239:20
  240:17
**upheld** 379:8
**upload** 52:21 53:3
  53:6
**uploaded** 181:2
**ups** 101:16 248:25

**[upset - way]**                                           Page 53

**upset**  146:8 170:3
  200:8 201:6 224:9
  328:6 329:18,20
  333:2,4,8,9,12
**urgently**  374:18
**use**  22:12,13 40:10
  41:3,8,22 43:5
  47:16,17,19,21
  49:22 55:7,24
  57:2 62:25 102:6
  129:9,14 131:14
  132:14 133:13
  134:2,14,17 192:6
  227:3 230:4 325:4
  325:7
**user**  52:16
**users**  60:22 390:16
**uses**  278:12
**usual**  114:21
**usually**  83:19
  92:18 102:12
  133:15 366:17

**v**

**v**  1:8 42:13 110:2
  112:13 390:9
  393:2
**vague**  152:4
**vaguely**  97:11
**value**  353:9
**various**  19:23
  272:17
**vehicle**  95:13
**vendor**  105:7
  120:12 198:18,19
**vendor's**  116:9
**vendors**  106:14
  143:18 198:7,16
  198:19
**verbal**  7:10 81:16
**verbally**  378:11,13

**verification**  32:19
  33:12,19,23 34:3
  34:25 35:9 36:8
  390:10
**verified**  39:8
**verify**  41:8
**veritext**  1:18 5:10
  388:6 391:18
  393:1
**version**  27:23,24
  27:25 31:7
**versus**  4:24 32:17
  206:18 207:5
**veto**  238:10
**vetted**  134:19
**video**  1:16 4:10,14
  52:22,25 53:4,6
  370:22 385:16
**videographer**  2:17
  4:2,21 5:8 6:3
  102:24 103:4
  176:13 177:9
  242:13 275:24
  276:4 342:15,19
  370:21 371:4
  380:7 387:25
**view**  374:16
**violations**  312:6
  312:10 313:15
**virtual**  1:19
  280:15
**virtually**  5:6
**voice**  174:12,13,15
  175:10 221:3
**voltage**  143:18

**w**

**w**  74:11 112:18
**wait**  197:10
  221:14 310:14
**waiting**  71:7

**waived**  3:8
**waiving**  26:16
**walked**  75:21
**want**  24:5 25:2,22
  26:3 31:17,19
  34:2 63:5 64:3,6
  65:5 70:9,25 71:6
  72:8,15 73:7
  80:19 89:6 90:7
  92:9,21 93:10,12
  101:9 102:8,9,18
  102:21 103:20
  118:24 121:22
  127:9 129:21
  130:3 133:17
  136:11 148:8
  151:12,16 152:4,7
  153:13 155:14,22
  160:9 165:11
  167:15 168:21
  170:23,24 173:8
  183:5 188:19,20
  188:23 190:3,12
  197:4 210:19
  211:13 218:5
  219:12 224:17
  227:7 228:24
  232:18,24 237:19
  239:19 241:24
  243:10 248:8,16
  248:18 249:14
  254:14,17 256:13
  265:9 266:19
  279:7,21 281:17
  288:23 291:9
  293:6 298:11,14
  310:13 312:23
  313:10 314:24
  329:16 330:9
  333:16 336:22
  340:18 341:11

  342:10 343:18
  345:9 366:5
  373:17 385:2,8
  386:13
**wanted**  30:20
  33:22 89:14 91:3
  97:5 100:13
  140:21,23 145:16
  145:25 146:2,11
  146:12 163:17
  164:3 195:23
  229:3 231:22
  243:21 269:2
  275:12 277:4,16
  302:21 386:19
**wanting**  93:8
  276:15
**wants**  92:3 101:25
  170:4 220:5
  322:18
**warned**  282:11
**warrant**  204:8
  205:2
**way**  37:23 55:5
  75:7 78:13 84:11
  84:16 93:14
  127:14 144:8
  146:16 147:22
  150:14 151:16
  163:17 183:8
  219:21 240:25
  244:7 249:19
  253:25 265:6
  267:20 268:4,11
  269:25 271:24
  274:4 279:19
  289:9 299:11
  308:6 364:24
  367:9 375:16
  383:22,23 387:10

ways 152:3 274:22 275:14 353:24 358:14
we've 36:14 50:15 52:20 54:5 84:20 85:13 88:21 98:4 195:4 219:19 226:10 277:25 312:13 313:6 315:22 334:11 346:20
wear 324:6
web 338:22
website 56:25 57:5 127:11 137:22,24 137:25 138:8 139:2,10 140:2 142:16 149:20,23 151:10,15 152:6 220:13 229:6,13 230:2 233:13 234:10 241:9 254:9,20 313:23 314:11 315:13 326:7 361:24 379:15
week 65:21 194:11 228:21 249:16 322:3 354:20
weeks 144:19 218:2 317:22 318:2,4
weight 283:8
weisberg 45:5,14
weissman 350:7,8 350:14 352:4,25 353:16 359:5,6 362:14,15,15 368:20 371:25
weissman's 371:8 371:19 372:5

weissmandl 49:15
welcome 104:9 351:8
went 110:5 119:18 135:2,18 141:5 142:15 152:5 153:2 184:23 229:10 282:10 305:6,12 312:2 314:13 347:15 360:21 367:13
wh 251:5
whatsapp 23:24 23:25 24:3 39:6 39:12 40:11 69:8 69:15 94:14 103:19 104:19 112:23 116:14 137:6 141:22 142:4 143:2 148:4 158:24 164:16,19 166:8,13 167:6,10 167:19,24 168:9 178:9 180:9,11 182:24 183:2,9 196:13,16 210:17 242:22 274:3 285:7,11 313:18 334:12,13,24 335:3 338:13 390:18,22 391:6
whatsapps 156:16 168:4 211:21
whatsoever 150:21
whereabouts 286:20
whereof 392:14
whichever 34:23
whispering 4:7

