---------- Forwarded message ---------
From: **Ari Teman** <ari@teman.com>
Date: Thu, Sep 6, 2018, 5:02 PM
Subject: Re: 3 Gateguard devices
To: A Goldenberg <AGoldenberg@goldmontrealty.com>


Yes

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**2 MINUTE VIDEO:**

GateGuard.xyz Face Recognition Intercom & AI Doorman

https://youtube.com/watch?v=Ski0UqQZKEU

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.


On Thu, Sep 6, 2018 at 5:01 PM, A Goldenberg <AGoldenberg@goldmontrealty.com> wrote:
Can we do closer to 530?



Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: Ari Teman <ari@teman.com>
Date: 9/6/18 4:43 PM (GMT-05:00)

To: A Goldenberg <AGoldenberg@goldmontrealty.com>
Subject: Re: 3 Gateguard devices

Sure. Let's do 5. My number is 212-203-3714

Ari Teman | Founder | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714

106 W 32nd Street, NYC
https://teman.com | ari@teman.com<mailto:ari@teman.com>
------
Services:
* GateGuard.xyz|Face-recognition entry panel, intercom, AI virtual doorman + camera
system

* LookLock.xyz|Smart Lock w/Video Doorbell + Security Camera + Concierce
(Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)

* PropertyPanel.xyz|NYC's #1 property platform: Find, Analyze, Comply, News, more.

* SubletSpy.com|Catch & Evict Illegal Airbnb-type sublets (reseller)
-------
Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer
-------
Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6
--------
10 SECOND VIDEO:GateGuard.xyz Face Recognition in
Actionhttps://youtube.com/watch?v=fTlrrtgAK8k<http://youtube.com/watch?
v=fTlrrtgAK8k>
--------
All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Thu, Sep 6, 2018, 2:58 PM A Goldenberg
<AGoldenberg@goldmontrealty.com<mailto:AGoldenberg@goldmontrealty.com>> wrote:
Sorry I stepped away from my desk, can we do 5 or 530?

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

From: Ari Teman <ari@teman.com<mailto:ari@teman.com>>
Sent: Thursday, September 6, 2018 2:38 PM
To: A Goldenberg
<AGoldenberg@goldmontrealty.com<mailto:AGoldenberg@goldmontrealty.com>>
Subject: Re: 3 Gateguard devices

Hi Abi,

I just called. How is 3:30pm or 5pm to talk?

We certainly do not need the $5M from one person, in fact we have a few families that would join, and I think that's good because it'll incentivize them to use our services and push their friends to use it and to invest in later rounds.

Ari
[Image removed by sender.]

Ari Teman | Founder | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com<mailto:ari@teman.com>
[Image removed by sender.]<https://teman.com>

Services:

GateGuard.xyz

|

Face-recognition entry panel, intercom, AI virtual doorman + camera system

LookLock.xyz

|

Smart Lock w/Video Doorbell + Security Camera + Concierge
(Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)

PropertyPanel.xyz

|

NYC's #1 property platform: Find, Analyze, Comply, News, more.

SubletSpy.com

|

Catch & Evict Illegal Airbnb-type sublets

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6
2 MINUTE VIDEO:

GateGuard.xyz Face Recognition Intercom & AI Doorman

https://youtube.com/watch?v=Ski0UqQZKEU

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Thu, Sep 6, 2018 at 1:15 PM, A Goldenberg
<AGoldenberg@goldmontrealty.com<mailto:AGoldenberg@goldmontrealty.com>> wrote:
Ari,

It is not in my spam either, not sure where it went. We spoke with our Rabbi he seemed to not be terribly bothered as we know our Jewish tenants are using the elevators on Shabbos but we are not making them as they can stay at home the whole Shabbos. Same with entry we are not making them use it as they can stay at home or as you suggested they can wait for someone else.

I am now looking into other buildings to put our first 10 together, we have many more but we can start with 10 then expand. If I know you will take me as part of a 100 for $1000 a building I might reach out to a contact or 2 and see if we can put together 100 I would definitely be giving more than 10 now.

