---------- Forwarded message ---------
From: **Ari Teman** <ari@teman.com>
Date: Fri, Sep 14, 2018 at 10:34 AM
Subject: Re: When works to chat and finish up the 10 buildings
To: A Goldenberg <AGoldenberg@goldmontrealty.com>


Hi Abi,
Here are the 4 invoices for the properties. Please let me know how I can be helpful.
Shabbat shalom & gmar tuv,
Ari


**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com



| Services: | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

1

GG00275

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**2 MINUTE VIDEO:**

GateGuard.xyz Face Recognition Intercom & AI Doorman

https://youtube.com/watch?v=Ski0UqQZKEU

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.


On Thu, Sep 13, 2018 at 10:40 AM, Ari Teman <ari@teman.com> wrote:
Hi Abi,

Yes, that's awesome.

So the math is, 5 devices  is : $3600 x 5 = 18000
10 devices is $2600 = $26,000.

It's your call -- I can see reasons to do either way. You can order the other 5 and we'll store them and not charge monthly fees until they're installed, or you can do the first deal. (Unfortunately we can't fund our team on promises so we only do final deals with payment, not commitments.)

Let me know your thoughts.

Ari


**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com



Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**2 MINUTE VIDEO:**

GateGuard.xyz Face Recognition Intercom & AI Doorman

GG00276

https://youtube.com/watch?v=Ski0UqQZKEU

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Thu, Sep 13, 2018 at 9:54 AM, A Goldenberg <AGoldenberg@goldmontrealty.com> wrote:
I am a rebbi in the morning til about 1. We can speak after that or I can just let you know what I decided to do yesterday. I spoke it over with my father yesterday and as I mentioned to you he agrees that we should start with a few just to see how it works. I would like to do 1 building per manager, so each of my managers get used to the system. I picked out 3 locations for each manager however 2 of them have 2 buildings. So we would be starting with 5 and a complete commitment to do atleast another 5 as soon as we get used to the system.
The addresses of the buildings are as follows
65 Willoughby Avenue Brooklyn
941 Fulton street 2 buildings at that address
837 E 22nd and 754 E 23rd st the buildings are back to back.

If you still want to speak you can call me after 1245...


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: Ari Teman <ari@teman.com>
Date: 9/13/18 9:40 AM (GMT-05:00)
To: A Goldenberg <AGoldenberg@goldmontrealty.com>
Subject: When works to chat and finish up the 10 buildings

Hi Abi,

Hope you had a great chag. Let's get this ball rolling so we can schedule installs.

Please let me know when works to chat today or this week.

Ari

Ari Teman | Founder | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com<mailto:ari@teman.com>

[https://mail.google.com/mail/c/u/1/photos/public/AIbEiAIAAABDCLnX58PBqMbNayILdmNhcmRfcGhvdG8qKDI4OTU1NWRjMjhmMGMzOTRhNzlmM2RhZjFhNmQ3N2UwZTQxYTllZGMwAVhhl-w4VoYqla4TAKj8A17rvdBX]<https://teman.com>  Services:
GateGuard.xyz   |     Face-recognition entry panel, intercom, AI virtual doorman + camera system
LookLock.xyz    |     Smart Lock w/Video Doorbell + Security Camera + Concierge
(Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)
PropertyPanel.xyz    |     NYC's #1 property platform: Find, Analyze, Comply, News, more.
SubletSpy.com   |     Catch & Evict Illegal Airbnb-type sublets

3

GG00277

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

2 MINUTE VIDEO:
GateGuard.xyz Face Recognition Intercom & AI Doorman
https://youtube.com/watch?v=Ski0UqQZKEU

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

GG00278



**GateGuard INC (a Division of Teman)**
Teman.com
support.team@teman.com
212-203-3714

106 W 32nd St
FL 2
New York, NY 10001

## INVOICE

| | | | |
|---|---|---|---|
| Invoice Number | **0079** | **Abi Goldenberg** | |
| Invoice Date | 09/14/2018 | agoldenberg@goldmontrealty.com | |
| Due Date | 09/14/2018 | Building Address: 65 WILLOUGHBY AVE | |
| Balance Due | $6,237.00 | Building Owner LLC: WILLOUGHBY PROPERTIES LLC | |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| GateGuard V1 Panel | V1 Panel (discounted for ordering 3-10 devices) | $3,600.00 | 1 | $3,600.00 |
| 1 Device Wiring Labor & parts | 2 Men, Cable, Parts | $849.00 | 1 | $849.00 |
| Platinum Plan Monitoring | 1st year Upfront | $149.00 | 12 | $1,788.00 |

**Terms**
Payer accepted and accepts and terms at https://GateGuard.xyz

| | |
|---|---|
| Subtotal | $6,237.00 |
| Paid To Date | $0.00 |
| Balance Due | $6,237.00 |

Please make checks payable to GateGuard INC.

**GG00279**



**GateGuard INC (a Division of Teman)**
Teman.com
support.team@teman.com
212-203-3714

106 W 32nd St
FL 2
New York, NY 10001

## INVOICE

| | | | |
|---|---|---|---|
| Invoice Number | **0080** | **Abi Goldenberg** | |
| Invoice Date | 09/14/2018 | agoldenberg@goldmontrealty.com | |
| Due Date | 09/14/2018 | Building Address: 65 WILLOUGHBY AVE | |
| Balance Due | $11,154.00 | Building Owner LLC: WILLOUGHBY PROPERTIES LLC | |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| GateGuard V1 Panel | V1 Panel (discounted for ordering 3-10 devices) | $3,600.00 | 2 | $7,200.00 |
| 1 Device Wiring Labor & parts | 2 Men, Cable, Parts | $849.00 | 2 | $1,698.00 |
| Platinum Plan Monitoring | 1st year Upfront | $149.00 | 12 | $1,788.00 |
| Platinum Plan 2nd Device | 1st year Upfront (Insurance, Backup) | $39.00 | 12 | $468.00 |

**Terms**
Payer accepted and accepts and terms at https://GateGuard.xyz

| | |
|---|---|
| Subtotal | $11,154.00 |
| Paid To Date | $0.00 |
| Balance Due | $11,154.00 |

Please make checks payable to GateGuard INC.

**GG00280**



**GateGuard INC (a Division of Teman)**
Teman.com
support.team@teman.com
212-203-3714

106 W 32nd St
FL 2
New York, NY 10001

## INVOICE

| | | | |
|---|---|---|---|
| Invoice Number | **0081** | **Abi Goldenberg** | |
| Invoice Date | 09/14/2018 | agoldenberg@goldmontrealty.com | |
| Due Date | 09/14/2018 | Building Address: 837 E 22 | |
| Balance Due | $6,237.00 | Building Owner LLC: CAMPUS ROAD REALTY ASSOC | |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| GateGuard V1 Panel | V1 Panel (discounted for ordering 3-10 devices) | $3,600.00 | 1 | $3,600.00 |
| 1 Device Wiring Labor & parts | 2 Men, Cable, Parts | $849.00 | 1 | $849.00 |
| Platinum Plan Monitoring | 1st year Upfront | $149.00 | 12 | $1,788.00 |

**Terms**
Payer accepted and accepts and terms at https://GateGuard.xyz

| | |
|---|---|
| Subtotal | $6,237.00 |
| Paid To Date | $0.00 |
| Balance Due | $6,237.00 |

Please make checks payable to GateGuard INC.

**GG00281**



**GateGuard INC (a Division of Teman)**
Teman.com
support.team@teman.com
212-203-3714

106 W 32nd St
FL 2
New York, NY 10001

## INVOICE

| Invoice Number | **0082** | **Abi Goldenberg** |
|---|---|---|
| Invoice Date | 09/14/2018 | agoldenberg@goldmontrealty.com |
| Due Date | 09/14/2018 | Building Address: 837 E 22 |
| Balance Due | $6,237.00 | Building Owner LLC: CAMPUS ROAD REALTY ASSOC |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| **GateGuard V1 Panel** | V1 Panel (discounted for ordering 3-10 devices) | $3,600.00 | 1 | $3,600.00 |
| **1 Device Wiring Labor & parts** | 2 Men, Cable, Parts | $849.00 | 1 | $849.00 |
| **Platinum Plan Monitoring** | 1st year Upfront | $149.00 | 12 | $1,788.00 |

**Terms**
Payer accepted and accepts and terms at https://GateGuard.xyz

| | |
|---|---|
| Subtotal | $6,237.00 |
| Paid To Date | $0.00 |
| Balance Due | $6,237.00 |

Please make checks payable to GateGuard INC.

**GG00282**