---------- Forwarded message ---------
From: **A Goldenberg** <AGoldenberg@goldmontrealty.com>
Date: Wed, Dec 19, 2018, 1:36 PM
Subject: RE: Any news?
To: Jeanne Weisberg <Jeanne@goldmontrealty.com>, Ari Teman <ari@teman.com>

Yes that works

---

**From:** Jeanne Weisberg <Jeanne@goldmontrealty.com>
**Sent:** Wednesday, December 19, 2018 11:44 AM
**To:** Ari Teman <ari@teman.com>
**Cc:** A Goldenberg <AGoldenberg@goldmontrealty.com>
**Subject:** RE: Any news?

Hi Ari

My apologies - I have been out sick.

Leon is available next week on Wednesday, December 26th.  Abi is usually available in the afternoon so I can set something up at 2:15.

Does that work for you?  And Abi - does that work for you too?

Jeanne Weisberg

Executive Assistant to

Leon Goldenberg, CEO

Goldmont Realty Corp.

1360 East 14th Street

Suite 101

Brooklyn, NY  11230

718-972-1800 ext. 226


**From:** Ari Teman [mailto:ari@teman.com]
**Sent:** Wednesday, December 19, 2018 11:07 AM
**To:** Jeanne Weisberg <Jeanne@goldmontrealty.com>
**Cc:** A Goldenberg <AGoldenberg@goldmontrealty.com>
**Subject:** Re: Any news?


Hi Jeanne,

Following up. Is there a time next week which works for Mr. Goldenberg?

Thank you!

Ari



**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road


**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Wed, Dec 12, 2018 at 3:14 PM Ari Teman <ari@teman.com> wrote:

Hi Jeanne,

My name is Ari Teman. As you can see, Abi asked me to email you to schedule a meeting with Mr. Goldenberg.

Next week I am available:  Wednesday after 1pm through Friday
The following week: Monday and Tuesday.

I am also available today (tomorrow morning I fly to our office in Miami) if possible and helpful.

Please let me know how I can be helpful.

Thank you!
Ari



**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square

Miami: Lincoln Road

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Wed, Dec 12, 2018 at 3:00 PM A Goldenberg <AGoldenberg@goldmontrealty.com>
wrote:

> I spoke with him, he said we should set up a meeting for next week. If you are available
> email Jeanne@goldmontrealty cc me and say that I spoke to Leon and he would like to
> set up a meeting sometime next week. She has his schedule.
>
>
> **From:** Ari Teman <ari@teman.com>
> **Sent:** Tuesday, December 11, 2018 12:05 PM
> **To:** A Goldenberg <AGoldenberg@goldmontrealty.com>
> **Subject:** Any news?
>
>
> Hi Abi,
>
> Any word from you father?
>
> Thanks!
>
> Ari