---------- Forwarded message ---------
From: **Ari Teman** <ari@teman.com>
Date: Tue, Jan 22, 2019, 5:06 PM
Subject: Teman GateGuard : Cloud access to 50,000 buildings and millions of tenants
To: A Goldenberg <agoldenberg@goldmontrealty.com>, <Goldmont@aol.com>


Hi Leon and Abi,

It was a pleasure speaking with you. Below is our overview, deck, and pro-forma.

Please let me know how I can be helpful.

Ari

**Overview:**

After a crazy Airbnb incident that became the #1 story on the internet, our founder built a tool (SubletSpy) that's helped hundreds of landlords catch & remove thousands of illegal sublets, then realized landlords *don't know who is in their building & who isn't* (sublets, non-primaries, absentee staff, vendors, even dead tenants!), so we created "GateGuard.xyz", the Face Recognition Intercom & AI Doorman, and "PropertyPanel.xyz", a "Bloomberg Terminal for Real Estate" property data, analytics, and management platform.

**Less than 3-years old, we serve over 300 landlords & management companies across North America and as far as Sydney across all our services.** We're now selling from NYC to Miami to Chicago to LA to Mexico to Canada.

Almost every tenant has our app, giving us direct digital & physical access to each tenant to offer services, products, media, and to valuable data. **Couriers, consumer goods companies, service companies, and more come to us to partner (pay us to) gain access to buildings.**

Visa Europe chose us as one of the top-6 cyber startups at DLD, and we've been featured in the cover story of TheRealDeal, and on ABC, NBC, CBS, PIX, etc.

**Metrics & Stickiness:**

We went from 50 buildings in our first year to selling more than that  monthly, to our "no money down" model where we had just over 700 buildings apply in a month! Each building pays between $49 and $299/mo for at least ten years, giving us solid recurring revenue to finance against for growth.

Clients can (and often do) increase their plans, add users, add services, etc., and we'll up-sell them on additional services, so we expect to 3-5x that MRR. Most clients with multiple buildings start with 1-3 buildings and increase until they add their full portfolio. We have 10-year contracts and we are physically installed on the buildings and our app is on every tenant's mobile -- very sticky!

**When we hit 50,000 buildings we project over $90M MRR** including ancillary services & fees (courier fees, data, services), and we're on-track to hit that target in under 5 years.

**Technology & IP:**

We have the most-comprehensive data on NYC real estate, proprietary, top-performing Artificial Intelligence

in a number of categories, and unprecedented real-time insight into the activity of tenants (deliveries, guests, relationships, etc.).

We have patents-pending and will file additional patents shortly.

**Cap table + Ask:**

*We built pretty-much everything off revenue.*

(1) We raised a total of $185K from: Aaron Weitman (**Appaloosa**) Jay Goldberg (**Hudson Ventures**); Kerry Miller (**Goldman Sachs**); Michael Mintz (**FirstService Residential**); Menachem Landau (**SnapAdvances**); SubletSpy (owned by Ari) put in $325K (non-dilutive); Howard Morgan (**FirstRound**) and Amir Orad (**SiSense**), and Mendel Rogatsky (**Madison Realty**) are joining this round (SAFE notes).

We project $7M-10M ARR for this coming year and have a few major enterprise contracts we're about to announce (major telco, services, etc). **Local, National & International growth has outpaced projections.**

(2) The last round was a SAFE (we still own 97% of the company);

(3) We're raising $5M to support and multiply the rapid growth. (Update: Thanks to new factory financing we can begin with $3M, but would still prefer to raise the $5M to build faster.)

## Pro Forma (Projections):

Note: Projections are based on the "subsidized" model ("free device + monthly fees") to get to scale (10K buildings, then 50K...), where most money is made from ancillary fees (courier fees, services, telco, data) in addition to monthly service fees:

**Google Drive:  Spreadsheet**
**Dropbox: Excel (xlsx)**

**Deck:**

Note: The deck has not been updated since we started selling in Mexico, Miami, LA, Chicago, and also signed our deal with AT&T. We have a number of other deals pending with service providers.

**Google Drive: PDF**
**Dropbox:  PDF**

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com



| Services: | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:

NYC: Herald Square
Miami: Lincoln Road

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.