---------- Forwarded message ---------
From: **Ari Teman** <ari@teman.com>
Date: Mon, Mar 11, 2019, 9:43 AM
Subject: Teman : Cloud access to 50,000 buildings and millions of tenants
To: <jweissman@omnimh.com>
Cc: Ely Pasternak <ely.pasternak@gmail.com>, A Goldenberg
<agoldenberg@goldmontrealty.com>


Hi Jerry,

Great meeting you. Here's the overview & our investment deck. Since we met we have another $500K committed from 2 investors, and Michael Stoler will join as well (numbers TDB, just met Friday).

Please let me know how I can be helpful.

Ari

**Overview:** After a crazy Airbnb incident that became the #1 story on the internet, our founder built a tool that's helped hundreds of landlords catch & remove thousands of illegal sublets, then realized landlords *don't know who is in their building & who isn't* (sublets, non-primaries, absentee staff, vendors, even dead tenants!), so we created "GateGuard.xyz", an Artificial Intelligence face recognition intercom, smart lock, & camera analytics platform, and "PropertyPanel.xyz", a "Bloomberg Terminal for Real Estate" property data, analytics, and management platform.

Just 2-years old, we serve over 300 landlords & management companies across North America and as far as Sydney across all our services.

We have the most-comprehensive data on NYC real estate, the world's #1 performing AI in a number of categories, and unprecedented real-time insight into the activity of tenants (deliveries, guests, relationships, etc.).

We are steadily taking over the full technology stack of multifamily CRE. Visa Europe chose us as one of the top-6 cyber startups at DLD, and we've been featured in TheRealDeal, ABC, NBC, CBS, PIX, etc.

We're now getting requests from Latin America, Canada, the Middle East, and across North America and are starting showrooms in cities across the USA over the next couple of months, the first in Miami. **Couriers, consumer goods companies, service companies, and more come to us to partner (pay us to) gain access to buildings. Every tenant has our app -- direct digital & physical access to every tenant to offer services, products, media, and data.**

**Metrics & Stickiness:**
We went from 100 buildings last year to having 300+ buildings apply in one month,  which adds $6.2M in recurring revenue under contract.

Clients can & usually do increase their plans, add users, etc., and we'll upsell them on additional services, so we expect to 3-5x that MRR. Most clients with multiple buildings start 1-3 buildings and increase (From 10 to 60!).

 When we hit 50,000 buildings we project over $90M MRR including ancillary services & fees, and we're on-track to hit that target in under 5 years. We have 10-year contracts and we are physically installed on the buildings and our app is on every tenants mobile!

**Cap table + Ask:** *We built pretty-much everything off revenue.* (1) We raised a total of $235K from:

Howard Morgan (**FirstRound**), Aaron Weitman (**Appaloosa**) Jay Goldberg (**Hudson Ventures**); Kerry Miller

(**Goldman Sachs**); Michael Mintz (**FirstService Residential**); Menachem Landau (**SnapAdvances**);

However, the demand has become too much for our small team to handle, and we're getting demand in a wider geographic area, so orders are slipping through and we need to scale. We project $7M-10M ARR for this coming year and have a few major enterprise contracts we're about to announce (2) The last round was a SAFE (we still own 97% of the company); (3) We're raising $5M to support and multiply the rapid growth.

**DECK:**
**Google Drive:** https://drive.google.com/open?id=1pQlgvSmn4o3Du3jxUhKMfR26yW3pf7mU
**Dropbox:** https://www.dropbox.com/s/cjeww1oqmbz0yrv/Friend-or_Fraud-TEMAN-_DECK_2018-06-12-DRAFT-G3.pdf?dl=0

## PRO FORMA PROJECTIONS:

**Here is our pro-forma** based largely on the "subsidized" model ("free device") to get to scale (10K buildings, then 50K...). It does not include the previous years where we were selling the devices for $5600-15000/shot and self-funding the operation since it's a completely different model:

**Google Drive:**  https://drive.google.com/file/d/1pQlgvSmn4o3Du3jxUhKMfR26yW3pf7mU/view?usp=sharing

**Dropbox:** https://www.dropbox.com/s/7vc1c6q5lhp2ycx/S6-GateGuard_Financial-Projections-Spreadsheet-11302017_0-5.xlsx?dl=0

**UPDATES (after the deck):**

- We added one of the largest management companies in the USA (hundreds of buildings managed)
- We added 3 of the largest landlords in NYC -- combined they own about 500 buildings. (We will ram up slowly with them, as typical).
- We just partnered with the largest network of landlords in NYC, which will add over 3500 clients in one shot.
- We are filing another patent
- We have added customers in Chicago and Connecticut and buildings in Miami since the deck, and are now doing a few distribution deals (outside NYC)

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com



Services:
| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:

The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**WATCH NOW: 2 MINUTE VIDEO**

GateGuard.xyz Face Recognition Intercom & AI Doorman



**https://www.youtube.com/watch?v=Ski0UqQZKEU**

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.