---------- Forwarded message ---------
From: **Ari Teman** <ari@teman.com>
Date: Thu, Feb 28, 2019, 1:16 PM
Subject: Amazing updates
To: <Goldmont@aol.com>, A Goldenberg <agoldenberg@goldmontrealty.com>, Yechiel Bromberg <Ybromberg@eliteins.com>, Barry Schechter (Barry@schechterco.net) <Barry@schechterco.net>

Hi all,

Some great updates:

1. We just landed the Archdiocese as a client!

2. Our new hire, Levi, sold 7 buildings on his *first* day (yesterday) **--** more than doubling his base salary ($4K) in *upfront* payments alone -- and we get paid more than 10x on it over 10 years (and 30x over 30 years). He's also lined-up a number of additional calls for the rest of the week.

3. You'll see us in The Real Deal this month, full page ad.

4. It looks like two more guys from Crown Heights will join the round with around $700K. Soft commitment.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com



| Services: | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**WATCH NOW: 2 MINUTE VIDEO**

GateGuard.xyz Face Recognition Intercom & AI Doorman



**https://www.youtube.com/watch?v=Ski0UqQZKEU**

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.