**Attachments:**     receipt-and-terms.pdf

---

---------- Forwarded message ---------
From: <support.team@teman.com>
Date: Mon, Feb 11, 2019, 3:01 PM
Subject: Your GateGuard order #h9yttw3j is updated
To: <agoldenberg@goldmontrealty.com>, <gateguard.backup@gmail.com>

**Thanks Abi.**

Your order ID is **h9yttw3j**.

Order Date: **02/11/2019 14:58**

We will notify you about installation, and send you additional instructions.

## Client details

First Name: **Abi**
Last Name: **GOLDENBERG**
Email: **agoldenberg@goldmontrealty.com**
Phone: **3475540880**

## You ordered

### 118 East 93 Street, New York, NY 10128

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 1633 Lexington Avenue, New York, NY 10029

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 1631 Lexington Avenue, New York, NY 10029

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 153 East 103 Street, New York, NY 10029

| Item | Quantity |
|---|---|

| | |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 162 East 109 Street, New York, NY 10029

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 545 West 133 Street, New York, NY 10027

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 634 West 135 Street, New York, NY 10031

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 287 Edgecombe Avenue, New York, NY 10031

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 291 Edgecombe Avenue, New York, NY 10031

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 518 West 139 Street, New York, NY 10031

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 635 Riverside Drive, New York, NY 10031

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 617 West 141 Street, New York, NY 10031

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 544 West 158 Street, New York, NY 10032

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 543 West 162 Street, New York, NY 10032

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 145 Audubon Avenue, New York, NY 10032

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 605 West 156 Street, New York, NY 10032

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 625 West 156 Street, New York, NY 10032

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 894 Riverside Drive, New York, NY 10032

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 40 Sherman Avenue, New York, NY 10040

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 46 Sullivan Street, Brooklyn, NY 11231

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 759 46 Street, Brooklyn, NY 11220

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 640 Warren Street, Brooklyn, NY 11217

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 990 President Street, Brooklyn, NY 11225

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**166 Brooklyn Avenue, Brooklyn, NY 11213**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**168 Brooklyn Avenue, Brooklyn, NY 11213**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**775 St Johns Place, Brooklyn, NY 11216**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**1016 President Street, Brooklyn, NY 11225**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**1514 Sterling Place, Brooklyn, NY 11213**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**896 Madison Street, Brooklyn, NY 11221**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**917 Greene Avenue, Brooklyn, NY 11221**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**861 Greene Avenue, Brooklyn, NY 11221**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**880 Greene Avenue, Brooklyn, NY 11221**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**21 East 21 Street, Brooklyn, NY 11226**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 65 Lenox Road, Brooklyn, NY 11226

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 1834 Caton Avenue, Brooklyn, NY 11226

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 475 Ocean Avenue, Brooklyn, NY 11226

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 199 Linden Boulevard, Brooklyn, NY 11226

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 25 Tennis Court, Brooklyn, NY 11226

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 35 Tennis Court, Brooklyn, NY 11226

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 612 Ocean Avenue, Brooklyn, NY 11226

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 164 East 17 Street, Brooklyn, NY 11226

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 363 East 21 Street, Brooklyn, NY 11226

| Item | Quantity |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

### 1021 Ocean Avenue, Brooklyn, NY 11226

| Item | Quantity |
| --- | --- |

| | |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**596 East 13 Street, Brooklyn, NY 11230**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**553 East 2 Street, Brooklyn, NY 11218**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**1400 Ocean Avenue, Brooklyn, NY 11230**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**1085 East 15 Street, Brooklyn, NY 11230**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**1111 East 15 Street, Brooklyn, NY 11230**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**1360 East 14 Street, Brooklyn, NY 11230**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**20 Baughman Place, Brooklyn, NY 11234**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

**141 St Marks Place, Staten Island, NY 10301**

| Item | Quantity |
|---|---|
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | 1 |

Devices & installation ships in about 90 days.

Questions? support.team@teman.com

## Pricing

| Item | Price |
| --- | --- |
| Teman GateGuard.xyz V2.0 Device (Free Device & Installation) | $0 |