5:43

**Abi Goldenberg**

March 19, 2019

Hi Abi. Can you chat today? I'm getting calls about Bauman's lock... it was working when my guy's left. I don't have 10 guys to send around, nobody in the office to coordinate them, etc
2:03 PM ✓✓

I just sat down with my father to speak with him, then he got an emergency call and left. I will try to speak to him
2:32 PM

yikes :)  2:32 PM ✓✓

In the meantime, can you agree to pay the $1500/device you had said you'd do before the discussion of your father investing? There's still the $849 security deposit we forgot. This is enough for me to staff up, get a few more installers & 100+ devices to install
3:07 PM ✓✓

I just spoke with him, I have a few other things going on can we speak in an hour or so?
3:31 PM

Type a message

GG00254