Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**2 MINUTE VIDEO:**

GateGuard.xyz Face Recognition Intercom & AI Doorman

https://youtube.com/watch?v=Ski0UqQZKEU

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.


On Thu, Sep 13, 2018 at 10:40 AM, Ari Teman <ari@teman.com> wrote:
Hi Abi,

Yes, that's awesome.

So the math is, 5 devices  is : $3600 x 5 = 18000
10 devices is $2600 = $26,000.

It's your call -- I can see reasons to do either way. You can order the other 5 and we'll store them and not charge monthly fees until they're installed, or you can do the first deal. (Unfortunately we can't fund our team on promises so we only do final deals with payment, not commitments.)

Let me know your thoughts.

Ari


**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com



| Services: | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**2 MINUTE VIDEO:**

GateGuard.xyz Face Recognition Intercom & AI Doorman

GG00276