---------- Forwarded message ---------
From: **A Goldenberg** <AGoldenberg@goldmontrealty.com>
Date: Wed, Jan 23, 2019, 3:47 PM
Subject: RE: Can I refer someone to you as a reference?
To: Ari Teman <ari@teman.com>


Sure


**From:** Ari Teman <ari@teman.com>
**Sent:** Wednesday, January 23, 2019 2:25 PM
**To:** A Goldenberg <AGoldenberg@goldmontrealty.com>
**Subject:** Can I refer someone to you as a reference?


Hi Abi,

A large landlord would like to know about the system. Can I please use you as a reference?


Ari



**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

| Services: | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.