---------- Forwarded message ---------
From: **Ari Teman** <ari@teman.com>
Date: Fri, Feb 15, 2019, 1:27 PM
Subject: Updates: 300 buildings ordered in 1 week, new hires, Greystar, The Real Deal
To: <Goldmont@aol.com>, Yechiel Bromberg <Ybromberg@eliteins.com>, Barry Schechter (Barry@schechterco.net) <Barry@schechterco.net>, Ely Pasternak <ely.pasternak@gmail.com>, A Goldenberg <agoldenberg@goldmontrealty.com>


Hi Leon, Yechiel, Abi, Ely, and Barry,

We've been moving and growing very fast the last few weeks, so some updates:

1. We have launched our giveaway (free device, free installation, monthly fee) and had about 300 buildings in a week. I expect we'll beat our projections of 1000 buildings in 1 year by 10x. **We now locked in over $6.2M recurring revenue under contract** and have clients from: Miami, Chicago, LA, Philly, Newark, Arkansas (Walmart guys), Mexico, and of course across NYC! The more devices go up, the more people see us and order.

2. We hired two people:

- Yoseff Shachor, Operations. He's already made my life a lot easier and helping us grow faster.

- Levi Herman, sales. He's already sold a couple landlords, loves the product, and has strong sales experience, both cold calling and as an agent.

  I plan to hire 3-4 more young sales people, and a sales manager, soon.

3. We won a contract with Greystar, and one with the construction company that builds Walmarts. They are not only in love with our intercom, but the full "platform play".

4. We got great financing terms from our factory, so if we're efficient, we can get most devices paid-for before we even pay the factory!

5. You will start to see our ads in The Real Deal, in print and online, and on other platforms this coming month.
Please let me know how I can be helpful.

Shabbat Shalom.

Ari

**Ari Teman | Founder | teman™**

We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com



Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:

The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road



**WATCH NOW: 2 MINUTE VIDEO**
GateGuard.xyz Face Recognition Intercom & AI Doorman

**https://www.youtube.com/watch?v=Ski0UqQZKEU**

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.