All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Fri, Feb 15, 2019 at 1:01 PM Andrew Cruz <Andrew.Cruz@regus.com> wrote:

Great.  Thank you for your business. I need to check with the team as we just discussed.

We discussed Tuesday worse case due to Monday being a holiday.  I need to connect with them to see what can be done today from a keys and building ID badge stand point.  Also what are you looking to move over as this needs to be squared away with the building and freight elevator etc, so need to connect the dots on all to give you a solid answer.

Andrew L. Cruz

T 212.672.1663 M 646.379.3781 E andrew.cruz@regus.com

Area Sales Manager – Team Leader – NY Metro Area



**3300 locations, 900 cities, 120 countries**

From: Ari Teman [mailto:ari@teman.com]
Sent: Friday, February 15, 2019 12:59 PM
To: Andrew Cruz; Yoseff Shachor
Subject: Re: Your Regus Service Agreement

Done. Payment added. Can we get in today?

Please let me know how I can be helpful.

4

**GG00196**

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com



Services:

| | | |
|---|---|---|
| GateGuard.xyz | | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road



**WATCH NOW: 2 MINUTE VIDEO**

GateGuard.xyz Face Recognition Intercom & AI Doorman

**https://www.youtube.com/watch?v=Ski0UqQZKEU**

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Fri, Feb 15, 2019 at 12:47 PM <Andrew.Cruz@regus.com> wrote:

GG00197

 **Regus**™                    # Online Service Agreement

Dear Ari Teman,

We are excited about the opportunity to assist you with your workplace solution.

Please click the button below to review your agreement. At that time you may accept the terms and conditions and confirm the agreement so that we may begin the move-in process.

| Order overview: | |
| --- | --- |
| **Center Name :** | NY, New York City - Madison Square Garden |
| **Reference Number:** | 8192-1139827 |

> **> View full order details**

Yours sincerely,

Andrew Cruz

Copyright © 2009 Regus plc. All rights reserved.
Reproduction in whole or in part in any form or medium without express written permission of Regus plc is prohibited.

6

**GG00198**

 

The information contained in this e-mail (including any attachments) is intended only for the personal and confidential use of the recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete the message and any copies from your system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients, is not authorised and may be unlawful.

7

GG00199

---------- Forwarded message ---------
From: Ari Teman <ari@teman.com>
Date: Sun, Mar 3, 2019 at 1:04 PM
Subject: Connecting our Vonage phones (Yealink T29G IP phones)
To: <account.helpdesk@regus.com>
Cc: Yoseff Shachor <yoseff@teman.com>, Viktor K. <viktor@teman.com>


Hi guys,

We need technical support. Our account number is: 9521009. We have the Yealink T29Gs, use Vonage Business, and are in a Regus managed office at 5 Penn Plaza (#2372).

The phones are plugged into an unmanaged POE switch, which is plugged into the ethernet jack in the wall. Is there anything we need to do to get these 3 devices working on this Regus network (I assume you've got many other businesses on the network)?

If you need MAC addresses to whitelabel:

- 001565E5FAC4
- 001565E5FA52
- 001565E5FA6C

8

GG00200

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road



**WATCH NOW: 2 MINUTE VIDEO**

GateGuard.xyz Face Recognition Intercom & AI Doorman

**https://www.youtube.com/watch?v=Ski0UqQZKEU**

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

GG00201