---------- Forwarded message ---------
From: **Ari Teman** <ari@teman.com>
Date: Thu, Jan 24, 2019, 8:47 AM
Subject: We've got one of our Operations guys!
To: A Goldenberg <agoldenberg@goldmontrealty.com>, <Goldmont@aol.com>


Hi Leon and Abi,

Exciting news. Yoseff Shachor will join us as one of our operations leaders. He was a Givati Staff Sargent, interned for MK Michael Oren, has a masters in Management & Leadership from Hebrew University, co-founded and led a number of respected groups, and is a natural organizer, presenter, networker, and diplomat.

I gave him a test to organize 20 teams to do 200 installations in 2 days, and he asked the right questions, quickly understood the challenges. He drew grid of NYC (areas), then he ranked jobs 1-4 in difficulty. He assigned teams to tackle 1 (Easy) jobs first, the jobs that take 30-60 minutes, so we get most volume done and let most time-consuming jobs wait or be outsourced to 3rd party installers. He is exactly the kind of mind we need and I'm sure will help attract even more great talent.

As luck would have it, he got engaged to a girl who "voted" they live in NYC, and if my understanding of marriage is still correct, wives get 51% of the vote, so he's arrived just in time.

Ari