---------- Forwarded message ---------
From: **Ari Teman** <ari@teman.com>
Date: Tue, Feb 5, 2019, 10:24 AM
Subject: Great news: (1) Walmart's guys chose us (2) Discovering "extra" tenants in 31 e 21
To: <Goldmont@aol.com>, A Goldenberg <agoldenberg@goldmontrealty.com>


Hi Leon and Abi,

Two bits of great news:

1. Jetton, which builds Walmarts ( https://jettoncon.com/ ) and other major retailers, are building 50 student housing projects around the US, and they chose our platform. Student housing is a huge market, as I'm sure you know, and the data & access to that age group, is even more valuable. Students also order lots of services like laundry, food, etc.

2. We are already ***discovering a bunch of people in 31 e 21 who you don't have on the tenant list.*** We're sending Andrew the info, including IDs with mismatched name / addresses. He's on top of it -- he's awesome.
Please let me know how I can be helpful.


- Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com



Services:

| GateGuard.xyz | | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel xyz | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**WATCH NOW: 2 MINUTE VIDEO**
GateGuard.xyz Face Recognition Intercom & AI Doorman in Action
**https://www.youtube.com/watch?v=Ski0UqQZKEU**

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

TO: **MICHEL A. HOSSANAH**, UNIT 6A, 31 East 21st
street

Hi MICHEL A.,

Exciting news. We've installed a new intercom "virtual
doorman" that we hope will make your experience easier,
safer, and more enjoyable. It has a few nice
improvements.

No more worrying about lost keys: The new intercom
panel recognizes your face (like Facebook) and unlocks
the door with a 4-digit PIN.

You can even let guests in from any iPhone, iPad, or
Android smartphone or tablet using the free app, and even
a guest code to enter when you're not home.



device can take a few entries to "learn" your face at dif
ID & PIN. You may need to use them to enter the first coupl
We cannot provide ID or PINs over the phone. Only your bu

**SAFE: NEVER SHARE YOUR ID OR PIN**
person in your unit should have their own ID & PIN.