1

---------- Forwarded message ---------
From: **Ari Teman** <ari@teman.com>
Date: Wed, Feb 13, 2019 at 10:53 AM
Subject: Re: Intro
To: Ely Pasternak <ely.pasternak@gmail.com>
Cc: Yechiel Bromberg <ybromberg@eliteins.com>, Barry Schechter <barry@schechterco.net>


It was nice meeting you, Barry.  Here's a screenshot of us buzzing the intercom and unlocking the door.

**GG00260**



Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com



Services:

| GateGuard.xyz | | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**WATCH NOW: 2 MINUTE VIDEO**

GG00261



GateGuard.xyz Face Recognition Intercom & AI Doorman

**https://www.youtube.com/watch?v=Ski0UqQZKEU**

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Sun, Feb 10, 2019 at 10:33 AM Ely Pasternak <ely.pasternak@gmail.com> wrote:
  If I forgot where your office is we in big trouble.

  On Feb 10, 2019, at 10:27 AM, Yechiel Bromberg <ybromberg@eliteins.com> wrote:

  Correct. The address is below if you forgot.


  *Yechiel Bromberg*

  *Elite Insurance Agency, Inc.*

  *3004 Avenue L, Brooklyn, NY 11210*

  *718-692-3888*

  *Fax 718-377-2020*

  *ybromberg@eliteins.com*

---

**From:** Ely Pasternak [mailto:ely.pasternak@gmail.com]
**Sent:** Sunday, February 10, 2019 10:27 AM
**To:** Yechiel Bromberg

3

**GG00262**

**Cc:** Ari Teman; Barry Schechter
**Subject:** Re: Intro

Perfect. Thank you. I assume we are meeting at your office Yechiel?

Ely Pasternak

On Feb 10, 2019, at 10:26 AM, Yechiel Bromberg <ybromberg@eliteins.com> wrote:

Let's leave it for 9:30. Based on the way Ely wrote that, I am assuming he might be a little later.

Barry Please confirm

Thank you

*Yechiel Bromberg*

*Elite Insurance Agency, Inc.*

*3004 Avenue L, Brooklyn, NY 11210*

*718-692-3888*

*Fax 718-377-2020*

*ybromberg@eliteins.com*

**From:** Ari Teman [mailto:ari@teman.com]
**Sent:** Sunday, February 10, 2019 10:20 AM
**To:** Ely Pasternak
**Cc:** Yechiel Bromberg; Barry Schechter
**Subject:** Re: Intro

Does 9:30 work? I can get there at 9am and Ely can join when he arrives if that's helpful.

GG00263

Also, great news: We switched over to our "free device" model last week and had almost 300 buildings sign up on Thurs & Friday, in NY, NJ, and PA. That's about $5.2M in revenue under contract in 2 days -- spread over years, but still a great start.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com



Services:
| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road



**WATCH NOW: 2 MINUTE VIDEO**

GateGuard.xyz Face Recognition Intercom & AI Doorman

**https://www.youtube.com/watch?v=Ski0UqQZKEU**

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

GG00264