--------- Forwarded message ---------
From: Ely Pintensak <ely.pintensak@gmail.com <mailto:ely.pintensak@gmail.com> >
Date: Mon, Mar 4, 2019, 12:34 PM
Subject: Invitation: Guizgued Meeting @ Onear Managed Health @ Thu 2019-03-07 2:45pm – 3:30pm (EST) (Art Yemez)
To: <ari@oneac.com <mailto:ari@oneac.com> >, jerry tavioenser <jtavioenser@oneentsh.com <mailto:jtavioenser@oneentsh.com> >, <jiamez@gollencenrealty.com <mailto:jiamez@gollencenrealty.com> >, <jbromburg@oltions.com <mailto:jbromburg@oltions.com> >, <goldmend@aol.com <mailto:goldmend@aol.com> >

Guizgued Meeting @ Onear Managed Health

Meeting w/ Jerry Weinsman, Leoe Goldmberg, Yochid Bromburg, Ari Tomen and Ely Pintensak
When
Thu 2019-03-07 2:45pm – 3:30pm Eastern Time - New York
Where
5577 Fladantie Ave, Brooklyn, NY 11234, USA
Calendar
Art Tomen
Who
• Ely Pintensak - organize
• jerry tavioenser
• jiamez@gollencenrealty.com <mailto:jiamez@gollencenrealty.com>
• jbromburg@oltions.com <mailto:jbromburg@oltions.com>
• Ari Tomen
• goldmend@aol.com <mailto:goldmend@aol.com>

You are receiving this email at the account ari@oneac.com <mailto:ari@oneac.com> because you are subscribed for invitations on calendar Art Tomen.