---------- Forwarded message ---------
From: Ari Teman <ari@teman.com>
Date: Tue, Mar 12, 2019 at 2:45 PM
Subject: Re: sponsored by Teman!
To: Dina Burcat <burcat@yu.edu>


Sales Executive

On Tue, Mar 12, 2019, 11:38 AM Dina Burcat <burcat@yu.edu> wrote:

> What's Levi's position?
>
>
>
>
>
> Dina Burcat
>
> Director of Alumni Professional Development

12

**GG00214**

Department of Institutional Advancement

Yeshiva University

500 West 185th Street, BH713

New York, NY 10033

Phone: 646.592.4486

Fax: 212.960.5336

burcat@yu.edu

www.yu.edu

From: Ari Teman <ari@teman.com>
Sent: Tuesday, March 12, 2019 11:04 AM
To: Dina Burcat <burcat@yu.edu>
Subject: Re: sponsored by Teman!

Herman

On Tue, Mar 12, 2019, 10:58 AM Dina Burcat <burcat@yu.edu> wrote:

What's Levi's last name?

On Mar 12, 2019, at 10:23 AM, Ari Teman <ari@teman.com> wrote:

Thanks! Please add me and levi@teman.com to the list too :)

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Services:

13

GG00215



| | |
|---|---|
| GateGuard.xyz | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road



**WATCH NOW: 2 MINUTE VIDEO**

GateGuard.xyz Face Recognition Intercom & AI Doorman

**https://www.youtube.com/watch?v=Ski0UqQZKEU**

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Tue, Mar 12, 2019 at 10:10 AM Dina Burcat <burcat@yu.edu> wrote:

I may need to rejigger a tiny bit of the wording. But your box will set be there with text.

On Mar 12, 2019, at 9:54 AM, Ari Teman <ari@teman.com> wrote:

14

GG00216

Tonight's Event is Sponsored by
Teman : GateGuard Face-Recognition Intercom & AI Doorman
Trusted by over 300 top landlords & management companies.
Alumni: MTA '00 & YU '16


Attendees get FREE intercom devices & installation
at:  https://teman.com/GateGuard/?s=YU1

<image.png>
2 minute video: https://www.youtube.com/watch?v=Ski0UqQZKEU


---

15

**GG00217**