Defendant Abi objects to this Request as vague, ambiguous or unduly burdensome to respond to as it is not limited in scope and seeks the production of "All Communications" between him and "any Person" concerning "any Transaction relating to intercom services." To the extent that such "Communications" include in person or telephone conversations, Defendant Abi is unclear as to how he can produce in person or telephonic conversations. To the extent that Plaintiff seeks documents "relating to intercom services," such Request is vague, ambiguous and unduly burdensome, especially as the term "intercom services" is not defined in Plaintiff's Requests for Production of Documents. Moreover, this Request calls for Defendant Abi to speculate as to which materials might come within the scope of the Request, and thus violates Fed. R. Civ. P. 34(b)'s requirement that document Requests describe materials sought with reasonable particularity. Additionally, this Request (as best understood) likely encompasses materials in Plaintiff's possession – which would be equally available to Plaintiff. Despite the above objections, no responsive materials are being withheld on the basis of such objections. Without waiving the foregoing objections, responsive documents are annexed hereto as **Exhibit A**.

10. All Documents you received from GateGuard.

Defendant Abi objects to this Request as vague, ambiguous or unduly burdensome to respond to as it seeks the production of "All Documents" between him and GateGuard without any limitation in scope. Additionally, this Request (as best understood) likely encompasses materials in Plaintiff's possession – which would be equally available to Plaintiff. Despite the above objections, no responsive materials are being withheld on the basis of such objections. Without waiving the foregoing objections, responsive documents are annexed hereto as **Exhibit A**.

11. All Documents you received from Ari Teman.

Defendant Abi objects to this Request as vague, ambiguous or unduly burdensome to respond to as it seeks the production of "All Documents" between him and Ari Teman without any

8

limitation in scope. Additionally, this Request (as best understood) likely encompasses materials in Plaintiff's possession – which would be equally available to Plaintiff. Despite the above objections, no responsive materials are being withheld on the basis of such objections. Without waiving the foregoing objections, responsive documents are annexed hereto as **Exhibit A**.

12. All Documents concerning any Transaction between Goldmont and GateGuard.

Defendant Abi objects to this Request as vague, ambiguous or unduly burdensome to respond to as it is not limited in scope and seeks the production of "All Documents" concerning "any Transaction between Goldmont and GateGuard." Additionally, this Request (as best understood) likely encompasses materials in Plaintiff's possession – which would be equally available to Plaintiff. Despite the above objections, no responsive materials are being withheld on the basis of such objections. Without waiving the foregoing objections, responsive documents are annexed hereto as **Exhibit A**.

13. All Communications between You and Defendant Leon Goldenberg concerning GateGuard.

Defendant Abi objects to this Request as vague, ambiguous or unduly burdensome to respond to as it is not limited in scope and seeks the production of "All Communications" between him and Leon concerning GateGuard. To the extent that such "Communications" include in person or telephone conversations, Defendant Abi is unclear as to how he can produce in person or telephonic conversations. Despite the above objections, no responsive materials are being withheld on the basis of such objections. Without waiving the foregoing objections, responsive documents are annexed hereto as **Exhibit B**.

14. All Communications between You and Defendant Leon Goldenberg concerning Ari Teman.

9

Defendant Abi objects to this Request as vague, ambiguous or unduly burdensome to respond to as it is not limited in scope and seeks the production of "All Communications" between him and Leon concerning Ari Teman. To the extent that such "Communications" include in person or telephone conversations, Defendant Abi is unclear as to how he can produce in person or telephonic conversations. Despite the above objections, no responsive materials are being withheld on the basis of such objections. Without waiving the foregoing objections, responsive documents are annexed hereto as **Exhibit B**.

15. All Communications between You and Defendant Leon Goldenberg concerning intercom devices.

Defendant Abi objects to this Request as vague, ambiguous or unduly burdensome to respond to as it is not limited in scope and seeks the production of "All Communications" between him and Leon concerning "intercom devices."  To the extent that such "Communications" include in person or telephone conversations, Defendant Abi is unclear as to how he can produce in person or telephonic conversations. To the extent that Plaintiff seeks Communications "concerning intercom devices," such Request is vague, ambiguous and unduly burdensome, especially as the term "intercom devices" is not defined in Plaintiff's Requests for Production of Documents. Moreover, this Request calls for Defendant Abi to speculate as to which materials might come within the scope of the Request, and thus violates Fed. R. Civ. P. 34(b)'s requirement that document Requests describe materials sought with reasonable particularity. Despite the above objections, no responsive materials are being withheld on the basis of such objections. Without waiving the foregoing objections, responsive documents are annexed hereto as **Exhibit B**.

16. All Communications between You and Defendant Leon Goldenberg concerning intercom services.

Defendant Abi objects to this Request as vague, ambiguous or unduly burdensome to respond to as it is not limited in scope and seeks the production of "All Communications" between him and Leon concerning "intercom services." To the extent that such "Communications" include in person or telephone conversations, Defendant Abi is unclear as to how he can produce in person or telephonic conversations. To the extent that Plaintiff seeks Communications "concerning intercom services," such Request is vague, ambiguous and unduly burdensome, especially as the term "intercom services" is not defined in Plaintiff's Requests for Production of Documents. Moreover, this Request calls for Defendant Abi to speculate as to which materials might come within the scope of the Request, and thus violates Fed. R. Civ. P. 34(b)'s requirement that document Requests describe materials sought with reasonable particularity. Despite the above objections, no responsive materials are being withheld on the basis of such objections. Without waiving the foregoing objections, responsive documents are annexed hereto as **Exhibit B**.

17. All Communications between You and Defendant Leon Goldenberg concerning any Transaction between any Person and GateGuard.

Defendant Abi objects to this Request as vague, ambiguous or unduly burdensome to respond to as it is not limited in scope and seeks the production of "All Communications" between him and Leon concerning "any Transaction between any Person and GateGuard." To the extent that such "Communications" include in person or telephone conversations, Defendant Abi is unclear as to how he can produce in person or telephonic conversations. To the extent that Plaintiff seeks Communications "concerning any Transaction between any Person and GateGuard," such Request is vague, ambiguous and unduly burdensome, as it is not limited in scope. Despite the above objections, no responsive materials are being withheld on the basis of such objections. Without waiving the foregoing objections, responsive documents are annexed hereto as **Exhibits A** and **B**.

11

Defendant Abi reserves the right to amend and or supplement the above responses should additional material become available.

Dated:  New York, New York
        April 26, 2021

<div style="text-align: right">

_____
Simcha D. Schonfeld, Esq.
**Koss & Schonfeld, LLP**
90 John Street, Suite 503
New York, NY 10038
Direct Dial: (212) 796-8916
*Attorneys for Defendants*
GOLDMONT REALTY CORP.,
LEON GOLDENBERG, ABI
GOLDENBERG

</div>

TO:

Ariel Reinitz
**FisherBroyles, LLP**
445 Park Avenue, Ninth Floor
New York, NY 10022
ariel.reinitz@fisherbroyles.com
*Attorneys for Plaintiff*

12

# EXHIBIT A

 Gmail

**FW: teaman lawsuit**

1 message

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

000001

> -------- Original message --------
> From: Leon Goldenberg <goldmont@aol.com>
> Date: 12/8/19 4:22 PM (GMT-05:00)
> To: A Goldenberg <AGoldenberg@goldmontrealty.com>
> Subject: teaman lawsuit
>
>
> did we promise in the conmtract to give him info for credit
>
> is TPF mentioned in the contract
>
> did i sign personally or as goldmont
>
> add attny to this chain
>
>
>
> Leon Goldenberg, cbw
> Goldmont Realty Corp.
> 1360 East 14th Street
> Suite 101
> Brooklyn, NY  11230
> 718-972-1800 ext. 236
> goldmont@aol.com
>
>
> www.GoldmontRealtyCorp<http://www.goldmontrealty.com/>
>
> www.CommunityMattersRadio<http://leongoldenberg.com/>
>

000002

 Gmail

## FW: [External Sender]Delivering Goldmont Devices

1 message

**A Goldenberg** <AGoldenberg@goldmontrealty.com>

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

000003



000004



On Oct 24, 2019, at 12:24 PM, Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com> wrote:

Hi Jacob – see below – can the devices be delivered?

thx

**Ariel Reinitz**

FisherBroyles, LLP

O: 646.494.6909 **|** M: 917.587.5520 **|** Email

**From:** Levi Herman <levi@teman.team>
**Sent:** Thursday, October 24, 2019 11:50 AM
**To:** Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>
**Cc:** Ari Teman <ari@teman.com>
**Subject:** [External Sender]Delivering Goldmont Devices

Hi Ariel,

We have boxes devices ready to deliver to Goldmont. They've been taking up space in our tiny coworking office for 2+ months. Can we please deliver them to Abi this week? We really need to clear the space for our interns and other staff.

Levi

**Levi Herman | Sales | teman™**
We make Real Estate proactive with Artificial Intelligence
646.481.3231 | teman.com | levi@teman.com

Services:

4/26

&lt;image001.jpg&gt;

| GateGuard.xyz | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |

**Featured in:**
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

**Visit us for a demo:**
NYC: Herald Square
Miami: Lincoln Road

&lt;image001.jpg&gt;

000006

Original message --------
From: Samuel Taub <samuel.t@mvisystems.com>
Date: 12/10/19 12:12 PM (GMT-05:00)
To: A Goldenberg <AGoldenberg@goldmontrealty.com>
Subject: Fwd: NYSCEF Alert: New York - Commercial Division - Entry of Order/Judgment 654105/2019 (3660 BROADWAY BCR, LLC et al v. GATEGUARD INC. et al)

See below.

Samuel Taub
*Chairman, CEO & Founder*

**MVI Industries, LLC**
2607 Nostrand Ave, 1st Flr
Brooklyn, NY 11210
Toll Free: 844-MVI-SYSTEMS
T: 347 960-4726

Visit us at: MVIsystems.com

*This email and any documents accompanying this transmittal may contain information that is confidential or legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance upon the contents of this transmittal is strictly prohibited, and any documents should be returned to the sender immediately. If you have received this transmittal in error, please notify the sender immediately by return email.*

000007

 Gmail

## Fwd: Cancelled Call

3 messages

**Leon Goldenberg** <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: Yechiel Bromberg <ybromberg@eliteins.com>
To: Ari Teman <ari@teman.com>
Cc: Leon Goldenberg (goldmont@aol.com) <goldmont@aol.com>; Jeanne Weisberg <Jeanne@goldmontrealty.com>
Sent: Thu, Mar 14, 2019 9:47 am
Subject: FW: Cancelled Call

Good morning Ari,
I believe that the email from Leon with respect to the investors included Ely by mistake. Ely was not part of the trail and conversations that took place with the decision of holding off any investment at the moment.
I personally feel that Ely can be a tremendous asset to your future. His organizational skills are great, and I am sure that he would like to continue with you. Again, the decision was made based on the fact that we were not convinced of your capability of supporting the operations you were offering. If things change I am sure that Leon and I would consider visiting again.
I will have Ely reach out to you. Leon was under the impression that if I am not investing he is out.
Hatzlacha Rabba

**Yechiel Bromberg**
**Elite Insurance Agency, Inc.**
**3004 Avenue L, Brooklyn, NY 11210**
**718-692-3888**
**Fax 718-377-2020**
**ybromberg@eliteins.com**

000008

**From:** Goldmont@aol.com [mailto:goldmont@aol.com]
**Sent:** Wednesday, March 13, 2019 8:23 PM
**To:** Yechiel Bromberg; Ely Pasternak
**Subject:** Fwd: Cancelled Call

Leon Goldenberg, cbw
Goldmont Realty Corp
1360 East 14th Street
Brooklyn, NY 11230
(718) 972-1800
Goldmont@aol.com

Begin forwarded message:

> **From:** Leon Goldenberg <goldmont@aol.com>
> **Date:** March 13, 2019 at 4:49:02 PM EDT
> **To:** ari@teman.com
> **Cc:** agoldenberg@goldmontrealty.com, jeanne@goldmontrealty.com
> **Subject: Cancelled Call**

At this point, Yechiel, Ely and Jerry backed out.  They don't feel that you have a plan on how to make money just on giving the equipment away for free and charging $49 a month.

In order to get them interested, we would need to see clear projections at 1000 buildings, what your costs of product are, costs of installation and the costs of operating monthly.

Without these items, we are not going anywhere.

On my own, I will not be investing substantial money.

Please work on the projections and, at the same time, you can project with 10,000 buildings on how long it would really take you to get to that number because if it takes too long, they feel you have lost the opportunity to work with UPS/FedEx, etc.

Therefore,  they want to see if your business model makes money without UPS/FedEx.

## Leon Goldenberg, cbw

Goldmont Realty Corp.
1360 East 14th Street
Suite 101
Brooklyn, NY  11230
718-972-1800 ext. 236
goldmont@aol.com

www.GoldmontRealtyCorp

www.CommunityMattersRadio

000009

Original message --------
From: Ari Teman <ari@teman.com>
Date: 3/14/19 10:12 AM (GMT-05:00)
To: Yechiel Bromberg <Ybromberg@eliteins.com>
Cc: Goldmont@aol.com, Jeanne Weisberg <Jeanne@goldmontrealty.com>, Ely Pasternak <ely.pasternak@gmail.com>,
A Goldenberg <AGoldenberg@goldmontrealty.com>
Subject: Re: FW: Cancelled Call

Why would I associate with anyone a liar such as yourself recommends? You think you can play me twice?

On Thu, Mar 14, 2019, 9:47 AM Yechiel Bromberg <ybromberg@eliteins.com> wrote:

Good morning Ari,

I believe that the email from Leon with respect to the investors included Ely by mistake. Ely was not part of the trail and conversations that took place with the decision of holding off any investment at the moment.

I personally feel that Ely can be a tremendous asset to your future. His organizational skills are great, and I am sure that he would like to continue with you.

Again, the decision was made based on the fact that we were not convinced of your capability of supporting the operations you were offering. If things change I am sure that Leon and I would consider visiting again.

I will have Ely reach out to you. Leon was under the impression that if I am not investing he is out.

Hatzlacha Rabba


**Yechiel Bromberg**

**Elite Insurance Agency, Inc.**

**3004 Avenue L, Brooklyn, NY 11210**

**718-692-3888**

**Fax 718-377-2020**

**ybromberg@eliteins.com**

000010

**From:** Goldmont@aol.com [mailto:goldmont@aol.com]
**Sent:** Wednesday, March 13, 2019 8:23 PM
**To:** Yechiel Bromberg; Ely Pasternak
**Subject:** Fwd: Cancelled Call

Leon Goldenberg, cbw

Goldmont Realty Corp

1360 East 14th Street

Brooklyn, NY 11230

(718) 972-1800

Goldmont@aol.com

Begin forwarded message:

> **From:** Leon Goldenberg <goldmont@aol.com>
> **Date:** March 13, 2019 at 4:49:02 PM EDT
> **To:** ari@teman.com
> **Cc:** agoldenberg@goldmontrealty.com, jeanne@goldmontrealty.com
> **Subject: Cancelled Call**

[Quoted text hidden]

000011



## Fwd: Teman GateGuard : Cloud access to 50,000 buildings and millions of tenants
1 message

**Leon Goldenberg** <goldmont@aol.com>
Reply-To: Leon Goldenberg <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: Leon Goldenberg <goldmont@aol.com>
To: ybromberg@eliteins.com
Sent: Tue, Jan 22, 2019 6:32 pm
Subject: Fwd: Teman GateGuard : Cloud access to 50,000 buildings and millions of tenants

## Leon Goldenberg, cbw
Goldmont Realty Corp.
1360 East 14th Street
Suite 101
Brooklyn, NY  11230
718-972-1800 ext. 236
goldmont@aol.com

www.GoldmontRealtyCorp

www.CommunityMattersRadio

-----Original Message-----
From: Ari Teman <ari@teman.com>
To: A Goldenberg <agoldenberg@goldmontrealty.com>; Goldmont <Goldmont@aol.com>
Sent: Tue, Jan 22, 2019 5:14 pm
Subject: Teman GateGuard : Cloud access to 50,000 buildings and millions of tenants

Hi Leon and Abi,

It was a pleasure speaking with you. Below is our overview, deck, and pro-forma.

000012

Please let me know how I can be helpful.

Ari

**Overview:**

After a crazy Airbnb incident that became the #1 story on the internet, our founder built a tool (SubletSpy) that's helped hundreds of landlords catch & remove thousands of illegal sublets, then realized landlords *don't know who is in their building & who isn't* (sublets, non-primaries, absentee staff, vendors, even dead tenants!), so we created "GateGuard.xyz", the Face Recognition Intercom & AI Doorman, and "PropertyPanel.xyz", a "Bloomberg Terminal for Real Estate" property data, analytics, and management platform.

**Less than 3-years old, we serve over 300 landlords & management companies across North America and as far as Sydney across all our services.** We're now selling from NYC to Miami to Chicago to LA to Mexico to Canada.

Almost every tenant has our app, giving us direct digital & physical access to each tenant to offer services, products, media, and to valuable data. **Couriers, consumer goods companies, service companies, and more come to us to partner (pay us to) gain access to buildings.**

Visa Europe chose us as one of the top-6 cyber startups at DLD, and we've been featured in the cover story of TheRealDeal, and on ABC, NBC, CBS, PIX, etc.

**Metrics & Stickiness:**

We went from 50 buildings in our first year to selling more than that  monthly, to our "no money down" model where we had just over 700 buildings apply in a month! Each building pays between $49 and $299/mo for at least ten years, giving us solid recurring revenue to finance against for growth.

Clients can (and often do) increase their plans, add users, add services, etc., and we'll up-sell them on additional services, so we expect to 3-5x that MRR. Most clients with multiple buildings start with 1-3 buildings and increase until they add their full portfolio. We have 10-year contracts and we are physically installed on the buildings and our app is on every tenant's mobile -- very sticky!

**When we hit 50,000 buildings we project over $90M MRR** including ancillary services & fees (courier fees, data, services), and we're on-track to hit that target in under 5 years.

**Technology & IP:**

We have the most-comprehensive data on NYC real estate, proprietary, top-performing Artificial Intelligence in a number of categories, and unprecedented real-time insight into the activity of tenants (deliveries, guests, relationships, etc.).

We have patents-pending and will file additional patents shortly.

**Cap table + Ask:**

*We built pretty-much everything off revenue.*

(1) We raised a total of $185K from: Aaron Weitman (**Appaloosa**) Jay Goldberg (**Hudson Ventures**); Kerry Miller (**Goldman Sachs**); Michael Mintz (**FirstService Residential**); Menachem Landau (**SnapAdvances**); SubletSpy (owned by Ari) put in $325K (non-dilutive);  Howard Morgan (**FirstRound**) and Amir Orad (**SiSense**), and Mendel Rogatsky (**Madison Realty**) are joining this round (SAFE notes).

We project $7M-10M ARR for this coming year and have a few major enterprise contracts we're about to announce (major telco, services, etc). **Local, National & International growth has outpaced projections.**

(2) The last round was a SAFE (we still own 97% of the company);

(3) We're raising $5M to support and multiply the rapid growth. (Update: Thanks to new factory financing we can begin with $3M, but would still prefer to raise the $5M to build faster.)

**Pro Forma (Projections):**

000013

Note: Projections are based on the "subsidized" model ("free device + monthly fees") to get to scale (10K buildings, then 50K...), where most money is made from ancillary fees (courier fees, services, telco, data) in addition to monthly service fees:

**Google Drive:** Spreadsheet
**Dropbox:** Excel (xlsx)

**Deck:**

Note: The deck has not been updated since we started selling in Mexico, Miami, LA, Chicago, and also signed our deal with AT&T. We have a number of other deals pending with service providers.

**Google Drive:** PDF
**Dropbox:** PDF

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer
Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.

000014

 Gmail

**Fwd: Amazing updates**

1 message

**Leon Goldenberg** <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: Leon Goldenberg <goldmont@aol.com>
To: jeanne@goldmontrealty.com
Sent: Tue, Mar 5, 2019 11:14 am
Subject: Fwd: Amazing updates

## Leon Goldenberg, cbw

Goldmont Realty Corp.
1360 East 14th Street
Suite 101
Brooklyn, NY  11230
718-972-1800 ext. 236
goldmont@aol.com

www.GoldmontRealtyCorp

www.CommunityMattersRadio

-----Original Message-----
From: Jerry Weissman <JWeissman@Omnimh.com>
To: Yechiel Bromberg <ybromberg@eliteins.com>; Jeanne Weisberg <Jeanne@goldmontrealty.com>
Cc: Leon Goldenberg <goldmont@aol.com>; Barry@schechterco.net <Barry@schechterco.net>
Sent: Fri, Mar 1, 2019 1:57 pm
Subject: RE: Amazing updates

Im good

**From:** Yechiel Bromberg [mailto:ybromberg@eliteins.com]
**Sent:** Friday, March 01, 2019 1:17 PM

000015

**To:** Jeanne Weisberg <Jeanne@goldmontrealty.com>
**Cc:** Leon Goldenberg <goldmont@aol.com>; Jerry Weissman <JWeissman@Omnimh.com>; Barry@schechterco.net
**Subject:** Re: Amazing updates

I believe Jerry was also available both days so give us an hour that Leon will come to Jerry's office so that I can give Ari time to schedule

Sent from my iPhone

On Mar 1, 2019, at 11:59 AM, Jeanne Weisberg <Jeanne@goldmontrealty.com> wrote:

Leon is not available on Wednesday.  Thursday would be the better day.

Jeanne Weisberg
Executive Assistant to
Leon Goldenberg, CEO

Goldmont Realty Corp.
1360 East 14th Street
Suite 101
Brooklyn, NY  11230
718-972-1800 ext. 226

**From:** Yechiel Bromberg [mailto:ybromberg@eliteins.com]
**Sent:** Friday, March 01, 2019 8:35 AM
**To:** Leon Goldenberg <goldmont@aol.com>; JWeissman@Omnimh.com
**Cc:** Barry@schechterco.net; Jeanne Weisberg <Jeanne@goldmontrealty.com>
**Subject:** RE: Amazing updates

Sorry forgot to add Jeanne

*Yechiel Bromberg*
*Elite Insurance Agency, Inc.*
**3004 Avenue L, Brooklyn, NY 11210**
*718-692-3888*
*Fax 718-377-2020*
**ybromberg@eliteins.com**

**From:** Leon Goldenberg [mailto:goldmont@aol.com]
**Sent:** Friday, March 01, 2019 7:48 AM
**To:** Yechiel Bromberg; JWeissman@Omnimh.com
**Cc:** Barry@schechterco.net; jeanne@goldmontrealty.com
**Subject:** Re: Amazing updates

**Leon Goldenberg, cbw**
Goldmont Realty Corp.
1360 East 14th Street
Suite 101
Brooklyn, NY  11230
718-972-1800 ext. 236
goldmont@aol.com

www.GoldmontRealtyCorp

www.CommunityMattersRadio

000016

-----Original Message-----
From: Yechiel Bromberg <ybromberg@eliteins.com>
To: Jerry Weissman <JWeissman@Omnimh.com>
Cc: Leon Goldenberg (goldmont@aol.com) <goldmont@aol.com>; Barry Schechter (Barry@schechterco.net) <Barry@schechterco.net>
Sent: Fri, Mar 1, 2019 7:01 am
Subject: RE: Amazing updates

OK. Let's see if Wednesday or Thursday works for you and Leon. I am available both days. Once we decide on date and time I will ask Ari Teman to join.  Jerry, I am assuming your office best for you. Correct?

**Yechiel Bromberg**
**Elite Insurance Agency, Inc.**
**3004 Avenue L, Brooklyn, NY 11210**
**718-692-3888**
**Fax 718-377-2020**
**ybromberg@eliteins.com**

---

**From:** Jerry Weissman [mailto:JWeissman@Omnimh.com]
**Sent:** Thursday, February 28, 2019 11:28 PM
**To:** Yechiel Bromberg
**Cc:** Leon Goldenberg (goldmont@aol.com); Barry Schechter (Barry@schechterco.net)
**Subject:** Re: Amazing updates

I'm interested

Sent from my iPhone

On Feb 28, 2019, at 9:43 PM, Yechiel Bromberg <ybromberg@eliteins.com> wrote:

> This is the system I mentioned to you the other day.  It is nothing like the download you did (Brivo) .
> The basic system Leon or his son Abi can give you a full description since they have it in some of their buildings and just ordered for the rest of their properties.
> If you have an interest in investing I would have the guy who designed the system make an appointment to come down to your office. He is currently  negotiating with FedEx and other delivery services to gain access to buildings through him.
> If you Google Latch, you will see some of what he plans on accomplishing. Latch has a contract with UPS.
> We can talk first before you meet with him if you would like.
> Let me know.
> All the best.
>
> **Yechiel Bromberg**
> **Elite Insurance Agency, Inc.**
> **3004 Avenue L, Brooklyn, NY 11210**
> **718-692-3888**
> **Fax 718-377-2020**
> **ybromberg@eliteins.com**

000017

**From:** Jerry Weissman [mailto:JWeissman@Omnimh.com]
**Sent:** Thursday, February 28, 2019 6:19 PM
**To:** Yechiel Bromberg
**Cc:** Leon Goldenberg (goldmont@aol.com); Barry Schechter (Barry@schechterco.net)
**Subject:** RE: Amazing updates

What is it about?

**From:** Yechiel Bromberg [mailto:ybromberg@eliteins.com]
**Sent:** Thursday, February 28, 2019 1:37 PM
**To:** Jerry Weissman <JWeissman@Omnimh.com>
**Cc:** Leon Goldenberg (goldmont@aol.com) <goldmont@aol.com>; Barry Schechter (Barry@schechterco.net) <Barry@schechterco.net>
**Subject:** FW: Amazing updates

Hi Jerry,
See below.  We are trying to put together a group so that Leon has negotiating power with this guy. I expect that my accountant Barry Schechter will get back to me by Monday the latest with his opinion on value. Do you have any interest?  I can get his guy, Ari Teman to come to your office and give you the complete "SHPIEL" for the product and his plans.

*Yechiel Bromberg*
*Elite Insurance Agency, Inc.*
*3004 Avenue L, Brooklyn, NY 11210*
*718-692-3888*
*Fax 718-377-2020*
*ybromberg@eliteins.com*

**From:** Ari Teman [mailto:ari@teman.com]
**Sent:** Thursday, February 28, 2019 1:17 PM
**To:** Goldmont@aol.com; A Goldenberg; Yechiel Bromberg; Barry Schechter (Barry@schechterco.net)
**Subject:** Amazing updates

Hi all,

Some great updates:

1. We just landed the Archdiocese as a client!

2. Our new hire, Levi, sold 7 buildings on his *first* day (yesterday) -- more than doubling his base salary ($4K) in *upfront* payments alone -- and we get paid more than 10x on it over 10 years (and 30x over 30 years). He's also lined-up a number of additional calls for the rest of the week.

3. You'll see us in The Real Deal this month, full page ad.

4. It looks like two more guys from Crown Heights will join the round with around $700K. Soft commitment.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence

000018

212-203-3714 | teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer
Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**WATCH NOW: 2 MINUTE VIDEO**

GateGuard.xyz Face Recognition Intercom & AI Doorman



https://www.youtube.com/watch?v=Ski0UqQZKEU

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.

000019

 Gmail

## Fwd: Were you aware of this?

1 message

**Leon Goldenberg** <goldmont@aol.com>
Reply-To: Leon Goldenberg <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: goldmont@aol.com
To: Yechiel Bromberg <ybromberg@eliteins.com>
Cc: Jeanne Weisberg <Jeanne@goldmontrealty.com>
Sent: Tue, Jul 30, 2019 5:43 pm
Subject: Re: Were you aware of this?

Yes, so we know he is a little crazy, nothing major, he is still full steam ahead

Leon Goldenberg, cbw
Goldmont Realty Corp.
1360 East 14th Street
Suite 101
Brooklyn, NY  11230
718-972-1800 ext. 236
goldmont@aol.com

www.GoldmontRealtyCorp.com

www.CommunityMattersRadio.com

**From:** Yechiel Bromberg
**Sent:** Tuesday, July 30, 2019 4:22 PM

000020

**To:** Leon Goldenberg (goldmont@aol.com)
**Cc:** Jeanne Weisberg
**Subject:** Were you aware of this?

https://therealdeal.com/2019/07/23/proptech-exec-ari-teman-arrested-on-bank-fraud-charges/

*Yechiel Bromberg*
*Elite Insurance Agency Inc*
*3004 Ave L*
*Brooklyn, NY 11210*
*718-692-3888*
*718-377-2020*
*ybromberg@eliteins.com*

000021

 Gmail

## Fwd: Join 170+ top landlords, managers, brokerages: Evict, raise rents, *NEW: find deals*, monitor for compliance. (Save $8000+/year!)

1 message

**Leon Goldenberg** <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: Leon Goldenberg <goldmont@aol.com>
To: yfriedman@goldmontrealty.com
Sent: Thu, Mar 23, 2017 4:58 pm
Subject: Fwd: Join 170+ top landlords, managers, brokerages: Evict, raise rents, *NEW: find deals*, monitor for compliance. (Save $8000+/year!)

*Leon Goldenberg,* **cbw**

Goldmont Realty Corp
1360 East 14 Street
Suite 101
Brooklyn, New York 11230
(718) 972 1800 ext 236
goldmont@aol.com

www.GoldmontRealtyCorp

www.CommunityMattersRadio

-----Original Message-----
From: Friend or Fraud | Artificial Intelligence-powered Real Estate tools <updates.all@friendorfraud.com>
To: goldmont <goldmont@aol.com>
Sent: Thu, Mar 23, 2017 3:54 pm
Subject: Join 170+ top landlords, managers, brokerages: Evict, raise rents, *NEW: find deals*, monitor for compliance. (Save $8000+/year!)

As seen on...

000022

Hi ,

Join over 170 of NYC's top landlords, managers, and brokers, using our **3 powerful tools to:**

(1) evict tenants (in weeks, not months!)
(2) raise rents
(3) find more deals & opportunities, faster
(4) monitor for compliance
(5) collaborate

All for **thousands less than the other guys** -- thanks to ourproprietary, #1-performing Artificial Intelligence! Our average customer saves $8000+/employee/year. (We've **evicted over 347 Rent Stabilized Airbnb hosts, too**, adding millions in value.)

## 1. GateGuard.xyz : Face Recognition Entry Panel, Intercom, Virtual Doorman

- **Catch & evict** illegal sublets, non-primaries, and law-breakers AND raise rents with luxury amenities, package tracking, and remote unlock.

  "GateGuard is notably cheaper than most virtual doormen or voice intercom systems."
  **THEREALDEAL** (link)

- LEARN MORE



## 2. PropertyPanel.xyz : Property Search, Analytics, FREE Compliance Monitoring

- **Ditch overpriced and outdated SiteCompli, Reonomy and PropertyShark** and use PropertyPanel.xyz
- Saves the average customer over $8000/year
- Signup takes 30 seconds
- Try a week for FREE -- NO CARD REQUIRED.



## 2. SubletSpy : Catch & Evict tenants hosting on Airbnb & other illegal sublet sites

- **Over 345 tenants evicted/vacated since April**
- ~ 90% leave with NO court and NO buyout!

000023

- Results in days, not months!
- Monitor for as low as $1/unit/mo.
- Learn More



**Questions? Email me to schedule a call, video chat, or meeting.**

**How can I be helpful?**

Ari Teman
founder // Friend or Fraud
Mobile/Desk:   781-718-3375
Email:    ari@friendorfraud.com
**Visit our Manhattan HQ for a Demo**

p.s. Here are some fun photos from this week's BuildingsNY:

Learn More at FriendorFraud.com

Copyright © 2017 GateGuard.xyz, All rights reserved.
You received this list because you attended an event or joined our list. If you'd like to unsubscribe, please reply and let us know.

**Our mailing address is:**
GateGuard.xyz
**106 W 32nd Street**
2D15
New York, NY 10001

Add us to your address book

Want to make us cry?
unsubscribe from this list

000024



**Fwd: Teman Co.**

1 message

**Leon Goldenberg** <goldmont@aol.com>
Reply-To: Leon Goldenberg <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: Yechiel Bromberg <ybromberg@eliteins.com>
To: Leon Goldenberg <goldmont@aol.com>
Sent: Sat, Mar 16, 2019 9:53 pm
Subject: RE: Teman Co.

Who is Ariel Reinitz

*Yechiel Bromberg*
*Elite Insurance Agency, Inc.*
*3004 Avenue L, Brooklyn, NY 11210*
*718-692-3888*
*Fax 718-377-2020*
*ybromberg@eliteins.com*

**From:** Leon Goldenberg [mailto:goldmont@aol.com]
**Sent:** Saturday, March 16, 2019 9:38 PM
**To:** Yechiel Bromberg
**Subject:** Re: Teman Co.

he was very upset when u backed out  and still pushed to hire ely at what he considered a very high salary

**Leon Goldenberg, cbw**
Goldmont Realty Corp.
1360 East 14th Street
Suite 101
Brooklyn, NY  11230

000025

718-972-1800 ext. 236
goldmont@aol.com


www.GoldmontRealtyCorp

www.CommunityMattersRadio


-----Original Message-----
From: Yechiel Bromberg <ybromberg@eliteins.com>
To: goldmont@aol.com <goldmont@aol.com>
Sent: Fri, Mar 15, 2019 4:40 pm
Subject: RE: Teman Co.

Yes.  He told him originally $180K to $240K during their initial 5 hour meet.  The next time I believe they agreed on $220K.  Why?

**Yechiel Bromberg**
**Elite Insurance Agency, Inc.**
**3004 Avenue L, Brooklyn, NY 11210**
**718-692-3888**
**Fax 718-377-2020**
**ybromberg@eliteins.com**

---

**From:** goldmont@aol.com [mailto:goldmont@aol.com]
**Sent:** Friday, March 15, 2019 4:36 PM
**To:** Yechiel Bromberg
**Subject:** Re: Teman Co.


Did Ely discuss salary with Ari


Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Yechiel Bromberg
**Sent:** Friday, March 15, 2019 4:14 PM
**To:** goldmont@aol.com
**Subject:** RE: Teman Co.

Not only didn't I give him that impression but Ely tells me that he repeatedly told him that he should not think "the money is in the bank".

**Yechiel Bromberg**
**Elite Insurance Agency, Inc.**
**3004 Avenue L, Brooklyn, NY 11210**
**718-692-3888**
**Fax 718-377-2020**
**ybromberg@eliteins.com**

---

**From:** goldmont@aol.com [mailto:goldmont@aol.com]
**Sent:** Friday, March 15, 2019 2:38 PM

000026

**To:** Yechiel Bromberg
**Subject:** Fw: Teman Co.

Yechiel did u give him that impression

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Ari Teman <ari@teman.com>
**Sent:** Friday, March 15, 2019 2:24 PM
**To:** Leon Goldenberg
**Cc:** Yechiel Bromberg; jerry weissman; Ely Pasternak; A Goldenberg; Jeanne Weisberg; Ariel Reinitz
**Subject:** Re: Teman Co.

Yechiel said right to my face in the hallway after the meeting, **"We're going to put in 1 million and only have to figure the valuation."** He said it with a big smile and pat on my shoulder. It wasn't ambiguous. If Yechiel is an honest person, he will admit this.

Ely also told me that he was told this by Yechiel, and brought in a spreadsheet on his laptop to show how I could still operate with $1M that Yechiel told him they were putting in (*and YOU sent me Ely!*). *Our discussions were only about valuation and doing things with less money than the $3-5M we budgeted.*

There was ZERO ambiguity in the words from Ely or Yechiel that the <u>decision was made</u> to put in $1M.

**There was no ambiguity in my discussions with Abi either. It was *only* a question of valuation. In fact, we made major financial decisions and investments based on this -- and Abi will confirm to you that I described these in detail to him** (hiring staff, orders with China, The Real Deal ads, YU sponsorship, etc.) -- we took on major liabilities and responsibilities (and I *keep* my word), because it was 100% clear that Abi's family was investing with their friends and we should get a head-start, and Abi even paid 2 years upfront before installation (instead of after) so we could have team ready to support that.

Additional points:

1. You are wrong also about, "there is nothing concrete on what your costs are". Your son Abi can break down my costs exactly *to the dollar AND your* friend Ely has the exact costs in his spreadsheet.

2. " probably the only thing you can accuse us of is sending that message through email and through Jeanne." -- I **honestly do not understand how any human could do that to anyone.**

Your behavior inspires me to work even harder -- It inspires me to never trust a guy with a Kippah again, too! ONLY the frum guys make such promises so easily.

If you are an honest person you will accept that I am no idiot or liar and know exactly what Yechiel and Ely told me, you will listen to your son who will confirm what I have said above is accurate and fair, and you will figure and honest and fair way (such as paying your contract upfront on the intercoms) to mitigate the damage this caused. Believe me, you will save a lot of money paying upfront because we can raise those rates significantly in the contract, and I will!

I'd say good shabbos, but I'm done with shabbos for a long time now. Have a nice day.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com
Services:

| | | |
|---|---|---|
| GateGuard.xyz | | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

000027

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**WATCH NOW: 2 MINUTE VIDEO**

GateGuard.xyz Face Recognition Intercom & AI Doorman



**https://www.youtube.com/watch?v=Ski0UqQZKEU**

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.

000028



000029

Abi Goldenberg



Type a message

On Fri, Mar 15, 2019 at 10:35 AM Leon Goldenberg <goldmont@aol.com> wrote:

I have to tell you that I am at a complete loss and that is why I took several days to respond.

We all sat together and discussed the idea of putting in a million dollars. We never once said, not any one of us, that we are committed to putting in a million dollars. We did say that valuation was an issue but not the only issue. The questions that I asked you yesterday were very important questions in making the decision because, until that meeting and including that meeting, what you have shown us is how, at $49, you are making money and how you have had discussions with FedEx/UPS, etc but no concrete numbers.

All of this sounds promising but there is nothing concrete on what your costs are so this led to the questions I asked in my email which then led to this entire blowout.

I really don't know where you misconstrued that we agreed to invest a million dollars at that meeting.

There were 5 of us at the meeting. From our side, there was no one at the meeting who committed to giving you a million dollars. We were looking to discuss our options and if you think a million dollars is invested chikchok, then I have to tell you that is not how it works.

Yes, you also met with their accountant who also is not satisfied with getting real numbers from you. This was independent from me asking questions.

I realize that you wanted a conference call which was difficult as I was traveling and maybe you deserved the call directly that they had decided against investing and that is probably the only thing you can accuse us of is sending that message through email and through Jeanne. However, the reason for my questions was to try to keep their

000030

interest.  My questions were asking for facts, numbers, real projections based on real numbers to attempt to get their interest back and mine as well.

While I believe in your product and I am a user of your product, I, of course, have much more of an interest but that doesn't mean that I am going to just throw a quarter of a million dollars into a deal.   At this point I think all of us need to move on.

Ari - You have a great ideas and just because we said no doesn't mean there isn't someone else out there who would be willing to invest in your company.  I sincerely wish you success in getting your company off the ground.

**Leon Goldenberg, cbw**
Goldmont Realty Corp.
1360 East 14th Street
Suite 101
Brooklyn, NY  11230
718-972-1800 ext. 236
goldmont@aol.com

www.GoldmontRealtyCorp

www.CommunityMattersRadio

000031

 Gmail

## FW: Devices mistakenly delivered

1 message

**A Goldenberg** <AGoldenberg@goldmontrealty.com>

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

-------- Original message --------
From: Jacob Rubinstein <jacobrubinsteinesq@gmail.com>
Date: 10/29/19 4:54 PM (GMT-05:00)
To: Ariel Reinitz <Ariel.Reinitz@FisherBroyles.com>
Subject: Devices mistakenly delivered

Ari accidentally sent the devices even though we had discussed holding off. Please provide postage and an address for delivery. Abi is still awaiting a phone call from TPF.

Thanks,

Jacob
(516)967-2622

                000032

 Gmail

## FW: [External Sender]Delivering Goldmont Devices

1 message

**A Goldenberg** <AGoldenberg@goldmontrealty.com>

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

000033



---------- Forwarded message ---------
From: **Ariel Reinitz** <Ariel.Reinitz@fisherbroyles.com>
Date: Thu, Oct 24, 2019 at 12:24 PM
Subject: FW: [External Sender]Delivering Goldmont Devices
To: Jacob Rubinstein <jacobrubinsteinesq@gmail.com>


Hi Jacob – see below – can the devices be delivered?

thx


**Ariel Reinitz**

FisherBroyles, LLP

O: 646.494.6909 | M: 917.587.5520 | Email


**From:** Levi Herman <levi@teman.team>
**Sent:** Thursday, October 24, 2019 11:50 AM
**To:** Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>
**Cc:** Ari Teman <ari@teman.com>
**Subject:** [External Sender]Delivering Goldmont Devices


Hi Ariel,


We have boxes devices ready to deliver to Goldmont. They've been taking up space in our tiny coworking office for 2+ months. Can we please deliver them to Abi this week? We really need to clear the space for our interns and other staff.


Levi


000034

**Levi Herman | Sales | teman™**
We make Real Estate proactive with Artificial Intelligence
646.481.3231 | teman.com | levi@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

000035

# Gmail

---

## FW: False Teman Claims of MVI "Going out of business"

1 message

---

**A Goldenberg** <AGoldenberg@goldmontrealty.com>

---

**From:** Samuel Taub <samuel.t@mvisystems.com>
**Sent:** Tuesday, December 10, 2019 1:20 PM
**To:** A Goldenberg <AGoldenberg@goldmontrealty.com>
**Subject:** Fwd: False Teman Claims of MVI "Going out of business"

See below the email I had to send out after his false claims about my company.

**Samuel Taub**

*Chairman, CEO & Founder*

**MVI Industries, LLC**

2607 Nostrand Ave, 1st Flr

Brooklyn, NY 11210

Toll Free: 844-MVI-SYSTEMS

T: 347 960-4726

**Visit us at:** MVIsystems.com

*This email and any documents accompanying this transmittal may contain information that is confidential or legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance upon the contents of this transmittal is strictly prohibited, and any documents should be returned to the sender immediately. If you have received this transmittal in error, please notify the sender immediately by return email.*

---------- Forwarded message ---------
From: **Samuel Taub** <samuel.t@mvisystems.com>

000036

Date: Wed, Sep 11, 2019 at 7:16 PM
Subject: False Teman Claims of MVI "Going out of business"
To: Sales Team <Sales@mvisystems.com>

Dear Friends,

It has come to our attention that there have been fraudulent emails going out, from a desperate competitor, that claims that MVI is going out of business.

**Nothing could be further from the truth!**

Our company has recently closed on a very large capital injection backed by a powerful team of investors who have full faith in the future success of MVI. As a matter of fact, in a very short time, this new investment has enabled our firm to unlock a vast array of pent up demand through numerous new sales agreements.

**We have never been stronger, and the future has never looked this promising!**

Our newest product, the KeyCom BOLT, has been extremely successful this year. The product has been in such high demand, that we sold out our inventory rapidly, and are excited to receive a new major shipment any day. Its sleek look and all-weather stability, has impressed even the most discerning residents and management companies alike.

Our competitors have of course noticed, and are attacking us with full legal force. They intend to stamp us out with legal fees, false claims, and the like, before we have a chance to take over the market.

There is **NO** validity to any of their claims. We intend to fight them with full force in court. Any reference to "Liquidation" or "Going out of business" claims that were brought forward, were simply negotiation tactics, to try to stamp out ludicrous litigation.

As far as Mr. Ari Teman himself, it is my personal recommendation to stay far away from him, and any of his many companies.

A quick search on him on the internet, will demonstrate all that you need to know about him.

In addition, I would recommend to anyone that seriously entertains his "FREE" offers, that they carefully review his unbelievable "Terms of Services" here: https://gateguard.xyz/legal/terms.php

Please note that by just requesting a quote, you will be signing up for 360 months (30 years!), to ALL of your buildings, and you will need to pay $50k for any building that you decide not to deploy his product on, or take it off of. That's just one of the many outrageous items that you will be agreeing to.

See below from his pricing on his website, all the way at the bottom:

000037

| | |
|---|---|
| Installation: | **FREE (Normally $1499)** |
| Device: | **FREE ( Normally $5600)** |
| Monthly plans are paid yearly. | **First 2 years upfront** |
| Security deposit: | **$849** |
| CAT5 to Basement/Utility Room: | **$849 for up to 5 hours** |
| Insurance: | **Included FREE ($698 deductible)** |
| 1GB Data included: | **$17/GB additional** |
| Per unit import / setup fee (optional) | **$6** |
| 30 Days of records included | **Add 1 year +$99/mo** |

| | |
|---|---|
| Condo/Coop Service Fees | Due to the nature of the condominium/cooperative buying process involving much longer sales cycles, board meetings, etc. for much lower-volume sales we are unable to extend our free offer. There will be a **$5,600** device fee and **$849** installation fee added to condo/coop orders and a **$99.99/mo** additional Condo/Coop Support fee. |

| | |
|---|---|
| Insurance (Free!): | Included in all plans. **$698 deductible** |
| | If someone breaks your device (which is really tough to do!) we'll replace it. |
| Terms: | Shipping & Tax not included. Security Deposit and Gold Plan service required. |
| | 360 Month Contract. 24 months paid upfront on install. No refunds or cancellations. |
| | 100+ units requires Platinum plan. |
| | Fobs/Cards: $3.49/card + $0.55/mo/tenant. |
| | Terms & Conditions Apply. |

If anyone would like more details on the lawsuits pending against us, or on our competitors, please reach out to me.

Thank you for being our loyal customers and friends, and I look forward to many more years of serving your needs.

Yours truly,

Samuel Taub

*Chairman, CEO & Founder*

**MVI Systems, LLC**

2607 Nostrand Ave, 1st Flr

Brooklyn, NY 11210

Toll Free: 844-MVI-SYSTEMS

T: 347 960-4726

**Visit us at: MVIsystems.com**          4/26                    000038

*This email and any documents accompanying this transmittal may contain information that is confidential or legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance upon the contents of this transmittal is strictly prohibited, and any documents should be returned to the sender immediately. If you have received this transmittal in error, please notify the sender immediately by return email.*

000039

M Gmail

# FW: More Teman Lawsuits
1 message

**A Goldenberg** <AGoldenberg@goldmontrealty.com>

---

**From:** Samuel Taub <samuel.t@mvisystems.com>
**Sent:** Tuesday, December 10, 2019 1:18 PM
**To:** A Goldenberg <AGoldenberg@goldmontrealty.com>
**Subject:** More Teman Lawsuits

See attached

## Samuel Taub

*Chairman, CEO & Founder*

### MVI Industries, LLC

2607 Nostrand Ave, 1st Flr

Brooklyn, NY 11210

Toll Free: 844-MVI-SYSTEMS

T: 347 960-4726

**Visit us at:** MVIsystems.com

*This email and any documents accompanying this transmittal may contain information that is confidential or legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance upon the contents of this transmittal is strictly prohibited, and any documents should be returned to the sender immediately. If you have received this transmittal in error, please notify the sender immediately by return email.*

---

**3 attachments**

000040

**2019-07-08USvTeman_Hearing (1).pdf**
42K

**Teman e-mails (02438801x7A3C1) (1).pdf**
778K

**6529x06 - AMENDED Notice of Criminal Transfer to Southern District of New York  (1).pdf**
1395K

000041

# KOSS & SCHONFELD, LLP
## ATTORNEYS AT LAW

July 15, 2019

**By Email and Federal Express**
Ari Teman
teman
106 West 32nd St FL 2.
New York, NY 10001

Re:    ***Big City v. teman et al.***

### NOTICE TO CEASE AND DESIST

Dear Mr. Teman:

This office represents Big City Realty LLC ("BCR"). I have been made aware of certain actions taken by your company with respect to a number of properties that are managed (formally or informally) by BCR in which your company has unlawfully entered upon various premises, caused property damage and has threatened to continue to engage in such unlawful conduct. In particular, photographs and surveillance video confirm that representatives of your company, including one appearing to be Tom Orosz, entered upon 603 West 139th Street, 510 West 134th Street and 512 West 134th Street, destroyed existing intercom systems and attempted, unlawfully and without approval of the property owner or manager, to install unauthorized replacement systems. These actions must cease and desist immediately.

**By service of this letter, BCR and all properties with which it is associated, does hereby demand that teman, GateGuard and all other entities with which you are affiliated, cease and desist from entering upon any of the Premises[1]. Demand is further made that you replace and / or compensate my client for all damage caused to date to existing intercom systems located on any of the Premises. Finally, demand is hereby made that the intercom system wrongfully installed in 408 West 129th Street be removed and replaced with the original system or one of comparable cost. In the event that you do not confirm your acceptance of these demands by noon of Wednesday, July 17, 2019, my client reserves the right to take any and all legal actions necessary to protect its rights at law and in equity.**

Having reviewed various correspondences between yourself, purported members of your company and my client, it appears that you have taken the mistaken and legally untenable position that a request for a quote amounted to, in your words, "a binding contract for which you[2] personally guarantee [sic]". Having reviewed the document that you refer to as a "binding

---

[1] 555 West 151st Street, 3750 Broadway, 2363 Adam Clayton Powell Jr. Boulevard, 145 West 138th Street, 3440 Broadway, 600 West 140th Street, 605 West 151st Street, 633 West 152nd Street, 603 West 139th Street, 607 West 139th Street, 545 Edgecombe Avenue, 559 West 156th Street, 535 West 155th Street, 539 West 155th Street, 510 West 134th Street, 513 West 134th Street, 512 West 124th Street, 408 West 129th Street, 412 West 129th Street, 106 Convent Avenue, 110 Convent Avenue and 580 St. Nicholas.

[2] An apparent reference to Justin Graniero.

90 John Street, Suite 503     |     Telephone. 212 796-8914     |     Email. info@kandsllp.com
New York, N.Y. 10038          |     Fax. 212 401-4757            |     Website. www.kandsllp.com

4/26                                                                                          000042

contract" it is clear that this poorly drafted and clumsily compiled online form, does not bind any individual or entity. You were repeatedly advised via email that BCR did not agree to purchase any equipment, nor did it authorize entry upon any of its Premises by your company or its agents.

With respect to the online form itself, I would note the following non-exclusive defects, all of which demonstrate that at no time did BCR enter into a binding agreement with teman or any company with which you are affiliated, with respect to the Premises. First, the online form requires a security deposit in the event that an order is placed. None was paid here, and none requested, because no order was actually placed. Second, nowhere on the form does BCR appear. Third, in your email dated April 23, 2019 – more than two months after the online form was completed – you asked if there was "any update" which clearly demonstrates that a binding contract had not been entered into. Fourth, you were advised repeatedly that your company was not authorized to install any devices yet your company nevertheless entered onto one or more of the Premises without the consent of the owner.

The actions taken by your company are unlawful. The damage sustained by my client is thoroughly documented. If my office does not receive written confirmation by **noon on July 17, 2019** that the demands set forth herein will be complied with, my client will be compelled to take legal action.

I trust that you will afford this matter the prompt attention that it deserves and guide yourself accordingly.

Sincerely,

Simcha D. Schonfeld, Esq.

000043

BNDJJO,CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: <u>1:19−mj−03082−JJO</u> All Defendants
### *Internal Use Only*

---

Case title: USA v. Teman

Date Filed: 07/08/2019
Date Terminated: 07/08/2019

---

Assigned to: Ch. Magistrate Judge
John J. O'Sullivan

### **Defendant (1)**

**Ari Teman**
18244−104
*YOB 1982 English*
*TERMINATED: 07/08/2019*

represented by **Sara Sharon Shulevitz**
28 west flagler street suite #1001
Miami, FL 33130
3057281936
Fax: 3057795074
Email: dasarashul@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

### **Pending Counts**

None

### **Highest Offense Level (Opening)**

None

### **Terminated Counts**

None

### **Highest Offense Level (Terminated)**

None

### **Complaints**

18:U.S.C.§1344 BANK FRAUD

### **Disposition**

### **Disposition**

### **Disposition**

---

### **Plaintiff**

**USA**

represented by **Noticing AUSA CR TP/SR**
Email: Usafls.transferprob@usdoj.gov

4/26                                          000044                    1

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/03/2019 | | 9 | Arrest of Ari Teman (at) (Entered: 07/09/2019) |
| 07/08/2019 | 1 | 3 | Magistrate Removal of Complaint and Arrest Warrant from Southern District of New York Case number in the other District 19−MAG−5858 as to Ari Teman (1). (at) (Entered: 07/09/2019) |
| 07/08/2019 | 2 | 10 | Order to Unseal as to Ari Teman re 1 Magistrate Removal In. (Signed by Ch. Magistrate Judge John J. O'Sullivan on 7/8/2019). (at) (Entered: 07/09/2019) |
| 07/08/2019 | 3 | 11 | Minute Order for proceedings held before Ch. Magistrate Judge John J. O'Sullivan: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Ari Teman held on 7/8/2019. Bond recommendation/set: Ari Teman (1) STIP $25,000 PSB. Attorney added: Sara Sharon Shulevitz for Ari Teman (Digital 13:53:21) (Signed by Ch. Magistrate Judge John J. O'Sullivan on 7/8/2019). (at) (Entered: 07/09/2019) |
| 07/08/2019 | 4 | 12 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Sara Sharon Shulevitz appearing for Ari Teman (at) (Entered: 07/09/2019) |
| 07/08/2019 | 5 | 13 | WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS by Ari Teman (at) (Entered: 07/09/2019) |
| 07/08/2019 | 6 | 14 | ORDER OF REMOVAL ISSUED to District of Southern District of New York as to Ari Teman. Closing Case for Defendant. Signed by Ch. Magistrate Judge John J. O'Sullivan on 7/8/2019. *See attached document for full details.* (dgj) (Entered: 07/09/2019) |
| 07/10/2019 | 7 | 15 | Notice of Criminal Transfer to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Ari Teman. Your case number is: 19−MAG−5858. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305−523−5210. *Attention Receiving Court*: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov. (dgj) (Entered: 07/10/2019) |
| 07/22/2019 | 8 | 29 | $25,000.00 PSB Bond Entered as to Ari Teman Approved by Ch. Magistrate Judge John J. O'Sullivan. *Please see bond image for conditions of release.* (cg1) (Entered: 07/23/2019) |

# 19-3082-MJ-O'SULLIVAN

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno:  Jacob H. Gutwillig, Tel: 212-637-2215

## UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Ari Teman | )<br>)<br>)<br>)<br>)<br>) |

Case No. **19 MAG 5858**

_____
Defendant

### ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    Ari Teman                                                                                           ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

  Violations of 18 U.S.C. §§ 1344, 1 and 2

Date:  6/20/2019

_____
Issuing officer's signature

City and state:    New York, NY

Hon. Sarah Netburn, USMJ
Printed name and title

| Return |
|---|
| This warrant was received on (date) _____ , and the person was arrested on (date) _____<br>at (city and state) _____ . |
| Date: _____                        _____<br>Arresting officer's signature |
| _____<br>Printed name and title |

# 19-3082-MJ-O'SULLIVAN

FILED BY_____YR_____D.C.

**Jul 8, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

Approved: _____
JACOB H. GUTWILLIG
Assistant United States Attorney

Before:   THE HONORABLE SARAH NETBURN
          United States Magistrate Judge
          Southern District of New York

19MAG 5858

```
- - - - - - - - - - - - - - - - - - -X
                                      :   SEALED COMPLAINT
UNITED STATES OF AMERICA              :
                                      :   Violations of
      - v. -                          :   18 U.S.C. §§
                                      :   1344, 1 and 2
ARI TEMAN,                            :
                                      :   COUNTY OF OFFENSE:
                      Defendant.      :   NEW YORK
                                      :
- - - - - - - - - - - - - - - - - - -X
```

SOUTHERN DISTRICT OF NEW YORK, ss.:

DANIEL ALESSANDRINO, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), and charges as follows:

### COUNT ONE
### (Bank Fraud)

1. From at least in or about April 2019 up to and including at least in or about June 2019, in the Southern District of New York and elsewhere, ARI TEMAN, the defendant, knowingly and willfully would and did execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC"), and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, a financial institution insured by the Federal Deposit Insurance Corporation (the "FDIC"), by means of false and fraudulent pretenses, representations, and promises, to wit, TEMAN deposited counterfeit checks into a bank account held at a particular financial institution.

(Title 18, United States Code, Sections 1344, 1 and 2.)

## Overview

2.   I am a Detective with the NYPD.  I have been personally involved in the investigation of this matter, and I base this affidavit on that experience, on my conversations with other law enforcement officials, and on my examination of various reports and records.  Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts I have learned during the course of my investigation.  Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3.   As set forth in greater detail below, I, and other law enforcement officers, have been investigating a fraud that has been undertaken in Manhattan, New York, and elsewhere, between in or about April 2019 and in or about June 2019 (the "Fraud").  Based on my involvement in this investigation, my review of law enforcement reports, and my review of surveillance videos and photographs, among other sources, I have learned that the Fraud was perpetrated by ARI TEMAN, the defendant.  In perpetrating this fraud, TEMAN deposited counterfeit checks into an account held at a particular financial institution ("Financial Institution-1") in the name of a third party, "GateGuard, Inc." (the "GateGuard Account").  GateGuard, Inc. is a home security business operated by TEMAN that offers, among other services, facial recognition software and remote access to unlock doors to residences.  GateGuard is based in New York, New York.

4.   From my review of publicly available materials, as well as my training and experience and involvement with this investigation, I know that Financial Institution-1 is insured by the FDIC.

5.   In or about April 2019, TEMAN deposited approximately 27 fraudulent checks (the "Counterfeit Checks") into the GateGuard Account, defrauding Financial Institution-1 with a total loss amount of approximately $260,000.

## THE FRAUD

6.   Based on my participation in this investigation, my conversations with other law enforcement officers and other individuals (including personnel employed at Financial

2

000048

Institution-1), and my review of documents (including bank records), I have learned the following, among other things:

       a.    On or about April 19, 2019, at approximately 2:37 p.m., ARI TEMAN, the defendant, entered a branch of Financial Institution-1 located at the Lincoln Road Mall in Miami Beach, Florida, and deposited a legitimate check, payable to GateGuard Inc., valued at approximately $4,096.  TEMAN deposited this check via Automated Teller Machine ("ATM").  A contemporaneous surveillance photograph, depicting TEMAN standing at the ATM, shows TEMAN holding numerous additional checks that were not deposited at that time.

       b.    On or about April 19, 2019, at approximately 6:05 p.m., TEMAN reentered the same branch of Financial Institution-1 and, at a bank teller window, deposited the Counterfeit Checks into the GateGuard Account, totaling approximately $297,000.

       c.    The Counterfeit checks were fraudulently made to appear that they had been issued by three entities: "Entity-1" and "Entity-2," two entities operated by the same company; and "Entity-3".  Each of these is a legitimate company that previously has engaged in business transactions with GateGuard Inc.  Of the approximately 27 Counterfeit Checks:

          i.    Approximately 18 were fraudulently made to appear to have been issued by Entity-1, totaling approximately $198,000.

          ii.    Approximately 6 were fraudulently made to appear to have been issued by Entity-2, totaling approximately $66,000.

          iii.    Approximately 3 were fraudulently made to appear to have been issued by Entity-3, totaling approximately $33,000.

       d.    Each of the Counterfeit Checks included, on the bottom right corner of the check, the following text:  "DRAW PER CONTRACT, NO SIGNATURE REQUIRED NOTE TO BANK: This is a valid check.  You are required by law to honor it.  Contract at gateguard.xyz/legal/terms.php accepted by above client.  Contact us at 212-203-3714 with questions."  Based on my review of publicly-available GateGuard records as well as other publicly-available records, and my involvement in the investigation, I

3

000049