have learned that the 212-203-3714 phone number is used by TEMAN and GateGuard Inc.

e.  Based on my conversations with Entity-1, Entity-2, and Entity-3, and from my review of the Counterfeit Checks with them, I have learned that none of Entity-1, Entity-2, or Entity-3 issued any of the Counterfeit checks. Additionally, though my conversations with each of Entity-1, Entity-2, and Entity-3, I have learned that an authorized check must be signed by an official from the respective company, which was not completed for any of the Counterfeit Checks; rather, the Counterfeit checks included the text referenced in ¶ 6(d), *supra*, which each of Entity-1, Entity-2, and Entity-3 has confirmed does not appear on authorized checks issued by each, respectively.

f.  Based on my review of wire transfer records for the GateGuard Account and from speaking with personnel employed at Financial Institution-1, I have learned that, subsequently, certain wire transfers were made from the GateGuard Account to another account held by TEMAN at Financial Institution-1 ("Account-2").

g.  On or about April 26, 2019, approximately $225,000 was transferred from the GateGuard Account to Account-2.

h.  On or about May 8, 2019, at approximately 3:04 p.m., TEMAN entered a branch of Financial Institution-1 located in Manhattan, New York and, at a bank teller window, withdrew approximately $4,000 from Bank Account-2.

4/26

WHEREFORE, the deponent respectfully requests that a warrant be issued for the arrest of ARI TEMAN, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

DANIEL ALESSANDRINO
Detective
New York City Police Department

Sworn to before me this
___ day of June, 2019

THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

5

000051

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing AUSA CR TP/SR (usafls.transferprob@usdoj.gov), Ch.
Magistrate Judge John J. O'Sullivan (o'sullivan@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:18987701@flsd.uscourts.gov
Subject:Activity in Case 1:19-mj-03082-JJO USA v. Teman Arrest
```
Content–Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 7/9/2019 at 8:37 AM EDT and filed on 7/3/2019

| | |
|---|---|
| **Case Name:** | USA v. Teman |
| **Case Number:** | 1:19–mj–03082–JJO |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest of Ari Teman (at)**


**1:19–mj–03082–JJO–1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR &nbsp &nbsp Usafls.transferprob@usdoj.gov

**1:19–mj–03082–JJO–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-3082-MJ-O'SULLIVAN   (SEALED)

UNITED STATES OF AMERICA,
            Plaintiff,

V.

ARI TEMAN,
            Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 7/8/2019

_____
**John J. O'Sullivan**
**UNITED STATES MAGISTRATE JUDGE**

000053   10

*A may be released*

# MINUTE ORDER

Page 8

## Chief Magistrate Judge John J. O'Sullivan

**Atkins Building Courthouse - 5th Floor**  Date: 7/8/2019  Time: 1:30 p.m.

Defendant: ARI TEMAN  J#: 18244-104  Case #: 19-3082-MJ-O'SULLIVAN SEALED

AUSA: Sharad Motiani  Attorney: Sara Shulewitz (Temp)

Violation: S/D/NY/WARR/COMP/BANK FRAUD  Surr/Arrest Date: 7/3/2019  YOB: 1982

Proceeding: Initial Appearance  CJA Appt:

Bond/PTD Held: ○ Yes  ○ No  Recommended Bond:

Bond Set at: Stip $25K PSB w/ consigners  Co-signed by:

☑ Surrender and/or do not obtain passports/travel docs
*48 hours by 7/10 COB.*

☑ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☑ Random urine testing by Pretrial Services

☐ Treatment as deemed necessary

☑ Refrain from excessive use of alcohol

☑ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☒ Travel extended to: FLSD (limes) / NYSD / NYED

☒ Other: reside at address of record

Language: English

Disposition: Def released
- D. advised rights / charges
- Standing in for Ms. Shulewitz
  Grace Casas, Rowe / Eric Irons
- Case unsealed
- Stip $25K PSB cosigned by either Levi Herman OR Joseph Nachumklar.
- Passport to be surrendered by 7/10 close of business.
- Dft has 10 days to obtain cosigners signatures (7/18/19)
- Motion to seal by Atty denied
- Counsel to keep bond until cosigners sign

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**  Date:  Time:  Judge:  Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 13:53:21  Time in Court: 8 mins

s/John J. O'Sullivan  Chief Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-3082 MJ

UNITED STATES OF AMERICA,

v.

Ari Teman                    /

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**   *Perm. only*

COMES NOW   Sara Shulevitz                    and

files this temporary appearance as counsel for the above-named

defendant at initial appearance.  This appearance is made with

the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing**

**documents** necessary to collateralize any personal surety bond

which may be set.

Counsel's Signature  _Hac vice Rae for Sara Shulevitz_

Date:  July 8, 2019

Counsel's Name **(Printed)** Grace Cross-Rae Sara Shulevitz

**Florida Bar Number (Required)** 641061

Address  28 W Flagler Street

Suite 900                        Zip Code: 33130

Telephone  ( 305 ) 728-1936

4/26

Case 1:19-mj-03082-JJO Document 9 Entered on FLSD Docket 07/26/2019 Page 13 of 32

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No: 19-3082-MJ-O'SULLIVAN

United States of America
    Plaintiff,

  v.

                              Charging District's Case No.  19MAG5858

ARI TEMAN,
    Defendant.

_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **SOUTHERN DISTRICT OF NEW YORK.**

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☑ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☐ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/8/2019

_____
Defendant's Signature

_____
John J. O'Sullivan
United States Chief Magistrate Judge

4/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 19-3082-MJ-O'SULLIVAN

United States of America
        Plaintiff,

    v.

ARI TEMAN,
        Defendant.

_____/

## ORDER OF REMOVAL

It appearing that in the **SOUTHERN DISTRICT OF NEW YORK**, a Criminal Complaint was filed against the above-named defendant on a charge of **BANK FRAUD**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge John J. O'Sullivan at Miami, Florida, which officially committed the defendant for removal to the **SOUTHERN DISTRICT OF NEW YORK**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge John J. O'Sullivan for removal and posted bail in the amount of $___25,000 PSB___ which was approved by the United States Magistrate Judge John J. O'Sullivan, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Miami, Florida on 7/8/2019.

_____
John J. O'Sullivan
United States Chief Magistrate Judge

000057

BNDJJO,CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:19–mj–03082–JJO–1
### *Internal Use Only*

---

Case title: USA v. Teman

Date Filed: 07/08/2019
Date Terminated: 07/08/2019

---

Assigned to: Ch. Magistrate Judge
John J. O'Sullivan

### Defendant (1)

**Ari Teman**
18244–104
*YOB 1982 English*
*TERMINATED: 07/08/2019*

represented by **Sara Sharon Shulevitz**
28 west flagler street suite #1001
Miami, FL 33130
3057281936
Fax: 3057795074
Email: dasarashul@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Highest Offense Level
### (Terminated)

None

### Complaints

18:U.S.C.§1344 BANK FRAUD

### Disposition

---

### Plaintiff

**USA**

represented by **Noticing AUSA CR TP/SR**
Email: Usafls.transferprob@usdoj.gov

4/26                                                                    000058    15

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/03/2019 | | 9 | Arrest of Ari Teman (at) (Entered: 07/09/2019) |
| 07/08/2019 | 1 | 3 | Magistrate Removal of Complaint and Arrest Warrant from Southern District of New York Case number in the other District 19–MAG–5858 as to Ari Teman (1). (at) (Entered: 07/09/2019) |
| 07/08/2019 | 2 | 10 | Order to Unseal as to Ari Teman re 1 Magistrate Removal In. (Signed by Ch. Magistrate Judge John J. O'Sullivan on 7/8/2019). (at) (Entered: 07/09/2019) |
| 07/08/2019 | 3 | 11 | Minute Order for proceedings held before Ch. Magistrate Judge John J. O'Sullivan: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Ari Teman held on 7/8/2019. Bond recommendation/set: Ari Teman (1) STIP $25,000 PSB. Attorney added: Sara Sharon Shulevitz for Ari Teman (Digital 13:53:21) (Signed by Ch. Magistrate Judge John J. O'Sullivan on 7/8/2019). (at) (Entered: 07/09/2019) |
| 07/08/2019 | 4 | 12 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Sara Sharon Shulevitz appearing for Ari Teman (at) (Entered: 07/09/2019) |
| 07/08/2019 | 5 | 13 | WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS by Ari Teman (at) (Entered: 07/09/2019) |
| 07/08/2019 | 6 | 14 | ORDER OF REMOVAL ISSUED to District of Southern District of New York as to Ari Teman. Closing Case for Defendant. Signed by Ch. Magistrate Judge John J. O'Sullivan on 7/8/2019. *See attached document for full details.* (dgj) (Entered: 07/09/2019) |

000059

# 19-3082-MJ-O'SULLIVAN

Mod AO 442 (09/13) Arrest Warrant   AUSA Name & Telno:  Jacob H. Gutwillig, Tel: 212-637-2215

## UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Ari Teman | )<br>)<br>)<br>)<br>)<br>) |
| _____<br>*Defendant* | ) |

Case No.  **19MAG 5858**

## ARREST WARRANT

To:    Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Ari Teman _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

  Violations of 18 U.S.C. §§ 1344, 1 and 2

Date:  12/20/2019

                                            *Issuing officer's signature*

City and state:    New York, NY

                               Hon. Sarah Netburn, USMJ
                                 *Printed name and title*

| Return |
|---|
|     This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                                    _____<br>                                            *Arresting officer's signature*<br><br>                                             _____<br>                                             *Printed name and title* |

FILED BY____YR____D.C.

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

# 19-3082-MJ-O'SULLIVAN

*Jul 8, 2019*

Approved: _____
JACOB H. GUTWILLIG
Assistant United States Attorney

Before:  THE HONORABLE SARAH NETBURN
United States Magistrate Judge
Southern District of New York

19MAG 5858

- - - - - - - - - - - - - - - - - - - -X
                                       :
UNITED STATES OF AMERICA               :
                                       :
     - v. -                            :
                                       :
ARI TEMAN,                             :
                                       :
                    Defendant.         :
                                       :
- - - - - - - - - - - - - - - - - - - -X

SEALED COMPLAINT

Violations of
18 U.S.C. §§
1344, 1 and 2

COUNTY OF OFFENSE:
NEW YORK

SOUTHERN DISTRICT OF NEW YORK, ss.:

DANIEL ALESSANDRINO, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), and charges as follows:

## COUNT ONE
### (Bank Fraud)

1.    From at least in or about April 2019 up to and including at least in or about June 2019, in the Southern District of New York and elsewhere, ARI TEMAN, the defendant, knowingly and willfully would and did execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC"), and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, a financial institution insured by the Federal Deposit Insurance Corporation (the "FDIC"), by means of false and fraudulent pretenses, representations, and promises, to wit, TEMAN deposited counterfeit checks into a bank account held at a particular financial institution.

(Title 18, United States Code, Sections 1344, 1 and 2.)

000061

## Overview

2.    I am a Detective with the NYPD.  I have been personally involved in the investigation of this matter, and I base this affidavit on that experience, on my conversations with other law enforcement officials, and on my examination of various reports and records.  Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts I have learned during the course of my investigation.  Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3.    As set forth in greater detail below, I, and other law enforcement officers, have been investigating a fraud that has been undertaken in Manhattan, New York, and elsewhere, between in or about April 2019 and in or about June 2019 (the "Fraud").  Based on my involvement in this investigation, my review of law enforcement reports, and my review of surveillance videos and photographs, among other sources, I have learned that the Fraud was perpetrated by ARI TEMAN, the defendant.  In perpetrating this fraud, TEMAN deposited counterfeit checks into an account held at a particular financial institution ("Financial Institution-1") in the name of a third party, "GateGuard, Inc." (the "GateGuard Account").  GateGuard, Inc. is a home security business operated by TEMAN that offers, among other services, facial recognition software and remote access to unlock doors to residences.  GateGuard is based in New York, New York.

4.    From my review of publicly available materials, as well as my training and experience and involvement with this investigation, I know that Financial Institution-1 is insured by the FDIC.

5.    In or about April 2019, TEMAN deposited approximately 27 fraudulent checks (the "Counterfeit Checks") into the GateGuard Account, defrauding Financial Institution-1 with a total loss amount of approximately $260,000.

## THE FRAUD

6.    Based on my participation in this investigation, my conversations with other law enforcement officers and other individuals (including personnel employed at Financial

2

000062

Institution-1), and my review of documents (including bank records), I have learned the following, among other things:

a. On or about April 19, 2019, at approximately 2:37 p.m., ARI TEMAN, the defendant, entered a branch of Financial Institution-1 located at the Lincoln Road Mall in Miami Beach, Florida, and deposited a legitimate check, payable to GateGuard Inc., valued at approximately $4,096. TEMAN deposited this check via Automated Teller Machine ("ATM"). A contemporaneous surveillance photograph, depicting TEMAN standing at the ATM, shows TEMAN holding numerous additional checks that were not deposited at that time.

b. On or about April 19, 2019, at approximately 6:05 p.m., TEMAN reentered the same branch of Financial Institution-1 and, at a bank teller window, deposited the Counterfeit Checks into the GateGuard Account, totaling approximately $297,000.

c. The Counterfeit checks were fraudulently made to appear that they had been issued by three entities: "Entity-1" and "Entity-2," two entities operated by the same company; and "Entity-3". Each of these is a legitimate company that previously has engaged in business transactions with GateGuard Inc. Of the approximately 27 Counterfeit Checks:

    i. Approximately 18 were fraudulently made to appear to have been issued by Entity-1, totaling approximately $198,000.

    ii. Approximately 6 were fraudulently made to appear to have been issued by Entity-2, totaling approximately $66,000.

    iii. Approximately 3 were fraudulently made to appear to have been issued by Entity-3, totaling approximately $33,000.

d. Each of the Counterfeit Checks included, on the bottom right corner of the check, the following text: "DRAW PER CONTRACT, NO SIGNATURE REQUIRED NOTE TO BANK: This is a valid check. You are required by law to honor it. Contract at gateguard.xyz/legal/terms.php accepted by above client. Contact us at 212-203-3714 with questions." Based on my review of publicly-available GateGuard records as well as other publicly-available records, and my involvement in the investigation, I

3

000063

have learned that the 212-203-3714 phone number is used by TEMAN and GateGuard Inc.

e.  Based on my conversations with Entity-1, Entity-2, and Entity-3, and from my review of the Counterfeit Checks with them, I have learned that none of Entity-1, Entity-2, or Entity-3 issued any of the Counterfeit checks. Additionally, though my conversations with each of Entity-1, Entity-2, and Entity-3, I have learned that an authorized check must be signed by an official from the respective company, which was not completed for any of the Counterfeit Checks; rather, the Counterfeit checks included the text referenced in ¶ 6(d), *supra*, which each of Entity-1, Entity-2, and Entity-3 has confirmed does not appear on authorized checks issued by each, respectively.

f.  Based on my review of wire transfer records for the GateGuard Account and from speaking with personnel employed at Financial Institution-1, I have learned that, subsequently, certain wire transfers were made from the GateGuard Account to another account held by TEMAN at Financial Institution-1 ("Account-2").

g.  On or about April 26, 2019, approximately $225,000 was transferred from the GateGuard Account to Account-2.

h.  On or about May 8, 2019, at approximately 3:04 p.m., TEMAN entered a branch of Financial Institution-1 located in Manhattan, New York and, at a bank teller window, withdrew approximately $4,000 from Bank Account-2.

4/26                    000064   27

WHEREFORE, the deponent respectfully requests that a warrant be issued for the arrest of ARI TEMAN, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.


_____
DANIEL ALESSANDRINO
Detective
New York City Police Department


Sworn to before me this
___ day of June, 2019


_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

000065

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing AUSA CR TP/SR (usafls.transferprob@usdoj.gov), Ch.
Magistrate Judge John J. O'Sullivan (o'sullivan@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:18987701@flsd.uscourts.gov
Subject:Activity in Case 1:19-mj-03082-JJO USA v. Teman Arrest
```
Content–Type: text/html

# U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 7/9/2019 at 8:37 AM EDT and filed on 7/3/2019

| | |
|---|---|
| **Case Name:** | USA v. Teman |
| **Case Number:** | 1:19–mj–03082–JJO |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest of Ari Teman (at)**


**1:19–mj–03082–JJO–1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR &nbsp &nbsp Usafls.transferprob@usdoj.gov

**1:19–mj–03082–JJO–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

Case 1:20-cv-01609-VEC-GWG Document 154-28 Filed 03/17/23 Page 18 of 63
Case 1:19-cr-... Document ... Filed ... Docket ... Page 24 of 32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-3082-MJ-O'SULLIVAN   (SEALED)

UNITED STATES OF AMERICA,
Plaintiff,

V.

ARI TEMAN,
Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is

thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED

DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 7/8/2019

_____
John J. O'Sullivan
UNITED STATES MAGISTRATE JUDGE

000067     20

*A May be released*

# MINUTE ORDER

Page 8

## Chief Magistrate Judge John J. O'Sullivan

**Atkins Building Courthouse - 5th Floor**          Date: 7/8/2019     Time: 1:30 p.m.

Defendant:  ARI TEMAN          J#: 18244-104     Case #: 19-3082-MJ-O'SULLIVAN SEALED

AUSA: Sharad Motiani          Attorney: Sara Shulevitz (Temp)

Violation: S/D/NY/WARR/COMP/BANK FRAUD          Surr/Arrest Date: 7/3/2019     YOB: 1982

Proceeding: Initial Appearance          CJA Appt:

Bond/PTD Held: ○ Yes   ○ No          Recommended Bond:

Bond Set at: Stip $25K PSB w/ cosigners          Co-signed by:

☑ Surrender and/or do not obtain passports/travel docs
   48 hours by 7/10 COB.

☑ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☑ Random urine testing by Pretrial Services

☐ Treatment as deemed necessary

☑ Refrain from excessive use of alcohol

☑ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☒ Travel extended to: FLSD (lives) / NYSD / NYED

☒ Other: reside at address of record

Language: English

Disposition: Def released
- D. advised rights/charges
- Standing in for Ms. Shulevitz
  Grace Casas Rowe/Eric Irons
- Case unsealed
- Stip $25K PSB
  cosigned by either Levi Herman
  OR Joseph Nachumklar.
- Passport to be surrendered
  by 7/10 close of business.
- Dy has 10 days to obtain
  cosigners signatures (7/18/19)
- Motion to seal by Def denied
- Counsel to keep bond
  until cosigners sign

Time from today to ____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:          Time:          Judge:          Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 13:53:21          Time in Court: 8 mins

s/John J. O'Sullivan          Chief Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-3052 MJ

UNITED STATES OF AMERICA,

v.

Ari Teman / 

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL** *Perm. only*

COMES NOW Sara Shulevitz and

files this temporary appearance as counsel for the above-named

defendant at initial appearance.  This appearance is made with

the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing**

**documents** necessary to collateralize any personal surety bond

which may be set.

Counsel's Signature Grace Cross-Rawe for Sara Shulevitz

Date: July 8, 2019

Counsel's Name **(Printed)** Grace Cross-Rawe Sara Shulevitz

**Florida Bar Number (Required)** 64/0611

Address 28 W Flagler Street

Suite 900                     Zip Code: 33130

Telephone (305) 728-1936

4/26                                                    000069  20

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No: 19-3082-MJ-O'SULLIVAN

United States of America
    Plaintiff,

    v.

                   Charging District's Case No.  19MAG5858

ARI TEMAN,
    Defendant.

_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **SOUTHERN DISTRICT OF NEW YORK.**

I have been informed of the charges and of my rights to:

   (1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

   (2)    an identity hearing to determine whether I am the person named in the charges;

   (3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

   (4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

   (5)    a hearing on any motion by the government for detention;

   (6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☑ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☐ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/8/2019

_____
Defendant's Signature

_____
John J. O'Sullivan
United States Chief Magistrate Judge

000070

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 19-3082-MJ-O'SULLIVAN

United States of America
      Plaintiff,

    v.

ARI  TEMAN,
      Defendant.

_____/

### ORDER OF REMOVAL

It appearing that in the **SOUTHERN DISTRICT OF NEW YORK**, a Criminal Complaint was filed against the above-named defendant on a charge of **BANK FRAUD**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge John J. O'Sullivan at Miami, Florida, which officially committed the defendant for removal to the **SOUTHERN DISTRICT OF NEW YORK**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge John J. O'Sullivan for removal and posted bail in the amount of $ _25,000 PSB_ which was approved by the United States Magistrate Judge John J. O'Sullivan, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Miami, Florida on 7/8/2019.

_____
John J. O'Sullivan
United States  Chief Magistrate Judge

000071

(Rev. 03/2016)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### APPEARANCE BOND:

### CASE NO.:   19 - 3082 - JJO

UNITED STATES OF AMERICA:
        Plaintiff,

v.

Ari Teman

        Defendant,

_____ /

JAIL #: 18244-104

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $25,000 Personal Surety Bond

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

3. May not change his or her present address as recorded on this bond without prior permission in writing from the court.

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. The defendant must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

6. Shall not commit any act in violation of state or federal laws.

4/26

000072   29

DEFENDANT: Ari Teman

CASE NUMBER: 19-3082 MJ

PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case; *by c.o.b. 7/10/19.*

✓ b. Report to Pretrial Services as follows: (X) *as directed or__ time(s) a week in person and__ time(s) a week by telephone;*

✓ c. Submit to substance abuse testing and/or treatment;

✓ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

✓ e. Participate in mental health assessment and/or treatment;

__ f. Participate and undergo a sex offense specific evaluation and treatment;

__ g. Maintain or actively seek full-time employment;

__ h. Maintain or begin an educational program;

__ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

__ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

__ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own until the bond is discharged, or otherwise modified by the Court;

__ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.;*

__ m. No access to the internet via any type of connectivity device (*i.e., computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the agreement waiver provided to you by Pretrial Services;

__ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) **will not** or ( ) **will include electronic monitoring or other location verification system, paid for by the defendant** *based upon his/her ability to pay* ( ) **or paid for by Pretrial Services** ( ).

    __ Curfew: You are restricted to your residence every day from___ to____, or as directed by the Court.

    __ Home Detention: You are restricted to your residence at all times except for: ( ) **medical needs or treatment,** ( ) **court appearances,** ( ) **attorney visits or court ordered obligations, and** ( ) **other** _____

__ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.

    You are restricted to the halfway house at all times except for: ( ) **employment;** ( ) **education;** ( ) **religious services;** ( ) **medical, substance abuse, or mental health treatment;** ( ) **attorney visits;** ( ) **court appearances;** ( ) **court ordered obligations;** ( ) **reporting to Pretrial Services; and** ( ) **other** _____

✓ p. May travel to and from: __, and must notify Pretrial Services of travel plans before leaving and upon return.

✓ q. Comply with the following additional conditions of bond: *(Southern District) FL, SDI NY &*
*Defendant may travel to and from the State of Florida and the State of New York. May be released without signature of sureties. E.D. Defendant has 10 days to obtain sureties' signatures by July 18. By July 10, 2019 he will surrender passport to Pretrial Services. main. address on record.*

DEFENDANT: Ari Teman

CASE NUMBER: 19-3082 MJ

PAGE THREE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

000074

DEFENDANT: *Ari Teman*

CASE NUMBER: 19-3082 MJ

PAGE FOUR

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**NOTE: Page 5 of this form MUST be completed before the bond will be accepted for filing.**

### DEFENDANT

Signed this ___8th___ day of ___July___, 20 _19_ at ___Miami___, Florida

Signed and acknowledged before me:

DEFENDANT: (Signature) _____

_____
Witness

___Miami___          ___Florida___
City                    State

### CORPORATE SURETY

Signed this _____ day of _____, 20 ___ at _____, Florida

SURETY: _____

AGENT: (Signature) _____

PRINT NAME: _____

_____          _____
City                    State

### INDIVIDUAL SURETIES

Signed this _12_ day of _July_, 20_19_ at _4:59 PM_, Florida      Signed this ___ day of _____, 20 ___ at _____, Florida

SURETY: (Signature) _____      SURETY: (Signature) _____

PRINT NAME: ___Levi Herman___      PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _Co-Worker_      RELATIONSHIP TO DEFENDANT: _____

___New York___          ___NY___
City                    State                    City                    State

Signed this ___ day of _____, 20 ___ at _____, Florida      Signed this ___ day of _____, 20 ___ at _____, Florida

SURETY: (Signature) _____      SURETY: (Signature) _____

PRINT NAME: _____      PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____      RELATIONSHIP TO DEFENDANT: _____

_____          _____          _____          _____
City                    State                    City                    State

## APPROVAL BY THE COURT

Date: ___7/22/19___

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  19-3082-MJ-O'SULLIVAN


UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

                                    Miami, Florida
                                    July 8, 2019
ARI TEMAN,                          Pages 1-9

                    Defendant.
_____


                 TRANSCRIPT OF INITIAL APPEARANCE
            BEFORE THE HONORABLE JOHN J. O'SULLIVAN
                 UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

FOR THE PLAINTIFF:
                    *United States Attorney's Office*
                    BY:  SHARAD MOTIANI,  A.U.S.A.
                    99 Northeast Fourth Street
                    Miami,  Florida 33132


FOR THE DEFENDANT:

                    BY:  GRACE CASAS-ROWE, ESQ.
                    BY:  **ERIC IRONS, ESQ.**




TRANSCRIBED BY:     DAWN M. SAVINO, RPR
                    Official Court Stenographer
                    400 N. Miami Avenue, 10S03
                    Miami, Florida  33128
                    Telephone:  305-523-5598

PROCEEDINGS RECORDED BY DIGITAL AUDIO RECORDING
TRANSCRIPT PRODUCED BY MANUAL STENOGRAPHY
AND COMPUTER-AIDED TRANSCRIPTION
4/26

000076

P-R-O-C-E-E-D-I-N-G-S

THE COURT: Ari Teman. Is there a motion to unseal?

MR. MOTIANI: Make an ore tenus motion to unseal, Your Honor.

THE COURT: All right. This is the complaint.

MS. CASAS-ROWE: May it please the Court, good afternoon. Attorney Grace Casas-Rowe from Ms. Sara Shulevitz's office. I also have co-counsel present, Your Honor.

MR. IRONS: Eric Irons.

THE COURT: Tell me both your last names again, slowly.

MS. CASAS-ROWE: Attorney grace Casas, C-A-S-A-S, hyphen Rowe, R-O-W-E.

THE COURT: And gentleman?

MR. IRONS: Eric Irons. E-R-I-C and the last name is I-R-O-N-S.

THE COURT: Okay. All right. You're both members of the Bar here? The District Court Bar?

MS. CASAS-ROWE: Yes, Your Honor.

THE COURT: Okay. Good. Let me talk to your client for one moment.

Sir, tell me your name and age, please.

THE DEFENDANT: Ari Teman, 37.

THE COURT: Okay. Sir, you're here for your initial appearance on a complaint out of the Southern District of New York that charges you with bank fraud. Counsel Ms. Casas-Rowe

and Eric Irons indicate they're going to represent you, at least -- are you making a temporary appearance or permanent appearance?

MS. CASAS-ROWE:  Ms. Sara Shulevitz would be making a temporary appearance, Your Honor.  I work with her office.

THE COURT:  Okay.  So a temporary appearance to represent you at least for bond purposes in this case.  Are you in agreement with that?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Okay.  Good.  All right.

What's the Government's recommendation on bond?

MR. MOTIANI:  $25,000 personal surety bond.  It's to be co-signed by a financially responsible co-signer.  Travel restriction to the Southern District of Florida, Southern District of New York, EDNY and points in between for travel purposes, excuse me.  Surrender passports and travel --

THE COURT:  Well, I'm going to set the standard conditions.  You can tell me unless there's something special there.

MR. MOTIANI:  Nope.

THE COURT:  All right.

MS. CASAS-ROWE:  If I may, Your Honor?

THE COURT:  Who can co-sign on the bond for him?

MS. CASAS-ROWE:  Your Honor, he's given us the names of two individuals.  The discussion was that he would have 48 hours

to surrender the passport and ten days to procure the signature of the sureties because they are out of state.

THE COURT:  And tell me about the sureties, who are they?

MS. CASAS-ROWE:  These sureties, your Honor, one individual is a friend of the client and the other is a coworker.

THE COURT:  And what are their names?

MS. CASAS-ROWE:  The coworker's name is Levi Herman, H-E-R-M-A-N.  The name of his friend is Joseph Machumklar, M-A-C-H-U-M-K-L-A-R.

THE COURT:  And what was the amount of the bond, 25,000?

MS. CASAS-ROWE:  Stipulated, yes.  Stipulated $25,000 personal surety bond.

THE COURT:  All right.  I'll enter the stipulated $25,000 personal surety bond to be co-signed by Levi Herman or Joseph Machumklar?  Is that how you say it?

MS. CASAS-ROWE:  Machumklar.

THE COURT:  Machumklar.  Okay.  My accent is not too good.  But anyway, you got that?  Clerk's got the spelling of it.

As conditions of bond, he needs to report to Pretrial Services as directed.  Surrender all passport and travel documents.  Submit to substance abuse testing and treatment as

PROCEEDINGS RECORDED BY DIGITAL AUDIO RECORDING
TRANSCRIPT PRODUCED BY MANUAL STENOGRAPHY
AND COMPUTER-AIDED TRANSCRIPTION
4/26

000079

directed.  Refrain from excessive use of alcohol or any narcotic drugs.  Participate in mental health assessment.  And your travel is -- he's going to continue to reside here in Miami?

MS. CASAS-ROWE:  Yes.  We have given an address on the standard bond documentation of his address here in Miami.

THE COURT:  Is that 650 West Avenue, Number 505?

MS. CASAS-ROWE:  Yes, Your Honor.

THE COURT:  All right.  So he's to reside at that address and not move from that address without further order of the court.

You said the Eastern District.  This is out of the Southern District of New York.

MR. MOTIANI:  Yes, Your Honor.  My notes here show travel restrictions between our district, Southern District of New York and Eastern District of New York.

THE COURT:  Okay.  He's permitted to travel to New York, the Southern and Eastern Districts of New York for court purposes and to meet with counsel only, not for other reasons.

Any other conditions requested by the Government?

MR. MOTIANI:  No, Your Honor.

THE COURT:  Anything else for Mr. Teman?

MS. CASAS-ROWE:  Your Honor, the agreement was that his release would be processed -- would be processed at this time without obligating an immediate signature of the sureties.  That he has 10 days in order to have them signed.

PROCEEDINGS RECORDED BY DIGITAL AUDIO RECORDING
TRANSCRIPT PRODUCED BY MANUAL STENOGRAPHY
AND COMPUTER-AIDED TRANSCRIPTION
4/26

000080

THE COURT:  All right.  So within 10 days of today, today's July 8th, he's to have -- by July 18th he is to have the signatures on the bond forwarded to the clerk's office.  You fail to do that, you're going to be in violation of your release and you'll need to surrender yourself to the United States Marshals.  Do you understand?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Okay.  And then how long do you want to give the passport over?

MS. CASAS-ROWE:  48 hours from the time that the client is released, if it please the Honor.

THE COURT:  So by the end of business on July 10th, that's Wednesday, you're to have your passport surrendered to Pretrial Services.

What about removal?  Does he want to waive removal?  Is he going to go by himself to New York or do you want to have a removal hearing?

MS. CASAS-ROWE:  Your Honor, the client is advising he will go by himself.

THE COURT:  Okay.  Can you give her the form for the waiver of removal so she can review it with her client?

Sir, you understand you're entitled to a removal hearing, at which time the Government would have to present evidence to demonstrate to the Court that you are the same person who's named in the warrant out of the Southern District

PROCEEDINGS RECORDED BY DIGITAL AUDIO RECORDING
TRANSCRIPT PRODUCED BY MANUAL STENOGRAPHY
AND COMPUTER-AIDED TRANSCRIPTION

4/26

000081

of Florida.  By waiving that, you agree to travel on your own to the Southern District of New York.  Your attorneys as well as Probation will advise you when you need to be there.  Do you understand?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Okay.  The clerk is going to give you a form which you can look at, and if you would like to sign it.

THE CLERK:  Judge, if I may have the spelling of the counsel who is making the temporary appearance?

THE COURT:  It's Casas, C-A-S-A-S.  Oh, the other one?  Yeah.  What's the other one, the one you're standing in for?

MS. CASAS-ROWE:  Ms. Sara Shulevitz.

THE COURT:  Spell that please.

MS. CASAS-ROWE:  S as in Sam, C-H-U-E-L, V as in Victor, I, T as in Tom, Z as in zebra.

THE COURT:  Usual spelling.  Do you want to review that form with him?

MS. CASAS-ROWE:  Yes.

THE COURT:  Go ahead and have him sign it if he would like to.

MS. CASAS-ROWE:  Your Honor, having reviewed the waiver, he is signing it at this time.

THE COURT:  Okay.  Can you hand it up to me please?

MS. CASAS-ROWE:  Yes, Your Honor.

THE COURT:  All right.  Mr. Teman, do you have any

questions about waiving your right to a removal hearing?

THE DEFENDANT:  No, Your Honor.

THE COURT:  Thank you.  All right.  I find the Defendant has knowingly and voluntarily waived his right to an identity hearing, and I'm going to order that he be removed to the Southern District of Florida -- of New York, I'm sorry.  And you're to stay in touch with counsel and Pretrial Services to determine when you need to be there.  If you fail to appear there, a warrant will be issued for your arrest and your bond will be revoked.  Do you understand?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Okay.  Good.  All right.  Anything else for this gentleman?

MS. CASAS-ROWE:  Your Honor, we would ask for the indictment to remain sealed at this time until.

THE COURT:  Well, there is no indictment.  There's -- it's an information -- I mean, it's a complaint.  It's already been unsealed and I'm not inclined to seal it unless you give me some special reasons.

MR. IRONS:  Your Honor can the Defendant speak?

THE COURT:  Sure.

THE DEFENDANT:  Your Honor, the company name, my company name, it's my last name.  Were this case, which I'm sure I'll be found not guilty or dropped, were that to be made public it would be devastating to the -- the case.  My customers

PROCEEDINGS RECORDED BY DIGITAL AUDIO RECORDING
TRANSCRIPT PRODUCED BY MANUAL STENOGRAPHY
AND COMPUTER-AIDED TRANSCRIPTION

4/26

000083

wouldn't pay me, nobody would hire us.

THE COURT:  Okay.  Well, your motion is denied.  The Government's -- *(unintelligible)* has found probable cause to believe that you committed the crime for which you've been accused and I'm not going to -- there's a presumption of things being in the open record, and the reasons you gave me are not sufficient to keep it sealed.

All right.  Anything else for this gentleman?  All right.

MS. CASAS-ROWE:  No, Your Honor.  Not at this time.

THE COURT:  All right.  Thank you.

Mr. Teman, good luck to you.

(PROCEEDINGS CONCLUDED)

\* \* \* \* \*

C E R T I F I C A T E
I certify that the foregoing is a correct transcript from the digital audio recording of proceedings in the above-entitled matter.

7/30/2019          /s/ Dawn M. Savino
Date                    DAWN M. SAVINO, RPR

 Gmail

## FW: 31/1c
1 message

**A Goldenberg** <AGoldenberg@goldmontrealty.com>

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

-------- Original message --------
From: Ari Teman <ari@teman.com>
Date: 4/2/19 6:40 PM (GMT-05:00)
To: A Goldenberg <AGoldenberg@goldmontrealty.com>
Subject: Fwd: 31/1c

How can I support you when it's operating at a massive loss based on your fraudulent representation of an investment that wasn't going to be made? What's the plan here? You offer $1500+849 / building, but then tell me your family is going to invest, and now you get free devices and I'm losing money every day from this? Terrible deal and you know it. You should really pay the agreed upon price. The stress you've caused me, the personal pain, I know you don't care, I thought you did, but it's unbelievable.

---------- Forwarded message ---------
From: **Andrew** <Andrew@goldmontrealty.com>
Date: Tue, Apr 2, 2019, 6:35 PM
Subject: Re: 31/1c
To: Ari Teman <ari@teman.com>

31 east 21 apt 1c
When I clicked send instructions it didn't send I don't think

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Ari Teman <ari@teman.com>
Date: 4/2/19 18:33 (GMT-05:00)
To: Andrew <Andrew@goldmontrealty.com>
Subject: Re: 31/1c

31?

Please let me know how I can be helpful.

Ari

4/26                                                                    000085

Ari Teman | Founder | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com<https://teman.com/> | ari@teman.com<mailto:ari@teman.com>

[Teman logo]<https://teman.com/>
          Services:
GateGuard.xyz    |       Face-recognition entry panel, intercom, virtual doorman + camera system
LookLock.xyz     |       Smart Lock w/Video Doorbell + Security Camera + Concierge
(Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)
PropertyPanel.xyz      |       NYC's #1 property platform: Find, Analyze, Comply, News, more.
SubletSpy.com    |       Catch & Evict Illegal Airbnb-type sublets

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

WATCH NOW: 2 MINUTE VIDEO
GateGuard.xyz Face Recognition Intercom & AI Doorman
[https://docs.google.com/uc?export=download&id=1zng__JLdI0PPe6uhQvHcWXieIBjiU_en&revid=
0B0ULsBpExJ3DSVRIZ2MzTDIXM0Z1TEtGbi9UMk5ISGFUMjRvPQ]<https://gateguard.xyz/?s=ariSignaturePhoto>

https://www.youtube.com/watch?v=Ski0UqQZKEU

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.


On Tue, Apr 2, 2019 at 3:14 PM Andrew <Andrew@goldmontrealty.com<mailto:Andrew@goldmontrealty.com>> wrote:
Cant send tenant instructions. Its not sending them over.

000086

 Gmail

## FW: [External Sender]Contact Information

1 message

**A Goldenberg** <AGoldenberg@goldmontrealty.com>

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

-------- Original message --------
From: Jacob Rubinstein <jacobrubinsteinesq@gmail.com>
Date: 10/30/19 1:57 PM (GMT-05:00)
To: Ariel Reinitz <Ariel.Reinitz@FisherBroyles.com>
Subject: Re: [External Sender]Contact Information

Please call me. Your client stands to lose much more, I've made a list of legal issues some of which criminal since this started. I would hate for it to come to that- I'm leaving open this opportunity until Friday. With or without abis blessing I will file whatever necessary to quash this psycho.

Thanks,

Jacob
(516)967-2622

> On Oct 30, 2019, at 1:51 PM, A Goldenberg <AGoldenberg@goldmontrealty.com> wrote:
>
> -------- Original message --------
> From: Ari Teman <ari@teman.com>
> Date: 10/30/19 9:11 AM (GMT-05:00)
> To: Mark Silber <mark@rhodiumre.com>, A Goldenberg <AGoldenberg@goldmontrealty.com>, Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>, agoldberg@rhservices.com
> Subject: Re: FW: [External Sender]Contact Information
>
> FedEx reference number: 1030913019.
>
> Sue them... We'll name Mark, Fred, Ari... their management companies... Fuck these guys. Only ANIMALS would have five intercoms installed, beg us to do it immediately as they had an emergency, then hold our payments hostage.
>
> I'm going to call the attorney general, too, and also have a nice chat with NYC's Airbnb enforcement about their knowingly leasing to Airbnb operators. I'm tired of these criminals stealing from vendors and destroying NYC! Fucking criminals should be in jail for theft. It's literally a felony to steal telecom services.
>
> Ari
>

000087

> On Wed, Oct 30, 2019, 9:03 AM Ari Teman <ari@teman.com<mailto:ari@teman.com>> wrote:
> We don't sell $2k intercoms you behaimos. You're getting sued. Ari is getting sued too.
>
> ---------- Forwarded message ---------
> From: Ari Teman <ari@teman.com<mailto:ari@teman.com>>
> Date: Wed, Oct 30, 2019, 9:02 AM
> Subject: Re: FW: [External Sender]Contact Information
> To: Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com<mailto:Ariel.Reinitz@fisherbroyles.com>>,
> <ngozal@hhk.com<mailto:ngozal@hhk.com>>
>
>
> We have informed FedEx we reject and refuse to accept this shipment. Do not mail anything to us or our attorney without prior written consent. We refuse your other. Ariel, file the lawsuit. Add an hour of my time per our contracted rate.
>
> On Wed, Oct 30, 2019, 7:28 AM Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com<mailto:Ariel.Reinitz@fisherbroyles.com>> wrote:
> FYI
> Don't sign for it, of course
>
> Ariel Reinitz
> FisherBroyles, LLP<https://www.fisherbroyles.com/>
> O: 646.494.6909 | M: 917.587.5520 | Email<mailto:ariel.reinitz@fisherbroyles.com>
>
> From: Gozal, Nir <ngozal@hhk.com<mailto:ngozal@hhk.com>>
> Sent: Tuesday, October 29, 2019 5:39 PM
> To: Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com<mailto:Ariel.Reinitz@fisherbroyles.com>>
> Cc: Norton, Dan <dnorton@hhk.com<mailto:dnorton@hhk.com>>; 'Ari Goldberg' <agoldberg@rhservices.com<mailto:agoldberg@rhservices.com>>
> Subject: RE: [External Sender]Contact Information
>
> Ariel:
>
> Please be advised that my client has mailed a check payable to "GateGuard, INC." in the amount of $2,609.00 to GateGuard, Inc., 5 Penn Plaza, Ste 2372, New York, NY 10001. It was mailed today via FedEx Priority Overnight and is scheduled to arrive tomorrow morning, and will require a signature from someone at the delivery address.  The FedEx tracking number is 815251361961.
>
> Thank you.
>
> Best regards,
>
> [X]Nir E. Gozal
> Special Counsel
> Hinman, Howard & Kattell LLP
> 707 Westchester Avenue, Suite 407
> White Plains, NY 10604
> Direct: (914) 694-8501 | Cell: (502) 671-9766 | Fax: (914) 694-4510
> Email: ngozal@hhk.com<mailto:ngozal@hhk.com>  | Website: http://www.hhk.com<https://nam02.safelinks.protection.outlook.com/?url=https%3A%2F%2Flinkprotect.cudasvc.com%2Furl%3Fa%3Dhttp%3A%2F%2Fwww.hhk.com%2F%26c%3DE%2C1%2CCZ2gkIoDXdft2gg3dJUvDL9zRE0HFDdNL0WdPPeDvfnjfTy1OIfN-CztZ6iYXunuoz_gX1Mu4Mu16ARlBU7BPkG34793Bne5jKe5JjgVaph4AVXk4A%2C%2C%26typo%3D1&data=02%7C01%7Cariel.reinitz%40fisherbroyles.com%7C783f09a2b477461546ed08d75cb867e7%7C9e8fa05ee48847f48de9cd9bd0adf758%7C0%7C0%7C637079819409248798&sdata=ySrgobgq9ntZ1VtL%2FOGq20WSEmqsnxCk9W9MXVNFm2A%3D&reserved=0>
>
> Assistant: Debbie Repicky | Phone: (914) 694-4102 | Email: drepicky@hhk.com<mailto:drepicky@hhk.com>
>
> This e-mail, including any attachments, may contain information that is protected by

000088

> law as privileged and confidential, and is transmitted for the sole use of the intended
> recipient.  If you are not the intended recipient, you are hereby notified that any use,
> dissemination, copying or retention of this e-mail or the information contained herein
> is strictly prohibited.  If you have received this e-mail in error, please immediately
> notify the sender by telephone or reply e-mail, and permanently delete this e-mail from
> your computer system.  Thank you.
>
> From: Gozal, Nir
> Sent: Tuesday, October 29, 2019 3:40 PM
> To: 'Ariel Reinitz' <Ariel.Reinitz@fisherbroyles.com<mailto:Ariel.Reinitz@fisherbroyles.com>>
> Cc: Norton, Dan <dnorton@hhk.com<mailto:dnorton@hhk.com>>; 'Ari Goldberg'
<agoldberg@rhservices.com<mailto:agoldberg@rhservices.com>>
> Subject: RE: [External Sender]Contact Information
>
> Hi Ariel:
>
> Thanks for your email. The amounts reflected in the invoice you sent are inconsistent with the originally agreed pricing for the installation and monthly fees for the 6 buildings located at 159th Street (as supported by the attached emails)  – for Building 1 my client was to pay security deposit plus 2 years (at $40/mth) up front (which Mr. Teman incorrectly added up to $2,048 instead of $1,809), and Buildings 2-6 were $40/mth per building.
>
> Email correspondence dated July/August shows that my client was unable to pay because the automated billing system would not recognize the agreed upon terms, and therefore would not issue a correct invoice. Thereafter, the subpoena issue arose, and Mr. Teman attempted to charge my client inflated and unjustified amounts for legal fees. He then stated that all fees were accelerated before issuing an invoice for over $250,000.00. From there, the relationship between our respective clients only continued to deteriorate.
>
> The correct calculation of amounts due is as follows:
>
> Description
>
> Total
>
> Comment
>
> Building 1 Security Deposit and 24 months monthly fee
>
> $1,809.00
>
> $849 security deposit plus $960 (24 x $40)
>
> Buildings 2-6 – monthly fee (4 months)
>
> $800.00
>
> 5 buildings x $40 x 4 months (July, August, September, October)
>
>
>
>
>
>
>
> TOTAL:
>
> $2, 609.00
>
>
>
>

4/26

000089

> My client will remit payment of this amount as soon as practicable.
>
> In addition, and as discussed, my client respectfully disagrees that Mr. Teman has the right to legal fees, or to accelerate the amounts due from my client, as a result of a subpoena he received from the Manhattan District Attorney's Office. Accordingly, we will not be remitting payment for any charges in connection with that subpoena.
>
> Lastly, and also as discussed, my client is discontinuing its relationship with Teman/Gateguard effective immediately. We respectfully disagree that any termination fees are due, although we accept that Mr. Teman will not return the security deposit that we will pay as per the above.  Please notify Mr. Teman that he may contact Ari Goldberg (Tel: (718) 614 – 9129; Email: agoldberg@rhservices.com<
> mailto:agoldberg@rhservices.com>)] to arrange to be escorted onto the properties, solely for the purpose of removing his equipment, until this Friday, November 1, 2019, after which my client will have its maintenance personnel remove the equipment and make it available for pickup by Mr. Teman at his earliest convenience.
>
> I would ask that neither you nor Mr. Teman contact my client directly – other than to contact Ari Goldberg as noted above to retrieve his equipment – and that you please direct all future correspondence to me.
>
> Thank you.
>
> Best regards,
>
>
> [X]Nir E. Gozal
> Special Counsel
> Hinman, Howard & Kattell LLP
> 707 Westchester Avenue, Suite 407
> White Plains, NY 10604
> Direct: (914) 694-8501 | Cell: (502) 671-9766 | Fax: (914) 694-4510
> Email: ngozal@hhk.com<mailto:ngozal@hhk.com>  | Website: http://www.hhk.com<https://nam02.safelinks.protection.outlook.com/?url=https%3A%2F%2Flinkprotect.cudasvc.com%2Furl%3Fa%3Dhttp%3A%2F%2Fwww.hhk.com%2F%26c%3DE%2C1%2CCZ2gkIoDXdft2gg3dJUvDL9zRE0HFDdNL0WdPPeDvfnjfTy1OIfN-CztZ6iYXunuoz_gX1Mu4Mu16ARIBU7BPkG34793Bne5jKe5JjgVaph4AVXk4A%2C%2C%26typo%3D1&data=02%7C01%7Cariel.reinitz%40fisherbroyles.com%7C783f09a2b477461546ed08d75cb867e7%7C9e8fa05ee48847f48de9cd9bd0adf758%7C0%7C0%7C637079819409258795&sdata=oY7sw0MKsdkkwvpIAiRb%2F4dzmIOXYezV%2FLIy9T9xgAo%3D&reserved=0>
>
> Assistant: Debbie Repicky | Phone: (914) 694-4102 | Email: drepicky@hhk.com<mailto:drepicky@hhk.com>
>
> This e-mail, including any attachments, may contain information that is protected by
> law as privileged and confidential, and is transmitted for the sole use of the intended
> recipient.  If you are not the intended recipient, you are hereby notified that any use,
> dissemination, copying or retention of this e-mail or the information contained herein
> is strictly prohibited.  If you have received this e-mail in error, please immediately
> notify the sender by telephone or reply e-mail, and permanently delete this e-mail from
> your computer system.  Thank you.
>
> From: Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com<mailto:Ariel.Reinitz@fisherbroyles.com>>
> Sent: Monday, October 28, 2019 4:24 PM
> To: Gozal, Nir <ngozal@hhk.com<mailto:ngozal@hhk.com>>
> Subject: RE: [External Sender]Contact Information
>
> Thanks, Nir. As discussed, attached is an itemized invoice showing amounts due to GateGuard. Happy to discuss further once you've had a chance to review.
> Best,
> Ariel
>
> Ariel Reinitz
> Partner

000090

> [cid:image003.jpg@01D40120.70597880]<https://nam02.safelinks.protection.outlook.com/?url=http%3A%2F%2Ffisherbroyles.com%2F&data=02%7C01%7Cariel.reinitz%40fisherbroyles.com%7C783f09a2b477461546ed08d75cb867e7%7C9e8fa05ee48847f48de9cd9bd0adf758%7C0%7C0%7C637079819409258795&sdata=IfYPp8O0D0EgvZu9TUJQ%2BiLIJtByGLRquW0zudeCtRI%3D&reserved=0>

> 445 Park Avenue | Ninth Floor | New York, NY 10022

> O: 646.494.6909 | M: 917.587.5520

> Email<mailto:ariel.reinitz@fisherbroyles.com> | Web<https://nam02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.fisherbroyles.com%2Fariel-reinitz%2F&data=02%7C01%7Cariel.reinitz%40fisherbroyles.com%7C783f09a2b477461546ed08d75cb867e7%7C9e8fa05ee48847f48de9cd9bd0adf758%7C0%7C0%7C637079819409268788&sdata=POm8rpMg%2FIcU5Ryvo2V1wictiRsnMQYr8epeozlPvM8%3D&reserved=0> | LinkedIn<https://nam02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.linkedin.com%2Fin%2Fariel-reinitz-9149b53&data=02%7C01%7Cariel.reinitz%40fisherbroyles.com%7C783f09a2b477461546ed08d75cb867e7%7C9e8fa05ee48847f48de9cd9bd0adf758%7C0%7C0%7C637079819409268788&sdata=NI2plGndSctkcmrMOGbMe2higA7o1KzKMNPuXU1mOlY%3D&reserved=0> | Twitter<https://nam02.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FArielR_IP&data=02%7C01%7Cariel.reinitz%40fisherbroyles.com%7C783f09a2b477461546ed08d75cb867e7%7C9e8fa05ee48847f48de9cd9bd0adf758%7C0%7C0%7C637079819409278785&sdata=avMo2z1Ip92fUFhYTPTHBI555ffzN2ut6yC54kejxmQ%3D&reserved=0>

> ATLANTA • AUSTIN • BOSTON • CHARLOTTE • CHICAGO • CINCINNATI • CLEVELAND • COLUMBUS • DALLAS • DENVER • DETROIT • HOUSTON • LOS ANGELES • NAPLES • NEW YORK • PALO ALTO • PHILADELPHIA • PRINCETON • SALT LAKE CITY • SEATTLE • WASHINGTON, D.C.

> The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

>

> From: Gozal, Nir <ngozal@hhk.com<mailto:ngozal@hhk.com>>

> Sent: Friday, October 25, 2019 5:39 PM

> To: Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com<mailto:Ariel.Reinitz@fisherbroyles.com>>

> Subject: [External Sender]Contact Information

>

> Thanks again for returning my call. Looking forward to speaking with you next week.

>

> Have a nice weekend.

>

> Best,.

>

> [image001]Nir E. Gozal

> Special Counsel

> Hinman, Howard & Kattell LLP

> 707 Westchester Avenue, Suite 407

> White Plains, NY 10604

> Direct: (914) 694-8501 | Cell: (502) 671-9766 | Fax: (914) 694-4510

> Email: ngozal@hhk.com<mailto:ngozal@hhk.com> | Website: http://www.hhk.com<https://nam02.safelinks.protection.outlook.com/?url=https%3A%2F%2Flinkprotect.cudasvc.com%2Furl%3Fa%3Dhttp%3A%2F%2Fwww.hhk.com%2F%26c%3DE%2C1%2CCCZ2gkIoDXdft2gg3dJUvDL9zRE0HFDdNL0WdPPeDvfnjfTy1OIfN-CztZ6iYXunuoz_gX1Mu4Mu16ARIBU7BPkG34793Bne5jKe5JjgVaph4AVXk4A%2C%2C%26typo%3D1&data=02%7C01%7Cariel.reinitz%40fisherbroyles.com%7C783f09a2b477461546ed08d75cb867e7%7C9e8fa05ee48847f48de9cd9bd0adf758%7C0%7C0%7C637079819409278785&sdata=6QQidxyDVpVa9r%2B94SnrseT7L2VnRfAIQgvS8qsZnME%3D&reserved=0>

>

> Assistant: Debbie Repicky | Phone: (914) 694-4102 | Email: drepicky@hhk.com<mailto:drepicky@hhk.com>

>

> This e-mail, including any attachments, may contain information that is protected by

> law as privileged and confidential, and is transmitted for the sole use of the intended

> recipient. If you are not the intended recipient, you are hereby notified that any use,

> dissemination, copying or retention of this e-mail or the information contained herein

> is strictly prohibited. If you have received this e-mail in error, please immediately

> notify the sender by telephone or reply e-mail, and permanently delete this e-mail from

000091

> your computer system. Thank you.
>
>
>
> Disclaimer
>
> ALERT: Beware of WIRE FRAUD. Do not wire funds based upon email instructions. Email hacking is on the rise to fraudulently misdirect funds. Before wiring us any money, always call our office to verbally verify our wiring instructions.
>
>
> Disclaimer
>
> ALERT: Beware of WIRE FRAUD. Do not wire funds based upon email instructions. Email hacking is on the rise to fraudulently misdirect funds. Before wiring us any money, always call our office to verbally verify our wiring instructions.
> <Screenshot_20191030-090430_Phone.jpg>

000092

 Gmail

## FW: Financials and Pending language

2 messages

**A Goldenberg** <AGoldenberg@goldmontrealty.com>

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

-------- Original message --------
From: Ari Teman <ari@teman.com>
Date: 9/10/19 9:53 AM (GMT-05:00)
To: Jacob Rubinstein <jacobrubinsteinesq@gmail.com>, Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>
Cc: A Goldenberg <AGoldenberg@goldmontrealty.com>, Levi Herman <levi@teman.com>
Subject: Financials and Pending language

Hi Jacob,

Can we please get an update? Also we need to connect the accountant for Goldmont to the bank (they'll sign NDA) so they can approve the financing. Can you please do an email intro (or Abi, can you go it?)?

Thanks!
Ari

**A Goldenberg** <AGoldenberg@goldmontrealty.com>

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

-------- Original message --------
From: Ari Teman <ari@teman.com>

000093

Date: 9/10/19 9:53 AM (GMT-05:00)
To: Jacob Rubinstein <jacobrubinsteinesq@gmail.com>, Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>
Cc: A Goldenberg <AGoldenberg@goldmontrealty.com>, Levi Herman <levi@teman.com>
Subject: Financials and Pending language

Hi Jacob,

Can we please get an update? Also we need to connect the accountant for Goldmont to the bank (they'll sign NDA) so they can approve the financing. Can you please do an email intro (or Abi, can you go it?)?

Thanks!
Ari

000094

 Gmail

## Fwd: Great news: (1) Walmart's guys chose us (2) Discovering "extra" tenants in 31 e 21

2 messages

**Leon Goldenberg** <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: Ari Teman <ari@teman.com>
To: Goldmont@aol.com; A Goldenberg <agoldenberg@goldmontrealty.com>
Sent: Tue, Feb 5, 2019 10:24 am
Subject: Great news: (1) Walmart's guys chose us (2) Discovering "extra" tenants in 31 e 21

Hi Leon and Abi,

Two bits of great news:

1. Jetton, which builds Walmarts ( https://jettoncon.com/ ) and other major retailers, are building 50 student housing projects around the US, and they chose our platform. Student housing is a huge market, as I'm sure you know, and the data & access to that age group, is even more valuable. Students also order lots of services like laundry, food, etc.

2. We are already *discovering a bunch of people in 31 e 21 who you don't have on the tenant list.* We're sending Andrew the info, including IDs with mismatched name / addresses. He's on top of it -- he's awesome.

Please let me know how I can be helpful.

- Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com
                         Services:
            GateGuard.xyz      |  Face-recognition entry panel, intercom, virtual doorman + camera system
            LookLock.xyz       |  Smart Lock w/Video Doorbell + Security Camera + Concierge
                               |  (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)
            PropertyPanel.xyz  |  NYC's #1 property platform: Find, Analyze, Comply, News, more.
            SubletSpy.com      |  Catch & Evict Illegal Airbnb-type sublets
Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

000095

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**WATCH NOW: 2 MINUTE VIDEO**

GateGuard.xyz Face Recognition Intercom & AI Doorman in Action

https://www.youtube.com/watch?v=Ski0UqQZKEU

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.



TO: **MICHEL A. HOSSANAH**, UNIT 6A, 31 East 21st
street

Hi MICHEL A..

Exciting news. We've installed a new intercom "virtual
doorman" that we hope will make your experience easier,
safer, and more enjoyable. It has a few nice
improvements.

No more worrying about lost keys: The new intercom
panel recognizes your face (like Facebook) and unlocks
the door with a 4-digit PIN.

You can even let guests in from any iPhone, iPad, or
Android smartphone or tablet using the free app, and even
a guest code to enter when you're not home.

device can take a few entries to "learn" your face at dif
ID & PIN. You may need to use them to enter the first coupl
We cannot provide ID or PINs over the phone. Only your bu

SAFE: **NEVER SHARE YOUR ID OR PIN**
ch person in your unit should have their own ID & PIN.

A Goldenberg <AGoldenberg@goldmontrealty.com>

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

000096

 Gmail

## FW: Teman GateGuard : Cloud access to 50,000 buildings and millions of tenants

**A Goldenberg** <AGoldenberg@goldmontrealty.com>

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

-------- Original message --------
From: Ari Teman <ari@teman.com>
Date: 1/22/19 5:07 PM (GMT-05:00)
To: A Goldenberg <AGoldenberg@goldmontrealty.com>, Goldmont@aol.com
Subject: Teman GateGuard : Cloud access to 50,000 buildings and millions of tenants

Hi Leon and Abi,

It was a pleasure speaking with you. Below is our overview, deck, and pro-forma.

Please let me know how I can be helpful.

Ari

### Overview:

After a crazy Airbnb incident that became the #1 story on the internet, our founder built a tool (SubletSpy) that's helped hundreds of landlords catch & remove thousands of illegal sublets, then realized landlords *don't know who is in their building & who isn't* (sublets, non-primaries, absentee staff, vendors, even dead tenants!), so we created "GateGuard.xyz", the Face Recognition Intercom & AI Doorman, and "PropertyPanel.xyz", a "Bloomberg Terminal for Real Estate" property data, analytics, and management platform.

**Less than 3-years old, we serve over 300 landlords & management companies across North America and as far as Sydney across all our services.** We're now selling from NYC to Miami to Chicago to LA to Mexico to Canada.

Almost every tenant has our app, giving us direct digital & physical access to each tenant to offer services, products, media, and to valuable data. **Couriers, consumer goods companies, service companies, and more come to us to partner (pay us to) gain access to buildings.**

Visa Europe chose us as one of the top-6 cyber startups at DLD, and we've been featured in the cover story of TheRealDeal, and on ABC, NBC, CBS, PIX, etc.

### Metrics & Stickiness:

We went from 50 buildings in our first year to selling more than that  monthly, to our "no money down" model where we had just over 700 buildings apply in a month! Each building pays between $49 and $299/mo for at least ten years, giving us solid recurring revenue to finance against for growth.

000097

Clients can (and often do) increase their plans, add users, add services, etc., and we'll up-sell them on additional services, so we expect to 3-5x that MRR. Most clients with multiple buildings start with 1-3 buildings and increase until they add their full portfolio. We have 10-year contracts and we are physically installed on the buildings and our app is on every tenant's mobile -- very sticky!

**When we hit 50,000 buildings we project over $90M MRR** including ancillary services & fees (courier fees, data, services), and we're on-track to hit that target in under 5 years.

**Technology & IP:**

We have the most-comprehensive data on NYC real estate, proprietary, top-performing Artificial Intelligence in a number of categories, and unprecedented real-time insight into the activity of tenants (deliveries, guests, relationships, etc.).

We have patents-pending and will file additional patents shortly.

**Cap table + Ask:**

*We built pretty-much everything off revenue.*

(1) We raised a total of $185K from: Aaron Weitman (**Appaloosa**) Jay Goldberg (**Hudson Ventures**); Kerry Miller (**Goldman Sachs**); Michael Mintz (**FirstService Residential**); Menachem Landau (**SnapAdvances**); SubletSpy (owned by Ari) put in $325K (non-dilutive);  Howard Morgan (**FirstRound**) and Amir Orad (**SiSense**), and Mendel Rogatsky (**Madison Realty**) are joining this round (SAFE notes).

We project $7M-10M ARR for this coming year and have a few major enterprise contracts we're about to announce (major telco, services, etc). **Local, National & International growth has outpaced projections.**

(2) The last round was a SAFE (we still own 97% of the company);

(3) We're raising $5M to support and multiply the rapid growth. (Update: Thanks to new factory financing we can begin with $3M, but would still prefer to raise the $5M to build faster.)

**Pro Forma (Projections):**

Note: Projections are based on the "subsidized" model ("free device + monthly fees") to get to scale (10K buildings, then 50K...), where most money is made from ancillary fees (courier fees, services, telco, data) in addition to monthly service fees:

**Google Drive:**  Spreadsheet
**Dropbox:** Excel (xlsx)

**Deck:**

Note: The deck has not been updated since we started selling in Mexico, Miami, LA, Chicago, and also signed our deal with AT&T. We have a number of other deals pending with service providers.

**Google Drive:** PDF
**Dropbox:**  PDF

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Panda, Curbed, Observer

000098

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.

000099

 Gmail

## Fwd: We've got one of our Operations guys!

1 message

**Leon Goldenberg** <goldmont@aol.com>
Reply-To: Leon Goldenberg <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: Ari Teman <ari@teman.com>
To: A Goldenberg <agoldenberg@goldmontrealty.com>; Goldmont@aol.com
Sent: Thu, Jan 24, 2019 8:47 am
Subject: We've got one of our Operations guys!

Hi Leon and Abi,

Exciting news. Yoseff Shachor will join us as one of our operations leaders. He was a Givati Staff Sargent, interned for MK Michael Oren, has a masters in Management & Leadership from Hebrew University, co-founded and led a number of respected groups, and is a natural organizer, presenter, networker, and diplomat.

I gave him a test to organize 20 teams to do 200 installations in 2 days, and he asked the right questions, quickly understood the challenges. He drew grid of NYC (areas), then he ranked jobs 1-4 in difficulty. He assigned teams to tackle 1 (Easy) jobs first, the jobs that take 30-60 minutes, so we get most volume done and let most time-consuming jobs wait or be outsourced to 3rd party installers. He is exactly the kind of mind we need and I'm sure will help attract even more great talent.

As luck would have it, he got engaged to a girl who "voted" they live in NYC, and if my understanding of marriage is still correct, wives get 51% of the vote, so he's arrived just in time.

Ari



**20190123_164510.jpg**
3000K

000100

 Gmail

## FW: Please. Today

1 message

**A Goldenberg** <AGoldenberg@goldmontrealty.com>

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

-------- Original message --------
From: Ari Teman <ari@teman.com>
Date: 8/21/19 3:33 PM (GMT-05:00)
To: A Goldenberg <AGoldenberg@goldmontrealty.com>
Cc: Levi Herman <levi@teman.com>
Subject: Please. Today

Abi,

Please. I've seen this "he's busy" pattern before. He's your father. Please get 5-15 minutes with him today, at his home even, and get this signed. I won't rehash what we've been through. We have an agreement, your attorney agrees to it, please sign it today.

Thank you,
Ari

000101

 Gmail

## FW: Teman : Cloud access to 50,000 buildings and millions of tenants

1 message

**A Goldenberg** <AGoldenberg@goldmontrealty.com>

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

-------- Original message --------
From: Ari Teman <ari@teman.com>
Date: 3/11/19 10:49 AM (GMT-05:00)
To: jweissman@omnimh.com
Cc: Ely Pasternak <ely.pasternak@gmail.com>, A Goldenberg <AGoldenberg@goldmontrealty.com>
Subject: Teman : Cloud access to 50,000 buildings and millions of tenants

Hi Jerry,

Great meeting you. Here's the overview & our investment deck. Since we met we have another $500K committed from 2 investors, and Michael Stoler will join as well (numbers TDB, just met Friday).

Please let me know how I can be helpful.

Ari

**Overview:** After a crazy Airbnb incident that became the #1 story on the internet, our founder built a tool that's helped hundreds of landlords catch & remove thousands of illegal sublets, then realized landlords *don't know who is in their building & who isn't* (sublets, non-primaries, absentee staff, vendors, even dead tenants!), so we created "GateGuard.xyz", an Artificial Intelligence face recognition intercom, smart lock, & camera analytics platform, and "PropertyPanel.xyz", a "Bloomberg Terminal for Real Estate" property data, analytics, and management platform.

Just 2-years old, we serve over 300 landlords & management companies across North America and as far as Sydney across all our services.

We have the most-comprehensive data on NYC real estate, the world's #1 performing AI in a number of categories, and unprecedented real-time insight into the activity of tenants (deliveries, guests, relationships, etc.).

We are steadily taking over the full technology stack of multifamily CRE. Visa Europe chose us as one of the top-6 cyber startups at DLD, and we've been featured in TheRealDeal, ABC, NBC, CBS, PIX, etc.

We're now getting requests from Latin America, Canada, the Middle East, and across North America and are starting showrooms in cities across the USA over the next couple of months, the first in Miami. **Couriers, consumer goods companies, service companies, and more come to us to partner (pay us to) gain access to buildings. Every tenant has our app -- direct digital & physical access to every tenant to offer services, products, media, and data.**

000102

**Metrics & Stickiness:**
We went from 100 buildings last year to having 300+ buildings apply in one month,  which adds $6.2M in recurring revenue under contract.

Clients can & usually do increase their plans, add users, etc., and we'll upsell them on additional services, so we expect to 3-5x that MRR. Most clients with multiple buildings start 1-3 buildings and increase (From 10 to 60!).

 When we hit 50,000 buildings we project over $90M MRR including ancillary services & fees, and we're on-track to hit that target in under 5 years. We have 10-year contracts and we are physically installed on the buildings and our app is on every tenants mobile!

**Cap table + Ask:** *We built pretty-much everything off revenue.* (1) We raised a total of $235K from:

Howard Morgan (**FirstRound**), Aaron Weitman (**Appaloosa**) Jay Goldberg (**Hudson Ventures**); Kerry Miller (**Goldman Sachs**); Michael Mintz (**FirstService Residential**); Menachem Landau (**SnapAdvances**);

However, the demand has become too much for our small team to handle, and we're getting demand in a wider geographic area, so orders are slipping through and we need to scale. We project $7M-10M ARR for this coming year and have a few major enterprise contracts we're about to announce (2) The last round was a SAFE (we still own 97% of the company); (3) We're raising $5M to support and multiply the rapid growth.

**DECK:**
**Google Drive:** https://drive.google.com/open?id=1pQIgvSmn4o3Du3jxUhKMfR26yW3pf7mU
**Dropbox:**  https://www.dropbox.com/s/cjeww1oqmbz0yrv/Friend-or_Fraud-TEMAN-_DECK_2018-06-12-DRAFT-G3.pdf?dl=0

**PRO FORMA PROJECTIONS:**

**Here is our pro-forma** based largely on the "subsidized" model ("free device") to get to scale (10K buildings, then 50K...). It does not include the previous years where we were selling the devices for $5600-15000/shot and self-funding the operation since it's a completely different model:

**Google Drive:**  https://drive.google.com/file/d/1pQIgvSmn4o3Du3jxUhKMfR26yW3pf7mU/view?usp=sharing

**Dropbox:** https://www.dropbox.com/s/7vc1c6q5lhp2ycx/S6-GateGuard_Financial-Projections-Spreadsheet-11302017_0-5.xlsx?dl=0

**UPDATES (after the deck):**

- We added one of the largest management companies in the USA (hundreds of buildings managed)
- We added 3 of the largest landlords in NYC -- combined they own about 500 buildings. (We will ram up slowly with them, as typical).
- We just partnered with the largest network of landlords in NYC, which will add over 3500 clients in one shot.
- We are filing another patent
- We have added customers in Chicago and Connecticut and buildings in Miami since the deck, and are now doing a few distribution deals (outside NYC)

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |

000103

PropertyPanel.xyz    |    NYC's #1 property platform: Find, Analyze, Comply, News, more.
SubletSpy.com    |    Catch & Evict Illegal Airbnb-type sublets

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

WATCH NOW: 2 MINUTE VIDEO

GateGuard.xyz Face Recognition Intercom & AI Doorman



https://www.youtube.com/watch?v=Ski0UqQZKEU

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.

000104



## Fwd: Are you able to chat today or tomorrow

1 message

**Leon Goldenberg** <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: Ari Teman <ari@teman.com>
To: Goldmont@aol.com
Sent: Wed, Mar 13, 2019 9:38 am
Subject: Are you able to chat today or tomorrow

Hi Leon,

Hope DC is going well and the socks are working! Are you able to speak today or tomorrow about the round? Have some other guys who want to get involved so I'd like to get a clear plan.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com
Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer
Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

WATCH NOW: 2 MINUTE VIDEO
GateGuard.xyz Face Recognition Intercom & AI Doorman

000105



https://www.youtube.com/watch?v=Ski0UqQZKEU

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.

000106

 Gmail

## Fwd: Great news: (1) Walmart's guys chose us (2) Discovering "extra" tenants in 31 e 21

1 message

**Leon Goldenberg** <goldmont@aol.com>
Reply-To: Leon Goldenberg <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: Ari Teman <ari@teman.com>
To: Goldmont@aol.com; A Goldenberg <agoldenberg@goldmontrealty.com>
Sent: Tue, Feb 5, 2019 10:24 am
Subject: Great news: (1) Walmart's guys chose us (2) Discovering "extra" tenants in 31 e 21

Hi Leon and Abi,

Two bits of great news:

1. Jetton, which builds Walmarts ( https://jettoncon.com/ ) and other major retailers, are building 50 student housing projects around the US, and they chose our platform. Student housing is a huge market, as I'm sure you know, and the data & access to that age group, is even more valuable. Students also order lots of services like laundry, food, etc.

2. We are already *discovering a bunch of people in 31 e 21 who you don't have on the tenant list.* We're sending Andrew the info, including IDs with mismatched name / addresses. He's on top of it -- he's awesome.

Please let me know how I can be helpful.

- Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com
                        Services:
            GateGuard.xyz      |  Face-recognition entry panel, intercom, virtual doorman + camera system
            LookLock.xyz       |  Smart Lock w/Video Doorbell + Security Camera + Concierge
                               (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)
            PropertyPanel.xyz  |  NYC's #1 property platform: Find, Analyze, Comply, News, more.
            SubletSpy.com      |  Catch & Evict Illegal Airbnb-type sublets
Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
**NYC: Herald Square**
**Miami: Lincoln Road**

WATCH NOW: 2 MINUTE VIDEO

GateGuard.xyz Face Recognition Intercom & AI Doorman in Action

https://www.youtube.com/watch?v=Ski0UqQZKEU

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.



TO: **MICHEL A. HOSSANAH**, UNIT 6A, 31 East 21st street

Hi MICHEL A..

Exciting news. We've installed a new intercom "virtual doorman" that we hope will make your experience easier, safer, and more enjoyable. It has a few nice improvements.

No more worrying about lost keys: The new intercom panel recognizes your face (like Facebook) and unlocks the door with a 4-digit PIN.

You can even let guests in from any iPhone, iPad, or Android smartphone or tablet using the free app, and even a guest code to enter when you're not home.

device can take a few entries to "learn" your face at dif ID & PIN. You may need to use them to enter the first coupl l. We cannot provide ID or PINs over the phone. Only your bu

SAFE: **NEVER SHARE YOUR ID OR PIN**
person in your unit should have their own ID & PIN.

000108

 Gmail

## Fwd: Teman Co.

2 messages

**Leon Goldenberg** <goldmont@aol.com>
Reply-To: Leon Goldenberg <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: Ari Teman <ari@teman.com>
To: Leon Goldenberg <Goldmont@aol.com>
Cc: Yechiel Bromberg <Ybromberg@eliteins.com>; jerry weissman <jweissman@omnimh.com>; Ely Pasternak <ely.pasternak@gmail.com>; A Goldenberg <agoldenberg@goldmontrealty.com>; Jeanne Weisberg <jeanne@goldmontrealty.com>; Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>
Sent: Fri, Mar 15, 2019 5:06 pm
Subject: Re: Teman Co.

Leon,

I'm sorry for my tone. I went into a very dark hole when I got that news, I have to improve how I handle such things. If the only good thing you did in life was give the world Abi,  that would outdo a million such mistakes as the email I got and I should have seen that balance.

 I will try to be as good a mensch as Abi is, conduct myself as he would in business,  and I'm sorry again I let my fear get ahead of me.

Thank you for believing in me and trying and I'm sorry again. I was too hasty to reply and this is also too hasty but I wanted to apologize before shabbat.

Ari

On Fri, Mar 15, 2019, 2:24 PM Ari Teman <ari@teman.com> wrote:
> Yechiel said right to my face in the hallway after the meeting, **"We're going to put in 1 million and only have to figure the valuation."** He said it with a **big smile and pat on my shoulder.** It wasn't ambiguous. If Yechiel is an honest person, he will admit this.
>
> Ely also told me that he was told this by Yechiel, and brought in a spreadsheet on his laptop to show how I could still operate with $1M that Yechiel told him they were putting in (*and YOU sent me Ely!*). Our discussions were only about valuation and doing things with less money than the $3-5M we budgeted.
>
> There was ZERO ambiguity in the words from Ely or Yechiel that the <u>decision was made</u> to put in $1M.

000109

**There was no ambiguity in my discussions with Abi either. It was** *only* **a question of valuation. In fact, we made major financial decisions and investments based on this -- and Abi will confirm to you that I described these in detail to him** (hiring staff, orders with China, The Real Deal ads, YU sponsorship, etc.) -- we took on major liabilities and responsibilities (and I *keep* my word), because it was 100% clear that Abi's family was investing with their friends and we should get a head-start, and Abi even paid 2 years upfront before installation (instead of after) so we could have team ready to support that.

Additional points:

1. You are wrong also about, "there is nothing concrete on what your costs are". Your son Abi can break down my costs exactly *to the dollar AND your* friend Ely has the exact costs in his spreadsheet.

2. " probably the only thing you can accuse us of is sending that message through email and through Jeanne." -- **I honestly do not understand how any human could do that to anyone.**

Your behavior inspires me to work even harder -- It inspires me to never trust a guy with a Kippah again, too! ONLY the frum guys make such promises so easily.

If you are an honest person you will accept that I am no idiot or liar and know exactly what Yechiel and Ely told me, you will listen to your son who will confirm what I have said above is accurate and fair, and you will figure and honest and fair way (such as paying your contract upfront on the intercoms) to mitigate the damage this caused. Believe me, you will save a lot of money paying upfront because we can raise those rates significantly in the contract, and I will!

I'd say good shabbos, but I'm done with shabbos for a long time now. Have a nice day.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer
Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

WATCH NOW: 2 MINUTE VIDEO

GateGuard.xyz Face Recognition Intercom & AI Doorman



https://www.youtube.com/watch?v=Ski0UqQZKEU

4/26

000110

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.

Abi Goldenberg

4:34 PM

Some of this stuff is scary    5:32 PM

141 St Marks Place, Staten Island, NY 10301    not our building

5:32 PM

Type a message

000111



On Fri, Mar 15, 2019 at 10:35 AM Leon Goldenberg <goldmont@aol.com> wrote:

I have to tell you that I am at a complete loss and that is why I took several days to respond.

We all sat together and discussed the idea of putting in a million dollars. We never once said, not any one of us, that we are committed to putting in a million dollars. We did say that valuation was an issue but not the only issue. The questions that I asked you yesterday were very important questions in making the decision because, until that meeting and including that meeting, what you have shown us is how, at $49, you are making money and how you have had discussions with FedEx/UPS, etc but no concrete numbers.

All of this sounds promising but there is nothing concrete on what your costs are so this led to the questions I asked in my email which then led to this entire blowout.

I really don't know where you misconstrued that we agreed to invest a million dollars at that meeting.

There were 5 of us at the meeting. From our side, there was no one at the meeting who committed to giving you a million dollars. We were looking to discuss our options and if you think a million dollars is invested chikchok, then I have to tell you that is not how it works.

000112