Yes, you also met with their accountant who also is not satisfied with getting real numbers from you. This was independent from me asking questions.

I realize that you wanted a conference call which was difficult as I was traveling and maybe you deserved the call directly that they had decided against investing and that is probably the only thing you can accuse us of is sending that message through email and through Jeanne. However, the reason for my questions was to try to keep their interest. My questions were asking for facts, numbers, real projections based on real numbers to attempt to get their interest back and mine as well.

While I believe in your product and I am a user of your product, I, of course, have much more of an interest but that doesn't mean that I am going to just throw a quarter of a million dollars into a deal. At this point I think all of us need to move on.

Ari - You have a great ideas and just because we said no doesn't mean there isn't someone else out there who would be willing to invest in your company. I sincerely wish you success in getting your company off the ground.


**Leon Goldenberg, cbw**
Goldmont Realty Corp.
1360 East 14th Street
Suite 101
Brooklyn, NY 11230
718-972-1800 ext. 236
goldmont@aol.com


www.GoldmontRealtyCorp

www.CommunityMattersRadio

000113

 Gmail

## FW: Updates: 300 buildings ordered in 1 week, new hires, Greystar, The Real Deal

2 messages

**A Goldenberg** <AGoldenberg@goldmontrealty.com>

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

-------- Original message --------
From: Ari Teman <ari@teman.com>
Date: 2/15/19 1:27 PM (GMT-05:00)
To: Goldmont@aol.com, Yechiel Bromberg <Ybromberg@eliteins.com>, "Barry Schechter (Barry@schechterco.net)" <Barry@schechterco.net>, Ely Pasternak <ely.pasternak@gmail.com>, A Goldenberg <AGoldenberg@goldmontrealty.com>
Subject: Updates: 300 buildings ordered in 1 week, new hires, Greystar, The Real Deal

Hi Leon, Yechiel, Abi, Ely, and Barry,

We've been moving and growing very fast the last few weeks, so some updates:

1. We have launched our giveaway (free device, free installation, monthly fee) and had about 300 buildings in a week. I expect we'll beat our projections of 1000 buildings in 1 year by 10x. **We now locked in over $6,2M recurring revenue under contract** and have clients from: Miami, Chicago, LA, Philly, Newark, Arkansas (Walmart guys), Mexico, and of course across NYC! The more devices go up, the more people see us and order.

2. We hired two people:

- Yoseff Shachor, Operations. He's already made my life a lot easier and helping us grow faster.

- Levi Herman, sales. He's already sold a couple landlords, loves the product, and has strong sales experience, both cold calling and as an agent.

  I plan to hire 3-4 more young sales people, and a sales manager, soon.

3. We won a contract with Greystar, and one with the construction company that builds Walmarts. They are not only in love with our intercom, but the full "platform play".

4. We got great financing terms from our factory, so if we're efficient, we can get most devices paid-for before we even pay the factory!

5. You will start to see our ads in The Real Deal, in print and online, and on other platforms this coming month.

Please let me know how I can be helpful.

Shabbat Shalom.

000114

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Services:

| GateGuard.xyz | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

WATCH NOW: 2 MINUTE VIDEO
GateGuard.xyz Face Recognition Intercom & AI Doorman



https://www.youtube.com/watch?v=Ski0UqQZKEU

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

000115



## Fwd: Aitza request

1 message

**Leon Goldenberg** <goldmont@aol.com>
Reply-To: Leon Goldenberg <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: Avi Goldenberg <avi.goldenberg@gmail.com>
To: Leon Goldenberg <goldmont@aol.com>
Cc: abigold2@gmail.com <abigold2@gmail.com>
Sent: Tue, Aug 4, 2020 4:33 pm
Subject: Re: Aitza request

Yes.  This isnt the first time Ive had a disagreement with him.  Amazing that he wont back down. Good luck to Israel!

On Tue, Aug 4, 2020 at 4:26 PM Leon Goldenberg <goldmont@aol.com> wrote:

> But he shoots from the hip - not from the elbows - and certainly not from his head.
>
> **Leon Goldenberg, cbw**
> Goldmont Realty Corp.
> 1360 East 14th Street
> Suite 101
> Brooklyn, NY  11230
> 718-972-1800 ext. 236
> goldmont@aol.com
>
>
> www.GoldmontRealtyCorp
>
> www.CommunityMattersRadio
>
>
> -----Original Message-----
> From: Avi Goldenberg <avi.goldenberg@gmail.com>
> To: Leon Goldenberg <goldmont@aol.com>

000116

Cc: abigold2@gmail.com <abigold2@gmail.com>
Sent: Tue, Aug 4, 2020 4:23 pm
Subject: Re: Aitza request

Hes a good writer with very sharp elbows

On Tue, Aug 4, 2020 at 4:20 PM Leon Goldenberg <goldmont@aol.com> wrote:
Avi

You told him right.  If you don't know the story, then take your blog off until you find out the story.

He (Rabbi Pruzansky) has issues outside of this.


**Leon Goldenberg, cbw**
Goldmont Realty Corp.
1360 East 14th Street
Suite 101
Brooklyn, NY  11230
718-972-1800 ext. 236
goldmont@aol.com


www.GoldmontRealtyCorp

www.CommunityMattersRadio


-----Original Message-----
From: Abi Goldenebrg <abigold2@gmail.com>
To: Avi Goldenberg <avi.goldenberg@gmail.com>
Cc: Leon/Aggie Goldenberg <Goldmont@aol.com>
Sent: Tue, Aug 4, 2020 4:13 pm
Subject: Re: Aitza request

I agree with your assessment 100%.

On Tue, Aug 4, 2020, 4:07 PM Avi Goldenberg <avi.goldenberg@gmail.com> wrote:
The back and forth is here.  I have no problem following up again.  Rabbinic negligence, in my opinion

---------- Forwarded message ---------
From: **Avi Goldenberg** <avi.goldenberg@gmail.com>
Date: Thu, Jul 9, 2020 at 5:03 PM
Subject: Re: Aitza request
To: Steven Pruzansky <srpruz@aol.com>


Understood, but then you should consider removing the post until youve spoken to the people hes threatened and defrauded.

On Thu, Jul 9, 2020 at 4:43 PM <srpruz@aol.com> wrote:
A criminal case cannot be in Beis Din. My time here is limited (I make aliya in ten days) and I will not have the chance to explore this further -
thank you -

000117

-----Original Message-----
From: Avi Goldenberg <avi.goldenberg@gmail.com>
To: Steven Pruzansky <srpruz@aol.com>
Sent: Thu, Jul 9, 2020 4:36 pm
Subject: Re: Aitza request

Rabbi Pruzansky,

I am writing about your most recent post about Ari Teman.

My uncle is one of a number of frum landlords who Mr Teman took advantage of. I dont have an opinion on the length or fairness of his sentence and it may very well be worth examining. But I think it would be worth your while to speak to some of the frum Jews Mr. Teman took advantage of (including issuing threats and slander against them while refusing to go to beis din) before maintaining a full throated defense of his actions and partially slandering them and their business practices.

It is possible that after investigation you may rest with your initial conclusions as stated in the post: long sentences are rarely fair or just. But at least hear out some of the people who have been harassed and threatened by Mr. Teman and then decide if maybe keeping him locked up isnt such a bad thing. If you are interested in having that discussion, please let me know and I will be happy to put you in touch,

Avi
Avi

On Thu, May 11, 2017 at 2:20 PM Avi Goldenberg <avi.goldenberg@gmail.com> wrote:
  OK, thanks

  On Thu, May 11, 2017 at 8:26 AM, <srpruz@aol.com> wrote:
    I'm having a harder time than I thought - it really is a unique case. If you have Queens contacts, maybe they would have a better lead.
    I'll keep looking - RSP


    -----Original Message-----
    From: Avi Goldenberg <avi.goldenberg@gmail.com>
    To: Steven Pruzansky <srpruz@aol.com>
    Sent: Tue, May 9, 2017 10:06 am
    Subject: Re: Aitza request

    when you do, please let me know. thanks

    On Mon, May 8, 2017 at 8:21 AM, <srpruz@aol.com> wrote:
      Not yet.


      -----Original Message-----
      From: Avi Goldenberg <avi.goldenberg@gmail.com>
      To: Steven Pruzansky <Srpruz@aol.com>
      Sent: Sun, May 7, 2017 11:50 pm
      Subject: Re: Aitza request

      R Pruzansky
      Just checking if you have any recommendations since we spoke last week. Avi

      > On May 4, 2017, at 8:18 AM, Avi Goldenberg <avi.goldenberg@gmail.com> wrote:
      >
      > Thank you
      > Will try to calm around 9
      >
      >> On May 3, 2017, at 11:32 PM, Steven Pruzansky <Srpruz@aol.com> wrote:
      >>
      >> Sure. Call me tomorrow. 2019284053. I will be unavailable though from 11:00-4:00.
      >> Be well - RSP
      >>

000118

\>> Sent from my iPad
\>>
\>>> On May 3, 2017, at 11:05 PM, Avi Goldenberg <avi.goldenberg@gmail.com> wrote:
\>>>
\>>> R Pruzansky,
\>>>
\>>> I hope all is well with you. If you have some time, I would greatly appreciate your advice concerning a family member I am advising who is the victim of serious extortionate threats from an ex-boyfriend. It's a delicate matter as you can imagine.
\>>>
\>>> Thanks in advance,
\>>>
\>>> Avi Goldenberg
\>>> Bergenfield NJ
\>>

000119

 Gmail

## Fwd: Cancelled Call

2 messages

**Leon Goldenberg** <goldmont@aol.com>
Reply-To: Leon Goldenberg <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: Yechiel Bromberg <ybromberg@eliteins.com>
To: Ari Teman <ari@teman.com>
Cc: Leon Goldenberg (goldmont@aol.com) <goldmont@aol.com>; Jeanne Weisberg <Jeanne@goldmontrealty.com>
Sent: Thu, Mar 14, 2019 9:47 am
Subject: FW: Cancelled Call

Good morning Ari,
I believe that the email from Leon with respect to the investors included Ely by mistake. Ely was not part of the trail and conversations that took place with the decision of holding off any investment at the moment.
I personally feel that Ely can be a tremendous asset to your future. His organizational skills are great, and I am sure that he would like to continue with you. Again, the decision was made based on the fact that we were not convinced of your capability of supporting the operations you were offering. If things change I am sure that Leon and I would consider visiting again.
I will have Ely reach out to you. Leon was under the impression that if I am not investing he is out.
Hatzlacha Rabba

**Yechiel Bromberg**
**Elite Insurance Agency, Inc.**
**3004 Avenue L, Brooklyn, NY 11210**
**718-692-3888**
**Fax 718-377-2020**
**ybromberg@eliteins.com**

000120

**From:** Goldmont@aol.com [mailto:goldmont@aol.com]
**Sent:** Wednesday, March 13, 2019 8:23 PM
**To:** Yechiel Bromberg; Ely Pasternak
**Subject:** Fwd: Cancelled Call

Leon Goldenberg, cbw
Goldmont Realty Corp
1360 East 14th Street
Brooklyn, NY 11230
(718) 972-1800
Goldmont@aol.com

Begin forwarded message:

> **From:** Leon Goldenberg <goldmont@aol.com>
> **Date:** March 13, 2019 at 4:49:02 PM EDT
> **To:** ari@teman.com
> **Cc:** agoldenberg@goldmontrealty.com, jeanne@goldmontrealty.com
> **Subject: Cancelled Call**

At this point, Yechiel, Ely and Jerry backed out.  They don't feel that you have a plan on how to make money just on giving the equipment away for free and charging $49 a month.

In order to get them interested, we would need to see clear projections at 1000 buildings, what your costs of product are, costs of installation and the costs of operating monthly.

Without these items, we are not going anywhere.

On my own, I will not be investing substantial money.

Please work on the projections and, at the same time, you can project with 10,000 buildings on how long it would really take you to get to that number because if it takes too long, they feel you have lost the opportunity to work with UPS/FedEx, etc.

Therefore,  they want to see if your business model makes money without UPS/FedEx.

## Leon Goldenberg, cbw

Goldmont Realty Corp.
1360 East 14th Street
Suite 101
Brooklyn, NY  11230
718-972-1800 ext. 236
goldmont@aol.com

www.GoldmontRealtyCorp

www.CommunityMattersRadio

---

**Leon Goldenberg** <goldmont@aol.com>                    Wed, Apr 21, 2021 at 11:51 AM
Reply-To: Leon Goldenberg <goldmont@aol.com>
To: "sds@kandsllp.com" <sds@kandsllp.com>, "shira@kandsllp.com" <shira@kandsllp.com>,
"agoldenberg@goldmontrealty.com" <agoldenberg@goldmontrealty.com>

[Quoted text hidden]

000121

Case 1:20-cv-01609-VEC-GWG   Document 154-29   Filed 03/17/23   Page 10 of 57

← Levi Herman Tem... 📹 📞 🔍 ⋮

Friday, Jul 12, 2019 • 9:42 AM

Good morning. Ari wants to keep all communication through him so he'll take care of the contract with you and Gd willing we'll get something done

Ok

Thursday, Jul 18, 2019 • 4:41 PM

Hi! Just wanted to see if there's anything on this

Hope you're well

Its prepared I am waiting for my father's signature

Great. Ari is anxious as Im sure you know so hopefully we hear soon

Monday, Jul 22, 2019 • 11:08 AM

Hi Abi hope you had a nice weekend and an easy fast. Do you have any news?

Monday, Jul 22, 2019 • 3:27 PM

Text message

4/26

000122

← Levi Herman Tem...

Monday, Jul 22, 2019 • 3:27 PM

Levi,
I am sorry for not getting back to you. My father wants to show it to someone before we send it back. I sent it to someone and am waiting to get the ok.

Okay I want you to know for whatever it's worth Ari is going crazy over this we need it done and need the upfront money. Says if we don't have it signed by Wednesday we're shutting down

L

Ok I am doing my best I do not make the decisions around here I worked on it last week and go it prepared it's not in my hand

I know but please ask your father to expedite on his end. Please

L

Friday, Aug 2, 2019 • 4:13 PM

Waiting through another week and your dad h⬇ seen it is just driving Ari a... the situation

  Text message

000123

Case 1:20-cv-01609-VEC-GWG   Document 154-29   Filed 03/17/23   Page 12 of 57
5G 43%

← Levi Herman Tem...

Friday, Aug 2, 2019 • 4:13 PM

L    Waiting through another week and your dad hasn't seen it is just driving Ari and the situation bonkers. Is there anyway he can read it over Sunday?

I doubt it, he is away for the weekend and Monday I will be going for inspection in our buildings I can try my best but there are many different things going on and I don't think I can get him to look at this on Sunday
I will try for you though

L    Thank you I appreciate that. I understand and appreciate your help in moving this forward

Monday, Aug 5, 2019 • 9:36 AM

L    Hi good morning
Any update?

L    Can we see the draft?

L    Do you have th ⬇ ers number to 896 Madison St.

Text message

000124

← Levi Herman Tem...

Tuesday, Aug 6, 2019 • 12:19 PM

Hi has your dad seen the contract yet?

Also do you know anything about 869 Madison want to see if the super knows why its offline

Tuesday, Aug 6, 2019 • 7:20 PM

Abi, the halacha on this is clear. You should really honor your initial offer of $1500/building, not free, since there was no investment, but at the very least you should get this deal signed already and stop putting Ari and the company through so much stress. We ordered all the devices, wired up many of the buildings already. We need to be paid fairly for the work, not with promises of investments or signatures, but actual funds.

Levi,
Please save this talk for someone else. It wont work on me. As per your website the device is "free" "free" "free" nt talk to me about the invest ! It's time to grow up and move on! In business



Text message

4/26

← Levi Herman Tem... 🎥 📞 🔍 ⋮

Levi,
Please save this talk for someone else. It wont work on me. As per your website the device is "free" "free" "free" dont talk to me about the investment! It's time to grow up and move on! In business investments fall through. That is yesterday's news. Enough of that talk already. Ask around the start up industry  how many meetings does it take and then investors decide to not invest. This relationship is only a vendor relationship if you want there to be a relationship at all. I paid for said "free" devices everything that was asked of me on your website. I did more than my share. Did anyone else pay for your "free" devices more than the $1200? Or pay the $1200 at all? I dont owe you anything. You are asking me to pay  upfront for the entirety  of the contract for no other reason that I would "save" if you guys decide to act as jerks and raise my price every year for 30 years. And this is what I am thinking about paying you 2 and half times my monthly costs just     ou dont go up on me?! And     entertaining the thought to do this which is crazy

  Text message

000126

← Levi Herman Tem...  📹  📞  🔍  ⋮

anyone else pay for your "free" devices more than the $1200? Or pay the $1200 at all? I dont owe you anything. You are asking me to pay  upfront for the entirety  of the contract for no other reason that I would "save" if you guys decide to act as jerks and raise my price every year for 30 years. And this is what I am thinking about paying you 2 and half times my monthly costs just so you dont go up on me?! And I am entertaining the thought to do this which is crazy on my part! All I am asking is to show it to a lawyer to make sure I'm protected and you guys are freaking out that it's taking too long. How dare you!

I'm not going to read this whole thing cuz it sounds angry and I know it's not you but it's from Ari not me. He's frustrated

I sent to you what he sent me because he hasn't heard from you and thought it'd be better coming from me. I was out with my wife and didn't want to hear it from him

And I am n... putting you through

Text message  😊  🎤

000127

← Levi Herman Tem...

And I am not putting you through any stress you may have other stressors in your or ari's life but it shouldn't be me. I have not cost you a dime on the devices that were not installed.

**L** Your deal with Ari is you guys I wasn't with the company when you made it. I just want it to end peacefully as much as you do cuz I hear it every day

**L** I shouldn't have forwarded his message without proofing it if it's something I'd say. Sorry

Wednesday, Aug 7, 2019 • 10:50 AM

**L** Good morning. Madison is still offline do you have any idea why? Are they doing work? Hasn't been offline there since we installed

There is no work going on, I will be there shortly. Anything I should look for?

Okay no problem. Let me know if

Text message

4/26                                                                    000128

← Levi Herman Tem...

look for?

Okay no problem. Let me know if the screen is black or if there's a red bar on the blue screen.

If there's a red bar then it's offline ill send someone to check it out. If it's black something got disconnected in the basement and need someone to plug it I

L    In



L    Shkoyach thank you! I'll send someone down to check on it

Wednesday, Aug 21, 2019 • 3:09 PM

L    Hi Ari is actually going crazy do you have any update on this being signed?

8/21/19, 3:09 PM

Text message

4/26                                                                            000129

9/11/19, 5:11 PM - Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more.
9/11/19, 5:10 PM - Yanky Litchfield: I feel compelled to write the following here, after talking to a lot of people that have thanked me for saving them from almost being scammed. I felt that this would be Lashon Hora, which is why I never said anything earlier, but it's actually saving people from being scammed and then sued by this scam artist.

They have been asking me how I know that Ari Teman's product and business is all about suing his customers and people that he is involved with. I will let everyone make their own conclusions from his own website info, that they can see for themselves online, as well as doing their own research on his name, to see how many lawsuits he is involved with.

His website is https://gateguard.xyz/ where he offers a FREE device for anyone that signs up for his service.

However, what no one ever does, is scroll down all the way to the bottom, where his draconian terms are written out. He locks all his customers into a 360 month deal (Yes THIRTY YEARS), and if you remove the unit or cancel the service, there is a $50,000 fine (yes, FIFTY THOUSAND). Eventually his customers all rip it off, because it's a horrible product that really doesn't work (check app stores reviews), so he then sends them a $50K bill, and then sues them when they don't pay.

I have first hand knowledge of at least 10 customers he has already done it to, and you can check online as well. He also uses every chance he can, to sue anyone that he is involved with.

His entire business is a scam.

Stay away from him.
9/11/19, 5:10 PM - Yanky Litchfield: Thank you. I was actually in  touch with that guy recently offered his services to me instead of a door king system.  Thanks for the heads up
9/11/19, 5:10 PM - Yanky Litchfield: https://nypost.com/2018/08/12/comedian-says-fellow-comic-has-harassed-him-for-months/
9/11/19, 5:10 PM - Yanky Litchfield: Thank God I didn't do business with them
9/11/19, 5:10 PM - Yanky Litchfield: That's just the tip of the iceberg.
9/11/19, 5:10 PM - Yanky Litchfield: https://www.leagle.com/decision/innyco20161213338

https://www.indiaabroad.com/comedian-s-lawsuit-charges-fellow-standup-with-harassment/article_9af0a024-8885-52f3-a497-78d5b1044670.html

https://therealdeal.com/2014/03/30/comedian-outs-pr-execs-affair-over-bad-real-estate-deal/

https://www.nydailynews.com/new-york/airbnb-orgy-victim-homeless-blacklisted-leasing-article-1.2239905

000130

http://deletionpedia.org/en/Ari_Teman
https://www.casewatch.net/civil/braverman/teman/complaint.pdf

https://lawandmore.typepad.com/law_and_more/2014/11/ari-teman-is-he-magnet-for-trouble.html

https://thehealthcareblog.com/blog/2012/03/23/the-strange-tale-of-nextgen-and-nextgen/

9/11/19, 5:10 PM - Yanky Litchfield: Thank you for sharing... your 100% on target about this guy I've had my own share of experiences with him and I personally know a hand full of people that are currently being sued by him as we speak
9/11/19, 5:10 PM - Yanky Litchfield: Part of his terms is that he's not responsible to fix any issues with the system (such as software bugs)
9/11/19, 5:10 PM - Yanky Litchfield: Time for those people (his victims)to start lawsuits against him start giving him some of his own medicine today u can sue for anything Maybe just the color of his unit he has or the size of the screen just sue make him get lawyers & come to court that's what I would do if I was his victim
9/11/19, 5:10 PM - Yanky Litchfield: <Media omitted>
9/11/19, 5:10 PM - Yanky Litchfield: <Media omitted>
9/11/19, 5:44 PM - Abi Goldenberg: Thank you
9/16/19, 12:09 PM - Yanky Litchfield: Hi abi I can send my guys to run the wire on East 22nd and 23rd today is there a super there for access to the basement
9/16/19, 12:22 PM - Abi Goldenberg: I'll ask Andrew
9/16/19, 12:23 PM - Abi Goldenberg: What time?
9/16/19, 12:24 PM - Abi Goldenberg: Yea just tell him to call Henry 3472647944 Tell him to tell Henry  Andrew gave his number
9/16/19, 12:38 PM - Yanky Litchfield: Ok
9/16/19, 12:38 PM - Yanky Litchfield: About an hour
9/16/19, 1:57 PM - Yanky Litchfield: How many wires do you want going to the basement from the intercom
9/17/19, 1:33 PM - Abi Goldenberg: <Media omitted>
12/2/19, 7:06 PM - Abi Goldenberg: <Media omitted>
12/2/19, 7:06 PM - Abi Goldenberg: <Media omitted>
12/2/19, 7:06 PM - Abi Goldenberg: <Media omitted>
12/2/19, 7:06 PM - Abi Goldenberg: <Media omitted>
12/2/19, 7:06 PM - Abi Goldenberg: <Media omitted>
12/2/19, 7:06 PM - Abi Goldenberg: <Media omitted>
12/2/19, 7:06 PM - Abi Goldenberg: <Media omitted>
12/2/19, 7:06 PM - Abi Goldenberg: <Media omitted>
12/2/19, 7:06 PM - Abi Goldenberg: <Media omitted>
12/2/19, 7:06 PM - Abi Goldenberg: <Media omitted>
12/2/19, 7:06 PM - Abi Goldenberg: <Media omitted>
12/2/19, 7:06 PM - Abi Goldenberg: <Media omitted>
12/2/19, 8:26 PM - Abi Goldenberg: <Media omitted>
12/2/19, 8:26 PM - Abi Goldenberg: <Media omitted>
12/2/19, 8:26 PM - Abi Goldenberg: <Media omitted>
12/2/19, 8:26 PM - Abi Goldenberg: <Media omitted>
12/5/19, 9:23 AM - Yanky Litchfield: Shmuli Taub +1 (929) 888-5270
12/5/19, 9:23 AM - Yanky Litchfield: <Media omitted>

000131

12/5/19, 9:24 AM - Yanky Litchfield: <Media omitted>
12/5/19, 9:55 AM - Abi Goldenberg: <Media omitted>
12/5/19, 10:12 AM - Yanky Litchfield: <Media omitted>
12/5/19, 10:49 AM - Abi Goldenberg: <Media omitted>
12/5/19, 10:50 AM - Abi Goldenberg: <Media omitted>
12/5/19, 11:12 AM - Yanky Litchfield: <Media omitted>
12/11/19, 7:15 PM - Yanky Litchfield: <Media omitted>
Teman Suicide Note
12/11/19, 7:21 PM - Abi Goldenberg: I sent this out today he sent it to me! I sent
it to taub
12/11/19, 7:22 PM - Yanky Litchfield: I guess this is going around
12/11/19, 7:24 PM - Abi Goldenberg: Where did you get this from?
12/11/19, 7:25 PM - Yanky Litchfield: My distributor
12/11/19, 7:26 PM - Abi Goldenberg: So is it confirmed?  Is it bd'e?
12/11/19, 7:26 PM - Yanky Litchfield: I have no idea
12/18/19, 4:32 PM - Abi Goldenberg: Do all traditional intercoms that you installed
require a phone line to work?
12/18/19, 4:45 PM - Yanky Litchfield: Wired intercom systems don't need phone lines
to work, only intercom's that don't get wired to all apartments need phone or
internet
12/18/19, 7:23 PM - Abi Goldenberg: <Media omitted>
12/18/19, 7:59 PM - Yanky Litchfield: <Media omitted>
12/18/19, 8:00 PM - Abi Goldenberg: Thank you
12/19/19, 4:59 PM - Abi Goldenberg: Would you by any chance know if 1400 ocean
Avenue has a telephone line for the intercom?
12/19/19, 6:36 PM - Yanky Litchfield: <Media omitted>
3/4/20, 3:59 PM - Yanky Litchfield: <Media omitted>
3/4/20, 3:59 PM - Yanky Litchfield: <Media omitted>
9/29/20, 1:38 PM - Yanky Litchfield: <Media omitted>
10/13/20, 4:09 PM - Abi Goldenberg: <Media omitted>
10/13/20, 4:41 PM - Yanky Litchfield: Np thats ok. Thank you
10/19/20, 7:31 AM - Abi Goldenberg: I don't remember what we left off with this for
941 Fulton.
What do you think is best for now we are only replacing the gate intercom. Should we
stay with what it had or move to a smart system?
10/19/20, 7:53 AM - Yanky Litchfield: Stay with what you have.
10/19/20, 8:14 AM - Abi Goldenberg: Thanks
11/2/20, 7:01 AM - Your security code with Yanky Litchfield changed. Tap to learn
more.
12/6/20, 3:29 PM - Abi Goldenberg: Dear friends and family,
Rabbi Weiss was like a second father to all of his students. We have so much hakaras
hatov to him. We are trying to raise some money to keep his vision alive. The
Yeshiva he started is raising money to create programs that were dear to his heart
while he was alive.
I took a pledge to help them out. Whatever size donation you can make would mean a
lot to us. Thank you very much I really appreciate it.

https://www.charidy.com/rabbiweiss/goldenbergfamily
12/6/20, 6:03 PM - Abi Goldenberg: Yanky,

000132

Thank you so much, I really appreciate it. It means a lot
12/6/20, 6:39 PM - Yanky Litchfield: 👍
1/14/21, 4:18 PM - Abi Goldenberg: IMG-20210114-WA0005.jpg (file attached)
1/14/21, 4:18 PM - Abi Goldenberg: PTT-20210114-WA0011.opus (file attached)
1/14/21, 4:24 PM - Yanky Litchfield: Got it no problem I'll put it on the schedule for next week
1/14/21, 4:33 PM - Abi Goldenberg: Great thanks
3/1/21, 2:41 PM - Abi Goldenberg: Yanky i have a little bit of an emergency the phones lines have not been working my it guy is here. He got the upstairs working but he needs a new line pulled from downstairs to upstairs we only have one for computers and phone he thinks we need two for it to work.
3/3/21, 1:44 PM - Abi Goldenberg: Following up thanks
3/3/21, 1:51 PM - Yanky Litchfield: PTT-20210303-WA0024.opus (file attached)
3/3/21, 2:03 PM - Abi Goldenberg: PTT-20210303-WA0025.opus (file attached)
3/3/21, 2:51 PM - Yanky Litchfield: PTT-20210303-WA0035.opus (file attached)
3/3/21, 2:59 PM - Abi Goldenberg: Thanks

000133

12/6/18, 5:09 PM - Messages to this chat and calls are now secured with end-to-end encryption. Tap for more info.
12/6/18, 5:09 PM - Ari Teman: <Media omitted>
12/6/18, 5:09 PM - Ari Teman: ^ white house... around 2:33 it pans the crowd
12/6/18, 6:13 PM - Abi Goldenberg: Nope didn't see him in the video but thanks for the video
12/6/18, 6:49 PM - Ari Teman: :) I'm sure he'll get some photos
1/2/19, 5:25 PM - Ari Teman: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 6:36 PM - Ari Teman: <Media omitted>
1/24/19, 6:37 PM - Ari Teman: All good. They killed the power to the outlet. We'll send the battery that the guy should have installed
1/29/19, 5:36 PM - Ari Teman: <Media omitted>
1/29/19, 5:38 PM - Ari Teman: <Media omitted>
2/5/19, 12:06 PM - Ari Teman: כי היא מנסה לקחת את את הדף השני בשביל משהו שגר איתה
2/5/19, 12:07 PM - Ari Teman: ☝ we keep catching people
2/5/19, 12:45 PM - Abi Goldenberg: You got this from a management?
2/6/19, 3:01 PM - Ari Teman: Hi Abi. Where do you want Katerina tomorrow? Same building or another?
2/6/19, 7:22 PM - Abi Goldenberg: Sorry had a crazy day, is she finished 31? Is
2/6/19, 7:43 PM - Ari Teman: she did 20 people. should she go back and do more?
2/6/19, 7:44 PM - Ari Teman: <Media omitted>
2/6/19, 8:34 PM - Abi Goldenberg: I would think so let me ask Jonathan
2/6/19, 8:36 PM - Abi Goldenberg: What is this? A picture of her entering? Jonathan said yes
2/6/19, 8:38 PM - Ari Teman: That is her helping one of the tenants. The device takes pictures as people press buttons so it captured her helping everyone.
2/6/19, 8:40 PM - Ari Teman: We started the device giveaway, and already in under 2 hours we have orders from Philly, Newark, Brooklyn... one locksmith called (I think he's your locksmith!) and wants to push the devices, too. Thankfully, it's going even better than expected very quickly. :) I will send you a link as I mentioned so you can get the rest of the devices free.
2/7/19, 8:25 AM - Abi Goldenberg: Please do! We would love that
2/7/19, 2:23 PM - Ari Teman: Here you go: https://gateguard.xyz/order/key/goldmont :) Please let me know if there are any edits (you can add/remove buildings from the list)
2/7/19, 3:09 PM - Abi Goldenberg: <Media omitted>
2/7/19, 3:12 PM - Ari Teman: 1. We have over 600,000,000 rows of data on NYC properties, from ownership to compliance, to permits, etc.
2. The pricing is the $49/mo, first 2 years paid upfront. If you run a cat5 cable

000134

that's $849, but you might be able to do WiFi on many buildings w/Entech so you can wait on that (or just run the Cat5 so you'll have it.)
2/7/19, 3:12 PM - Ari Teman: 3. The condos/coops can add this as an addition to their existing intercom if they want (they do not have to remove the older intercom)
2/7/19, 3:55 PM - Ari Teman: Call knocked whatsapp off. I will call you back
2/7/19, 4:34 PM - Abi Goldenberg: I kept getting incoming calls and I lost you
2/7/19, 4:34 PM - Ari Teman: Same :) I will call you back
2/7/19, 4:34 PM - Ari Teman: Whatsapp can't handle when a real phonecall comes in
2/7/19, 5:32 PM - Abi Goldenberg: <Media omitted>
2/7/19, 5:32 PM - Abi Goldenberg: <Media omitted>
2/7/19, 5:32 PM - Abi Goldenberg: <Media omitted>
2/7/19, 5:32 PM - Abi Goldenberg: <Media omitted>
2/7/19, 5:32 PM - Abi Goldenberg: <Media omitted>
2/7/19, 5:33 PM - Ari Teman: what's scary?
2/7/19, 5:34 PM - Ari Teman: We don't expect to actually enter a building without permission, it just protects our installers from being accused of tresspassing
2/7/19, 5:38 PM - Ari Teman: We supply battery. The ancillary equipement lets us put wifi repeaters so tenants who use the tablets can get wifi and so we can attach signal boosters
2/14/19, 5:32 PM - Abi Goldenberg: I have many checks for you what do you want me to do with them?
2/14/19, 5:40 PM - Ari Teman: :)
2/14/19, 5:41 PM - Ari Teman: I guess FedEx/UPS to 106 West 32nd Street, FLoor 2, New York, NY 10001?
2/14/19, 5:50 PM - Abi Goldenberg: Ok
2/14/19, 8:07 PM - Ari Teman: Thank you
2/14/19, 8:21 PM - Abi Goldenberg: It will go FedEx tomorrow,  some weren't done yet as there wasn't enough money and there are a few more that I didn't make somehow
2/14/19, 8:22 PM - Ari Teman: It's alright
2/14/19, 8:22 PM - Ari Teman: We hired an ex IDF guy who's great, and it looks like we have a sales guy joining, who already sold a bunch of devices. Friend of a friend.
2/14/19, 8:23 PM - Ari Teman: Buildings from NJ, Philly, Brooklyn, Miami all signing up, even Arkansas! :)
2/15/19, 4:43 PM - Abi Goldenberg: Wow amazing!  Most of the checks went via Fedex today
2/15/19, 4:43 PM - Ari Teman: Thank you!
2/18/19, 9:07 AM - Ari Teman: I hear we're having a VIP at the meeting today :) Want to see our office before?
2/18/19, 9:08 AM - Abi Goldenberg: <Media omitted>
2/18/19, 9:09 AM - Ari Teman: :)
2/20/19, 5:13 PM - Abi Goldenberg: <Media omitted>
2/20/19, 5:13 PM - Abi Goldenberg: <Media omitted>
2/26/19, 2:20 PM - Ari Teman: Hi Abi. I added the 3 buildings to PropertyPanel. Please upload tenants. I will try to get them online this week.
2/26/19, 3:27 PM - Abi Goldenberg: Amazing 617 20 and 896?
2/26/19, 3:27 PM - Ari Teman: yes
2/26/19, 5:38 PM - Abi Goldenberg: Uploaded
2/26/19, 5:51 PM - Ari Teman: great
2/27/19, 11:43 AM - Ari Teman: Can you chat after school today?

000135

2/28/19, 9:12 AM - Ari Teman: <Media omitted>
2/28/19, 9:12 AM - Ari Teman: 👆 Miami installer sent me this. ☺
2/28/19, 2:45 PM - Abi Goldenberg: Meeting still ongoing... I'll try to let you know when available
3/4/19, 3:08 PM - Ari Teman: <Media omitted>
3/11/19, 8:46 AM - Ari Teman: <Media omitted>
3/11/19, 8:47 AM - Ari Teman: 👆 they say their phone numbers are mixed up
3/11/19, 10:08 AM - Abi Goldenberg: Is that English?
3/11/19, 10:16 AM - Ari Teman: Exactly
3/11/19, 10:16 AM - Ari Teman: Haha
3/11/19, 5:39 PM - Abi Goldenberg: <Media omitted>
3/11/19, 5:46 PM - Ari Teman: I'll check
3/11/19, 5:47 PM - Ari Teman: <Media omitted>
3/11/19, 5:47 PM - Abi Goldenberg: Btw the number I have for 65 Willoughby F1 is 917.513.8522 is the same number as the one that called
3/12/19, 2:22 PM - Abi Goldenberg: Any update to when we can maybe expect 20 Baughman to be installed?
3/12/19, 2:24 PM - Ari Teman: This week for sure
3/12/19, 2:24 PM - Abi Goldenberg: Thanks
3/13/19, 9:52 AM - Ari Teman: <Media omitted>
3/13/19, 10:22 AM - Ari Teman: We have to cut the lock up the basement because super isn't responding. It's a padlock... Not expensive I think
3/13/19, 10:49 AM - Abi Goldenberg: Please call Jonathan if you can
3/13/19, 10:57 AM - Ari Teman: Will do. super came. All good
3/13/19, 10:57 AM - Abi Goldenberg: <Media omitted>
3/13/19, 10:58 AM - Ari Teman: Thank you
3/13/19, 5:16 PM - Abi Goldenberg: Is there a way to delete all tenants and do a new import?
3/13/19, 5:16 PM - Ari Teman: Did you see email? :(
3/13/19, 5:21 PM - Abi Goldenberg: Not yet I'm busy trying to email each tenant at 617 instructions how to use intercom
3/13/19, 5:22 PM - Ari Teman: I can send them in bulk...
3/13/19, 5:23 PM - Abi Goldenberg: of course you can! But I cant. I realized I was missing some number so I made a new import and now many of the tenants are in twice! Also instructions arent coming in spanish
3/13/19, 5:50 PM - Ari Teman: OK. Update and I'll ask my guys in the AM
3/13/19, 5:50 PM - Ari Teman: I think the $1M investment disappeared?
3/13/19, 10:50 PM - Ari Teman: <Media omitted>
3/13/19, 10:50 PM - Ari Teman: <Media omitted>
3/13/19, 11:15 PM - Ari Teman: <Media omitted>
3/13/19, 11:15 PM - Ari Teman: <Media omitted>
3/14/19, 10:13 AM - Abi Goldenberg: I do not know what happened all I saw was the same email as you! I will try to find out what happened when I get into the office.
3/14/19, 10:13 AM - Ari Teman: Thank you
3/14/19, 10:14 AM - Ari Teman: I'm heartbroken. I really trusted you guys
3/14/19, 7:30 PM - Ari Teman: I guess no news? :(
3/14/19, 7:47 PM - Abi Goldenberg: Unfortunately I had one minute with him today, he wasnt happy with the email ( calling yechiel a liar, I knew he wouldn't be) I explained your side. But I didn't have a chance to discuss further. <span style="color:red">He did say he doesn't remember ever saying that he was for sure giving 1m.</span> Maybe someone said they

000136

can give 1 million if the numbers are there. And Barry didn't think it was. We should discuss further tomorrow.

3/14/19, 7:51 PM - Ari Teman: He's a liar

3/14/19, 7:51 PM - Ari Teman: If it wasn't your dad, then he told me directly to my face they're putting in $1M

3/14/19, 7:52 PM - Ari Teman: They didn't say any "if"

3/14/19, 7:52 PM - Ari Teman: This message was deleted

3/14/19, 7:53 PM - Ari Teman: Sorry, "We plan to put in 1M"

3/14/19, 7:53 PM - Ari Teman: Well, you've got 60 buildings with me

3/14/19, 7:53 PM - Ari Teman: Guess you're stuck with me 30 years

3/14/19, 7:55 PM - Ari Teman: But you know exactly what happened and you know I'm an honest person

3/14/19, 8:03 PM - Ari Teman: Missed voice call

3/14/19, 8:06 PM - Ari Teman: I had a cheeseburger last night. I gave up eating kosher because only Jews do this to me. I'm not an idiot, I'm not a liar, you were there, I knew exactly what Yechiel said to me, what Ely said.

3/14/19, 8:07 PM - Ari Teman: Only the yarmulkes make false promises so easily, honestly. No other group does this to me so consistently

3/14/19, 8:16 PM - Ari Teman: AND who doesn't have the HUMAN decency to get on the phone to say they're backing out!? To have their SECRETARY do it???

3/14/19, 8:17 PM - Ari Teman: Tell me honestly that you think that is menchlech behavior

3/14/19, 8:17 PM - Ari Teman: Abi, I trusted you, and it likely cost me my livelihood and home

3/14/19, 10:21 PM - Abi Goldenberg: Ari,
I really do feel terrible that this fallout is putting you under tremendous stress. I also feel really bad that you got so disappointed. I feel terrible about the way it was handled, it should not have been done like that. No excuses. No one intended to lie, they may have said we would put in 1M if they were convinced it would work. They didn't want you to think it would be more than that. As initially the ask was 5M. They were capping their investment at 1M. I do think that there are other ways of moving forward even without them. I dont think it's time to throw in the towel. I think we should discuss further tomorrow. If you want to.

3/14/19, 10:22 PM - Ari Teman: No. They said explicitly they would put in $1M. There was no if.

3/14/19, 10:22 PM - Ari Teman: We should discuss further

3/14/19, 10:23 PM - Ari Teman: You're a good person, I know that. This isn't your doing.

3/14/19, 10:26 PM - Ari Teman: And even Ely was clear they said they were putting in $1M and only haggling on valuation

3/15/19, 7:56 AM - Ari Teman: Good morning. I hope we can go into shabbat without my entire body in physical pain from the stress your family killed my company. I thought about killing myself last night. I really do not see a point to even get out of bed. Why? So I can get more false promises from Jews?

3/15/19, 7:59 AM - Ari Teman: As well, I think you should pay our full contract upfront since you've demonstrated that I cannot trust your family to pay what they say

000137

12/6/18, 5:09 PM - Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more.
12/6/18, 5:09 PM - Ari Teman: <Media omitted>
12/6/18, 5:09 PM - Ari Teman: ^ white house... around 2:33 it pans the crowd
12/6/18, 6:13 PM - Abi Goldenberg: Nope didn't see him in the video but thanks for the video
12/6/18, 6:49 PM - Ari Teman: :) I'm sure he'll get some photos
1/2/19, 5:25 PM - Ari Teman: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 5:42 PM - Abi Goldenberg: <Media omitted>
1/24/19, 6:36 PM - Ari Teman: <Media omitted>
1/24/19, 6:37 PM - Ari Teman: All good. They killed the power to the outlet. We'll send the battery that the guy should have installed
1/29/19, 5:36 PM - Ari Teman: <Media omitted>
1/29/19, 5:38 PM - Ari Teman: <Media omitted>
2/5/19, 12:06 PM - Ari Teman: כי היא מנסה לקחת את את הדף השני בשביל משהו שגר איתה
2/5/19, 12:07 PM - Ari Teman: ☝ we keep catching people
2/5/19, 12:45 PM - Abi Goldenberg: You got this from a management?
2/6/19, 3:01 PM - Ari Teman: Hi Abi. Where do you want Katerina tomorrow? Same building or another?
2/6/19, 7:22 PM - Abi Goldenberg: Sorry had a crazy day, is she finished 31? Is
2/6/19, 7:43 PM - Ari Teman: she did 20 people. should she go back and do more?
2/6/19, 7:44 PM - Ari Teman: <Media omitted>
2/6/19, 8:34 PM - Abi Goldenberg: I would think so let me ask Jonathan
2/6/19, 8:36 PM - Abi Goldenberg: What is this? A picture of her entering? Jonathan said yes
2/6/19, 8:38 PM - Ari Teman: That is her helping one of the tenants. The device takes pictures as people press buttons so it captured her helping everyone.
2/6/19, 8:40 PM - Ari Teman: We started the device giveaway, and already in under 2 hours we have orders from Philly, Newark, Brooklyn... one locksmith called (I think he's your locksmith!) and wants to push the devices, too. Thankfully, it's going even better than expected very quickly. :) I will send you a link as I mentioned so you can get the rest of the devices free.
2/7/19, 8:25 AM - Abi Goldenberg: Please do! We would love that
2/7/19, 2:23 PM - Ari Teman: Here you go: https://gateguard.xyz/order/key/goldmont :) Please let me know if there are any edits (you can add/remove buildings from the list)
2/7/19, 3:09 PM - Abi Goldenberg: <Media omitted>
2/7/19, 3:12 PM - Ari Teman: 1. We have over 600,000,000 rows of data on NYC properties, from ownership to compliance, to permits, etc.
2. The pricing is the $49/mo, first 2 years paid upfront. If you run a cat5 cable

000138

that's $849, but you might be able to do WiFi on many buildings w/Entech so you can wait on that (or just run the Cat5 so you'll have it.)
2/7/19, 3:12 PM - Ari Teman: 3. The condos/coops can add this as an addition to their existing intercom if they want (they do not have to remove the older intercom)
2/7/19, 3:55 PM - Ari Teman: Call knocked whatsapp off. I will call you back
2/7/19, 4:34 PM - Abi Goldenberg: I kept getting incoming calls and I lost you
2/7/19, 4:34 PM - Ari Teman: Same :) I will call you back
2/7/19, 4:34 PM - Ari Teman: Whatsapp can't handle when a real phonecall comes in
2/7/19, 5:32 PM - Abi Goldenberg: <Media omitted>
2/7/19, 5:32 PM - Abi Goldenberg: <Media omitted>
2/7/19, 5:32 PM - Abi Goldenberg: <Media omitted>
2/7/19, 5:32 PM - Abi Goldenberg: <Media omitted>
2/7/19, 5:32 PM - Abi Goldenberg: <Media omitted>
2/7/19, 5:33 PM - Ari Teman: what's scary?
2/7/19, 5:34 PM - Ari Teman: We don't expect to actually enter a building without permission, it just protects our installers from being accused of tresspassing
2/7/19, 5:38 PM - Ari Teman: We supply battery. The ancillary equipement lets us put wifi repeaters so tenants who use the tablets can get wifi and so we can attach signal boosters
2/14/19, 5:32 PM - Abi Goldenberg: I have many checks for you what do you want me to do with them?
2/14/19, 5:40 PM - Ari Teman: :)
2/14/19, 5:41 PM - Ari Teman: I guess FedEx/UPS to 106 West 32nd Street, FLoor 2, New York, NY 10001?
2/14/19, 5:50 PM - Abi Goldenberg: Ok
2/14/19, 8:07 PM - Ari Teman: Thank you
2/14/19, 8:21 PM - Abi Goldenberg: It will go FedEx tomorrow,  some weren't done yet as there wasn't enough money and there are a few more that I didn't make somehow
2/14/19, 8:22 PM - Ari Teman: It's alright
2/14/19, 8:22 PM - Ari Teman: We hired an ex IDF guy who's great, and it looks like we have a sales guy joining, who already sold a bunch of devices. Friend of a friend.
2/14/19, 8:23 PM - Ari Teman: Buildings from NJ, Philly, Brooklyn, Miami all signing up, even Arkansas! :)
2/15/19, 4:43 PM - Abi Goldenberg: Wow amazing!  Most of the checks went via Fedex today
2/15/19, 4:43 PM - Ari Teman: Thank you!
2/18/19, 9:07 AM - Ari Teman: I hear we're having a VIP at the meeting today :) Want to see our office before?
2/18/19, 9:08 AM - Abi Goldenberg: <Media omitted>
2/18/19, 9:09 AM - Ari Teman: :)
2/20/19, 5:13 PM - Abi Goldenberg: <Media omitted>
2/20/19, 5:13 PM - Abi Goldenberg: <Media omitted>
2/26/19, 2:20 PM - Ari Teman: Hi Abi. I added the 3 buildings to PropertyPanel. Please upload tenants. I will try to get them online this week.
2/26/19, 3:27 PM - Abi Goldenberg: Amazing 617 20 and 896?
2/26/19, 3:27 PM - Ari Teman: yes
2/26/19, 5:38 PM - Abi Goldenberg: Uploaded
2/26/19, 5:51 PM - Ari Teman: great
2/27/19, 11:43 AM - Ari Teman: Can you chat after school today?

000139

2/28/19, 9:12 AM - Ari Teman: <Media omitted>
2/28/19, 9:12 AM - Ari Teman: 👆 Miami installer sent me this. ☺
2/28/19, 2:45 PM - Abi Goldenberg: Meeting still ongoing... I'll try to let you know when available
3/4/19, 3:08 PM - Ari Teman: <Media omitted>
3/11/19, 8:46 AM - Ari Teman: <Media omitted>
3/11/19, 8:47 AM - Ari Teman: 👆 they say their phone numbers are mixed up
3/11/19, 10:08 AM - Abi Goldenberg: Is that English?
3/11/19, 10:16 AM - Ari Teman: Exactly
3/11/19, 10:16 AM - Ari Teman: Haha
3/11/19, 5:39 PM - Abi Goldenberg: <Media omitted>
3/11/19, 5:46 PM - Ari Teman: I'll check
3/11/19, 5:47 PM - Ari Teman: <Media omitted>
3/11/19, 5:47 PM - Abi Goldenberg: Btw the number I have for 65 Willoughby F1 is 917.513.8522 is the same number as the one that called
3/12/19, 2:22 PM - Abi Goldenberg: Any update to when we can maybe expect 20 Baughman to be installed?
3/12/19, 2:24 PM - Ari Teman: This week for sure
3/12/19, 2:24 PM - Abi Goldenberg: Thanks
3/13/19, 9:52 AM - Ari Teman: <Media omitted>
3/13/19, 10:22 AM - Ari Teman: We have to cut the lock up the basement because super isn't responding. It's a padlock... Not expensive I think
3/13/19, 10:49 AM - Abi Goldenberg: Please call Jonathan if you can
3/13/19, 10:57 AM - Ari Teman: Will do. super came. All good
3/13/19, 10:57 AM - Abi Goldenberg: <Media omitted>
3/13/19, 10:58 AM - Ari Teman: Thank you
3/13/19, 5:16 PM - Abi Goldenberg: Is there a way to delete all tenants and do a new import?
3/13/19, 5:16 PM - Ari Teman: Did you see email? :(
3/13/19, 5:21 PM - Abi Goldenberg: Not yet I'm busy trying to email each tenant at 617 instructions how to use intercom
3/13/19, 5:22 PM - Ari Teman: I can send them in bulk...
3/13/19, 5:23 PM - Abi Goldenberg: of course you can! But I cant. I realized I was missing some number so I made a new import and now many of the tenants are in twice! Also instructions arent coming in spanish
3/13/19, 5:50 PM - Ari Teman: OK. Update and I'll ask my guys in the AM
3/13/19, 5:50 PM - Ari Teman: I think the $1M investment disappeared?
3/13/19, 10:50 PM - Ari Teman: <Media omitted>
3/13/19, 10:50 PM - Ari Teman: <Media omitted>
3/13/19, 11:15 PM - Ari Teman: <Media omitted>
3/13/19, 11:15 PM - Ari Teman: <Media omitted>
3/14/19, 10:13 AM - Abi Goldenberg: I do not know what happened all I saw was the same email as you! I will try to find out what happened when I get into the office.
3/14/19, 10:13 AM - Ari Teman: Thank you
3/14/19, 10:14 AM - Ari Teman: I'm heartbroken. I really trusted you guys
3/14/19, 7:30 PM - Ari Teman: I guess no news? :(
3/14/19, 7:47 PM - Abi Goldenberg: Unfortunately I had one minute with him today, he wasnt happy with the email ( calling yechiel a liar, I knew he wouldn't be) I explained your side. But I didn't have a chance to discuss further. He did say he doesn't remember ever saying that he was for sure giving 1m. Maybe someone said they

000140

can give 1 million if the numbers are there. And Barry didn't think it was. We should discuss further tomorrow.

3/14/19, 7:51 PM - Ari Teman: He's a liar

3/14/19, 7:51 PM - Ari Teman: If it wasn't your dad, then he told me directly to my face they're putting in $1M

3/14/19, 7:52 PM - Ari Teman: They didn't say any "if"

3/14/19, 7:52 PM - Ari Teman: This message was deleted

3/14/19, 7:53 PM - Ari Teman: Sorry, "We plan to put in 1M"

3/14/19, 7:53 PM - Ari Teman: Well, you've got 60 buildings with me

3/14/19, 7:53 PM - Ari Teman: Guess you're stuck with me 30 years

3/14/19, 7:55 PM - Ari Teman: But you know exactly what happened and you know I'm an honest person

3/14/19, 8:03 PM - Ari Teman: Missed voice call

3/14/19, 8:06 PM - Ari Teman: I had a cheeseburger last night. I gave up eating kosher because only Jews do this to me. I'm not an idiot, I'm not a liar, you were there, I knew exactly what Yechiel said to me, what Ely said.

3/14/19, 8:07 PM - Ari Teman: Only the yarmulkes make false promises so easily, honestly. No other group does this to me so consistently

3/14/19, 8:16 PM - Ari Teman: AND who doesn't have the HUMAN decency to get on the phone to say they're backing out!? To have their SECRETARY do it???

3/14/19, 8:17 PM - Ari Teman: Tell me honestly that you think that is menchlech behavior

3/14/19, 8:17 PM - Ari Teman: Abi, I trusted you, and it likely cost me my livelihood and home

3/14/19, 10:21 PM - Abi Goldenberg: Ari,
I really do feel terrible that this fallout is putting you under tremendous stress. I also feel really bad that you got so disappointed. I feel terrible about the way it was handled, it should not have been done like that. No excuses. No one intended to lie, they may have said we would put in 1M if they were convinced it would work. They didn't want you to think it would be more than that. As initially the ask was 5M. They were capping their investment at 1M. I do think that there are other ways of moving forward even without them. I dont think it's time to throw in the towel. I think we should discuss further tomorrow. If you want to.

3/14/19, 10:22 PM - Ari Teman: No. They said explicitly they would put in $1M. There was no if.

3/14/19, 10:22 PM - Ari Teman: We should discuss further

3/14/19, 10:23 PM - Ari Teman: You're a good person, I know that. This isn't your doing.

3/14/19, 10:26 PM - Ari Teman: And even Ely was clear they said they were putting in $1M and only haggling on valuation

3/15/19, 7:56 AM - Ari Teman: Good morning. I hope we can go into shabbat without my entire body in physical pain from the stress your family killed my company. I thought about killing myself last night. I really do not see a point to even get out of bed. Why? So I can get more false promises from Jews?

3/15/19, 7:59 AM - Ari Teman: As well, I think you should pay our full contract upfront since you've demonstrated that I cannot trust your family to pay what they say

3/15/19, 11:54 AM - Abi Goldenberg: Ari,
I do think we should speak but I don't feel like you are in the right frame of mind to have a productive conversation. I never mistreated you, I had zero benefit in all

000141

these meetings. I made myself available and schlepped to the city for no other reason than explain how good your product is. I have been a reference for you and always "sold" your product. You are treating me like the enemy for being a loyal and paying customer. I think we can speak when you are ready to get over the disappointment of losing the investors, and move forward making Gateguard the profitable company that it has the ability to be, with regular gradual growth.

3/15/19, 12:01 PM - Ari Teman: My company will be dead in two weeks from this

3/15/19, 2:36 PM - Ari Teman: I think I'll probably kill myself weekend so don't worry too much about the rate increases. Shabbat shalom

3/15/19, 5:24 PM - Ari Teman: I'm OK. I apologized to your father. I also think I found a miracle. I'll tell you after shabbat  I'm sorry for how I acted and I'll work to be better

3/15/19, 6:40 PM - Abi Goldenberg: That is great news, cant wait to hear about it. Shabbat shalom!

3/17/19, 8:43 AM - Ari Teman: LMK when you want to hear about the miracle. Like the timing couldn't be better, and I think it'll end up helping a lot of the community

3/17/19, 10:39 AM - Ari Teman: <Media omitted>

3/17/19, 11:24 AM - Ari Teman: <Media omitted>

3/17/19, 11:24 AM - Ari Teman: People are getting buzzed and able to unlock.

3/17/19, 12:44 PM - Ari Teman: https://nyketamine.com/faq-depression/

3/17/19, 6:14 PM - Ari Teman: <Media omitted>

3/17/19, 6:16 PM - Ari Teman: <Media omitted>

3/18/19, 2:21 PM - Abi Goldenberg: I see, I think I fixed his problem. Now 617 w 141st is complaining they didn't get instructions. Is it possible to delete everyone is one swoop and I can import again and send out an email to everyone?

3/18/19, 2:21 PM - Ari Teman: asking my engineer for new, clean file

3/18/19, 2:33 PM - Ari Teman: we updated it, but your computer may be showing the old file. please refresh (CTRL+R)

3/18/19, 2:36 PM - Ari Teman: https://gg-server.s3.us-west-1.amazonaws.com/instructions/617_w141%2C_n_y_c.pdf

3/18/19, 2:37 PM - Ari Teman: We forgot to put the security deposit on the invoices. That's good news for us, in terms of cash flow, but I'd like to see if we can come to an agreement that will give us a little more breathing room so we can safely hire team, van, etc and get your 50 devices online and get another 200 online so we have steady cashflow

3/18/19, 5:01 PM - Ari Teman: 20 baughman still needs a new strike -- when does the door come?

3/18/19, 5:07 PM - Abi Goldenberg: 896 is getting a new door not 20 Baughman

3/18/19, 5:07 PM - Ari Teman: the lock worked... odd. honestly this guy complains about stuff being broken and then it's just he wants a new iphone

3/18/19, 5:07 PM - Ari Teman: so idk

3/18/19, 5:07 PM - Ari Teman: no other issues...who manages it? andrew? jonathan?

3/18/19, 5:08 PM - Ari Teman: i don't have staff to run over... i have 2 guys who have to do 2 camera systems tomorrow so I can pay my team :(

3/18/19, 5:08 PM - Abi Goldenberg: No sam from 65 Willoughby

3/18/19, 5:09 PM - Ari Teman: oy

3/18/19, 5:09 PM - Ari Teman: let's be sure the lock is really not working. i'll reboot device first

3/18/19, 5:33 PM - Ari Teman: <Media omitted>

3/18/19, 5:34 PM - Ari Teman: Looks like wiring inside door is worn... green has

000142

exposed wire.... hmmm
3/18/19, 5:44 PM - Abi Goldenberg: Oh gosh
3/18/19, 5:46 PM - Ari Teman: <Media omitted>
3/19/19, 2:03 PM - Ari Teman: Hi Abi. Can you chat today? I'm getting calls about Bauman's lock... it was working when my guy's left. I don't have 10 guys to send around, nobody in the office to coordinate them, etc
3/19/19, 2:32 PM - Abi Goldenberg: I just sat down with my father to speak with him, then he got an emergency call and left. I will try to speak to him
3/19/19, 2:32 PM - Ari Teman: yikes :)
3/19/19, 3:07 PM - Ari Teman: In the meantime, can you agree to pay the $1500/device you had said you'd do before the discussion of your father investing? There's still the $849 security deposit we forgot. This is enough for me to staff up, get a few more installers & 100+ devices to install
3/19/19, 3:31 PM - Abi Goldenberg: I just spoke with him, I have a few other things going on can we speak in an hour or so?
3/19/19, 3:31 PM - Ari Teman: sure
3/19/19, 5:04 PM - Ari Teman: Still good?
3/19/19, 5:27 PM - Abi Goldenberg: Yeah sorry still tied up I'll call you soon
3/19/19, 5:53 PM - Ari Teman: <Media omitted>
3/19/19, 5:54 PM - Ari Teman: <Media omitted>
3/20/19, 1:23 PM - Ari Teman: <Media omitted>
3/20/19, 1:23 PM - Ari Teman: MVI is sued.
3/20/19, 2:32 PM - Abi Goldenberg: Ok I guess its something off your back now! I got your email I dont have time to prepare it today it wont be before next week. Also I need to ask my father which way he wants to go. In regards to Baughman is the issue something that my locksmith can fix or do we need you to? The tenants are calling in droves.
3/20/19, 2:34 PM - Ari Teman: I think locksmith can do it
3/20/19, 2:34 PM - Ari Teman: My guys are in UES and couldn't get there fast
3/20/19, 2:35 PM - Abi Goldenberg: What should I tell locksmith
3/20/19, 3:36 PM - Ari Teman: Wiring to lock has constant 12V power according to super but should only get it when we flip our relay
3/20/19, 3:36 PM - Ari Teman: Looks like a short
3/20/19, 3:36 PM - Ari Teman: He should bring an allen key
3/20/19, 4:57 PM - Ari Teman: Do you want more buildings done tomorrow? Which? My guys are open, and they can fix this door, too.
3/20/19, 6:34 PM - Abi Goldenberg: Right now I cant really do installs, my managers aren't happy with me they want to set up instructions before the installation
3/20/19, 6:35 PM - Ari Teman: OK
3/22/19, 12:34 PM - Ari Teman: Are you guys in the office today?
3/22/19, 12:55 PM - Ari Teman: Missed voice call
3/22/19, 2:07 PM - Abi Goldenberg: I am not not sure about everyone else
3/22/19, 2:10 PM - Ari Teman: No worries
3/22/19, 2:10 PM - Ari Teman: We did a bunch of devices yesterday. You can imagine how funky things run on Purim! :D
3/22/19, 3:53 PM - Abi Goldenberg: That's great hope you got some good footage!
3/22/19, 4:45 PM - Ari Teman: Haha. Just goyim installing
3/22/19, 4:46 PM - Ari Teman: actually it turns out toms friend is a Jew born on Kiev.  No Saturday work for him! :)
3/22/19, 5:02 PM - Ari Teman: I think your niece should talk to this doctor in NYC.

000143

It's really incredible. Hopefully it will help her
3/25/19, 8:57 AM - Ari Teman: Hi Abi. Do you think we can get an answer today on the invoices? It will enable me to put in a larger order with China, and that will make us self-sustaining just on revenue.
3/25/19, 2:48 PM - Ari Teman: Missed voice call
3/25/19, 9:31 PM - Abi Goldenberg: He said he wasn't available today, he is available anytime between 7:30-10:30 am tomorrow morning. What time is best for you?
3/26/19, 2:11 AM - Ari Teman: Let's do 8am thank you
3/26/19, 7:33 AM - Abi Goldenberg: Abi


The number is 718-564-6475

8am
3/26/19, 7:34 AM - Ari Teman: Thank you :)
3/26/19, 8:14 AM - Ari Teman: If that was my father or my boss, I would leave both positions
3/26/19, 3:40 PM - Ari Teman: <Media omitted>
3/26/19, 7:00 PM - Ari Teman: From now on please email Levi@teman.com for any support needs
3/26/19, 7:01 PM - Ari Teman: I do not think I'll be able to not kill myself if we speak again
3/26/19, 7:01 PM - Ari Teman: There are no cancellations and no refunds. Only speak with him about support issues
3/28/19, 8:30 AM - Ari Teman: <Media omitted>
3/28/19, 8:32 AM - Ari Teman: <Media omitted>
3/28/19, 8:47 AM - Ari Teman: <Media omitted>
3/28/19, 9:02 AM - Abi Goldenberg: Great thanks , I dont think he played around with it besides   for when he was on the phone with you
3/28/19, 9:03 AM - Ari Teman: I know that he definitely opened up the device and started messing around with the wires because he was telling me that he had a voltage meter and that there was constant power to the strike regardless of our device which I think means he shorted the board who threw power to the board I when it shouldn't have gotten power
3/28/19, 3:10 PM - Ari Teman: <Media omitted>
3/28/19, 6:34 PM - Ari Teman: I am pretty sure you killed  my company
4/19/19, 8:23 PM - Ari Teman: <Media omitted>
4/30/19, 7:34 PM - Ari Teman: <Media omitted>
4/30/19, 7:52 PM - Abi Goldenberg: Amazing kol hakavod to you
5/1/19, 1:01 PM - Ari Teman: Thank you
5/1/19, 1:01 PM - Ari Teman: Can we still use you as a reference? (I won't tell your dad. :)) People ask us all the time for a reference.
5/1/19, 3:37 PM - Abi Goldenberg: I have been a good reference for you in the past. I generally dont mind being a reference. My problem is what am I supposed to tell them regarding, signing up means signing up for 30 years, no cancellations  and possibility of going up every year by 10%. And if you sell a building we owe the full contract ?
5/1/19, 3:37 PM - Ari Teman: They have the terms and conditions
5/1/19, 3:38 PM - Ari Teman: We're basically financing the equipment
5/1/19, 3:38 PM - Abi Goldenberg: And the 30 year contract...

000144

5/1/19, 3:40 PM - Ari Teman: $18K for an intercom is not unreasonable with internet, service, management, and support and insurance included...

5/1/19, 3:45 PM - Abi Goldenberg: I mean typically you can get an intercom for $6k. But although your system is better it's not 18k after you have a yearly 10% increase it will come to 10k per year by year 30 that's well over 100k for the device

5/1/19, 3:47 PM - Ari Teman: A typical intercom has a $1000-2000/year repair cost

5/1/19, 3:56 PM - Ari Teman: Our price is very very reasonable : we include internet, compliance monitoring, a device, logs, monitoring, backup...

5/1/19, 3:57 PM - Abi Goldenberg: Ari,
If you want me to be a reference I would have to feel more comfortable that we can have a good working continuous relationship. That means I cant feel threatened by you. I agree to pay $50 a month going forward. We would understand if in 5 years from now that has to increase say $5, $10 dollars based on your cost. Normal increase not subject to 10% every year. And if the system doesnt work or gets outdated in 5-10 years from now we can both agree that it's time for a new system. Not that we are tied in for 30 years. Also if a building is sold the intercom company cant have a veto right in a sale.

5/1/19, 3:58 PM - Ari Teman: I do not think it's fair to ask me to renegotiate terms when we first agreed to $1500/building and fees, and now it's $0/building because I thought we were getting a $1M investment

5/1/19, 4:01 PM - Ari Teman: So I am effectively financing your equipment... I am literally going into my pocket to pay for your stuff for years

5/1/19, 4:05 PM - Abi Goldenberg: Ari,
You have not stopped advertising free devices even after the investment fell through. That means that you obviously feel you can do free devices for everyone else besides for us. Please dont make it like I took advantage.

5/1/19, 4:06 PM - Ari Teman: I put the ad out after your guys said they were investing. I cannot pull it back now

5/1/19, 4:10 PM - Ari Teman: I actually can't do it ... some guy owed me $ and i used it to buy the devices... i am $450K in debt because of this

5/1/19, 4:16 PM - Ari Teman: I'm hoping a few guys will pay but I also have to chase EVERY yarmulke to pay

5/1/19, 4:16 PM - Ari Teman: They all rob me

5/1/19, 4:16 PM - Ari Teman: Until I threaten to shut off the systems then they cry and try to get discount

5/1/19, 4:18 PM - Ari Teman: But to your point: they all pay $2048, the $849 security deposit included, not $1190is

5/1/19, 4:18 PM - Ari Teman: That's a big difference

5/1/19, 4:21 PM - Ari Teman: If you want to negotiate a fair deal where you pay upfront more and I can't raise the rates OK, but otherwise I'll stick to this deal

5/1/19, 4:39 PM - Abi Goldenberg: What does that look like to you dollars and sense?

5/1/19, 4:39 PM - Abi Goldenberg: Cents

5/1/19, 4:45 PM - Ari Teman: The deal we had discussed was $1500/device+849/install+120 months*49.99 per building. That's $8347.8/building for 10 years. It's nothing to you, but $425,737.8 to us means I can hire and grow... and still I'll be in the hole, but the business will survive and not be running on fumes. You can pay that upfront on the 51 devices, you have the devices for 10 years, service included, no prices raised. You can subtract the amount already paid, of course.

5/1/19, 6:48 PM - Ari Teman: Actually, no, I will not offer you that deal -- no way

000145

5/1/19, 7:03 PM - Ari Teman: Your father tried to bait and switch me and take full control of my company. I'm not going to give you any new deal
5/2/19, 4:15 PM - Ari Teman: <Media omitted>
5/2/19, 4:15 PM - Ari Teman: They didn't do a great job fitting it into the door -- sticks out, but should be OK
5/2/19, 4:36 PM - Abi Goldenberg: Wow that was fast!
5/2/19, 4:36 PM - Ari Teman: We show up when devices go down. We keep our word
5/2/19, 4:40 PM - Ari Teman: <Media omitted>
5/2/19, 4:41 PM - Ari Teman: The foam on the left... bad news... and not a good job either... you'll have issues
5/2/19, 4:55 PM - Abi Goldenberg: Not sure why he did that
5/2/19, 4:55 PM - Ari Teman: He also buried our wires.
5/2/19, 4:55 PM - Ari Teman: People do crap work in NYC
5/2/19, 4:56 PM - Ari Teman: in Miami they worry about the curve of the sheet metal. in NYC they do not care because the landlords treat them like garbage and don't pay anyway
5/6/19, 11:29 PM - Ari Teman: <Media omitted>
5/6/19, 11:31 PM - Ari Teman: What do you think the reason Jews don't like their own people is? The secular movements telling their students Judaism is false, or the guys with big velvet yarmulkes showing them it is?
5/8/19, 7:39 PM - Ari Teman: <Media omitted>
5/15/19, 6:45 PM - Ari Teman: https://www.jns.org/security-company-donates-ai-doorman-to-100-chabad-centers/
6/4/19, 9:03 AM - Ari Teman: I think I have a solution that will work for both of us, make both very happy, and will bring us back to a happy and easy relationship, which I would like very much. Can you chat?
6/5/19, 5:46 PM - Abi Goldenberg: Sorry I was busy yesterday if you want to speak now  I am available
6/12/19, 3:30 PM - Ari Teman: Hi Abi. Are you able to catch up? The financing company will do the deal, so I'd like to find a way to make it work
6/12/19, 4:43 PM - Abi Goldenberg: Yes I am sorry I meant to call you yesterday on my way home but was on the phone the whole way with someone else. Can I call you a little later?
6/12/19, 4:44 PM - Ari Teman: sure :)
6/13/19, 11:12 AM - Ari Teman: Great chat yesterday. Can you speak again at 1pm'ish?
6/13/19, 12:15 PM - Ari Teman: actually 2:30 would be better
6/13/19, 2:09 PM - Abi Goldenberg: Not sure just got into the office I need to take care of a bunch of things I think 2:30 is too early
6/13/19, 2:10 PM - Ari Teman: All good. What time?
6/13/19, 2:10 PM - Abi Goldenberg: I'll let you know when it calms down
6/13/19, 4:17 PM - Ari Teman: I found a way to get higher rents. Michelle Itkowitz says it's legal, too
6/17/19, 1:38 PM - Ari Teman: Just called
6/17/19, 6:24 PM - Abi Goldenberg: <Media omitted>
6/17/19, 6:27 PM - Ari Teman: <Media omitted>
6/18/19, 1:28 PM - Ari Teman: Can you chat today?
6/19/19, 1:05 PM - Ari Teman: I know who can take the leases, and I think you can do it legally and still make money
6/19/19, 1:06 PM - Ari Teman: Either way, can we please finalize the other deal today or tomorrow?

000146

6/20/19, 4:12 PM - Ari Teman: :)
6/20/19, 5:43 PM - Abi Goldenberg: Ari,
I wish I was able I have literally been over my head. My father has me looking into every law every possibility of different avenues of bring in more income and he hasn't had a moment for me either. I really haven't had a free moment to discuss this yet or time to call you back. I wish I'm literally drowning
6/20/19, 6:01 PM - Ari Teman: I have some ideas for that. Give me 20 minutes with you brainstorm
6/20/19, 6:01 PM - Ari Teman: including working with Airbnb's competitor LEGALLY
6/24/19, 12:57 PM - Ari Teman: We can do it -- I've checked a bunch. And I can get some other operators together into it
6/24/19, 7:42 PM - Ari Teman: Missed voice call
6/25/19, 12:21 AM - Abi Goldenberg: Sorry someone in my office was in a car accident yesterday and her mother was nifteres in the accident and she was in surgery all day we did the levaya without her and it was a crazy day.
6/25/19, 6:42 AM - Ari Teman: I'm sorry for your loss
6/25/19, 2:23 PM - Ari Teman: Can you chat today?
6/25/19, 2:24 PM - Abi Goldenberg: Yes I am trying to fit you in I hope thing s will settle down in the next hour or so
6/25/19, 4:22 PM - Ari Teman: Please do
6/25/19, 6:23 PM - Ari Teman: what happened?
6/25/19, 6:38 PM - Ari Teman: on a call... will call you back
6/25/19, 7:15 PM - Ari Teman: I called
6/25/19, 10:42 PM - Ari Teman: <Media omitted>
6/25/19, 11:07 PM - Ari Teman:
https://www.whitehouse.gov/presidential-actions/executive-order-establishing-white-house-council-eliminating-regulatory-barriers-affordable-housing/
6/26/19, 11:24 AM - Ari Teman: We are running another ad in TRD. Can we please get a testimonial from you (no last name used)? Something like this?


"We started with Teman in a few buildings and were so blown-away by the results we ordered it for our entire 70-building portfolio. It saves thousands on internet and maintenance, gives unprecedented understanding into who's in our buildings and when staff and vendors are working, and eliminates all key-related hastles. The systems are beautiful, reliable, the tenants love them, and most-importantly the Teman team goes above-and-beyond to be helpful."
6/26/19, 12:54 PM - Abi Goldenberg: Sorry about last night, I lost reception and my phone had no service then I called you when you called back I was on the phone. Then it got late.
6/26/19, 12:54 PM - Abi Goldenberg: What do you think this means?
6/26/19, 12:54 PM - Abi Goldenberg: I can try to be helpful
6/26/19, 12:56 PM - Ari Teman: Thanks!
6/26/19, 12:56 PM - Ari Teman: How is this?
""We started with Teman in a few buildings and were so blown-away by the results we ordered it for our entire 70-building portfolio. It saves thousands on internet and maintenance, gives unprecedented understanding into who's in our buildings and when staff and vendors are working, and eliminates all key-related hastles. The systems are beautiful, reliable, the tenants love them, and most-importantly the Teman team goes above-and-beyond to be helpful.""

000147

6/26/19, 1:03 PM - Ari Teman: we will *not* use your last name (no sense to tell competitors where to call) :)
6/26/19, 1:08 PM - Abi Goldenberg: Abi is pretty uncommon maybe I should do my English name stephan
6/26/19, 1:09 PM - Ari Teman: Yeah? Great!
6/26/19, 1:32 PM - Ari Teman: Let's chat White House. I think it is a good sign and it pays to be ready for a "stay" on the law, even by the court, so you'll have a window to evict
6/26/19, 7:18 PM - Ari Teman: Missed voice call
6/27/19, 5:44 AM - Ari Teman: <Media omitted>
6/27/19, 5:48 AM - Ari Teman: This message was deleted
6/27/19, 6:30 AM - Ari Teman: Don't sell. There's going to be a break from this craziness in NYC. We need to talk today
6/27/19, 4:41 PM - Ari Teman: any luck?
6/27/19, 4:41 PM - Abi Goldenberg: Didn't even get a chance to see him yet, he's been locked in his office all day on the phone
6/27/19, 4:42 PM - Ari Teman: let him know the good news :)
6/27/19, 4:44 PM - Abi Goldenberg: Through the door it doesn't sound like he sees any good news :)
6/27/19, 4:44 PM - Ari Teman: but I make things backwards :D
6/27/19, 4:59 PM - Ari Teman: either way, let's find a way to set up that call
6/28/19, 7:44 AM - Ari Teman: Had another chat with the friend at the WH. I can help, but I need the deal closed. I don't have the bandwidth to do both
6/28/19, 10:34 AM - Ari Teman: 👆 can we get to a number today and finalize?
6/28/19, 4:46 PM - Ari Teman: ?
7/1/19, 1:56 PM - Ari Teman: Missed voice call
7/2/19, 12:29 PM - Ari Teman: Hi Abi
7/3/19, 11:18 AM - Ari Teman: I *really* need this done
7/3/19, 11:19 AM - Ari Teman: I lost everything I have. I'm not going from a Range Rover to an Accura, I lose *every* penny -- you know the story -- I need you to finalize this today.
7/9/19, 5:58 PM - Ari Teman: http://itkowitzteachingandpublishing.itkowitz.com/2019/06/michelles-no-bs-guide-to-rent.html
7/9/19, 5:59 PM - Ari Teman: Please call me
7/10/19, 3:10 PM - Ari Teman: I have a personal emergency and need to speak with you
7/10/19, 3:30 PM - Abi Goldenberg: Ari ,
I am sorry it very hectic right now my brother is getting married in 2 hours yesterday when you called i just picked up my daughter from the catskills it is a very hectic 24 hours
7/10/19, 3:32 PM - Ari Teman: I was arrested July 3
7/10/19, 3:33 PM - Ari Teman: Federal
7/10/19, 4:25 PM - Abi Goldenberg: Oy my! What the hell! Everything ok? Is there something that I can do for you?
7/10/19, 4:36 PM - Ari Teman: Very little is ok :(
7/10/19, 4:39 PM - Ari Teman: two slumlords, literally on the list of the NYC Worst Landlords, told their bank a check draw (RCC) we did were fraud to not pay and the feds came and arrested me
7/10/19, 4:39 PM - Ari Teman: we will beat it, but I need some affidavits from clients to support me, etc

000148

7/10/19, 5:05 PM - Ari Teman: can you please call?
7/11/19, 10:16 AM - Ari Teman: Hope simcha was great. Please LMK when you can speak today
7/11/19, 5:23 PM - Ari Teman: Hi Abi. Agreement in your inbox. Thank you!
7/12/19, 11:01 AM - Ari Teman: Good to go?
7/12/19, 12:30 PM - Abi Goldenberg: Sorry will try to call later, I left the office at 5 yesterday. I need to show to my father wont happen til next week
7/12/19, 12:33 PM - Ari Teman: Thanks. No way to get his OK via whatsapp? :D
7/12/19, 1:32 PM - Abi Goldenberg: Not a chance he doesn't even know what WhatsApp is
7/12/19, 1:47 PM - Ari Teman: Haha
7/12/19, 1:47 PM - Ari Teman: Lucky him
7/15/19, 10:09 AM - Ari Teman: Hi Abi, can we please wrap this up today?
12/12/19, 7:01 AM - Ari Teman: <Media omitted>
12/12/19, 7:02 AM - Ari Teman: We will inform all charities and Institutions you and your father support that until further notice they should be aware that you are donating money which doesn't belong to you and the accepting donations from you may be a crime and a violation of halacha and
12/12/19, 7:02 AM - Ari Teman: We will attach the lawsuit and a link to play the audio of Jacob
12/12/19, 7:03 AM - Ari Teman: You will be hearing from others today, too, who will inform you of the grave sins you are committing
12/12/19, 7:03 AM - Ari Teman: Not that for a second I think you actually believe in God
12/12/19, 8:51 AM - Ari Teman: This message was deleted
12/12/19, 8:53 AM - Ari Teman: This message was deleted
12/12/19, 3:17 PM - Ari Teman: <Media omitted>
12/12/19, 3:17 PM - Ari Teman: <Media omitted>
12/12/19, 3:17 PM - Ari Teman: <Media omitted>
12/12/19, 3:17 PM - Ari Teman: <Media omitted>
12/13/19, 9:21 AM - Ari Teman: Abi I do not want to fight. I want to do good things for the world. Please look at the emails Jacob, realize we acted only in good faith and come to a solution. Please don't leave me stuck with such debt and stress it's too much. Please make a payment
12/13/19, 9:22 AM - Ari Teman: I can be using my energy and intellect to help people, to help your cousin and many others with depression, but instead I'm fighting to survive and it's very hurtful
12/13/19, 9:22 AM - Ari Teman: You can't expect to pay $300 for intercoms
12/13/19, 9:25 AM - Ari Teman: The cost is so much more for us so much more. It's not fair. Your lawyer negotiated an agreement and your father signed it and sent it to us, we offered to help you with with the financing company. We were transparent every step. Please. I'm so sad every day with nowhere to go and everything falling apart because I trusted you. Please do not punish me with months of more suffering because Jacob is lying to you. Please look at his emails I sent you
12/13/19, 9:28 AM - Ari Teman: I will dedicate my life to helping people like you cousin prevent and escape depression to help people to get people volunteering. Please please please. Do not keep me in this dark place. Please pay me so I can focus on helping people and pay my team and do good things. I just want to do good things. I create this, I don't steal, I don't hurt people,I can't live like this anymore.i need to go to an office with a team and build things. Please just pay us

000149

12/13/19, 9:30 AM - Ari Teman: $9000/building for an Intercom for thirty years is a great deal. I will not abandon you, and if anything happens to me I will ensure another company keeps our servers running

12/13/19, 9:31 AM - Ari Teman: Please. Please let us start next week focusing on helping people instead of fighting. I would much rather live in a world where we work to help people than we fight. Please just pay the agreement.

12/13/19, 10:41 AM - Ari Teman: please let abi know i am happy to speak to him, but cannot (legally) unless (A) he is not represented by an attorney on this matter, or (B) his attorney agrees that he may speak directly to me.

12/13/19, 1:14 PM - Ari Teman: That was from Ariel because he's not allowed to talk with you until that's confirmed

12/15/19, 10:16 AM - Abi Goldenberg: Ari,

We would consider sitting down and discussing this matter with you to try to come to terms that works for all parties.
In order to do that we would need you to drop the lawsuit and release all claims. If you cannot do that then there is nothing more to discuss at this point.
 *THIS COMMUNICATION IS SENT FOR SETTLEMENT PURPOSES ONLY.*

12/15/19, 10:19 AM - Ari Teman: We already negotiated for months, your attorney and your father were heavily involved, and we have many emails and recorded calls to that effect. Negotiations are over. You owe us $369,000 and now Attorneys fees, and I'm going to go after you for harming me personally and my company with full intent to defraud. The call with your father and you will show you just wanted to kill my company and take it over. There's nothing to discuss other than you suggesting a reasonable payment schedule AND making your first payment immediately this Monday.

12/15/19, 10:21 AM - Ari Teman: If payment isn't made by Monday I'll be adding additional claims including relating to your recent defamation attempt

12/15/19, 10:32 AM - Ari Teman: I'm represented by counsel. I do not trust anything you say or offer and never will. I will only believe full payment of your SIGNED CONTRACT.

12/15/19, 10:35 AM - Ari Teman: Do not contact me again

12/15/19, 12:02 PM - Ari Teman: Only have an attorney contact Ariel Reinitz. Do not contact me. Do not have an attorney contact me. You were served with a lawsuit. Stop forwarding messages and stop discussing me with third parties YOU HAVE A BINDING CONFIDENTIALITY AGREEMENT

12/15/19, 3:04 PM - Ari Teman: <Media omitted>

000150

7/23/19, 11:45 AM - Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more.
7/23/19, 11:45 AM - Ari Teman created group "Abi deal"
7/23/19, 11:45 AM - Ari Teman added you
7/23/19, 11:46 AM - Ari Teman: Hi Abi, can you please give us an honest yes/no on of you're going to sign the agreement? It's been weeks of telling us you're busy.
7/23/19, 11:51 AM - Abi Goldenberg: <Media omitted>
7/23/19, 11:56 AM - Ari Teman: Thank you. It's great to hear your voice. :)
7/23/19, 11:57 AM - Ari Teman: The stress from the recent event has really broken me quite a bit, this will be a big help to recover
8/2/19, 11:58 AM - Ari Teman: Hi Abi. Hope you're well. How's it looking?
8/2/19, 4:11 PM - Abi Goldenberg: I got it back yesterday, I was in meetings the whole day yesterday and today. We have a few dismissal requests on Monday so we are quite busy getting everything back to code and getting all our paperwork in order. I will go it over with my father hopefully Tuesday.
8/2/19, 4:13 PM - Ari Teman: thanks. Can I see the current version?
8/5/19, 4:48 PM - Ari Teman: Hi Abi. Any update? Still on to review tomorrow with your father?
8/6/19, 6:34 PM - Ari Teman: Hi Abi. Any update?
8/6/19, 7:51 PM - Abi Goldenberg: Ari,
I am really sorry the guy that is reviewing keeps pushing me off. We are going on a conference with him tomorrow. I don't know if it's the summer or he's overloaded. He told me it would for sure be ready Monday. On Monday he said we conference then today he said tomorrow. Tomorrow it is scheduled so we'll see.
8/6/19, 7:54 PM - Ari Teman: Thank you Abi. Please do push him.  Maybe you can ask him to quickly get on the phone with us and discuss?
8/6/19, 8:08 PM - Abi Goldenberg: I will ask him if he would like to do that
8/6/19, 8:29 PM - Ari Teman: Abi, there was a parachute cord around my neck a week ago. I wish I was brave enough to do it all the way but I'm not so I'm still here. Please do more than ask and address this with the urgency of life and death. There's only so much a person can take.
8/6/19, 10:37 PM - Abi Goldenberg: I am really sorry that this ordeal has been so emotionally, and I'm sure, physically hard on you. I really am. I am not playing you I never have. I am doing my best to move this foward. I spent more working hours on this to get this done than I have. I have worked at nights also I am trying but that's the most I can do it's not all dependent on me.
8/6/19, 10:37 PM - Ari Teman: Thank you
8/7/19, 1:33 PM - Ari Teman: Hi Abi, please push today
8/12/19, 2:42 PM - Ari Teman: <Media omitted>
8/12/19, 3:23 PM - Abi Goldenberg: This is the guy getting my father the paperwork
8/12/19, 3:24 PM - Ari Teman: thank you
8/12/19, 3:24 PM - Ari Teman: I see he and his wife were very active in NCSY like Levi and his wife :)
8/12/19, 3:48 PM - Abi Goldenberg: Dont talk about his wife.... she died
8/12/19, 3:49 PM - Ari Teman: Yes, I said sorry for his loss. I'll leave it at that. Very sad.
8/16/19, 12:38 PM - Ari Teman: Hi Abi. Thank you so much for pushing this through
8/16/19, 12:39 PM - Ari Teman: The 3rd party financer will need (for the buildings or management co):
* 2 years Audited or Reviewed Financials (tax returns are OK if these are not

000151

available)
* Interim Financials (Balance sheet, Profit and Loss, etc)
* Completed application (i'll send pdf to JG)

Can you please get the financials or tax ready (I think this should be easy since you have to file with DOF anyway)
8/16/19, 2:04 PM - Abi Goldenberg: I will ask the accountant if he has this on file
8/16/19, 2:04 PM - Ari Teman: Thank you :)
8/16/19, 2:23 PM - Abi Goldenberg: You're welcome. Have a good shabbos
8/16/19, 2:28 PM - Ari Teman: You too
8/16/19, 2:28 PM - Abi Goldenberg: Thanks
8/20/19, 11:20 AM - Ari Teman: Hi Abi. Thanks for pushing this through. Are you guys able to sign today? :)
8/20/19, 11:26 AM - Abi Goldenberg: If my father has 45 minutes for me then yes, it is the number one thing on my desk, yesterday there was a meeting til 5pm and afterwards he had another meeting right away
8/20/19, 11:26 AM - Ari Teman: Thank you
8/20/19, 11:26 AM - Ari Teman: It will hopefully take less than 15 minutes :)
8/20/19, 5:11 PM - Ari Teman: any luck? hopefully we are right on the finish line and he can sign it quickly as your attorney reviewed it and gave the OK
8/20/19, 5:48 PM - Abi Goldenberg: I know but he wants to hear the whole back and forth as he wasn't involved just made me be involved
8/20/19, 5:49 PM - Abi Goldenberg: I am waiting for him, I was supposed to leave at 5:30 he was in meetings all day. But I cannot stay after 6 I am sitting and waiting on him. I will get this done as soon as I possibly can
8/20/19, 5:53 PM - Ari Teman: Thank you
8/21/19, 8:25 AM - Ari Teman: Good morning Abi. Please please please get this back to us today. We have faced incredible expenses from this. Thank you
8/21/19, 10:04 AM - Ari Teman: Really, please even barge into the office and insist it's done today because we cannot survive another round of months of "he's very busy". This is basic derech eretz as Rabbi Jachter says. I have suffered unimaginably since that email from his secretary to the point people and drugs are keeping me from killing myself so I hope you agree there cannot be days of meetings more important than making this right and pulling us out of this situation
8/21/19, 4:29 PM - Abi Goldenberg: I just sat with him for a half an hour and explained it all to him. He seems fine with it, but he was just called out of the office for a meeting. I ran after him just to sign it so I can send it and he said he will sleep on it and decide tomorrow. So if he will sign it should only take a few minutes tomorrow no more sit down.
8/21/19, 4:30 PM - Ari Teman: Thank you!
8/21/19, 4:30 PM - Abi Goldenberg: You're welcome I really am trying my best
8/22/19, 9:18 AM - Abi Goldenberg: <Media omitted>
8/22/19, 9:19 AM - Abi Goldenberg: Do you know what's going on at 65 Willoughby? Looks strange
8/22/19, 9:19 AM - Ari Teman: Whoa, @18189398084 Who worked on that building last?
8/22/19, 9:21 AM - Ari Teman: Someone pulled the antennae out but that's not OK. The wires can't be exposed or people will cut them.
8/22/19, 9:29 AM - Ari Teman: We checked. None of our guys were there, but that's electric tape. Maybe the super?
8/22/19, 9:49 AM - Abi Goldenberg: I doubt it but I will ask

000152

8/22/19, 9:57 AM - Ari Teman: 😗
8/22/19, 9:57 AM - Ari Teman: Maybe someone worked on the door?
8/22/19, 9:57 AM - Ari Teman: Very odd
8/22/19, 10:04 AM - Abi Goldenberg: I am asking the manager who sent me the picture
8/22/19, 10:22 AM - Abi Goldenberg: There was no work there at all, could it be it wasn't getting service and someone from you pulled the antennae  to get service?
8/22/19, 10:47 AM - Ari Teman: Hmm. Unlikely but we'll ask
8/22/19, 10:48 AM - Ari Teman: Any luck with your father?
8/22/19, 10:49 AM - Abi Goldenberg: I'm not in the office yet, sitting in bed-stuy since 6am waiting for a city inspector who was supposed to be here no later than 9am
8/22/19, 10:50 AM - Ari Teman: Gateguard can let him in :)
8/22/19, 10:50 AM - Abi Goldenberg: He needs to see paperwork
8/22/19, 10:50 AM - Ari Teman: The inspector?
8/22/19, 10:51 AM - Abi Goldenberg: Yes he wants to see the plans for the alterations to fix hazardous conditions from 2006!
8/22/19, 10:51 AM - Ari Teman: NYC is crazy backwards
8/22/19, 10:52 AM - Abi Goldenberg: I did this 2 weeks ago and he said oh there are no hazardous conditions let's get this off. Then he went in his car and changed his mind that he needs the plans for the correction
8/22/19, 10:55 AM - Ari Teman: :/
8/22/19, 12:24 PM - Ari Teman: Any luck? We're in a time crunch (and it's a lot of expensive inventory on our hands)
8/22/19, 1:15 PM - Abi Goldenberg: Still sitting here 6 hours......
8/22/19, 1:16 PM - Ari Teman: Maybe your manager can do that?
8/22/19, 1:45 PM - Abi Goldenberg: I dont have a manager available trust me if I did I wouldn't be sitting here I left my house a 445am to be here on time I do not want to be here all day
8/22/19, 1:52 PM - Ari Teman: Hmm. Taskrabbit would work if it's just handing over papers
8/22/19, 1:57 PM - Abi Goldenberg: I am not sure what that is, but last time same inspector came at 830 and told me my building is always one of his first guess not today
8/22/19, 1:57 PM - Ari Teman: They love to play games
8/22/19, 2:36 PM - Ari Teman: Abi, I'm literally afraid I'll lose my home and the company with each day of delay. Can we get an answer?
8/22/19, 3:56 PM - Abi Goldenberg: Believe it or not I just walked into the office he said he has to leave I said you cant leave before we discuss you. He said ok I'm going in in 10 minutes
8/22/19, 3:56 PM - Ari Teman: :)
8/22/19, 3:57 PM - Ari Teman: I love you. Please get this done. :)
8/23/19, 7:00 AM - Ari Teman: Hi Abi. What is the delay?
8/26/19, 5:02 PM - Ari Teman: Hi Abi. Bank will need "We need Audited or Reviewed financials – tax returns will do in a pinch."  for the buildings. Can you please ask your accountant to send them (last 2 years)? You mentioned he should have them.Thank you
8/27/19, 12:12 PM - Ari Teman: Good afternoon, Abi. Jacob said you guys are signing today :)
8/27/19, 4:07 PM - Ari Teman: Hi Abi. Any luck with signature / financials? :)
8/27/19, 4:55 PM - Abi Goldenberg: I signed on Thursday then Jacob had another small correction that he was supposed to send yesterday. I am still waiting for it. The

000153

accountant said he has to gather it, I am waiting on him
8/27/19, 4:59 PM - Ari Teman: Thank you
8/28/19, 10:05 AM - Ari Teman: Hi Abi, can you please nudge the accountant and Jacob to get their stuff in today? These guys will add weeks of delay without a simple nudge
8/28/19, 6:42 PM - Ari Teman: Hi Abi. Any update?
8/28/19, 8:50 PM - Abi Goldenberg: I got the revised edition from Jacob just just now so I can get that signed tomorrow. Accountant told me today he has to run it by my father as he is not sure whether or not he will be ok with giving out the tax returns as he usually will only give it to a bank upon pressure.
8/28/19, 8:51 PM - Ari Teman: You can give the returns directly to the bank. You don't need to give them to us
8/28/19, 8:52 PM - Ari Teman: So I'll get the signed document to the bank tomorrow and then I can connect your accountant directly to them so they have secrecy. We don't need to see that stuff
8/28/19, 8:53 PM - Ari Teman: Thank you, Abi :)
8/29/19, 11:28 AM - Ari Teman: Hi Abi. All set on signature? Can you please intro accountant and I'll introduce him to funder?
8/29/19, 5:02 PM - Ari Teman: Hi Abi. Any update?
8/29/19, 5:29 PM - Abi Goldenberg: I sent the signed copy to Jacob, the accountant could not get on the phone today with the bank
8/29/19, 5:31 PM - Ari Teman: thank you!
8/29/19, 5:31 PM - Ari Teman: I will just email intro them. That is better with this bank...
8/30/19, 10:53 AM - Ari Teman: <Media omitted>
8/30/19, 11:55 AM - Ari Teman: Can you please forward it to me so I can get it to the financing guys before the holiday weekend (and hurricane here! :))?
9/4/19, 10:58 AM - Ari Teman: 👆 hi Abi, can we please get this moving regarding the financials. Also we need to remove the pending language from the appendix or edit to say "Wait to install". We can wait to install those but it'll just confuse the financers if it says pending
9/5/19, 1:22 PM - Ari Teman: Hi Abi. Any update?
9/5/19, 8:15 PM - Ari Teman: <Media omitted>
9/5/19, 8:15 PM - Ari Teman: 👆 we have stacks. 100 of these are going to Chabad around the country
9/9/19, 8:06 AM - Ari Teman: Good morning Abi. Are you able to get the financials over or to introduce the accountant so he can give them to the bank (they'll sign an NDA)?
9/10/19, 8:20 AM - Ari Teman: Hi Abi, please help us with getting this done today. As you can imagine time is very precious in our situation
9/10/19, 4:30 PM - Abi Goldenberg: I spoke with the accountant, he said that they should call him in the office tomorrow. And he will deal with the them. His direct number is 718.972.1800 ext 216
9/10/19, 4:30 PM - Abi Goldenberg: His name is Saul
9/10/19, 4:31 PM - Ari Teman: Thank you
9/19/19, 4:23 PM - Ari Teman: Hi Abi. David will be by the joint buildings tomorrow to check the 4G routers. The wires to the basement are for entech etc, not to use a land-line
9/19/19, 4:24 PM - Ari Teman: Who is managing those buildings in case he needs basement access?

000154

9/19/19, 5:11 PM - Abi Goldenberg: Andrew
9/19/19, 5:12 PM - Ari Teman: Awesome. He's great
9/19/19, 5:15 PM - Ari Teman: BTW https://kosherstuffedanimals.com
9/19/19, 5:15 PM - Ari Teman: Oops
9/19/19, 5:15 PM - Ari Teman: http://kosherstuffedanimals.com
9/19/19, 5:57 PM - Abi Goldenberg: I dont get it?
9/19/19, 6:01 PM - Levi Herman Teman: This link. Aris famous website
9/19/19, 6:04 PM - Ari Teman: A Chabadnik told me they only want their kids to play
with kosher animals so I made this as a joke. But it's also kinda cool because there
are a lot more kosher animals than they sell at the supermarket 😜
9/23/19, 6:33 PM - Ari Teman: <Media omitted>
9/23/19, 6:33 PM - Ari Teman: <Media omitted>
9/23/19, 6:33 PM - Ari Teman: That's the buzz you just got... 4G, not plugged into
land internet
9/23/19, 6:34 PM - Ari Teman: <Media omitted>
9/23/19, 6:34 PM - Ari Teman: 👆 that's 837. Someone unplugged the little cable
inside between our intercom and our router :(
9/23/19, 7:04 PM - Ari Teman: <Media omitted>
9/23/19, 7:04 PM - Ari Teman: Both fixed :)
9/23/19, 7:09 PM - Abi Goldenberg: Looks good to me, I am not getting the whole
issue though. Either way in your opinion would I be able to cancel the landline
internet at this building?
9/23/19, 7:09 PM - Ari Teman: Yes
9/23/19, 7:10 PM - Ari Teman: Neither of our devices is plugged into a land-line
9/23/19, 7:10 PM - Ari Teman: I think entech is on our Wi-Fi but IDK if that's these
buildings
9/23/19, 7:11 PM - Ari Teman: Either way they can plug entech into us
9/25/19, 9:31 AM - Ari Teman: Hi Abi. The bank needs to see consolidated financials
for the buildings so they're comfortable they can pay the monthly fee. What might
also help is if you can export the expenses we're replacing (internet bill, intercom
repairs, boiler monitoring) for the last 24 months so they can see these buildings
will be lowering expenses
9/25/19, 9:32 AM - Ari Teman: Please let me know how I can help :)
9/27/19, 12:38 PM - Ari Teman: This message was deleted
9/27/19, 12:39 PM - Ari Teman: This message was deleted
10/11/19, 10:06 AM - Ari Teman: <Media omitted>
10/11/19, 10:11 AM - Ari Teman: don't worry about it. I am going to go kill myself
now
10/11/19, 12:36 PM - Ari Teman: STOP ADDING CONDITIONS AND KEEP YOUR END OF THE DEAL
10/11/19, 12:36 PM - Ari Teman: STOP WITH THE LYING
10/11/19, 12:36 PM - Ari Teman: WE DO EVERYTHING WE HAVE TO DO AND YOU GUYS FUCK US
EVERY TIME WITH GAMES
10/11/19, 12:36 PM - Ari Teman: I'LL PUT YOUR NAME IN THE NOW
10/11/19, 12:37 PM - Ari Teman: I'm asking Rabbi Jachter to go after you when I'm
dead. Fuck this. Fuck you. It's the #1 sin for a reason!!!
10/11/19, 12:38 PM - Ari Teman: You are TORTURING ME
10/11/19, 12:39 PM - Ari Teman: You have ruined me over and over for trusting you
12/4/19, 6:21 PM - Ari Teman: We have Jacob on recorded calls @13475540880 . We have
him saying you said those things on recorded calls. I the judge and everyone else
will hear it

000155

12/4/19, 6:32 PM - You left

000156

**Abi deal**
Ari, Levi

Maybe you can ask him to quickly get on the phone with us and discuss?   7:54 PM

I will ask him if he would like to do that
8:08 PM ✓✓

**Ari Teman**

Abi, there was a parachute cord around my neck a week ago. I wish I was brave enough to do it all the way but I'm not so I'm still here. Please do more than ask and address this with the urgency of life and death. There's only so much a person can take.   8:29 PM

I am really sorry that this ordeal has been so emotionally, and I'm sure, physically hard on you. I really am. I am not playing you I never have. I am doing my best to move this foward. I spent more working hours on this to get this done than I have. I have worked at nights also I am trying but that's the most I can do it's not all dependent on me.   10:37 PM ✓✓

**Ari Teman**

Thank you   10:37 PM

AUGUST 7, 2019

**Ari Teman**

Hi Abi, please push today   1:33 PM

You can't send messages to this group because you're no longer a participant.

4/26

000157

# EXHIBIT B

000158



## Fwd: Teman GateGuard : Cloud access to 50,000 buildings and millions of tenants
1 message

**Leon Goldenberg** <goldmont@aol.com>
Reply-To: Leon Goldenberg <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: Leon Goldenberg <goldmont@aol.com>
To: ybromberg@eliteins.com
Sent: Tue, Jan 22, 2019 6:32 pm
Subject: Fwd: Teman GateGuard : Cloud access to 50,000 buildings and millions of tenants

## Leon Goldenberg, cbw
Goldmont Realty Corp.
1360 East 14th Street
Suite 101
Brooklyn, NY  11230
718-972-1800 ext. 236
goldmont@aol.com

www.GoldmontRealtyCorp

www.CommunityMattersRadio

-----Original Message-----
From: Ari Teman <ari@teman.com>
To: A Goldenberg <agoldenberg@goldmontrealty.com>; Goldmont <Goldmont@aol.com>
Sent: Tue, Jan 22, 2019 5:14 pm
Subject: Teman GateGuard : Cloud access to 50,000 buildings and millions of tenants

Hi Leon and Abi,

It was a pleasure speaking with you. Below is our overview, deck, and pro-forma.

000159

Please let me know how I can be helpful.

Ari

**Overview:**

After a crazy Airbnb incident that became the #1 story on the internet, our founder built a tool (SubletSpy) that's helped hundreds of landlords catch & remove thousands of illegal sublets, then realized landlords *don't know who is in their building & who isn't* (sublets, non-primaries, absentee staff, vendors, even dead tenants!), so we created "GateGuard.xyz", the Face Recognition Intercom & AI Doorman, and "PropertyPanel.xyz", a "Bloomberg Terminal for Real Estate" property data, analytics, and management platform.

**Less than 3-years old, we serve over 300 landlords & management companies across North America and as far as Sydney across all our services.** We're now selling from NYC to Miami to Chicago to LA to Mexico to Canada.

Almost every tenant has our app, giving us direct digital & physical access to each tenant to offer services, products, media, and to valuable data. **Couriers, consumer goods companies, service companies, and more come to us to partner (pay us to) gain access to buildings.**

Visa Europe chose us as one of the top-6 cyber startups at DLD, and we've been featured in the cover story of TheRealDeal, and on ABC, NBC, CBS, PIX, etc.

**Metrics & Stickiness:**

We went from 50 buildings in our first year to selling more than that  monthly, to our "no money down" model where we had just over 700 buildings apply in a month! Each building pays between $49 and $299/mo for at least ten years, giving us solid recurring revenue to finance against for growth.

Clients can (and often do) increase their plans, add users, add services, etc., and we'll up-sell them on additional services, so we expect to 3-5x that MRR. Most clients with multiple buildings start with 1-3 buildings and increase until they add their full portfolio. We have 10-year contracts and we are physically installed on the buildings and our app is on every tenant's mobile -- very sticky!

**When we hit 50,000 buildings we project over $90M MRR** including ancillary services & fees (courier fees, data, services), and we're on-track to hit that target in under 5 years.

**Technology & IP:**

We have the most-comprehensive data on NYC real estate, proprietary, top-performing Artificial Intelligence in a number of categories, and unprecedented real-time insight into the activity of tenants (deliveries, guests, relationships, etc.).

We have patents-pending and will file additional patents shortly.

**Cap table + Ask:**

*We built pretty-much everything off revenue.*

(1) We raised a total of $185K from: Aaron Weitman (**Appaloosa**) Jay Goldberg (**Hudson Ventures**); Kerry Miller (**Goldman Sachs**); Michael Mintz (**FirstService Residential**); Menachem Landau (**SnapAdvances**); SubletSpy (owned by Ari) put in $325K (non-dilutive);  Howard Morgan (**FirstRound**) and Amir Orad (**SiSense**), and Mendel Rogatsky (**Madison Realty**) are joining this round (SAFE notes).

We project $7M-10M ARR for this coming year and have a few major enterprise contracts we're about to announce (major telco, services, etc). **Local, National & International growth has outpaced projections.**

(2) The last round was a SAFE (we still own 97% of the company);

(3) We're raising $5M to support and multiply the rapid growth. (Update: Thanks to new factory financing we can begin with $3M, but would still prefer to raise the $5M to build faster.)

**Pro Forma (Projections):**

000160

Note: Projections are based on the "subsidized" model ("free device + monthly fees") to get to scale (10K buildings, then 50K...), where most money is made from ancillary fees (courier fees, services, telco, data) in addition to monthly service fees:

**Google Drive:** Spreadsheet
**Dropbox:** Excel (xlsx)

**Deck:**

Note: The deck has not been updated since we started selling in Mexico, Miami, LA, Chicago, and also signed our deal with AT&T. We have a number of other deals pending with service providers.

**Google Drive:** PDF
**Dropbox:** PDF

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer
Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

000161

 Gmail

## FW: Teman GateGuard : Cloud access to 50,000 buildings and millions of tenants

**A Goldenberg** <AGoldenberg@goldmontrealty.com>

All the best,
Abi Goldenberg
Asset management
Goldmont Realty Corp
1360 E. 14th St.
Brooklyn, NY 11230
718.972.1800 ext 242
347.554.0880 cell

------- Original message -------
From: Ari Teman <ari@teman.com>
Date: 1/22/19 5:07 PM (GMT-05:00)
To: A Goldenberg <AGoldenberg@goldmontrealty.com>, Goldmont@aol.com
Subject: Teman GateGuard : Cloud access to 50,000 buildings and millions of tenants

Hi Leon and Abi,

It was a pleasure speaking with you. Below is our overview, deck, and pro-forma.

Please let me know how I can be helpful.

Ari

### Overview:

After a crazy Airbnb incident that became the #1 story on the internet, our founder built a tool (SubletSpy) that's helped hundreds of landlords catch & remove thousands of illegal sublets, then realized landlords *don't know who is in their building & who isn't* (sublets, non-primaries, absentee staff, vendors, even dead tenants!), so we created "GateGuard.xyz", the Face Recognition Intercom & AI Doorman, and "PropertyPanel.xyz", a "Bloomberg Terminal for Real Estate" property data, analytics, and management platform.

**Less than 3-years old, we serve over 300 landlords & management companies across North America and as far as Sydney across all our services.** We're now selling from NYC to Miami to Chicago to LA to Mexico to Canada.

Almost every tenant has our app, giving us direct digital & physical access to each tenant to offer services, products, media, and to valuable data. **Couriers, consumer goods companies, service companies, and more come to us to partner (pay us to) gain access to buildings.**

Visa Europe chose us as one of the top-6 cyber startups at DLD, and we've been featured in the cover story of TheRealDeal, and on ABC, NBC, CBS, PIX, etc.

### Metrics & Stickiness:

We went from 50 buildings in our first year to selling more than that monthly, to our "no money down" model where we had just over 700 buildings apply in a month! Each building pays between $49 and $299/mo for at least ten years, giving us solid recurring revenue to finance against for growth.

000162

Clients can (and often do) increase their plans, add users, add services, etc., and we'll up-sell them on additional services, so we expect to 3-5x that MRR. Most clients with multiple buildings start with 1-3 buildings and increase until they add their full portfolio. We have 10-year contracts and we are physically installed on the buildings and our app is on every tenant's mobile -- very sticky!

**When we hit 50,000 buildings we project over $90M MRR** including ancillary services & fees (courier fees, data, services), and we're on-track to hit that target in under 5 years.

**Technology & IP:**

We have the most-comprehensive data on NYC real estate, proprietary, top-performing Artificial Intelligence in a number of categories, and unprecedented real-time insight into the activity of tenants (deliveries, guests, relationships, etc.).

We have patents-pending and will file additional patents shortly.

**Cap table + Ask:**

*We built pretty-much everything off revenue.*

(1) We raised a total of $185K from: Aaron Weitman (**Appaloosa**) Jay Goldberg (**Hudson Ventures**); Kerry Miller (**Goldman Sachs**); Michael Mintz (**FirstService Residential**); Menachem Landau (**SnapAdvances**); SubletSpy (owned by Ari) put in $325K (non-dilutive);  Howard Morgan (**FirstRound**) and Amir Orad (**SiSense**), and Mendel Rogatsky (**Madison Realty**) are joining this round (SAFE notes).

We project $7M-10M ARR for this coming year and have a few major enterprise contracts we're about to announce (major telco, services, etc). **Local, National & International growth has outpaced projections.**

(2) The last round was a SAFE (we still own 97% of the company);

(3) We're raising $5M to support and multiply the rapid growth. (Update: Thanks to new factory financing we can begin with $3M, but would still prefer to raise the $5M to build faster.)

**Pro Forma (Projections):**

Note: Projections are based on the "subsidized" model ("free device + monthly fees") to get to scale (10K buildings, then 50K...), where most money is made from ancillary fees (courier fees, services, telco, data) in addition to monthly service fees:

**Google Drive:**  Spreadsheet
**Dropbox:** Excel (xlsx)

**Deck:**

Note: The deck has not been updated since we started selling in Mexico, Miami, LA, Chicago, and also signed our deal with AT&T. We have a number of other deals pending with service providers.

**Google Drive:** PDF
**Dropbox:**  PDF

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Panda, Curbed, Observer

000163

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

000164

 Gmail

## Fwd: We've got one of our Operations guys!

1 message

**Leon Goldenberg** <goldmont@aol.com>
Reply-To: Leon Goldenberg <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: Ari Teman <ari@teman.com>
To: A Goldenberg <agoldenberg@goldmontrealty.com>; Goldmont@aol.com
Sent: Thu, Jan 24, 2019 8:47 am
Subject: We've got one of our Operations guys!

Hi Leon and Abi,

Exciting news. Yoseff Shachor will join us as one of our operations leaders. He was a Givati Staff Sargent, interned for MK Michael Oren, has a masters in Management & Leadership from Hebrew University, co-founded and led a number of respected groups, and is a natural organizer, presenter, networker, and diplomat.

I gave him a test to organize 20 teams to do 200 installations in 2 days, and he asked the right questions, quickly understood the challenges. He drew grid of NYC (areas), then he ranked jobs 1-4 in difficulty. He assigned teams to tackle 1 (Easy) jobs first, the jobs that take 30-60 minutes, so we get most volume done and let most time-consuming jobs wait or be outsourced to 3rd party installers. He is exactly the kind of mind we need and I'm sure will help attract even more great talent.

As luck would have it, he got engaged to a girl who "voted" they live in NYC, and if my understanding of marriage is still correct, wives get 51% of the vote, so he's arrived just in time.

Ari

 **20190123_164510.jpg**
3000K

    000165

 Gmail

## Fwd: Great news: (1) Walmart's guys chose us (2) Discovering "extra" tenants in 31 e 21

1 message

**Leon Goldenberg** <goldmont@aol.com>
Reply-To: Leon Goldenberg <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: Ari Teman <ari@teman.com>
To: Goldmont@aol.com; A Goldenberg <agoldenberg@goldmontrealty.com>
Sent: Tue, Feb 5, 2019 10:24 am
Subject: Great news: (1) Walmart's guys chose us (2) Discovering "extra" tenants in 31 e 21

Hi Leon and Abi,

Two bits of great news:

1. Jetton, which builds Walmarts ( https://jettoncon.com/ ) and other major retailers, are building 50 student housing projects around the US, and they chose our platform. Student housing is a huge market, as I'm sure you know, and the data & access to that age group, is even more valuable. Students also order lots of services like laundry, food, etc.

2. We are already *discovering a bunch of people in 31 e 21 who you don't have on the tenant list.* We're sending Andrew the info, including IDs with mismatched name / addresses. He's on top of it -- he's awesome.

Please let me know how I can be helpful.

- Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com
                    Services:
        GateGuard.xyz    | Face-recognition entry panel, intercom, virtual doorman + camera system
        LookLock.xyz     | Smart Lock w/Video Doorbell + Security Camera + Concierge
                           (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)
        PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more.
        SubletSpy.com    | Catch & Evict Illegal Airbnb-type sublets
Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**WATCH NOW: 2 MINUTE VIDEO**

GateGuard.xyz Face Recognition Intercom & AI Doorman in Action

**https://www.youtube.com/watch?v=Ski0UqQZKEU**

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.



TO: **MICHEL A. HOSSANAH**, UNIT 6A, 31 East 21st street

Hi MICHEL A.,

Exciting news. We've installed a new intercom "virtual doorman" that we hope will make your experience easier, safer, and more enjoyable. It has a few nice improvements.

No more worrying about lost keys: The new intercom panel recognizes your face (like Facebook) and unlocks the door with a 4-digit PIN.

You can even let guests in from any iPhone, iPad, or Android smartphone or tablet using the free app, and even a guest code to enter when you're not home.

device can take a few entries to "learn" your face at dif
ID & PIN. You may need to use them to enter the first coupl
We cannot provide ID or PINs over the phone. Only your bu

SAFE: **NEVER SHARE YOUR ID OR PIN**
person in your unit should have their own ID & PIN.

000167

 Gmail

## Fwd: Cancelled Call

2 messages

**Leon Goldenberg** <goldmont@aol.com>
Reply-To: Leon Goldenberg <goldmont@aol.com>

Leon Goldenberg CBW
Goldmont Realty Corp
1360 E 14th Street
Brooklyn, NY 11230
718-972-1800 ext 236
Goldmont@aol.com

-----Original Message-----
From: Yechiel Bromberg <ybromberg@eliteins.com>
To: Ari Teman <ari@teman.com>
Cc: Leon Goldenberg (goldmont@aol.com) <goldmont@aol.com>; Jeanne Weisberg <Jeanne@goldmontrealty.com>
Sent: Thu, Mar 14, 2019 9:47 am
Subject: FW: Cancelled Call

Good morning Ari,
I believe that the email from Leon with respect to the investors included Ely by mistake. Ely was not part of the trail and conversations that took place with the decision of holding off any investment at the moment.
I personally feel that Ely can be a tremendous asset to your future. His organizational skills are great, and I am sure that he would like to continue with you. Again, the decision was made based on the fact that we were not convinced of your capability of supporting the operations you were offering. If things change I am sure that Leon and I would consider visiting again.
I will have Ely reach out to you. Leon was under the impression that if I am not investing he is out.
Hatzlacha Rabba

**Yechiel Bromberg**
**Elite Insurance Agency, Inc.**
**3004 Avenue L, Brooklyn, NY 11210**
**718-692-3888**
**Fax 718-377-2020**
**ybromberg@eliteins.com**

000168

**From:** Goldmont@aol.com [mailto:goldmont@aol.com]
**Sent:** Wednesday, March 13, 2019 8:23 PM
**To:** Yechiel Bromberg; Ely Pasternak
**Subject:** Fwd: Cancelled Call

Leon Goldenberg, cbw
Goldmont Realty Corp
1360 East 14th Street
Brooklyn, NY 11230
(718) 972-1800
Goldmont@aol.com

Begin forwarded message:

> **From:** Leon Goldenberg <goldmont@aol.com>
> **Date:** March 13, 2019 at 4:49:02 PM EDT
> **To:** ari@teman.com
> **Cc:** agoldenberg@goldmontrealty.com, jeanne@goldmontrealty.com
> **Subject: Cancelled Call**

At this point, Yechiel, Ely and Jerry backed out.  They don't feel that you have a plan on how to make money just on giving the equipment away for free and charging $49 a month.

In order to get them interested, we would need to see clear projections at 1000 buildings, what your costs of product are, costs of installation and the costs of operating monthly.

Without these items, we are not going anywhere.

On my own, I will not be investing substantial money.

Please work on the projections and, at the same time, you can project with 10,000 buildings on how long it would really take you to get to that number because if it takes too long, they feel you have lost the opportunity to work with UPS/FedEx, etc.

Therefore,  they want to see if your business model makes money without UPS/FedEx.

## Leon Goldenberg, cbw

Goldmont Realty Corp.
1360 East 14th Street
Suite 101
Brooklyn, NY  11230
718-972-1800 ext. 236
goldmont@aol.com

www.GoldmontRealtyCorp

www.CommunityMattersRadio

000169