**From:** Ari Teman <ari@teman.com>
**Sent:** Friday, March 15, 2019 5:07 PM
**To:** Leon Goldenberg
**Cc:** Yechiel Bromberg; jerry weissman; Ely Pasternak; A Goldenberg; Jeanne Weisberg; Ariel Reinitz
**Subject:** Re: Teman Co.

Leon,

I'm sorry for my tone. I went into a very dark hole when I got that news, I have to improve how I handle such things. If the only good thing you did in life was give the world Abi, that would outdo a million such mistakes as the email I got and I should have seen that balance.

 I will try to be as good a mensch as Abi is, conduct myself as he would in business, and I'm sorry again I let my fear get ahead of me.

Thank you for believing in me and trying and I'm sorry again. I was too hasty to reply and this is also too hasty but I wanted to apologize before shabbat.

Ari

On Fri, Mar 15, 2019, 2:24 PM Ari Teman <ari@teman.com> wrote:

> Yechiel said right to my face in the hallway after the meeting, **"We're going to put in 1 million and only have to figure the valuation." He said it with a big smile and pat on my shoulder.** It wasn't ambiguous. If Yechiel is an honest person, he will admit this.
>
> Ely also told me that he was told this by Yechiel, and brought in a spreadsheet on his laptop to show how I could still operate with $1M that Yechiel told him they were putting in (*and YOU sent me Ely!). Our discussions were only about valuation and doing things with less money than the $3-5M we budgeted.*

There was ZERO ambiguity in the words from Ely or Yechiel that the <u>decision was made</u> to put in $1M.

**There was no ambiguity in my discussions with Abi either. It was *only* a question of valuation. In fact, we made major financial decisions and investments based on this -- and Abi will confirm to you that I described these in detail to him** (hiring staff, orders with China, The Real Deal ads, YU sponsorship, etc.) -- we took on major liabilities and responsibilities (and I *keep* my word), because it was 100% clear that Abi's family was investing with their friends and we should get a head-start, and Abi even paid 2 years upfront before installation (instead of after) so we could have team ready to support that.

Additional points:

1. You are wrong also about, "there is nothing concrete on what your costs are". Your son Abi can break down my costs exactly *to the dollar AND your* friend Ely has the exact costs in his spreadsheet.

2. " probably the only thing you can accuse us of is sending that message through email and through Jeanne." -- **I honestly do not understand how any human could do that to anyone.**

Your behavior inspires me to work even harder -- It inspires me to never trust a guy with a Kippah again, too! ONLY the frum guys make such promises so easily.

If you are an honest person you will accept that I am no idiot or liar and know exactly what Yechiel and Ely told me, you will listen to your son who will confirm what I have said above is accurate and fair, and you will figure and honest and fair way (such as paying your contract upfront on the intercoms) to mitigate the damage this caused. Believe me, you will save a lot of money paying upfront because we can raise those rates significantly in the contract, and I will!

I'd say good shabbos, but I'm done with shabbos for a long time now. Have a nice day.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com



Services:
| | |
|---|---|
| GateGuard.xyz | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:

NYC: Herald Square
Miami: Lincoln Road



**WATCH NOW: 2 MINUTE VIDEO**

GateGuard.xyz Face Recognition Intercom & AI Doorman

**https://www.youtube.com/watch?v=Ski0UqQZKEU**

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

image.png

image.png



On Fri, Mar 15, 2019 at 10:35 AM Leon Goldenberg <goldmont@aol.com> wrote:

I have to tell you that I am at a complete loss and that is why I took several days to respond.

We all sat together and discussed the idea of putting in a million dollars. We never once said, not any one of us, that we are committed to putting in a million dollars. We did say that valuation was an issue but not the only issue. The questions that I asked you yesterday were very important questions in making the decision because, until that meeting and including that meeting, what you have shown us is how, at $49, you are making money and how you have had discussions with FedEx/UPS, etc but no concrete numbers.

All of this sounds promising but there is nothing concrete on what your costs are so this led to the questions I asked in my email which then led to this entire blowout.

I really don't know where you misconstrued that we agreed to invest a million dollars at that meeting.

There were 5 of us at the meeting. From our side, there was no one at the meeting who committed to giving you a million dollars. We were looking to discuss our options and if you think a million dollars is invested chikchok, then I have to tell you that is not how it works.

Yes, you also met with their accountant who also is not satisfied with getting real numbers from you.  This was independent from me asking questions.

I realize that you wanted a conference call which was difficult as I was traveling and maybe you deserved the call directly that they had decided against investing and that is probably the only thing you can accuse us of is sending that message through email and through Jeanne.   However, the reason for my questions was to try to keep their interest.  My questions were asking for facts, numbers, real projections based on real numbers to attempt to get their interest back and mine as well.

While I believe in your product and I am a user of your product, I, of course, have much more of an interest but that doesn't mean that I am going to just throw a quarter of a million dollars into a deal.   At this point I think all of us need to move on.

Ari - You have a great ideas and just because we said no doesn't mean there isn't someone else out there who would be willing to invest in your company.  I sincerely wish you success in getting your company off the ground.


**Leon Goldenberg, cbw**
Goldmont Realty Corp.
1360 East 14th Street
Suite 101
Brooklyn, NY  11230
718-972-1800 ext. 236
goldmont@aol.com


www.GoldmontRealtyCorp

www.CommunityMattersRadio