---------- Forwarded message ---------
From: **Ari Teman** <ari@teman.com>
Date: Wed, Apr 17, 2019, 12:28 PM
Subject: Re: 31/1c
To: A Goldenberg <AGoldenberg@goldmontrealty.com>

Hi Abi,

We will honor our contracts and install as you need. We have 100 devices coming. I am not going to forgo the recurring revenue on those contracts and I will somehow make it happen within the deadlines set by our contract. There is no cancellation or refunds. I will install the devices and draw the security deposits per the contract.

You are not locked out of PropertyPanel.xyz. There was a glitch when we added a feature for people to enter checking information. People saw that screen for about a day, and we caught it and removed it. Your payment information is already in the system.

We will begin installations after May 1 (after Chag). Please enter your superintendent and manager info so we can coordinate.
Please let me know how I can be helpful.


Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com



Services:

| | | |
|---|---|---|
| GateGuard | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| **SubletSpy** | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.


On Wed, Apr 17, 2019 at 12:19 PM A Goldenberg <AGoldenberg@goldmontrealty.com> wrote:

Ari,


Last time we spoke I asked you what can I do to make you happy. You requested $1,000 more per building and that would have been good. I spoke to my father about this request. We discussed and had an offer for you. Before I had a chance to call you to discuss what he was offering, you sent me a text stating "I do not think I'll be able to not kill myself if we speak again". After reading that message I did not think that you wanted to hear what we were willing to do above the agreed upon terms on your website.


When I originally started the relationship as a customer of yours, you asked us for $2600 per device plus $1,199 for two years of service plus $849 installation. I paid in full $4,648.76x12 buildings= a total of $55,785.12. To date you have only installed 7 buildings. That means we are still owed 5 buildings which we paid full price.


Additionally you locked us out of the website to have any access to update new or old tenants and see what's going on when we already paid for 2 years of service up front.


I also paid you additionally $1,199.76 for 42 additional buildings = $50,389.92. If you feel that you are losing money and we are taking advantage of you on those 42 buildings and cannot service us at that price then you can refund the money on those 42 buildings and we can move on with the 12 buildings that you were paid in full. Let's forgo those additional 42 buildings that you feel is not worth your time or effort to do at that price.


Hopefully we can have a normal and positive customer/vendor relationship similar to those enjoyed between myself and all of my other

vendors.

All the best,

Abi Goldenberg

Asset management

Goldmont Realty Corp

1360 E. 14th St.

Brooklyn, NY 11230

718.972.1800 ext 242

347.554.0880 cell

**From:** Ari Teman <ari@teman.com>
**Sent:** Tuesday, April 2, 2019 6:41 PM
**To:** A Goldenberg <AGoldenberg@goldmontrealty.com>
**Subject:** Fwd: 31/1c

How can I support you when it's operating at a massive loss based on your fraudulent representation of an investment that wasn't going to be made? What's the plan here? You offer $1500+849 / building, but then tell me your family is going to invest, and now you get free devices and I'm losing money every day from this? Terrible deal and you know it. You should really pay the agreed upon price. The stress you've caused me, the personal pain, I know you don't care, I thought you did, but it's unbelievable.

---------- Forwarded message ---------
From: **Andrew** <Andrew@goldmontrealty.com>
Date: Tue, Apr 2, 2019, 6:35 PM
Subject: Re: 31/1c
To: Ari Teman <ari@teman.com>

31 east 21 apt 1c
When I clicked send instructions it didn't send I don't think

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Ari Teman <ari@teman.com>
Date: 4/2/19 18:33 (GMT-05:00)
To: Andrew <Andrew@goldmontrealty.com>
Subject: Re: 31/1c

31?

Please let me know how I can be helpful.

Ari

Ari Teman | Founder | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com<https://teman.com/> | ari@teman.com<mailto:ari@teman.com>

[Teman logo]<https://teman.com/>
     Services:
GateGuard.xyz    |    Face-recognition entry panel, intercom, virtual doorman + camera system
LookLock.xyz    |    Smart Lock w/Video Doorbell + Security Camera + Concierge
(Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)
PropertyPanel.xyz    |    NYC's #1 property platform: Find, Analyze, Comply, News, more.

SubletSpy.com    |    Catch & Evict Illegal Airbnb-type sublets

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

WATCH NOW: 2 MINUTE VIDEO
GateGuard.xyz Face Recognition Intercom & AI Doorman
[https://docs.google.com/uc?export=download&id=1zng__JLdl0PPe6uhQvHcWXieIBjiU_en&revid=0B0ULsBpExJ3DSVRlZ2MzTDlXM0Z1TEtGbi9UMk5lSGFUMjRvPQ]
<https://gateguard.xyz/?s=ariSignaturePhoto>

https://www.youtube.com/watch?v=Ski0UqQZKEU

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Tue, Apr 2, 2019 at 3:14 PM Andrew <Andrew@goldmontrealty.com<mailto:Andrew@goldmontrealty.com>> wrote:
Cant send tenant instructions. Its not sending them over.