USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/07/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD INC., <br><br> Plaintiff, <br><br> -against- <br><br> GOLDMONT REALTY, CORP., LEON GOLDENBERG, ABI GOLDENBERG, <br><br> Defendants. | 20-CV-1609 (VEC) <br><br> <u>ORDER</u> |

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 9, 2023, Defendants moved for summary judgment and filed a Rule 56.1 statement in support of summary judgment, *see* Not. of Mot., Dkt. 146; Rule 56.1 Stmt., Dkt. 148; and

WHEREAS on March 16, 2023, Plaintiff asserted a "counterstatement of facts" as part of its memorandum in opposition to Defendants' motion but failed to file a Rule 56.1 counterstatement as required by the Undersigned's rules and falsely accused Defendants of omitting a Rule 56.1 statement, *see* Pl. Mem., Dkt. 150, at 2–8; Caproni Individual Practices § 4.H.ii.b;

IT IS HEREBY ORDERED that not later than **Wednesday, April 12, 2023**, Plaintiff must file a Rule 56.1 counterstatement as required by the Undersigned's rules or the Court will construe Defendants' Rule 56.1 statement as unopposed. Plaintiff's counsel is advised that any future waste of judicial resources and misguided attempts to chastise opposing counsel may be sanctioned.

**SO ORDERED.**

**Date: April 7, 2023**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**