UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
……………………………………………………………X
GUATEGUARD, INC.,

                              Plaintiff,                      Civil Case No.: 1:20-CV-01609
                                                             (VEC)(GWG)

          -against-


GOLDMONT REALTY CORP.,
LEON GOLDENBERG,
ABI GOLDENBERG,



                              Defendants.
……………………………………………………………X

### DECLARATION OF ARI TEMAN

    I, Ari Teman, declare under penalty of perjury that the following is true and correct:

    1.    I am the Chief Executive Officer of GateGuard, Inc. ("GateGuard" or "Plaintiff") and Friend or Fraud, Inc. ("FFI").

    2.    Plaintiff is a foreign corporation existing under the laws of the State of Delaware, having a place of business at 1680 Michigan Ave. # 7, Miami Beach 33139.

    3.    Plaintiff previously had a physical address at 5 Penn Plaza #2372, New York, NY 10001.

    4.    However, this was a co-working space that was closed because of the Covid-19 pandemic.

    5.    GateGuard currently sublets space from an intercom integrator at 652 Central Park Ave. # 1, Yonkers, NY 10704, and maintains a place of business at 1680 Michigan Ave. #7, Miami Beach, 33139.

    6.    GateGuard was recently informed that its arbitration claim against

Goldmont had been closed but that the matter could be reopened if GateGuard payed the filing fee within 90 days. GateGuard intends to make this payment.

      7.     Executed: April 11, 2023

By:  */s/*_____

ARI TEMAN
1521 Alton Road #888
Miami Beach FL 331