

June 9, 2023

**Via ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   GateGuard, Inc. v. Goldmont Realty Corp., et al.
       Case No.: 1:20-cv-01609-VEC-GWG

Dear Judge Caproni:

This office represents defendants Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg in the above-referenced action. I write pursuant to this Court's Order dated May 4, 2023 (Docket # 167) to provide an update on the status of arbitration. As of this writing, I am aware of no steps that plaintiff has taken to initiate the arbitration since the date of the Order.

Respectfully Submitted,

Simcha D. Schonfeld, Esq.