

July 5, 2023

**Via ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   GateGuard, Inc. v. Goldmont Realty Corp., et al.
      Case No.: 1:20-cv-01609-VEC-GWG

Dear Judge Caproni:

This office represents defendants Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg in the above-referenced action. I respectfully submit this joint letter, on behalf of all parties, to provide a status update with respect to the arbitration of the contract claim, pursuant to the Court's Order dated June 13, 2013 (Docket No. 170).

Pursuant to this Court's Opinion and Order dated May 4, 2023 (Docket No. 167 at n. 9), and in accordance with the notice from American Arbitration Association ("AAA") dated April 4, 2023 and annexed to Plaintiff's prior submission (Docket No. 169 at Exhibit B) the parties had until July 3, 2023 to reopen the arbitration. *See also* (Docket No. 170) (*citing* Docket No. 167). As the Court was previously advised, Plaintiff commenced arbitration on February 28, 2023 (with notification of commencement received on March 1, 2023), but the matter was closed on April 4, 2023 because Plaintiff failed to pay the filing fee and Defendants failed to agree to the application of the Commercial Rules of the AAA. (Docket No. 169). The AAA provided GateGuard with 90 days to reopen the arbitration. *Id*. GateGuard intends to reopen the arbitration and make the required filing fee within this time. Defendants have not yet indicated whether they accept the application of the Commercial Rules of the AAA. Defendants are of the position that indicating acceptance of the Commercial Rules of the AAA is premature insofar as there is no pending arbitration.

Defendants respectfully request that this Court dismiss this action, in accordance with Your Honor's prior Order (Docket No. 170), which stated that "failure to commence arbitration will result in dismissal of the case." Defendants submit that in light of the prior Orders of this Court and Plaintiff's failure to act in a timely fashion, no further extensions should be granted.

Plaintiff disagrees that GateGuard failed to commence arbitration and intends to reopen the matter within the time period prescribed by the AAA, subject to Defendants' acceptance of the Commercial Rules of the AAA and this Court's approval.

Respectfully Submitted,

Simcha D. Schonfeld, Esq.