**Eden P. Quainton**

**Quainton Law, PLLC**
2 Park Avenue, 20th Floor
New York, NY 10016

245 Nassau street
Princeton, nj 08540

Telephone (212) 419-0575; 609-356-0526
Cell: (202) 360-6296
Email equainton@gmail.com

November 8, 2023

**Via email**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: GateGuard, Inc. v. Goldmont Realty Corp., et al.
Case No.: 1:20-cv-01609 (VEC) (GWG)
Arbitration Status Update

Dear Judge Caproni:

I represent Plaintiff GateGuard, Inc. ("Plaintiff") in the above referenced action. I write in response to the Court's order dated August 1, 2023 that the parties provide a joint status update with respect to arbitration in the above-captioned matter. Dkt 174.

As Plaintiff previously advised the Court, Plaintiff commenced arbitration before the American Arbitration Association on February 28, 2023. Dkt. 173. A case manager, Ms. Mansi Karol, has been assigned to the arbitration and counsel conducted an initial status conference with Ms. Karol on October 25, 2023. At the status conference, the parties agreed on a ranked choice method for the selection of an arbitrator and outlined the professional qualifications mutually sought for an arbitrator in this matter. On November 8, 2023, Ms Karol provided a list of arbitrators meeting the parties' selection criteria and requested that the parties submit their ranking by November 27, 2023. The parties anticipate an initial conference with the arbitrator selected will occur in early 2024.

Respondent's counsel, Simcha Schonfeld, copied here, has reviewed and concurs with the above update.

Respectfully Submitted,

*Eden Quainton*
Eden P. Quainton

cc: Simcha Schonfeld – sds@sandkllp.com