

February 4, 2024

**Via ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: GateGuard, Inc. v. Goldmont Realty Corp., et al.
Case No.: 1:20-cv-01609-VEC-GWG

Dear Judge Caproni:

This office represents defendants Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg in the above-referenced action. I respectfully submit this joint letter, on behalf of all parties, to provide a status update with respect to the arbitration of the contract claim, pursuant to the Court's Order dated August 1, 2023 (Docket No. 174).

The arbitration has commenced. Arbitrator Jonthan T.K. Cohen, Esq. was appointed to arbitrate this matter. A preliminary hearing was held on January 16, 2024 and Arbitrator Cohen issued a Scheduling order on January 22, 2024. The Scheduling Order set the dates for relevant productions and briefings and set a hearing for July 16, 2024 through July 18, 2024. The parties anticipate that the matter will proceed as scheduled.

Respectfully Submitted,

Simcha D. Schonfeld, Esq.