**Eden P. Quainton**

**Quainton Law, PLLC**
2 Park Avenue, 20th Floor
New York, NY 10016

245 Nassau street
Princeton, nj 08540

Telephone (212) 419-0575; 609-356-0526
Cell: (202) 360-6296
Email equainton@gmail.com

May 3, 2024

<u>**Via email**</u>
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>GateGuard, Inc. v. Goldmont Realty Corp., et al.</u>
<u>Case No.: 1:20-cv-01609 (VEC) (GWG)</u>
<u>Arbitration Status Update</u>

Dear Judge Caproni:

I represent Plaintiff GateGuard, Inc. ("Plaintiff") in the above referenced action. I write to provide an update on the status of arbitration in the above-captioned matter.

The parties are currently addressing the threshold issue of responsibility for payment of arbitration and administrative fees. The issue has been fully briefed and a decision of the arbitrator is expected shortly. The parties have agreed to conduct limited additional discovery and are currently evaluating whether to bifurcate the determination of liability and damages. The arbitration hearing is currently set for July 16-18, 2024.

Respectfully Submitted,

*Den Quainton*

Eden P. Quainton

cc: Simcha Schonfeld – sds@sandkllp.com