

September 9, 2024

**Via ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   GateGuard, Inc. v. Goldmont Realty Corp., et al.
       Case No.: 1:20-cv-01609-VEC-GWG

Dear Judge Caproni:

This office represents defendants Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg in the above-referenced action. I respectfully submit this joint letter, on behalf of all parties, to provide a status update with respect to the arbitration of the contract claim, pursuant to the Court's Order dated August 1, 2023 (Docket No. 174).

The arbitration has commenced. Arbitrator Jonthan T.K. Cohen, Esq. was appointed to arbitrate this matter. Motion practice and discovery has been ongoing. A hearing is scheduled for between November 13 and the week of November 18, 2024, with a final date to be determined.

Respectfully Submitted,

Simcha D. Schonfeld, Esq.

160 Broadway, 8TH Floor, New York, NY 10038
o 212.796.8914   f 212.401.4757   w kandsllp.com