

December 3, 2024

**Via ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   GateGuard, Inc. v. Goldmont Realty Corp., et al.
       Case No.: 1:20-cv-01609-VEC-GWG

Dear Judge Caproni:

This office represents defendants Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg in the above-referenced action. I respectfully submit this joint letter, on behalf of all parties, to provide a status update with respect to the arbitration of the contract claim, pursuant to the Court's Order dated August 1, 2023 (Docket No. 174).

An arbitration hearing was previously scheduled for November 18. However, the parties have been engaged in meaningful settlement discussions and the arbitration was therefore adjourned on consent to January of 2025 with an exact date to be determined. We will keep the Court apprised of any developments.

Respectfully Submitted,

Simcha D. Schonfeld, Esq.