UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GATEGUARD INC.,

                Plaintiff,

-against-

GOLDMONT REALTY, CORP., LEON GOLDENBERG, ABI GOLDENBERG,

                Defendants.

20-CV-1609 (VEC)

ORDER

---

VALERIE CAPRONI, United States District Judge:

    WHEREAS on May 4, 2023, the Court stayed this case pending the outcome of arbitration, Dkt. 167;

    WHEREAS on August 1, 2023, the Court ordered the parties to provide joint status updates on the arbitration proceedings every three months on the first business day of the month, Dkt. 174;

    WHEREAS the parties have never fully complied with the Court's August 1, 2023, Order, filing late status updates only after the Court advised them via email that their filings were overdue on five separate occasions, *see* Dkts. 175, 176, 177, 178, 179; and

    WHEREAS the parties' most recent joint status update was due on March 3, 2025, and the parties yet again failed to make a timely filing.

    IT IS HEREBY ORDERED that the parties must file their joint status update not later than **Wednesday, March 5, 2025**.

    IT IS FURTHER ORDERED that not later than **Friday, March 7, 2025,** the parties must show cause why they should not be sanctioned for failing to follow the Court's orders on six separate occasions and explain the steps they will take to ensure that they do not miss another filing deadline.

1

**SO ORDERED.**

**Date: March 4, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**