**Eden P. Quainton**

**Quainton Law, PLLC**
2 Park Ave., 20th Fl.
New York, NY 10016

245 Nassau Street
Princeton, NJ 08540

---

Telephone (212) 419-0575; 609-356-0526
Cell: (202) 360-6296
Eden.quainton@quaintonlaw.net

March 5, 2025

**VIA ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *GateGuard, Inc. v. Goldmont Realty Corp., et al.*
Case No.: 1:20-cv-01609-VEC-GWG

Dear Judge Caproni:

    I represent the Plaintiff, GatGuard, Inc. in the above-captioned action. I respectfully submit this joint letter, on behalf of all parties, to provide a status update with respect to the pending arbitration between the parties, as ordered by the Court on August 1, 2023. Dkt. 174.

    The prior joint status report indicated that the parties were engaged in settlement discussions. Dkt. 179. Unfortunately, these discussions have not been successful. Accordingly, on February 12, 2025, counsel for the parties met with arbitrator Jonathan Cohen and established the following schedule for the arbitration:

- March 18, 2025: Exchange of Pre-Hearing Exhibits.
- March 27, 2025: Stipulation of Uncontested Facts
- May 1, 2025: Pre-Hearing Briefs.
- Week of May 12, 2025: Five (5) day arbitration hearing.

    In addition to filing the joint status reports required by the Court, the parties will keep the Court apprised of any material developments.

Respectfully Submitted,

*Eden P. Quainton*
Eden P. Quainton

cc: All Counsel of Record (via ECF)