UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD INC., <br><br> Plaintiff, <br><br> -against- <br><br> GOLDMONT REALTY, CORP., LEON GOLDENBERG, ABI GOLDENBERG, <br><br> Defendants. | 20-CV-1609 (VEC) <br><br> ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 4, 2025, the Court ordered the parties to show cause why they should not be sanctioned for failing to follow the Court's orders on six separate occasions and explain the steps they will take to ensure that they do not miss another filing deadline, *see* Dkt. 180; and

WHEREAS on March 7, 2025, the parties filed letters indicating, among other things, that they would adopt improved calendaring systems to ensure they do not miss future filings, *see* Dkts. 182, 183.

IT IS HEREBY ORDERED that the parties will not be sanctioned at this time. The parties are advised that any future failures to comply with Court-ordered deadlines will result in sanctions.

**SO ORDERED.**

**Date: March 10, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

1