

June 1, 2025

<u>**Via ECF**</u>
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   GateGuard, Inc. v. Goldmont Realty Corp., et al.
      Case No.: 1:20-cv-01609-VEC-GWG

Dear Judge Caproni:

This office represents defendants Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg in the above-referenced action. I respectfully submit this joint letter, on behalf of all parties, to provide a status update with respect to the arbitration of the contract claim, pursuant to the Court's Order dated August 1, 2023 (Docket No. 174). An arbitration hearing is set for August 4, 2025 through August 8, 2025.

Respectfully Submitted,

Simcha D. Schonfeld, Esq.

160 Broadway, 8TH Floor, New York, NY 10038
o 212.796.8914   f 212.401.4757   w kandsllp.com