UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GATEGUARD INC.,

                                    Plaintiff,

                    -against-

GOLDMONT REALTY, CORP., LEON
GOLDENBERG, ABI GOLDENBERG,

                                    Defendants.

20-CV-1609 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 4, 2025, the Court ordered the parties to show cause why they should not be sanctioned for failing to follow to file timely status updates on six separate occasions as ordered by the Court, and to explain the steps they would take to ensure that they did not miss additional Court-ordered filing deadlines, *see* Dkt. 180;

WHEREAS on March 7, 2025, Simcha Schonfeld, counsel of record for Defendants, filed a response to the Order to Show Cause in which he "express[ed] contrition for [his] prior errors" and represented that he had "taken the proper remedial steps" to ensure that Defendants would not miss another filing deadline, *see* Dkt. 182 at 1;

WHEREAS on March 7, 2025, Eden Quainton, counsel of record for Plaintiff, filed a response to the Order to Show Cause in which he "sincerely apologize[d] for the failure to file joint status reports," took "full responsibility for these failures," and represented that he had "put in place a mechanism to prevent any future failures," *see* Dkt. 183 at 1–2;

WHEREAS the Court, in light of Schonfeld and Quainton's submissions, declined to sanction them, but admonished that "any future failures to comply with Court-ordered deadlines will result in sanctions," Dkt. 184 at 1;

1

WHEREAS the parties' latest status update was due September 2, 2025, and the parties once again failed to make a filing;

WHEREAS pursuant to Federal Rule of Civil Procedure 16(f), the Court may, on motion or on its own, issue sanctions if a party or its attorney fails to obey a scheduling or other pretrial order; and

WHEREAS "[t]o remedy the injury to the Court" caused by sanctionable attorney conduct, the Court may, in connection with issuing Rule 16(f) sanctions, order an attorney to attend continuing legal education courses, *see Petrisch v. JP Morgan Chase*, 789 F. Supp. 2d 437, 456 (S.D.N.Y. 2011).

IT IS HEREBY ORDERED that Simcha Schonfeld and Eden Quainton are sanctioned pursuant to Federal Rule of Civil Procedure 16(f) for failing to comply with Court-ordered deadlines.  To remedy the injury to the Court caused by their conduct, Schonfeld and Quainton are ordered to attend at least three hours of ***in-person*** (not virtual) continuing legal education on the subject of federal practice and procedure.  Schonfeld and Quainton must file proof of enrollment and attendance on the docket not later than **Monday, March 23, 2026**.  Failure to comply will result in additional sanctions.

IT IS FURTHER ORDERED that not later than **Wednesday, September 24, 2025,** the other attorneys of record in this case (Breana Harris, Jacob Schindelheim, and Shira Moyal) must file individual letters showing cause why they should not be sanctioned for failing to comply with the Court's deadlines on seven separate occasions.

IT IS FURTHER ORDERED that not later than **Wednesday, September 24, 2025**, the parties must file the joint status update that was originally due on September 2, 2025.  All subsequent updates remain due every three months on the first business day of the month,

2

meaning that the next update will be due on **Monday, December 1, 2025**.  Consistent with the

Court's June 2, 2025, Order, Dkt. 186, the parties must also file a joint letter not later than one

week after an award is issued in the arbitration, in which they propose next steps for this case.

Failure to comply with these deadlines or any other Court-ordered deadlines will result in

additional sanctions against each attorney of record in this case.


**SO ORDERED.**

Date:  **September 22, 2025**
       **New York, New York**

_____
                    **VALERIE CAPRONI**
             **United States District Judge**

3