

September 22, 2025

**Via ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   GateGuard, Inc. v. Goldmont Realty Corp., et al.
      Case No.: 1:20-cv-01609-VEC-GWG

Dear Judge Caproni:

This office represents defendants Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg in the above-referenced action. I respectfully submit this joint letter, on behalf of all parties, to provide a status update with respect to the arbitration of the contract claim, pursuant to the Court's Order dated today (Docket No. 187). Counsel for GateGuard, Eden Quainton, has moved to be relieved as counsel in the arbitration. His motion was granted on September 17, 2025 and all arbitration proceedings have been stayed for sixty days from September 17, 2025 to allow GateGuard the opportunity to retain new counsel.

Respectfully Submitted,

Simcha D. Schonfeld, Esq.