UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD INC., <br><br> Plaintiff, <br><br> -against- <br><br> GOLDMONT REALTY, CORP., LEON GOLDENBERG, ABI GOLDENBERG, <br><br> Defendants. | 20-CV-1609 (VEC) <br><br> <u>ORDER</u> |

VALERIE CAPRONI, United States District Judge:

   WHEREAS on September 22, 2025, the Court ordered Breana Harris, Shira Goldman Moyal, and Jacob Schindelheim to show cause why they should not be sanctioned for failing to comply with the Court's deadlines on seven separate occasions, *see* Dkt. 187 at 2;

   WHEREAS on September 22, 2025, and September 25, 2025, respectively, Breana Harris and Shira Goldman Moyal filed letters representing that they are no longer employed by Koss & Schonfeld LLP and are no longer working on this matter, and requested that the Court remove them as counsel of record, *see* Dkts. 191, 193; and

   WHEREAS on September 26, 2025, Jacob Schindelheim filed a letter representing that, although his colleague, Simcha Schonfeld, "has handled this matter almost exclusively on behalf of all Defendants," he will commit to "ensur[ing] that all filing deadlines are adhered to by all parties" moving forward, *see* Dkt. 195.

   IT IS HEREBY ORDERED that, in light of their representations, Breana Harris, Shira Goldman Moyal, and Jacob Schindelheim will not be sanctioned at this time.  They are advised that any future failures to adhere to Court-ordered deadlines will result in sanctions.

   IT IS FURTHER ORDERED that Breana Harris and Shira Goldman Moyal are WITHDRAWN as counsel of record.  The Clerk of the Court is respectfully directed to terminate

1

their appearances. Ms. Harris and Ms. Goldman Moyal are reminded that it is their responsibility as attorneys to be formally relieved in any case in which they have appeared when moving from one employer to another.

**SO ORDERED.**

Date: September 29, 2025
New York, New York

_____
**VALERIE CAPRONI
United States District Judge**