

October 15, 2025

**Via ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   GateGuard, Inc. v. Goldmont Realty Corp., et al.
      Case No.: 1:20-cv-01609-VEC-GWG

Dear Judge Caproni:

    This office represents defendants Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg in the above-referenced action. I submit this letter in response to today's purported motion by non-party Ari Teman ostensibly on behalf of Plaintiff GateGuard (Doc. No. 198). Defendants object to the relief sought therein, on the grounds the filing is improper as a matter of law.

    As of this writing, GateGuard is represented by counsel, attorney Eden Quainton. There has been no motion filed seeking that Mr. Quainton be relieved as counsel to GateGuard and, therefore, no Order allowing his substitution or granting Plaintiff time to retain new counsel. As such, a motion seeking an extension of the time for Plaintiff to retain counsel is not ripe. Moreover, insofar as GateGuard is a corporation and Teman is not an attorney admitted to the bar, he may not represent that entity before this Court.

    Teman's reference to an alleged settlement offer is patently improper under Rule 408 of the Federal Rules of Civil Procedure and should be stricken from the record. It should be noted that by email dated October 12, 2025, Mr. Teman was informed that there is in fact no offer on the table at this time. Mr. Teman acknowledged receipt of that email.

    In light of the foregoing, it is respectfully submitted that the relief sought in Doc. No. 198 should be denied and the improper reference settlement discussions expunged from the record.

Respectfully Submitted,

Simcha D. Schonfeld, Esq.

160 Broadway, 8TH Floor, New York, NY 10038
o 212.796.8914   f 212.401.4757   w kandsllp.com