UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
……………………………………………………X
GUATEGUARD, INC.,

                                    Plaintiff,

                    -against-


GOLDMONT REALTY CORP.,
LEON GOLDENBERG,
ABI GOLDENBERG,


                                    Defendants.
……………………………………………………X

Civil Case No.: 1:20-CV-01609 (VEC)(GWG)

### [PROPOSED] ORDER

 Upon consideration of the motion submitted by Eden P. Quainton of Quainton Law, PLLC, and the

Declaration of Eden P. Quainton filed in support thereof, seeking leave to withdraw as counsel for

Claimant GateGuard, Inc., and for good cause shown, it is hereby:

**ORDERED** that Eden P. Quainton is granted leave to withdraw as counsel for Claimant GateGuard,

Inc. in this matter.


**SO ORDERED**.

Dated:_____, November, 2025
New York, New York


_____

**HON. VALERIE E. CAPRONI**
United States District Judge