```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

GATEGUARD INC.,

                         Plaintiff,

           – against –

GOLDMONT REALTY, CORP., LEON
GOLDENBERG and ABI GOLDENBERG

                         Defendants.
---------------------------------------------------------------X
```

Civil Case No.: 1:20-cv-01609 (VEC)(GWG)

Hon. Valerie E. Caproni

DECLARATION OF SIMCHA D. SCHONFELD, ESQ. IN PARTIAL OPPOSITION TO ATTORNEY QUAINTON'S MOTION TO WITHDRAW

SIMCHA D. SCHONFELD, ESQ., as attorney duly admitted to the practice of law in the State of New York and before this Court, declares the following under penalty of perjury:

1. I am a partner in the law firm of Koss & Schonfeld, LLP, counsel to defendants LEON GOLDENBERG ("Leon"), and ABI GOLDENBERG ("Abi"; Leon and Abi referred to collectively as "Defendants") and as such I am fully familiar with the facts and circumstances of this action.

2. I submit this Declaration in partial opposition to attorney Eden P. Quainton ("Quainton")'s motion to withdraw as counsel.

3. Defendants oppose the motion insofar as it seeks an extension of the time by which Plaintiff must retain new counsel, as set forth in this Court's Order of October 28, 2025 (Docket No. 208).

4. It should be noted at the outset, that Quainton does not seek an extension of time by which Plaintiff's principal must return to the United States, to wit, November 17, 2025.

5. Rather, it appears that Quainton is requesting an extension of time by which incoming counsel must be retained and confirm that Plaintiff's principal returned by November 17, 2025.

6. Defendants oppose any extension of time by which Plaintiff must retain counsel.

7. As noted in Quainton's prior submission to this Court, he was relieved as counsel in the arbitration by order dated September 17, 2025, which afforded Plaintiff sixty days to retain new counsel.

8. Therefore, Plaintiff has been on notice since September 17, 2025 of the need to retain counsel.

9. This Court's Order requiring incoming counsel to appear by November 17, 2025 tracks the time of the same obligation in the arbitration.

10. Sixty days was, and remains, more than enough time for Plaintiff to retain new counsel.

11. The outside date of November 17, 2025 has not been extended in the arbitration and should not be extended here.

12. Plaintiff has not retained new counsel in the arbitration as of this submission.

13. Notably, Quainton offers no justification for the granting of additional time[1].

14. Therefore, and for the reasons stated above, Defendants oppose Quainton's motion insofar as it seeks additional time for Plaintiff to comply with this Court's Order of October 28, 2025.

15. To be sure, the nature of the relief sought by Mr. Quainton is not entirely clear.

---

[1] The only justification noted in the email quoted from Plaintiff's principal and quoted by Quainton is the veiled threat that an additional week is needed so that GateGuard will "not have to issue any statements regarding Mr. Quainton."

16. In his motion, Quainton asks that the "Court adjourn the date for compliance with its appearance of counsel order by one week" (Docket No. 209 at page 2).

17. Conversely, in ¶ 9 of his Declaration, Quainton asks that the Court "adjourn its decision on the motion to withdraw to November 24, 2025" (Docket No. 210 at ¶ 9).

18. A decision cannot be "adjourned" and the nature of this request is unclear.

19. Moreover, extending the "decision on the motion to withdraw" would not extend the deadlines set forth in this Court's Order of October 28, 2025.

20. Regardless of the intent, Defendants oppose any further extensions or delays.

21. Defendants take no position with respect to Mr. Quainton's motion to withdraw as counsel, nor with respect to Quainton's statement that he would "resume representation of GateGuard in the arbitration if so directed by GateGuard and permitted by the Court."

Dated: New York, New York
November 7, 2025

Respectfully submitted,

_____
Simcha D. Schonfeld, Esq.
**Koss & Schonfeld, LLP**
160 Broadway, 8th Floor
New York, NY 10038
Direct Dial: (212) 796-8916
*Attorneys for Defendants*
GOLDMONT REALTY CORP.,
LEON GOLDENBERG, and
ABI GOLDENBERG