UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD INC., | Case No.: 1:20-cv-01609-VEC-GWG |
| Plaintiff, | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| - against - | |
| GOLDMONT REALTY CORP., LEON GOLDENBERG, and ABI GOLDENBERG, | |
| Defendants. | |

TO:    Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney, duly admitted to practice before this Court, respectfully requests

the Clerk to note his appearance in the above-captioned action as counsel for plaintiff GateGuard

Inc. and to add him as the Filing User to whom Notices of Electronic Filing will be transmitted in

this case.

Dated: November 14, 2025

                         **FRYMAN PC**


                         By:___*s/  David Yeger*_____
                             David Fryman
                             David Yeger
                         10 East Merrick Road, Ste. 304
                         Valley Stream, NY 11580
                         (516) 714-4147
                         dfryman@frymanpc.com
                         dyeger@frymanpc.com

                         *Attorneys for Plaintiff GateGuard Inc.*