

David Yeger
dyeger@frymanpc.com

November 17, 2025

**VIA ECF**
Hon. Valerie E. Caproni, U.S.D.J.
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *GateGuard Inc. v. Goldmont Realty Corp. et al.*
         Case No. 1:20-CV-01609 (VEC) (GWG)

Your Honor,

  We were retained on November 13, 2025 to represent plaintiff GateGuard Inc. in the above-referenced matter and in the related pending arbitration proceeding. In accordance with the Orders of the Court, dated September 26, 2025 (Dkt. 196) and October 28, 2025 (Dkt. 208), we are respectfully submitting herewith a Declaration of Ari Teman, as well as a Declaration from Plaintiff's current CEO, Mr. Daniel Gabbay. We respectfully request that the Court deem these Declarations as complying with such pending Orders.

  We are also advising the Court that we notified the designated arbitrator and defendant's counsel on November 14, 2025 of our representation of Plaintiff in the arbitration. We are also concurrently contacting Plaintiff's prior counsel to obtain the case file for this matter. It is our intent to proceed expeditiously to resolve all outstanding pre-hearing matters in the arbitration proceeding so that the parties may schedule a final hearing in that proceeding.

  We remain available for a conference with the Court at the Court's convenience should that be beneficial.

              Respectfully submitted,

              */s/ David Yeger*

              David Yeger

Encls.

cc:  All Counsel