

**KOSS & SCHONFELD** LLP

March 8, 2026

**Via ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    GateGuard, Inc. v. Goldmont Realty Corp., et al.
       Case No.: 1:20-cv-01609-VEC-GWG

Dear Judge Caproni:

This office represents defendants Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg in the above-referenced action. I write to request an extension of the time for me to complete the in-person continuing legal education course as set forth in this Court's Order dated September 22, 2025 (Docket # 187) through and including April 20, 2026.

Insofar as the Court's Order required in-person, as opposed to virtual attendance, I have had difficulty locating a class compliant with this directive, despite best efforts over the past few months. However, I have now located a compliant course to be held on April 20, 2026, at the New York City Bar. A copy of the program description is attached. Therefore, I respectfully request an extension of the date by which the course must be completed to that date and I will file proof of attendance as soon as I receive it following the course.

Respectfully Submitted,

Simcha D. Schonfeld, Esq.

# New York City Bar CLE Programs

- NYC Bar
- CLE Calendar
- Registration Information
- Member Login
- Join

# Fundamentals of Federal Civil Court Practice

Monday, April 20, 2026 | 1:00 pm – 4:00 pm

## Format: In Person

Register For the In Person Program
**Program Chair:**

**Jonathan New**
BakerHostetler and Federal Courts Committee, Chair

Jerome Walker
Jerome Walker PLLC and Presidential Task Force on Artificial Intelligence and Digital Technologies Committee, Co-Chair

- Description
- Faculty
- Agenda
- CLE Credit
- Sponsors

- This program is designed to introduce attorneys, particularly those in the first three years of practice or transitioning from practicing in state court to practicing in federal court, to the nuts and bolts of federal civil practice. The focus will be on providing attendees with practical knowledge that they can apply to their own cases. The panelists, including both practicing attorneys and members of the judiciary, will walk attendees through federal civil procedures while discussing strategies and sharing their own experiences in court. By focusing on real-life scenarios and practical skills, the panelists will share their advice on how to succeed at each stage of federal court litigation, including:

  - **Starting Litigation (Complaint/Answers)**
  - **Initial Conference**
  - **Discovery (Documents, Interrogatories, Requests for Admissions)**
  - **Depositions**
  - **Close of Discovery** (Dispositive Motion Practice/JPTO)

  **Program Fee:**
  $149 Member | $249 Nonmember
  **Recent Law Grad/Newly Admitted Attorney/Government/Nonprofit/Judiciary/Academia:** Free to Members | $199 Nonmember

Register For the In Person Program

Print Registration Form

- NYC Bar |
- CLE Calendar |
- Registration Information |
- Member Login |
- Join |