

**MEMO ENDORSED**

March 8, 2026

**Via ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2026

Re:    GateGuard, Inc. v. Goldmont Realty Corp., et al.
       Case No.: 1:20-cv-01609-VEC-GWG

Dear Judge Caproni:

This office represents defendants Goldmont Realty Corp., Leon Goldenberg and Abi Goldenberg in the above-referenced action. I write to request an extension of the time for me to complete the in-person continuing legal education course as set forth in this Court's Order dated September 22, 2025 (Docket # 187) through and including April 20, 2026.

Insofar as the Court's Order required in-person, as opposed to virtual attendance, I have had difficulty locating a class compliant with this directive, despite best efforts over the past few months. However, I have now located a compliant course to be held on April 20, 2026, at the New York City Bar. A copy of the program description is attached. Therefore, I respectfully request an extension of the date by which the course must be completed to that date and I will file proof of attendance as soon as I receive it following the course.

Respectfully Submitted,

Simcha D. Schonfeld, Esq.

160 Broadway, 8ᵀᴴ Floor, New York, NY 10038
o 212.796.8914  f 212.401.4757  w kandsllp.com

The Court is enormously skeptical of Mr. Schonfeld's suggestion that he was unable to locate three hours' worth of in-person CLE on the subject of federal practice and procedure at any point over the last six months.  Nevertheless, given Mr. Schonfeld's representation that he will enroll in the April 20, 2026, course he has identified, his application to extend his deadline to comply with the Court's September 22, 2025, Order to that date is GRANTED.

For avoidance of doubt, this extension applies to Mr. Schonfeld only.  No further extensions will be granted.

SO ORDERED.

3/9/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE