# EXHIBIT A

    **Eden Quainton <equainton@gmail.com>**

## Re: Gateguard v Goldmont (Arbitration)
10 messages

**Ari B. Teman** <ari@teman.com>                                    Tue, Jan 13, 2026 at 3:07 PM
To: David Yeger <dyeger@frymanpc.com>, Eden Quainton <equainton@gmail.com>, Eden Quainton
<eden.quainton@quaintonlaw.net>
Cc: David Fryman <dfryman@frymanpc.com>, David Teman <david.teman@teman.com>, Daniel Gabbay
<daniel@teman.com>

Hi Eden,

Please provide the full files for:
1. The Goldmont Case
2. The Amazon Case
3. The MVI Case

to Mr. Yeger and Mr. Fryman.

Thank you.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

On Tue, Jan 13, 2026 at 10:03 PM David Yeger <dyeger@frymanpc.com> wrote:

> Ari,
>
>
> As discussed, please arrange to obtain for us the entire case file for the Goldmont arbitration. I have the
> AAA file, but that does not include any discovery materials – deposition transcripts, discovery requests
> and responses, document productions, correspondence between counsel regarding discovery issues. I
> need this ASAP. Thanks.

David Yeger, Esq.

Fryman PC

10 East Merrick Road, Ste 304

Valley Stream, NY 11580

(T) 516-714-4147

(F) 518-670-0117

dyeger@frymanpc.com

**NOTICE OF CONFIDENTIALITY**: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

**NOTICE UNDER E-SIGN ACT:** Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature; and no offer, commitment or assent by or on behalf of the sender or the sender's client is expressed or implied by the sending of this email, or any attachments hereto.

---

**David Fryman** <dfryman@frymanpc.com>                              Thu, Jan 15, 2026 at 2:40 PM
To: "Ari B. Teman" <ari@teman.com>, David Yeger <dyeger@frymanpc.com>, Eden Quainton <equainton@gmail.com>,
Eden Quainton <eden.quainton@quaintonlaw.net>
Cc: David Teman <david.teman@teman.com>, Daniel Gabbay <daniel@teman.com>

Hi Eden,

I'm following up on the email below. Please let me know if you need anything on our end.

Thank you,
David
--
David J. Fryman
Fryman PC
10 East Merrick Road, Ste 304
Valley Stream, NY 11580
(T) 516-714-4147
(F) 518-670-0117

**NOTICE OF CONFIDENTIALITY**: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review,

dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

**NOTICE UNDER E-SIGN ACT:** Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature; and no offer, commitment or assent by or on behalf of the sender or the sender's client is expressed or implied by the sending of this email, or any attachments hereto.

---

**From:** Ari B. Teman <ari@teman.com>
**Sent:** Tuesday, January 13, 2026 3:07 PM
**To:** David Yeger <dyeger@frymanpc.com>; Eden Quainton <equainton@gmail.com>; Eden Quainton <eden.quainton@quaintonlaw.net>
**Cc:** David Fryman <dfryman@frymanpc.com>; David Teman <david.teman@teman.com>; Daniel Gabbay <daniel@teman.com>
**Subject:** Re: Gateguard v Goldmont (Arbitration)

[Quoted text hidden]

---

**Eden Quainton** <equainton@gmail.com>                    Thu, Jan 15, 2026 at 5:30 PM
To: David Fryman <dfryman@frymanpc.com>
Cc: "Ari B. Teman" <ari@teman.com>, David Yeger <dyeger@frymanpc.com>, Eden Quainton <eden.quainton@quaintonlaw.net>, David Teman <david.teman@teman.com>, Daniel Gabbay <daniel@teman.com>

No, request received. I will transfer what I have.
[Quoted text hidden]
--
Eden P. Quainton
Quainton Law, PLLC
2 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.419.0575
Fax: 212.376.5699.
Cell: 202.360.6296

245 Nassau St.
Princeton, NJ 08540
Tel: 609-356-0526
Cell: 202-360-6296
https://quaintonlaw.net

---

**Ari B. Teman** <ari@teman.com>                          Mon, Jan 19, 2026 at 3:50 PM
To: Eden Quainton <equainton@gmail.com>
Cc: David Fryman <dfryman@frymanpc.com>, David Yeger <dyeger@frymanpc.com>, Eden Quainton <eden.quainton@quaintonlaw.net>, David Teman <david.teman@teman.com>, Daniel Gabbay <daniel@teman.com>

Thanks Eden. If you can please do it today that's helpful.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.

Statements herein about other companies and individuals

should be taken as opinion and not fact.

[Quoted text hidden]

---

**David Yeger** <dyeger@frymanpc.com>                                Tue, Jan 27, 2026 at 10:25 AM
To: Eden Quainton <equainton@gmail.com>, David Fryman <dfryman@frymanpc.com>
Cc: "Ari B. Teman" <ari@teman.com>, Eden Quainton <eden.quainton@quaintonlaw.net>, David Teman
<david.teman@teman.com>, Daniel Gabbay <daniel@teman.com>


Eden,


Following up again. We need immediately an unredacted set of Amazon's motion to dismiss papers. There
are heavy redactions in the briefs and certifications, and many of the exhibits are redacted as well. We need
this material today.


David

[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]
>
> Please let me know how I can be helpful.
>
> [Quoted text hidden]
>
>
> [Quoted text hidden]

[Quoted text hidden]

---

**Eden Quainton** <equainton@gmail.com>                              Thu, Jan 29, 2026 at 12:16 AM
To: David Yeger <dyeger@frymanpc.com>
Cc: David Fryman <dfryman@frymanpc.com>, "Ari B. Teman" <ari@teman.com>, Eden Quainton
<eden.quainton@quaintonlaw.net>, David Teman <david.teman@teman.com>, Daniel Gabbay <daniel@teman.com>

David,

I'm sorry but I have been in an arbitration all day yesterday and today. Here is a link to the full file. Amazon
[Quoted text hidden]

---

**Eden Quainton** <equainton@gmail.com>                              Thu, Jan 29, 2026 at 12:17 AM
To: David Yeger <dyeger@frymanpc.com>
Cc: David Fryman <dfryman@frymanpc.com>, "Ari B. Teman" <ari@teman.com>, Eden Quainton
<eden.quainton@quaintonlaw.net>, David Teman <david.teman@teman.com>, Daniel Gabbay <daniel@teman.com>

Here is the password to the folder I just sent: grapehon.ai
[Quoted text hidden]

**David Yeger** <dyeger@frymanpc.com>                                        Fri, Feb 6, 2026 at 4:39 PM
To: Eden Quainton <equainton@gmail.com>
Cc: David Fryman <dfryman@frymanpc.com>, Eden Quainton <eden.quainton@quaintonlaw.net>


Eden,


Thank you for the Amazon case file. I can access the files but am having issues downloading the entire folder. I am trying to work through that.


Meanwhile, please also send us the entire file for the Goldmont case. Thank you.

[Quoted text hidden]

---

**Eden Quainton** <equainton@gmail.com>                                     Fri, Feb 6, 2026 at 4:48 PM
To: David Yeger <dyeger@frymanpc.com>
Cc: David Fryman <dfryman@frymanpc.com>, Eden Quainton <eden.quainton@quaintonlaw.net>

Yes, will do.  It's a massive file as well (not quite as massive), so I'll have to do it from my office. I'm at home right, but I'll try to get to it over the weekend.

Regards,

Eden
[Quoted text hidden]

---

**Eden Quainton** <equainton@gmail.com>                                     Sun, Feb 8, 2026 at 2:04 PM
To: David Fryman <dfryman@frymanpc.com>
Cc: "Ari B. Teman" <ari@teman.com>, David Yeger <dyeger@frymanpc.com>, Eden Quainton
<eden.quainton@quaintonlaw.net>, David Teman <david.teman@teman.com>, Daniel Gabbay <daniel@teman.com>

No, I'm good. I will transfer today. Sorry for the delay.

On Thu, Jan 15, 2026 at 2:40 PM David Fryman <dfryman@frymanpc.com> wrote:
[Quoted text hidden]


[Quoted text hidden]