# MEMO ENDORSED

**Eden P. Quainton**
**Quainton Law, PLLC**
2 Park Avenue, 20th Floor
New York, NY 10016

245 Nassau street
Princeton, NJ 08540

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/23/2026_____

Telephone (212) 419-0575; 609-356-0526
Cell: (202) 360-6296
Email equainton@gmail.com

March 19, 2026

Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: GateGuard, Inc. v. Goldmont Realty Corp., et al.
Case No.: 1:20-cv-01609 (VEC) (GWG)

Dear Judge Caproni:

I am former counsel to GateGuard, Inc. ("GateGuard") in the above-referenced action. Set forth as Exhibit A hereto is confirmation of my termination as counsel to GateGuard.

I write further to the Court's order that I provide proof on the docket on or before March 23, 2026, of the completion of 3.0 hours of in-person CLE relating to Federal Practice and Procedure. Dkt. 187. I confess candidly that I completely underestimated the difficulty of finding a provider with a course offering that would satisfy this requirement. I had assumed it would be relatively easy to find a course shortly before the deadline set by the Court. When I saw Mr. Simcha's motion for an extension of time to complete the requirement, Dkt. 217, I realized I was mistaken. Indeed, while several courses appeared "adjacent" to the Court's requirement in that they touched upon some aspect of federal procedure, I have been unable to find a course squarely compliant with the Court's order before March 23, 2026. As recently as today, my assistant was inquiring with CLE providers whether private CLE courses could be arranged. Despite these efforts, it has been impossible to find a compliant program by the date of the Court's requirement.

However, on March 31, 2026, the New Jersey State Bar Association is hosting its annual day-long Federal Bench/Bar Symposium, which will be attended by 21 Federal Judges and a distinguished panel of private attorneys, with topics such as the Interplay between Federal Procedure and State Court Litigation, AI and Other Thorny Substantive Issues in Federal Court, Discovery in Federal Court, and Settlement and Civil Case Management. *See* Exhibit B. Attendees are awarded 6.3 CLE credits. I have registered for this class and plan to attend. *See* Exhibit C.

Although the date of the course falls one week after the deadline set by your Honor, I respectfully request permission to attend this symposium in satisfaction of the requirement set forth in your Honor's sanctions order. The symposium runs for more than twice the duration of

the CLE requirement set by your Honor and my participation in the program will demonstrate the seriousness with which I take my prior failings and the need to rectify them. I will promptly file evidence of my completion of the CLE course on the docket.

I therefore respectfully request an extension to March 31, 2026, to complete the CLE requirement set forth by your Honor in your September 22, 2025, Order.

Respectfully,

*Eden P. Quainton*

Eden P. Quainton

The Court is astounded that Mr. Quainton waited until the eve of his six-month-long deadline to begin exploring the possibility of complying with the Court's Order (an Order that arose only after Mr. Quainton was sanctioned for failing to comply with other Court-ordered deadlines).  Regardless, in light of Mr. Quainton's representation that he has enrolled in the March 31, 2026 course he has described in this letter, his application to adjourn his deadline to comply with the Court's September 22, 2025, Order to that date is GRANTED.  The deadline will not, under any circumstances, be adjourned again.

SO ORDERED.

3/23/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2