
**KOSS & SCHONFELD** LLP

April 20, 2026

<u>**Via ECF**</u>
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    GateGuard, Inc. v. Goldmont Realty Corp., et al.
         Case No.: 1:20-cv-01609-VEC-GWG

Dear Judge Caproni:

I write to request an extension of the time for me to complete the in-person continuing legal education course as set forth in this Court's Order dated September 22, 2025 (Docket #187) through and including May 4, 2026.

As set forth in my previous letter to the Court (Docket #217) and pursuant to this Court's Order dated March 9, 2026 (Docket #218), I enrolled in the CLE course referenced in my previous letter. The course was scheduled to commence at 1:00PM today, April 20, 2026. When I arrived for the course today, I was advised that unbeknownst to me, it had been rescheduled to April 27, 2026 and May 4, 2026.  At 1:05PM today, I received an email advising that the course had been rescheduled. A copy of the enrollment confirmation and today's email is annexed hereto.

I am mindful of the Court's prior Order that "No further extensions will be granted"; however, my request is simply that I be afforded to take the very same course I registered and paid for, which was administratively rescheduled by the City Bar.

My request for an extension through the second opportunity to attend the course is based upon a personal matter that I raise to explain my current predicament and not to evoke the sympathy of the Court. For the past week, I have been spending days and nights in the ICU of a New York hospital with a very close relative who is gravely ill. Should my greatest fear materialize in the near future, my paramount obligation will be to my family. By extending the date for compliance through May 4th, I will be afforded two opportunities to complete the course (assuming it is not again rescheduled by the City Bar) instead of one, should the need arise.

In light of the foregoing, I respectfully request an extension of the date by which the course must be completed through and including May 4, 2026 and I will file proof of attendance as soon as I receive it following the course.

Respectfully Submitted,

Simcha D. Schonfeld, Esq.

160 Broadway, 8TH Floor, New York, NY 10038
o 212.796.8914   F 212.401.4757   w kandsllp.com

 Outlook

## Order Confirmation

**From** no-reply@nycbar.org <no-reply@nycbar.org>
**Date** Mon 3/9/2026 3:41 PM
**To**   Simcha Schonfeld <sds@kandsllp.com>



**New York City Bar Association**
42 West 44th Street, New York, NY 10036

**Order Number:** 787288
**Order Date:** Mar 9, 2026 3:39 PM
**Bill To:** Simcha Schonfeld
**Order Total:** 249.00
**Payment Method:** American Express ***********9003
**Name on Card:** Simcha Schonfeld

| Item | Price | Qty | Total |
|---|---|---|---|
| Fundamentals of Federal Criminal Court Practice- Part 1 - Simcha Schonfeld<br>*When:* Apr 20, 2026 - Apr 20, 2026<br>*Where:* New York City Bar<br>42 West 44th St<br>New York, NY 10036 | 249.00 | 1 | 249.00 |

*Registration option:* Apr 20, 2026 1:00 PM - Fundamentals of Federal Criminal Court Practice- Part 1

| | |
|---|---|
| **Item Total** | 249.00 |
| **Shipping** | 0.00 |
| **Handling** | 0.00 |
| **Item Grand Total** | 249.00 |
| **Transaction Grand Total** | 249.00 |

| | |
|---|---|
| **From:** | Customer Relations |
| **To:** | Simcha Schonfeld |
| **Subject:** | Rescheduled: Fundamentals of Federal Criminal Court Practice - Both Days Monday, April 27, 2026 | 1 pm - 4 pm Monday, May 4, 2026 | 1 pm - 4 pm |
| **Date:** | Monday, April 20, 2026 1:05:52 PM |
| **Attachments:** | image.png |

Good Afternoon,

**Fundamentals of Federal Criminal Court Practice - Both Days(Rescheduled)**
**Monday, April 27, 2026 | 1 pm - 4 pm**
**Monday, May 4, 2026 | 1 pm - 4 pm**

Please be informed that the above-mentioned program that was scheduled for Monday, April 20th and Monday, April 27th has been rescheduled to **Monday, April 27, 2026 | 1 pm - 4 pm and Monday, May 4, 2026 | 1 pm - 4 pm**

Please confirm receipt by replying to this email.

We will update your registration to reflect the new date, and we will also send you an updated confirmation. If you are unable to attend on February 9 & 10 or if you have any questions or concerns, please call our Customer Service Department at (212) 382-6663 or email customerrelations@nycbar.org.

We apologize for any inconvenience.

Thank You,



Customer Relations
New York City Bar Association | 42 W 44th Street, New York, NY 10036
212.382.6663 | Customerrelations@nycbar.org | www.nycbar.org