**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

GATEGUARD, INC.

      *Plaintiff*,

      v.

MVI SYSTEMS LLC;
SAMUEL TAUB;
MVI INDUSTRIES, LLC,

      *Defendants*.

---

Civil Action No.  1:19-cv-02472-RA

## NOTICE OF COMPLIANCE

Undersigned counsel hereby notifies the Court and all parties and counsel that he has complied with the Court's order that he complete 3.5 hours of live CLE on the topic of Federal Practice and Procedure, Dkt. 187, Dkt. 220, by participating in the 2026 Federal Practice, Bench-Bar Symposium of the New Jersey State Bar Association, held on March 31, 2026, as evidenced by the certificate set forth on Exhibit A hereto.

      Respectfully submitted,

      *Eden P. Quainton*

      Eden P. Quainton
      Quainton Law, PLLC
      2 Park Ave., 20th Fl.
      New York, NY 10016
      Tel: 212-419-0575
      Eden.quainton@quaintonlaw.net