# EXHIBIT A



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**Issued under NYS CLE Program Rules §1500.4(b)(12) and NYS CLE Board Regulations & Guidelines §10(B)**

This certificate may be used only for courses accredited by the NYS CLE Board.
All information must be entered by the CLE provider.
**Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney & Program Information

**Attorney Name:** Eden P. Quainton

**Program Title:** 2026 Federal Practice Bench-Bar...

**Attendance Date(s):** 03/31/26

## B. Credit for Attendance

Enter the number of credits earned in each category.
**For Newly Admitted and/or Experienced Attorneys:**

____ Ethics & Professionalism
____ Skills
____ Law Practice Management
6 Areas of Professional Practice
____ Cybersecurity, Privacy & Data Protection-Ethics
____ Cybersecurity, Privacy & Data Protection-General

**For Experienced Attorneys Only:**

____ Diversity, Inclusion & Elimination of Bias

## C. Credit for Faculty Participation

Enter the participation type and number of credits:
**For Experienced Attorneys Only:**

____ Speaker        ____ Moderator
____ Panel Member   ____ Law Competition Faculty

____ Ethics & Professionalism
____ Skills
____ Law Practice Management
____ Areas of Professional Practice
____ Cybersecurity, Privacy & Data Protection-Ethics
____ Cybersecurity, Privacy & Data Protection-General
____ Diversity, Inclusion & Elimination of Bias

## D. Format Completed by Attorney

X 1. **Traditional Live Classroom**

2. **Live Simultaneous Transmission** - Questions Allowed During Program (e.g., webconference, teleconference, videoconference)

3. **Live Simultaneous Transmission** - Questions Not Allowed During Program (e.g., webcast, broadcast)

4. **Fully Interactive Videoconference**

5. **Prerecorded/On-Demand**

6. **Other (Describe):**

## E. Attorney's Method of Participation

Individual (log-in, dial-in, self-study)

X Group (physically seated together)

## F. Course Content is Appropriate for:

X **BOTH** newly admitted & experienced attorneys, or

**ONLY** experienced attorneys, or

**ONLY** newly admitted attorneys

## G. Provider Information

**Provider Organization:** New Jersey State Bar Association

**Address:** 1 Constitution Square, New Brunswick, NJ

**Telephone:** (732) 249-5000

**Email:** lspiegel@njsba.com

**Provider Agent Name:** Lisa Spiegel Esq.

**Provider Agent Signature:** *Lisa Spiegel Esq.*

**The CLE Provider:**

_X_ has been certified as an Accredited Provider by the NYS CLE Board, or

____ has had this individual course accredited by the NYS CLE Board as Course #: _____

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

New York State CLE Board
www.nycourts.gov/attorneys/cle • Revised 01/2023