**MEMO ENDORSED**

 KOSS & SCHONFELD LLP

April 20, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2026_____

**Via ECF**

Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   GateGuard, Inc. v. Goldmont Realty Corp., et al.
      Case No.: 1:20-cv-01609-VEC-GWG

Dear Judge Caproni:

I write to request an extension of the time for me to complete the in-person continuing legal education course as set forth in this Court's Order dated September 22, 2025 (Docket #187) through and including May 4, 2026.

As set forth in my previous letter to the Court (Docket #217) and pursuant to this Court's Order dated March 9, 2026 (Docket #218), I enrolled in the CLE course referenced in my previous letter. The course was scheduled to commence at 1:00PM today, April 20, 2026. When I arrived for the course today, I was advised that unbeknownst to me, it had been rescheduled to April 27, 2026 and May 4, 2026.  At 1:05PM today, I received an email advising that the course had been rescheduled. A copy of the enrollment confirmation and today's email is annexed hereto.

I am mindful of the Court's prior Order that "No further extensions will be granted"; however, my request is simply that I be afforded to take the very same course I registered and paid for, which was administratively rescheduled by the City Bar.

My request for an extension through the second opportunity to attend the course is based upon a personal matter that I raise to explain my current predicament and not to evoke the sympathy of the Court. For the past week, I have been spending days and nights in the ICU of a New York hospital with a very close relative who is gravely ill. Should my greatest fear materialize in the near future, my paramount obligation will be to my family. By extending the date for compliance through May 4th, I will be afforded two opportunities to complete the course (assuming it is not again rescheduled by the City Bar) instead of one, should the need arise.

In light of the foregoing, I respectfully request an extension of the date by which the course must be completed through and including May 4, 2026 and I will file proof of attendance as soon as I receive it following the course.

Respectfully Submitted,

Simcha D. Schonfeld, Esq.

160 Broadway, 8TH Floor, New York, NY 10038
o 212.796.8914   f 212.401.4757   w kandsllp.com

Application DENIED WITHOUT PREJUDICE.  In his March 8, 2026, letter, Dkt. 217, Mr. Schonfeld represented that he would enroll in a course titled "Fundamentals of Federal Civil Court Practice."  The emails attached to Mr. Schonfeld's most recent submission concern a course titled "Fundamentals of Federal Criminal Court Practice."

Accordingly, not later than **Tuesday, April 28, 2026**, Mr. Schonfeld must show cause why he failed to attend the course he identified in his March 8, 2026, letter.

SO ORDERED.

4/24/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE