# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GATEGUARD, INC.

*Plaintiff,*

v.

~~MVI SYSTEMS LLC;~~ Goldmont Realty Corp. et al.
~~SAMUEL TAUB;~~
~~MVI INDUSTRIES, LLC,~~

*Defendants.*

Civil Action No.  20-cv-1609  ~~1:19-cv-02472-RA~~

### NOTICE OF COMPLIANCE

Undersigned counsel hereby notifies the Court and all parties and counsel that he has complied with the Court's order that he complete 3.5 hours of live CLE on the topic of Federal Practice and Procedure, Dkt. 187, Dkt. 220, by participating in the 2026 Federal Practice, Bench-Bar Symposium of the New Jersey State Bar Association, held on March 31, 2026, as evidenced by the certificate set forth on Exhibit A hereto.

Respectfully submitted,

*Eden P. Quainton*

Eden P. Quainton
Quainton Law, PLLC
2 Park Ave., 20th Fl.
New York, NY 10016
Tel: 212-419-0575
Eden.quainton@quaintonlaw.net

Not later than **Tuesday, April 28, 2026**, Mr. Quainton must show cause why he should not be sanctioned for filing this notice over three weeks after his (adjourned) deadline to do so.

SO ORDERED.

*Valerie Caproni*    4/24/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE