

April 27, 2026

**Via ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    GateGuard, Inc. v. Goldmont Realty Corp., et al.
       Case No.: 1:20-cv-01609-VEC-GWG

Dear Judge Caproni:

I write in response to this Court's Order of April 24, 2026 (Docket #224) requiring that I show cause as to why I failed to attend the course entitled "Fundamentals of Federal Civil Court Practice" on April 20, 2026 identified in my March 8, 2026, letter.

On March 9, 2026, I registered for "Fundamentals of Federal Civil Court Practice" scheduled to take place on April 20. When I arrived at the City Bar, the only course on the schedule was "Fundamentals of Federal Criminal Court Practice" and not the one referenced in my letter of March 8, 2026, which course itself had been postponed by the City Bar. Following this Court's Order of April 24, 2026, I checked my City Bar account and found a course entitled "Fundamentals of Federal Civil Court Practice" scheduled for May 4, 2026. When I attempted to register for that course, I was declined as having already been registered as of March 9, 2026. See Exhibit A attached.

At 8:15 AM today, April 27, 2026, I emailed the City Bar asking for an explanation as to the discrepancy and included both the original course description for "Fundamentals of Federal Civil Court Practice" scheduled to take place on April 20 and the document referenced in the previous paragraph. As of this writing (11:37 PM on April 27, 2026) I have not received a response. A copy of the email is annexed hereto as Exhibit B.

The course description included with my letter to the Court on March 8, 2026 was taken directly from the City Bar's website. The document annexed as Exhibit A confirms that I did indeed sign up for that course on March 9, 2026 but for reasons I cannot explain, the course is scheduled for May 4, 2026 and not April 20, 2026 as originally designated in the course description. However, the course described in my letter of March 8 is the same course I signed up for on March 9, as confirmed by the document annexed as Exhibit A.

I am hopeful that this complies with the Court's instructions.

In my prior letter to this Court I referenced an ill relative. That relative is my father-in-law of twenty-seven years, the father of my wife, the grandfather of my children and the great grandfather of my granddaughter. He is a second father to me and his illness has paralyzed my family for the past few weeks. Unfortunately, he is in his final hours, and I write this letter having just left his bedside in the palliative care unit of North Shore Medical Center. Should the

Court grant my motion, I fully intend to complete the Fundamentals of Federal Civil Court Practice course on May 4 as currently scheduled. However, should he pass in the intervening days, I may request additional time to complete the CLE so that I need not leave my family's side in its darkest hour. I make no such request now and am hopeful it not be so, but I write this in advance so that if I am forced to request additional time, the Court understands the context and not view it as an obfuscatory delay.

I am hopeful that the Court deems me compliant with its Order dated April 24, 2026 (Docket #224).

Respectfully Submitted,

Simcha D. Schonfeld, Esq.