

**NEW YORK CITY BAR**

CART

Get the word out. Share this event with your colleagues. Click to post.

## Fundamentals of Federal Civil Practice

**Monday, May 4, 2026 | 1 pm - 4 pm**

**Format: In Person**

**Where:** New York City Bar

42 West 44th Street

New York, NY 10036

**Description:**

This program is designed to introduce attorneys, particularly those in the first three years of practice or transitioning from practicing in state court to practicing in federal court, to the nuts and bolts of federal civil practice. The focus will be on providing attendees with practical knowledge that they can apply to their own cases. The panelists, including both practicing attorneys and members of the judiciary, will walk attendees through federal civil procedures while discussing strategies and sharing their own experiences in court. By focusing on real-life scenarios and practical skills, the panelists will share their advice on how to succeed at each stage of federal court litigation, including:

- Starting Litigation (Complaint/Answers
- Initial Conference
- Discovery (Documents, Interrogatories, Requests for Admissions)
- Depositions
- Close of Discovery (Dispositive Motion Practice/JPTO)

**Click Here to View Program Agenda & Faculty**

**Program Fee:**
$149 for Members | $249 for Nonmembers

*This program is **free** to Members who are Law Students, Recent Law Graduates, Newly Admitted Lawyers (admitted for the first time in 2024-2026), In-House Counsel,*

*Judges, or Attorneys in Government, Academic or Not-for-Profit sectors.*

**CLE Credit:**
New York: 3.0 Skills
New Jersey: 3.3 General
California: 3.0 General
Pennsylvania: 2.5 General
Connecticut: Available to Licensed Attorneys

**For New York Newly Admitted Attorneys:** Skills credits completed after **December 31, 2025,** must be completed in the **traditional live classroom setting** or by fully interactive videoconference. City Bar Webinar programs are not considered a fully interactive videoconference. Please see the CLE Format Requirements for Newly Admitted Attorneys for additional information.

**For New York Attorneys:** This program is a transitional/non-transitional course.

**Program Chairs:**
**Li Yu** | Bernstein Litowitz Berger & Grossmann

**Sponsoring Association Committee:**
**Federal Courts** | Jonathan New, Chair

*Information about our Financial Aid Policy and Application can be found* **here.**



**Where**
New York City Bar
42 West 44th St
New York, NY 10036
**Your Price**        $249.00
**Member Price:**    $149.00

$100

Register Someone Else

**My registration status:**
Registered on 3/9/2026

Edit registrant information

42 West 44th **DONATE** Accessibility

Street **TODAY** Financial Statements

New York, Customer Terms and Conditions

NY 10036 Relations of Use

212.382.6600 Join our

Team

Contact

Us

City Bar Diversity,

Equity & Inclusion Policy

Media Policy

Privacy Policy