| | |
|---|---|
| **From:** | Simcha Schonfeld |
| **To:** | "customerrelations@nycbar.org" |
| **Subject:** | Fundamentals of Federal Civil Practice |
| **Date:** | Monday, April 27, 2026 8:14:00 AM |
| **Attachments:** | Fundamentals of Federal Civil Practice.pdf |
| | Fundamentals of Federal Civil Court Practice - New York City Bar CLE Programs.pdf |

Good morning – I am writing to clarify a scheduling issue.

On march 9th, I signed up for "Fundamentals of Federal Civil Practice" scheduled for April 20th, a week ago today. Attached is the original program schedule, with a red box around the date. Last week, when I arrived at the City Bar, the program was not on the schedule and I was instead enrolled in "Fundamentals of Federal Criminal Court Practice" which had also been rescheduled.

When I attempted to reenroll for the Fundamentals of Federal Criminal Court Practice course, it was noted that I had already signed up for the course on March 9th as I had originally believed. Since I only enrolled in one course (and only paid one fee), I am confused why I am confirmed for both the criminal practice course (which I did not actually sign up for) and the Fundamentals of Federal Criminal Court Practice (which I did). I have attached the schedule of that course with red boxes around the date as well as confirmation that I signed up for it on March 9th.

Can you please clarify for this me? Can you also explain why the Fundamentals of Federal Criminal Court Practice was originally scheduled for April 20th as per the attached but is now scheduled for May 4th?

I am required to complete this CLE for compliance with a court order, so it is important that I understand why this occurred.

## Simcha D. Schonfeld, Esq.

Partner

P   (212) 796-8916   F   (212)-401-4757

A   160 Broadway 8th Floor, New York NY 10038

E   sds@kandsllp.com   W   kandsllp.com

Please note that any and all contracts and transaction-related documents transmitted in this email remain subject to the review and approval of my client, unless stated otherwise.

This e-mail and any Document(s) accompanying this transmittal contains information from Koss  Schonfeld, LLP that is confidential and /or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal is strictly prohibited and the document(s) should be returned to this firm immediately. If you have received this transmittal in error, please notify this firm immediately by return e-mail.