UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD INC.,<br><br>     Plaintiff,<br><br>-against-<br><br>GOLDMONT REALTY, CORP., LEON GOLDENBERG, ABI GOLDENBERG,<br><br>     Defendants. | 20-CV-1609 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 22, 2025, the Court sanctioned Eden Quainton, pursuant to Federal Rule of Civil Procedure 16(f) for failing to comply with multiple Court-ordered deadlines, *see* Dkt. 187;

WHEREAS pursuant to the Court's September 22, 2025, Order, Mr. Quainton was required to attend at least three hours of in-person (not virtual) continuing legal education on the subject of federal practice and procedure, and file proof of enrollment and attendance on the docket not later than March 23, 2026, *see id.*;

WHEREAS on March 19, 2026, Mr. Quainton represented that he had enrolled in a compliant continuing legal education course scheduled to take place on March 31, 2026, *see* Dkt. 219;

WHEREAS on March 23, 2026, the Court extended Mr. Quainton's deadline to comply with the Court's September 22, 2025, Order, to March 31, 2026, with the advisement that the deadline "w[ould] not, under any circumstances, be adjourned again," *see* Dkt. 220;

WHEREAS Mr. Quainton failed to file proof of enrollment and attendance in the March 31, 2026, CLE course until April 23, 2026, *see* Dkt. 223 — more than three weeks after he was ordered to file such proof pursuant to the adjourned deadline that Mr. Quainton requested;

1

WHEREAS on April 24, 2026, the Court ordered Mr. Quainton to show cause, not later than April 28, 2026, why he should not be sanctioned for filing his notice of compliance over three weeks late, *see* Dkt. 225; and

WHEREAS as of today, April 29, 2026, Mr. Quainton has failed to respond to the Court's April 24, 2026, Order.

IT IS HEREBY ORDERED that Mr. Quainton must appear for a conference on **Friday, May 1, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  At the conference, Mr. Quainton must be prepared to show cause (1) why he should not be sanctioned for failing to timely comply with the Court's March 23, 2026, Order, Dkt. 220; (2) why he should not be sanctioned for failing to comply with the Court's April 24, 2026, Order, Dkt. 225; and (3) why he should not be referred to the Grievance Committee of this Court for a full disciplinary review of his conduct over the course of this case.

**SO ORDERED.**

Date:  **April 29, 2026**
        **New York, New York**

_____
        **VALERIE CAPRONI**
        **United States District Judge**

2