4/30/26, 5:11 PM    Gmail - Letter regarding grave prosecutorial misconduct affecting GateGuard, Inc. v. Goldmont Realty Corp. (1:20-cv-01…

Case 1:20-cv-01609-VEC-GWG    Document 230-1    Filed 04/30/26    Page 1 of 8

 Gmail

Ari Teman <ari@teman.com>

# Letter regarding grave prosecutorial misconduct affecting GateGuard, Inc. v. Goldmont Realty Corp. (1:20-cv-01609), which is before Your Honor

11 messages

**Ari B. Teman** <ari@teman.com>                                                Thu, Oct 21, 2021 at 9:14 PM
To: NathanNYSDChambers@nysd.uscourts.gov
Cc: damian.williams@usdoj.gov, Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>, Lois Weiss <lois@betweenthebricks.com>, Bob Van Voris <rvanvoris@bloomberg.net>, Joseph Palazzolo <joe.palazzolo@wsj.com>, Coulter Jones <coulter.jones@wsj.com>, Ben Weiser <Weiser@nytimes.com>, Simcha Schonfeld <sds@kandsllp.com>, Ron Kampeas <rkampeas@jta.org>

Dear Judge Nathan,

I respectfully submit the attached letter to inform you of willful disclosure violations in violation of Your Honor's orders to the US Attorney's Office (USAO, SDNY) in *US v Pizzaro* and *US v Nejad,* by the USAO, in collusion with counsel and officers of Goldmont (and other witnesses), which have resulted in documents and evidence relevant to this matter, *GateGuard, Inc. v. Goldmont Realty Corp.* (1:20-cv-01609, which is before Your Honor) being withheld, and of course to beg Your Honor's action in restoring justice.

I respectfully request that the Clerk file the attached letter to the Docket in *GateGuard, Inc. v. Goldmont Realty Corp. (1:20-cv-01609)* and submit that it may be filed because I am also writing from my capacity and role as a pro se defendant in  *United States v. Teman (1:19-cr-00696)*

As Your Honor will understand from the details in the attached letter, I am in desperate need of help, my life, my health, and my company GateGuard, have been decimated by SDNY misconduct, which continues relentlessly, and so I beg Your Honor to please act as You did in *US v Nejad* and to do so as swiftly as Your Honor is capable.

Please let me know how I can be helpful.

Ari

p.s. I respectfully copy members of the press who have covered this misconduct in an effort to maintain transparency, out of fear of retaliation from SDNY

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.

📄 **LETTER_RE_SDNY_Prosecutorial_Misconduct_GateGuard v Goldmont_TEMAN-Judge_Nathan-2021-10-21.pdf**
1819K

**Simcha Schonfeld** <sds@kandsllp.com>                                          Thu, Oct 21, 2021 at 9:18 PM
To: "Ari B. Teman" <ari@teman.com>, NathanNYSDChambers@nysd.uscourts.gov
Cc: damian.williams@usdoj.gov, Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>, Lois Weiss <lois@betweenthebricks.com>, Bob Van Voris <rvanvoris@bloomberg.net>, Joseph Palazzolo <joe.palazzolo@wsj.com>, Coulter Jones

4/30/26, 5:11 PM    Zzgmail.com Mail - Letter regarding grave prosecutorial misconduct affecting GateGuard, Inc. v. Goldmont Realty Corp. (1:20-cv-01…

Case 1:20-cv-01609-VEC-GWG    Document 230-1    Filed 04/30/26    Page 2 of 8

<coulter.jones@wsj.com>, Ben Weiser <Weiser@nytimes.com>, Ron Kampeas <rkampeas@jta.org>, Jacob Schindelheim <jjs@kandsllp.com>, Shira Goldman Moyal <shira@kandsllp.com>

Judge Nathan – it is unclear to me as to why a party, represented by counsel, is communicating directly with the court instead of via his counsel. I would ask that his counsel be directed to state whether this submission is joined by him or made by the litigant, pro se, without the consent and approval of his counsel.

**SIMCHA D. SCHONFELD, ESQ.** | KOSS & SCHONFELD LLP
90 John Street | Suite 503 | New York, New York 10038
O: 212-796-8916 | F: 212-401-4757 | Email: sds@kandsllp.com

www.kandsllp.com

*Please note that any and all contracts and transaction-related documents transmitted in this email remain subject to the review and approval of my client, unless stated otherwise.*

This e-mail and any Document(s) accompanying this transmittal contains information from Koss & Schonfeld, LLP that is confidential and /or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal is strictly prohibited and the document(s) should be returned to this firm immediately. If you have received this transmittal in error, please notify this firm immediately by return e-mail.

[Quoted text hidden]

---

**Ari B. Teman** <ari@teman.com>                                                          Wed, Nov 3, 2021 at 9:32 AM
To: GorensteinSettlement@nysd.uscourts.gov, NathanNYSDChambers@nysd.uscourts.gov
Cc: Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>, damian.williams@usdoj.gov, Lois Weiss <lois@betweenthebricks.com>, Bob Van Voris <rvanvoris@bloomberg.net>, Joseph Palazzolo <joe.palazzolo@wsj.com>, Coulter Jones <coulter.jones@wsj.com>, Ben Weiser <Weiser@nytimes.com>, Ron Kampeas <rkampeas@jta.org>, Jacob Schindelheim <jjs@kandsllp.com>, Shira Goldman Moyal <shira@kandsllp.com>, David Teman <dteman@gmail.com>

Judge Gorenstein,

My life is being destroyed by the willful collusion between SDNY and Simcha Schonfeld and his clients to hide evidence from a federal criminal trial. I write to you as an UNREPRESENTED pro se individual and ask that this letter be docketed and addressed. Your Honor, Judge Nathan, has gone after SDNY for exactly this kind of cheating in US v Nejad and US v Pizzaro (and it's the same AUSA Graham involved). Here, SDNY hid their communications with Schonfeld from the defense in US v Teman and collaborated with his clients Joseph Soleimani and Abi Goldenberg (Goldmont) to hide exculpatory evidence and these clients intentionally delayed production of discovery in this matter *GateGuard v Goldmont* to prevent the proof of subpoena violations and brady violations from coming to light in US v Teman until after sentencing. That is, Simcha Schonfeld participated in intentional obstruction of justice *through a case before Your Honors*, to cheat me into prison.

Please. Enough of the leniency in allowing them to lie and cheat and delay discovery in case we filed long before trial in US v Teman.This matter belongs before the Court, not in arbitration, because the abuse of the system by Schonfeld and his clients extends far beyond simply entering contracts they have no intention of honoring. I have lost a child, I have been torn from my family for years, and my life is destroyed... Schonfeld is the ringleader of this with his clients and I ask the court to take this matter seriously and hold a hearing, bringing in the participating AUSAs and demanding sworn statements with specificity as to the allegations and *proof* provided in the attached letter.

Please.

Thank you,

Ari

---------- Forwarded message ---------
From: **Simcha Schonfeld** <sds@kandsllp.com>
Date: Thu, Oct 21, 2021 at 2:18 PM
Subject: RE: Letter regarding grave prosecutorial misconduct affecting GateGuard, Inc. v. Goldmont Realty Corp. (1:20-cv-01609), which is before Your Honor
To: Ari B. Teman <ari@teman.com>, <NathanNYSDChambers@nysd.uscourts.gov>
Cc: <damian.williams@usdoj.gov>, Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>, Lois Weiss <lois@betweenthebricks.com>, Bob Van Voris <rvanvoris@bloomberg.net>, Joseph Palazzolo <joe.palazzolo@wsj.com>, Coulter Jones <coulter.jones@wsj.com>, Ben Weiser <Weiser@nytimes.com>, Ron Kampeas <rkampeas@jta.org>, Jacob Schindelheim <jjs@kandsllp.com>, Shira Goldman Moyal <shira@kandsllp.com>

Judge Nathan – it is unclear to me as to why a party, represented by counsel, is communicating directly with the court instead of via his counsel. I would ask that his counsel be directed to state whether this submission is joined by him or made by the litigant, pro se, without the consent and approval of his counsel.

**SIMCHA D. SCHONFELD, ESQ.** | KOSS & SCHONFELD LLP
90 John Street | Suite 503 | New York, New York 10038
O: 212-796-8916 | F: 212-401-4757 | Email: sds@kandsllp.com

www.kandsllp.com

*Please note that any and all contracts and transaction-related documents transmitted in this email remain subject to the review and approval of my client, unless stated otherwise.*

This e-mail and any Document(s) accompanying this transmittal contains information from Koss & Schonfeld, LLP that is confidential and /or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal is strictly prohibited and the document(s) should be returned to this firm immediately. If you have received this transmittal in error, please notify this firm immediately by return e-mail.

**From:** Ari B. Teman <ari@teman.com>
**Sent:** Thursday, October 21, 2021 2:15 PM
**To:** NathanNYSDChambers@nysd.uscourts.gov
**Cc:** damian.williams@usdoj.gov; Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>; Lois Weiss <lois@betweenthebricks.com>; Bob Van Voris <rvanvoris@bloomberg.net>; Joseph Palazzolo <joe.palazzolo@wsj.com>; Coulter Jones <coulter.jones@wsj.com>; Ben Weiser <Weiser@nytimes.com>; Simcha Schonfeld <sds@kandsllp.com>; Ron Kampeas <rkampeas@jta.org>
**Subject:** Letter regarding grave prosecutorial misconduct affecting GateGuard, Inc. v. Goldmont Realty Corp. (1:20-cv-01609), which is before Your Honor

Dear Judge Nathan,

I respectfully submit the attached letter to inform you of willful disclosure violations in violation of Your Honor's orders to the US Attorney's Office (USAO, SDNY) in *US v Pizzaro* and *US v Nejad,* by the USAO, in collusion with counsel and officers of Goldmont (and other witnesses), which have resulted in documents and evidence relevant to this matter,

*GateGuard, Inc. v. Goldmont Realty Corp.* (1:20-cv-01609, which is before Your Honor) being withheld, and of course to beg Your Honor's action in restoring justice.

I respectfully request that the Clerk file the attached letter to the Docket in *GateGuard, Inc. v. Goldmont Realty Corp. (1:20-cv-01609)* and submit that it may be filed because I am also writing from my capacity and role as a pro se defendant in  *United States v. Teman (1:19-cr-00696)*

As Your Honor will understand from the details in the attached letter, I am in desperate need of help, my life, my health, and my company GateGuard, have been decimated by SDNY misconduct, which continues relentlessly, and so I beg Your Honor to please act as You did in *US v Nejad* and to do so as swiftly as Your Honor is capable.

Please let me know how I can be helpful.

Ari

p.s. I respectfully copy members of the press who have covered this misconduct in an effort to maintain transparency, out of fear of retaliation from SDNY

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.

---

LETTER_RE_SDNY_Prosecutorial_Misconduct_GateGuard v Goldmont_TEMAN-Judge_Nathan-2021-10-21 (2).pdf
1819K

---

**Gorenstein NYSD Chambers** <GorensteinNYSDChambers@nysd.uscourts.gov>

Wed, Nov 3, 2021 at 3:34 PM

To: "Ari B. Teman" <ari@teman.com>, Nathan NYSD Chambers <NathanNYSDChambers@nysd.uscourts.gov>
Cc: Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>, "damian.williams@usdoj.gov" <damian.williams@usdoj.gov>, Lois Weiss <lois@betweenthebricks.com>, Bob Van Voris <rvanvoris@bloomberg.net>, Joseph Palazzolo <joe.palazzolo@wsj.com>, Coulter Jones <coulter.jones@wsj.com>, Ben Weiser <Weiser@nytimes.com>, Ron Kampeas <rkampeas@jta.org>, Jacob Schindelheim <jjs@kandsllp.com>, Shira Goldman Moyal <shira@kandsllp.com>, David Teman <dteman@gmail.com>

You are being sent this email in reply to an email that was sent to the Chambers email inbox.

Judge Gorenstein does not accept communications by email unless permission has been given for a specific submission.  Any application to Judge Gorenstein may be made by a letter filed on the docket.

Your communication has not been considered by Judge Gorenstein.  Please do not reply to this email.

---

**From:** Ari B. Teman <ari@teman.com>
**Sent:** Wednesday, November 03, 2021 3:32 AM
**To:** Gorenstein NYSD Chambers <GorensteinNYSDChambers@nysd.uscourts.gov>; Nathan NYSD Chambers <NathanNYSDChambers@nysd.uscourts.gov>
**Cc:** Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>; damian.williams@usdoj.gov; Lois Weiss <lois@betweenthebricks.com>; Bob Van Voris <rvanvoris@bloomberg.net>; Joseph Palazzolo <joe.palazzolo@wsj.com>; Coulter Jones <coulter.jones@wsj.com>; Ben Weiser <Weiser@nytimes.com>; Ron Kampeas <rkampeas@jta.org>; Jacob Schindelheim <jjs@kandsllp.com>; Shira Goldman Moyal <shira@kandsllp.com>; David Teman <dteman@gmail.com>
**Subject:** Fwd: Letter regarding grave prosecutorial misconduct affecting GateGuard, Inc. v. Goldmont Realty Corp. (1:20-cv-01609), which is before Your Honor

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Ari B. Teman** <ari@teman.com>                                                            Wed, Nov 3, 2021 at 3:45 PM
To: Gorenstein NYSD Chambers <GorensteinNYSDChambers@nysd.uscourts.gov>
Cc: Nathan NYSD Chambers <NathanNYSDChambers@nysd.uscourts.gov>, Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>, "damian.williams@usdoj.gov" <damian.williams@usdoj.gov>, Lois Weiss <lois@betweenthebricks.com>, Bob Van Voris <rvanvoris@bloomberg.net>, Joseph Palazzolo <joe.palazzolo@wsj.com>, Coulter Jones <coulter.jones@wsj.com>, Ben Weiser <Weiser@nytimes.com>, Ron Kampeas <rkampeas@jta.org>, Jacob Schindelheim <jjs@kandsllp.com>, Shira Goldman Moyal <shira@kandsllp.com>, David Teman <dteman@gmail.com>

Respectfully, Your Honor, the letter was acknowledged for being submitted to the docket via the Pro Se office on October 27th via the temporary intake email. Perhaps there is a technical glitch. I have forwarded proof of the acknowledgement from that office. As I am pro se and representing myself as an individual (not as a representative of GateGuard Inc), I do not have ECF permissions in this case and so I cannot file the letter to the docket via ECF. If Your Honor prefers to order the Clerk to grant such permission, I would be happy to re-submit the letter via ECF. My username is "ariteman".

Thank you.

Please let me know how I can be helpful.

Case 1:20-cv-01609-VEC-GWG    Document 230-1    Filed 04/30/26    Page 6 of 8

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

[Quoted text hidden]

---

**Ari B. Teman** <ari@teman.com>                                        Thu, Jan 27, 2022 at 5:59 PM
To: David Teman <dteman@gmail.com>

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

---------- Forwarded message ---------
From: **Ari B. Teman** <ari@teman.com>
Date: Thu, Oct 21, 2021 at 2:14 PM
Subject: Letter regarding grave prosecutorial misconduct affecting GateGuard, Inc. v. Goldmont Realty Corp. (1:20-cv-01609), which is before Your Honor
To: <NathanNYSDChambers@nysd.uscourts.gov>
Cc: <damian.williams@usdoj.gov>, Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>, Lois Weiss <lois@betweenthebricks.com>, Bob Van Voris <rvanvoris@bloomberg.net>, Joseph Palazzolo <joe.palazzolo@wsj.com>, Coulter Jones <coulter.jones@wsj.com>, Ben Weiser <Weiser@nytimes.com>, Simcha Schonfeld <sds@kandsllp.com>, Ron Kampeas <rkampeas@jta.org>

Dear Judge Nathan,

I respectfully submit the attached letter to inform you of willful disclosure violations in violation of Your Honor's orders to the US Attorney's Office (USAO, SDNY) in *US v Pizzaro* and *US v Nejad,* by the USAO, in collusion with counsel and officers of Goldmont (and other witnesses), which have resulted in documents and evidence relevant to this matter, *GateGuard, Inc. v. Goldmont Realty Corp.* (1:20-cv-01609, which is before Your Honor) being withheld, and of course to beg Your Honor's action in restoring justice.

I respectfully request that the Clerk file the attached letter to the Docket in *GateGuard, Inc. v. Goldmont Realty Corp. (1:20-cv-01609)* and submit that it may be filed because I am also writing from my capacity and role as a pro se defendant in *United States v. Teman (1:19-cr-00696)*

As Your Honor will understand from the details in the attached letter, I am in desperate need of help, my life, my health, and my company GateGuard, have been decimated by SDNY misconduct, which continues relentlessly, and so I beg Your Honor to please act as You did in *US v Nejad* and to do so as swiftly as Your Honor is capable.

[Quoted text hidden]

---

📄 **LETTER_RE_SDNY_Prosecutorial_Misconduct_GateGuard v Goldmont_TEMAN-Judge_Nathan-2021-10-21.pdf**
1819K

---

**Ari B. Teman** <ari@teman.com>                                                    Tue, Jul 19, 2022 at 7:26 PM
To: Eden Quainton <equainton@gmail.com>

---------- Forwarded message ---------
From: **Ari B. Teman** <ari@teman.com>
Date: Thu, Oct 21, 2021, 2:14 PM
Subject: Letter regarding grave prosecutorial misconduct affecting GateGuard, Inc. v. Goldmont Realty Corp. (1:20-cv-01609), which is before Your Honor
To: <NathanNYSDChambers@nysd.uscourts.gov>
Cc: <damian.williams@usdoj.gov>, Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>, Lois Weiss <lois@betweenthebricks.com>, Bob Van Voris <rvanvoris@bloomberg.net>, Joseph Palazzolo <joe.palazzolo@wsj.com>, Coulter Jones <coulter.jones@wsj.com>, Ben Weiser <Weiser@nytimes.com>, Simcha Schonfeld <sds@kandsllp.com>, Ron Kampeas <rkampeas@jta.org>

[Quoted text hidden]

---

📄 **LETTER_RE_SDNY_Prosecutorial_Misconduct_GateGuard v Goldmont_TEMAN-Judge_Nathan-2021-10-21.pdf**
1819K

---

**Ari B. Teman** <ari@teman.com>                                                    Tue, Jul 19, 2022 at 7:26 PM
To: Eden Quainton <equainton@gmail.com>

Best to file directly to docket and to Nathan.
[Quoted text hidden]

---

**2 attachments**

**~WRD000.jpg**
1K

**~WRD000.jpg**
1K

---

**Eden Quainton** <equainton@gmail.com>                                             Wed, Jul 20, 2022 at 12:53 AM

4/30/26, 5:11 PM
Case 1:20-cv-01609-VEC-GWG · Document 230-1 · Filed 04/30/26 · Page 8 of 8
Gmail - Letter regarding grave prosecutorial misconduct affecting GateGuard, Inc. v. Goldmont Realty Corp. (1:20-cv-01...

To: "Ari B. Teman" <ari@teman.com>

Nothing attached.

[Quoted text hidden]
--
Eden P. Quainton
Quainton Law, PLLC
2 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.419.0575
Fax: 212.376.5699.
Cell: 202.360.6296

245 Nassau St.
Princeton, NJ 08540
Tel: 609-356-0526
Cell: 202-360-6296
https://quaintonlaw.net

---

**Ari B. Teman** <ari@teman.com>                                    Wed, Jul 20, 2022 at 1:55 AM
To: Eden Quainton <equainton@gmail.com>

[Quoted text hidden]

---

📄 **LETTER_RE_SDNY_Prosecutorial_Misconduct_GateGuard v Goldmont_TEMAN-Judge_Nathan-2021-10-21.pdf**
1819K

---

**Ari B. Teman** <ari@teman.com>                                    Thu, Sep 1, 2022 at 8:09 PM
To: Eden Quainton <equainton@gmail.com>

---------- Forwarded message ---------
From: **Simcha Schonfeld** <sds@kandsllp.com>
Date: Thu, Oct 21, 2021, 2:18 PM
Subject: RE: Letter regarding grave prosecutorial misconduct affecting GateGuard, Inc. v. Goldmont Realty Corp. (1:20-cv-01609), which is before Your Honor
To: Ari B. Teman <ari@teman.com>, <NathanNYSDChambers@nysd.uscourts.gov>
Cc: <damian.williams@usdoj.gov>, Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>, Lois Weiss <lois@betweenthebricks.com>, Bob Van Voris <rvanvoris@bloomberg.net>, Joseph Palazzolo <joe.palazzolo@wsj.com>, Coulter Jones <coulter.jones@wsj.com>, Ben Weiser <Weiser@nytimes.com>, Ron Kampeas <rkampeas@jta.org>, Jacob Schindelheim <jjs@kandsllp.com>, Shira Goldman Moyal <shira@kandsllp.com>

[Quoted text hidden]