

May 4, 2026

**<u>Via ECF</u>**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    GateGuard, Inc. v. Goldmont Realty Corp., et al.
       Case No.: 1:20-cv-01609-VEC-GWG

Dear Judge Caproni:

I write to advise the Court that today, I attended and completed the course entitled "Fundamentals of Federal Civil Court Practice" referenced in my letter dated April 27, 2026 (Docket No. 226). Proof of attendance as required by this Court's Order of April 29, 2026 (Docket No. 227) is annexed hereto as Exhibit A. In light of the above, the undersigned does hereby certify compliance with this Court's Order of September 22, 2025 (Docket No. 187) as subsequently amended (Docket Nos. 217 and 227).

Respectfully Submitted,

Simcha D. Schonfeld, Esq.