

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**Issued under NYS CLE Program Rules §1500.4(b)(12) and NYS CLE Board Regulations & Guidelines §10(B)**

This certicate may be used only for courses accredited by the NYS CLE Board.

All information must be entered by the CLE provider.

**Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney & Program Information

Attorney Name: Simcha Schonfeld

Program Title: Fundamentals of Federal Civil Practice

Attendance Date(s): May 04, 2026

## B. Credit for Attendance

Enter the number of credits earned in each category.

**For Newly Admitted and/or Experienced Attorneys:**

| | |
|---|---|
| | Ethics and Professionalism |
| 3.00 | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |

For Experienced Attorneys Only:

| | |
|---|---|
| | Diversity, Inclusion and Elimination of Bias |

## C. Credit for Faculty Participation

Enter the participation type and number of credits.

**For Experienced Attorneys Only:**

○ Speaker        ○ Moderator

○ Panel Member  ○ Law Competition Faculty

| | |
|---|---|
| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |
| | Diversity, Inclusion and Elimination of Bias |

New York State CLE Board
www.nycourts.gov/attorneys/cle Revised 01/2023

## D. Format Completed by Attorney

◉ 1. Traditional Live Classroom Format

○ 2. Live Simultaneous Transmission  Questions Allowed During Program(e.g., webconference, teleconference, videoconference)

○ 3. Live Simultaneous Transmission  Questions Not Allowed During Program (e.g., webcast, broadcast)

○ 4. Fully Interactive Videoconference

○ 5. Prerecorded/On-Demand

○ 6. Other (Describe)_____

## E. Attorney's Method of Participation

○ Individual(log-in, dial-in, self-study)

◉ Group (physically seated together)

## F. Course Content is Appropriate for:

◉ <u>BOTH</u> newly admitted & experienced attorneys, or

○ <u>ONLY</u> experienced attorneys, or

○ <u>ONLY</u> newly admitted attorneys

## G. Provider Information

Provider Organization: The New York City Bar

Address: City Bar Center for CLE 42 West 44th Street, New York, NY 10036

Telephone: (212) 382-6663

Email: customerrelations@nycbar.org

Provider Agent Name: Martha Harris

Provider Agent Signature: *Martha Harris*

**The CLE Provider:**

◉ has been certified as an Accredited Provider by the NYS CLE Board, or NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as Course #:

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.