white 251:7
wi 221:13 227:3,4
wife 20:21 40:6 50:24 380:25 381:4,7,11
willing 277:10,11
willoughby 19:9
wind 270:5
window 370:20
winkler 49:15
wire 118:17,22 119:10 154:6,16
wired 119:9
wires 120:10,11
wiring 104:25 105:2 118:8 119:12 120:8 123:14 154:10 221:25 224:8 337:5
wise 161:20
wish 127:7 146:21
wishes 367:14
witness 6:5,12 40:16 69:21 72:19 80:21 89:23 102:5 102:16 128:10 161:17,23 168:22 170:25 188:25 212:16 213:5 250:18 263:7,11 263:14,18 270:11 282:5 284:16 298:15 310:10 313:6,9 342:11 354:22 356:23 357:8 377:15 382:12,15 385:13 386:24 387:24 389:3,5 392:6,14

witnesses 284:9 318:6,9
witnesses' 393:3
won 172:16
woodmere 107:23
word 10:16,19 25:12 31:13 144:14
wording 366:7
words 49:22 76:21 94:14 105:24 222:4 277:2 282:3 365:6 366:3
work 7:15 12:24 12:25 24:10 105:6 105:10 119:6 127:23 128:3,23 129:18 130:20,23 130:25 149:10 238:5 248:2 249:5 249:20 335:25 355:13
worked 155:11 355:12
working 106:17 106:21,23 130:3 237:21 330:9 355:23
works 32:12 118:25 161:23,24 162:5 359:22 362:8 367:18,20
world 236:6
worry 141:9,14 207:20 228:5 234:13 335:16,20
worst 255:10
worth 258:20,21 375:17
worthless 231:21

**wow** 108:7,12
351:16 376:22,22
376:22,25
**wrap** 380:10
**write** 46:22,23
47:7,10,12 116:23
128:11 244:12
245:19 247:12
278:14
**writes** 79:12 81:11
82:17 86:19 197:3
199:24 206:24
245:10 246:8
247:8,22,25
249:17 251:4
252:4,7 253:4
279:23 311:4
349:2 350:6
352:24 358:6
**writing** 143:5
156:9 219:24
245:2 258:14
274:11,15 312:11
313:11,12 323:2
378:8,9
**written** 25:12
127:17 137:13
255:10 296:3,5
313:14 314:21
315:15 316:10
339:6
**wrong** 131:22
135:2 147:12
278:21 331:9
**wrote** 128:9 143:7
143:9 144:2
214:25 215:2
217:11 221:15
232:16 261:6
262:25 267:15
276:12 326:12

**www.gofundme...**
264:16

**x**

**x** 1:5,12 390:2
391:2

**y**

**y** 100:25 110:2
**yankee** 136:22
**yanky** 104:20
113:13 115:5,7,8,9
115:9,12,13 116:6
136:7,16 146:23
146:25 154:4
159:14 163:7,25
164:11 324:3
**yeah** 18:2 25:20
25:25 40:22 42:4
46:6 52:19 68:23
71:11 86:12,12
88:22,24 101:14
105:21 106:11
108:11 119:3
122:18 126:6
136:24 137:2
140:15 148:23
151:19 154:19
156:21 170:20
174:20,25 175:3
178:7 186:10
196:7,14,14 212:3
212:6 213:19,22
218:11,24 219:8
224:21 236:6
239:13 252:21
263:7,11,11
265:11 268:6
281:3 300:19
319:21 323:4,4
328:24 331:7
333:22 335:20,24

352:23 353:3
356:23 357:21
383:8
**year** 23:19 56:4
108:18 110:13
126:5,11 127:8
146:22 162:18
171:23 172:2
230:14 233:8
234:16 235:6
236:12,16 237:6
238:4 258:11
259:25 293:3
343:16
**years** 6:22,24,25
39:5 42:7 47:5
50:3,10 51:12,14
51:14,15,16 57:19
62:3 73:17 77:17
77:19,22,23 79:20
81:4 97:25 101:4
106:9,12,15,16,22
106:24 107:15,16
108:23 109:3,16
109:18 110:7,25
112:9 127:19
137:14 138:20
150:23 159:19
160:12,16 162:12
164:6 197:8,19,23
201:21 215:6
216:15 217:15,21
221:11,16 230:12
232:22 233:2
235:10 236:9
237:25 238:6,8
240:12,18 253:9
253:12,24 254:4
270:11 272:22
316:4,16 356:2,3
381:19 384:20

**yechiel** 345:24,25
346:3 348:19,23
354:21 359:25
360:4,21 362:21
369:7 370:12
**yeshiva** 107:8,10
107:10,17 109:15
109:15,17 110:8
**yeshivas** 109:17
109:25
**yesterday** 248:8
**york** 1:3,21 2:6,6
2:12,12 5:3 19:7,8
19:9 107:22,23,23
203:10 225:14
278:5 280:17
290:25 302:10
308:14 393:1
**yosef** 49:14
**youtube** 52:15,18
53:7,10 390:14
**youtube.com**
52:16
**yup** 24:12,12
48:22 127:5 162:4
306:7 343:4

**z**

**z** 74:11
**zero** 239:3
**zip** 94:15
**zoimen** 49:14
**zoom** 1:19 10:10
40:4 48:10,21
52:11 95:13 96:19
97:6 189:25
345:10
**zooming** 98:18

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.