In terms of investing what do you have in mind? Are you looking for $5 million from one person? Would you look into less? Let's speak when you have some time.

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14<https://maps.google.com/?q=1360+E.+14&entry=gmail&source=g>th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

From: Ari Teman <ari@teman.com<mailto:ari@teman.com>>
Sent: Wednesday, September 5, 2018 5:44 PM
To: A Goldenberg
<AGoldenberg@goldmontrealty.com<mailto:AGoldenberg@goldmontrealty.com>>
Subject: Re: 3 Gateguard devices

Hi Abi,

I will resend. Please check the spam folder, too.

Yes! In fact, if you are so into it, let's talk investing? We have a couple big families in already.

Ari

[Image removed by sender.]

Ari Teman | Founder | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC<https://maps.google.com/?q=106+W+32nd+Street,+NYC&entry=gmail&source=g>
https://teman.com | ari@teman.com<mailto:ari@teman.com>
[Image removed by sender.]<https://teman.com>

Services:

GateGuard.xyz

|

Face-recognition entry panel, intercom, AI virtual doorman + camera system

LookLock.xyz

|

Smart Lock w/Video Doorbell + Security Camera + Concierge
(Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)

PropertyPanel.xyz

|

NYC's #1 property platform: Find, Analyze, Comply, News, more.

SubletSpy.com

|

Catch & Evict Illegal Airbnb-type sublets

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6
2 MINUTE VIDEO:

GateGuard.xyz Face Recognition Intercom & AI Doorman

https://youtube.com/watch?v=Ski0UqQZKEU


All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Wed, Sep 5, 2018 at 5:28 PM, A Goldenberg
<AGoldenberg@goldmontrealty.com<mailto:AGoldenberg@goldmontrealty.com>> wrote:
Ari,

Where did you send the invoices to? I didn't seem to get them, either way I just spoke it
over with my father I put together a new list and I have 10 buildings. I want to go over these
buildings with the managers tomorrow so I will send you an updated list tomorrow. We
might pull 584 Rugby as we just got an offer on the building today which we are
entertaining the offer.

Also if I were to reach out to friends in the industry and together get 100 buildings would
you have the same offer?

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14<https://maps.google.com/?q=1360+E.+14&entry=gmail&source=g>th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

From: Ari Teman <ari@teman.com<mailto:ari@teman.com>>
Sent: Tuesday, September 4, 2018 5:47 PM
To: A Goldenberg
<AGoldenberg@goldmontrealty.com<mailto:AGoldenberg@goldmontrealty.com>>
Subject: Re: 3 Gateguard devices

Great. Thank you. I sent the invoices. I made a mistake on the LLC name so I resent. Please
let me know how I can be helpful. I will email Rabbi Jachter now.
[Image removed by sender.]

Ari Teman | Founder | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC<https://maps.google.com/?
q=106+W+32nd+Street,+NYC&entry=gmail&source=g>

https://teman.com | ari@teman.com<mailto:ari@teman.com>
[Image removed by sender.]<https://teman.com>

Services:

GateGuard.xyz

|

Face-recognition entry panel, intercom, AI virtual doorman + camera system

LookLock.xyz

|

Smart Lock w/Video Doorbell + Security Camera + Concierge
(Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)

PropertyPanel.xyz

|

NYC's #1 property platform: Find, Analyze, Comply, News, more.

SubletSpy.com

|

Catch & Evict Illegal Airbnb-type sublets


Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6
2 MINUTE VIDEO:

GateGuard.xyz Face Recognition Intercom & AI Doorman

https://youtube.com/watch?v=Ski0UqQZKEU


All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Tue, Sep 4, 2018 at 5:10 PM, A Goldenberg
<AGoldenberg@goldmontrealty.com<mailto:AGoldenberg@goldmontrealty.com>> wrote:
584 Rugby Road Brooklyn, NY<https://maps.google.com/?

q=584+Rugby+Road+Brooklyn,+NY&entry=gmail&source=g>
941 Fulton Street Brooklyn, NY 2 buildings

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14<https://maps.google.com/?q=1360+E.+14&entry=gmail&source=g>th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell